UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

    Plaintiff,

V                                                    Case No.

STEVEN WOODWARD,

    Defendant.

---

ERIC A. BUIKEMA (P58379)
Cardelli, Lanfear, & Buikema, PC
Attorneys for Plaintiff
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
ebuikema@cardellilaw.com

---

### ORDER REGARDING EX PARTE REQUEST FOR TEMPORARY RESTRAINING ORDER

At a session of said court held in the United States District Court, Eastern District, Southern Division, State of Michigan on _____.

PRESENT: _____
                Honorable
                United States District Court Judge

Having reviewed the Plaintiff's verified complaint and certification of its counsel pursuant to FRCP 65(b), this court is satisfied that irreparable injury including public dissemination of private educational records of AUA students and damage to AUA's reputation will occur if the publication complained of is not temporarily enjoined. The court is further

satisfied that notice to the opposing party is not practicable under the circumstances and HEREBY ORDERS that:

1. Defendant Steven Woodward, as well as any agent, internet service provider, domain registry and/or website host acting at his direction or request shall immediately cease and desist from all further publication under the internet domain name "www.aua-med.com." .

2. Defendant Steven Woodward, as well as any agent, internet service provider, domain registry and/or website host acting at his direction or request shall immediately cease and desist unlicensed publication, in any manner, of AUA student academic records (other than his own) and shall, further, be temporarily enjoined from publication of all other contents presently disseminated through his website "www.aua-med.com" by any other means or medium.

3. This order is entered on _____, 2010, at _____ am/pm and shall expire, absent good cause shown as to why it should be extended, 14 days after entry.

4. The matter is to be set for hearing at the earliest convenience of the court and parties.

SO ORDERED,

_____
United States District Court Judge