UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

    Plaintiff,

V                                      Case No.

STEVEN WOODWARD,

    Defendant.

---

ERIC A. BUIKEMA (P58379)
Cardelli, Lanfear, & Buikema, PC
Attorneys for Plaintiff
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100

---

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing Verified Complaint and Ex Parte Request for Temporary Restraining Order, Proposed Order Regarding Ex Parte Request for Temporary Restraining Order and this Certificate of Service were served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 10, 2010.

                                      /s/ Eric A. Buikema
                                      Cardelli, Lanfear, & Buikema, P.C.
                                      322 W. Lincoln
                                      Royal Oak, MI 48067
                                      (248) 544-1100/ (248) 544/1191 (fax)
                                      ebuikema@cardellilaw.com
                                      (P58379)