Case 2:10-cv-10978-PJD-MJH

U.S. DIST COURT CLERK
EAST DIST. MICH
FLINT

2010 MAR 30 P 1: 14

FILED

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                           CASE No.: 2:10-cv-10978-PJD-MJH

STEVEN WOODWARD,

Defendant,

**Request Leave to File Nontraditional Documentation**

Dear Honorable Judge Duggan,

I would like to request that I may file digital evidence in this case.

Due to the nature of the case and evidence I have; I humbly request that I can refer to Uniform Resource Locators, URL's and provide the court with digital evidence, such as but not limited, to Microsoft, MS PowerPoint Presentations, MS Excel Spreadsheets, Adobe files, scanned documentation, digital video files and digital audio files.

Thank you for your time.

Sincerely,

*[signature]*
Steven Lee Woodward


Email Address: Steve_L_woodward@yahoo.com