Case 2:10-cv-10978-PJD-MJH

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2010 MAR 30 P 1: 15

FILED

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                         CASE No.: 2:10-cv-10978-PJD-MJH

STEVEN WOODWARD,

Defendant,

## Request for Leave of Absents and Notification

Dear Honorable Judge Duggan,

I have come back to Michigan, from abroad, for my defense at great cost to myself and my family.

I would like to request a leave of absence from any court proceedings between the dates April 19th, 2010 until at least June 30th, 2010.

I am currently pursuing a career as a ship engineer and have an opportunity to gain valuable experience and time at sea on-board the M/Y Passion.

This will be the first time in nearly 16 months that I've had employment lasting continually for this duration.

Please see attached letter of intent for employment from Captain Colin Richardson and ship documentation "Certificate of British Registry".

I included an email I received from the United Kingdom, Maritime and Coastguard Agency, MCA demonstrating my pursuit in this career.

I do not have a reliable permanent mailing address or telephone number of my own, for I have become transient.

I use my sister's mailing address for communications.

7211 Brittwood Lane

Flint, Mich 48507

If possible, I beg the court to notify me of any communications concerning this case via email.

Email Address: Steve_L_woodward@yahoo.com


Thank you for your time.

Sincerely,

*[signature]*

Steven Lee Woodward

 

Passion Yachting
PO Box 709 GT
Cayman Islands
British West Indies

Date: 30 March 2010

To whom it may concern,

This letter serves to confirm that Mr Steven Lee Woodward is joining the Motor Yacht PASSION as a 3rd engineer for our transatlantic trip which will commence on April 27 from St Thomas, USVI to Palma de Mallorca, Spain.

The trip should take around 18 days and we would like to employ Mr Woodward for a few days prior to our departure and then a further 6 weeks upon our arrival to assist us with routine maintenance. With this in mind I expect to be able to offer Mr Woodward employment from April 20th up until June 30th.

Should you require any further information please contact using the below details.

Yours sincerely,

Colin Richardson
Captain
M.Y. Passion
+1 954 518 7431
+1 954 224 0099
captain@yachtpassion.net
www.yachtpassion.net



## CERTIFICATE OF BRITISH REGISTRY

### PARTICULARS OF SHIP

| NAME OF SHIP | NUMBER, YEAR AND PORT OF REGISTRY | OFFICIAL NUMBER |
|---|---|---|
| **PASSION** | **072 IN 2003, GEORGE TOWN** | **717261** |
| NAME & ADDRESS OF BUILDERS | TYPE OF SHIP | SIGNAL LETTERS |
| **AB NYA OSKARSHAMNS VARV OSKARSHAMN SWEDEN** | **COMMERCIAL VESSEL** | **ZHBM5** |
| | MATERIAL USED TO CONSTRUCT HULL | IMO NUMBER (IF ANY) |
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY) | **STEEL** | **8975952** |
| **EX: NO. 216 IN 1989, LONDON PREVIOUSLY "DESTINY LANGKAWI" 13 IN 1993, GEORGE TOWN** | DATE KEEL LAID | DATE MEASURED |
| | **1987** | **APRIL 1989** |

### PRINCIPAL DIMENSIONS / TONNAGE

| LENGTH (m): | 47.62 | THE TONNAGE(S) OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE: | |
|---|---|---|---|
| BREADTH (m): | 9.06 | | |
| MOULDED DEPTH (m): | 5.22 | GROSS TONNAGE: | 710 |
| MOULDED DRAUGHT (m): | 3.92 | NET TONNAGE: | 212 |
| OVERALL LENGTH (m): | | *For ships under 24 metres length, the tonnage is the gross tonnage and net tonnage* | |

### PARTICULARS OF ACCOMMODATION

| NUMBER OF SEAMEN (INCLUDING APPRENTICES) FOR WHOM ACCOMMODATION IS PROVIDED: | 14 |
|---|---|
| NUMBER OF PASSENGERS FOR WHOM ACCOMMODATION IS PROVIDED: | 12 |

### ENGINE AND BOILER PARTICULARS

| DESCRIPTION OF ENGINES | NAME & ADDRESS OF ENGINE MAKERS | ENGINE DETAILS | |
|---|---|---|---|
| **INTERNAL COMBUSTION** | **CATERPILLAR ENGINE DIVISION MOSVILLE, ILLINOIS U.S.A.** | NO. OF SETS: | TWO |
| | | NO. OF SHAFTS: | TWO |
| | | WHEN MADE: | 2003 |
| NUMBER OF CYLINDERS IN EACH SET | DIAMETER OF CYLINDERS (mm) | LENGTH OF STROKE (mm) | |
| **SIXTEEN** | **170 MM** | **190 MM** | |
| DESCRIPTION OF BOILERS | NAME & ADDRESS OF BOILER MAKERS | BOILER DETAILS | |
| | | NUMBER: | |
| | | WORKING PRESSURE: | |
| | | WHEN MADE: | |

