UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

      Plaintiff(s),

v.             Case No. 2:10−cv−10978−PJD−MJH
             Hon. Patrick J Duggan

Steven Woodward,

      Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Patrick J Duggan, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  April 14, 2010 at 02:30 PM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

             By: s/ M. Orem
                Case Manager

Dated:  March 31, 2010