Case 2:10-cv-10978-PJD-MJH

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2010 APR 12  A 10: 32

FILED

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,
c/o GCLR, LLC 2 Wall Street, 10th Floor New York, N.Y.

Eric A. Buikema (P58379)
Cardelli, Lanfear, and Buikema  PC
Attorneys for the Plaintiff
322 W. Lincoln
Royal Oak, MI 48067  (248)544-1100

Plaintiff,

V                                              CASE No.: 2:10-cv-10978-PJD-MJH

STEVEN WOODWARD,

Defendant,

Dear Honorable Judge Duggan,

I would like to request an extension on my last request for a Leave of Absents to July 31st, 2010.

Due to the vast amounts of data and unreturned inquiries I need for my defense, my financial position, lack of legal experience, and time for work; I need more time to adequately prepare my rebuttal, reply to these allegations.

Christine E Fortney (cfortney@cardellilaw.com) sent me documentation "copy-plaintiff's verified complaint and ex parte request for temporary restraining order – processed – 3-11-10.pdf" but did not sent me any of the exhibits supporting their claim.

The plaintiff sent this notification to me on March 31st, 2010 so I would like to request time off from April 15th, 2010 until July 31st, 2010 to ensure I do not miss any legal requirements for submitting my rebuttal.  After my return from work I may even be able to hire an attorney, at least to review my rebuttal and evidence before I submit it to the courts to ensure I am not violating any court rules or laws.

Thank you for your time,

Sincerely,

Steven Woodward

Steve_L_woodward@yahoo.com