# EXHIBIT

# B

HOME   CONTACT US   FACULTY & STAFF   APPLY NOW

AUA Newsletter

APPLY NOW ▸

**APRIL 14, 2010**
Dr. Antell Lectures on Plastic Surgery at AUA

**MARCH 30, 2010**
AUA Student's Team Wins Doctor's Dilemma Competition

**MARCH 25, 2010**
2010 AUA Residency Appointments

**MARCH 15, 2010**
AUA Unveils Its New E-newsletter

**JANUARY 8, 2010**
AUA Implements the Harvey® Life-sized Patient Simulator

**DECEMBER 21, 2009**
American University of Antigua Becomes First International School To Administer Web-Based NBME Exam

More News

**AUA'S NEW CAMPUS IS NOW OPEN.**
Take a look at what's in store for AUA students.

**PULSE ON AMERICA**
AUA's Pulse on America Report as seen on CNN.

**RESIDENCE HALLS**
AUA offers beautiful and modern apartment-style student housing.

AUA'S COMPLETE VIDEO LIBRARY

Q1: What factors distinguish one Caribbean medical school from another?

Q2: When I successfully complete my academic requirements, will I be able to practice medicine in the U.S.?

Q3: Are there other benefits to Caribbean medical schools?

Q4: What Is a U.S. Modeled Curriculum?

Q5: What are the key factors to my success in medical school?

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.

CARIBBEAN MEDICAL SCHOOL

Caribbean Medical School AUA is the first and only hospital-integrated US modeled medical program in the Caribbean where clinical experience starts in the first semester. AUA is different from other Caribbean medical schools because they pledge to never have more than 120 students per classroom. First and fourth semester students attend rounds at the most modern hospital in the Caribbean, Mount Saint Johns Medical Center. Our Caribbean medical school students are exposed to patients of all age groups. In addition, students practice history taking and physical examinations with patients at our ICM lab on campus. Third and fourth semester students also attend autopsies at the hospital as part of their pathology course. This is unique among the Caribbean medical schools.

| | | | | |
|---|---|---|---|---|
| New York Residency | Nursing School Tuition | Caribbean Medical School | Becoming a Physician | MD Program |
| Residency Program | Canadian Residency | Medical School | Medical School Tuition | Nursing School |
| Pre Medical Program | India Medical College | College of Nursing | Nursing Program | Schools in Nursing |
| Nursing RN | Nursing Student | Accelerated Nursing | BSN Programs | RN Schools |
| Accelerated Nursing Programs | | | | |