# EXHIBIT

# C

# American University of Antigua

This Web site is intended to ensure you are well informed about this institution and the hospitals they do business with.

Hopefully, this prevents you from wasting years of your life and possibly as much as $150,000 in tuition alone.

Consider yourself informed about the business practices of AUA.

## Antigua only has a 22.9% USMLE Pass Rate!

## AUA student sexually assaulted!

Learn more truth about rape, murder, and other crimes on Antigua!

This site contains evidence about AUA:

- **-Fraud**
- **-Falsifying Student Grades**
- **-Breach of Contract**
- **-Disregard for Student Civil Rights**
- **-Conspires Against Students**

and other unethical practices by AUA and the hospitals they do business with.

"The Memo" is a link to evidence about a letter that had no other than malicious intensions. This demonstrates the pure heinous nature of the administration and academic advisors of both AUA and St Joseph Mercy Oakland hospital of Trinity Healthcare network.

**"Video Index "** is the complete list of videos.

The documents included on this site are: court exhibits, depositions, interrogatories, student records, emails from student and faculty, recordings, pictures, and other documentation.

If these businesses do this to their students, one can only imagine what they do to their patients.

This web site is dedicated to all the students whose lives, careers, and dreams were ruined by AUA.

(This is not the official American University of Antigua, AUA, site.)