UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.	Case No. 2:10−cv−10978−PJD−MJH
    Hon. Patrick J Duggan

Steven Woodward,

                Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Patrick J Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Preliminary Injunction – #8

- MOTION HEARING:  4/19/10 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/ M. Orem
                      Case Manager

Dated:   April 15, 2010