Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



F I L E D
APR 1 6 2010
PATRICK J. DUNCAN
U.S. DISTRICT JUDGE

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                              CASE No.: 2:10-cv-10978-PJD-MJH

STEVEN WOODWARD,

Defendant,

_____

Reply to plaintiffs motion for a preliminary injunction

Index:

-Reply to motion
-References
-List of Exhibits

Dear Honorable Judge Duggan,

It is my understanding from our meeting that you wanted me to present reasons why my Web site, www.aua-med.com should not be turned-off while I am out of the country.

I believe the plaintiff will use the fact that my Web site had an injunction filed against it to negatively influence the appeals court concerning my case against them.

I feel they will use the injunction as negative propaganda aiming to discrediting the information I have posted inside my Web site.

I would like address concerns I have with student safety.
Antigua is a relatively small island.   The population is about 84,000 between two islands. I try to inform and criticize the plaintiff concerning crimes on Antigua on the front page of my Web site.

On January, 2010 a California graduate student was murdered, she was 29 years old, on vacation with her family celebrating her sister's wedding. (Exhibit – 1)

As of February 16th, the third murder of 2010 was a doctor.  (Exhibit – 2)

The island government recognizes murder and sexual assault highest on their statistics as a problems.  (Exhibit – 3)

A student of the American University of Antigua was sexually assaulted per the Antigua Sun News.  (Exhibit – 4)

I would like to compare this with the plaintiff's web site concerning Antigua.
(Exhibit-5, Exhibit-6 and Exhibit-7)
Plaintiff's quote: "**Antigua is an ideal location for studying serene, secure and**

**sustaining.  Antigua provides AUA students with the most modern comforts and**

**familiar lifestyle in the Caribbean, in a stable and safe environment**."

I believe this information is false and misleading to potential students, US citizens. Students could potentially suffer not only personal injury and financial loss relocating to this island for as long as two or more years.

Response to plaintiff's motion
1.
I would like to address the student information that was published on my Web site. Both the plaintiff and myself agree that private student information was disclosed.

I use my Web site to try and notify students as well as Federal agencies concerning this disclosure since December, 2009.  The Department of Education if fully aware of the contents of my Web site.  I have an email from the Inspector General(Exhibit-8) stating

**"After a careful review of your complaint, we have determined that the issues you raise may fall within the responsibilities of the Department's Office of Planning, Evaluation and Policy Development (OPEPD), Family Educational Rights and Privacy Act (FERPA) Division. I have provided below information on how to contact FERPA directly regarding your concerns."**

I believe the plaintiff is trying to suppress this issue by shutting down my web site, because I use it to try and notify these students of this disclosure.

I tried to state in our meeting I believe it is in the best interest of the students that they be notified that their private personal information was released.  The plaintiff has the most resources to contact the students, i.e. last known addresses, phone numbers and email addresses.

I believe the school is obligated morally and ethically to notify these individuals of this breach of privacy.  I would also request that the school distribute a copy of the complaint form from the Department of Education, since there are time requirements for submitting a claim to the Department of Education.

2.
I do not believe the plaintiff will succeed on any of their claims.  I would like to point out that I have requested that the plaintiff contact me if any information was incorrect.  But the plaintiff has waited til now to reply.

**"AUA administration**
**If you have more accurate data than what I have demonstrated I am more than willing to modify both this video and www.AUA-MED.com to reflect that data"**

This statement was published August, 2009.

I have not received a complaint by the plaintiff from Internet Corporation for Assigned Names and Numbers (ICANN), (Reference 1).  This organization is an international organization for the Domain Name System and has a process, Uniform Domain Name Dispute Resolution Policy(Reference 2).

I can demonstrates that the plaintiff was aware of my Web site as far back as June of 2009 (Exhibit-9 and Exhibit-10), and their partners were aware of it as far back as April, 2009.(Exhibit-11)
This case is the first time I have heard any formal requests or responses from them concerning alleged violations against them.

I would like to state that it is evident that the plaintiff did less than minimal attempts to contact me concerning this case.  The plaintiff is well aware of my email address and my Web site has my contact information.  This demonstrates to me that the plaintiff has alternative motives than what they elude in this case.

Instead I found out about this from the solicitation by a law another law firm.  It is I that contacted the court to request information and I, at great expense and burden to me, left my home to come here to defend myself well before receiving the all the information concerning this case.


3.
The plaintiff has known about my Web site and the contents since June, 2009.
Their partners have known about the content since April, 2009.  I find it difficult to believe that shutting down my Web site for a short period of time is worth the effort.  I believe this demonstrates that the plaintiff is trying to hinder an investigation and cause harm to those how hold claims there-in.

4.
Shutting down my web site will harm me.  One instance includes but is not limited to the fact I use it to communicate with government officials concerning claims I have filed against the plaintiff.  Shutting down my Web site could hinder this research into my claims and possibly influence the researcher as to the validity of claims and content.
I believe the plaintiff will use the injunction to influence the appeal of my other case.
Court of Appeals No.:292172

Lower Court No. 2007-088103 CZ

I believe the plaintiff will use this injunction as a propaganda tool to discredit the validity of my information I have published.


Reference
1. http://www.icann.org/tr/english.html, ICANN
2. http://www.icann.org/en/dndr/udrp/policy.htm, Uniform Domain Name Dispute Resolution Policy

Exhibit 1: January 2010, Antigua Sun news article concerning the killing of California student.

Exhibit 2: February 2010, Antigua Sun news article concerning the killing of a doctor on Antigua.

Exhibit 3: December, 2009, Antigua Observer new article, Murder, Sexual Offenses top Police Stats.

Exhibit 4:  New article concerning the sexual assault of an American University of Antigua college student in May 2008

Exhibit 5: Advertisement by plaintiff
Exhibit 6: Advertisement by plaintiff
Exhibit 7: Advertisement by plaintiff

Exhibit 8: Emails to/from US Department of Education hotline

Exhibit 9: online blog entry concerning my Web site

Exhibit 10: online blog entry concerning  my Web site

Exhibit 11: My email to St Joseph Mercy Oakland hospital Risk Management department concerning my Web site.

American University of A....gua  College of Medicine
V Semester - Preliminary Clinical Training
Pontiac Michigan - St. Joseph Mercy Oakland

## Final Grades by Component--Fall 2007

| | Code | Attendance 10% | | Prac Session 5% | | Outpatient 5% | | Verbal Pres 5% | | Portfolio 10% | | Quizzes 35% | | Written Ex 20% | | | Practical Ex 10% | | Fin | Final Grade Adjusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Score | PT | Score | PT | Score | PT | Score | PT | Score | PT | Scor | PT | Score | Curv | PT | Score | PT | Fint | |
| 1 | Hampel, Nicola | 92 | 9.2 | 92 | 4.6 | 100 | 5.0 | 100 | 5.0 | 100 | 10.0 | 54 | 18.9 | 77 | 81 | 16.2 | 95 | 9.5 | 78 | C |
| 2 | Jayadeep, Simbia | 100 | 10.0 | 100 | 5.0 | 80 | 4.0 | 100 | 5.0 | 100 | 10.0 | 57 | 20.1 | 80 | 84 | 16.8 | 95 | 9.5 | 79 | C |
| 3 | Ozuomba, Michael | 100 | 10.0 | 100 | 5.0 | 83 | 4.2 | 100 | 5.0 | 100 | 10.0 | 56 | 19.6 | 70 | 74 | 14.8 | 80 | 8.0 | 77 | F (1) |
| 4 | Chheda, Vishal | 75 | 7.5 | 76 | 3.8 | 86 | 4.3 | 100 | 5.0 | 100 | 10.0 | 62 | 21.7 | 86 | 90 | 18.0 | 75 | 7.5 | 76 | C (3) |
| 5 | Bulat, Elizabeth | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 70 | 24.4 | 84 | 88 | 17.6 | 85 | 8.5 | 83 | B |
| 6 | Evans, Lekedra | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 65 | 22.6 | 73 | 77 | 15.4 | 85 | 8.5 | 83 | C(-) (1) |
| 7 | Woodward, Steve | 100 | 10.0 | 100 | 5.0 | 95 | 4.8 | 100 | 5.0 | 100 | 10.0 | 62 | 21.6 | 71 | 75 | 15.0 | 80 | 8.0 | 80 | F (3) |
| 8 | Paras, Chahal | 100 | 10.0 | 100 | 5.0 | 92 | 4.6 | 100 | 5.0 | 100 | 10.0 | 58 | 20.4 | 79 | 83 | 16.6 | 80 | 8.0 | 81 | B |
| 9 | Hamed, Mousa | 100 | 10.0 | 100 | 5.0 | | | 100 | 50.0 | 100 | 10.0 | 70 | 24.4 | 87 | 92 | 18.4 | 93 | 9.3 | 82 | B |
| 10 | Kristen, Nico | 100 | 10.0 | 100 | 5.0 | | | 100 | 50.0 | 100 | 10.0 | 68 | 23.9 | 78 | 82 | 16.4 | 80 | 8.0 | 83 | B (4) |

