

Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                              CASE No.: 2:10-cv-10978-PJD-MJH

STEVEN WOODWARD,

Defendant,

FILED

2010 JUL -1 A 11: 53

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

**Reversal of internet changes per court agreement**

Dear Honorable Judge Duggan,

I have come back to Michigan from abroad. On June 29th I sent a request to the following email address, marilyn_orem@mied.uscourts.gov, asking for permission to reverse the changes to my internet content, per our agreement.

I have not heard a reply. If there is another email address that is better for communicating with the court please let me know.

My email address is: Steve_L_woodward@yahoo.com


Thank you for your time.

Sincerely,

*[signature]*
Steven Lee Woodward