UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

        Plaintiff(s),

v.

STEVEN WOODWARD

        Defendant(s).
_____/

Case No. 2:10-cv-10978-PJD-MJH

Judge Patrick J. Duggan

Magistrate Judge

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against __STEVEN WOODWARD__ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on __STEVEN WOODWARD__ at __steve_l_woodward@yahoo.com by email and at 7211 Brittwood Ln, Flint, MI 48507__ by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: July 15, 2010

/s/ Eric A. Buikema

P58379
Cardelli, Lanfear & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
ebuikema@cardellilaw.com