UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

      Plaintiff(s),

v.             Case No. 2:10−cv−10978−PJD−MJH
             Hon. Patrick J Duggan

Steven Woodward,

      Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Steven Woodward

 The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

 I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

            DAVID J. WEAVER, CLERK OF COURT

            By: s/ P. Miller
              Deputy Clerk

Dated:  July 16, 2010