Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



2010 JUL 19 A 5: 28

**FILED**

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                               CASE No.: 2:10-cv-10978-PJD-MJH
                                  Judge Patrick J. Duggan
                                  Magistrate Judge

STEVEN WOODWARD,

Defendant,

ANSWER: I am not guilty of any claims made by the plaintiff.

Steven Woodward

*[signature]*