*18*

Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                   CASE No.: 2:10-cv-10978-PJD-MJH
                                    Judge Patrick J. Duggan
                                    Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Motion for Subpoenas to both the Educational Commission for Foreign Medical
Graduates, ECFMG and to the United States Medical Licensing Examination,
USMLE for the disclosure and discovery of evidence.**

**Motion for Subpoenas to both the Educational Commission for Foreign Medical Graduates, ECFMG and to the United States Medical Licensing Examination, USMLE for the disclosure and discovery of evidence.**

**List of Exhibits:**
Exhibit 1.  The Daily Herald, Wednesday, September 23, 2009
The graph titled "USMLE STEP 1 Pass Rate First Time Test Takers"
Antigua and Barbuda pass rate is 22.9%

Exhibit 2.  Is the graph from The Daily Herald showing Antigua and Barbuda pass rate is 22.9%.

Exhibit 3. Academic Medicine, Vol 83 No 10/ October 2008 Supplement

Exhibit 4. Foundation for Advancement of International Medical Education and Research, FAIMER.  International Medical Directory, IMED search results for medical schools on Antigua.

Exhibit 5. AUA's USMLE pass rate claim

Exhibit 6. UHSA's USMLE pass rate claim

Exhibit 7. ECFMG's Values and Purposes(Goals)

Exhibit 8. ECFMG's email reply to Steven Woodward's request for verification and accuracy of USMLE data.

Exhibit 9. Page 13 of the graph distributed to the students in the AUA 5th Semester Program during orientation.

**Motion for Subpoena**
This is a Motion for Subpoenas to the Educational Commission for Foreign Medical Graduates, ECFMG and to the United States Medical Licensing Examination, USMLE. Disclosure and discovery of United States Medical Licensing Examination pass rate data for all students from the American University of Antigua, AUA and University of Health Sciences Antigua, UHSA.

Address:
ECFMG
3624 Market Street
Philadelphia, PA 19104-2685

USMLE Secreariat
3750 Market Street
Philadelphia, PA 19104-9700

I request all annual and overall student first time USMLE pass/fail data for both American University of Antigua and University of Health Sciences Antigua.

I request all student and school data: (but not limited to) student names, contact information, exam dates, school and exam scores and student passed or failed data.

The published pass rate for first time test takers is 22.9% for Antigua.(Exhibit 1, Exhibit 2, and Exhibit 3)
There are two medical schools on Antigua: AUA and UHSA, Exhibit 2 and Exhibit 4

Exhibit 5 is AUA's USMLE pass rate claim
"Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%"

Exhibit 6 is UHSA's USMLE pass rate claim
"We are proud to say that more than 90% of our graduates pass the USMLE on their first attempt at taking the test."

Exhibit 7 is the values and purposes(goals) of the ECFMG.
The Internet Address for the ECFMG is http://ecfmg.org/.  They claim on their Web site, http://www.ecfmg.org/about.html, The values of ECFMG are expressed in its vision statement:

"Improving world health through excellence in medical education in the context of ECFMG's core values of collaboration, professionalism and accountability."

The purposes (goals) that actuate and accomplish ECFMG's mission are to:

"Expand knowledge about international medical education programs and their graduates by gathering data, conducting research, and disseminating the findings."

"Improve international medical education through consultation and cooperation with medical schools and other institutions relative to program development, standard setting, and evaluation"

Exhibit 8
This exhibit is an email from William C. Kelly Associate Vice President for Operations, ECFMG.  This is in response to my request for verification and accuracy of USMLE data.

"This performance data will be provided to international medical schools only under certain conditions"

The ECFMG will not release this data to the consumer.

Exhibit 9 is a graph from the presentation, given by Victor Hrehorovich of AUA, at St. Joseph Mercy-Oakland Hospital 5th Semester Program orientation.  This presentation and all the contents were distributed to all the students in the orientation.  This data clearly shows that the AUA pass rate is not 80.6%.

