15

Case 2:10-cv-10978-PJD-MJH

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2010 JUL 27 A 9:41

FILED

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Motion for Subpoenas for GoDaddy.com, Inc for a Discovery and Disclosure of www.antiguasunonline.com.**

**List of Exhibits:**
Exhibit 1: Antigua Observer.com April 17th, 2010 title "Sun Printing and Publishing folds"

Exhibit 2: Who.is search for Antiguasunonline.com

Exhibit 3: Who.is search for GoDaddy.com Inc.

Exhibit 4: Video file part30.mp4 title " Part 30 Antigua Crimes and AUA" screen print of an Antigua Sun article Monday October 2009 – article title "Three sentenced to jail for sex offences –Page 2"

Exhibit 5: Video file part30.mp4 title " Part 30 Antigua Crimes and AUA" screen print of an Antigua Sun article Monday October 2009.

Exhibit 6: Comparison of Antigua Sun article titles found on www.aua-med.com to articles on Caribbean News search

Exhibit 7: Comparison of Antigua Sun article titles found on www.aua-med.com to articles on Caribbean News search.

Exhibit 8:  Comparison of Antigua Sun article titles found on www.aua-med.com to articles on Yahoo.com search.

Exhibit 9:  Comparison of Antigua Sun article titles found on www.aua-med.com to articles on Yahoo.com search.

Exhibit 10:  Comparison of Antigua Sun article titles found on www.aua-med.com to articles on Yahoo.com search.

Exhibit 11: From www.state.gov Antigua and Brabuda Bureau of Democracy, Human Rights, and Labor.

Exhibit 12:  Is an Antigua Sun article of the rape of a female police recruit.

**Motion for Subpoenas to GoDaddy.com, Inc for a Discovery and Disclosure of www.antiguasunonline.com.**

I request a complete electronic restored copy from the most recent archived copies older than March 31, 2010 from GoDaddy.com for the Web site www.antiguasunonline.com.

I request all information concerning the type of server it was hosted on e.g. operating system, revision of the operating system, and any required support applications that would be needed to duplicate the entire web site.

I request all the permissions set to "www" or fully open permissions for all files and directories.

I request all directories, files, programs, and any other item needed to completely duplicate the Web site.

I would agree to a restore of the Web site in it's entirety for purposes of Disclosing and Discovery of evidence on GoDaddy.com servers and under a secure environment as long as I have full access to the site content for evidence for the entirety of this case.

(Exhibit 1)According to an article in the Antigua Observer, www.antiguaobserver.com, article titled "Sun Printing and Publishing folds" the company went out of business in April 2010.

(Exhibit 2) is an Internet who.is search for "antiguasunonline.com" showing that it was owned by Sun Printing and Publishing Ltd.

(Exhibit 3) shows that the last Internet Service Provider for www.antiguasunonline.com is GoDaddy.com Inc.

GoDaddy.com Inc
14455 N Hayden Rd #226
Scottsdale, Arizona 85260

The Web site www.aua-med.com uses many quoted articles from the Antigua Sun web site and requires these articles for evidence in this case.

(Exhibit 4) is the title of one article, quoted on www.aua-med.com, concerning a student from the American University of Antigua that was sexually assaulted on Antigua.

(Exhibit 5) is the body of the article also quoted on www.aua-med.com.

(Exhibit 6, 7, 8, 9, and 10) are comparisons of article titles quoted on www.aua-med.com from articles that were found by Internet searches.

(Exhibit 11) is an entry from www.state.gov; I quote "While the government generally respected the human rights of its citizens, there were problems in a few areas, including excessive use of force by police, poor prison conditions, **violation of press freedom**, societal discrimination and violence against women, and sexual abuse of children."

(Exhibit 12) is an Antigua Sun article titled "Police rape case gets new investigator". This article covered some of the concerns over the handling of the investigation of the female recruit that was raped at the training facility.

