Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Motion for Subpoenas to for disclosure and discovery email accounts from: aol.com, bellsouth.net, gmail.com, comcast.net, trinity-health,org, auamed.org, and auamed.net.**

**Motion for Subpoenas to for disclosure and discovery email accounts from: aol.com, bellsouth.net, gmail.com, comcast.net, trinity-health,org, auamed.org, and auamed.net.**

I request a copy of all email records and electronic files, all attachments, directories, and sub-directories for the following email accounts from the Internet Service Provider, ISP. These accounts are used by individuals and faculty that were involved in the American University of Antigua, AUA program and/or committee meetings. The ISP's addresses are located inside the United States.

Data concerning this case and/or Steven Woodward was distributed to each one of these accounts and the owners of these accounts and is directly tied to this case.

I request an electronic copy of any email file(s) and any associated attachments, directories and subdirectories associated with each account.

I request the files be inclusive for the entire life of the account to present unless otherwise specified.

I request an electronic system restore copy from archived storage from account creation until present from an archived file not newer than March 31, 2010 for all accounts.

I request an electronic system restore copy from archived storage from account creation until present from an archived file not newer than January 31, 2008 for all accounts.

I request restored copy of the stevenw@auamed.net not newer than December 31, 2007 and another copy that includes all emails, attached files, directories, and sub-directories associated with this account.

I request the release of information on the hardware type, operating system, patch levels, and email applications used for the emails. I request all email files be converted to a readable and universal file format such as ".txt".

I request all the file permissions be modified to "world" or "full access" for an account accessible by Steven Woodward.

I would accept an exception to the above for all email accounts, if the accounts and restored copies are on ISP hardware as long as I have full access to all the account files, attachments, directories, sub-directories and applications required to view all content.

AOL Inc
22000 AOL Way
Dulles, VA 20166

Account: **jecmpark@aol.com**

BellSouth Internet Group
Host Master
575 Morosgo Dr
Atlanta, GA 30324

Account: **metallug@bellsouth.net**

Google Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043

Account: **nikhielrau@gmail.com**

Corporation Service Company
Domain Administrator
2711 Centerville Road Suite 400
Wilmington, DE 19808

Account: **billcain@comcast.net**

Trinity Health
34605 Twelve Mile Road
Farmington Hills, MI 48331

Account: zonias@**trinity-health.org**
Account: yanezj@**trinity-health.org**
Account: mccalldy@**trinity-health.org**

Network Solutions is the ISP for www.auamed.org and www.auamed.net
Network Solutions LLC
13861 Sunrise Valley Drive, Suite 300
Herndon, VA 20171

Account: **nssimon@auamed.org**
Account: **sbarrie@auamed.org**
Account: **vhrehorovich@auamed.org**
Account: **pbell@auamed.net**
Account: **stevenw@auamed.net**
Account: **donkastuk@auamed.net**
Account: **sglasser@auamed.net**
Account: **alueck@auamed.net**
Account: **segun@auamed.net**
Account: **jmoreno@auamed.net**
Account: **hmorcos@auamed.net**

*[signature]*