Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2010 AUG -9  A 11: 59

FILED

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Defendant Steven Woodward Preliminary Witness List**

**Defendant Steven Woodward Preliminary Witness List**

Now comes the defendant Steven Woodward preliminary Witness List:

1. Neal Simon

2. Peter Bell

3. Susan Zonia

4. Jeffrey Yanez

5. Deneen McCall

6. Ernesto Calderon

7. Victor Hrehorovich

8. Ray Breitenbach

9. Any student from the American University of Antigua.

10. Any student that attended the American University of Antigua in the past.

11. Any student or person that has knowledge of the American University of Antigua 5th Semester Program.

12. Any employee, current or past, from the American University of Antigua.

13. Any member of the American University of Antigua faculty.

14. Any employee, current or past, from the Education Commission for Foreign Medical Graduates, ECFMG.

15. Any employee, current or past, that was employed by the United States Medical Licensing Examination, USMLE

16. Any member or employee of the United States Government with knowledge of the activities of the Caribbean Caucus.

17. Any physicians or employee, current or past, from St. Joseph Mercy-Oakland Hospital with whom Steven Woodward had contact.

18. Any employee, current or past, from the St Joseph Mercy-Oakland Hospital.

19. Any patient, current or past, from St Joseph Mercy-Oakland Hospital.

20. Any patient, current of past, seen by Ray Breitenbach, MD.

21. Any and all witnesses which may become known during deposition.

22. Any and all witnesses which may become known during the course of discovery.

23. All persons listed on the Plaintiff's Witness List.

24. Defendant reserves the right to call rebuttal witnesses.

25. Defendant reserves the right to amend its witness list.

Steven Woodward