

Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2010 AUG -9  A 11: 59

FILED

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Motion for Subpoenas for the disclosure and discovery of evidence, to the National Board of Medical Examiners, NBME.**

**Motion for Subpoenas for the disclosure and discovery of evidence, to the National Board of Medical Examiners, NBME.**

I request a subpoena to be sent to the NBME for the purposes of disclosure and discovery of evidence.

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104


I request a list by name and subject matter of every NBME, (Shelf Exam) taken by Steven Woodward, while attending the American University of Antigua.

I request a summary description of each exam including, which medical education course the exam was designed to evaluate.

I request the grades for each Shelf Exam for which Steven Woodward received.
I request a ranking for each said that exam for Steven Woodward, based on the other students that took that specific exam which was administered by American University of Antigua on the same date.

I request all student grades(data) for each specific exam that correlates with every exam that was given to Steven Woodward.

I request a list, the date, the title, and the correlating title of the medical education course for which the exam is suppose evaluate, for every exam that was ordered by the American University of Antigua and graded by the NBME.

I request a list, the date, the title, and the correlating title of the medical education course for which the exam is suppose evaluate, for every exam that was ordered but not administrated by the American University of Antigua.

*[signature: Steve Wood]*