*University of Antigua School of Medicine*
*Course on Physical Diagnosis (September 06 - December 12, 2007)*
*Site:   St. Joseph Mercy Oakland Hospital*
*Pontiac, Michigan*

## SCHEDULE OF LECTURES, PRACTICAL SESSIONS AND QUIZZES

| Date | Time | Type | Topic | Location/Staff |
|---|---|---|---|---|
| 10/12 | 12:00 – 2:00 | Quiz #3 | Lungs, Respiratory | Staff |
| 10/19 | 8:00-9:00 A | Dept. Of Medicine | Grand Rounds | Conf. Rm. |
| 10/19 | 9:00-10:00A | Lecture | Eyes Exam | Dr. Khan |
| 10/19 | 10:00-11:00 A | Presentation | Two-minutes Case # 2 | Dr. Yanez |
| 10/19 | 11:00-12:00N | Lecture | Hemopoietic, Lymphopoietic | Dr. Nicola |
| 10/19 | 12:00-1:00N | Quiz 4 | Heart, CV System Exam | Staff |
| 10/26 | 8:00-9:00 A | Dept. Of Medicine | Grand Rounds | Conf. Rm. |
| 10/26 | 9:00-10:00A | Lecture | Skin Exam | Dr. Khan |
| 10/26 | 10:00-11:00A | Lecture | Acute Abdomen | Dr. Nicola |
| 10/26 | 11:00-12 N | Quiz 5 | Imaging | Staff |
| 11/2 | 7:00-8:00A | Lecture | Ethics | Conf. Rm. E |
| 11/2 | 8:00-9:00 A | Dept of Medicine | Grand Rounds | Conf. Rm. |
| 11/2 | 9:00-10:00 A | Lecture | Kidney, GU System Exam | Dr. Yanez |
| 11/2 | 10:00-11:00 A | Lecture | Neurological Exam | Dr. Nicola |
| 11/2 | 11:00-12:00N | Practice | Neurological Exam | Dr. Nicola |
| 11/2 | 12:00-1:00 N | Quizzes 6,7 | Eyes, Skin | Staff |
| 11/9 | 8:00-9:00 A | Dept. of Medicine | Grand Rounds | Conf. Rm. |
| 11/9 | 9:00-11:00 A | Lecture/Practice | Breast Exam, GYN/ GU | Dr. Yanez |
| | *NO Scheduled Quizzes* | | | |
| 11/16 | 8:00-9:00 A | Dept. of Medicine | Grand Rounds | Conf. Rm. |
| 11/16 | 9:00-10:00A | Lecture | Psychiatry Exam | Dr. Yanez |

Revised 10/08/07 (Per: AUA)

Exhibit 12
Pg 3

*University of Antigua School of Medicine*
*Course on Physical Diagnosis (September 06 - December 12, 2007)*
*Site:   St. Joseph Mercy Oakland Hospital*
*Pontiac, Michigan*

### SCHEDULE OF LECTURES, PRACTICAL SESSIONS AND QUIZZES

| | | | | |
|---|---|---|---|---|
| 11/16 | 10:00-11:00 A | Lecture | Musculo-skeletal exam | Dr. Khan |
| 11/16 | 11:00-12:00 A | Practice | Musculo-skeletal Exam | Dr.Khan |
| 11/16 | 12:00-1:00 N | Lecture | OB/Gyn Exam / Practice | Dr. Yanez |
| 11/16 | 1:00-2:00 N | Quiz  9,10 | Urology, Neurology | Staff |
| 11/19 | 9:00-10:00 A | Lecture | Pediatric Exam | Dr. Yanez |
| 11/19 | 10:00-12:00 N | Lecture | Health Maintenance / Stats | Dr. Malloy |
| 11/19 | 12:00-1:30 N | Quiz 11,12,13,14 | M-S, Psy, Ped, OB/GYN | Staff |
| 11/30 | 8:00-9:00 | Dept of Medicine | Grand Rounds | Conf. Rm. |
| 11/30 | 9:00-11:00 A | Presentation | Two-minutes # 3 | Dr. Yanez |
| 11/30 | 11:00-12:00 N | Quiz # 15, 16 | Hemopoietic, Lymph, H Maint | Staff |
| 11/30 | 12:00-1:00 N | | Portfolio due | Staff |
| 12/7 | 8:00-12 N | Final written exam | Textbook, lectures, Practices | Staff |
| 12/3-12/7 | By appointment with preceptors | Final Practical Exam | Examination of a patient, write-up, case presentation | Preceptors |
| 12/11 | 2:00- 7:00 P | Exam | Shelf-like | On-line |
| 12/14 | 8:00-12 N | Exam | Shelf | Staff |

