UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

V

STEVEN L. WOODWARD,

        Defendant.

United States District Court Judge
Patrick J. Duggan, presiding
Michael Hluchaniuk, referral
Case No.: 2:10-cv-10978

| Eric A. Buikema (P58379)<br>CARDELLI, LANFEAR & BUIKEMA, P.C.<br>Attorneys for Plaintiff<br>322 W. Lincoln<br>Royal Oak, MI 48067<br>(248) 544-1100<br>ebuikema@cardellilaw.com | STEVEN L. WOODWARD<br>In Pro Per<br>c/o 7211 Brittwood Lane<br>Flint, MI 48507<br>Steve_L_woodward@yahoo.com |
|---|---|

## PLAINTIFF'S WITNESS LIST

       Plaintiff American University of Antigua College of Medicine, through Counsel, states its Witness List as follows:

       1.     Steven Woodward, Defendant

       2.     Neal S. Simon, President, American University of Antigua (may be contacted through plaintiff's counsel)

       3.     Leonard Sclafani, General Counsel, American University of Antigua (may be contacted through plaintiff's counsel.

       4.     Agents, representatives and/or records custodians of Trinity Health System.

       5.     Agents, representatives and/or records custodians of USMLE.

1

6. Agents, representatives and/or records custodians of American University of Antigua.

7. Any and all of Defendant's listed witnesses.

8. Necessary rebuttal witnesses.

9. Any and all records custodians necessary to authenticate documents or provide foundation testimony.

10. Plaintiff reserves the right to supplement its witness list as necessary.

/s/ Eric A. Buikema
Cardelli, Lanfear, & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI  48067
(248) 544-1100
ebuikema@cardellilaw.com
(P58379)

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Plaintiff's Witness List and this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI  48507 on August 13, 2010.

/s/ Eric A. Buikema
Cardelli, Lanfear, & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI  48067
(248) 544-1100
ebuikema@cardellilaw.com
(P58379)