INDEX OF EXHIBITS

Exhibit 1    Docket Sheet

Exhibit 2    Docket Entry #23 – Response to Request for Setting Aside Motion for Default