# EXHIBIT

# 1

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:10-cv-10978-PJD-MJH

American University of Antigua College of Medicine v. Woodward
Assigned to: District Judge Patrick J Duggan
Referred to: Magistrate Judge Michael Hluchaniuk
Demand: $75,000
Cause: 15:1114 Trademark Infringement

Date Filed: 03/11/2010
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

### Plaintiff

**American University of Antigua College of Medicine**

represented by **Eric A. Buikema**
Cardelli, Hebert,
322 W. Lincoln
Royal Oak, MI 48067
248-544-1100
Email: ebuikema@cardellilaw.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Steven Woodward**

represented by **Steven Woodward**
7211 Brittwood Lane
Flint, MI 48507
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2010 | 1 | COMPLAINT filed by American University of Antigua College of Medicine against Steven Woodward. Plaintiff requests summons issued. Receipt No: 06450000000002380600 - Fee: $ 350. County of 1st Plaintiff: Out of Country - County Where Action Arose: Genesee - County of 1st Defendant: Genesee. [Previously dismissed case: No] [Possible companion case(s): Oakland County Circuit Court, 2007-088103-CZ, Judge Shalina Kumar] (Attachments: # 1 Exhibit Proposed Order Regarding ExParte Request for Temporary Restraining Order, # 2 Exhibit Certificate of Service) (Buikema, Eric)[DOCUMENT IS TITLED COMPLAINT AND EXPARTE REQUEST FOR TEMPORARY RESTRAINING ORDER] Modified on 3/11/2010 (TMcg). (Entered: 03/11/2010) |
| 03/11/2010 | 2 | SUMMONS Issued for *Steven Woodward* (TMcg) (Entered: 03/11/2010) |
| 03/11/2010 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. |

|  |  |  |
|---|---|---|
|  |  | The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (TMcg) (Entered: 03/11/2010) |
| 03/30/2010 | 3 | MOTION [Requst] for Leave to File Nontraditional Documentation by Steven Woodward. (SSch) (Entered: 03/30/2010) |
| 03/30/2010 | 4 | REQUEST for Leave of Absents and Notification by Steven Woodward. (SSch) (Entered: 03/30/2010) |
| 03/31/2010 | 5 | NOTICE TO APPEAR: **Scheduling Conference set for 4/14/2010 02:30 PM before District Judge Patrick J Duggan** (MOre) (Entered: 03/31/2010) |
| 04/12/2010 | 6 | REQUEST for Extension on my Last Requst for Leace of Absents by Steven Woodward. (SSch) (Entered: 04/13/2010) |
| 04/14/2010 |  | Minute Entry - Scheduling Conference held on 4/14/2010 before District Judge Patrick J Duggan. (MOre) (Entered: 04/14/2010) |
| 04/14/2010 | 7 | SCHEDULING ORDER: **Discovery due by 9/15/2010 Dispositive Motion Cut-off set for 10/1/2010 Final Pretrial Conference set for 11/16/2010 02:15 PM, Trial set for November/December, 2010 before District Judge Patrick J Duggan** Signed by District Judge Patrick J Duggan. (Refer to image for additional dates) (MOre) (Entered: 04/14/2010) |
| 04/15/2010 | 8 | MOTION for Preliminary Injunction by American University of Antigua College of Medicine. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Certificate of Service) (Buikema, Eric) (Entered: 04/15/2010) |
| 04/15/2010 | 9 | NOTICE of hearing on 8 MOTION for Preliminary Injunction. **Motion Hearing set for 4/19/2010 02:00 PM before District Judge Patrick J Duggan.** (MOre) (Entered: 04/15/2010) |
| 04/16/2010 | 10 | RESPONSE to 8 MOTION for Preliminary Injunction filed by Steven Woodward. (DEld) (Entered: 04/19/2010) |
| 04/16/2010 | 11 | RESPONSE to 8 MOTION for Preliminary Injunction filed by Steven Woodward. (DEld) (Entered: 04/20/2010) |
| 04/19/2010 |  | Minute Entry - Motion Hearing held on 4/19/2010 re 8 MOTION for Preliminary Injunction filed by American University of Antigua College of Medicine before District Judge Patrick J Duggan. Disposition: Motion moot for reasons stated on the record.(Court Reporter Jodi Matthews) (MOre) (Entered: 04/19/2010) |
| 07/01/2010 | 12 | Letter from Steven Woodward re: Reversal of internet changes per court agreement. (CGre) (Entered: 07/01/2010) |
| 07/15/2010 | 13 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Steven Woodward by American University of Antigua College of Medicine. (Attachments: # 1 Document Continuation Certificate of Service) (Buikema, Eric) (Entered: 07/15/2010) |

