**LIST OF EXHIBITS**

Exhibit 1   American University of Antigua website