Case 2:10-cv-10978-PJD-MJH

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Notification of absents due to Hurricane Earl and Tropical Storm Fiona.**

**The defendant, Steven Woodward, will be out of the country from September 5th, 2010 until at least September 11th, 2010 to assess and repair any damages to his home and property as a result of Hurricane Earl and Tropical Storm Fiona.**

**Due to storm damage on St Martin the defendant's ability to communicate with the Court is unknown for the duration of the defendant's time out of the country.**