## INDEX OF EXHIBITS

A    Web site