Case 2:10-cv-10978-PJD-MJH

FILED
2010 OCT 27 A 11: 19

U.S. DIST COURT CLERK
EAST DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                           CASE No.: 2:10-cv-10978-PJD-MJH
                                            Judge Patrick J. Duggan
                                            Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Motion for Protective Order**

## Motion for Protective Order

The Defendant is requesting a motion for protective order against depositions.

The Defendant believes it is unfair and unjust for the Plaintiff to depose the Defendant for the reason stated below:

Per Docket 7, Discovery was finished on or about September 15, 2010.

Due to the Plaintiff's wrongful request for Default, the Defendant has missed the opportunity for discovery.

The Defendant is unrepresented and has been denied by the court, even a student attorney, making them totally unable to defend themselves during a deposition.

The Defendant is unable to depose any of the Plaintiff's witnesses due to pure financial means.

The time for the deposition will cause undue burden on the Defendant to prepare for their defense.