LIST OF EXHIBITS

    A.      Home page of aua-med.com

    B.      List of Videos

    C.      <u>www.youtube.com</u> – Falsifying Student Grades at AUA