# EXHIBIT

# B

This is a list of videos demonstrating the truth about AUA and their associates.

This list will be updated as evidence is obtained, compiled and recorded.

Back Home

## Synopsis on Unethical Practices

Part 1 "Falsifying Student Grades - Red Flag"

Download Video

This video shows proof that AUA alters and falsifies student records, so they can purposefully fail students. AUA falsified the students grades that were enrolled in a clinical program at St Joseph Mercy Oakland hospital in Pontiac Michigan. This program cost each student approximately $12,000. The directors for the program were Dr Victor Hrehorovich, Dr Jorge Ernesto Calderon, Dr Jeffrey Yanez and Susan Zonia PhD.

Part 2 "Disregard for Basic Civil Rights at AUA"

Download Video

This video shows how AUA disregards the basic civil rights of their students. Due process is essentially the concept of "fundamental fairness". Individual's right to be adequately notified of charges or proceedings, the opportunity to be heard at these proceedings, and that the person or panel making the final decision over the proceedings be impartial in regards to the matter before them.

Part 3 "Unethical Practices at AUA"

Download Video

This video shows how a student was unfairly brought up on charges by an AUA committee and then was denied the right to provide audio files which proved him innocent of the charges. This video also demonstrates who the Department Chair and multiple Deans not only refused to listen to the truth, but also unjustly punished the student. This video also shows how AUA disregards the basic civil rights of their students. Due process is essentially the concept of "fundamental fairness". Individual's right to be adequately notified of charges or proceedings, the opportunity to be heard at these proceedings, and that the person or panel making the final decision over the proceedings be impartial in regards to the matter before them.

Part 4 "Arguing Questions"

Download Video

This video demonstrates the unethical lack of justice and fairness at AUA. This video also shows how an AUA professor initiated a committee meeting against a student for doing what they were told, three times, by the professor "Argue Questions". This video also demonstrates that the professors at AUA teach wrong information.

Part 5 "Unethically Failing Students"

Download Video

This video shows how the professors at AUA unfairly fail students. This video also demonstrates the lack of ethical standards and professionalism of the faculty and the administration at AUA.

Part 6 "AUA Faculty - Dean Jorge Moreno, PhD"

Download Video

This video gives you an opportunity to witness the quality and antics of AUA faculty.

Part 7 "Teaching Wrong Information"

Download Video

This video demonstrates not only how AUA professors teach their students wrong information, but are unwilling to acknowledge their mistakes.

Part 8 "AUA Faculty - Peter Cogan, PhD"

Download Video

This video gives you an opportunity to witness the quality and antics of AUA faculty.

Part 9 "Unfair Testing"

Download Video

This video demonstrates how AUA professors not only change the course syllabus halfway through a program, but cause an unfair testing advantage. This video also demonstrates the lack of quality of testing material.

Part 10 "Examples of AUA Lecture Materials"

Download Video

This video gives you an opportunity to review a sample of the poor quality lecture materials not only presented at AUA, but sold to the students.

Part 12 "Exam Master"

This video demonstrates evidence of conspiracy to commit fraud, fraud, breach of contracts, and violations of Civil Rights. This video shows the junk applications, i.e. Exam Master, that AUA pawns off on their students. This video also shows how the AUA faculty really treats and disrespects their students.

The video is a little long but a MUST SEE!

Part 13 "FBI and AUA"

Download Video

This video gives an example of when and how to report criminal activities to the FBI concerning AUA.

Part 16 "USMLE Step 1 Pass Rate for AUA, HUGE RED FLAG!!"

Download Video

This video shows where to get information about the USMLE Step pass rates and compares the differences between US/Canadian schools and Foreign medical schools. You are shown where to get the information to calculate how much it's going to cost you to go to school at AUA to the point where you are can sit for the USMLE Step 1. Then I calculate the USMLE Step 1 pass/fail rates for AUA from data contain within a presentation that my class was given during a 5th semester orientation. Lastly I give you the information to estimate the odds of becoming a doctor with AUA. NOTICE: Please forward this information onto past AUA medical student, there could be sensitive data in this presentation that they may want to address with AUA.

Part 16-1 "USMLE Pass Rate is 22.9% - RED FLAG!!"

Download Video

This video show proof that the pass rate for the two medical schools on Antigua is only 22.9%. It should be noted that AUA claims an 80.6% and UHSA claims a 90% USMLE pass rate. This video also demonstrates the true nature of the ECFMG!

Part 17 "ECFMG"

Download Video

This video gives you an example of the relationship between the ECFMG, AUA and students.

Part 18 "Contriving False Evidence"

Download Video

This video gives examples of contrived false evidence created by Susan Zonia, of St Joseph Mercy hospital, in conjunction with AUA administration and academic counselors. This video also demonstrates how AUA manipulates committee meetings so I would have virtually no chance of defending myself. This video also shows how AUA violates their own student handbook policies.

Part 19 "Students Denied Training - 5th Semester at St Joseph"

Download Video

This video demonstrates how Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland , denied her students an opportunity to attend and participate in training at the University of Michigan.

