# EXHIBIT

# C

