## LIST OF EXHIBITS

1   Deposition notice

2   November 2, 2010 e-mail from Steven Woodward

3   November 2, 2010 e-mail from plaintiff

4   November 4, 2010 e-mail from Woodward

5   November 3, 2010 e-mail from Woodward