# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

   Plaintiff,

               United States District Court Judge
               Patrick J. Duggan, presiding
               Michael Hluchaniuk, referral
V               Case No.: 2:10-cv-10978

STEVEN L. WOODWARD,

   Defendant.

| Eric A. Buikema (P58379) | STEVEN L. WOODWARD |
| --- | --- |
| CARDELLI, LANFEAR & BUIKEMA, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | Steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

## NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS

On November 4, 2010, at 9:00 am, Plaintiff will take the oral deposition of Steven Woodward at the office of Cardelli, Lanfear & Buikema, 322 W. Lincoln, Royal Oak, MI 48067. This deposition will be stenographically recorded by a duly authorized court reporter.

This notice is given pursuant to Fed. R. Civ. P. 30(b).

Pursuant to Fed. R. Civ. P. 30(b)(2) and Fed. R. Civ. P. 34, deponent is requested to produce at the deposition the following documents and items for inspection and copying:

1

A. Please produce "Plaintiff's data auamed.org and auamed.net" as identified in your Rule 26 disclosures and which you intend to rely upon at trial.

B. Please produce "Defendant's data from yahoo.com" as identified in your Rule 26 disclosures.

C. Please produce all of "Defendant's data from YouTube.com" as identified in your Rule 26 disclosures.

D. Please produce any and all videos you've produced which discuss plaintiff AUA.

E. Please produce all documentation from the Circuit Court Cases identified on your Rule 26 amendments which you will rely upon at trial.

F. Please produce "Audio files from Committee Meeting" which you identified in your Rule 26 disclosures.

G. Please produce "Audio file Biochemistry Test Review" as identified in your Rule 26 disclosures.

H. Please produce "Email from journalist, The Daily Herald" as identified in your Rule 26 disclosures.

I. Please produce "Plaintiff's data from ValueMD.com" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

J. Please produce "Data from ecfmg.org" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

K. Please produce copies of the "Personal References and Awards" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

L. Please produce "All public accessible Internet data" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

M. Please produce "Defendant's data from google.com" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

N. Please produce "All public news data" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

O. Please produce "Defendant's data from aua-med.com" as identified in your Rule 26 disclosures.

P. Please produce "All Plaintiff's, agents and partners (sic) data/records/document/books" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

Q. Please produce "standard medical references and books" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

R. Please produce "All documentation and data pertaining to St. Joseph Mercy Oakland Hospital and Trinity Health" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

S. Please produce "All communications between Defendant and Plaintiff (including agents and partners)" as identified in your Rule 26 disclosures which you intend to rely upon at trial.

T. Please produce any and all documents/exhibits/tangible things referenced in any addendums or amendments to your Fed. R. Civ. P. 26 disclosures.

U. Please produce any and all exhibits or demonstrative aids which you intend to rely upon at trial.

V. Please produce for inspection the Fiber Optic Training Device identified in your Rule 26 disclosures. You may produce this to Plaintiff's Counsel's office on

November 30, 2010 at 9am or another date, time and place as may be agreed upon.

W. Please produce any and all documentation or evidence that you intend to rely upon at trial to establish the following claims as true:

   a. AUA routinely commits fraud upon its students;

   b. AUA falsifies its students grades;

   c. AUA breaches contracts;

   d. AUA disregards student civil rights;

   e. AUA conspires against its students;

   f. AUA pursues unspecified and other unethical practices;

   g. AUA has "malicious intensions" and administration and academic advisors of a "heinous nature";

   h. AUA students are sexually assaulted;

   i. AUA professors teach students wrong information;

   j. AUA conspires to commit fraud and violations of civil rights;

   k. AUA commits criminal activities reportable to the FBI;

   l. AUA student pass rate for USMLE medical board exams is only 22.9%;

   m. AUA contrives false evidence in student disciplinary proceedings;

   n. AUA colluded with St. Joseph Hospital to maliciously end Mr. Woodward's career, conspired, abused its power, committed perjury and is otherwise immoral and unethical;

   o. AUA agents are liars;

    p. The locality of AUA is full of "rape, murder, fraud, and government corruption."

/s/ Eric A. Buikema (P58379)
Eric A. Buikema (P58379)
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
ebuikema@cardellilaw.com

Dated: October 19, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Taking Deposition and Request for Production of Documents with this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com, and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI 48507 on October ___, 2010.

/s/ Eric A. Buikema (P58379)
Eric A. Buikema (P58379)
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
ebuikema@cardellilaw.com