# EXHIBIT

# 3

**Kathryn Zalewski**

| | |
|---|---|
| **From:** | Kathryn Zalewski |
| **Sent:** | Tuesday, November 02, 2010 4:46 PM |
| **To:** | 'Steve Woodward' |
| **Subject:** | AUA v Woodward- deposition |

Mr. Woodward,

Mr. Buikema is available on Monday, November 8 at 10:00 a.m. for your deposition. Please advise of your availability as soon as possible.

Sincerely,

Kathy Zalewski
Legal Secretary
Cardelli, Lanfear & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
kzalewski@cardellilaw.com

This transmisison may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is **strictly prohibited**. If you received this transmission in error, please contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.