# EXHIBIT

# 4

**Kathryn Zalewski**

**From:** Eric A Buikema
**Sent:** Thursday, November 04, 2010 1:08 PM
**To:** Kathryn Zalewski
**Subject:** FW: AUA v Woodward- deposition

------ Forwarded Message
**From:** Steve Woodward <steve_l_woodward@yahoo.com>
**Date:** Wed, 3 Nov 2010 07:41:47 -0700 (PDT)
**To:** Kathryn Zalewski <kzalewski@cardellilaw.com>, Eric Buikema <ebuikema@cardellilaw.com>
**Subject:** AUA v Woodward- deposition

I will be unavailable all next week.

I am will not disclose any exhibits at this time per FRC 26(d)(3).

Steven Woodward


This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.


**From:** Kathryn Zalewski <kzalewski@cardellilaw.com>
**To:** Steve Woodward <steve_l_woodward@yahoo.com>
**Sent:** Tue, November 2, 2010 4:46:23 PM
**Subject:** AUA v Woodward- deposition

Mr. Woodward,

Mr. Buikema is available on Monday, November 8 at 10:00 a.m. for your deposition. Please advise of your availability as soon as possible.

1

Sincerely,

Kathy Zalewski

Legal Secretary

Cardelli, Lanfear & Buikema, P.C.

322 W. Lincoln

Royal Oak, MI 48067

(248) 544-1100

kzalewski@cardellilaw.com

This transmisison may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is **strictly prohibited**. If you received this transmission in error, please contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

------ End of Forwarded Message