UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

                                   United States District Court Judge
                                   Patrick J. Duggan, presiding
                                   Michael Hluchaniuk, referral
V                                         Case No.: 2:10-cv-10978

STEVEN L. WOODWARD,

        Defendant.

| | |
|---|---|
| Eric A. Buikema (P58379)<br>CARDELLI, LANFEAR & BUIKEMA, P.C.<br>Attorneys for Plaintiff<br>322 W. Lincoln<br>Royal Oak, MI 48067<br>(248) 544-1100<br>ebuikema@cardellilaw.com | STEVEN L. WOODWARD<br>In Pro Per<br>c/o 7211 Brittwood Lane<br>Flint, MI 48507<br>Steve_L_woodward@yahoo.com |

## PLAINTIFF'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR PRELIMINARY INJUNCTION

Plaintiff American University of Antigua College of Medicine ("AUA") states its reply in support of its Renewed Motion for Preliminary Injunction (Docket No. 45) as follows:

1.     Defendant's response in opposition to Plaintiff's Motion (Docket No. 46) admits that he republished his website www.aua-med.com without leave of the Court.

2.     This violates the Court's order. As the Court recalls, it required Defendant to make his website say "under maintenance" and obscurely rename all directories so that they are not accessible to the public at large. (Docket 19 at 58-60.)

1

3.    Similarly the Court required Defendant to make all of his YouTube videos private. *Id.*

4.    The Court's order was not limited in duration to the time Defendant was abroad. Instead the Court ordered that the removal of Defendant's website from the public domain would "certainly decrease the amount of publication and the amount of people that would be able to see it until further order of the Court." (Docket No. 19 at 58-9, emphasis supplied).

5.    Defendant's agreement to remove the website and associated materials resulted in the denial of Plaintiff's motion. (Docket No. 19 at 60).

6.    There is no dispute that Defendant republished his website and associated contents without leave of the Court. (See Docket No. 43 at Exhibit 1).

7.    As such, any "compromise" solution should not be entertained as Defendant cannot be trusted to honor his word[1].

8.    Nothing in Defendant's response (Docket No. 46) addressed the merits of Plaintiff's motion.    Specifically, Defendant fails to demonstrate that: (a) Plaintiff cannot demonstrate a strong likelihood of success on the merits; (b) that Plaintiff is not suffering an irreparable injury to its reputation; (c) that substantial harm would result from the issuance of an injunction; or that (d) the public interest would not be served by an injunction.

9.    As Defendant presents no grounds on which Plaintiff's Motion should be denied, the Court should grant Plaintiff's Renewed Motion for Preliminary Injunction.

For all these reasons and those asserted in Plaintiff's Renewed Motion for Preliminary Injunction (Docket No. 45), Plaintiff AUA respectfully requests that this Court enter an Order:

A.    Granting AUA's Motion in its entirety;

---

[1] To the extent that Defendant violated the Court's order, contempt sanctions are appropriate and well within the Court's authority.

2

B. Enjoining Defendant Steven Woodward, as well as any agent, internet service provider, domain registry and/or website host acting at his direction or request:

    1. From all further publication under the internet domain name "www.aua-med.com"

    2. From the unlicensed publication, in any manner, of AUA student academic records (other than his own); and

    3. From publication of all other contents presently disseminated through his website www.aua-med.com or www.aua-vet.com by any other means or medium; and

C. Granting AUA any other relief that this Honorable Court deems appropriate.

/s/ Eric A. Buikema (P58379)
Eric A. Buikema (P58379)
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
ebuikema@cardellilaw.com

Dated:  November 8, 2010

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Plaintiff's Reply in Support of its Renewed Motion for Preliminary Injunction and this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI 48507 on November 8, 2010.

/s/ Eric A. Buikema
Cardelli, Lanfear, & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
ebuikema@cardellilaw.com
(P58379)

3