UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

                                      United States District Court Judge
                                      Patrick J. Duggan, presiding
                                      Michael Hluchaniuk, referral
V                                        Case No.:  2:10-cv-10978

STEVEN L. WOODWARD,

        Defendant.

---

| Eric A. Buikema (P58379) | STEVEN L. WOODWARD |
|---|---|
| CARDELLI, LANFEAR & BUIKEMA, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI  48507 |
| Royal Oak, MI 48067 | Steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Plaintiff's Requests for Admissions, Plaintiff's Interrogatories to Defendant, Plaintiff's Requests for Production Pursuant to FRCP 34 and this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI  48507 on November 8, 2010.

                          /s/ Eric A. Buikema
                          Cardelli, Lanfear, & Buikema, P.C.
                          322 W. Lincoln
                          Royal Oak, MI  48067
                          (248) 544-1100
                          ebuikema@cardellilaw.com
                          (P58379)