

Case 2:10-cv-10978-PJD-MJH

FILED

2010 NOV -8 P 4: 48

U.S. DIST. COURT CLERK
EAST. DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                    CASE No.: 2:10-cv-10978-PJD-MJH
                                     Judge Patrick J. Duggan
                                     Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Defendants Motion for Sanctions and Motion for Dismissal**

1

**Defendants Motion for Sanctions and Motion for Dismissal**

**List of Exhibits:**
1. Docket 1 pages 4,5 and 9,10
2. April 19, 2010 Hearing Transcripts
3. www.auamed.org/ecfmg-usmle-information BEFORE
4. www.auamed.org/ecfmg-usmle-information AFTER
5. www.auamed.org/information-seminars BEFORE
6. www.auamed.org/information-seminars AFTER
7. www.auamed.org/new-york-administrative-office
8. www.valuemd.com AUA Step1 Pass rate as of 2010
9. www.valuemd.com Another reason why I do not trust AUA BEFORE
10. www.valuemd.com Another reason why I do not trust AUA AFTER
11. www.auamed.org/susan-zonia-md
12. Deposition of Susan Zonia, PhD
13. Email from Sevrine Rodrigues Barrie
14. Nellie Mae Loan Certification
15. SallieMae Letter
16. www.economictimes.indiatimes.com Manipal Education buys out Antigua University
17. www.manta.com Greater Caribbean Learning Resources, Inc.

The Defendant will show evidence the Plaintiff has violated:

15 U.S.C. 1125 (a)(1) Lanham Act, False Advertising
18 U.S.C. 1506, Alteration of Record
18 U.S.C. 1346, Scheme or Artifice to Defraud
18 U.S.C. 1344, Bank fraud
Federal Rule 7.1 Disclosure Statement
LR 83.22(a)(3)  Attorney Discipline

The Defendant requests sanctions against the Plaintiff and dismissal of the case based on the following evidence.

The Defendant will now support their defense against the Plaintiff's claims , in part, including but not limited to, as written in Docket 1: 1, 8, 17, 21 and 54 (a), (c), (e), (f), (g), (j), (k), (l), (m), (o), 22, 23, 24, 25, 28, 29, 31, 33, 34, 35,36, 37, 38, 41, 44, 47, 48, 49, 50, 51, 53, 55, 56, 57, 58.

By the Plaintiff's own actions of removing information from their Web site, www.auamed.org, they admit that the information they published was false.

This motion supports the Defendants Claims that information posted under www.aua-med.com and related Internet postings is in fact, TRUE, factual, and of use by prospective students(U.S. citizens).

**(1)** The Plaintiff has knowingly modified at several critical piece of evidence from their, or associated Web sites, related to the Plaintiff's Docket 1(Exhibit 1) Claims 21 (l) and 54 (l) "**AUA student pass rate for USMLE medical board exams is only 22.9%**" knowing full well that this information was evidence in the case.

This claim is in reference of the Defendants publishing on **www.aua-med.com** hyperlink "**Antigua only has a 22.9% USMLE Pass Rate!**"

The Plaintiff's  Claim was specifically communicated and argued before the Court on or about April 19, 2010 as demonstrated in Exhibit 2 page 29, line 13 through page 33, line 10.

The Defendant quotes "**80.6%**" on page 31, line 8(twice) and page 32, line 24 of (Exhibit 2).

The Defendant's video "**http://www.youtube.com/watch?v=7ieDUVb3_MU**" clearly shows a screen capture (copy) from the Plaintiff's Web site Uniform Resource Locator, URL(Web address) "**http://www.auamed.org/ecfmg-usmle-information**" on or about 2:35 minutes into the video.

The Defendant's video and Exhibit 3 show the content of the Plaintiff's quotes:

"**Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%**"

"**For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt**"

"**Those with a cumulative GPA of 3.5 or higher, 100% passed on the first attempt**"

The Plaintiff has completely removed this quote from their modified URL, (Exhibit 4).

This is evidence that the Plaintiff's information was false and misleading and that the information the Defendant has posted is in fact TRUE.

**(2)** The Plaintiff has removed information from their URL **www.auamed.org/information-seminars** (Exhibit 5).

"**All students enjoy an overall Basic Science GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt Those with a cumulative GPA of 3.5 or higher, 100% passed on the first attempt. (most recently reported scores)**"

The Plaintiff has completely removed the quote and claims from URL: **www.auamed.org/information-seminars.**  Exhibit 5 is the BEFORE and Exhibit 6 is the altered version.

3

By the Plaintiff's actions of removing this statement they admit this information was false and misleading.

**(3)** The Defendant will prove that these claims were on the Plaintiff's Web page by using writings by the Plaintiff's own Associate Director of Admissions, **Tipton Carlson**, (Exhibit 7, page 3).

The Plaintiff uses the URL www.valuemd.com as an Internet advertising tool and student blog. The URL
**"http://www.valuemd.com/aua-medical-school-study-area/191792-aua-step-1-pass-rate-2010-a.html"**
titled "AUA Step 1 Pass rates as of 2010? (Exhibit 8)

One of Tipton Carlson's quotes is on Exhibit 8, page 2. These quotes are hyperlinks(reference) to the Plaintiff's URL **"http://www.auamed.org/ecfmg-usmle-information"**.

**"Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%"**,

**"For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt"**

, and **"Those with a cumulative GPA of 3.5 or higher; 100% passed on the first attempt"**

**(4)** Tipton Carlson has also removed his quote:

"You learn. You give your best. **You get abused**. You move on"

from another **www.valuemd.com** entry titled **"Another reason I do not trust AUA"** (Exhibit 9)

Tipton Carlson removed this quote as demonstrated (Exhibit 10).

This statement alone **"You get abused"** summarizes the treatment of AUA students as seen by AUA Administration.

**(5)** The Defendant will now show that the Plaintiff falsifies professor qualifications and titles on their Web site.

From **www.auamed.org/susan-zonia-md** (Exhibit 11) the Plaintiff claims that "Susan Zonia, MD" implies Susan Zonia is a Medical Doctor.

According to Susan Zonia's own testimony, on or about February 3, 2009, she only has a PhD in Sociology (Exhibit 12, page 7).

4

Unless Susan Zonia has earned an "MD" since February 2009 the Plaintiff has falsely advertised the qualifications of at least one faculty.

**(6)** The Defendant will now show that the Plaintiff lied to Sallie Mae(Nellie Mae).

The Defendant signed up for financial aid as instructed by AUA's financial aid officers on or about 2006. The loans were managed and dispersed by the Plaintiff.

Sevrine Barrie is the Dean of Student Services and Registrar for AUA (Exhibit 13).

The two separate Nellie Mae Loan Certifications (Exhibit 14), that are signed and dated by Sevrine Barrie, were mailed to me from Sallie Mae.

The loan certificates have no references to the American University of Antigua.

On or about October 13, 2010 the Defendant received a letter from Sallie Mae's Office of the Customer Advocate, signed by Devin Hewitt (Exhibit 15)

"I have researched your account and have confirmed that you have three Excel Grad Loans that are serviced by Sallie Mae. These loans were borrowed to finance your attendance at Kasturba Medical College, **not American University of Antigua**."

The Plaintiff is currently advertising Title IV loans to prospective students.

**(7)** Violation of Federal Rule 7.1 Disclosure Statement
The Plaintiff has failed to release parent company information.

The Defendant has evidence that American University of Antigua College of Medicine is associated with Manipal Education(Exhibit 16) and Greater Caribbean Learning Resources, GCLR incorporated in New York, NY(Exhibit 17).

The Defendant humbly asks the Court to dismiss this case entirely, file Sanctions against the Plaintiff for tampering with, deleting, and falsifying evidence, or at least authorize and order the discovery of the real information from back-up copies of this evidence from server data storage archives.

Please allow the Defendant to exercise the Freedom of Speech with the intent of protecting prospective U.S. Citizens by continuing to publish the truth concerning this and other so-called Medical Schools and partners.

5

17.     As a result of Mr. Woodward's apparent dissatisfaction with this result and with everyone and everything other than the party truly responsible for his circumstance (himself), he has now registered an internet domain name of www.aua-med.com at which he publishes reckless, false, and malicious purported "facts" about AUA in addition to other objectionable content.

18.     A specific date when Mr. Woodward commenced his endeavor is not known but it is well after AUA's first usage in trade of its own similar name and website www.auamed.org.

