UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,<br><br>      Plaintiff,<br><br>vs.<br><br>STEVEN WOODWARD,<br><br>      Defendant.<br>_____/ | Case No.  10-10978<br><br>Patrick J. Duggan<br>United States District Judge<br><br>Michael Hluchaniuk<br>United States Magistrate Judge |

## ORDER STRIKING DOCUMENT 53

On review, the Court has determined that defendant's response to plaintiff's motion to compel filed November 10, 2010 was filed incorrectly because it combined a response with a motion for protective order.  The Court requires two separate pleadings to be filed.

Therefore, the response (Dkt. 53) is **STRICKEN** from the record. Defendant is required to file a separate response to the motion to compel by **NOVEMBER 30, 2010**.

      **IT IS SO ORDERED**.


Date: November 16, 2010                            s/Michael Hluchaniuk
                                                             Michael Hluchaniuk
                                                             United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: <u>Eric A. Buikema</u>, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): <u>Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507</u>.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov
