Case 2:10-cv-10978-PJD-MJH

**FILED**

2010 NOV 19 A 11: 49

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST COURT CLERK
EASTERN DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                   CASE No.: 2:10-cv-10978-PJD-MJH
                                      Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

**Defendant's Motion for Protective Order**

1

## Defendant's Motion for Protective Order

**List of Exhibits:**
Exhibit 1: Final Grades
Exhibit 2: Oakland County Circuit Court Docket January 19, 2009
Exhibit 3: Oakland County Circuit Court Docket November 4, 2008
Exhibit 4: Sallie Mae Letter
Exhibit 5: Loan Certificates
Exhibit 6: Notarized Copy, Susan Zonia, MD
Exhibit 7: Susan Zonia Deposition


The Defendant believes the Plaintiff is forcibly seeking discovery for unethical purposes.

The Plaintiff has the motive, means, and history of deleting and/or altering evidence, and/or falsifying documentation as demonstrated in Docket 51 "Defendants Motion for Sanctions and Motion for Dismissal", Final Grades, Loan Certificates, and faculty Professional Credentials.

The Plaintiff admits that their student grades were Disclosed and their continued requests for Preliminary Injunctions against the Defendant further demonstrates their desire and purpose to cover-up this evidence.

The Plaintiff is attempting to discover evidence with the intent to alter and/or delete the evidence before trial.

The Defendant begs the Court to grant a Protect Order, both written and verbal for the purposes of protecting evidence.


**(1)** The Defendant caught the Plaintiff deleting and/or altering Court evidence, as exposed here and in Docket 51"Defendants Motion for Sanctions and Motion for Dismissal".

The Defendant had to hire a Notary Public (Exhibit 6), to witness evidence, because the Plaintiff is untrustworthy and was deleting and/or altering evidence before trial.

The Defendant and the Court now endure undue burden and expense because the Plaintiff has violated 18 U.S.C 1506 by altering or deleting evidence.


**(2)** The Plaintiff falsified(fixed) the Final Grades(Exhibit 1) of students enrolled in a Clinical course at St Joseph Mercy Oakland Hospital in Pontiac, Michigan.

The Defendant's Final Grades(Exhibit 1) were falsified from an **80%** to an "F" for the purposes of committing perjury as presented before Judge Shalina Kumar of Oakland

2

County Circuit Court (Exhibit 2, page 2(5)) "**Woodward took and failed the fifth semester Final Exam.**" and "**Woodward received an "F" for the fifth semester**" Note #2 at the bottom of page 5 states "**Woodward claims he actually passed the final exam**"

In the "Brief in Support of Answer to Plaintiff's Motion for Entry of Default and Judgement"(Exhibit 3, page 2) to Judge Shalina Kumar, the Plaintiff wrote "**washed out**" concerning Steven Woodward, which is a total absolute lie before the Court and fraud against Steven Woodward.

The following are other examples of fraud committed against students during the same course at St Joseph Mercy Oakland Hospital. It should be noted that these grades (Exhibit 1) are only 10 of approximately 100 students that were enrolled in the 5th Semester course.

The Plaintiff assigned the grade of "**C**" to the person that had the **lowest grades** (76%) in the course, **Vishal Chheda**; giving a lower grade, (**C-**), to **Lekedra Evans** who earned an **83%** in the course.

**Michael Ozuomba** also outperformed Vishal Chheda, earning a **77%**, but was given an "**F**" for the course.

This one course cost each student approximately $12,000 for just school fees.

(3) Devin Hewitt, Office of the Customer Advocate Sallie Mae, states "**These loans were borrowed to finance your attendance at Kasturba Medical College; not American University of Antigua**"(Exhibit 4).

These student loans were managed by American University of Antigua. Two Nellie Mae Loan Certifications (Exhibit 5) are signed by the Dean of Student Services and Registrar, Sevrine Barrie, under the letter-head of Kasturba Medical College.

