UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

     Plaintiff,

v.

STEVEN WOODWARD,

     Defendant.
_____/

Case No. 10-10978
Honorable Patrick J. Duggan

## NOTICE

The following motions have been filed with the Court:

**(1) Plaintiff's Renewed Motion for a Preliminary Injunction (Doc. 45)**
**(2) Defendant's Motion for Sanctions and for Dismissal (Doc. 51)**

You are hereby notified that, having reviewed the briefs in support of these motions and any opposition thereto, the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(f), the Court is dispensing with oral argument.

A written opinion will be issued.

_____

### Certificate of Mailing

I certify that this notice was electronically filed and served on Eric A. Buikema, Esq, and Steven L. Woodward.

Date: December 13, 2010

s/ Marilyn Orem,
Deputy Clerk,   (313) 234-5145