EXHIBIT INDEX

A     Plaintiff's Requests for Admissions with Certificate of Service