Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Joint Statement of Resolved and Unresolved Issues**
**Motion to Adjourn Scheduling Order Dates**

## Joint Statement of Resolved and Unresolved Issues
## Motion to Adjourn Scheduling Order Dates

1. The Defendant certifies that they have conferred in good faith with the other party in an effort to narrow the areas of disagreement.
Steven Woodward:

2. Page 1: number 1, 2 page 2, numbers: 3, 4, 8, 9, 10, 11

3.
Number 1: The Plaintiff wrongfully filed Document 13 "Request for Clerk's Entry of Default" harassing, causing undue burden, and oppressing the Defendant.

Number 2: The Plaintiff did not attempt in Good Faith to Conduct Discovery on the Defendant.

Number 3: The Plaintiff did not attempt to accommodate the Defendant and there was no duly noted deposition.

Number 4: The Defendant was not forced to file anything and did so in Bad Faith.

Number 8: The Plaintiff abused their opportunity for Discovery by filing their frivolous Document 13.

Number 9: The Plaintiff abused their opportunity for Discovery by filing their frivolous Document 13.

Number 10: The Plaintiff abused their opportunity for Discovery by filing their frivolous Document 13.

Number 11: The Plaintiff requested their Discovery Material in Bad Faith with the intent to harass, burden and oppress the Defendant. The Defendant still has not heard the ruling from the Court Regarding Document 56 "Motion for Protective Order"