Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2010 DEC 16  A 9: 47

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Joint Statement of Resolved and Unresolved Issues
Defendant's Motion for Protective Order**

## Joint Statement of Resolved and Unresolved Issues
## Defendant's Motion for Protective Order

1. The Defendant certifies that they have conferred in good faith with the other party in an effort to narrow the areas of disagreement.
Steven Woodward:

2. Page 1: number 1, 2, 3, 4, 5, 6

3.
Number 1-6: The Defendant verifies that what was written and the Exhibits stated in the Defendant's Motion for Protective Order are true to the best of their knowledge.