## **INDEX OF EXHIBITS**

1    Plaintiff's Requests for Production Pursuant to FRCP 34 Dated November 8, 2010

2    Plaintiff's Interrogatories to Defendant dated November 8, 2010

3    Letter dated December 13, 2010 from counsel for Plaintiff to Defendant