# EXHIBIT

# 3

# CARDELLI LANFEAR & BUIKEMA

Royal Oak Office-Detroit Office
322 W. Lincoln
Royal Oak, Michigan 48067
Tel: (248) 544-1100 • Fax: (248) 544-1191

ATTORNEYS & COUNSELORS
Firm Website: www.cardellilaw.com
Professional Corporation

Grand Rapids Office
125 Ottawa Avenue N.W., Ste. 370
Grand Rapids, Michigan 49503
Tel: (616) 285-3800 • Fax: (616) 285-1150

ERIC A. BUIKEMA
ebuikema@cardellilaw.com
Direct: (248) 544-1145, ext. 2050
Royal Oak Office-Detroit Office


PRIMERUS

December 13, 2010

**Via e-mail Steve_L_woodward@yahoo.com and first class mail**

Steven Woodward
c/o 7211 Brittwood Lane
Flint, MI  48507

    RE:    American University of Antigua College of Medicine v.
             Steven Woodward
             Case No. 2:10-cv-10978
             Our File No. Misc 3748

Dear Mr. Woodward:

     I am not yet in receipt of your responses to discovery dated November 8, 2010. These responses are now overdue. Please advise when I may expect production of your responses or if you will stipulate to an order compelling you to produce these responses within 7 days.

                                       Regards,

                                       CARDELLI, LANFEAR & BUIKEMA, P.C.

                                       Eric A. Buikema

EAB/ktz