# EXHIBIT

# 1

**Paul M. Kittinger**

**From:** Eric A Buikema
**Sent:** Wednesday, November 17, 2010 11:49 AM
**To:** Kathryn Zalewski; Paul M. Kittinger
**Subject:** FW: AUA v Woodward

------ Forwarded Message
**From:** Steve Woodward <steve_l_woodward@yahoo.com>
**Date:** Wed, 17 Nov 2010 08:43:38 -0800 (PST)
**To:** Eric Buikema <ebuikema@cardellilaw.com>
**Subject:** Re: AUA v Woodward

Dear Mr. Buikema,

I will see you at the hearing on December 22nd.

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

**From:** Eric A Buikema <ebuikema@cardellilaw.com>
**To:** Steve Woodward <steve_l_woodward@yahoo.com>
**Sent:** Wed, November 17, 2010 11:21:28 AM
**Subject:** AUA v Woodward

AUA v Woodward Mr. Woodward,

The court has now set a hearing on our motion to compel your deposition. It is not until December 22nd. Note that our motion seeks costs and sanctions. Please advise if you are willing to appear for deposition voluntarily, and in lieu of that motion, before December 22, 2010. If so, please provide specific dates. If not, I will see you at the hearing.

Regards,

Eric A. Buikema, Attorney at Law
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
(248) 544-1191 fax
ebuikema@cardellilaw.com

1