# EXHIBIT

# 2

# CARDELLI LANFEAR & BUIKEMA

Royal Oak Office-Detroit Office
322 W. Lincoln
Royal Oak, Michigan 48067
Tel: (248) 544-1100 • Fax: (248) 544-1191

*ATTORNEYS & COUNSELORS*
Firm Website: www.cardellilaw.com
*Professional Corporation*

Grand Rapids Office
125 Ottawa Avenue N.W., Ste. 370
Grand Rapids, Michigan 49503
Tel: (616) 285-3800 • Fax: (616) 285-1150

ERIC A. BUIKEMA
ebuikema@cardellilaw.com
Direct: (248) 544-1145, ext. 2050
Royal Oak Office-Detroit Office


PRIMERUS

December 14, 2010

Via e-mail Steve_L_woodward@yahoo.com

Steven Woodward
c/o 7211 Brittwood Lane
Flint, MI 48507

    RE:    American University of Antigua College of Medicine v.
             Steven Woodward
             Case No. 2:10-cv-10978
             Our File No. Misc 3748

Dear Mr. Woodward:

    Attached please find a pdf of the Joint Memorandum Regarding Plaintiff's Motion to Compel Deposition (Docket No. 47). Please complete Defendant's portions and return to my attention for filing on or before **December 17, 2010.**

                        Regards,

                        CARDELLI, LANFEAR & BUIKEMA, P.C.

                        Eric A. Buikema

EAB/ktz
Enclosure