# EXHIBIT 1

**Paul M. Kittinger**

**From:** Kathryn Zalewski
**Sent:** Monday, December 20, 2010 8:39 AM
**To:** Paul M. Kittinger
**Subject:** FW: AUA v Woodward


-----Original Message-----
**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Friday, December 17, 2010 9:29 PM
**To:** Eric A Buikema; Orem Court
**Subject:** Re: AUA v Woodward

Dear Mr Buikema,

You are the one that needs the opportunity for discovery, not me.

You are the one that filed the "Request for Entry of Default", thereby wasting the Court's time and money and burdening everyone involved, and wasted our originally scheduled time for Discovery and Motions, not me.

You are the one that filed for and adjournment to conduct discovery, it's obvious you don't have the evidence to support your claims, not me.

You are the one that filed for second adjournment, further demonstrating you don't have the evidence to support your claims, not me.

Your client is the one that is "supposedly" being damaged daily, yet you did not want to, or did not have the evidence to support your claims for our original scheduled trial, again burdening everyone involved.

The mere fact that you filed for two adjournments, demonstrates at least, the following:
1. You do not have the evidence to support your claims.
2. Your client is not being irreparably injured.
3. Your client's reputation is not being damaged, and that I'm must not be causing your client any damages at all.

We now have until around June to think about things, so lets hope you will be ready by then.

One would think, you would have been able to support your claims prior to filing Document 1, but this is obviously not the case, as remarked by the Honorable Judge Patrick J. Duggan.

Please plan on bringing all of the documentation and answers as I previously requested to the December 22nd Hearing so we don't need to be further burdened over the holidays.

Thank you for your time and have a good day,

Steven Woodward



This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not

1

the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

---

**From:** Eric A Buikema <ebuikema@cardellilaw.com>
**To:** Steve Woodward <steve_l_woodward@yahoo.com>
**Sent:** Tue, December 14, 2010 10:53:46 AM
**Subject:** AUA v Woodward

Mr. Woodward,

Also please advise if you will consent to an extension of the discovery schedule so that we have a realistic opportunity to conduct discovery after the pending motion hearings on December 22nd or if you care to even discuss the same.

Regards,

Eric A. Buikema, Attorney at Law
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
(248) 544-1191 fax
ebuikema@cardellilaw.com