MIED (Rev. 02/10) Notice of Error

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua College
of Medicine,

        Plaintiff(s),

Case No. 10-10978

v.

Judge Patrick J. Duggan

Steven L. Woodward,

        Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
## ERIC A. BUIKEMA

Document number __81__, filed on __12/22/10__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. **Document was stricken and must be refiled**.

☐ Wrong or incomplete PDF image was uploaded. **Document was stricken and must be refiled.**

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. **Document was stricken. Separate documents must be refiled.**

☐ Document is a response or objection to a presentence report or a criminal witness list. **Document was stricken.**

☑ Document is discovery or a disclosure under Fed. R. Civ. P. 26(a)(1), or a certificate of service thereof. **Document was stricken.**

☐ PDF image contains an advertisement. **Document was stricken and must be refiled.**

☐ Parties listed on the initiating document were omitted. *Use docket event Addition of Parties to correct.*

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: December 22, 2010         By: s/Peggy S. Miller
        Deputy Clerk