UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

   Plaintiff,

V

STEVEN L. WOODWARD,

   Defendant.

United States District Court Judge
Patrick J. Duggan, presiding
Michael Hluchaniuk, referral
Case No.: 2:10-cv-10978

| Eric A. Buikema (P58379) | STEVEN L. WOODWARD |
| CARDELLI, LANFEAR & BUIKEMA, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | Steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

**NOTICE OF PRESENTMENT FOR MOTIONS HEARD DECEMBER 22, 2010**

  PLEASE TAKE NOTICE that the attached proposed Order will be entered by the Court unless written objections are received within seven (7) days pursuant to the provisions of Local Rule 58.1.

             /s/ Eric A. Buikema (P58379)
             Eric A. Buikema (P58379)
             Cardelli, Lanfear & Buikema, P.C.
             322 West Lincoln Avenue
             Royal Oak, Michigan 48067
             (248) 544-1100
             ebuikema@cardellilaw.com

Dated: December 23, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Presentment for Motions Heard on December 22, 2010, Proposed Order and this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI 48507 on December 23, 2010.

/s/ Eric A. Buikema
Cardelli, Lanfear, & Buikema, P.C.
322 W. Lincoln
Royal Oak, MI 48067
(248) 544-1100
ebuikema@cardellilaw.com
(P58379)