UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

    Plaintiff,

United States District Court Judge
Patrick J. Duggan, presiding
Michael Hluchaniuk, referral
Case No.: 2:10-cv-10978

V

STEVEN L. WOODWARD,

    Defendant.

---

| Eric A. Buikema (P58379) <br> CARDELLI, LANFEAR & BUIKEMA, P.C. <br> Attorneys for Plaintiff <br> 322 W. Lincoln <br> Royal Oak, MI 48067 <br> (248) 544-1100 <br> ebuikema@cardellilaw.com | STEVEN L. WOODWARD <br> In Pro Per <br> c/o 7211 Brittwood Lane <br> Flint, MI 48507 <br> Steve_L_woodward@yahoo.com |
|---|---|

## ORDER ON MOTIONS HEARD DECEMBER 22, 2010

At a session of said court held in the United States District Court, Eastern District, Southern Division, State of Michigan on _____

PRESENT: _____
Honorable Michael Hluchaniuk
United States District Court Magistrate Judge

IT IS HEREBY ORDERED:

Plaintiff's Motion to Compel Defendant's Deposition (Docket No. 47) is granted for the reasons stated on the record. Specifically, Defendant is ordered to appear for deposition on **January 4, 2011 at 10 a.m.** at a Genesee County location to be determined by Plaintiff's counsel. Plaintiff's related request for costs is denied at this time.

Plaintiff's Second Motion for Adjournment (Docket No. 59) is granted for the reasons stated on the record. The discovery cut off and remaining dates in this matter are hereby adjourned 90 days and the clerk shall issue a new scheduling order consistent with this extension.

Defendant's Motion for Protective Order (Docket No. 56) is denied for the reasons stated on the record.

SO ORDERED,

_____
United States District Court Magistrate Judge