### ADDITIONAL PARTICULARS

| ESTIMATED BRAKE POWER (kW) | ESTIMATED SPEED OF SHIP (knots) | METHOD OF PROPULSION |
|---|---|---|
| **2550** | **16 KNOTS** | **MOTOR SHIP TWIN SCREW** |

### NAME AND ADDRESS OF THE OWNER — NUMBER OF SIXTY-FOURTH SHARES

**PASSION YACHTING
P.O. BOX 709,
4TH FLOOR, ZEPHYR HOUSE
MARY STREET
GEORGE TOWN
GRAND CAYMAN**

**64 SHARES**





DATED AT GEORGE TOWN, CAYMAN ISLANDS ON 6 NOVEMBER 2007.

REGISTRAR OF BRITISH SHIPS

NOTICE: A Certificate of Registry is not a document of Title. It does not necessarily contain notice of all changes of ownership, and in no case does it contain an official record of any mortgages affecting the ship. In case of any change of ownership it is important for the protection of the interests of all parties that the change should be registered according to law. Changes of ownership, address or other registered particulars should be notified to the Registrar at the Port of Registry. Should the Vessel be lost, broken up, or cease to be entitled to be registered in the Cayman Islands, notice thereof, together with the Certificate of Registry, if in existence, should within 30 days be given to the Registrar of Shipping at George Town in the Cayman Islands under a penalty for default.

**From:** Engineering Correspondence <Engineering.Correspondence@mcga.gov.uk>
**To:** Steve Woodward <steve_l_woodward@yahoo.com>
**Sent:** Mon, November 23, 2009 7:46:10 AM
**Subject:** Re: Y4 Engineer Career Path

Dear Mr Woodward

Thank you for your recent enquiry regarding UK qualifications in the yachting industry. To begin training or to have your current qualifications and certificates recognised towards a yachting CoC, it is advisable that you first apply to us for a Letter of Initial Assessment with your current qualifications and certificates. These will then be assessed on an individual basis by an engineering examiner and a letter will be issued to inform you if you are eligible to gain a Yacht CoC, which CoC you are eligible for and the requirements to gain the CoC.

I have attached a copy of the form for you to fill in. If you require any further guidance, please refer to MGN 156, a copy of which I have also attached. Please note that you must enclose the following original documents with your application:

1. Completed Application form

2. STCW '95 Basic Safety Training Course Certificates
    - Personal Survival Techniques (STCW Code A-VI/1-1)
    - Fire Prevention and Fire Fighting (STCW Code A-VI/1-2)
    - Elementary First Aid (STCW Code A-VI/1-3)
    - Personal Safety and Social Responsibilities (STCW Code A-VI/1-4)

3. Discharge Book or Certificates of Discharge or Logbook

4. Sea Service Testimonials.

5. Declaration from employer stating relevant experience

6. Apprenticeship Papers
If you have completed an apprenticeship, it is possible that this may gain you exemptions, however, this is not a guarantee. Please note that if you wish to apply through the apprenticeship route as well as the yacht route, you will need to contact your national maritime administration to have your apprenticeship assessed and deemed as acceptable for entry to the Merchant Navy. For more information, please refer to the Newsroom press release (Press Notice No. 348/01) dated Monday 29 October 2001, as found on our website www.mcga.gov.uk. A copy of the guidance note MGN 156 is also available to download from our website, it is advisable that you read this guidance note.

7. Academic Achievement Certificates

8. Relevant Specialist Training Courses

9. The fee of £57.00 (deductible from subsequent application fee), made payable to the Maritime and Coastguard Agency. Payments can be made by cheque/banker's draft/Cash Card/Postal Order. Please refer to Section 7

of the application form.

When the correct documents are submitted, your application will be individually assessed by an Engineering Examiner, and you will be informed of your eligibility towards gaining your Certificate of Competency. Please allow for up to four weeks for this process. I hope this answers your question. If you have any further queries, please do not hesitate to contact me.

Kind Regards

Miss Caron White


Engineering Department
Seafarer Training & Certification Branch

---

Subject to the need to keep up to date file records, please consider your environmental responsibility before printing this email

***********************************************************************
This email and any files transmitted with it are private and
intended solely for the use of the addressee.

If you are not the intended recipient, the email and associated
files have been transmitted to you in error: any copying, distribution
or other use of the information contained in them is strictly prohibited.

Nothing in this email may be interpreted as a contractual or other
legal commitment on the part of the Maritime and Coastguard Agency
unless confirmed by a communication signed by or on behalf of the
Chief Executive.

The MCA's computer systems may be monitored and communications
carried on them recorded, to secure the effective operation of the
system and for other lawful purposes.

If you are of the opinion that you have received this email in error,
please contact postmaster@mcga.gov.uk
***********************************************************************