(1)   Failed Final Exam.  Remedial score 78.  Final Grade: C(-).
      Failed Final Exam.  Has not taken remedial.
(3)   Failed Final Exam.  Did take remedial and failed
      Did not have OP rotation.  Toal score / 95
(4)   Did not take OP rotation.  Total Score / 95

| Transfer Students | Step 1 | GPA | From Beginning with AUA | Step 1 | GPA |
|---|---|---|---|---|---|
| | | | Adu-Sarkodie, Nana | did not sit | |
| | | | Adu, Tameka | did not sit | |
| **Abdul-Hak, Hassane** | **did not sit** | | **Adesope, Stella** | **did not sit** | |
| | | | **Adamu, Hephzibah** | **58** | |
| Aguilera, Francia | 68 | 4.00 | Abdullah, Sirhan | 61 | 2.52 |
| | | | **Aguiar, Martine** | **did not sit** | |
| | | | **Ahmad, Ala** | **did not sit** | |
| | | | **Ahmed, Anjum** | **did not sit** | |
| Ali, Husam | 60 | 2.20 | Ahmadi, Yunus | 75 | 3.00 |
| | | | **Ajala, Khaalisha** | **81** | |
| Addhavarapu, Venkatesh | 67 | 2.25 | Ajayi, Olumide | 80 | 2.71 |
| | | | **Akpata, Emmanuel** | **did not sit** | |
| | | | **Akujobi, Chizoma** | **did not sit** | |
| Ali, Husam | 60 | | **Alcalde, Tara** | **did not sit** | |
| | | | **Ali, Waseem** | **did not sit** | |
| Andhavarapu, Venkatesh | 67 | | Ansari, Osama | 81 | 4.00 |
| | | | **Ansari, Rashid Moin** | **did not sit** | |
| | | | **Anthony, Sandra** | **did not sit** | |
| | | | **Atabbi, Ali** | **did not sit** | |
| | | | Akitan, Abosede | 82 | 3.35 |
| Ashley, Cherrise | 64 | 2.22 | August, Milhenka | 65 | 2.44 |
| August, Elizabeth | 80 | 3.00 | **Aziz, Ammarah** | **did not sit** | |
| | | | **Azizian, Neda** | **did not sit** | |
| **Bagenholm, Allyson** | **76** | **4.00** | **Brown-Joseph, Ann-Marie** | **did not sit** | |
| | | | **Bangthamai, Tara** | did not sit | |
| | | | Bastien, Carl-Frederic | 78 | 2.20 |
| Baghdasarian, Ara | **did not sit** | | Beckwith, Micheal | 78 | 3.63 |
| Baker, Iyad | 88 | 3.50 | Beranger, Alexandria | 72 | 2.93 |
| Barrett, Shean | 68 | 3.50 | Boakye, Kwaku | 64 | 2.08 |
| **Bangthamai, Tara** | **did not sit** | | **Bansgopaul, Dillon** | did not sit | |
| **Basque, Carl-Frederic** | **did not sit** | | Beranger, Alexandria | 72 | |
| **Batra, Amit Paul** | **did not sit** | | **Bastien, Carl-Frederic** | 78 | |
| **Belpulsi, Danamarie** | **65** | | **Bhati, Amar** | did not sit | |
| **Bhosle, Sangram** | **did not sit** | | **Beckwith, Micheal** | 78 | |
| | | | **Boakye, Kwaku** | 64 | |
| | | | **Bernot, Sindy** | did not sit | |
| | | | **Brar, Preetkanwal(Rimy)** | did not sit | |
| Budhraja, Vikram | 86 | | **Brumett, William** | did not sit | |
| | | | Bohnert, Shannon | 54 | 2.62 |
| Betz, Milica | 87 | 3.67 | Cafiero, Ralph | 65 | 2.45 |
| Bhaskarla, Niveditha | 76 | 3.50 | Cheruku, Sreekanth | 95 | 2.88 |
| Budhraja, Vikram | 86 | 3.42 | Crew Erica | 76 | 3.22 |
| Chineme, Jessica | 71 | 4.00 | Dabas Vivek | 75 | 2.00 |
| Chumak, Maxim | 77 | 3.67 | Devaney, Thomas | 59 | 1.60 |
| Corbin, Aaron | 68 | 2.60 | Dhillon, Rupeet | 49 | 1.89 |
| Crespo-Valez, Carmen | 62 | 4.00 | El-Sherif, Dana | 77 | 2.06 |
| Davis, Barbara | 73 | 3.25 | Eni, Eni | 63 | 4.00 |
| Decoteau, Carlond | 55 | 3.00 | Falter, Keith II | 87 | 3.57 |
| Esmaeili, Ehsan | 75 | 4.00 | Felix,Ashvin | 70 | 2.25 |
| Faustin, Guerry | 78 | 2.64 | France, Kenneth | 75 | 2.88 |

| | | | | | |
|---|---|---|---|---|---|
| Ferrol, Isaline | 75 | 2.63 | Ghani, Helai | 81 | 2.40 |
| Franklin, Bina | 75 | 4.00 | Gnanashekar, Ephraim | 69 | 2.27 |
| Freier, Richard | 79 | 4.00 | Gray, Sanjiv | 98 | 3.67 |
| Gonzalez, Claudia | 40 | 2.00 | Hadawy, Angel | 71 | 2.62 |
| Ioffe, Julia | 76 | 3.58 | Haddad, Mousa | 65 | 2.50 |
| Jain, Atul | 70 | 3.00 | Hang, Tammy | 67 | 1.93 |
| Jiansakul, Thanavut | 83 | 3.78 | Harden, Kimberly | 77 | 2.33 |
| Kamash, Tamer | 64 | 2.50 | Hasselfeld, Randi | 87 | 2.94 |
| Kidd, Vicki | 79 | 4.00 | Isacoff, Adam | 76 | 2.53 |
| Knowles-James,Cerise | 68 | 2.43 | Jackson, Larry | 73 | 2.58 |
| Kodali, Smila | 75 | 3.13 | Johnsen, Jay | 84 | 3.57 |
| Kumar, Seema | 80 | 2.71 | Jones, Takaya | 78 | 2.93 |
| Lafond, Fritzanella | 71 | 3.00 | Kalaria, Neha | 74 | 2.43 |
| Lanphear, Eric | 64 | 4.00 | Kannankeril, Joe | 56 | 2.43 |
| Linkowski, Micheal | 59 | 2.71 | Kaur, Harjeet | 73 | 2.73 |
| Loza, Alejandro | 75 | 4.00 | Kohli, Navreet | 68 | 2.60 |
| Marin, Louis | 77 | 3.00 | Kurien, Alvin | 61 | 1.90 |
| Martin, Ravonna | 72 | 4.00 | Lapikov, Vitaliy | 78 | 2.50 |
| Oprea, Micheal | 82 | 4.00 | Lhungay, Cherie | 83 | 3.14 |
| Oyedepo, Babadele | 79 | 3.82 | Merkley, Kenneth | 66 | 2.71 |
| Panchal, Roshni | 77 | 4.00 | Miskin, Chandrabhaga | 76 | 3.13 |
| Patel, Bhavika | 78 | 3.06 | Monroe, Mariam | 55 | 2.31 |
| Patel, Dipesh | 80 | 3.00 | Muhammad, Aqeel | 70 | 2.20 |
| Patel, Rupal | 77 | 3.70 | Nakhwal, Sukhminder | 61 | 2.75 |
| Preciado Jeffrey | 39 | 3.00 | Nwagbo, Anthonia | 66 | 2.75 |
| Rakalla, Gurvinder | 46 | 3.00 | Okoro, Philip | 67 | 2.80 |
| Reilly, Thomas | 95 | 3.88 | Okoronkwo, Earnest | 67 | 2.47 |
| Robinson, Gail | 59 | 3.50 | Olorunnisola, Moses | 71 | 3.71 |
| Roever, Christopher | 71 | 4.00 | Oyelowo, Doyin | 78 | 3.29 |
| Rojas, Luis | 78 | 3.67 | Pate, Amy | 91 | 3.13 |
| Shahani, Monica | 76 | 4.00 | Pate, Judy | 65 | 2.40 |
| Soresen, Hollie | 64 | 3.50 | Patel, Samir | 77 | 3.00 |
| Shahzad, Humara | 69 | 3.00 | Patel,Amit | 98 | 2.47 |
| Soyoye, Tajudeen | 78 | 4.00 | | | |
| Stair, Erin | 80 | | | | |
| Stevenson, Clinton | 57 | 3.50 | | | |
| Syed, Hassan | 68 | 3.00 | | | |
| Thomas, Debra | 58 | 3.00 | | | |
| Thomas, Lisa | 69 | 2.69 | | | |
| Woodard, Jameson | 89 | 3.89 | | | |
| Zimmerman, Sara | 72 | 4.00 | | | |
| Lambert, Nahesi | 76 | 3.11 | | | |
| Martin, Nathan | 64 | 2.25 | | | |