Exhibit 1

THE DAILY HERALD, Wednesday, September 23, 2009

## Islands

# Med school seeks Court's cooperation for registration

USMLE STEP 1 PASS RATE FIRST TIME TEST TAKERS
By Country of Medical School (1993 – 2007)

*Exhibit 2*

Moderator: Antoinette S. Peters, PhD
Discussant: Ann W. Frye, PhD

# Medical Education in the Caribbean: Variability in Medical School Programs and Performance of Students

Marta van Zanten and John R. Boulet

## Abstract

**Background**
The purpose of this study was to examine the structure of medical training programs in the Caribbean and the performance of the students.

**Method**
There are 56 medical schools in 16 countries currently recognized and open in the Caribbean. Almost 30,000 students from this region applied for exams leading to Educational Commission

for Foreign Medical Graduates (ECFMG) certification between 1993 and 2007. The authors summarized school characteristics and pass rates on United States Medical Licensing Examinations, by country.

**Results**
The structure of medical education varies across the region, including existence of accrediting bodies and review processes. First-attempt pass rates by country ranged from 19.4% to 84.4% for Step 1, from

26.3% to 79.7% for the Step 2 Clinical Knowledge Examination, and from 60.6% to 97.2% for the Step 2 Clinical Skills Examination.

**Conclusions**
There is significant variability in undergraduate medical education and the performance of students of medical schools in Caribbean nations.

Acad Med. 2008;83(10 Suppl):S33–S36.

There is significant variation in the structure of medical education worldwide.[1] However, in the United States, undergraduate allopathic medical school programs are accredited by the Liaison Committee on Medical Education, ensuring the quality and consistency of the educational experience of U.S. medical graduates (USMGs). Although the majority of physicians in residency training and practice in the United States are USMGs, approximately one quarter are graduates of international medical schools (IMGs).[2,3] IMGs play an important role in the provision of patient care because they are more likely than USMGs to specialize in primary care disciplines and to fill positions in underserved areas.[4,5] The ECFMG certification process ensures the readiness of IMGs to enter Accreditation Council for Graduate Medical Education-accredited training programs in the United States.

A large portion of IMGs certified by ECFMG are U.S. citizens who train abroad (USIMGs), many of whom studied at schools located in the Caribbean region.[2,6] Although

international medical schools that attract a predominantly U.S. student population are located in countries around the world, including Israel, Ireland, Poland, etc., the geographic proximity and prevalence of the English language in the Caribbean has made this region an attractive location for medical education institutions. Currently over 100 nondomestically owned and operated universities are operating in the English-speaking Caribbean, many of which offer medical degrees.[7]

Large numbers of U.S. students have been seeking medical education opportunities in the Caribbean since the 1970s. Fifty years ago, there were only a small number of medical schools in the region, including national schools in Cuba, the Dominican Republic, Haiti, and Jamaica. The student population at these established schools has been primarily comprised of nationals from the respective countries who complete physician training and remain in their country to practice. The second half of the 20th century saw a slow but steady increase in the creation of medical education institutions in the region, including the opening of a small number of schools aimed primarily for a U.S. student population. The most prolific growth has occurred most recently, with

a 40% increase in the number of medical schools opened since 2000,[8] and this growth is expected to continue. For example, plans are currently underway to establish additional medical schools in Anguilla, Montserrat, and St. Kitts and Nevis.[9] Unlike the domestic student body at some of the more established educational institutions, these newly created schools recruit, almost exclusively, an international population of students, including a large number of U.S. citizens.

Because of a lack of uniform oversight processes in the region and the rapid growth in the number of new schools being created, there have been continuing concerns regarding the quality of the educational experiences offered at Caribbean institutions.[10–12] Thirty years ago, studies indicated that U.S. citizens who completed part or all of their studies abroad did not perform as well on knowledge assessments as did USMGs.[13,14] More recently, a study of performance of physicians who attended medical schools in the Caribbean showed considerable variation in quality indicators. Ultimate ECFMG certification rates varied by school from 28% to 86%. Specialty board certification rates were also analyzed, with 63% of USIMGs (compared with the historical 88% for

Correspondence: Marta van Zanten, MEd, FAIMER, 3624 Market Street, Philadelphia, PA 19104; e-mail: (mvanzanten@faimer.org).