Exhibit I

File Edit View History Bookmarks Tools Help

http://antiguaobserver.com/?p=29833

Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows

Daily Observer Online – Sun Printing ...

antiguaObserver.com
news on target

Home Today's Paper ▾ News ▾ Specials ▾ Observer Radio 91.1 ▾ Hitz FM 91.9 Classifieds ▾ In Wadadli Article Archives

Free Up after 3! and just Free-Up after that Free Just keeps getting Better with LIME LIME

# Sun Printing and Publishing folds

SHARE

The last vestige of what was once the R Allen Stanford empire crumbled Friday afternoon, with the closure of Sun Printing and Publishing Company Limited for an indeterminable period.

The 46 members of the Antigua staff and four in St Kitts received letters that read, in part, "owing to circumstances beyond our control, the company will be unable to sustain operations in the immediate future."

Interestingly, a check on the St Kitts office, by an OBSERVER reporter, just after 3:30 pm yesterday as the staff in Antigua was receiving the news, revealed that up to that point, they were unaware of the development.

The letter noted that the directors, Stanford's fiancée Andrea Stoelker and Barbara Streete, are working with legal counsel "to explore possible options for a solution to our short and long term difficulties."

**More Top Stories**

Christian denominations hold seminar to promote more active membership

Nominations open for National Youth Awards

Simon Bolivar leads the way in pre-school education

Youth choir in 'Countdown to

× Find: sun Next Previous Highlight all Match case

Done

start

Exhibit 2

Open Feedback Dialog

who.is

Whois Site Info Name Suggest Premium Names Web Search DNS Whois Index IP Index FAQ

Whois ▼ Who.is Search

TOOLS
Ping
Traceroute
Name Server Search

Ads by Google
Domain Name Lookup
Domain Search
Whois Domain IP
Tours Antigua

Ads by Google

**Sandals Grande Antigua**
Luxury Included® Antigua Spa Resort - Voted the World's Most Romantic.
www.Sandals.com

**Who Owns This Domain**
Find Out Who Owns the Domain You Want. Purchase or Make an Offer!
Register.com

**Jolly Beach Resort**
Find Deals & Read Reviews Written by Families, for Families.
www.FamilyVacationCritic.com

**10 Best Web Hosting Sites**
Compare the Top 10 Web Hosting. All Offer Free Setup & Domain Name.
www.BestOfTheWebHosts.com

**Antigua Caribbean Holiday**
Visiting Antigua? Find Deals & Read Hotel Reviews
www.TripAdvisor.com

## Antiguasunonline.com Whois

Whois Archive Information Web Search DNS Records Suggestions Expiring Premium Domains

DOMAIN AVAILABILITY

| Registered Domains | Available Domains | | |
|---|---|---|---|
| ✓ antiguasunonline.com | ✓ antiguasunonline.net | ✓ antiguasunonline.org | ✓ antiguasunonline.info |
| Backorder ? | ✓ antiguasunonline.us | ✓ antiguasunonline.biz | ✓ antiguasunonline.in |
| | ✓ antiguasunonline.mobi | | |

Buy Now! **$8.99** at name.com Purchase

Ads by Google

**Antigua Caribbean**
Visiting Antigua?
Find Deals & Read Hotel Reviews!
www.TripAdvisor.com

**Top Web Hosting Review**
Quality and Affordable Web Hosting.
Hosting Reviews, Coupons & Articles
www.CastIronHostingReview.com

**The Rackspace Cloud**
Get Web Hosting & Servers using the Power of Cloud Computing Today.
www.rackspacecloud.com

REGISTRY WHOIS FOR ANTIGUASUNONLINE.COM

Domain Name: **antiguasunonline.com**

Updated: 12 hours ago
Refresh

Registrar: GODADDY.COM, INC.
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Status: clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited

Expiration Date: 2011-04-16
Creation Date: 2009-04-16
Last Update Date: 2009-04-16

Name Servers:
ns53.domaincontrol.com
ns54.domaincontrol.com
See antiguasunonline.com DNS Records

Information Updated: Tue, 27 Jul 2010 01:07:15 UTC

Domain Search:

ANTIGUASUNONLINE.COM SITE INFORMATION

IP: 68.178.232.100
IP Location: Scottsdale, United States
Website Status: active
Server Type: Microsoft-IIS/6.0
Alexa Trend/Rank: ↑ 1 Month: 2,561,870 3 Month: 2,773,670
Page Views per Visit: ↓ 1 Month: 1.1 3 Month: 1.3

PREMIUM DOMAINS

Unable to load information... Please try again.