**( Lectures are in Conference Room C )

**( Lecture on 11/16/07 will be in Conference Room D )

Ex4.6,+ 12
Pg 4

**American University of Antigua - KMC**

**c/o GCLR LLC**

**Phone: 212.661.8899 option 5**

**2 Wall Street, 10th Floor**

**New York, NY 10005**

**Statement of Account**

| Date |
|---|
| 3/19/2009 |

Bill To

Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

This statement reflects your balance from January 2009. If you are on a payment plan your last payment was due on the first of March or a 1.25% late fee will be assessed to your outstanding balance. If you have already made your payment please disregard this notice. If your account is not paid in full you will not be allowed to register for the May semester, receive grades or a transcript. If you feel this bill is in error please contact the Bursar office @ 212-661-8899 option #5.

| **Payment is due upon receipt** | Amount Due |
|---|---|
| | $-5,681.00 |

| Date | Item | Description | Amount | Balance |
|---|---|---|---|---|
| 08/20/2007 | | Balance forward | | 210.00 |
| 08/21/2007 | | PMT GL 9/5/07 to 4/25/08 1 of 2 | -20,681.00 | -20,471.00 |
| 08/30/2007 | | CHK #1578. Student Refund - Michigan | 8,933.00 | -11,538.00 |
| 09/01/2007 | 5th Semester | #BO 2. | 10,675.00 | -863.00 |
| 09/01/2007 | Admin Fee | #BO 2. | 175.00 | -688.00 |
| 09/01/2007 | Testing Fee | #BO 2. | 125.00 | -563.00 |
| 09/01/2007 | Insurance - Student | #BO 2. | 563.00 | 0.00 |
| 12/20/2007 | | PMT GL  09/05/2007 to 04/25/2008    2 of 3 | -15,000.00 | -15,000.00 |
| 03/01/2008 | | GENJRNL #5025. Disb. 2/5/08 GL 9/5/07 to 4/25/08 3 of 3 | -5,681.00 | -20,681.00 |
| 03/27/2008 | | CHK #1307. Student Refund-Home | 15,000.00 | -5,681.00 |
| 03/19/2009 | | Amount Due | | -5,681.00 |

*Exhibit 13*

**From:** Jeffrey Yanez (YANEZJ@trinity-health.org)
**To:** steve_l_woodward@yahoo.com;
**Date:** Mon, December 10, 2007 8:05:42 AM
**Cc:** MCCALLDY@trinity-health.org; ZONIAS@trinity-health.org;
**Subject:** test

Steve,

Due to testing irregularities, AUA will allow you a retake on the Vocabulary section on Tuesday between 3 and 4 PM. Please see Deneen for further details and arrangements. Please note that the test may look different and have new/different content?

You will need a total score of 560 out of 800 questions.  80% (640 questions) less the 10% curve = 560 questions

Exhibit 14

of 1

Scholar360

Home | Profile | Blog | Contacts | Messages
RSS Reader | Calendar
My Classes | All Classes
My Communities | All Communities
My Grades | My Files | Digital Dropbox
Search | Help | Logout

## My Grades

| Item | Date | Available Points | Grade |
|---|---|---|---|
| AUA Online | | | |
| Final Grade: 71 | | | |
| Test - Final Exam – Block 4 (Dermatology, Imaging, Gyn, Psychiatry) | 2007-12-06 | 200 | 142 |
| Test - Final Exam - Block 2B (Opthalmology) | 2007-12-06 | 50 | 43 |
| Test - Final Exam - Block 2A (History and Physical Exam) | 2007-12-06 | 50 | 37 |
| Test - Final Exam - Block 2C (Vocabulary) | 2007-12-06 | 100 | 88 |
| Test - Final Exam - Block 3B (Hemopoietic/Lymphopoietic System) | 2007-12-05 | 50 | 21 |
| Test - Final Exam - Block 3A (Cardiovascular) | 2007-12-05 | 100 | 47 |
| Test - Final Exam - Block 3C (GI System) | 2007-12-05 | 50 | 37 |
| Test - Final Exam - Block 1B (ENT) | 2007-12-03 | 100 | 71 |
| Test - Final Exam - Block 1A (Respiratory) | 2007-12-03 | 100 | 82 |