| 07/16/2010 | 14 | CLERK'S ENTRY OF DEFAULT as to *Steven Woodward* (PMil) (Entered: 07/16/2010) |
|---|---|---|
| 07/19/2010 | 15 | ANSWER to Complaint by Steven Woodward. (NHol) (Entered: 07/19/2010) |
| 07/19/2010 | 16 | REQUEST for setting aside motion for default and request for dismissal for on grounds of perjury, obstruction and contempt by Steven Woodward. (NHol) (Entered: 07/19/2010) |
| 07/26/2010 | 17 | MOTION for subpoenas by Steven Woodward. (PPau) (Entered: 07/26/2010) |
| 07/27/2010 | 18 | MOTION for subpoenas by Steven Woodward. (PPau) (Entered: 07/28/2010) |
| 08/03/2010 | 19 | TRANSCRIPT of MOTION FOR PRELIMINARY INJUNCTION held on April 19, 2010. (Court Reporter/Transcriber: Nefertiti Jodi Matthews) (Number of Pages: 63) Redaction Request due 8/24/2010. Redacted Transcript Deadline set for 9/3/2010. Release of Transcript Restriction set for 11/1/2010. Transcript may be viewed at the court public terminal or purchased through WWW.TRANSCRIPTORDERS.COM before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Matthews, N) (Entered: 08/03/2010) |
| 08/03/2010 | 20 | Notice of Filing Transcript. (Matthews, N) (Entered: 08/03/2010) |
| 08/04/2010 | 21 | MOTION for subpoenas to for disclosure and discovery email accounts from: aoL.com, bellsouth.net, gmail.com, comcast.net, trinity-health,org, auamed.org and auamed.net by Steven Woodward. (NHol) (Entered: 08/04/2010) |
| 08/06/2010 | 22 | MOTION to Strike 15 Answer to Complaint by American University of Antigua College of Medicine. (Buikema, Eric) (Entered: 08/06/2010) |
| 08/06/2010 | 23 | RESPONSE to re 16 Request *Request for Setting Asside Motion for Default; Request for Dismissal for on Grounds of Perjury, Obstruction and Contempt* filed by American University of Antigua College of Medicine. (Buikema, Eric) (Entered: 08/06/2010) |
| 08/06/2010 | 24 | RESPONSE to 21 MOTION for subpoenas to for disclosure and discovery email accounts from: aoL.com, bellsouth.net, gmail.com, comcast.net, trinity-health,org, auamed.org and auamed.net, 18 MOTION for subpoenas filed by American University of Antigua College of Medicine. (Buikema, Eric) (Entered: 08/06/2010) |
| 08/06/2010 | 27 | MOTION for dismissal on the grounds of perjury, obstruction and contempt, for preliminary injunction for www.auamed.org, and amendment to 16 Request for setting aside motion for default request for dismissal for on grounds of perjury, obstruction and contempt by Steven Woodward. (Attachments: # 1 Document Continuation) (DPer) (Entered: 08/10/2010) |
| 08/09/2010 | 25 | WITNESS LIST by Steven Woodward. (CGre) (Entered: 08/09/2010) |
| 08/09/2010 | 26 | MOTION for Subpoenas for the Disclosure and Discovery of Evidence to the National Board of Medical Examiners, NBME by Steven Woodward. (CGre) Modified on 8/9/2010 (CGre). (Entered: 08/09/2010) |

| 08/10/2010 | 28 | REQUEST for Setting Aside Default and MOTION to Strike 14 Clerks Entry of Default by Steven Woodward. (CGre) (Entered: 08/10/2010) |
| 08/13/2010 | 29 | WITNESS LIST by American University of Antigua College of Medicine (Buikema, Eric) (Entered: 08/13/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/19/2010 13:12:59 | | | |
| PACER Login: | ch1541 | Client Code: | Misc 3748 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-10978-PJD-MJH |
| Billable Pages: | 3 | Cost: | 0.24 |