Part 20 "The Memo - Red Flag"

Download Video

This video demonstrates how Susan Zonia PhD, Director of Medical Education at St Joseph Mercy

Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. This video will demonstrate examples of conspiracy, negligence, abuse of power, perjury, fraud, and breach of contract. I will show the immoral behavior of the Grievance Committee Chair, William Cain PhD. Most importantly for students, I will demonstrate the unethical practices of the academic counselors: Dr. Victor Hrehorovich, Dr. Jorge E. Calderon and Dr. Jeffrey Yanez.

Part 20 - 1 "The Memo - Semester Hitches - Red Flag"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover the first two sentences of the memo. I will compare what Susan Zonia wrote and what she says in her deposition to documents of what really happened in the semester. This video shows the numerous scheduling conflicts and examples of the true incompetence of the AUA/St Joseph Mercy Oakland administration.

Part 20 - 2 "The Memo - Attitude and Demeanor"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote about my attitude and demeanor. I will compare what Susan Zonia wrote and what she, Dr. Yanez and Deneen say in their depositions to documents of what really happened. This video shows examples of perjury by Susan Zonia and Jeffrey Yanez and the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 3 "Resentment and Criticism"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote alleging that I resented every assignment and did not provide constructive criticism. I will compare what Susan Zonia wrote to what she said in her deposition and documents of what really happened. This video shows examples that Susan Zonia is an unethical liar and that the true intent of the AUA/St Joseph Mercy Oakland administration was to defraud me.

Part 20 - 4 "The Memo - Patient Logs"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the

academic counselors for the program. This video will cover what Susan Zonia wrote about my patient logs in her memo. I will compare what Susan Zonia wrote and what she, Dr. Yanez and Deneen say in their depositions to documents of what really happened. This video shows examples of perjury by Susan Zonia and Jeffrey Yanez and the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 5 "The Memo - Kaplan, Red Flag"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. This video will cover what Susan Zonia wrote about a transfer request I made to the AUA Miami site, so I could take the 5th Semester as well as a Kaplan review course. I will compare what Susan Zonia wrote in her memo and said in her deposition to documentation from the semester. This video shows examples of that Susan Zonia commits perjury and is inept to the needs of medical students. This video shows the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 6 "The Memo - Sabotaging Exams"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote stating that I sabotaged exams. I will compare what Susan Zonia wrote to her, Deneen's and Dr. Yanez's depositions. This video shows examples of that Susan Zonia is a liar and her true intensions to defraud me. This video shows the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 7 "The Memo - Studying for the Boards - Red Flag"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote criticizing me for wanting to study for the boards. I will compare what Susan Zonia wrote to her sworn deposition and documents from the semester and other AUA materials. This video shows examples of that Susan Zonia is a liar and her true intensions to defraud me. This video shows the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 8 "The Memo - Arguing with faculty"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical

career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote stating that I argued with faculty. I will compare what Susan Zonia wrote to her, Deneen's and Dr. Yanez's depositions. This video shows examples of that Susan Zonia is a liar and her true intensions to defraud me. This video shows the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me. I added a bonus; an example of how Susan Zonia contrived false evidence concerning pagers.

Part 20 - 9 "The Memo - Professionalism and Communication Skills"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Dr Jeffrey Yanez which were the academic counselors for the program. This video will cover what Susan Zonia wrote about my professionalism and communication skills. I will compare what Susan Zonia wrote to documents from the semester. This video shows examples of that Susan Zonia is a liar and her true intensions to defraud me. This video shows the true intent of the AUA/St Joseph Mercy Oakland administration to defraud me.

Part 20 - 10 "The Memo - Ambassador"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are William Cain, Dr. Victor Hrehorovich, Dr. Jorge Calderon, Dr. Jeffrey Yanez and Susan Zonia. This video will cover what Susan Zonia wrote concerning me being an ambassador for AUA and the hospital. I will show you what Susan Zonia wrote and documents of what really happened. This video shows examples of lies by AUA and St Joseph Mercy Oakland administration to defraud me.

Part 20 - 11 "The Memo - USMLE Step 1"

Download Video

This video is a continuation of Part 20 "The Memo". Susan Zonia PhD, Director of Medical Education at St Joseph Mercy Oakland, in collusion with AUA maliciously wrote a memo that ended my medical career. Named are Dr. Peter Bell, Dr. Victor Hrehorovich, Dr. Jorge Calderon, and Neal Simon. This video will cover what Susan Zonia wrote about my eligibility to sit for the USMLE Step 1. I will show you what Susan Zonia wrote and documents of what really happened. This video shows examples of fraud by AUA administration to defraud me.

Part 21 "5th Semester - A Must see for potential students"

Download Video

This video is a must see for any potential student. This video shows how unorganized AUA truly is. This 5th Semester program was taken at St Joseph Mercy Oakland hospital in Pontiac, Michigan. It show that there were over 20 schedule changes in this semester program. The students were notified of a testing changes as late as 5:00 PM the night before the test. This is the TRUE AUA!

Part 30 "Antigua Crime and AUA"

Download Video

Antigua: rape, murder, fraud, and government corruption!

Learn the truth about AUA's lies and connections with criminal activities on Antigua.

Part 30-1 "Antigua Rape Murder and AUA"

Download Video

This video shows the facts about Rape and Murder on Antigua!

Part 31 "Student Warning"

Download Video

Warning for all potential AUA students

---

**St. Joseph Mercy Oakland** - Under Construction

---

**Lawsuit** - Under Construction

Your comments and support

I want to thank you for your comments and support.