19.     A copy of the legitimate www.auamed.org website homepage is attached as Exhibit 1.

20.     A copy of Defendant's www.aua-med.com website homepage is attached as Exhibit 2.

21.     Defendant's website represents, alleges and publishes, as if true, false and defamatory information about AUA including, by way of example and not limitation, that:

a.     AUA routinely commits fraud upon its students;

b.     AUA falsifies its students grades;

c.     AUA breaches contracts;

d.     AUA disregards student civil rights;

e.     AUA conspires against its students;

f.     AUA pursues unspecified and other unethical practices;

g.     AUA has "malicious intensions" and administration and academic advisors of a "heinous nature";

**EXHIBIT 1**

h.    AUA students are sexually assaulted;

i.    AUA professors teach students wrong information;

j.    AUA conspires to commit fraud and violations of civil rights;

k.    AUA commits criminal activities reportable to the FBI;

l.    AUA student pass rate for USMLE medical board exams is only 22.9%;

m.    AUA contrives false evidence in student disciplinary proceedings (i.e, the hearing Mr. Woodward was provided prior to dismissal and refused to even attend);

n.    AUA colluded with St. Joseph Hospital to maliciously end Mr. Woodward's career, conspired, abused its power, committed perjury and is otherwise immoral and unethical;

o.    AUA agents are liars;

p.    The locality of AUA is full of "rape, murder, fraud, and government corruption."

22.    Defendant's website further publishes, in a manner not repeated here, and without consent of the university or its affected students, other students' identities and personal information including grades and academic information.

22.    In that Plaintiff utilizes its own website to market and provide useful information to prospective students, AUA suffers irreparable injury and harm to its reputation each day that Mr. Woodward's appalling site is permitted to remain available.

23.    Moreover, irreparable injury to AUA and its affected students occurs, for which there is not an adequate remedy at law, by virtue of Mr. Woodward's unsanctioned and unauthorized publication of federally protected private academic information.

## COUNT III- WILLFUL VIOLATION OF FERPA

46.     Plaintiff incorporates and restates its answers to paragraphs 1 through 45 above.

47.     Defendant has published private educational information about other students including names and grades on his website.

48.     This publication is without the consent of the University or its affected students and is otherwise unauthorized.

49.     The academic records are otherwise private and are protected from public disclosure under federal law.

50.     The consequence of disclosure has an immediate and obvious impact on the affected students' privacy rights for which there is no adequate remedy at law.

51.     Further, as a direct and proximate result of Defendant's actions, AUA could lose significant access to federal educational funding and student aid.

WHEREFORE, Plaintiff American University of Antigua, respectfully requests a judgment against Defendant, together with costs, interest, and attorney fees.

## COUNT IV- DEFAMATION

52.     Plaintiff incorporates and restates its answers to paragraphs 1 through 51 above.

53.     Defendant publishes a website in which he intentionally, maliciously and/or recklessly or negligently publishes falsehoods about AUA.

54.     By use of direct words, narrated video clips, weblinks and "YOUTUBE" videos of his making, Defendant promulgates as if true the following "facts" about AUA:

a.      AUA routinely commits fraud upon its students;

9

b.   AUA falsifies its students grades;

c.   AUA breaches contracts;

d.   AUA disregards student civil rights;

e.   AUA conspires against its students;

f.   AUA pursues unspecified and other unethical practices;

g.   AUA has "malicious intensions" and administration and academic advisors of a "heinous nature";

h.   AUA students are sexually assaulted;

i.   AUA professors teach students wrong information;

j.   AUA conspires to commit fraud and violations of civil rights;

k.   AUA commits criminal activities reportable to the FBI;

l.   AUA student pass rate for USMLE medical board exams is only 22.9%;

m.   AUA contrives false evidence in student disciplinary proceedings (i.e, the hearing Mr. Woodward was provided prior to dismissal and refused to even attend);

n.   AUA colluded with St. Joseph Hospital to maliciously end Mr. Woodward's career, conspired, abused its power, committed perjury and is otherwise immoral and unethical;

o.   AUA agents are liars;

p.   The locality of AUA is full of "rape, murder, fraud, and government corruption."

55.   Each and every one of these "facts" is false.

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

Response By Mr. Woodward
Monday/April 19, 2010

29

1    MR. WOODWARD:  Okay.  I was confused that this

2    first page was a motion and there are five items to

3    this page and that's why I wasn't --

4        THE COURT:  I don't know of any motion talking

5    about bad faith.  In any event, let's go on.

6        MR. WOODWARD:  We just covered bad faith in his --

7        THE COURT:  I understand.  I don't know that you

8    have bad faith or not.

9        MR. WOODWARD:  Yes, Your Honor.

10       As far as -- yes, Your Honor.  I guess I can go

11   over my claims here that are obviously -- I can show

12   that they are mistaken.

13       When it says, "AUA student rate for USMLE medical

14   board is only 22.9% percent", that is not what my

15   website says and I have evidence to show that.

16       What it is, it's Antigua does.  And it's published

17   information.  There's two medical schools on Antigua.

18   And Antigua has a 22.9% pass rate.  Antigua does.

19       THE COURT:  Hold on.  What's the difference

20   between Antigua?

21       MR. WOODWARD:  There are two medical schools, Your

22   Honor.  The organizations that release or that have the

23   documentation to support the pass rates will not

24   release those pass scores.

25       THE COURT:  So, you never stated that this

*10-10978; American University of Antigua v. Steven Woodward*

**EXHIBIT 2**

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

Response By Mr. Woodward
Monday/April 19, 2010                                30

1          University has a --

2               MR. WOODWARD:  No.

3               THE COURT:  You never said it?

4               MR. WOODWARD:  Never said it.

5               THE COURT:  Stop.  Stop.  Counsel, why do you say

6          he said it?

7     RESPONSE BY MR. BUIKEMA

8               MR. BUIKEMA:  That's my understanding of the

9          website publication.

10              And even if what Mr. Woodward is now saying is

11         true, he's just told you, Your Honor, that there are

12         two medical schools.  And so to say that Antigua's

13         USMLE rate in context to his entire web page that's

14         smearing the reputation of my client, was intentionally

15         misleading and known to be misleading by this person.

16              He's also just said the organization that

17         publishes those scores won't release them.  So, how can

18         he know the pass rate from Antigua if he sought that

19         from the releasing party and they won't release it?

20         That's a reckless statement.  Whether it's intentional

21         or not, if it's reckless, that supports the cause for

22         defamation.

23              THE COURT:  Why are you making any reference at

24         all about a pass rate of 22.9%?

25    RESPONSE BY MR. WOODWARD

*10-10978; American University of Antigua v. Steven Woodward*

1          MR. WOODWARD:  Because it was published in the

2     newspaper, Your Honor.

3          THE COURT:  What's that got to do with this

4     school?

5          MR. WOODWARD:  Because there are two schools on

6     the Island of Antigua, one has a 90% USMLE pass rate

7     for first time test-taking students; another one claims

8     that they have an 80.6% pass rate.  80.6 and 90%

9     doesn't equal 22.9%.

10          MR. BUIKEMA:  I couldn't agree more, Your Honor.

11     And Mr. Woodward knows that when he publishes that

12     false statistic.

13          THE COURT:  What's the 22.9% got to do with this

14     University?

15          MR. WOODWARD:  I don't just talk about this

16     University, Your Honor, on my website.

17          THE COURT:  Well, the primary thing on your

18     website is about this University, isn't it?

19          MR. WOODWARD:  That's right, Your Honor.  But the

20     ECFMG, which is the governing body for these types of

21     organizations down in the Caribbean, will not release

22     that information, even though I've requested it.

23          THE COURT:  I'm not concerned about information

24     that isn't released.  I'm concerned about you making

25     the statement that at least, by some inference, since

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

**Response By Mr. Woodward**
**Monday/April 19, 2010**                                    32

1      your website is dealing with this University and you

2      talk about a pass rate of 22.9%, someone might say,

3      "Wow".

4            MR. WOODWARD:  That's correct, Your Honor, and

5      that's where I go to the data that was released in a

6      Power Point presentation from the school showed that

7      the University only had about a 50 percent pass rate.

8            When I further looked at that information, I found

9      out that for AUA students only, the pass rate was only

10     44%, that's not transfer students, that's just the

11     students that started and ended with AUA.  And that was

12     inside the Power Point presentation, Your Honor.

13           THE COURT:  Why talk about 22.9% --

14           MR. WOODWARD:  I mean 44% pass rate.

15           THE COURT:  Why talk about 22.9%?

16           MR. WOODWARD:  Because it demonstrates, Your

17     Honor, that somebody's not telling the truth.

18           THE COURT:  A statement that the pass rate for

19     medical board exam of 22.9% tell us somebody is not

20     telling the truth?

21           MR. WOODWARD:  If there's only two universities on

22     the island, Your Honor, and the total pass rate for the

23     island is 22.9% and one school claims a 90% pass rate

24     and the other school an 80.6% pass rate --

25           THE COURT:  That doesn't mean this defendant did

*10-10978; American University of Antigua v. Steven Woodward*

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

Response By Mr. Woodward
Monday/April 19, 2010                                          33

1      anything wrong.  You're aligning this university with

2      no basis for it.

3           MR. WOODWARD:  No, Your Honor, because I further

4      go on to explain that the pass rate, per their release

5      student information, is 44%, Your Honor, not 80.6% like

6      they claim on their website.

7           THE COURT:  But you said --

8           MR. WOODWARD:  I did not demonstrate anywhere on

9      that island, I'm just saying that the numbers just

10     don't add up.

11          THE COURT:  But be fair.  You're attacking this

12     University, people will read this and think you're

13     talking about this university.