(4) The Defendant has reason to believe the Plaintiff falsified the credentials of their faculty. Susan Zonia is published as having an "MD" implying a Medical Doctor (Exhibit 6).

The Faculty and Staff page for Susan Zonia (Exhibit 6) and Susan Zonia's own testimony (Exhibit 7, page 2 (7)) confirm that she has a PhD in sociology.

(5) The Plaintiff's continued requests for Preliminary Injunctions demonstrate that they disregard Civil Rights, both Due Process and Freedom of Speech.

3

The request of a Preliminary Injunction demonstrates the Plaintiff's intent to cover-up their disclosure of student grades, obstructing justice for those students that seek damages for their suffering from this disclosure.

**(6)** The Defendant requests a "Motion of Protective Order" for the purposes of protecting evidence.

The Plaintiff can not be trusted with this information and has the motive, means, and history of modifying and/or destroying evidence.

The Plaintiff has a history of falsifying documentation: student records, records to Oakland County Circuit Court, faculty credentials, and documents to a financial institution.

Docket 51 demonstrates that the Plaintiff has destroyed or altered evidence that was verbally disclosed by the Defendant during the Hearing on or about 4/19/2010.

The granting of the "Protective Order" will aid in preventing the Plaintiff from having access and opportunity to destroy or alter other Defense evidence.

The Defendant believes they are justified for a "Motion of Protective Order", since they are without counsel, due to financial reasons, and have little means of protecting evidence.

The Defendant requests the Court GRANT the Defendant a "Protective Order" against all Discovery, **verbal and written**, from Defendant by the Plaintiff for the purpose of protecting evidence.

4

American University of Antigua College of Medicine
V Semester - Preliminary Clinical Training
Pontiac Michigan - St Joseph Mercy Oakland

## Final Grades by Component - Fall, 2007

| | Code | Attendance 10% | | Prac Session 5% | | Outpatient E 5% | | Verbal Pres 5% | | Portfolio 10% | | Quizzes 35% | | Written Ex 20% | | | Practical Ex 10% | | Final | Final Grade Adjusted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Score | PT | Score | PT | Score | PT | Score | PT | Score | PT | Score | PT | Score | Curve | PT | Score | PT | | | |
| 1 | Hampel, Nicola | 92 | 9.2 | 92 | 4.6 | 100 | 5.0 | 100 | 5.0 | 100 | 10.0 | 54 | 18.9 | 77 | 81 | 16.2 | 95 | 9.5 | 78 | C | |
| 2 | Jayadeep, Simbia | 100 | 10.0 | 100 | 5.0 | 80 | 4.0 | 100 | 5.0 | 100 | 10.0 | 57 | 20.1 | 80 | 84 | 16.8 | 95 | 9.5 | 79 | C | |
| 3 | Ozuomba, Michael | 100 | 10.0 | 100 | 5.0 | 83 | 4.2 | 100 | 5.0 | 100 | 10.0 | 56 | 19.6 | 70 | 74 | 14.8 | 80 | 8.0 | 77 | F | (2) |
| 4 | Chheda, Vishal | 75 | 7.5 | 75 | 3.8 | 86 | 4.3 | 100 | 5.0 | 100 | 10.0 | 62 | 21.7 | 86 | 90 | 18.0 | 75 | 7.5 | 76 | C | |
| 5 | Bulat, Elizabeth | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 70 | 24.4 | 84 | 88 | 17.6 | 85 | 8.5 | 83 | B | |
| 6 | Evans, Lekedra | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 65 | 22.6 | 73 | 77 | 15.4 | 85 | 8.5 | 83 | C(-) | (1) |
| 7 | Woodward, Steve | 100 | 10.0 | 100 | 5.0 | 95 | 4.8 | 100 | 5.0 | 100 | 10.0 | 62 | 21.6 | 71 | 75 | 15.0 | 80 | 8.0 | 80 | F | (3) |
| 8 | Paras, Chahal | 100 | 10.0 | 100 | 5.0 | 92 | 4.6 | 100 | 5.0 | 100 | 10.0 | 58 | 20.4 | 79 | 83 | 16.6 | 80 | 8.0 | 81 | B | |
| 9 | Hamed, Mousa | 100 | 10.0 | 100 | 5.0 | | 0.0 | 100 | 5.0 | 100 | 10.0 | 70 | 24.4 | 87 | 92 | 18.4 | 93 | 9.3 | 82 | B | |
| 10 | Kristen, Nico | 100 | 10.0 | 100 | 5.0 | | 0.0 | 100 | 5.0 | 100 | 10.0 | 68 | 23.9 | 78 | 82 | 16.4 | 80 | 8.0 | 83 | B | (4) |