| From Beginning with AUA | Step 1 | GPA | | |
|---|---|---|---|---|
| **Abdullah, Sirhan** | **61** | **2.28** | | |
| **Adamu, Hephzibah** | **58** | **2.22** | | |
| **Ajala, Khaalisha** | **81** | **2.44** | | |
| Abdullah, Sirhan | 61 | 2.52 | | |
| Ahmadi, Yunus | 75 | 3.00 | | |
| Ajayi, Olumide | 80 | 2.71 | | |
| Akitan, Abosede | 82 | 3.35 | | |
| August, Mihenka | 65 | 2.44 | | |
| Bastien, Carl-Frederic | 78 | 2.20 | | |
| Beckwith, Micheal | 78 | 3.63 | | |
| Beranger, Alexandria | 72 | 2.93 | | |
| Boakye, Kwaku | 64 | 2.08 | | sd |
| Bohnert, Shannon | 54 | 2.62 | | 10.6963 |
| Cafiero, Ralph | 65 | 2.45 | | |
| Cheruku, Sreekanth | 95 | 2.88 | | 72.66667 Mean |
| Crew Erica | 76 | 3.22 | | 73 Median |
| Dabas Vivek | 75 | 2.00 | | |
| Devaney, Thomas | 59 | 1.60 | | |
| Dhillon, Rupeet | 49 | 1.89 | | |
| El-Sherif, Dana | 77 | 2.06 | | |
| Eni, Eni | 63 | 3.12 | | |
| Falter, Keith II | 87 | 3.57 | | |
| **Fasihy, Shahram** | **71** | **2.81** | | |
| Felix,Ashvin | 70 | 2.25 | | |
| France, Kenneth | 75 | 2.88 | | |
| Ghani, Helai | 81 | 2.40 | | |
| Gnanashekar, Ephraim | 69 | 2.27 | | |
| Gray, Sanjiv | 98 | 3.67 | | |
| Hadawy, Angel | 71 | 2.62 | | |
| Haddad, Mousa | 65 | 2.50 | | |
| Hang, Tammy | 67 | 1.93 | | |
| Harden, Kimberly | 77 | 2.33 | | |
| Hasselfeld, Randi | 87 | 2.94 | | |
| **Huda, Sophia** | **69** | **2.39** | | |
| Isacoff, Adam | 76 | 2.53 | | |
| Jackson, Larry | 73 | 2.58 | | |
| Johnsen, Jay | 84 | 3.57 | | |
| Jones, Takaya | 78 | 2.93 | | |
| Kalaria, Neha | 74 | 2.43 | | |
| Kannankeril, Joe | 56 | 2.43 | | |
| Kaur, Harjeet | 73 | 2.73 | | |
| Kohli, Navreet | 68 | 2.60 | | |
| Kurien, Alvin | 61 | 1.90 | | |
| Lapikov, Vitaliy | 78 | 2.50 | | |
| Lhungay, Cherie | 83 | 3.14 | | |
| **Lima. Ateaya** | **66** | **2.51** | | |
| Merkley, Kenneth | 66 | 2.71 | | |
| Miskin, Chandrabhaga | 76 | 3.13 | | |
| Monroe, Mariam | 55 | 2.31 | | |
| Muhammad, Aqeel | 70 | 2.20 | | |
| Nakhwal, Sukhminder | 61 | 2.75 | | |

| | | |
|---|---|---|
| Nwagbo, Anthonia | 66 | 2.75 |
| Okoro, Philip | 67 | 2.80 |
| Okoronkwo, Earnest | 67 | 2.47 |
| Olorunnisola, Moses | 71 | 3.71 |
| Oyelowo, Doyin | 78 | 3.29 |
| Pate, Amy | 91 | 3.13 |
| Pate, Judy | 65 | 2.40 |
| Patel, Samir | 77 | 3.00 |
| Patel,Amit | 98 | 2.47 |
| **Patel, Bhavika** | **78** | **3.06** |
| **Pennisi, Dominic** | **68** | **2.14** |
| **Petrova, Veronika** | **55** | **2.64** |
| **Polynice, Judette** | **93** | **3.33** |
| **Rao, Panisri** | **76** | **2.60** |
| **Rao, Ryan** | **99** | **3.44** |
| **Ray, Asheesh** | **86** | **2.25** |
| **Romanik, Nikki** | **59** | **2.61** |
| **Saleh, Tarek** | **80** | **2.38** |
| **Sarathchandra, Janaka** | **59** | **1.82** |
| **Schroeder, Hilary** | **59** | **2.54** |
| **Selvarajah, Priya** | **69** | **1.76** |
| **Shodunke, Temitope** | **72** | **2.94** |
| **Shoja, Pantea** | **83** | **3.75** |
| **St.Denis, Anthony** | **78** | **2.82** |
| **Tadros, Adeeb** | **68** | **2.00** |
| **Tahir, Hina** | **76** | **2.35** |
| **Tammara, Anita** | **70** | **2.04** |
| **Thoman, Stacey** | **79** | **2.86** |
| **Thomas, Lisa** | **69** | **2.57** |
| **Tiwana, Raju** | **69** | **2.40** |
| **Torabi, Radmehr** | **99** | **2.67** |
| **Toussaint, Pierrette** | **67** | **2.33** |
| **Uppal, Amandeep** | **76** | **2.87** |
| **Vijayan, Pravin** | **69** | **2.72** |
| **Yun, Roderick** | **71** | **2.07** |
| **Zverinsky, Aleksandr** | **62** | **1.54** |



| Transfer Students | Step 1 | GPA |  | SD | Mean | Median |
|---|---|---|---|---|---|---|
| Aguilera, Francia | 68 | 4.00 |  | 10.95769 | 71.74627 | 75 |
| Ali, Husam | 60 | 2.20 |  |  |  |  |
| Addhavarapu, Venkates | 67 | 2.25 |  |  |  |  |
| Ansari, Osama | 81 | 4.00 |  |  |  |  |
| Ashley, Cherrise | 64 | 2.22 |  |  |  |  |
| August, Elizabeth | 80 | 3.00 |  |  |  |  |
| Bagenholm, Allyson | 76 | 4.00 |  |  |  |  |
| Baker, Iyad | 88 | 3.50 |  |  |  |  |
| Barrett, Shean | 81 | 3.50 |  |  |  |  |
| Belpulsi, Danamarie | 65 | 2.46 |  |  |  |  |
| Betz, Milica | 87 | 3.67 |  |  |  |  |
| Bhaskarla, Niveditha | 76 | 3.50 |  |  |  |  |
| Budhraja, Vikram | 86 | 3.42 |  |  |  |  |
| Chineme, Jessica | 71 | 4.00 |  |  |  |  |
| Chumak, Maxim | 77 | 3.67 |  |  |  |  |
| Corbin, Aaron | 68 | 2.60 |  |  |  |  |
| Crespo-Valez, Carmen | 62 | 4.00 |  |  |  |  |
| Davis, Barbara | 73 | 3.25 |  |  |  |  |
| Decoteau, Carlond | 55 | 3.00 |  |  |  |  |
| Eni, Eni | 63 | 3.12 |  |  |  |  |
| Esmaeili, Ehsan | 83 | 4.00 |  |  |  |  |
| Faustin, Guerry | 78 | 2.64 |  |  |  |  |
| Ferrol, Isaline | 75 | 2.63 |  |  |  |  |
| Franklin, Bina | 75 | 4.00 |  |  |  |  |
| Freier, Richard | 79 | 4.00 |  |  |  |  |
| Gonzalez, Claudia | 40 | 2.00 |  |  |  |  |
| Harris III, Junior | 50 | 3.00 |  |  |  |  |
| Ioffe, Julia | 76 | 3.58 |  |  |  |  |
| Jain, Atul | 70 | 3.00 |  |  |  |  |
| Jiansakul, Thanavut | 83 | 3.78 |  |  |  |  |
| Kamash, Tamer | 64 | 2.50 |  |  |  |  |
| Kidd, Vicki | 79 | 4.00 |  |  |  |  |
| Knowles-James,Cerise | 68 | 2.43 |  |  |  |  |
| Kodali, Smila | 75 | 3.13 |  |  |  |  |
| Kumar, Seema | 80 | 2.71 |  |  |  |  |
| Lafond, Fritzanella | 71 | 3.00 |  |  |  |  |
| Lambert, Nahesi | 76 | 3.11 |  |  |  |  |
| Lanphear, Eric | 64 | 4.00 |  |  |  |  |
| Linkowski, Micheal | 59 | 2.71 |  |  |  |  |
| Loza, Alejandro | 75 | 4.00 |  |  |  |  |
| Marin, Louis | 77 | 3.00 |  |  |  |  |
| Martin, Nathan | 64 | 2.25 |  |  |  |  |
| Martin, Ravonna | 72 | 4.00 |  |  |  |  |
| Oprea, Micheal | 82 | 4.00 |  |  |  |  |
| Oyedepo, Babadele | 79 | 3.82 |  |  |  |  |
| Panchal, Roshni | 77 | 4.00 |  |  |  |  |
| Patel, Bhavika | 78 | 3.06 |  |  |  |  |
| Patel, Dipesh | 80 | 3.00 |  |  |  |  |
| Patel, Rupal | 77 | 3.70 |  |  |  |  |
| Preciado Jeffrey | 39 | 3.00 |  |  |  |  |
| Rakalla, Gurvinder | 46 | 3.00 |  |  |  |  |

| | | |
|---|---|---|
| Reilly, Thomas | 95 | 3.88 |
| Robinson, Gail | 59 | 3.50 |
| Roever, Christopher | 71 | 4.00 |
| Rojas, Luis | 78 | 3.67 |
| Shahani, Monica | 76 | 4.00 |
| **Soni Ambica** | **79** | not available |
| Soresen, Hollie | 64 | 3.50 |
| Shahzad, Humara | 69 | 3.00 |
| Soyoye, Tajudeen | 78 | 4.00 |
| Stair, Erin | 80 | not available |
| Stevenson, Clinton | 57 | 3.50 |
| Syed, Hassan | 74 | 3.00 |
| Thomas, Debra | 58 | 3.00 |
| Thomas, Lisa | 69 | 2.69 |
| Woodard, Jameson | 89 | 3.89 |
| Zimmerman, Sara | 72 | 4.00 |