USMGs) ultimately achieving this marker of quality.[15] In a study of students' transcripts and survey responses from the 10 schools that supplied the most USIMGs seeking ECFMG certification between 2001 and 2004, there were significant differences in the educational experiences of USIMGs from Caribbean schools as compared with a representative sample of USMGs.[16] Comparison of performance of this study population on the United States Medical Licensing Examinations (USMLE) Step 1 and Step 2 Clinical Knowledge (CK) exams also showed remarkable variation, with USMGs performing the best, followed by non-USIMGs and, lastly, USIMGs.

Often, Caribbean medical schools are viewed as a single entity, ignoring the variability in training programs and performance of students. The purpose of this study is to follow up on previous research[15,16] by describing the variability of educational experiences, structure and oversight of medical schools, and performance of students who attended medical schools in the region. Specifically, descriptive information is provided summarizing the various structures of medical education, degrees offered, languages of instruction, and student populations at Caribbean institutions. Additionally, the diverse systems of accreditation of medical school programs are described, and data depicting the variability in USMLE performance is provided, by country, for students attempting ECFMG certification. Current ECFMG policies prohibit reporting school-level performance data.

## Method

There are 16 countries located in the Caribbean that have a total of 56 open medical schools listed in the International Medical Education Directory (IMED) (http://imed.ecfmg.org). A medical school is listed in IMED after the Foundation for Advancement of International Medical Education and Research receives confirmation from the ministry of health or other appropriate agency in the country where the medical school is located that the medical school is recognized by the ministry or other appropriate agency.

Data used to describe the structure and content of medical education and demographic student profiles were drawn from IMED and culled from medical

school Web sites. This information was supplemented with data from a previous study that included a random sample of 100 medical student transcripts and a survey of 418 medical students.[16]

Accreditation information was gathered from a variety of sources, including specific organizations that accredit the educational institutions, the U.S. Department of Education's National Committee on Foreign Medical Education and Accreditation, and medical school Web sites.

Among other requirements, passing the USMLE Step 1, Step 2 CK, and Step 2 Clinical Skills (CS) exams are necessary for ECFMG certification. We analyzed a cohort of applicants who applied for an exam leading to ECFMG certification between 1993 and 2007, inclusive. First-attempt pass rates on these exams, summarized for the 15-year period, are provided.

## Results

**Medical schools.** Of the 56 currently operating medical schools in the Caribbean listed in IMED, the distribution of schools per country is as follows: six countries each have one school, four countries have two schools, one country has three schools, one country has four schools, one country has five schools, one country has six schools, one country has 10 schools, and one country has 14 schools. The majority (n = 50) of the schools in the region offer a doctor of medicine (MD) degree. Three schools offer a bachelor of medicine and bachelor of surgery (MBBS), and three schools are capable of awarding both degrees, depending on the course of study followed. In general, the official languages of the various countries in the region correspond to the language of instruction at the medical schools, although there are some exceptions. English is the mode of instruction at 29 schools, and Spanish is used at 21 schools. Three schools offer instruction in both Spanish and English, and three schools use French. The duration of the curriculum at Caribbean schools also varies across the region, ranging from just more than three years (e.g., some schools in Antigua and Barbuda and Aruba) to six years (e.g., Cuban and Haitian schools).

**Accreditation.** There is a wide variety of oversight and formal accreditation

practices in the region. In the past, review of the educational quality of medical programs was conducted sporadically by various organizations, depending on the country and the affiliations of the schools in question. Some countries, such as Cuba and the Dominican Republic, have a governmental agency in place that oversees medical education quality. In countries without a national system of accreditation, some schools have chosen to become accredited by entities located outside of the region. For example, an independent organization, the Accreditation Commission on Colleges of Medicine, has accredited medical schools located in various Caribbean countries, such as the Cayman Islands and Netherlands Antilles.[17–19]

Before 2003, the University of the West Indies (UWI) in Jamaica and its associated campuses located in Barbados and Trinidad and Tobago were accredited by the General Medical Council (GMC) located in the United Kingdom. When the GMC ceased accrediting programs located abroad, the Caribbean Community (CARICOM) member states established the Caribbean Accreditation Authority for Education in Medicine and Other Health Professions (CAAM-HP) in 2004 as an independent regional accreditation authority to fulfill this need. To date, CAAM-HP has reviewed six medical schools in the region (e.g., the UWI campuses and some schools in Montserrat) (www.CAAM-HP.org).