AVAILABLE DOMAINS

Unable to load information... Please try again.

ANTIGUASUNONLINE.COM WHOIS

Updated: 12 hours ago
Registrant:
Sun Printing & Publishing Ltd
15 Pavilion Drive
P.O.Box W263
St. John's, 001
Antigua and Barbuda

Registered through: GoDaddy.com, Inc (http://www.godaddy.com)
Domain Name: ANTIGUASUNONLINE.COM
Created on: 16-Apr-09
Expires on: 16-Apr-11
Last Updated on: 16-Apr-09

Administrative Contact:
Maynard, Franklin fmaynard@antiguasun.com
Sun Printing & Publishing Ltd

Open Feedback Dialog

who.is

Whois Site Info Name Suggest Premium Names Web Search DNS Whois Index IP Index FAQ

Whois ▼ Who.is Search

TOOLS
Ping
Traceroute
Name Server Search

Ads by Google
Domain Registrar
Whois IP Trace
Godaddy Domain
Go Daddy

Ads by Google

GoDaddy - Official Site
$7.49 .COM Domains with Email Free #1 Overall Best ICANN Accredited
GoDaddy.com

Best 10 Web Hosting 2010
Compare and Buy Top10 Web Hosting ! Free Setup & Domain, from $3.95/m
www.Consumer-Rankings.com

Domains For Sale
Search for Premium Domain Names. 1000's of Choices at BuyDomains.com
www.BuyDomains.com

Top 10 Web Hosting - 2010
Review the Top 10 Web Hosting Sites Starting at $3.95/month Like CNET

10 Best Web Hosting Sites
Compare the Top 10 Web Hosting. All Offer Free Setup & Domain Name.
www.BestOfTheWebHosts.com

# Godaddy.com Whois

Whois Archive Information Web Search DNS Records Suggestions Expiring Premium Domains

DOMAIN AVAILABILITY

Registered Domains

godaddy.com godaddy.net godaddy.org godaddy.info godaddy.in godaddy.mobi

Backorder ?

Available Domains

godaddy.us
godaddy.biz

Buy Now! **$8.99** at name.com

Purchase

Ads by Google

Buy Premium Domain Names
Find Your Domain Name Today!
Search Over 1.5 Million Names.
www.BuyDomains.com

10 Best Web Hosting Sites
Compare the Top 10 Web Hosting.
All Offer Free Setup & Domain Name.
www.BestOfTheWebHosts.com

Dedicated Server Hosting
Flexible Managed Hosting Solutions
For Your Business. Request A Quote!
www.ThePlanet.com

REGISTRY WHOIS FOR GODADDY.COM

Domain Name: **godaddy.com**

Updated: 1 second ago
Refresh

Registrar: GODADDY.COM, INC.
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Status: clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited

Expiration Date: 2019-03-02
Creation Date: 1999-03-02
Last Update Date: 2009-12-08

Name Servers:
cns1.secureserver.net
cns2.secureserver.net
cns3.secureserver.net
See godaddy.com DNS Records

Domain Search:

Hosts: park1.godaddy.com, park2.godaddy.com

Information Updated: Tue, 27 Jul 2010 13:37:36 UTC

GODADDY.COM SITE INFORMATION

IP: 97.74.104.201
IP Location: United States
Website Status: active
Server Type: Microsoft-IIS/6.0
Alexa Trend/Rank: 1 Month: 109 3 Month: 109
Page Views per Visit: 1 Month: 6.1 3 Month: 6.1

PREMIUM DOMAINS

Unable to load information... Please try again.

AVAILABLE DOMAINS

Unable to load information... Please try again.