**Total Points Possible: 800**
**Total Points Earned: 568**
**Current Average: 71**

Terms of Service | Help | Support



DEPOSITION
EXHIBIT

Exhibit 15

Print                                                                    http://us.mg1.mail.yahoo.com/dc/launch?freeacct=1&&.g

**From:** Paul J. Nicoletti (paul@nicoletti-associates.com)
**To:** billcain@comcast.net; steve_l_woodward@yahoo.com; yanezj@trinity-health.org;
nssimon@auamed.org; vhrehorovich@auamed.org; zonias@trinity-health.org;
**Date:** Thu, December 20, 2007 6:22:22 PM
**Cc:**
**Subject:** Steven Woodward v. Trinity Health-Michigan

Enclosed please find a copy of the civil action that was filed this afternoon. I would hope that this matter could be resolved without the need for costly and protracted litigation.


NICOLETTI & ASSOCIATES, P.C.
Paul J. Nicoletti
39520 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304
(248) 203-7800
Fax (248) 203-7801

* * * * * * * * * *

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

* * * * * * * * * *

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such would be privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.503 / Virus Database: 269.17.4/1189 - Release Date: 12/18/2007 9:40 PM


Exhibit 16

8/1/2010 10:05 AM

| From: | <jecmpark@aol.com> |
|-------|--------------------|
| To: | <shileola_11@yahoo.com>; <nisha.abraham@gmail.com>; <skbanergt@yahoo.com>; <mbuzz20@hotmail.com>; <eurowillo@hotmail.com>; <jagrew@gmail.com>; <jakeiknight@yahoo.com>; <bhelmer68@hotmail.com>; <jenellejanet@yahoo.com>; <okey@excite.com>; <merlynnj@gmail.com>; <shamz1000@hotmail.com>; <simkapur@hotmail.com>; <Jkim246@aol.com>; <miknom79@yahoo.com>; <anirbann@hotmail.com>; <rasmansolo@yahoo.com>; <ifyboy_us@yahoo.com>; <greeningwsu@yahoo.com>; <tammalarice@netscape.net>; <funjolt@yahoo.com>; <ninashojayi@gmail.com>; <dsinha1@gmail.com>; <priya.umapathi@yahoo.com> |
| Cc: | <yanezi@trinity-health.org>; <vbrehorovich@auamed.org>; <nssimon@auamed.org> |
| Sent: | Thursday, December 20, 2007 8:53 PM |
| Subject: | scholar360 |

Hi class !:

I hope that now you are resting and getting ready for your clinical rotations:

For those of you who took the Final exam using Scholar360, I need you to e-mail me your evaluation of that Program.  Exclude from it the vocabulary portion that was not good because we did not have the time to correct it.

Include in your evaluation how did you like the format, grade of difficulty to understand and answer questions, the format and clarity of screens, including images and graphics, the speed with which you received the scores and any other aspect that you like to talk about.  Finally, your suggestions about possible improvements.

JEC

More new features than ever. Check out the new AOL Mail!

Exhibit 17

7/21/2010

**From:** Woodward, Steven (stevenw@auamed.net)
**To:** steve_l_woodward@yahoo.com;
**Date:** Sat, January 12, 2008 2:29:35 PM
**Cc:**
**Subject:** FW: Grade report for Steven Woodward

**From:** Registrar [mailto:registrar@AuaMed.org]
**Sent:** Sun 1/6/2008 3:03 PM
**To:** steve_l_woodward@yahoo.com
**Cc:** Woodward, Steven
**Subject:** Grade report for Steven Woodward

Dear Steven,

Attached is your grade report for the September - December 2007 period.

The attached report is in HTML format and should open with your default browser by double clicking on the attachment.