14          MR. WOODWARD:  No, I also talk about the other

15     university.  I talk about the hospital.  I talk about

16     the ECFMG not releasing student grades so that people

17     know what kind of university they're getting into, Your

18     Honor.

19          THE COURT:  What's your --

20          MR. WOODWARD:  The hospitals that they deal with

21     and the businesses that they deal with, that's on the

22     front cover of my page.

23          THE COURT:  In his brief in support of the motion,

24     he lists what they believe are false statements by you.

25     And number "A" is:  "AUA routinely commits fraud upon

*10-10978; American University of Antigua v. Steven Woodward*



GRADUATE SUCCESS
POST-GRADUATE TRAINING
GRADUATE AFFAIRS DEPT
RESIDENCY APPOINTMENTS
ALUMNI PROFILES
CONTACT ALUMNI
SPEAKING INVITATION TO HOSPITAL ADMINISTRATORS

ECFMG Certification is required to obtain an unrestricted license to practice medicine in the United States. The purpose of ECFMG Certification is to assess the readiness of international medical graduates to enter U.S. residency and fellowship programs that are accredited by the ACGME. More information can be found on the official website: www.ecfmg.org

## USMLE

Step 1 is utilized to test a student's overall basic science knowledge before entering clinical rotations. A student is eligible to sit for Step 1 after successfully passing the Basic Science component of medical education and the fifth semester. A student must sit for Step 1 for the first time within six (6) months of eligibility. Furthermore, a student must pass the USMLE Step 1 in no more than three (3) attempts within one (1) calendar year of becoming eligible to do so.

**USMLE Pass Rates for AUA student test takers reported through 04/15/09:**

- Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%
- For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt
- Those with a cumulative GPA of 3.5 or higher, 100% passed on the first attempt

**1-(888) 282-8633 (1-888-AUA-UMED)** - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.



EXHIBIT 3

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.918   Filed 11/08/10   Page 16 of 49

HOME    CONTACT US    FACULTY & STAFF    IMAGE GALLERIES    APPLY NOW



HOME › ALUMNI

# ECFMG & USMLE Information | ECFMG

## ECFMG

### ALUMNI

DEGREE CONFERRAL OF GRADUATION REQUIREMENTS

THE NATIONAL RESIDENT MATCHING PROGRAM/NRMP

LICENSURE & PRACTICING MEDICINE IN THE US

ECFMG & USMLE INFORMATION

GRADUATE SUCCESS

POST-GRADUATE TRAINING

GRADUATE AFFAIRS DEPT.

RESIDENCY APPOINTMENTS

FUTURE OF MEDICINE SERIES

ALUMNI PROFILES

CONTACT ALUMNI

SPEAKING INVITATION TO HOSPITAL ADMINISTRATORS

**AUA Graduates eligible for ECFMG Certification.** International medical graduates wishing to enter a residency program or fellowship program accredited by the Accreditation Council for Graduate Medical Education (ACGME) in the United States, must be certified by the Educational Commission for Foreign Medical Graduates (ECFMG) before entering the program. Graduates must also be certified by ECFMG if they wish to take Step 3 of the three-step United States Medical Licensing Examination® (USMLE®). ECFMG Certification is required to obtain an unrestricted license to practice medicine in the United States. The purpose of ECFMG Certification is to assess the readiness of international medical graduates to enter U.S. residency and fellowship programs that are accredited by the ACGME .More information can be found on the official website. www.ecfmg.org

## USMLE

Step 1 is utilized to test a student's overall basic science knowledge before entering clinical rotations. A student is eligible to sit for Step 1 after successfully passing the Basic Science component of medical education and the fifth semester. A student must sit for Step 1 for the first time within six (6) months of eligibility. Furthermore, a student must pass the USMLE Step 1 in no more than three (3) attempts within one (1) calendar year of becoming eligible to do so.

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.

CARIBBEAN MEDICAL SCHOOL

**EXHIBIT 4**



## Medical

AUA College of Medicine is New York State approved and the only hospital-integrated U.S. modeled medical college in the Caribbean. AUA has just opened its doors to a stunning new multi-million dollar campus: the most modern learning environment in the Caribbean. AUA students enjoy an overall Basic Sciences GPA of 3.0 and higher. 98.8% passed USMLE Step 1 on the first attempt Those with a cumulative GPA of 3.5 or higher. 100% passed on the first attempt (most recently reported scores) AUA offers MD programs with MPH, MBA, and MHA (Walden & Plymouth) dual degree options and our network of affiliated teaching hospitals in the U.S. is approximately 20 and growing.

Saturday, April 17, 2010 - Denver, CO
Saturday, August 7, 2010 - New York, NY

Back to Top

## Nursing

To learn more about the advantages of the American International College of Arts and Sciences - Antigua School of Nursing, we invite you to attend one of our Information Seminars.

- Seminars take place **LIVE** in our New York City office every week.
- We offer seminar participation online and via telephone.
- Our presentation outlines our nursing program, introduces our campus, reviews our admissions requirements and our associate director of admissions is available to answer your questions.

Click this link to register for an upcoming IN-PERSON SEMINAR
Click this link to register for an upcoming ONLINE WEBEX SEMINAR

Back to Top

EXHIBIT 5

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.920   Filed 11/08/10   Page 18 of 49

HOME    CONTACT US    FACULTY & STAFF    IMAGE GALLERIES    APPLY NOW



PROSPECTIVE STUDENTS          HOME

# Attend an AUA Information Seminar | We want to meet you.

Get the answers you need directly from AUA and AICASA admissions representatives, students and faculty. Gain valuable information and insight on what it takes to get accepted into our medical, veterinary, and nursing programs. We look forward to meeting you!

Medical School Seminars Dates
Veterinary School Seminars Dates
Nursing School Seminars Dates



## Medical

AUA College of Medicine is approved for clinical clerkships and residency training by New York state and is the only hospital-integrated U.S. modeled medical college in the Caribbean. AUA recently opened the doors to a stunning multi-million dollar campus; the most modern learning environment in the Caribbean. AUA offers MD programs with MPH, MBA, and MHA dual degree options and we have a growing network of over 20 affiliated teaching hospitals in the United States.



Saturday, November 6, 2010 - New York, NY
Sunday, November 14, 2010 - Raleigh, NC
Saturday, December 18, 2010 - Boston, MA

Back to Top

## Veterinary

Come to the College of Veterinary Medicine & Biomedical Sciences Information Seminar to learn more about the program and our unique affiliation with Virginia Tech. Admissions Counselors will be on hand to answer all of your questions.

Saturday, November 6, 2010 - New York, NY
Sunday, November 14, 2010 - Raleigh, NC
Saturday, December 11, 2010 - Irvine, CA
Saturday, December 18, 2010 - Boston, MA

Back to Top

**EXHIBIT** 

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.921   Filed 11/08/10   Page 19 of 49

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.

CARIBBEAN MEDICAL SCHOOL

AUA NEWSLETTER

**EXHIBIT 7**

ABOUT AUA

SCHOOL OVERVIEW

ACADEMIC PROGRAMS

FACULTY & STAFF

   NEW YORK ADMINISTRATIVE
   OFFICE

   CONTACT AUA
   REPRESENTATIVES

CAMPUS & FACILITIES

STUDENT FINANCIAL
SERVICES

UNIVERSITY AFFILIATIONS

PLYMOUTH STATE
UNIVERSITY AFFILIATION

RESOURCES & SERVICES

CENTER FOR TROPICAL
DISEASES

STUDENT GOVERNMENT
AND CLUBS

NEWS AND EVENTS

CAREERS AT AUA

SPEAKING INVITATION TO
HOSPITAL
ADMINISTRATORS

IMAGE GALLERY

HOME › ABOUT AUA › FACULTY & STAFF

# New York Administrative Office

**American University of Antigua**

College of Medicine | College of Veterinary Medicine | Kasturba Medical College International Center

c/o GCLR, LLC

2 Wall Street, 10th Floor New York, N.Y. 10005

**American International College of Arts and Science - Antigua**

School of Nursing

c/o GCLR, LLC

2 Wall Street, 10th Floor New York, N.Y. 10005

**1-(212) 661-8899** - Main Number/General Questions
**1-(888) 282-8633 (1-888-AUA-UMED)** - Toll-free Admissions Line
**1-(973) 498-7707**- Admissions Fax
**1-(800) 509-4218** - Student Services (Bursar, Clinicals, Student Financial Services & Registrar)
**1-(877) 666-9485** - Toll-free Student Financial Services Line
**1-(646) 417-6220** - Student Financial Services Fax

View Larger Map

- Driving & Mass Transit Directions to AUA NYC O



MAP & driving directions (Mapquest)
MTA NYC Subway Map
MTA NYC Bus Map

| Admissions | Applicant Services | Student Financial Services | Bursar | Registrar | C |
|---|---|---|---|---|---|

## Admissions [Top]

*General questions and inquiries regarding AUA programs*

1-(888) 282-8633 (1-888-AUA-UMED) -
TOLL-FREE ADMISSIONS LINE |
1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O
GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR |
NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS
RESERVED.