(1) Failed Final Exam. Remedial score 78. Final Grade: C(-)
    Failed Final Exam. Has not taken remedial
(3) Failed Final Exam. Did take remedial and failed
    Did not have OP rotation. Toal score / 95
(4) Did not take OP rotation. Total Score / 95

EXHIBIT 1

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

RECEIVED JAN 1 9 2009
BY:_____

STEVEN WOODWARD,

    Plaintiff,

v.

TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an Individual,
AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
a Foreign corporation,

    Defendants.

*OAKLAND* *COUNTY* 07-088103-CZ

JUDGE SHALINA KUMAR
WOODWARD, STEV v TRINITY HEALT

_____/

| NICOLETTI & ASSOCIATES, P.C. | LAW OFFICE OF DAVID B. GUNSBERG, P.C. |
|---|---|
| Paul J. Nicoletti (P44419) | David B. Gunsberg (P24235) |
| *Attorney for Plaintiff* | *Attorney for Defendants Trinity Health-Michigan and Susan Catherine Zonia; Co-Counsel for Defendant American University of Antigua College of Medicine* |
| 39520 Woodward Avenue, Suite 200 | |
| Bloomfield Hills, MI 48304 | |
| 248.203.7800 | |
| | 322 North Old Woodward Avenue |
| | Birmingham, MI 48009 |
| | 248.646.9090 |

LAW OFFICES OF BRYAN L. SCHEFMAN
Bryan L. Schefman (P35435)
*Attorney for Defendant American University
    of Antigua College of Medicine*
322 North Old Woodward Ave.
Birmingham, MI 48009
248-723-1650

_____/

# DEFENDANTS TRINITY HEALTH-MICHIGAN and SUSAN ZONIA'S CASE EVALUATION STATEMENT

### DATE & TIME:

8:40 a.m., January 22, 2009

### EVALUATORS:

Robert L. Stefani, Douglas C. Bernstein, Thomas J. Gagne



EXHIBIT 2

In any event, in early December 2007, <u>before</u> Dr. Zonia's December 17 letter, Woodward took and <u>failed</u> the fifth semester Final Exam. AUA required an 80% score to pass the final exam. Based on AUA's curve for the exam, which was set by AUA in Antigua, Woodward scored a 75% on the final exam. Woodward received an "F" for the fifth semester.[2]

Woodward appealed his dismissal (but not the "F" for fifth semester) to Neil Simon at AUA. An appeal hearing was scheduled for July 10, 2008, but (again) Woodward refused to appear. The appeal was (apparently) denied. Zonia was not involved in the scheduling of the appeal procedures.

Woodward has not invoked in any appeals of his failing grade, requested to retake the fifth semester, sought readmission to AUA, or tried to enter any other medical school. Since December 2007, Woodward has been living on a sailing yacht in St. Maarten, scuba diving.

AUA issues a Student Handbook (**Exhibit 9**) which has disciplinary procedures. Woodward claims the Student Handbook is a "contract" between Woodward and AUA which was "interfered with" by Dr. Zonia. Woodward acknowledged that the AUA Disciplinary Committee could consider his unprofessional behavior and discipline him, <u>including dismissal</u> (Woodward Dep., pp. 149-150). In his amended complaint, which was untimely filed and not served, Woodward claims that the "breach" by AUA was that he was not given a "timely" appeal hearing on July 10, 2008, i.e. within 14 days of filing his appeal. Woodward, however, testified that he made a conscious decision not to

---

[2] Woodward claims he actually passed the final exam, but he never appealed his failing grade, although allowed to appeal under the Student Handbook.