**From:** Victor Hrehorovich (vhrehorovich@AUAMED.ORG)
**To:** gkroon@AUAMED.ORG;
**Date:** Tue, October 23, 2007 10:57:57 AM
**Cc:** steve_l_woodward@yahoo.com; ZONIAS@trinity-health.org; JECMPARK@aol.com; nssimon@AUAMED.ORG;
**Subject:** RE: Exammaster Error

Dear George: Thank you for helping Steve login to Exammaster. By copy to this email I would like to also address Steve's choice of login. While I believe in levity and freedom of choice, I wonder if Steve recognizes the personal image he projects by his login selection. Is this the demeanor and deportment of a professional, much less a physician who will need to secure the respect and confidence of his patients and peers to practice the healing arts? Moreover, should we be contributing to the advancement of individuals into the medical profession who favor these modes of self-expression? I would like Steve to answer these questions.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion. You need to login with the correct username. Your exams are sent to you via your login of "auasucks". That is the only one that will allow you to retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

George,

Please recheck my account, I just checked the URL you gave me and I still can't login, same error.

BTW the URL I used before is the same one you listed me below.

Unless there's a specific URL for PONTIAC I used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve


----- Original Message ----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error


Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our
regular website.

Let me know if you have further problems.
george kroon


-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

Steve





# The truth about AUA that all students should know!

Home | Video Index | Antigua | AUA | Corruption | Faculty | Student Testimonials | Hospitals | Exam Master | Downloads | Contacts |

**Home**

**Video Index**

**Antigua**

**AUA**

**Corruption**

**Faculty**

**Student Testimonials**

**Hospitals**

**Exam Master**

**Downloads**

**Contacts**

**Contact Information:** Info@aua-med.com

Below is a list of email addresses for the AUA and St. Joseph Mercy Oakland faculty. I encourage you to write them with your feedback about these issues.

_____

Neal S. Simon, JD, President & Co-Founder

nssimon@auamed.org

Peter Bell, MD, VP of Academic Affairs and Executive Dean Antigua Campus.

pbell@auamed.net

Jorge Ernesto Calderon, MD, Dean Clinical Science

jecmpark@aol.com

Victor Hrehorovich, MD, Vice Chancellor Emeritus

vhrehorovich@auamed.org

Susan Zonia, PhD, Director of Medical Education, St Joseph Mercy Oakland

zonias@trinity-health.org

Jeffery Yanez, MD Program Director, St Joseph Mercy Oakland

yanezj@trinity-health.org

Steve Glasser, PhD Associate Dean of Academic Organization, Professor and Chair, Neuroscience

sglasser@auamed.net

Olusegun Dipeolu, DVM, PhD, DSc, Professor and Chair Microbiology

segun@auamed.net

Andreas Lueck, DNSc, MSc. Associate Dean of Academic Matters, Chair and Professor - Biochemistry and Genetics

**From:** Robert Brandenburg (RBRANDENBURG@brookskushman.com)
**To:** info@aua-med.com;
**Date:** Mon, March 15, 2010 10:09:13 AM
**Cc:** RTUTTLE@brookskushman.com;
**Subject:** American University of Antigua, College of Medicine v. Woodward

Dear Woodward,

I would like to introduce my firm, Brooks Kushman PC. Our firm specializes in Intellectual Property (patents, trademarks, copyrights and unfair competition) and related litigation. Our offices are located in Southfield, Michigan and Los Angeles, California.

Brooks Kushman regularly receives notice of new suits in the US Federal District Courts for Michigan regarding cases filed in our area of expertise. As a courtesy, we inform the defendants of these new suits. American University of Antigua, College of Medicine filed suit against you on March 11, 2010. The complaint alleges a variety of actions based on your website aua.med.com, including trademark infringement. A copy of the complaint is attached.

Brooks Kushman has been involved in litigation involving where the subject of internet criticism uses the trademark law in an attempt to stop the criticism. It is our philosophy to seek business solutions to lessen the cost of litigation where possible, but are able to effectively defend a client through trial and appeal, if necessary.

If we can be of any assistance, please call Robert Tuttle or me at (248) 358-4400.

For more information about our law firm please visit our website at
www.brookskushman.com

Robert C. Brandenburg
1000 Town Center 22nd Floor
Southfield, MI 48044-1238
Firm: (248) 358-4400
Direct: (248) 226-2759
rbrandenburg@brookskushman.com



**BROOKS | KUSHMAN**
INTELLECTUAL PROPERTY LAW

**From:** Enrico Schaefer (enrico@traverselegal.com)
**To:** Info@aua-med.com;
**Date:** Thu, March 18, 2010 11:24:05 AM
**Cc:**
**Subject:** US District Court of Michigan Filing against Steven Woodward

IMPORTANT NOTICE:  You have been sued in the US District Court for the Eastern District of Michigan. You need to take immediate steps to protect your rights (see below).

Find attached a courtesy copy of the March 11, 2010 complaint filed against you in the case AUACM v Steven Woodward, Case No. 2:10-cv-10978-PJD-MJH.

Who We Are:  We are a Michigan law firm specializing in trademark litigation, including cases such this one. We monitor trademark filings in the State of Michigan and provide courtesy notice to defendants prior to the time you are formally served so you can (a) review the matter immediately and (b) use the extra time to prepare your defense with your attorney.

Do Not Delay:  You must timely respond to the Complaint in compliance with the Court Rules when formally served by the Plaintiff or potentiality face serious consequences.

What You Should Do Next:

1. You should contact your trademark attorney and provide them with this courtesy copy of the attached Complaint so they can begin protecting your interests.

2. Our lawyers regularly handle complex federal court trademark litigation across the State of Michigan and throughout the United States.  If you do not have a trademark attorney or if your regular attorney does not have experience litigating trademark matters in federal court, you or your attorney may contact us for a free consultation by replying to this email, or calling 866-936-7447.

Do not hesitate to contact me directly if you have any questions.

Enrico Schaefer, Attorney
Traverse Legal, PLC
866-936-7447 (office)
TraverseLegal.com
enrico.schaefer@traverselegal.com


Copyright Litigation:  Copyright Trial Attorneys
(http://tcattorney.typepad.com/digital_millennium_copyri/)
Trademark Litigation:  Trademark Infringement Attorneys (http://tcattorney.typepad.com/ip/)
Internet Law:  Web Law and Information Technology Issues (http://tcattorney.typepad.com/techlaw/)

This email may constitute attorney advertising, and is being sent in compliance with, the Michigan Rules of Professional Conduct 7.1 ??? 7.3. This email does not constitute attorney advice, nor does this email create an attorney client relationship.  Contact an attorney immediately if you have any questions about your specific situation.

**From:** Christine E. Fortney (cfortney@cardellilaw.com)
**To:** Steve_L_woodward@yahoo.com;
**Date:** Wed, March 31, 2010 2:47:10 PM
**Cc:** ebuikema@cardellilaw.com;
**Subject:** American University of Antigua v Steven Woodward- MISC 3748

Dear Mr. Woodward:

Please see the attached from Mr. Buikema.

<<Filed copy-plaintiff's verified complaint and ex parte request for temporary restraining order - processed - 3-11-10.pdf>> <<Summons.pdf>>

Sincerely,


Christine E. Fortney

Legal Secretary
Cardelli, Lanfear & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI  48067
(248) 544-1100

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

**From:** Yahoo! Travel Customer Support (yahoo@travelocity.com)
**To:** STEVE_L_WOODWARD@YAHOO.COM;
**Date:** Fri, March 26, 2010 11:17:42 PM
**Cc:**
**Subject:** Your Friend Made A Reservation on Yahoo! Travel


Steven has made travel arrangements with Yahoo! Travel (http://travel.yahoo.com) and requested that we share the itinerary with you.