Because of the overlap in jurisdictions of some accrediting entities or the desire to promote quality claims, a small number of educational institutions have voluntarily chosen to be reviewed by more than one accrediting body. Conversely, some schools in the region have never undergone a formal accreditation process by an external review body because of the noncompulsory nature of the process, the lack of a national system in some countries, or the perceived lack of value of the system.

**Applicants.** Between 1993 and 2007, 29,321 individuals who attended a school in the Caribbean applied for an exam leading to ECFMG certification. The three countries producing the most applicants were Dominica (n = 6,678), Grenada (n = 6,384), and the Netherlands Antilles (n = 4,916). Almost two thirds of the applicants were U.S. citizens, and 62% self reported English as

their native language. The mean age of initial exam applicants was 29.5 years, and 38% were female.

**Exam performance.** Exam performance by country of medical school summary data is shown in Table 1. Of all Caribbean medical school students who took an exam leading to ECFMG certification during this 15-year study period, 57.4% passed the USMLE Step 1 on the first attempt, 61.7% passed Step 2 CK, and 88.0% passed Step 2 CS or the previous requirement, the Clinical Skills Assessment (CSA). Pass rates by country ranged from 19.4% to 84.4% for Step 1, from 26.3% to 79.7% for Step 2 CK, and from 60.6% to 97.2% for Step 2 CS/CSA.

Because training programs and medical student characteristics are heterogeneous, even within a country, exam performances were also summarized by school and examinee characteristics. On first attempts of Step 1, USIMGs (n = 19,425) outperformed non-USIMGs (n = 9,837) with pass rates of 60.6% and 51.1%, respectively. Examinees who attended schools with English as the language of instruction (n = 24,890) passed Step 1 at a rate of 62.9%, whereas students at non-English schools (n = 4,425) had a 26.5% first-attempt success rate. Results for Step 2 CK and CS/CSA were similar, with USIMGs and those attending schools with English instruction modestly outperforming their counterparts.

**Discussion**

The purpose of this study was to examine, in detail, Caribbean medical education structure and oversight and the performance of students. A large portion of physicians seeking to enter graduate medical training and eventual practice in the United States are currently training in the Caribbean. With the anticipated shortage of physicians[20] and a relatively slow increase in domestic education opportunities, this trend of individuals looking outside of the United States for medical training is likely to continue. Given the expanded role of Caribbean-trained doctors in the United States, it is important to know more

about the characteristics of the medical education programs and the qualities of the students and graduates.

Often, generalizations about individual schools, associated countries, and graduates are made based on the Caribbean as a whole. However, the results of this study show wide variability in the structure of medical education throughout the region. Likewise, the existence of quality-control oversight measures by an external body, the rigor of the review, and the level of transparency of the process and standards used also vary significantly throughout the region. A number of countries require that schools be periodically reviewed and accredited by a governmental body in order to continue to function, whereas in other countries the initial granting of a charter is the only requirement for operation. The recent creation of CAAM-HP and its governmentally sanctioned jurisdiction over a large portion of medical schools located in the Caribbean provides evidence of a commitment of CARICOM nations toward increased oversight in the region.

---

**Table 1**
**First-Attempt United States Medical Licensing Examination (USMLE) Exam Pass Rates by Country of Medical School (1993–2007)**