GODADDY.COM WHOIS

Updated: 1 second ago
Registrant:
GoDaddy.com, Inc.
14455 N Hayden Rd #226
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GODADDY.COM
Created on: 02-Mar-99
Expires on: 02-Mar-19
Last Updated on: 08-Dec-09

Exhibit 4

american university of antigua | Search | Browse | Upload | Create Account | Sign In

# Antigua crime and AUA

**auastudentrights** 36 videos Subscribe

Antigua Sun

Send LIME

Three sentenced to jail for sex offences - Page 2

0:43 / 6:46 360p

**auastudentrights**
Antigua, rape, murder, fraud, and government corruption! Learn the truth abou...

252 views

Like Save to Share ‹Embed›

**Adding comments has been disabled for this video.**

Suggestions

Dr Salima Ikram Shares the Secrets of Egypt's A...

Press Conference Tourist Murder in Antigua pt 2

Falsifying Student Grades at AUA

AUA Campus in One Minute

British Newlywed Murdered on Honeymoon

The Cayman Islands Government Cover Up!!!

THE MURDER & CRIME RATE IS TO HIGH TRINIDAD

Ryan Fillmore & Monique Leung dance performance...

USMLE Step 1 Pass Rates for AUA - Important

FBI Agent:Turkey Bribes Congress To Deny Armeni...

American University of Antigua African dance

American University Of Antigua

American University of Antigua Indian dance

American University of Antigua College of Medic...

American University of Antigua College of Medic...

American University of Antigua (Beachcomber) ki...

Exhibit 5

american university of antigua Search Browse Upload Create Account Sign In

# Antigua crime and AUA

auastudentrights 36 videos Subscribe

**Antigua Sun Monday October 19 2009!**
**Three sentenced to jail for sex offences**

Jeffers, 22, on 17 May, 2008, about 3 a.m., stopped a medical student at the American University of Antigua (AUA), while she was on her way home.
Reports are the victim slowed down her vehicle in the vicinity of the Lion's Club when Jeffers jumped into her vehicle and told her to give him a ride. Jeffers directed the medical student to an area near a vacant lot where not too many houses were.
She pulled over to the side of the road and stopped her vehicle, at which time Jeffers virtually pulled the lever of her car seat and jumped on top of her. He put his hands over her eyes and started to squeeze into her eyes with his fingers. Jeffers took off his clothes and threatened to kill the woman if she screamed
The young woman got a hold of the vehicle's cigarette lighter and tried to burn Jeffers with it. He, however, managed to knock it from her hand. Jeffers then placed his penis in the woman's face and told her to engage in oral sex.
The victim pulled away her head, at which time the convicted man pulled off her blouse and panties. He held her down and as he was about to rape her, a security pickup with a number
of police officers drove up. Upon seeing the lawmen, Jeffers ran from the vehicle and the area naked.

0:50 / 6:46 360p

auastudentrights
Antigua: rape, murder, fraud, and government corruption! Learn the truth abou

252 views

Like Save to Share Embed

Adding comments has been disabled for this video.

Suggestions

Dr Salima Ikram Shares the Secrets of Egypt's A...

Press Conference Tourist Murder in Antigua pt 2

Falsifying Student Grades at AUA

AUA Campus in One Minute

British Newlywed Murdered on Honeymoon

The Cayman Islands Government Cover Up!!!

THE MURDER & CRIME RATE IS TO HIGH TRINIDAD

Ryan Fillmore & Monique Leung dance performance...

USMLE Step 1 Pass Rates for AUA - Important

FBI Agent: Turkey Bribes Congress To Deny Armeni...

American University of Antigua African dance

American University Of Antigua

American University of Antigua Indian dance

American University of Antigua College of Medic...

American University of Antigua College of Medic...

American University of Antigua (Beachcomber) ki...

Exhibit 6



Exhibit 7

File Edit View History Bookmarks Tools Help

http://www.caribdaily.com/search?query=apr

Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media

Caribbean News Search

12 National Assembly meets next week
Sun St. Kitts, Apr 17, 2009

13 Wife drops serious indecency case
Antigua Sun, Apr 21, 2009

14 Elderly man faces charge of attempted murder
Antigua Sun, Apr 02, 2009

15 Carnal knowledge allegation
Sun Weekend, Apr 18, 2009

16 Bloodman remanded at HMP
Sun Weekend, Apr 18, 2009

17 Alleged traffic offender gets $5,000 bail
Antigua Sun, Apr 20, 2009

18 Man faces court for sex with eight-year-old
Antigua Sun, Apr 20, 2009

19 Police increase random search exercises
Antigua Sun, Apr 20, 2009

20 Doctors recognised during appreciation day
Antigua Sun, Apr 01, 2009

21 Joseph keeps eye on St. Mary's North seat for 2014
Antigua Sun, Apr 01, 2009

22 More drugs seized at airport
Antigua Sun, Apr 01, 2009

MSJMC sees need for customer service training

Jhzille (guest) commented on OJT workers to get salary increase

Gaza mel (guest) commented on Lisa Hype gets nude with Kamel - Explicit promotional photos for new single