Exhibit 18
P.1

# AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE
# KASTURBA MEDICAL COLLEGE / TWINNING PROGRAM

### *Semester Grade Results*
January 6, 2008

**Student ID**

**53054   Woodward, Steven**

stevenw@students.auamed.net

steve_l_woodward@yahoo.com

**Listed below are your September - December 2007 semester grades from The American University of Antigua, College of Medicine, as submitted to the Registrar's Office.**

| Course | Grade | Shelf |
|---|---|---|
| 7000  Foundations of Clinical Medicine | F | ▬▬▬ |

**The above grades are for reference only.**
**If you think they are not correct, please contact the Course Director.**

**Registrar's Office**
**Phone: 268-481-8886**
**Fax: 268-481-8885**

*Administrative Office:* **Two Wall Street 10th Fl, New York, NY, 10005**
*Antigua Campus:* **Jasmine Court, Friar's Hill Road, Woods, Antigua, W.I.**

Exhibit 18
Pg 2



AMERICAN
UNIVERSITY
OF ANTIGUA
COLLEGE OF
MEDICINE

*CFO Greater Caribbean Learning Resource*



KASTURBA
MEDICAL
COLLEGE

SEMESTER V: PRELIMINARY CLINICAL TRAINING
SITE __Pontiac, Michigan__ - FALL 2007
**STUDENT EVALUATION - OUTPATIENT ROTATIO**

DEPOSITION
EXHIBIT
8
McCall

| Student's Name: Steven Woodward | Preceptor's Name: Dr. Breitenbach | Dates: From: 10/29/07 - To: 11/30/07 |

## 1) PLEASE, RATE THE STUDENT FROM A TO F:

**1.0**
**Attendance:** Attended scheduled sessions at your Office

| **F** | **C** | **B** | **A** | **RATE** |
|---|---|---|---|---|
| (Missed 3 or more sessions in 6 weeks) | (Missed 2 sessions in 6 weeks) | (Missed 1 session in 6 weeks) | (Attended all scheduled sessions) | A |

## 2) PLEASE, GIVE THE STUDENT A PERCENTAGE SCORE AS FOLLOWS:

| < 60% | Substandard |
|---|---|
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

**2.1**
**Medical Knowledge:** Demonstrated appropriate **knowledge of basic sciences** and was able to apply it to the clinical situations he/she encountered.

SCORE
79

**2.2**
**Attitude:** Displayed initiative and positive disposition to learn, **cooperative and constructive** attitude toward the members of team or Group that he/she was assigned to (As opposite to being negative and conflictive)

SCORE
95

**2.3**
**Learning Skills:** Gradually started to **master proper skills** concerning elaboration of clinical history and examination of the different body systems, analyses of the results, and formulation of working diagnosis.

SCORE
95

**2.4**
**Communication Skills:** Demonstrates listening skills, interchange medically related information with other members of the team, shows progress in **concisely and effectively** presenting clinical cases both in written and verbal form.

SCORE
95

**2.5**
**Professionalism:** a) Demonstrated commitment to professional development and solid ethical principles and sensitivity to patients/family and peer diversity; b) showed compassion, respect and honesty; c) Accepted responsibility for his/her acts.

SCORE
95

Exhibit 19
Pg 1

3. - General observations on the student's performance and suggestions for improvement:

*Very Computer Literate*

*Excellent Student.*

4. - Please, fill the following portion for the students rotating at your Office from March 1 through March 29, 2007.

The student has mastered the following skills:

| < 60% | Substandard |
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

| Skills | Score | Pointed Suggestions for improvement |
|---|---|---|
| A) Elaboration of solid comprehensive clinical history | 90 | |
| B) Elaboration of focused clinical history | 90 | |
| a) General examination of the eyes | 80 | |
| b) Examination of HENT and Neck | 80 | |
| c) Examination of Chest and Lungs | 80 | |
| d) Examination of Heart and CV System | 80 | |
| e) Examination of Abdomen | 80 | |
| f) Examination of Breast | 80 | |
| g) Examination of Female GU System | | Not Done This Office |
| h) Examination of Male GU System | 80 | |
| i) Examination of Nervous System | 80 | |
| j) Gross examination of Mental Condition | 80 | |
| k) Examination of Musculoskeletal System | 80 | |
| l) Examination of Skin | 80 | |
| C) Overall skill to perform comprehensive physical examination | 90 | |
| D) Overall skill to perform focused physical examination | 90 | |

4. - Evaluation discussed with student:

_____  11/29/07
Preceptor's Signature        Date

_____  11/29/07
Student's Signature          Date

Form DOCS- EVALUATION 05 - 09/01/07 JEC

**Exhibit 19**
**Pg 2**

 



DEPOSITION
EXHIBIT
9
McCall  2-3-09

SEMESTER V: PRELIMINARY CLINICAL TRAINING

## St. Joseph Mercy Oakland Hospital, Pontiac Michigan – Fall 2007

### IN-PATIENT STUDENT EVALUATION - TEAM _____

| Student's Name: **Steven Woodward** | Preceptor's Name: D. Malloy, M.D. |
|---|---|