CARIBBEAN MEDICAL SCHOOL





**Marie B. McGillycuddy**
Director of Admissions
Contact Marie McGillycuddy
1-646-834-9164

**Norman Jay Wilson**
Director of Enrollment
Management
Contact Jay Wilson
1-407-221-1144

**Annette Torres-Negrelli**
Director of Admissions, Colle
of Veterinary Medicine and
Biomedical Sciences
Contact Annette Torres-Negr
1-917-499-9029





**Par Prem Kumar**
Associate Director of Admissions
- International
Contact Par Kumar
1-845-309-0512
1-646-834-9194

**Bob Gelles**
Associate Director of Admissions
Contact Bob Gelles
1-646-834-9158

**Tipton Carlson**
Associate Director of Admissio
Contact Tipton Carlson
1-646-834-9166





**Brianna Tolli**
Associate Director of Admissions
Contact Brianna Tolli
1-646-834-9170

**Tom Morrow**
Associate Director of Admissions
- East Central Region
Contact Tom Morrow
1-330-398-1785

**Jennifer Line**
Associate Director of Admissio
- West Region
Contact Jennifer Line
1-423-255-6802

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.925   Filed 11/08/10   Page 23 of 49



**Danielle Hermon**
Associate Director of Admissions
- Northeast Region
Contact Danielle Hermon
1-917-940-4022



**Carlos Fernandez**
Associate Director of Admissions
Contact Carlos Fernandez
1-917-940-4017



**Jerry Patterson**
Associate Director of Admissio
Contact Jerry Patterson



**Bryan Fleischman**
Associate Director of Admissions
Contact Bryan Fleischman
1-646-834-9171



**Danielle Simone**
Associate Director of Admissions,
College of Veterinary Medicine
Contact Danielle Simone
1-516-983-3537



**Jeanine Gibson**
Associate Director of Admissio
School of Nursing
Contact Jeanine Gibson
1-888-282-8633, Ext.172



**Megan FitzGerald**
Graduate Admissions Officer /
New Student Coordinator
Contact Megan FitzGerald
1-212-901-4139



**Anel DeJesus**
Graduate Admissions Officer /
New Student Coordinator
Contact Anel DeJesus
1-646-834-9176

## Applicant Services [Top]

*Questions regarding the application process, submitting your application and documents.*







**Anna Robinson**
Director of Applicant Services
Contact Anna Robinson
1-646-834-9145

Ismael R. Vargas
Associate Director of Applicant
Services
Contact Ismael Vargas
1-646-834-9148

Ashley Mercado
Admissions Coordinator
(Last Names A - F)
Contact Ashley Mercado
1-646-834-9156





**Regina Anderson**
Admissions Coordinator
(Last Names H - N)
Contact Regina Anderson
1-646-834-9144

**Tamara Rooi**
Admissions Coordinator
(Last Names G & O - Z)
Contact Tamara Rooi
1-646-834-9163

## Immigration [Top]

*International students who are not citizens or permanent residents of the United States may need t
obtain a B-1 visitor's visa from a U.S. consulate prior to entering the United States for their clinica
clerkships. Some students, such as Canadian citizens, are exempt from the visa requirement. All st
international students, however, are required to document the reason for their visit to the United Sta
to officers of the U.S. Customs and Border Protection upon their entry to the United States. Should y
have any questions regarding these and other immigration issues, you should contact your ADA.*

## Student Financial Services [Top]

*Student Financial Services status, billing, questions & inquiries.*







**Ann Marie Pusterla**
Director of Student Financial
Services
646-834-9186

**Lynnise Pimentel**
Assistant Director of
Student Financial Services
Contact Lynnise Pimentel
1-646-834-9188

**Stanley Jean-Louis**
Debt Management Counselor
1-646-834-9187



**Charlene Burgess**
Debt Management Counselor
1-877-666-9485, Ext. 159

**Marisol Tejeda**
Student Financial Services
Officer
Contact Marisol Tejeda
1-646-834-9184

## Bursar [Top]

*Student account status & billing.*





**Apex Modi**
Assistant Bursar
Contact Apex Modi
1-646-834-9161

**Carla Potter**
Assistant Bursar
Contact Carla Potter
1-646-834-9177

**Leira Guzman**
Assistant Bursar
Contact Leira Guzman
1-646-834-9183

## Registrar [Top]

*Student grades, enrollment status, transcripts.*

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.928   Filed 11/08/10   Page 26 of 49



**Dan Matos**
University Vice President,
Interim University Registrar



**Desiree Barnes**
Assistant to the Registrar
Contact Desiree Barnes
1-646-834-9153



**Naveeda Naeem**
Assistant to the Registrar
Contact Naveeda Naeem
1-646-834-9178



**Janet James**
Student Services Administrative
Assistant
Contact Janet James
1-646-834-9159

## Clinicals [Top]

*General Inquiries:* clinicalsciences@auamed.net
*Tel: 1-268-484-8900, Ext. 1532*
*1-212-661-8899, Ext. 272*
*1-800-509-4218, Ext. 272*
*Fax: 1-268-484-8914*

**Peter Bell, MD**
VP for Academic Development
and Executive Dean
Clinical Sciences
pbell@auamed.net

**Rafael Olazagasti, MD MPS**
Dean of Academic Affairs with
responsibility over
5th Semester
rolazagasti@auamed.net

**Christine Olazagasti**
Associate Dean
Clinical Students
colazagasti@auamed.net
Tel: 1-646-671-1801

**Joy James**
Senior Administrator
jjames@auamed.net
1-268-484-8900, Ext. 1533
1-212-661-8899, Ext. 275,
1-800-509-4218, Ext. 275

**Tracy Withy-Browne**
Clinical Coordinator
(Core Rotations)
twithy-browne@auamed.net
Skype: aua_twithybrowne
1-268-484-8900, Ext. 1531
1-212-661-8899, Ext. 271
1-800-509-4218, Ext. 271

**Casmint Edwards**
Clinical Coordinator
(Core Rotations)
cedwards@auamed.net
Skype: aua_cedwards
1-268-484-8900, Ext. 1530
1-212-661-8899, Ext. 270
1-800-509-4218, Ext. 270

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.929   Filed 11/08/10   Page 27 of 49

**Anne Camacho**
Clinical Coordinator (Electives)
acamacho@auamed.net
Skype: aua_acamacho
1-268-484-8900, Ext. 1534
1-212-661-8899, Ext. 282
1-800-509-4218, Ext. 282

**Adele Campbell**
Clinical Assistant
acampbell@auamed.net
1-268-484-8900, Ext. 1532
1-212-661-8899, Ext. 272
1-800-509-4218, Ext. 272

**Adonna Greenaway**
Departmental Secretary
adonnag@auamed.net
1-268-484-8900, Ext. 1007
1-212-661-8899, Ext. 274
1-800-509-4218, Ext. 274

## Faculty Applications [Top]

Faculty careers at AUA: FacultyApplications@auamed.org

## Career & Job Opportunities [Top]

HumanResources@auamed.org

Case 2:10-cv-10978-PJD-MJH  ECF No. 51, PageID.930  Filed 11/08/10  Page 28 of 49

Site Navigation
Sponsor Ad



• High USMLE Pass Rates
• Hospital Integration
• NY State Approval

Ads by Google  USMLE CS Exam  USMLE Qbank    USMLE Step 1   Prep for USMLE

Caribbean Medical Schools ⁄  European Medical Schools ⁄  Foreign Medical Schools ⁄  Medical Resour

ValueMD Medical Schools Forum > CARIBBEAN
MEDICAL SCHOOLS > American University of
Antigua (AUA) > AUA Medical School Study Area
🔖 AUA Step 1 Pass rate as of 2010?

| User Name | User Name | ☐ Remember Me? |
| Password | | Log in |

| Register | FAQ | Community ⁄ | Today's Posts | Search |

**Post Reply**

Page 1 of 2  **1**  2  > ⁄

☑ View First Unread                    LinkBack ⁄  Thread Tools ⁄  Display Modes ⁄

---

🗓 02-14-2010, 06:37 PM                                              **#1 (permalink)**

## AspiringDoctor ○
Junior Member

Join Date: Feb 2010
Posts: 75
Downloads: 0
Uploads: 0

**AUA Step 1 Pass rate as of 2010?**

Hey guys!
I was just wondering what the Step 1 Pass Rate was
of 2010 (this year). I know SABA and St. George do
give out their passing rates (which are fairly
amazing) but I do want to go to antigua for med and
was wondering why they have not posted theirs? I
went through the forum and people do pass the Step
1, however does everyone get a chance to do
clinicals after that or is there a chance that you go to
a any carribean medical school in general, and spend
200 000 without really having a career after? (Sorry
about all the questions, I just needed all the
information before I ended up going to the islands!)

Our members don't see this ad.

Thank you for understanding hehe
Aspiring Doc!