5

# LAW OFFICE
## of
# DAVID B. GUNSBUUG

*(handwritten note: "Tell him how to spell his name")*

November 3, 2008

Paul J. Nicoletti, Esq.
39520 Woodward Ave, Suite 200
Bloomfield Hills, MI 48304

Re: Steven Woodward v Trinity Health-Michigan, et al
Case No. 07-088103-CZ / Judge Shalina Kumar

Dear Mr. Nicoletti:

Enclosed please find Defendants Trinity Health-Michigan and Susan Catherin Zonia's Answer to Plaintiff's Motion for Entry of Default and Judgment, Brief in Support of Answer to Plaintiff's Motion for Entry of Default and Judgment, and Proof of Service.

Very truly yours,

*/s/ David B. Gunsberg*
David B. Gunsberg

DBG/lsm
Encl(s)

RECEIVED
NOV 04 2008
BY:_____

**EXHIBIT 3**

322 North Old Woodward Avenue, Birmingham, Michigan 48009
248.646.9090 Telephone / 248.901.0377 Facsimile

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

STEVEN WOODWARD,

    Plaintiff,

v.

TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an Individual,
AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
a Foreign corporation,

    Defendants.

"OAKLAND" "COUNTY" 07-088103-CZ

JUDGE SHALINA KUMAR
WOODWARD,STEV v TRINITY HEALT

---

| | |
|---|---|
| NICOLETTI & ASSOCIATES, P.C.<br>Paul J. Nicoletti (P44419)<br>*Attorney for Plaintiff*<br>39520 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304<br>248.203.7800 | LAW OFFICE OF DAVID B. GUNSBERG, P.C.<br>David B. Gunsberg (P24235)<br>*Attorney for Defendants Trinity Health-Michigan<br>and Susan Catherine Zonia*<br>322 North Old Woodward Avenue<br>Birmingham, MI 48009<br>248.646.9090 |

LAW OFFICES OF BRYAN L. SCHEFMAN
Bryan L. Schefman (P35435)
*Attorney for Defendant American University of Antigua
    College of Medicine*
322 North Old Woodward Ave.
Birmingham, MI 48009
248-723-1650

---

## Brief in Support of Answer to Plaintiff's Motion for Entry of Default and Judgment

### STATEMENT OF FACTS

**The Case:**

    This is a Motion to Compel Discovery in a meritless case in which Plaintiff "washed out" of the fifth semester of his second year at the American University of Antigua Medical School (AUA). This case is not about

2

**SallieMae**
www.SallieMae.com

P.O. Box 4200
Wilkes-Barre, PA  18773-4200

October 13, 2010

Mr. Steven L. Woodward
7211 Brittwood Lane
Flint, MI 48507-4623

RE:   Your Student Loan Account ████████

Dear Mr. Woodward:

This letter is in response to your inquiry requesting assistance with an issue you are having with St. Joseph Mercy Oakland Hospital and The American University of Antigua.

I have researched your account and have confirmed that you have three Excel Grad Loans that are serviced by Sallie Mae. These loans were borrowed to finance your attendance at Kasturba Medical College; not American University of Antigua. Enclosed please find copies of your promissory notes.

I hope that the information and documentation provided are helpful to you. You may contact me directly and toll-free at 888-545-4199, x89180, if you have any questions.