We do not retain your email address, so you will not receive anything further from us unless you choose to become a member.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ITINERARY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Primary Contact: Steven Woodward

> Lookup flight status: http://edit.travel.yahoo.com/config/ytravel_checkflight.

_____


Flight: 1 Round-Trip Ticket
All flight times are local to each city.

_____


Sun, Mar 28, 2010
St Maarten, (SXM) to Flint, (FNT)

Flight:        American Airlines Flight 4833    operated by EXECUTIVE AS AMERICAN EAGLE  (on Aerospatiale/Alenia ATR 72)
Depart:        08:15 AM, St Maarten, Netherlands Antilles (SXM)
Arrive:        09:30 AM, San Juan, Puerto Rico (SJU)


1 Stop - change planes in San Juan, (SJU)
Connection Time:

Flight:        American Airlines Flight 2078    (on Boeing 737-800)
Depart:        03:20 PM, San Juan, Puerto Rico (SJU)
Arrive:        07:45 PM, Chicago, IL (ORD)


1 Stop - change planes in Chicago, (ORD)
Connection Time: 5 hrs   50mins

Flight:        American Airlines Flight 4060    operated by AMERICAN EAGLE  (on Embraer RJ145 Amazon)
Depart:        09:05 PM, Chicago, IL (ORD)

Arrive:        11:05 PM, Flint, MI (FNT)


Total Travel Time: 14 hrs 50 mins

_____


Tue, Apr 20, 2010
Flint, (FNT) to St Maarten, (SXM)

Flight:        American Airlines Flight 5082      operated by CHAUTAUQUA AS AMERICAN
CONNECTION  (on Embraer RJ140)
Depart:        05:50 PM, Flint, MI (FNT)
Arrive:        06:00 PM, Chicago, IL (ORD)


1 Stop - change planes in Chicago, (ORD)
Connection Time:

Flight:        American Airlines Flight 3720      operated by AMERICAN EAGLE  (on CRJ-700
CANADAIR REGIONAL)
Depart:        08:20 PM, Chicago, IL (ORD)
Arrive:        11:15 PM, Atlanta, GA (ATL)


1 Stop - change planes in Atlanta, (ATL)
Connection Time: 2 hrs    20mins

Flight:        American Airlines Flight 687    (on Boeing 737-800)
Depart:        08:25 AM, Atlanta, GA (ATL)
Arrive:        02:15 PM, Next day St Maarten, Netherlands Antilles (SXM)


Total Travel Time: 20 hrs 25 mins

_____

Passenger Name: Steven Woodward

************************************************************
Travel Protection
************************************************************

Please note, we are in the process of confirming your purchase of Flight Protection. Once we confirm
the Flight Protection, should you need to cancel your flight or interrupt your trip for reasons covered by
your insurance, your Flight Protection Plan includes reimbursement up to the total cost of your flight.


************************************************************
COMPLETE YOUR OWN TRIP PLANS!
************************************************************

Book a Flight: http://edit.travel.yahoo.com/flights.html?source=YG
Book a Hotel: http://edit.travel.yahoo.com/hotels.html?source=YG
Book a Car: http://edit.travel.yahoo.com/cars.html?source=YG

**************************************************************
HELP
**************************************************************
Online Support

> Search or browse our FAQs:  http://help.yahoo.com/l/us/yahoo/travel/.

> Send us an email:  http://travelocityyahoo.custhelp.com/cgi-
bin/travelocityyahoo.cfg/php/enduser/cci/travform.php.


Phone Support:

  > In the US:        888-YahooTravel, (888.924.6687)  24 hours a day/7 days a week

**From:** Steve Woodward <steve_l_woodward@yahoo.com>
**To:** John_Delaney@mied.uscourts.gov
**Sent:** Wed, March 17, 2010 10:12:00 AM
**Subject:** Re: Message To Internet Webmaster

John,

Attached is a screen shot of the error code.

Thanks

Steve

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

---

**From:** "John_Delaney@mied.uscourts.gov" <John_Delaney@mied.uscourts.gov>
**To:** steve_l_woodward@yahoo.com
**Cc:** development@mied.uscourts.gov
**Sent:** Wed, March 17, 2010 10:06:57 AM
**Subject:** Re: Message To Internet Webmaster

Mr. Woodward,

Could you give us some details on your problem. How did you attempt to contact us? How did the application fail; did you receive an error message?


From:      ContactUs_Site@mied.uscourts.gov
To:        development@mied.uscourts.gov
Date:      03/17/2010 10:00 AM
Subject:   Message To Internet Webmaster


Name:  Steven Woodward

Email: steve_L_woodward@yahoo.com


Commen    I need information concerning a potential lawsuit and your contact
ts:       application does not work. I received an email from
          "RTUTTLE@brookskushman.com" stating that the "American University
          of Antigua" filed a "Trademark" lawsuit against myself for my Web
          site "www.aua-med.com". I am currently living abroad in St Martin,
          possible moving to the USVI's where I have been seeking
          employment. I would like an electronic copy of any information

regarding this issue. I do not have a reliable mailing address for
hard copies of information. I use my sister's mailing address
since I live abroad and move while seeking employment. If this is
truly the case I can assure you that this lawsuit is groundless
and not based on "Trademark" violations. I have owned and operated
this site for a year and it is clearly marked on the home page
"This is not the official American University of Antigua, AUA,
site."

**From:** Steve Woodward (steve_l_woodward@yahoo.com)
**To:** Andrea_Teets@mied.uscourts.gov;
**Date:** Wed, March 17, 2010 11:36:23 AM
**Cc:**
**Subject:** Re: Response to your Inquiry - Case Number 10-10978

Thank you for your time,


This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

---

**From:** "Andrea_Teets@mied.uscourts.gov" <Andrea_Teets@mied.uscourts.gov>
**To:** steve_L_woodward@yahoo.com
**Sent:** Wed, March 17, 2010 11:10:22 AM
**Subject:** Response to your Inquiry - Case Number 10-10978


Mr. Woodward--

We do not typically respond via email for case related inquiries.  You can obtain information about your case through PACER.  The address is www.pacer.uscourts.gov There is no charge to setup a PACER  account and you can view your case electronically.




Name:  Steven Woodward

Email: steve_L_woodward@yahoo.com


Commen
ts:    I need information concerning a potential lawsuit and your contact application does not work. I received an email from "RTUTTLE@brookskushman.com" stating that the "American University of Antigua" filed a "Trademark" lawsuit against myself for my Web site "www.aua-med.com". I am currently living abroad in St Martin, possible moving to the USVI's where I have been seeking employment. I would like an electronic copy of any information regarding this issue. I do not have a reliable mailing address for hard copies of information. I use my sister's mailing address since I live abroad and move while seeking employment. If this is truly the case I can assure you that this lawsuit is groundless and not based on "Trademark" violations. I have owned and operated this site for a year and it is clearly marked on the home page "This is not the official American University of Antigua, AUA, site."

**From:** Steve Woodward (steve_l_woodward@yahoo.com)
**To:** Andrea_Teets@mied.uscourts.gov;
**Date:** Thu, March 18, 2010 7:38:24 AM
**Cc:**
**Subject:** Re: Response to your Inquiry - Case Number 10-10978

Andrea,

I am living abroad and under the poverty level for a couple years.  I will have to try and defend myself
from wherever I am and with very limited means.
Does the courts supply any assistance for people under these circumstances?
Can I perform court activities electronically?

I see there are costs for using PACER, again is there another system or process I can use to obtain
records?
Can someone in your office just confirm or deny that there are/is any cases filed against me?

Currently I have to use internet access from cafe's and etc and I have limited/unreliable mail access.
I use my sister's mailing address, because I do not know where I will be living from month to month,
while I seek employment.
I need access to legal material so I can try and learn the processes for dealing with court activities.
Do you have the URL for legal material?

I believe this will put me at a great disadvantage to defend myself and limit my rights to Due Process.

Not being an attorney please forgive me for my inquiries..

Thanks

 Steve

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s)
confidential information that may be proprietary, privileged or copyrighted under applicable law. If you
are not the intended recipient, do not read, copy, or forward this email message or any attachments.
Delete this email message and any attachments immediately.

---

**From:** "Andrea_Teets@mied.uscourts.gov" <Andrea_Teets@mied.uscourts.gov>
**To:** steve_L_woodward@yahoo.com
**Sent:** Wed, March 17, 2010 11:10:22 AM
**Subject:** Response to your Inquiry - Case Number 10-10978

Mr. Woodward--

We do not typically respond via email for case related inquiries.  You can
obtain information about your case through PACER.  The address is
www.pacer.uscourts.gov There is no charge to setup a PACER  account and
you can view your case electronically.