| Country | No. of schools | USMLE Step 1 Basic Science | | USMLE Step 2 Clinical Knowledge | | USMLE Step 2 Clinical Skills/Clinical Skills Assessment | |
|---|---|---|---|---|---|---|---|
| | | No. of test takers* | % Pass rate | No. of test takers* | % Pass rate | No. of test takers* | % Pass rate |
| Antigua and Barbuda | 2 | 684 | 22.9 | 223 | 37.2 | 157 | 80.2 |
| Aruba | 2 | 143 | 30.1 | 42 | 38.1 | 57 | 64.9 |
| Barbados | 1 | 75 | 72.0 | 79 | 77.2 | 58 | 96.6 |
| Cayman Islands | 1 | 1,378 | 33.4 | 562 | 44.3 | 601 | 79.4 |
| Cuba | 14 | 1,722 | 30.9 | 1,748 | 32.8 | 719 | 64.8 |
| Dominica | 2 | 6,694 | 69.7 | 5,398 | 70.6 | 4,731 | 90.9 |
| Dominican Republic | 12† | 3,910 | 27.7 | 3,035 | 31.8 | 1,415 | 75.3 |
| Grenada | 1 | 6,379 | 84.4 | 5,419 | 79.7 | 4,217 | 94.0 |
| Haiti | 3 | 487 | 32.0 | 403 | 39.2 | 170 | 60.6 |
| Jamaica | 1 | 744 | 72.6 | 678 | 79.1 | 284 | 97.2 |
| Montserrat | 2 | ‡ | ‡ | ‡ | ‡ | ‡ | ‡ |
| Netherlands Antilles | 6 | 4,904 | 59.4 | 3,722 | 67.7 | 3,043 | 91.0 |
| Saint Kitts and Nevis | 6§ | 975 | 40.2 | 465 | 64.5 | 463 | 87.0 |
| Saint Lucia | 4 | 741 | 19.4 | 552 | 26.3 | 315 | 73.6 |
| Saint Vincent and the Grenadines | 1 | ** | ** | ** | ** | ** | ** |
| Trinidad and Tobago | 1 | 474 | 61.8 | 435 | 71.7 | 282 | 93.6 |

* For a variety of reasons, these numbers do not equal the numbers of students enrolled or the numbers of graduates.
† Two of these schools have closed.
‡ n < 40.
§ One of these schools has closed.
** The medical school is affiliated with another medical school.

---

Evaluating Educational Programs

Additional time is needed to determine whether schools will choose to undergo the review process, and the impact and outcomes of the decisions.

Results of analysis of a 15-year period show wide variability in USMLE exam performance of students of Caribbean medical schools. The variability is greatest with Step 1, whereas pass rates on Step 2 CS are somewhat more similar across the Caribbean countries. Countries with medical schools that typically cater to large numbers of U.S. citizens (e.g., Dominica, Grenada, the Netherlands Antilles) tend to have higher pass rates. Likewise, students from countries with long-standing oversight mechanisms (e.g., Jamaica) also perform well. Finally, students who attend schools in countries that typically provide medical education in languages other than English (e.g., Cuba, Dominican Republic, and Haiti) tend to underperform compared with other Caribbean-trained peers.

Although efforts were made to ensure the accuracy of the descriptive school information (i.e., each institution's accreditation status was verified directly with the appropriate accreditation organization), some data were based solely on school reports, which could potentially bias the results. Specifically, data regarding language of instruction, degrees offered, and curriculum duration were drawn from IMED, where available, and supplemented directly from medical school Web sites, but not independently verified.

Despite the differences of pass rates by country, these performance results should also be interpreted with caution. Most Caribbean countries have more than one medical school, with varying numbers of students per school, and with potentially great variation in admission requirements, quality of teaching, and resources available. Additionally, pass rates are reported by country for the entire 15-year block, obscuring changes in student performance over time. Because these results include only the first attempt of all applicants who took an exam leading to ECFMG certification, and not only those who eventually achieved certification, the motivation levels of some of these students may have

varied. Some students, especially non-U.S. citizens, may attempt USMLE exams even though they intend to practice in a country other than the United States. Conversely, schools in some countries may require passage of the USMLE for progression. Additionally, the attrition rates at these schools are unknown, and, therefore, the number of test takers does not necessarily equal the number of students enrolled or the number of graduates. Finally, a student who transfers from a Caribbean medical school to another institution during his or her education would have all exam scores categorized under the country he or she attended when beginning the ECFMG certification application process.

The number of graduates of Caribbean medical schools seeking training positions and licensure in the United States is expected to continue to increase. Results of this study provide baseline data indicating that there is wide variation in the structure of the education and performance of the students on ECFMG certifying exams. Further research is necessary to determine how the characteristics and qualities of medical programs in the Caribbean, students' clinical training experiences (which can vary within a medical school), and national and regional accreditation activities impact student performance. This research will be essential to link medical education and student-selection practices at individual schools to relevant performance measures, including practice-based patient outcomes, for those doctors who return to the United States.