B1 nekkie (guest) commented on Tappin was a master draughts player

More recent comments

Most Discussed

Teachers to stage two-day strike

15-y-o Rapes Mom, Child?

Police claim more than 80 lives

Heartless - Five-year-old, deacon among 11 murdered in 24 hours

Man delivers two severed heads to police saying: "I have two heads for all yuh"

Toronto police want Shower Posse gangsters deported

Vegas joins the fight against rape by launching website

Done

---

Most Visited Getting Started Latest H

file:///C:/AUA/we...ntigua/index.html

BACK

**Caribbean shooting: Antigua has mu**

"Antigua has long been regarded as a tro highlighted the growing problem of viole Mullany was the ninth victim so far this y **than three times that of New York."**

**Doctor and her husband shot on Anti**

"The **killing of a doctor on her honeyi** has been killed and her husband criticall died on Antigua and her husband, Ben, a

**CrimeStoppers receives significant d**

**"The Daily Observer"** April 03, 2009

Man Found Guilty of J'Ouvert Morning

**'Antigua Sun'** April 02, 2009

Elderly

**'Antigua Sun'** December 30, 2008

Done

start

Exhibit 8

file:///C/AUA/we...ntigua/index.html
BACK
Caribbean shooting: Antigua has mu
"Antigua has long been regarded as a tr
highlighted the growing problem of viole
Mullany was the ninth victim so far this y
than three times that of New York."
Doctor and her husband shot on Anti
"The killing of a doctor on her honey
has been killed and her husband critically
died on Antigua and her husband, Ben,
CrimeStoppers receives significant d
"The Daily Observer" April 03, 2009
Man Found Guilty of J'Ouvert Morning
'Antigua Sun' April 02, 2009
Elderly
'Antigua Sun' December 30, 2008
Done
File Edit View History Bookmarks Tools Help
http://search.yahoo.com/search;_ylt=A0geu9tUa.NLvooAfvvxNyoA?p="Antig
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media
"Antigua Sun" "man faces charge of ...
Guest Sign In Help
Make Yahoo! your homepage Mail
YAHOO!
Web Images Video Local Shopping News More
"Antigua Sun" "man faces charge of attempted murder"
Search
8 results for "Antigua Sun" "man f...
Caribbean News Search
Search for Caribbean news from local newspapers ... Elderly man faces charge of attempted murder. Antigua Sun, Apr 02, 2009. 15. Carnal knowledge allegation. Sun ...
www.caribdaily.com/search?query=apr - Cached
Derrick learns of appointment via media. Caribbean News from ...
0 comments submitted on: 2009/02/04. Elderly man faces charge of attempted murder. 0 comments submitted on: 2009/02/04. Tourism officer for the UK appointed ...
caribdaily.com/.../derrick-learns-of-appointment-via-media
Learn more truth about rape, murder, and other crimes on Antigua!
"Antigua Sun" April 02, 2009. Elderly man faces charge of attempted ... Browne told the Antigua Sun, ahead of a political meeting of his opposition ALP ...
aua-med.com/antigua/index.html
In order to show you the most relevant results, we have omitted some entries very similar to the ones already displayed. If you like, you can repeat the search with the omitted results included.
"Antigua Sun" "man faces charge of attempted n Search
Done
start