### 1) PLEASE, RATE THE STUDENT FROM A TO F:

**1.0**

**Attendance:** **Attended academic sessions:** including: a) morning rounds, b) morning case presentations, c) questions/discussion, d) ward rounds, e) morning lectures, f) grand rounds

**RATE**

| F (Missed 3 or more sessions in 2 weeks) | C (Missed 2 sessions in 2 weeks) | B (Missed 1 session in 2 weeks) | A (Attended all scheduled sessions) |
|---|---|---|---|

**A**

### 2) PLEASE, GIVE THE STUDENT A PERCENTAGE SCORE AS FOLLOWS:

| < 60% | Substandard |
|---|---|
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

**2.1**

**Medical Knowledge:** Demonstrated appropriate **knowledge of basic sciences** and was able to apply it to the clinical situations he/she encountered..

**SCORE** 80

**2.2**

**Attitude:** Displayed initiative and positive disposition to learn, **cooperative and constructive** attitude toward the members of team or Group that he/she was assigned to (As opposite to being negative and conflictive)

**SCORE** 90

**2.3**

**Learning Skills:** Gradually started to **master proper skills** concerning elaboration of clinical history and examination of the different body systems, analyses of the results, and formulation of working diagnosis.

**SCORE** 90

**2.4**

**Communication Skills:** Demonstrates listening skills, interchange medically related information with other members of the team, shows progress in **concisely and effectively** presenting clinical cases both in written and verbal form.

**SCORE** 90

**2.5**

**Professionalism:** a) Demonstrated commitment to professional development and solid ethical principles and sensitivity to patients/family and peer diversity; b) showed compassion, respect and honesty; c) Accepted responsibility for his/her acts.

**SCORE** 90

FORM DOCS  EVALUATION 015

Exhibit 20 pg1

**2.6**

**Suggestions for Improvement**

Evaluation reviewed with the student:

Preceptor _____ Date 12/5/07

Student _____ Date 12/5/07

FORM DOCS  EVALUATION.015

*Exhibit 20 pg 2*

American University of ...dus College of Medicine
V Semester - Preliminary Clinical Training
Pontiac Michigan - St Joseph Mercy Oakland

## Final Grades by Component Fall 2007

| | Code | Attendance 10% | | Prac Session Quiz 5% | | Eval Pres 5% | | Portfolio 5% | | Quizzes 35% | | Written Ex 20% | | Practical Ex 10% | | Final | Final Grade Adjusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Score | PT | Score | PT | Score | PT | Score | PT | Score | PT | Score Curv | PT | Score | PT | | |
| 1 | Hampel, Nicola | 92 | 9.2 | 100 | 4.8 | 100 | 5.0 | 100 | 5.0 | 84 | 18.8 | 81 | 16.2 | 95 | 9.5 | 78 | C |
| 2 | Jaydeep, Simba | 100 | 10.0 | 100 | 5.0 | 80 | 4.0 | 100 | 5.0 | 57 | 20.1 | 84 | 16.8 | 85 | 8.5 | 79 | C |
| 3 | Onzomba, Michael | 100 | 10.0 | 100 | 5.0 | 83 | 4.2 | 100 | 5.0 | 82 | | 74 | 14.8 | 80 | 8.0 | 77 | F |
| 4 | Chheda, Vishal | 75 | 7.5 | 75 | 3.8 | 85 | 4.3 | 100 | 5.0 | 68 | 19.6 | 72 | | 77 | 7.7 | | F |
| 5 | Bulat, Elizabeth | 100 | 10.0 | 100 | 5.0 | 96 | | 100 | 5.0 | 70 | 21.7 | 90 | 18.0 | 75 | 7.5 | 78 | C |
| 6 | Evans, Lekedra | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 70 | 24.4 | 84 | | 85 | 8.5 | 83 | B |
| 7 | Woodward, Steve | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 82 | 22.6 | 73 | | 86 | 8.5 | 83 | B |
| 8 | Paras, Chehel | 100 | 10.0 | 92 | 4.6 | 100 | 5.0 | 100 | 10.0 | 82 | 21.8 | 97 | 15.4 | 85 | 8.5 | 83 | C(-) |
| 9 | Hamed, Mousa | 100 | 10.0 | 100 | 5.0 | 100 | 5.0 | 100 | 10.0 | 83 | 20.4 | 75 | 15.0 | 80 | 8.0 | 80 | F |
| 10 | Kristen, Nico | 100 | 10.0 | 100 | 5.0 | 100 | 5.0 | 100 | 10.0 | 68 | 23.9 | 82 | 16.4 | 83 | 8.3 | 82 | B |