**Quote**

---

🗓 02-14-2010, 07:03 PM                                              **#2 (permalink)**

## BrendaB_MD ○
Senior Member

Join Date: Aug 2007
Posts: 749
Downloads: 0
Uploads: 0

.....................

.........................

*Last edited by BrendaB_MD; 08-29-2010 at 01:26 AM.*

**EXHIBIT 8**

**Quote**

---

🗓 02-14-2010, 07:48 PM                                              **#3 (permalink)**

Case 2:10-cv-10978-PJD-MJH   ECF No. 51, PageID.931   Filed 11/08/10   Page 29 of 49

Site Navigation

Sponsor Ad

 **Tipton** ⚙
School Official

Join Date: Sep 2006
Posts: 3,817
Downloads: 0
Uploads: 0

Quote:

Originally Posted by **AspiringDoctor** ⚙
*Hey guys!*
*I was just wondering what the Step 1 Pass Rate was of 2010 (this year). I*
*know SABA and St. George do give out their passing rates (which are fairly*
*amazing) but I do want to go to antigua for med and was wondering why*
*they have not posted theirs?*

**USMLE Pass Rates for AUA student test takers reported through 04/15/09:**

- Since AUA's inception, USMLE Step 1 first-time pass rates for all students is 80.6%
- For AUA students with an overall Basic Sciences GPA of 3.0 and higher, 98.6% passed USMLE Step 1 on the first attempt
- Those with a cumulative GPA of 3.5 or higher; 100% passed on the first attempt

📘 . ⚙📧📷📄📑🔁🔗  

---

🗎 02-14-2010, 08:09 PM                                          **#4 (permalink)**

## AspiringDoctor ⚪
Junior Member



Join Date: Feb 2010
Posts: 75
Downloads: 0
Uploads: 0

**Thank you!**

Thank you **Brenda** for your lengthy reply. It is definitely something I will take into consideration.

Thank you Mr. Tipton, I clearly overlooked that on the website. My mistake!

Thank you once again!

📘 . ⚙📧📷📄📑🔁🔗  Quote

---

🗎 02-14-2010, 08:54 PM                                          **#5 (permalink)**

## BrendaB  MD ⚪
Senior Member

Join Date: Aug 2007
Posts: 749
Downloads: 0
Uploads: 0

.................

........................

*Last edited by BrendaB_MD; 08-29-2010 at 01:27 AM.*

📘 . ⚙📧📷📄📑🔁🔗  Quote

---

🗎 02-15-2010, 05:20 PM                                          **#6 (permalink)**

## rahulb ⚪
Senior Member

Join Date: Aug 2007
Location: bmizzle
Posts: 693
Downloads: 14

Site Navigation
Sponsor Ad

Uploads: 0

carib students generally have great scores on step1 bc many take 4+ months to prepare for the exam. its very hard to fail after that much prep time. many of my classmates also did the kaplan retreat and a bunch of other crap. on the flip side most american schools only allot 3 weeks of prep time for their students.

i'd like to see some numbers for step 2 ck scores. i know ross has an abyssal pass rate lol

```
[x]step 1 [x]family [x]surgery [x]internal medicine [x]cardiology [x]cs
[x]pathology [x]surgery sub-i [x]ck [x]psych [x]nephrology
  pediatrics [ ]ob/gyn [ ]anesthesia [ ]orthopedic surgery [ ]heme/onc
```

---

02-15-2010, 05:29 PM                                                    **#7 (permalink)**

**BrendaB_MD** ○
Senior Member

Join Date: Aug 2007
Posts: 749
Downloads: 0
Uploads: 0

...................

.........................

*Last edited by BrendaB_MD; 08-29-2010 at 01:27 AM.*

---

02-15-2010, 05:45 PM                                                    **#8 (permalink)**

**rahulb** ○
Senior Member

Join Date: Aug 2007
Location: bmizzle
Posts: 693
Downloads: 14
Uploads: 0

i can't think of anything more interesting than reading ecfmg articles on step scores...

studying and writing the exam is enough for me thanks

```
[x]step 1 [x]family [x]surgery [x]internal medicine [x]cardiology [x]cs
[x]pathology [x]surgery sub-i [x]ck [x]psych [x]nephrology
  pediatrics [ ]ob/gyn [ ]anesthesia [ ]orthopedic surgery [ ]heme/onc
```

---

02-15-2010, 06:02 PM                                                    **#9 (permalink)**

**BrendaB_MD** ○
Senior Member

Join Date: Aug 2007
Posts: 749
Downloads: 0
Uploads: 0

..............

......................................

*Last edited by BrendaB_MD; 08-29-2010 at 01:28 AM.*

---

**#10 (permalink)**

Case 2:10-cv-10978-PJD-MJH   ECF No.: 51, PageID.933   Filed 11/08/10   Page 31 of 49

Site Navigation

Sponsor Ad

02-15-2010, 06:45 PM



**DrFraud**
Elite Member

Join Date: Oct 2007
Location: Back in the US..., back in the US...., back in the USA
Posts: 3,172
Downloads: 0
Uploads: 0

Quote:

> Originally Posted by **BrendaB_MD**
> *I am pretty sure that SGU has the highest performance of any carib school.* Thus, I think it is inaccurate to say that carib students generally get good scores.

I'm pretty sure that no one at present really has any way of figuring out which Carib program has the highest performance over the last say 4 years or so, but I am curious how you derived this claim outside of your own personal experience/anecdotes which tend to have less statistical and mathematical validity.

                                     

**Post Reply**                                    Page 1 of 2 **1** 2 > ⁄

Go From RN to BSN Fast 3 Semester Fast Track RN to BSN Convenient, Flexible & All Online www.

All Saints Medical Aruba 4 & 5 Year MD degree, Pre Med, USA Clinicals, Committed staff www.asuma

University of Phoenix® Online and Campus Degree Programs. Official Site - Classes Start Soon. F

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

Forum Rules

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| AUC 2009 Step 1 pass rate | Nelphus | American University of the Caribbean (AUC) | 25 | 12-09-2009 11:38 PM |
| USMLE step 1 pass rate | ehmd | Ross University School of Medicine | 22 | 12-13-2006 07:13 PM |
| USMLE STEP 1 Pass Rate? | BTBradt | St. Matthews University School of Medicine | 31 | 05-12-2006 01:55 PM |
| step 1 pass rate | jagged_status | University of Sint Eustatius School of Medicine | 11 | 11-12-2005 10:55 PM |

**Site Navigation**

**Sponsor Ad**

Ads by Google

MCAT Not Required
Accredited M.D.,
USMLE
Preparation US
Clinicals, Start
Jan, May, Sept
www.aucmedsch.edu

New Transfer
Policy/UMHS
$40 Million Dollar
Campus U.S.
Clinical
Program/Financial
Aid
www.umhs-s.org

SGU is the true
leader
Grenada #1 in
15-year study of
Caribbean
USMLE1 1st time
pass rate
www.sgu.edu

Unique Med
School Program
2 Years in
Australia, 2 in U.S.
Practice Med in
US, Start Jan.
2011
www.MedEdPath.org

**Similar Threads**

| Step 2 pass rate? | stacy_de_lin | Ross University School of Medicine | 8 | 05-06-2004 02:15 AM |
|---|---|---|---|---|

All times are GMT -4. The time now is 08:48 PM.

**Top**

Powered by vBulletin® Version 3.8.6
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.
Search Engine Optimization by vBSEO 3.3.2 ©2009, Crawlability, Inc.
Copyright © 2003-2010 ValueMD, LLC. All rights reserved.

**Home** | **About** | **Contact us** | **Disclaimer** | **Site Map** | **Advertise**

>>> [ Select a Medical School ] <<<



International Foreign and Caribbean medical schools,
ValueMD provides information on medical education from premed to residency

sitemeter
62,205,715



AMERICAN UNIVERSITY OF ANTIGUA
College of Medicine

Site Navigation
Sponsor Ad

Ads by Google | School | Pre Vet School | Tour of School | School in USA

| Caribbean Medical Schools | European Medical Schools | Foreign Medical Schools | Medical Resources |

ValueMD Medical Schools Forum > CARIBBEAN MEDICAL SCHOOLS > American University of Antigua (AUA) > AUA
Medical School Clinical Forum     User Name User Name   Remember Me?
Another reason why I do not trust AUA     Password    Log in

Register | FAQ | Community | Today's Posts | Search

**Post Reply**       Page 3 of 3 < 1 2 **3**

LinkBack | Thread Tools | Display Modes

---

08-18-2010, 02:53 PM      #21 (permalink)

**HinduDoc**
Member

Join Date: Aug 2007
Location: Don't Ask..
Posts: 200
Downloads: 6
Uploads: 0

> Quote:
> Originally Posted by **Tipton**
> *What?*
>
> ***FromNJ** is clearly recruiting students to Statia and making stupid claims about the quality of the clinical curriculum and at the same time remaining remarkably silent about how he is being compensated for his efforts.*
>
> *AUA knows we **had** a huge problem with clinicals which is why we are spending so much time, energy and money to improve it.*
>
> *If you can find one instance of me giving false or misleading information to students here (or anywhere else for that matter) I would appreciate you letting me know.*

AUA College of Medicine
NY Approval, Low Tuition
No MCATs Pre-Med and
Clinicals in the US
aua.edu

Our members don't see this ad.