Sincerely,

*[signature]*

Devin Hewitt
Office of the Customer Advocate
Sallie Mae

Enclosures

EXHIBIT 4



# Nellie Mae Loan Certification

App. #: 976417  Date: 11/07/06  File #: 9221

Fax: 866-347-0692  Tel.: 800-335-1900

**General Student Information**

Student Name: STEVEN L. WOODWARD  Loan Type: MDEXCEL

SSN: [redacted]  Academic Loan Period: From: 09/06 To: 12/06

Program of Study: Medicine  Amount Approved: $18,286
*Medical Program of Study includes Dental*

**Certification of Attendance**

Academic Loan Period: From: 9-6-06 To: 12-26-06  Anticipated Graduation Date: 12/20/2009

Student Grade Level: 6  Is student enrolled at least 1/2 time? Yes ✓ No ___

**Certification of Cost**

Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.  Fee: 5.000 %

Complete for all students:

Preferred # of disbursements this loan: 1 ✓  2 ___  3 ___  4 ___  Hold / Release:

Preferred 1st disbursement date: 11/7/06 and amount: $18,286  H ___ R ___
Preferred 2nd disbursement date: __/__/__ and amount: $_____ H ___ R ___
Preferred 3rd disbursement date: __/__/__ and amount: $_____ H ___ R ___
Preferred 4th disbursement date: __/__/__ and amount: $_____ H ___ R ___

Total School Certified Amount: $18,286

**Certification Options**
Note: Participating institutions only. Call Nellie Mae for program details.

Interest Subsidy Options:

___ Interest subsidy flat rate.  ___ Interest subsidy %.
1 2 3 4 5 6 7 8 9 10   25 50 75 100

**College / University Certification**
Note: The school certified amount must not exceed the cost of attendance less other aid for the loan period.

Financial Aid Office:

KASTURBA MEDICAL COLLEGE
PO BOX 8 MANIPAL 576 119
KARNATAKA
INDIA, FC 576104

Signature and Date: 11/7/06
Name (please print): SEVRINE BARRIE
Title (please print): Dean of Registrarial and Student Services

DOE Code: 008450 00

**EXHIBIT 5**

TRUE COPY OF THE ORIGINAL

# Nellie Mae Loan Certification

App. #: 736939         Date: 01/06/06         File #: 9221

Fax: 800-931-2200                              Tel.: 800-335-1900

**General Student Information**

Student Name: STEVEN L. WOODWARD

Academic Loan Period: From: 01/06 To: 08/06 Loan Type: MDEXCEL

Program of Study: medicine         Amount Approved: $ 34,397

**Certification of Attendance**

Academic Loan Period: From: 1-5-06 To: 8-25-06 Anticipated Graduation Date: 5/30/2009

Student Grade Level: A         Is student enrolled at least 1/2 time? Yes X No ___

**Certification of Cost**

Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.         Fee: 0 %

Complete for all students:

Preferred # of disbursements this loan:  1 ___ 2 X 3 ___ 4 ___     Hold / Release:

Preferred 1st disbursement date: 1/10/06 and amount: $ 17,198.50    H ___ R ___
Preferred 2nd disbursement date: 4/21/06 and amount: $ 17,198.50    H ___ R ___
Preferred 3rd disbursement date: __/__/__ and amount: $ _____    H ___ R ___
Preferred 4th disbursement date: __/__/__ and amount: $ _____    H ___ R ___

Total School Certified Amount: $ 34,397.00

**Certification Options**
Note: Participating institutions only. Call Nellie Mae for program details.

Interest Subsidy Options:

Interest subsidy flat rate.          Interest subsidy %
1 2 3 4 5 6 7 8 9 10                 25 50 75 100

**College / University Certification**
Note: The school certified amount must not exceed the cost of attendance less other aid for the loan period.