Name:  Steven Woodward

Email: steve_L_woodward@yahoo.com

Commen  I need information concerning a potential lawsuit and your contact
ts:        application does not work. I received an email from
          "RTUTTLE@brookskushman.com" stating that the "American University
          of Antigua" filed a "Trademark" lawsuit against myself for my Web
          site "www.aua-med.com". I am currently living abroad in St Martin,
          possible moving to the USVI's where I have been seeking
          employment. I would like an electronic copy of any information
          regarding this issue. I do not have a reliable mailing address for
          hard copies of information. I use my sister's mailing address
          since I live abroad and move while seeking employment. If this is
          truly the case I can assure you that this lawsuit is groundless
          and not based on "Trademark" violations. I have owned and operated
          this site for a year and it is clearly marked on the home page
          "This is not the official American University of Antigua, AUA,
          site."



File   Edit   View   History   Bookmarks   Tools   Help

http://www.auamed.org/information-seminars

Most Visited   Getting Started   Latest Headlines   Customize Links   Free Hotmail   RealPlayer   Windows Marketplace   Windows Media   Windows

6-year Degree Programs | AUA          Attend an AUA Information Semi...

## Medical

AUA College of Medicine is New York State approved and the only hospital-integrated U.S. modeled medical college in the Caribbean. AUA has just opened its doors to a stunning new multi-million dollar campus; the most modern learning environment in the Caribbean. AUA students enjoy an overall Basic Sciences GPA of 3.0 and higher. 98.6% passed USMLE Step 1 on the first attempt. Those with a cumulative GPA of 3.5 or higher: 100% passed on the first attempt (most recently reported scores). AUA offers MD programs with MPH, MBA, and MHA (Walden & Plymouth); dual degree options and our network of affiliated teaching hospitals in the U.S. is approximately 20 and growing.

Seminar - June 17, 2010 - Date of 4:0

Seminar - August 7, 2010 - New York, NY

Back to Top

## Nursing

To learn more about the advantages of the American International College of Arts and Sciences - Antigua School of Nursing, we invite you to attend one of our Information Seminars.

- Seminars take place LIVE in our New York City office every week.
- We offer seminar participation online and via telephone.
- Our presentation outlines our nursing program, introduces our campus, reviews our admissions requirements, and our associate director of admissions is available to answer your questions.

Click this link to register for an upcoming SEMINAR SCHEDULE HERE

Click this link to register for an upcoming COURSE DESCRIPTIONS

Back to Top

Done

start          Attend an AUA Infor...

## USMLE

ECFMG Certification is required to obtain an unrestricted license to practice medicine in the United States. The purpose of ECFMG Certification is to assess the readiness of international medical graduates to enter U.S. residency and fellowship programs that are accredited by the ACGME. More information can be found on the official website www.ecfmg.org

Step 1 is utilized to test a student's overall basic science knowledge before entering clinical rotations. A student is eligible to sit for Step 1 after successfully passing the Basic Science component of medical education and the fifth semester. A student must sit for Step 1 for the first time within six (6) months of eligibility. Furthermore a student must pass the USMLE Step 1 in no more than three (3) attempts within one (1) calendar year of becoming eligible to do so.

**USMLE Pass Rates for AUA student test takers reported through 04/15/09:**

- Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%
- For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt
- Those with a cumulative GPA of 3.5 or higher, 100% passed on the first attempt

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-212-661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.



American university of antigua - Yahoo! Search Results    Page 1 of 2

Case 2:10-cv-10978-SD-MJP   ECF No. 11-1, PageID.136   Filed 04/16/10   Page 30 of 47

Hi, steve_l_woodward   Sign Out   Help                                    Make Yahoo! your homepage   Mail

Web   Images   Video   Local   Shopping   News   More

american university of antigua                                    [ Search ]   Options

**Also try:**  american university of antigua college of medicine,   More...

Sponsored Results

**Search Pad**

**SearchScan - On**

**15,700,000 results for**
**american university ...:**

**Show All**

W| **Wikipedia**

**American University of Antigua - Caribbean Medical School ...**
Provides a medical education preparing students to pass the USMLE and the CSA tests, to
participate in residency training, and to obtain licensure in the United States. ...
www.**auamed**.org - Cached

The **American University of Antigua** College of Medicine
AUA College of Medicine helps you become a licensed physician in the US. Our
medical ... **American University of Antigua** c/o GCLR, L.L.C. | 2 Wall Street, 10th
Floor | New York, ...
www.**auamed**.org/medical-school - Cached

**American University of Antigua** College of Medicine ...
History | Programs | American . | Accreditation and...
The **American University of Antigua** is a private institution of higher education located
near the capital city of St. John's in the Caribbean island nation of **Antigua** and Barbuda
and features the **American** International College...
en.wikipedia.org/wiki/American_**University_of_Antigua**_College_of... - Cached

AUA Student Government Association
**American University of Antigua**, Student Government Website ... Neither the **American
University of Antigua** nor the SGA controls, monitors or guarantees any aspect of the ...
www.**auastudents**.org - Cached

**American University of Antigua** - US Colleges & Universities ...
**American University of Antigua** ... Choosing a school to pursue a career in healthcare
today is one of the most consequential decisions of your life. ...
newsweekshowcase.com/.../American-University-of-Antigua - 146k - Cached

Caribbean Islands Nursing School | **American University of Antigua**
The **American University of Antigua** offers a flexible, hospital-integrated program in the
Caribbean. Quality ASN and RN-BSN programs without waitlists.
nursing.**auamed**.org - Cached

**American University of Antigua**
AMERICAN UNIVERSITY of ANTIGUA. ENTER ...
www.**aua-nursing**.org - Cached

The truth about **American University of Antigua**
**American University of Antigua**. This Web site is intended to ensure you are well
informed about this institution and the hospitals they do business with. ...
www.**aua-med**.com - Cached

The **American University of Antigua** College of Medicine
The **American University of Antigua** College of Medicine is the first and only hospital ...
AUA College of Medicine graduated physicians will have acquired the ...
princetonreview.com/schools/medical/MedBasics.aspx?...- 92k - Cached

**American University of Antigua** | Ranking and Review
**Universities** in **Antigua** and Barbuda: **American University of Antigua** AUA review &
web ranking by 4icu.org
www.**4icu**.org/reviews/11036.htm - Cached

**American University Of Antigua** - News Results
Business Leaders, Political and Film Personalities Discuss India Breaking
Boundaries PRWeb via Yahoo! News - Apr 14 12:00am
The Wharton School, Philadelphia becomes the center of discussion for India's
present and future global leaders, reimposing faith...

Sponsored Results

**American University**
Study Online at **American University** & Earn Your Degree
While You Work.
CollegeDegreeNetwork.com

**American University**
See Top **American University**
Degree Programs & Earn Your
Degree Online.
DegreeSearchNetwork.com/Unive
rsity

**American Military University**
Why AMU? Education is power. Get
free info.
www.scholaru.com

**American University**
Study Online at **American
University** & Earn Your Degree
While You Work.
Education.NexTag.com

**American Antigua
University**
Get your degree online faster than
you think. Financial Aid Available.
www.University-College.com

**American Antigua
University**
Get your AS, BS or MS degree
faster than you think with financial
aid.
www.AcceleratedDegree.com

See your message here...

Sponsored Results

**American University**
Study Online at **American University** & Earn Your Degree While You Work.
CollegeDegreeNetwork.com

**American University**
See Top **American University** Degree Programs & Earn Your Degree Online.
DegreeSearchNetwork.com/University

**Also try:**  american university of antigua college of medicine,   More...

Case 2:10-cv-20978-PJD-MJH ECF No. 11, PageID.137 Filed 04/16/10 Page 31 of 47

american university of antigua - Yahoo! Search Results    Page 2 of 2

| **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | Next > |

| american university of antigua | | Search |

© 2010 Yahoo!  Help - Page Tour - Privacy / Legal - About Our Ads - Submit Your Site

SearchScan displays McAfee alerts optimal for the Yahoo! Search user and does not include all McAfee SiteAdvisor red ratings.








Antigua Sun Ltd. | Post-mortem reveals tourist died from stab wound - News Articles - Local | Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Most Visited    Getting Started    Latest Headlines    Customize Links    Free Hotmail    RealPlayer    Windows Marketplace    Windows Media    Windows

ICANN | Uniform Domain Name Dispute ...    The truth about American University of ...    Antigua Sun Ltd. | Post-mortem r... ⊠    Daily Observer Online

http://www.antiguasunonline.com/news/local/25429-post-mortem-reveals-tourist-died-from-stab-wound.html

# Post-mortem reveals tourist died from stab wound

News Articles - Local

Written by Tahna Aaron

Tuesday, 26 January 2010 01:00

A post-mortem examination was carried out last Friday on the body of murdered US tourist Nina Elizabeth Nilssen whose body was discovered exactly one week ago at Winward Bay, close to Pigeon Point.

The autopsy was conducted by Dr. Petra Miller-Nanton who issued a death certificate stating the cause of death was due to Haemorrhaging as a result of a stab wound.

Meanwhile, family members are now finalising arrangements to return Nilssen's body to her home in the Bay Area of San Francisco.

There has been no progress in the search for the killer. The police, who issued a description of the man they are looking for, are pleading for information from members of the public that could lead to an arrest.

The San Francisco Chronicle reported that friends of the dead woman gathered Sunday in a state of shock to remember her.