## References

1 Karle H. International trends in medical education: Diversification contra convergence. Med Teach. 2004;26:205–206.
2 McAvinue MB, Boulet JR, Kelly WC, Seeling SS, Opalek A. U.S. citizens who graduated from medical schools outside the United States and Canada and received certification from the Educational Commission for Foreign Medical Graduates, 1983–2002. Acad Med. 2005;80:473–478.
3 Boulet JR, Norcini JJ, Whelan GP, Hallock JA, Seeling SS. The international medical graduate pipeline: Recent trends in certification and residency training. Health Aff (Millwood). 2006;25:469–477.
4 Blanco C, Carvalho C, Olfson M, Finnerty M, Pincus HA. Practice patterns of international

and U.S. medical graduate psychiatrists. Am J Psychiatry. 1999;156:445–450.
5 Mick SS, Lee SY. International and U.S. medical graduates in U.S. cities. J Urban Health. 1999;76:481–496.
6 Johnson K, Hagopian A, Veninga C, Hart LG. The changing geography of Americans graduating from foreign medical schools. Acad Med. 2006;81:179–184.
7 Gift S, Leo-Rhynie E, Moniquette J. Quality assurance of transnational education in the English-speaking Caribbean. Qual High Educ. 2006;12:125–133.
8 Boulet JR, Bede C, McKinley DW, Norcini J. An overview of the world's medical schools. Med Teach. 2007;29:20–26.
9 The Caribbean Accreditation Authority for Education in Medicine and Other Health Professions (CAAM-HP). Overview and Status of The Caribbean Accreditation Authority for Education in Medicine and Other Health Professions. Kingston, Jamaica: CAAM-HP; 2007.
10 Busari OJ, Vervoort M, Hermans SM, Blom JR. Medical education in the new millennium: A Caribbean perspective. Med Educ. 2001;35:703–706.
11 Croasdale M. Quality concerns spur scrutiny of Caribbean medical schools. AMNews. January 16, 2006:1–2.
12 Ceaser M. Sun, sand and an M.D. Chron High Educ. 2005;52:A55–A60.
13 Relman AS. Americans studying medicine abroad: The distressing facts. N Engl J Med. 1978;299:887–889.
14 Weinberg E, Bell AI. Performance of United States citizens with foreign medical education on standardized medical examinations. N Engl J Med. 1978;299:858–862.
15 Norcini JJ, McKinley DW, Boulet JR, Anderson MB. Educational Commission for Foreign Medical Graduates certification and specialty board certification among graduates of the Caribbean medical schools. Acad Med. 2006;81(10 suppl):S112–S115.
16 Norcini JJ, Anderson MB, McKinley DW. The medical education of United States citizens who train abroad. Surgery. 2006;140:338–346.
17 National Committee on Foreign Medical Education and Accreditation. U.S. Department of Education Staff Analysis of the Report Submitted by the Cayman Islands. Washington, DC: U.S. Department of Education; 2007.
18 National Committee on Foreign Medical Education and Accreditation. U.S. Department of Education Staff Analysis of the Report Submitted by St. Maarten. Washington, DC: U.S. Department of Education; 2007.
19 National Committee on Foreign Medical Education and Accreditation. U.S. Department of Education Staff Analysis of the Report Submitted by Saba. Washington, DC: U.S. Department of Education; 2007.
20 Cooper RA, Getzen TE, McKee HJ, Laud P. Economic and demographic trends signal an impending physician shortage. Health Aff (Millwood). 2002;21:140–154.

Exhibit 4



IMED - FAIMER International Medical Education Directory - Search Results - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

https://imed.faimer.org/results.asp?country=130&school=&currpage=1&name=ANTIGUA+AN

Most Visited   Getting Started   Latest Headlines   Craigs list Sale items

Norton   Cards & Log-ins

Yahoo! Mail (steve_j_woodward)   FAIMER | International Medical Educati...   IMED - FAIMER International Me...