Exhibit 9

file:///C:/AUA/we...ntigua/index.html

the 18 Karat Night Club to prepare for one

"Antigua Sun" October 03, 2008

Point man committed to stand trial for murde

"Antigua Sun" October 01, 2008

Picadilly man found guilty of attempted murd

"Antigua Sun" December 31, 2007

No arrests yet in double murder

"Antigua Sun" December 28, 2007

19 die violently

"Antigua Sun" December 27, 2007

Pathologist to work on murder victims

"Antigua Sun" December 21, 2007

Double murder Two dead in third executio

"Antigua Sun" November 07, 2007

Murder charge brought against couple in b

"Antigua Sun" November 07, 2007

Done

File Edit View History Bookmarks Tools Help

http://search.yahoo.com/search;_ylt=A0geu76.LOhLpxkBmVXNyoA?p="Anti

Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media

"Antigua Sun" 19 murders - Yahoo! S...

**Hopes fade for shot husband of British doctor murdered on ...**
Andy Liburd, news editor of the Antigua Sun said this morning: (Police) have probably pulled in at least 14 ... Last year there were 19 murders on Antigua and the neighbouring ... (140 Comments
dailymail.co.uk/news/worldnews/article-1036238/... - 34k

**Bride shot dead on Antiguan honeymoon | The wrap | guardian.co.uk**
The paper reports that, with 19 murders last year, Antigua has a murder rate three times that of New York. ... island's newspaper, the Antigua Sun. "Antigua's vital tourism ...
www.guardian.co.uk/wrap/story/0,,2292055,00.html - Cached

**Caribbean shooting: Antigua has murder rate three times ...**
[Jul 28, 2008] Last year there were a record 19 murders in Antigua and Catherine Mullany was ... According to local newspaper the Antigua Sun crime is "hurtling recklessly out ...
telegraph.co.uk/news/worldnews/centralamericaandthecaribb... - 132k

**YouTube - Antigua & Barbuda Romantic Rhythms - Harold Lovell**
According to local newspaper the Antigua Sun crime is "hurtling recklessly out ... Last year there were a record 19 murders in Antigua and Catherine Mullany was ...
www.youtube.com/watch?v=pp8tZ3jOPOs - 13k - Cached

**116 murders in 2009 : Kaieteur News**
There were 19 murders each in Berbice and on the East Coast of Demerara ... Of the 19 murders in Berbice, 13 of them are engaging the court, while the other six are ...
www.kaieteurnewsonline.com/2010/01/05/116-murders-in-2009 - Cached

1 2 3 4 5 6 7 8 9 10 11 Next >

"Antigua Sun" 19 murders Search

Done

start

Exhibit 10

file:///C:/AUA/we...ntigua/index.html
the 18 Karat Night Club to prepare for one
"Antigua Sun" October 03, 2008
Point man committed to stand trial for murde
"Antigua Sun" October 01, 2008
Picadilly man found guilty of attempted murd
"Antigua Sun" December 31, 2007
No arrests yet in double murder
"Antigua Sun" December 28, 2007
19 die violently
"Antigua Sun" December 27, 2007
Pathologist to work on murder victims
"Antigua Sun" December 21, 2007
Double murder Two dead in third executio
"Antigua Sun" November 07, 2007
Murder charge brought against couple in b
"Antigua Sun" November 07, 2007
Done
File Edit View History Bookmarks Tools Help
"Antigua Sun" 19 murders - Yahoo! S...
YAHOO!
Web Images Video Local Shopping News More
"Antigua Sun" 19 murders
Search
1,210 results for "Antigua Sun" 19 mur...:
Show All
Daily Mail
Telegraph co uk
YouTube
Video Sites
Antigua Murders Spark Safety Concerns
Antigua Murders Spark Safety Concerns ... in the early 2000's it was about 3-4 murders per year, now its 19 for 2007 and so far 11 for the first seven months ...
gocaribbean.about.com/b/2008/08/04/antigua-murders-spark-... - Cached
Another Tourist Murdered in Antigua
A 29-year-old cruise-ship passenger has been found murdered near one ... near Pigeon Point Beach on Jan. 19; the Antigua Sun reported that Nissen had apparently ...
gocaribbean.about.com/b/2010/01/26/another-tourist-murdered-in-antigua... - Cached
Antigua Sun Ltd | Criminal activity – a serious concern ...
Criminal activity – a serious concern Opinion - Letter Written by Mrs N. Cornelia Michael Friday, 19 February 2010 03:00 Dear Editor, I note with concern the recent ...
antiguasunonline.com/opinion/letter/... - Cached
Antigua Sun Ltd | Charges dropped against Hispanic women in ...
Charges dropped against Hispanic women in Mullany murder trial News Articles - Local Written by Tahna Weston Wednesday, 03 March 2010 02:17 Two women charged in ...
antiguasunonline.com/news/local/255255-charges-dropped-ag... - Cached
Sun St. Kitts Ltd. | SKN recorded second highest crime ...
Guyana recorded 117 murders in 2009, compared to 158 the previous year ... Barbados saw a 24 per cent reduction, with a listing of 19 murders ...
sunstkittsonline.com/news/local/31163-skn-recorded-second... - Cached
Hopes fade for shot husband of British doctor murdered on ...
Andy Liburd, news editor of the Antigua Sun said this morning (Police) have probably pulled in at least 14 ... Last year there were 19 murders on Antigua and the neighbouring ...
dailymail.co.uk/news/worldnews/article-1039236/...
Done
start