(1) Failed Final Exam. Remedial score 78. Final Grade: C(-)
(2) Failed Final Exam. Has not taken remedial
(3) Failed Final Exam. Did take remedial and failed
(*) Did not have OP rotation. Total score / 95
(4) Did not take OP rotation. Total Score / 85

# The Department of Health and Human Services
## And
# The Department of Justice
# Health Care Fraud and Abuse Control Program
# Annual Report For FY 2005

**AUGUST 2006**

Ex 2,6,1 22
Pg1

- A certified nurse aide (CNA) in Colorado was excluded for 25 years as a result of being convicted for sexual assault against an elderly nursing home patient who suffered from Alzheimer's. The aide was sentenced to serve 15 years-to-life in prison.

- An Oklahoma pediatrician was excluded for 50 years based on his conviction for abuse of minor patients. The physician confessed to abusing 18 children, all under the age of 16, over a period that spanned 20 years.

- A DME sales representative in Florida was excluded for 28 years after his conviction for participating in a scheme to bill Medicare for millions of dollars in medically unnecessary DME items.

- A South Carolina physician was excluded for 26 years after his conviction for his part in a scheme to sell prescriptions for controlled substances such as OxyContin and Percocet.

### Other Administrative Enforcement Actions – Civil Monetary Penalties

The Office of Inspector General has authority to impose civil monetary penalties (CMPs) against providers and suppliers who knowingly submit false claims to the government, who participate in unlawful patient referral or kickback schemes, who fail to appropriately treat or refer patients who present at hospital emergency rooms, or who engage in other activities prescribed in statute. The HHS/OIG has stepped up its affirmative enforcement actions under these authorities. The PharMerica case discussed previously is one example. Others are:

- The Visiting Nurse Association of Washington, D.C. (now MedStar Health Visiting Nurse Association) and its home office, Visiting Nurse Association, Inc., agreed to pay more than $1.3 million to resolve its liability for allegedly filing Medicare cost reports containing services that were not provided as claimed. The inquiry involved alleged transactions with related third parties that were not disclosed or documented. The company also entered a five-year CIA.

- A former hospital Chief Executive Officer (CEO) in Nebraska entered an agreement with the HHS/OIG to resolve his potential liability for allegedly paying kickbacks to a physician in the form of loan guarantees, consultant fees and discounts in exchange for referral of Medicare business. The CEO, too, received annual bonuses that allegedly were based on the referrals. The hospital previously entered a settlement agreement with the United States to resolve potential liability under the FCA for the same alleged conduct.

- St. Joseph Mercy-Oakland Hospital in Michigan agreed to pay $4 million for allegedly violating the anti-kickback statute and Stark law in connection with financial arrangements between the hospital and more than a dozen physician groups. The hospital voluntarily disclosed the potential violations under the HHS/OIG's "Provider Self-Disclosure Protocol."





Exhibit 23

## University of Antigua School of Medicine
### Fifth Semester - Fall 2007
### SCHEDULE OF CLINICAL ROTATIONS
SITE:



DEPOSITION EXHIBIT
Yanez  2-3-09

Exhibit 24

| Students name | e-mail | SEPTEMBER | | | OCTOBER | | | | | NOVEMBER | | | | DECEMBER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week starting on →** | | 10 | 17 | 24 | 1 | 8 | 15 | 22 | 29 | 5 | 12 | 19 | 26 | 3 | 10 | 17 |
| 1 Nicola Hampel | ...@hotmail.com | K | K | K | K | K | EM | K | C | C | C | C | C | PC | S | E |
| 2 Jayadeep Sibia | | K | K | K | K | K | K | K | EM | C | C | C | C | PC | S | E |
| 3 Michael Ozuomba | | N | N | N | N | N | N | EM | C | C | C | C | N | PC | S | E |
| 4 Vishal Chheda | | N | N | N | N | N | A1 | A1 | A1 | A1 | A1 | EM | N | PC | S | E |
| 5 Elizabeth Bulat | | C | C | C | C | C | H | H | H | EM | H | H | EM | PC | S | E |
| 6 Lekedra Evans | | C | C | C | C | C | H | H | H | H | H | H | H | PC | S | E |
| 7 Steven Woodward | | EM | EM | EM | M | M | M | M | A2 | A2 | A2 | A2 | A2 | PC | S | E |
| 8 Paras Chahal | | M | EM | M | M | M | M | M | A2 | A2 | A2 | A2 | A2 | PC | S | E |
| 9 Mousa Hamed | | D | D | EM | D | D | D | D | A3 | A3 | A3 | A3 | A3 | PC | S | E |
| 10 Nico Kristen | | D | D | D | EM | D | D | D | A3 | A3 | A3 | A3 | A3 | PC | S | E |