Did you really just say AUA **HAD** a clinical problem?

thats completely false information right there.... AUA **HAS** a clinical problem which has been going on for over 1 year... and it doesn't look like the end is in sight any time soon

      **Quote**

---

08-18-2010, 03:08 PM      #22 (permalink)

**Tipton**
School Official

Join Date: Sep 2006
Posts: 3,816
Downloads: 0
Uploads: 0

....................

You learn. You give your best. You get abused. You move on.

*Last edited by Tipton; 09-02-2010 at 09:18 AM.*

      **Quote**

---

08-28-2010, 08:21 PM      #23 (permalink)

**msblongboard**
Newbie

Join Date: Apr 2008
Posts: 16
Downloads: 0
Uploads: 0

**I should be stuudddyyyiingg...but I needed a laugh.**

Let me just say that I support the students and hope that AUA gets in gear with regards to clinicals. Unfortunately arguing with the school reps just slows their search down for more loan money and clinical sites for us!!! Stop hurting them!! They need to be on their game in order to lure more students into the AUA abyss...*gasp* I meant to say "enroll more qualified students" (Sorry Mr. T and W. I know you guys try...)

I am in **Atlanta** studying for Step 1 and use Value MD for my entertainment and a good laugh because it never ceases to amaze me how silly this back and forth gets. Students are upset (and rightly so) and AUA reps continue to try and find ways around answering questions and quotes are requoted and he said this and they said that and there is a rumor that AUA has a new campus on the MOON! Hollllaaaa!

For students who are waiting for clinicals take heart. There are other options out there and yeah you might need to sell a kidney or two to get the money to attend another school but you can do it. Many of my friends have transferred to other schools and contrary to what has been written no one is going to deny you a spot in a residency because you switched schools and didn't want to be delayed 6 months for clinical rotations.

If medical and residency directors actually read these forums I shudder to think about what impression they come away with regards to AUA and who is running the show at the school but hey crappy exposure is better than none at all I guess huh?

**EXHIBIT 9**

thats completely false information right there.... AUA **HAS** a clinical problem which has been going on for over 1 year... and it doesn't look like the end is in sight any time soon

🄵 🄲 ☑️🄼🄱🄲🄿🄳🄾🄒🄺 

---

08-18-2010, 03:08 PM | #22 (permalink)

**Tipton** ●
School Official

Join Date: Sep 2006
Posts: 3,817
Downloads: 0
Uploads: 0

...................

*Last edited by Tipton; 09-02-2010 at 09:18 AM.*

🄵 🄲 ☑️🄼🄱🄲🄿🄳🄾🄒🄺 

---

08-28-2010, 08:21 PM | #23 (permalink)

**msblongboard** ○
Newbie

Join Date: Apr 2008
Posts: 16
Downloads: 0
Uploads: 0

**I should be stuudddyyylingg...but I needed a laugh.**

Let me just say that I support the students and hope that AUA gets in gear with regards to clinicals. Unfortunately arguing with the school reps just slows their search down for more loan money and clinical sites for us!!! Stop hurting them!! They need to be on their game in order to lure more students into the AUA abyss...*gasp* I meant to say "enroll more qualified students" (Sorry Mr. T and W. I know you guys try...)

I am in Atlanta studying for Step 1 and use Value MD for my entertainment and a good laugh because it never ceases to amaze me how silly this back and forth gets. Students are upset (and rightly so) and AUA reps continue to try and find ways around answering questions and quotes are requoted and he said this and they said that and there is a rumor that AUA has a new campus on the MOON! Holllaaaa!

For students who are waiting for clinicals take heart. There are other options out there and yeah you might need to sell a kidney or two to get the money to attend another school but you can do it. Many of my friends have transferred to other schools and contrary to what has been written no one is going to deny you a spot in a residency because you switched schools and didn't want to be delayed 6 months for clinical rotations.

If medical and residency directors actually read these forums I shudder to think about what impression they come away with regards to AUA and who is running the show at the school but hey crappy exposure is better than none at all I guess huh?

I'm going to go now, sit back with a glass of wine, close my eyes and remember my days on "the rock" as Dr. G tried to explain Neuro to me with a pen and some lines on a piece of paper or perhaps I will recall the words of Dr. M as I tap my wine glass and recite Prozasosin, Doxazosin and Terazosin as a way to help my future HTN. Have no fear I'll check back in after Step to see how things are going and I hope to see you kids again.

Chillaxin' in the ATL...😊

🄵 🄲 ☑️🄼🄱🄲🄿🄳🄾🄒🄺 

---

🔒 Post Reply | Page 3 of 3 < 1 2 **3** >





PREPARE YOURSELF
for ... above and beyond
PREPARE YOURSELF at LECOM
College of Osteopathic Medicine  School of Pharmacy

Erie, Pa.

**EXHIBIT** *10*



HOME   CONTACT US   FACULTY & STAFF   IMAGE GALLERIES   APPLY NOW

**ABOUT AUA**

SCHOOL OVERVIEW

ACADEMIC PROGRAMS

FACULTY & STAFF

CAMPUS & FACILITIES

STUDENT FINANCIAL
SERVICES

UNIVERSITY AFFILIATIONS

PLYMOUTH STATE
UNIVERSITY AFFILIATION

RESOURCES & SERVICES

CENTER FOR TROPICAL
DISEASES

STUDENT GOVERNMENT
AND CLUBS

NEWS AND EVENTS

CAREERS AT AUA

SPEAKING INVITATION TO
HOSPITAL
ADMINISTRATORS

IMAGE GALLERY

HOME

## Susan Zonia, MD

Dr. Zonia received her Ph.D. in Sociology, with an emphasis on complex organizations and research methods, from Michigan State University in 1984. She served on the faculty of Wayne State University, in Detroit Michigan, and Michigan State University for a number of years. Dr. Zonia became involved in graduate medical education in 1992. Since then, she has played a central role in developing new internships, residency and fellowship programs. In 1999, Dr. Zonia completed a Fellowship in Health Policy. Currently, she serves as the Director of Medical Education for St. Joseph Mercy-Oakland Hospital in Pontiac, Michigan. She is also the Chair of the hospital's Institutional Research Board, overseeing all human subject research. She is a Board Member of AHME (Association of Hospital and Medical Educators) and is a Fellow, and the President-Elect of AODME (Association of Osteopathic Directors and Medical Educators).



Susan Zonia
MD

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS

AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005

ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED.

CARIBBEAN MEDICAL SCHOOL

# EXHIBIT II

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

STEVEN WOODWARD,

        Plaintiff,

v                File No. 07-088103-CZ

             HON. SHALINA KUMAR

TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an individual,
AMERICAN UNIVERSITY OF ANTIGUA
A Foreign corporation,

        Defendants.

_____/

DEPOSITION OF SUSAN ZONIA, PH.D.

Taken by the Plaintiff on the 3rd day of February, 2009, at 322 North

Old Woodward Avenue, Birmingham, Michigan, at 8:30 a.m.

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | MR. PAUL J. NICOLETTI (P44419)<br>Nicoletti & Associates, PC<br>39520 Woodward Avenue, Suite 200<br>Bloomfield Hills, Michigan 48304<br>(248) 203-7800 |
| For the Defendant: | MR. DAVID B. GUNSBERG (P24235)<br>Law Office of David B. Gunsberg<br>322 North Old Woodward Avenue<br>Birmingham, Michigan 48009<br>(248) 646-9090 |
| Also Present: | Alex Pathenos |

Παγε 1

**EXHIBIT 12**

RECORDED BY:                        Sheila H. Raymond, CER 6932
                                    Certified Electronic Recorder
                                    Network Reporting Corporation
                                    1-800-632-2720

## TABLE OF CONTENTS

### PAGE

Examination by Mr. Nicoletti. . . . . . . . . . . . . . .5

## EXHIBIT INDEX
### PAGE

Deposition Exhibit 1 marked. . . . . . . . . . . . . . .26
  (Three-Page Email 12-17-2007)
Deposition Exhibit 2 marked. . . . . . . . . . . . . . .47
  (10-10-2007 Memo to File)
Deposition Exhibit 3 marked. . . . . . . . . . . . . . .58
  (Case Presentations)
Deposition Exhibit 4 marked. . . . . . . . . . . . . . .68
  (12-8-2007 Final Exam Curve Email)
Deposition Exhibit 5 marked. . . . . . . . . . . . . . .71
  (Scholar 360 Printout)
Deposition Exhibit 6 marked. . . . . . . . . . . . . . .73
  (12-17-2007 Memo to Ernesto Calderon)
Deposition Exhibit 7 marked. . . . . . . . . . . . . . .73
  (Zonia File)

Birmingham, Michigan

Tuesday, February 3, 2009 - 8:43 a.m.