Financial Aid Office:

KASTURBA MEDICAL COLLEGE
PO BOX 8  MANIPAL 576 119
KARNATAKA
INDIA, FC 576104

Signature and Date: 1/10/06

Name (please print): SEVERINE BARRIE

Title (please print): Asst. Dean Of Student Services

DOE Code: 008450 00



ABOUT AUA

SCHOOL OVERVIEW

ACADEMIC PROGRAMS

FACULTY & STAFF

CAMPUS FACILITIES

STUDENT FINANCIAL SERVICES

UNIVERSITY AFFILIATIONS

PLYMOUTH STATE UNIVERSITY AFFILIATION

CLINICAL CENTERS

CENTER FOR CLINICAL STUDIES

STUDENT GOVERNMENT ASSOCIATION

NEWS AND EVENTS

LIFE AT AUA

## Susan Zonia, MD

Dr. Zonia received her Ph.D. in Sociology, with an emphasis on complex organizations and research methods, from Michigan State University in 1984. She served on the faculty of Wayne State University, in Detroit Michigan, and Michigan State University for a number of years. Dr. Zonia became involved in graduate medical education in 1992. Since then, she has played a central role in developing new internships, residency and fellowship programs. In 1999, Dr. Zonia completed a Fellowship in Health Policy. Currently, she serves as the Director of Medical Education for St. Joseph Mercy-Oakland Hospital in Pontiac, Michigan. She is also the Chair of the hospital's Institutional Research Board, overseeing all human subject research. She is a Board Member of AHME (Association of Hospital and Medical Educators) and is a Fellow, and the President-Elect of AODME (Association of Osteopathic Directors and Medical Educators)



Susan Zonia
MD

1-(888) 282-8633 (1-888-AUA-UMED) - TOLL-FREE ADMISSIONS LINE | 1-(212)661-8899 - GENERAL QUESTIONS
AMERICAN UNIVERSITY OF ANTIGUA C/O GCLR, L.L.C. | 2 WALL STREET, 10TH FLOOR | NEW YORK, NY 10005
ALL CONTENT 2008 GCLR, L.L.C. ALL RIGHTS RESERVED
CARIBBEAN MEDICAL SCHOOL

*Linda Ann Bennett*
*November 4, 2010*

LINDA ANN BENNETT
NOTARY PUBLIC STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Apr 30, 2013
ACTING IN COUNTY OF

**EXHIBIT 6**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

STEVEN WOODWARD,

    Plaintiff,

v                 File No. 07-088103-CZ

                 HON. SHALINA KUMAR
TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an individual,
AMERICAN UNIVERSITY OF ANTIGUA
A Foreign corporation,

    Defendants.
_____/

DEPOSITION OF SUSAN ZONIA, PH.D.

Taken by the Plaintiff on the 3rd day of February, 2009, at 322 North Old Woodward Avenue, Birmingham, Michigan, at 8:30 a.m.

APPEARANCES:

For the Plaintiff:    MR. PAUL J. NICOLETTI (P44419)
                       Nicoletti & Associates, PC
                       39520 Woodward Avenue, Suite 200
                       Bloomfield Hills, Michigan 48304
                       (248) 203-7800

For the Defendant:    MR. DAVID B. GUNSBERG (P24235)
                       Law Office of David B. Gunsberg
                       322 North Old Woodward Avenue
                       Birmingham, Michigan 48009
                       (248) 646-9090

Also Present:        Alex Pathenos

Παγε 1

**EXHIBIT 7**

| | |
|---|---|
| | masters degree in sociology. I went to Michigan State University and received a Ph.D. in sociology. |
| Q | And when was that? |
| A | It's like deja vu. 1987 I got my Ph.D. |
| Q | And you haven't always been living in Michigan because you were at the University of Missouri? |
| A | Uh-huh (affirmative); correct. |
| Q | How long have you been in Michigan? |
| A | I've been in Michigan 30 years. |
| Q | So you are not a medical doctor, you're a Ph.D.; is that correct? |
| A | I am a doctor. I'm not a physician. |
| Q | Okay. And you started at -- you started at Trinity in 2006; is that correct? |
| A | Correct. |
| Q | And when you started at Trinity in 2006 what was your position at that time? |
| A | Because they had to change the medical staff bylaws I was called the chief academic officer. |
| Q | And what were your responsibilities as chief academic officer? |
| A | My responsibilities are not unlike being the principal of a very large high school. I oversee all of the academic programs, the physician faculty report to me. Ultimately I am responsible for the quality of the programs, for all of the reporting to the federal government, to |