The 29-year-old San Francisco State University graduate student had arrived in Antigua aboard the Royal Clipper. The family was celebrating the marriage of Nilssen's 32 year-old sister.

On route to St. Kitts, the vessel docked in Antigua, and the family disembarked for a barbecue at Winward Bay. That was the last time they saw Nina alive. Her body was discovered just before nightfall last Tuesday.

Nilssen was described as a fearless traveller, whose adventures included trekking in South America, Central America and Mexico, the newspaper said.

Latest Comments

QUICK LINKS

Personalized Family Trees

Search Antigua

CRIME STOPPERS ANTIGUA
800-TIPS(8477)

e Antigua Public Library

Read edge.quantserve.com

Exhibit 1

Exhibit 2

# Cuban doctor is third murder victim for the year

By Marina Johnson - Wednesday, February 17th, 2010

A small group of Cubans stood shell shocked on a sidewalk on All Saints Road Tuesday night as police officers conducted investigations into the homicide of their compatriot, a 39-year-old doctor whose name the police asked the media to withhold since the next of kin had not been notified.

A neighbour, who reported hearing sounds of a struggle and screams for help, rushed to the upstairs apartment just west of Townhouse Mega Store where she found the district doctor dead. This happened at around 9:30 pm, although Dr Cecil Philip, who would officially pronounce the man dead, arrived at around midnight.

Officers on the scene said the deceased was face up in his living room, which was splattered with blood, on the floor and on the sofa. Reports indicate that there were signs of struggle and there appeared to be a wound to the back of the man's head. At the time of posting it was unclear if there were any other injuries.

A Cuban nurse, a friend of the deceased, told the OBSERVER that she left the man's apartment at around 9:05 pm and got a call from another friend about an apparent incident. She said she returned at about 9:50 pm to find that her friend had been killed.

As the clock approached midnight, the Cubans remained rooted to their spot on the sidewalk as police officers probed the scene and media workers sought to overcome the language barrier to conduct interviews. Save for the three groups, there was no one else around, no shouts of anguish or tears, just obviously shocked friends communicating in their native tongue.

One woman, who lives in the building where the killing took place, fearing for her and her family's safety, packed a suitcase and sought refuge with friends in a nearby apartment building.

Senior Sergeant William Holder made an immediate request for the public's help in solving the third homicide for the year. He urged anyone with information to call the Criminal Investigations Department (CID) at 462-3913 or 462-3914 or the nearest police station. (with reports from Marina Johnson who was on the scene)

## More Headline News

Body found in McKinnon's

'Shotgun not mine' Testifies Young Destroyer's Cousin

Hotel workers worried as Hawksbill heirs reclaim the estate

Police release murder suspect

Hurst pickets as 'Labour Day' trial resumes

Suspect Held in Cuban Doctor's Murder

Suspect in custody for doctor's slaying

Cavelle John turns state's witness



Enter for a chance to WIN!

Article Hits: 1,246

Daily Observer Online - Murder, Sexual Offences Top Police Stats - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://antiguaobserver.com/?p=19900

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(0 unread) Yahoo! Mail, steve_j_wood... | YouTube - Overview | Daily Observer Online — Murder,...

# antigua Observer.com

news on target

Home    Today's Paper ▾    News ▾    Specials ▾    Observer Radio 91.1 ▾    Hitz FM 91.9    Classifieds ▾    In Wadadli    Article Archives

## Murder, Sexual Offences Top Police Stats

By Carel Williams   Tuesday, December 21st, 2009

SHARE

Sexual offences and murders have, for yet another year, emerged as major problems for the Royal Police Force of Antigua & Barbuda, according to crime statistics released yesterday.

The figures indicate that sexual offences have increased 127 per cent from the 44 recorded last year, while there were 16 murders, two more than occurred in 2008.

Incidents of rape have more than quadrupled from the figures recorded in 2007, the year the Sexual Offences Unit was formed. Thirty-three cases were recorded this year with 10 arrests compared to the 23 reported in 2008 of which there were five arrests.

Statutory rape or rape of minors more than doubled from the 12 reported last year to 33.

Twenty-two arrests were made this year compared to last year's 12.

Attempted rape cases spiked to 11 from the previous two.

There were slight increases in serious indecency and indecent assault, aiding and abetting in connection with sexual offences, buggery and incest.

search



### More Top Stories

Applications open for National Student Loan Fund

Group marks Glaucoma Awareness Month with free eye screening

Water shortages challenge school sanitary facilities

A tribute to one of Antigua's unsung heroes

Gov't takes next step towards HMR

Done

Exhibit 3

Antigua Sun Ltd. | Three sentenc...

http://www.antiguasunonline.com/news/local/251379-three-sentenced-to-jail-for-sex-offences.html?start=1

@ Page 2 of 3

Jeffers, who is known to the court, has spent one year and six months on remand at Her Majesty's Prison. The court took that into account in passing its sentence.

Jeffers, 22, on 17 May, 2008, about 3 a.m., stopped a medical student at the American University of Antigua (AUA), while she was on her way home.

Reports are the victim slowed down her vehicle in the vicinity of the Lion's Club when Jeffers jumped into her vehicle and told her to give him a ride. Jeffers directed the medical student to an area near a vacant lot where not too many houses were.

She pulled over to the side of the road and stopped her vehicle, at which time Jeffers virtually pulled the key of her car seat and jumped on top of her. He put his hands over her eyes and started to squeeze into her eyes with his fingers. Jeffers took off his clothes and threatened to kill the woman if she screamed.

The young woman got a hold of the vehicle's cigarette lighter and tried to burn Jeffers with it. He, however, managed to knock it from her hand. Jeffers then placed his penis in the woman's face and told her to engage in oral sex.

The victim pulled away her head, at which time the convicted man pulled off her blouse and panties. He held her down and as he was about to rape her, a security pickup with a number of police officers drove up. Upon seeing the lawmen, Jeffers ran from the vehicle and the area naked.

The police pursued him but he was able to evade them. The victim was taken to the Holberton Hospital, where she was treated and discharged. Jeffers was picked up on 25 May and later arrested and charged.

Vere Bird Jr., speaking on Jeffers' behalf, told the court that the 22-year-old man attended the Pentecostal Church with his family. Bird said Jeffers was exposed to marijuana at the tender age of 10 years. The attorney said his client also used cocaine.

33 years of providing More Insurance with More Assurance

Come Grow With Us!

Tel: 481-7800
Email: starelns.ca@wtv.ag

ANTIGUA
800-TIPS(8477)

Search Antigua

Become an Alcohol & Drug Counselor
ICDC COLLEGE

Leeward Islands Weather



Exhibit 5

Recreation & Activities | The American University of Antigua - Windows Internet Explorer

File   Edit   View   Favorites   Tools   Help

http://www.auamed.org/recreation-activities

Customize Links   Free Hotmail   My Yahoo!   RealPlayer   Bookmarks ▾   Settings ▾   Mail ▾   My Yahoo!   Windows Media   Yahoo!   Games ▾   Anti-Spy ▾

Web Search   Windows   Windows Marketplace   Answers   Yahoo!   Yahoo! Downloads

Recreation & Activities | The American University of Antigua...

# Recreation & Activities



A beautiful place in which to live, Antigua is an ideal location for the study of medicine: serene, secure, and sustaining. Antigua provides AUA students with the most modern comforts and familiar lifestyle in the Caribbean, in a stable and safe environment. Although students should devote most of their time to studies in order to be successful, students also need to balance their life and make time for relaxation and recreational activities.

EMERGENCY & CLIMATE

POPULATION

HISTORY & GOVERNMENT

RECREATION & ACTIVITIES

REST & ISLAND AMENITIES

WELLNESS & TRAVEL INFORMATION

Exhibit C

http://www.auamed.org/

File   Edit   View   Favorites   Tools   Help

AMERICAN UNIVERSITY OF ANTIGUA

My AUA

SEARCH

LOG IN

COLLEGE OF MEDICINE

SCHOOL OF NURSING





Internet     100%

Exhibit 7

*Exhibit 8*

From: OIG Hotline <Oig.Hotline@ed.gov>
To: Steven Woodward <info@aua-med.com>
Sent: Thu, January 28, 2010 7:06:28 PM
Subject: RE: American University of Antigua discloses student grades

info@aua-med.com

Dear Mr. Woodward:

This is in response to your complaint received by the Inspector General's Hotline concerning American University of Antigua.

After a careful review of your complaint, we have determined that the issues you raise may fall within the responsibilities of the Department's Office of Planning, Evaluation and Policy Development (OPEPD), Family Educational Rights and Privacy Act (FERPA) Division. I have provided below information on how to contact FERPA directly regarding your concerns.

> Family Policy Compliance Office
> U.S. Department of Education
> 400 Maryland Avenue, SW
> Washington, D.C. 20202-5920
> Email Address: FERPA@ed.gov

If you need further assistance, please feel free to contact that office at 202-401-3008.  I hope this information is helpful to you.