FAIMER
Foundation for Advancement of International Medical Education and Research

FAIMER Home  >  International Medical Education Directory  >  Search IMED  >  **Search Results**

Current as of 25 Dec 2009

Searched IMED for:

Country: '**ANTIGUA AND BARBUDA**'

Results **1 - 2** of **2** found.
Search took **0.05** seconds.

| Country | Medical School | City |
|---------|----------------|------|
| ANTIGUA AND BARBUDA | AMERICAN UNIVERSITY OF ANTIGUA | WOODS |
| ANTIGUA AND BARBUDA | UNIVERSITY OF HEALTH SCIENCES ANTIGUA | ST. JOHN'S |

New Search

® Registered in the U.S. Patent and Trademark Office.

Copyright © 2002-2003, 2006, 2008 by the Foundation for Advancement of International Medical Education and Research. All rights reserved

Done

Exhibit 5

File   Edit   View   Favorites   Tools   Help

GRADUATE SUCCESS

POST-GRADUATE TRAINING

GRADUATE AFFAIRS DEPT.

RESIDENCY APPOINTMENTS

ALUMNI PROFILES

CONTACT ALUMNI

SPEAKING INVITATION TO
HOSPITAL ADMINISTRATORS

ECFMG Certification is required to obtain an unrestricted license to practice medicine in the United States. The purpose of ECFMG Certification is to assess the readiness of international medical graduates to enter U.S. residency and fellowship programs that are accredited by the ACGME. More information can be found on the official website. www.ecfmg.org

## USMLE

Step 1 is utilized to test a student's overall basic science knowledge before entering clinical rotations. A student is eligible to sit for Step 1 after successfully passing the Basic Science component of medical education and the fifth semester. A student must sit for Step 1 for the first time within six (6) months of eligibility. Furthermore, a student must pass the USMLE Step 1 in no more than three (3) attempts within one (1) calendar year of becoming eligible to do so.

**USMLE Pass Rates for AUA student test takers reported through 04/15/09:**

- Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%
- For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt
- Those with a cumulative GPA of 3.5 or higher, 100% passed on the first attempt



**1-(888) 282-8633 (1-888-AUA-UMED) · TOLL-FREE ADMISSIONS LINE** | 1-(212)661-8899 · GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.

Exhibit 6



You've Finally Found it! Welcome to UHSA World of Learning, the most informative and comprehensive website in medical, veterinary, paramedical, postgraduate

Home    About UHSA    Policies    Student Services    Admissions    Programs

Finances    FAQ    Admin & Faculty    Publications    Antigua    Contact Us

## Welcome Message

Welcome to the website of the University of Health Sciences Antigua School of Medicine. We are pleased that you are considering us as you evaluate a university in which to pursue your medical education. UHSA is a privately endowed institution, founded in 1982 and chartered by the Government of Antigua and Barbuda. Since 1983 the university has been listed with the World Health Organization (WHO) and this confers eligibility on the medical graduates of the university to take the United States Medical Licensing Examinations (USMLE). These examinations are mandatory for all graduates of foreign or American medical schools for licensure to practice in the United States of America (USA). We are proud to say that more than 90% of our graduates pass the USMLE on their first attempt at taking the test.

[ Back ] [ Next ]

Visit our Online Store

search...

CLICK HERE FOR:

Exhibit 7

ECFMG | About ECFMG - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.ecfmg.org/about.html

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(0 unread) Yahoo! Mail, steve_l_wood... | ECFMG | About ECFMG

ECFMG | About ECFMG

FAIMER®

## Statement Of Values, Mission, And Purposes

### Values

The values of ECFMG are expressed in its vision statement:

"Improving world health through excellence in medical education in the context of ECFMG's core values of collaboration, professionalism and accountability."

### Mission

The charge of ECFMG is expressed in its mission statement:

"The ECFMG promotes quality health care for the public by certifying international medical graduates for entry into U.S. graduate medical education, and by participating in the evaluation and certification of other physicians and health care professionals. In conjunction with its Foundation for Advancement of International Medical Education and Research (FAIMER), and other partners, it actively seeks opportunities to promote international medical education through programmatic and research activities."

### Purposes

The purposes (goals) that actuate and accomplish ECFMG's mission are to:

- Certify the readiness of international medical graduates for entry to graduate medical education and health care systems in the United States through an evaluation of their qualifications.
- Provide complete, timely, and accessible information to international medical graduates regarding entry to graduate medical education in the United States.