Exhibit 11

# Antigua and Barbuda

Bureau of Democracy, Human Rights, and Labor
2007
March 11, 2008

Antigua and Barbuda is a multiparty, parliamentary democracy with a population of approximately 83,000. In the 2004 parliamentary elections, which observers described as generally free and fair, the United Progressive Party (UPP) defeated the ruling Antigua Labour Party (ALP), and Baldwin Spencer became prime minister. The civilian authorities generally maintained effective control of the security forces.

While the government generally respected the human rights of its citizens, there were problems in a few areas, including excessive use of force by police, poor prison conditions, violation of press freedoms, societal discrimination and violence against women, and sexual abuse of children.

RESPECT FOR HUMAN RIGHTS

Section 1 Respect for the Integrity of the Person, Including Freedom From:

a. Arbitrary or Unlawful Deprivation of Life

There were no reports that the government or its agents committed arbitrary or unlawful killings.

b. Disappearance

There were no reports of politically motivated disappearances.

c. Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment

The constitution specifically prohibits such practices, and the authorities generally respected these prohibitions in practice. Nonetheless, there were occasional reports of police brutality, corruption, excessive force, discrimination



Exhibit 12

File Edit View History Bookmarks Tools Help

http://www.antiguasunonline.com/news/local/234900-Police-rape-case-gets-new-investigator.html

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(2 unread) Yahoo! Mail, steve_l_wood... | Antigua Sun Ltd. | Police rape ca... | Office Online Home Page - Microsoft Of...

# Police rape case gets new investigator

News Articles Local

by Aarati Jagdeo

Due to concerns about a conspiracy to cover up the alleged rape of a 23-year-old woman recruit, at the Police Training School at Longfords, the Royal Police Force of Antigua and Barbuda stated that personnel changes have been made and a new lead investigator has been assigned to the case. The alleged incident took place on 28 Sept.

The police force, in a statement issued by its Strategic Communications Department yesterday, further assures the public that it is taking the allegation seriously and is investigating the matter.

They also addressed the allegation that there was an attempt to cover up the incident. "When it was reported, the incident was taken seriously and at no time was there any attempt to dismiss the matter. A full scale investigation was launched the very day the report was made," the statement noted.

The police force further assured that it was taking every measure to ensure that the investigation would be thorough and transparent. They went as far as assigning a new investigator to erase any remaining doubts that the report would be biased.

The police force, according to the statement, said it will deal with the sexual assault case as it deals with any other similar cases.

They also noted that under the law, the privacy of the individuals was of utmost importance.

The last comments for
**Antigua Sun Ltd. | Senior IMF official assures minister of support - Senior IMF official assures min**

slam dunk
antiguans will never crawl, note never bastard
21 minutes ago

The last comments for
**Antigua Sun Ltd. | Importance of health - Importance of health Opinion - Editorial Written**

**Latest Comments**

CaribbeanCupid.com
Meet Your Caribbean Beauty Today!

QUICK LINKS

CRIME STOPPERS ANTIGUA
800-TIPS(8477)

Transferring data from intensedebate.com

start