## KEY

EM - Emergency Medicine        (1 week)
K - Dr. Khan        (Inpatient Team  - 6 weeks)
M - Dr. Malloy        (Inpatient Team  - 6 weeks)
N - Dr. Nicola        (Inpatient Team  - 6 weeks)
H - Dr. Hodarnau        (Inpatient Team  - 6 weeks)
D - Dr. Diaczok        (Inpatient Team  - 6 weeks)

C - Clinic - Dr. Yanez/Dr. Lamb        ( 5 weeks)

A1 - Dr. Govolia        (Ambulatory Office - 5 weeks)
A2 - Dr. Breitenbach        (Ambulatory Office - 5 weeks)
A3 - Dr. I. Mansoor / F. Mansour        (Ambulatory Office - 5 weeks)

PC - Completion of Student Portfolio
S  - Study Time
E  - Exam (shelf)

**From:** Deneen Nicks (NICKSD@trinity-health.org)
**To:** elizabethbulat@comcast.net; m.hamed01@gmail.com; vishal.doctor@gmail.com; lakedra_evans@hotmail.com; n_hampel@hotmail.com; ozuomba@hotmail.com; chahalparas@yahoo.com; jaya18_221@yahoo.com; nicokristen@yahoo.com; steve_l_woodward@yahoo.com;
**Date:** Wed, September 12, 2007 3:15:13 PM
**Cc:**
**Subject:** 5th Semester

Good Afternoon,

You should report tomorrow at 8:00 to the Medical Education Department.  You will need to see me first, so I can give out the following information:

Schedules
Senior Beeper #'s
Lecture Schedule
Contact Information
Wireless Internet Information
Badges

Also, please be mindful to have your documents with you.  I am leaving for the day and I will see you in the Morning.

Sincerely,
Deneen Nicks
Coordinator, Student Services
St. Joseph Mercy Oakland Hospital
Pontiac, Michigan

*Exhibit 25*

8/4/2010 12:36 PM

| | By appointment | Final practical exam | |
| | Four hours | Shelf-like Exam on line (3 h) | |
| | Four hours | Shelf Exam | |

## D   Clinical and Basic Sciences Correlation Course Tests - Schedule

| Test No. | Subject | No Q ~ | Date Posted | Date due |
|---|---|---|---|---|
| | **1.00 Biochemistry and Molecular Biology** | | | |
| 001 | 1.01 Gene Expression: DNA Structure, Replication and Exchange | 50 | 09/07 | 9/12 |
| 002 | 1.02 Gene Expression: Translation | 20 | 09/07 | 9/14 |
| 003 | 1.03  Structure and Function of Proteins; Energy Metabolism; Metabolic pathways of small molecules and associated diseases | 80 35 | 09/07 09/07 | 9/16 9/17 |
| 004 | 1.04   Biosynthesis and degradation of macromolecules and associated abnormalities; Carbohydrates, Bioenergetics | 50 | 09/07 | 9/18 |
| 005 | 1.05 Lipids, Cell communication, Specific Functions of Proteins and Disorders of Metabolism. | 35 | 09/07 | 9/19 |
| 006 | 1.06 Enzymes; Individual hormones; Cellular Metabolism and energy Production; Water and pH, biomolecular and biochemical methods | 35 | 09/07 | 9/21 |
| 007 | **2.00 Biology of Cells** | 26 | 09/07 | 9/22 |
| | **3.00   Human development and Genetics** | | | |
| 008 | 3.01  Genetics 1 | 65 | 09/07 | 9/23 |
| 009 | 3.02  Genetics 2 | 65 | 09/07 | 9/23 |
| 010 | 3.04  Clinical Genetics 1 | 55 | 09/07 | 9/24 |
| 011 | 3.06  Clinical genetics 2 | 55 | 09/07 | 9/25 |
| 012 | **4.00  Biology of Tissues and responses to diseases** | 40 | 09/07 | 9/28 |
| 013 | **5.00  Psychosocial, cultural, environmental influences** | 50 | 09/07 | 9/29 |
| 014 | **6.00  Multisystem Processes** | 40 | 09/07 | 9/30 |
| 015 | **7.00  Pharmacodynamic and Phamacokinetic Processes** | 40 | 09/07 | 9/30 |
| 016 | **8.00  Microbial Biology and Infection** | | | |
| 017 | 8.01  Bacterial, fungal and viral diseases 1 | 40 | 09/07 | 10/01 |
| 018 | 8.02  Bacterial, fungal and viral diseases 2 | 45 | 09/07 | 10/02 |
| 019 | 8.03  Parasitic diseases | 40 | 09/07 | 10/04 |
| 020 | 8.04  Antimicrobials | 40 | 09/07 | 10/05 |
| 021 | 8.05  Mycobacteria, G (+) and G(-) Cocci | 40 | 09/07 | 10/06 |
| 022 | 8.06  Bacilli, Vibrio, Spirochetas and others | 80 | 09/07 | 10/09 |
| | **9.00  Immune responses** | | | |
| 023 | 9.01  Immune responses 1 | 50 | 09/07 | 10/11 |
| 024 | 9.02  Immune responses 2 | 50 | 09/07 | 10/12 |
| 025 | 9.03  Immunological disorders and Immunology | 40 | 09/07 | 10/13 |