MR. NICOLETTI: Dr. Zonia, let the record reflect that this is the time and date for your deposition. My name is Paul Nicoletti and I represent Steven Woodward. And I'm going to take your deposition. I'm going to ask you a series of questions.

DR. ZONIA: Uh-huh (affirmative).

MS. NICOLETTI: Have you ever had your deposition taken before?

DR. ZONIA: Yes, I have.

MR. NICOLETTI: Okay. Now, one thing that you just showed me, you can't say "uh-huh" --

DR. ZONIA: Oh, I'm sorry.

MR. NICOLETTI: -- when I ask you questions because the court reporter can't take that down so you need to try to say "yes" or "no" or a verbal response so she can take it down.

DR. ZONIA: Certainly.

MR. NICOLETTI: You indicate that have you had deposition taken before?

DR. ZONIA: Yes, I have.

MR. NICOLETTI: And when was that and why was that?

DR. ZONIA: It was taken probably around four years ago. That's an approximate and it was because I had to remove a

Παγε 4

physician from the faculty teaching service at a previous hospital that I was associated with.

MR. NICOLETTI:  And who was the physician that you had to remove?

DR. ZONIA:  I don't know why that's relevant.

MR. GUNSBERG:  I'm going to object.  I think that that physician terminations may be a privileged or confidential and totally irrelevant to this case.

MR. NICOLETTI:  Are you --

MR. GUNSBERG:  It's a different hospital and I don't think the witness should be disclosing that kind of information.

MR. NICOLETTI:  Are you instructing her not to answer?

MR. GUNSBERG:  I am, yes.

REPORTER:  Raise your right hand.  Do you solemnly swear or affirm that the testimony you're about to give will be the whole truth?

DR. ZONIA:  Yes, I do.

REPORTER:  Thank you.

SUSAN ZONIA, PH.D.

Παγε 5

having been called by the Plaintiff and sworn:

EXAMINATION

BY MR. NICOLETTI:

Q    What was the previous hospital that you were at?

A    I have been at several previous hospitals.

Q    Okay.  And what was the hospital before Trinity Health?

A    Oakwood.

Q    And how long were you at Oakwood?

A    Four years.

Q    And when did you start there and when did you leave there?

A    Well, I've been at Trinity for three years so --

Q    So in terms of --

A    -- 2006.  I left Oakwood, so I would have been there from 2002 to
             about 2006.  And then from
             approximately 2000 to 2006 I was
             at Botsford Hospital, all in similar
             positions to what I hold now.

Q    And what is the position that you hold now?

A    Director of medical education.

Q    And what is your educational background?  Why don't you start with
     college and then tell me what you have -- where did you go to
     college and what you have done after college?

A    I went to the University of Missouri, St. Louis for a bachelors and a

Παγε 6

masters degree in sociology. I went to Michigan State University and
received a Ph.D. in sociology.

Q     And when was that?

A     It's like deja vu. 1987 I got my Ph.D.

Q     And you haven't always been living in Michigan because you were at
the University of Missouri?

A     Uh-huh (affirmative); correct.

Q     How long have you been in Michigan?

A     I've been in Michigan 30 years.

Q     So you are not a medical doctor, you're a Ph.D.; is that correct?

A     I am a doctor. I'm not a physician.

Q     Okay. And you started at -- you started at Trinity in 2006; is that
correct?

A     Correct.

Q     And when you started at Trinity in 2006 what was your position at
that time?

A     Because they had to change the medical staff bylaws I was called the
chief academic officer.

Q     And what were your responsibilities as chief academic officer?

A     My responsibilities are not unlike being the principal of a very large
high school. I oversee all of the academic programs, the physician
faculty report to me. Ultimately I am responsible for the quality of
the programs, for all of the reporting to the federal government, to

**From:** Sevrine Barrie [mailto:Sbarrie@AUAMED.ORG]
**Sent:** Tuesday, May 06, 2008 1:24 PM
**To:** Kelly, Bill
**Subject:** RE: ECFMG USMLE /Steven Woodward

Hi Bill:

Thanks for taking the time to return my call.

This is to inform you that Steven Woodward is no longer enrolled at the American University of Antigua. Thank you.


Sincerely,

Sevrine Rodrigues Barrie
Dean of Student Services and Registrar

**EXHIBIT 13**



# Nellie Mae Loan Certification

App. #: 976417              Date: 11/07/06              File #: 9221

Fax: 866-347-0692                         Tel.: 800-335-1900

| General Student Information |
| --- |

Student Name: STEVEN L. WOODWARD              Loan Type: MDEXCEL

SSN: █████████              Academic Loan Period: From: 09/06 To: 12/06

Program of Study:* Medicine              Amount Approved: $ 18,286
* Medical Program of Study Includes Dental

| Certification of Attendance |
| --- |

Academic Loan Period: From: 9-6-06 To: 12-26-06  Anticipated Graduation Date: 12 20 2009

Student Grade Level: 4    Is student enrolled at least 1/2 time?  Yes ✓ No _____

| Certification of Cost |
| --- |

Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.    Fee:  5.000 %

Complete for all students:

Preferred # of disbursements this loan:   1 ✓  2 ___  3 ___  4 ___     Hold / Release:

Preferred 1st disbursement date: 11 / 7 / 06 and amount: $ 18,286  H___ R___

Preferred 2nd disbursement date: ___ / ___ and amount: $_____  H___ R___

Preferred 3rd disbursement date: ___ / ___ and amount: $_____  H___ R___

Preferred 4th disbursement date: ___ / ___ and amount: $_____  H___ R___

Total School Certified Amount: $ 18,286

| Certification Options |
| --- |

*Note: Participating institutions only. Call Nellie Mae for program details.*

*Interest Subsidy Options:*

Interest subsidy flat rate.
1 2 3 4 5 6 7 8 9 10

Interest subsidy %.
25 30 75 100

| College / University Certification |
| --- |

Note: The school certified amount must not exceed the cost of attendance less other aid for the loan period.

Financial Aid Office:

KASTURBA MEDICAL COLLEGE
PO BOX 8  MANIPAL 576 119
KARNATAKA
INDIA, FC 576104

Signature and Date: _____ 11/7/06

Name (please print): SEVRINE BARRIE

Title (please print): Dean Of Registrarial and Student Services

DOE Code: 008450 00

**EXHIBIT 14**

TRUE COPY OF THE ORIGINAL

# Nellie Mae Loan Certification

App. #: 736939          Date: 01/06/06          File #: 9221

Fax: 800-931-2200                              Tel.: 800-335-1900

## General Student Information

Student Name: STEVEN L. WOODWARD

Academic Loan Period: From: 01/06 To: 08/06  Loan Type: MDEXCEL

Program of Study? *medicine*    Amount Approved:  $ 34,397
*Medical Program of Study includes Dental*

## Certification of Attendance

Academic Loan Period: From: 1-5-06 To: 8-25-06 Anticipated Graduation Date: 5/30/2009

Student Grade Level: A      Is student enrolled at least 1/2 time?  Yes X  No _____

## Certification of Cost

Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.          For:  0 %

Complete for all students:

Preferred # of disbursements this loan:    1 ____  2 X  3 ____  4 ____      Hold / Release:

Preferred 1st disbursement date: 1 / 10 / 06 and amount: $ 17,198.50  H ____  R ____

Preferred 2nd disbursement date: 4 / 21 / 06 and amount: $ 17,198.50  H ____  R ____

Preferred 3rd disbursement date: ___ / ___ / ___ and amount: $ _____  H ____  R ____

Preferred 4th disbursement date: ___ / ___ / ___ and amount: $ _____  H ____  R ____

Total School Certified Amount: $ 34,397.00

## Certification Options

Note: Participating institutions only. Call Nellie Mae for program details.

*Interest Subsidy Options:*

| | *Interest subsidy flat rate.* | | *Interest subsidy %.* |
|---|---|---|---|
| | 1 2 3 4 5 6 7 8 9 10 | | 25 50 75 100 |

## College / University Certification

Note: The school certified amount must not exceed the cost of attendance less other aid for the loan period.

Financial Aid Office:

KASTURBA MEDICAL COLLEGE          Signature and Date
PO BOX 8  MANIPAL 576 119
KARNATAKA                                 Name (please print)
INDIA, FC 576104
                                          Assist. Dean Of Student
                                          Title (please print)   Services

DOE Code:  008450 00

**SallieMae**

www.SallieMae.com

P.O. Box 4200
Wilkes-Barre, PA  18773-4200

October 13, 2010

Mr. Steven L. Woodward
7211 Brittwood Lane
Flint, MI 48507-4623

**RE:   Your Student Loan Account** ▉▉▉▉▉▉

Dear Mr. Woodward:

This letter is in response to your inquiry requesting assistance with an issue you are having with St. Joseph Mercy Oakland Hospital and The American University of Antigua.

I have researched your account and have confirmed that you have three Excel Grad Loans that are serviced by Sallie Mae.  These loans were borrowed to finance your attendance at Kasturba Medical College; not American University of Antigua.  Enclosed please find copies of your promissory notes.