> Sincerely,

> Inspector General's Hotline/mp


ED/16611-10

-----Original Message-----
From: Steven Woodward [mailto:info@aua-med.com]
Sent: Friday, December 11, 2009 10:48 AM
To: OCR; OIG Hotline
Subject: American University of Antigua discloses student grades

To whom it may concern,


Attached is a presentation, Dr. Victor Hrehorovich, Vice Chancellor Emeritus and Academic Counselor for AUA, gave his 5th semester students.

On page 13 of this presentation there is a graph of AUA pass rates, which were about 44%.

If you open the graph object, right-click, chart object, open. AUA revealed the USMLE and GPA for students that were reported per this graph.

The attached spreadsheet is that chart object saved as an excel spreadsheet.

If you open the tabs you will see all the student names and corresponding USMLE and GPA grades.

This is a list of the AUA students whose grades were disclosed, it does not include the transfer students that were listed in the presentation.

| From Beginning with AUA | Step 1 | GPA |
|---|---|---|
| "Abdullah, Sirhan" | 61 | 2.28 |
| "Adamu, Hephzibah" | 58 | 2.22 |
| "Ajala, Khaalisha" | 81 | 2.44 |
| "Abdullah, Sirhan" | 61 | 2.52 |
| "Ahmadi, Yunus" | 75 | 3.00 |
| "Ajayi, Olumide" | 80 | 2.71 |
| "Akitan, Abosede" | 82 | 3.35 |
| "August, Mihenka" | 65 | 2.44 |
| "Bastien, Carl-Frederic" | 78 | 2.20 |

| | | |
|---|---|---|
| "Beckwith, Micheal" | 78 | 3.63 |
| "Beranger, Alexandria" | 72 | 2.93 |
| "Boakye, Kwaku" | 64 | 2.08 |
| "Bohnert, Shannon" | 54 | 2.62 |
| "Cafiero, Ralph" | 65 | 2.45 |
| "Cheruku, Sreekanth" | 95 | 2.88 |
| Crew Erica | 76 | 3.22 |
| Dabas Vivek | 75 | 2.00 |
| "Devaney, Thomas" | 59 | 1.60 |
| "Dhillon, Rupeet" | 49 | 1.89 |
| "El-Sherif, Dana" | 77 | 2.06 |
| "Eni, Eni" | 63 | 3.12 |
| "Falter, Keith II" | 87 | 3.57 |
| "Fasihy, Shahram" | 71 | 2.81 |
| "Felix,Ashvin" | 70 | 2.25 |
| "France, Kenneth" | 75 | 2.88 |
| "Ghani, Helai" | 81 | 2.40 |
| "Gnanashekar, Ephraim" | 69 | 2.27 |
| "Gray, Sanjiv" | 98 | 3.67 |
| "Hadawy, Angel" | 71 | 2.62 |
| "Haddad, Mousa" | 65 | 2.50 |
| "Hang, Tammy" | 67 | 1.93 |
| "Harden, Kimberly" | 77 | 2.33 |

| | | |
|---|---|---|
| "Hasselfeld, Randi" | 87 | 2.94 |
| "Huda, Sophia" | 69 | 2.39 |
| "Isacoff, Adam" | 76 | 2.53 |
| "Jackson, Larry" | 73 | 2.58 |
| "Johnsen, Jay" | 84 | 3.57 |
| "Jones, Takaya" | 78 | 2.93 |
| "Kalaria, Neha" | 74 | 2.43 |
| "Kannankeril, Joe" | 56 | 2.43 |
| "Kaur, Harjeet" | 73 | 2.73 |
| "Kohli, Navreet" | 68 | 2.60 |
| "Kurien, Alvin" | 61 | 1.90 |
| "Lapikov, Vitaliy" | 78 | 2.50 |
| "Lhungay, Cherie" | 83 | 3.14 |
| Lima. Ateaya | 66 | 2.51 |
| "Merkley, Kenneth" | 66 | 2.71 |
| "Miskin, Chandrabhaga" | 76 | 3.13 |
| "Monroe, Mariam" | 55 | 2.31 |
| "Muhammad, Aqeel" | 70 | 2.20 |
| "Nakhwal, Sukhminder" | 61 | 2.75 |
| "Nwagbo, Anthonia" | 66 | 2.75 |
| "Okoro, Philip" | 67 | 2.80 |
| "Okoronkwo, Earnest" | 67 | 2.47 |
| "Olorunnisola, Moses" | 71 | 3.71 |

| | | |
|---|---|---|
| "Oyelowo, Doyin" | 78 | 3.29 |
| "Pate, Amy" | 91 | 3.13 |
| "Pate, Judy" | 65 | 2.40 |
| "Patel, Samir" | 77 | 3.00 |
| "Patel,Amit" | 98 | 2.47 |
| "Patel, Bhavika" | 78 | 3.06 |
| "Pennisi, Dominic" | 68 | 2.14 |
| "Petrova, Veronika" | 55 | 2.64 |
| "Polynice, Judette" | 93 | 3.33 |
| "Rao, Panisri" | 76 | 2.60 |
| "Rao, Ryan" | 99 | 3.44 |
| "Ray, Asheesh" | 86 | 2.25 |
| "Romanik, Nikki" | 59 | 2.61 |
| "Saleh, Tarek" | 80 | 2.38 |
| "Sarathchandra, Janaka" | 59 | 1.82 |
| "Schroeder, Hilary" | 59 | 2.54 |
| "Selvarajah, Priya" | 69 | 1.76 |
| "Shodunke, Temitope" | 72 | 2.94 |
| "Shoja, Pantea" | 83 | 3.75 |
| "St.Denis, Anthony" | 78 | 2.82 |
| "Tadros, Adeeb" | 68 | 2.00 |
| "Tahir, Hina" | 76 | 2.35 |
| "Tammara, Anita" | 70 | 2.04 |

| | | |
|---|---|---|
| "Thoman, Stacey" | 79 | 2.86 |
| "Thomas, Lisa" | 69 | 2.57 |
| "Tiwana, Raju" | 69 | 2.40 |
| "Torabi, Radmehr" | 99 | 2.67 |
| "Toussaint, Pierrette" | 67 | 2.33 |
| "Uppal, Amandeep" | 76 | 2.87 |
| "Vijayan, Pravin" | 69 | 2.72 |
| "Yun, Roderick" | 71 | 2.07 |
| "Zverinsky, Aleksandr" | 62 | 1.54 |

Thank you for your time,


Steven Woodward

www.AUA-MED.com <http://www.aua-med.com/>

The truth about the American University of Antigua.

Exhibit 9-10



Wow, AUA rocks - Page 2 - Value...

Norton

Ask my Google

One of the world's most reviewed & approved MD programs

Accredited M.D.
MCAT not required
USMLE Prep - US
Clinicals   Fin Aid

Currently
Accepting
Applications For
Summer 2010
Apply Now!

$40 Million Dollar
Campus U.S.

http://www.auamed.com/members/tipton.html

**Tipton** ●
School Official

Tipton's Avatar

Quote:

> Originally Posted by **firstudent** ●
> *Does anyone know if the new AUA construction including student housing will be ready by Sept.
> 09 ?????*

No. Student housing on campus is not part of the current phase of construction. But considering some of
the nice options we have (Trafalgar, Nandalay, Univ Housing,) I don't see any reason to complain.

Mr Tipton B Carlson
Associate Director of Admissions

**firstudent** ●
Newbie

Join Date: Sep 2006
Location: AUA School of Medicine
Posts: 3,333
Downloads: 0
Uploads: 0
Blog Entries: 4

www.uag.edu/medicine
FOR MORE INFORMATION
CLICK HERE

UAG SCHOOL OF MEDICINE
Our members don't see this ad

Join Date: Jun 2009
Posts: 10
Downloads: 0
Uploads: 0



*Exhibit 11*

https://mail.google.com/mail/?ui=2&ik=540fe3b274&view=pt&search=...

 **GMail**

Student Rights <auatruth1@gmail.com>

# Student Records

3 messages

---

**Student Rights <auatruth1@gmail.com>**
To: fostersd@trinity-health.org

Tue, Mar 31, 2009 at 3:35 PM

http://www.youtube.com/watch?v=nvgTa5i0r-w

Trinity Health
Our Mission "We serve together in Trinity HEalth, in the spirit of the gospel, to heal body, mind and spirit, to improve the health of out communities and to steward the resources entrusted to us"

⌐ **part1.wmv**
    11813K

---

**Student Rights <auatruth1@gmail.com>**
To: steve_l_woodward@yahoo.com

Wed, Apr 7, 2010 at 11:38 AM

[Quoted text hidden]

⌐ **part1.wmv**
    11813K

---

**Student Rights <auatruth1@gmail.com>**
To: steve_L_woodward@yahoo.com

Wed, Apr 7, 2010 at 11:42 AM

---------- Forwarded message ----------
From: **Student Rights** <auatruth1@gmail.com>
Date: Tue, Mar 31, 2009 at 3:35 PM
Subject: Student Records
To: fostersd@trinity-health.org

[Quoted text hidden]

⌐ **part1.wmv**
    11813K

---

4/7/2010 12:26 PM