Done

Exhibit 7
Pg 2

ECFMG | About ECFMG - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.ecfmg.org/about.html

Most Visited   Getting Started   Latest Headlines   Customize Links   Free Hotmail   RealPlayer   Windows Marketplace   Windows Media   Windows

(0 unread) Yahoo! Mail, steve_j_wood...    ECFMG | About ECFMG

## Purposes

The purposes (goals) that actuate and accomplish ECFMG's mission are to:

- Certify the readiness of international medical graduates for entry to graduate medical education and health care systems in the United States through an evaluation of their qualifications.
- Provide complete, timely, and accessible information to international medical graduates regarding entry to graduate medical education in the United States.
- Assess the readiness of international medical graduates to recognize the diverse social, economic and cultural needs of U.S. patients upon entry into graduate medical education.
- Identify the needs of international medical graduates to become acculturated into U.S. health care.
- Provide international access to testing and evaluation programs.
- Expand knowledge about international medical education programs and their graduates by gathering data, conducting research, and disseminating the findings.
- Improve international medical education through consultation and cooperation with medical schools and other institutions relative to program development, standard setting, and evaluation.
- Improve assessment through collaboration with other entities in the United States and abroad.
- Improve the quality of health care by providing research and consultation services to institutions that evaluate international medical graduates for entry into their country.
- Enhance effectiveness by delegating appropriate activities in international medical education to FAIMER.

Back to Top

[last update: August 27, 2009]

Done

Exhibit 8

**From:** Kelly, Bill (bkelly@ECFMG.org)
**To:** steve_l_woodward@yahoo.com;
**Date:** Tue, December 15, 2009 7:53:02 AM
**Cc:**
**Subject:** RE: AUA USMLE Pass Rates

December 15, 2009

Re: USMLE/ECFMG ID No. 0-750-143-0

Dear Mr. Woodward:

This is in response to your December 4, 2009 e-mail concerning information that you indicated is USMLE performance data for students and graduates of the American University of Antigua School of Medicine ("AUA"). You have stated this performance data was posted on the AUA website or included in a presentation made by Dr. Victor Hrehorovich. You asked that ECFMG "confirm which is accurate the data incorporated in the data of the presentation or on the AUA website." ECFMG will neither confirm nor deny the accuracy of summaries and analyses completed by other organizations.

I can advise that under a new ECFMG policy, ECFMG may provide international medical schools with examinee-specific performance data for their students and graduates who apply to ECFMG for USMLE Step 1, Step 2 CK, and Step 2 CS examinations on or after November 2, 2009. Beginning in early 2010, ECFMG expects to start providing international medical schools with aggregate USMLE performance data on their students and graduates. This performance data will be provided to international medical schools only under certain conditions.

Kindly refer to the information in the November 4, 2009 issue of the ECFMG newsletter, *The ECFMG Reporter*. The link is at http://www.ecfmg.org/reporter/2009/iss146.html#heading1

Sincerely,

William C. Kelly
Associate Vice President for Operations
ECFMG
3624 Market St., 4th Floor
Philadelphia, PA 19104, USA
Telephone: 1 215 823-2277
E-mail: bkelly@ecfmg.org

---

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Friday, December 04, 2009 3:22 PM
**To:** Kelly, Bill
**Subject:** AUA USMLE Pass Rates

Dear Mr. Kelly,

Please verify these facts published by the American University of Antigua, AUA.
On the AUA web site (http://www.auamed.org/ecfmg-usmle-information) AUA quotes these USMLE pass rates:
"Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%"
Reported through 04/15/09.

Attached is a presentation, which Dr. Victor Hrehorovich gave his 5th semester students.
On page 13 of this presentation there is a graph of AUA pass rates, which clearly show the pass rate to that time frame was not 80.6%.
If you open the graph object, right-click, chart object, open. AUA revealed the USMLE and GPA for students that were reported per this graph.

The attached spreadsheet is that chart object saved as an excel spreadsheet.

Exhibit

If you open the "AUA" tab you will see all the student names and corresponding USMLE and GPA grades.  If you select all and select data, sort, column B(step 1) only 39 of the 87 students passed the USMLE.  This equals 44% not 80.6%

Please confirm which is accurate the data incorporated in the data of the presentation or the AUA web site.

Thank you for your time,

Steven Woodward

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