8

Exhibit 27
PSI



| 026 | 10.00 Quantitative methods (Epidemiology and Statistics), Others | 80 | 09/07 | 10/15 |
|---|---|---|---|---|
| 027 | 11.00 Hematopoietic, Lymphoreticular systems<br>11.01 Hematopoietic and LR Sytems 1 | 50 | 09/07 | 10/16 |
| 028 | 11.02 Hematopoietic and LR 2 | 45 | 09/07 | 10/18 |
| 029 | 12.00 Nervous System<br>12.01 Nervous System 1 | 50 | 09/07 | 10/20 |
| 030 | 12.02 Nervous System 2 | 45 | 09/07 | 10/21 |
| 031 | 13.00 Skin | 25 | 09/07 | 10/23 |
| 032 | 14.00 Musculo Skeletal System<br>14.01 Musculo Skeletal System 1 | 50 | 09/07 | 10/26 |
| 033 | 14.02 Musculo Skeletal System 2 | 50 | 09/07 | 10/28 |
| 034 | 14.03 Musculo Skeletal System 3 | 40 | 09/07 | 10/29 |
| 035 | 15.00 Respiratory System | 50 | 09/07 | 11/03 |
| 036 | 16.00 Cardiovascular System<br>16.01 Cardiovascular System 1 | 50 | 09/07 | 11/03 |
| 037 | 16.02 Cardiovascular System 2 | 50 | 09/07 | 11/04 |
| 038 | 16.03 Cardiovascular System 3 | 50 | 09/07 | 11/07 |
| 039 | 17.00 Gastrointestinal System | 70 | 09/07 | 11/09 |
| 040 | 18.00 Renal and Urinary system | 50 | 09/07 | 11/10 |
| 041 | 19.00 Reproductive System | 65 | 09/07 | 11/12 |
| 042 | 20.00 Endocrine System<br>20.01 Endocrine System 1 | 50 | 09/07 | 11/13 |
| 043 | 20.02 Endocrine System 2 | 50 | 09/07 | 11/14 |
| 044 | 21.03 Vignettes | 100 | 09/07 | 11/17 |
| 045 | 21.00 Shelf - Like (#1) | 50 | 09/17 | 12/05 |
| 046 | 21.00 Shelf - Like (#1) | 50 | 09/17 | 12/05 |
| 047 | 21.00 Shelf - Like (#1) | 50 | 09/17 | 12/05 |
| 048 | 21.00 Shelf - Like (#1) | 50 | 09/17 | 12/05 |

E   Clinical Rotations – Schedule

Clinical rotations are identified as follows:

Rotation in  hospital wards (H),  Emergency Department (ED), hospital outpatient facility (HO), preceptors office (PO)

Rotation in outpatient specialty services (either hospital or preceptor's office) Internal Medicine (IM), Surgery (S), Pediatrics (Ped), GYN/OB, Psychiatry (PS))


Exhibit 27
PG 2