I hope that the information and documentation provided are helpful to you.  You may contact me directly and toll-free at 888-545-4199, x89180, if you have any questions.

Sincerely,

Devin Hewitt
Office of the Customer Advocate
Sallie Mae

Enclosures



**EXHIBIT 15**

# THE ECONOMIC TIMES

Mon, Nov 08, 2010 | Updated 07.27AM IST

5 DEC, 2008, 12.57AM IST, SARAH JACOB AND BOBY KURIAN,ET BUREAU

## Manipal Education buys out Antigua University

**6.5 Hours of Calls For $1** : Pingo.com : Try Pingo
Today and Get 83% Off Cheap Calling Card Rates!

Ads by Google

BANGALORE: In one of the biggest cross-border deals in the education space, Manipal Education has acquired the entire shareholding of American University of Antigua (AUA) from New York-based Greater Caribbean Learning Resources.

Manipal Education confirmed the buyout, but did not disclose the transaction size. However, sources said the company has raised $115 million debt financing from ICICI Bank in recent weeks, which will be ploughed into the buyout as well as capex requirements for ramping up the campus.

ET first reported on the potential acquisition in its edition dated October 7. The Caribbean is a well-established market for medical students from the US mainland, where the availability of seats far outstrips demand. "We have completed the buyout, giving us control over AUA, which is among the top five medical education campuses in the Caribbean islands along with St George's University School of Medicine and Ross University," Anand Sudarshan, MD & CEO, Manipal Education, told ET.

"We saw a huge potential and strategic value in the acquisition as the Caribbean serves the unmet demand for medical seats in the US. The US is estimated to have 16,800 medical seats, while there are over 60,000 students who clear MCAT annually," Mr Sudarshan added.

AUA currently has over a 1,000 students on campus; the number will go up to 2,500 after Manipal builds a new campus in the near future. The US is currently short of over 75,000 doctors, and Manipal is keen on exploiting this opportunity by focussing on the Caribbean education industry.

Coupled with proximity to the US mainland and the secular nature of the US medical education system — which allows even AUA students to take the US Medical Licensing Examination — the Caribbean has become a cost-effective alternative for US students to secure a medical degree.

The deal marks Manipal Education's third M&A in 18 months. It had earlier acquired U21 Global, an online varsity, and MeritTrac, a skills assessment and testing firm. Manipal Education, in which the promoters hold 82% stake, has attempted to raise between $100 and $150 million from private equity investors. Before the market meltdown, banking sources said, the company's valuation was placed at around $1.2 billion, making it probably the most valuable privately-owned education asset in the country.

Manipal Education, which is primarily into medical education with campuses in Malaysia, Nepal and Dubai, is estimated to end the current financial year with a topline of $200 million.

**Get a Quote**

Type Company Name

**Browse Companies**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | 1 2 3 4 5 6 7 8 9

| **Other Times Group news sites** | **Living and entertainment** | **Hot on the Web** | **Services** |
|---|---|---|---|
| Times of India | इकनॉमिक टाइम्स | Timescity | iDiva | Bolywood | Zoom | Hotklix | Restaurants in Mumbai | Book print ads | Online shopping | Business solutions | Book domains | Web hosting |
| ઇકોનોમિક ટાઈમ્સ | Mumbai Mirror | | Buy Mobiles | Katrina Kaif | Business email | Free SMS | Free email | Website design | CRM | Tenders | Remit |
| Times Now | Indiatimes | **Networking** | Diwali Gifts | Cheap air tickets | Matrimonial | Ringtones | Astrology | Jobs | Property | Buy car |
| नवभारत टाइम्स | महाराष्ट्र टाइम्स | itimes | Dating & Chat | Email | Kaun Banega Crorepati | eGreetings |

About us / Advertise with us / Careers @ TIL / Terms of use / Privacy Policy / Feedback / Sitemap / Code of Ethics

Copyright© 2010 Times Internet Limited. All rights reserved.

**EXHIBIT** 

**anta** find companies connect with customers

Sign In   New to Manta? Join Free   What is Manta?   Looking for New Businesses? Check Out Manta New Business Select.

Check out Manta's NEW shareable visualization tool, Chart It.   Visit the Manta blog for ideas on how to use Chart It.   Close

Search more than 60 million companies.     Browse Companies    Find Resources
U.S.  Worldwide    Business Topics   U.S. Jobs   Videos

U.S. ~ New York, NY ~ Healthcare ~ General Medical and Surgical Hospitals ~ Hospital, Medical School Affiliation ~ Greater Caribbean Learning Resources, Inc

Company Profile    Reports    Map    Web Results

# Greater Caribbean Learning Resources, Inc, American Univ Antigua College
501 5th Avenue
New York, NY 10017-6107 map
**Phone:** (212) 661-8899
**Website:** Information not found

Is this your company?

Company Profile Options
Add this company to a list
Alert me if something changes
Print this page
Share this page

0    0    Like

Ads by Google
Medical Billing & Admin Learn skills in as few as 30 weeks! Start class now in Flint or Davison
The ads are not affiliated with Greater Caribbean Learning Resources, Inc

**About Greater Caribbean Learning Resources, Inc**
Is this your company? Claim This Profile

Greater Caribbean Learning Resources, Inc is a private company categorized under Hospital, Medical School Affiliation and located in New York, NY. Our records show it was established in 2003 and incorporated in New York. Current estimates show this company has an annual revenue of 1,200,000 and employs a staff of approximately 14.

**Business Categories**
Hospital, medical school affiliation in New York, NY
General Hospital
General Medical and Surgical Hospitals
View newly formed U.S. businesses

**Company Contacts**
Is this your company? Claim This Profile
Neal Simmon, President
Search for more contacts

Manta Members Connected to this Company
Do you work here? Add this company to your member profile.

Manta Members Who Viewed This Company Profile
YOU
Sign In or Register to Join Manta

**Greater Caribbean Learning Resources, Inc Business Information**
Greater Caribbean Learning Resources, Inc also does business as American Univ Antigua College.

| | |
|---|---|
| Location Type | Single Location |
| Annual Sales (Estimated) | 1,200,000 |
| Employees (Estimated) | 14 |
| SIC Code | 8062, General Medical and Surgical Hospitals |
| NAICS Code | 622110, General Medical and Surgical Hospitals |
| Products, Services and Brands | Information not found |
| State of Incorporation | New York |

Ads by Google

**Health Care Administrator** Get the Medical Administration Certificate Training You Want Near You! info.Everest.edu

**Healthcare Administration** Find Healthcare Administration Jobs Information at Business.com www.business.com

**Healthcare Admin Schools** Find Healthcare Admin Schools Here. Request Free Info to Learn More. Healthcare-Schools.info

**EM Physician Openings** The Right Place to Practice and The Right Place to Grow. schumachergroup.com/

**Hospital Jobs** Find local hospital jobs. Search your listings at Local.com. HospitalJobs.Local.com

**TeamHealth** Leader in emergency medicine and hospitalist staffing and management www.teamhealth.com

**Psychiatric Hospital** Treatment Center for Women's Psych. Issues. Medicare/Insurance/Self Pay www.HollywoodPavilion.com

**Director of Nursing** Great long term care opportunity Excellent pay and benefits www.midmichigan.org/careers

Related Searches
Other companies that match "greater caribbean learning resources"
All U.S. Hospital, Medical School Affiliation
Jobs in New York, NY

Related Companies
State University Of New York Health Science Center At Syracuse
Hospital, Medical School Affiliation in Brooklyn, NY
Columbia Univ/Dystonia Med
Hospital, Medical School Affiliation in New York, NY
Yeshiva University
Hospital, Medical School Affiliation in Bronx, NY
North Shore - Long Island Jewish Health System, Inc
Hospital, Medical School Affiliation in Great Neck, NY
North Shore - Long Island Jewish Health System, Inc
Hospital, Medical School Affiliation in Manhasset, NY

**EXHIBIT 17**

Click on the reports tab at the top of the page to research company background, detailed company profile, credit and financial reports for Greater Caribbean Learning Resources, Inc. Reports often include a complete predictive and historical analysis with payment and financial information; information on the identity, operations, profitability and stability of Greater Caribbean Learning Resources, Inc; Details on the company's history, the business background of its management, special events and recent company news. Download Greater Caribbean Learning Resources, Inc. financial and company reports.

*Data above provided by D&B. © Dun and Bradstreet, Inc. All rights Reserved.*

Companies by Location: New York, NY

| Business Topics | Browse Companies | Resources | Manta Links |
|---|---|---|---|
| Small Business | U.S. | Videos | About Manta |
| Sales Expertise | Australia | Jobs | Contact Manta |
| Human Resources | Canada | Reports | Media Resources |
| Travel | UK | White Papers | FAQ |
| Franchise | Worldwide | | Advertise With Us |
| Technology | Recently Updated | | Site Map |

Copyright © Manta Media Inc. All rights reserved    Privacy Policy    Note: Our Terms & Conditions have changed 6/15/10    Custom Access

Blog   Twitter   Facebook