Case 2:10-cv-10978-PJD-MJH

FILED

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2010 DEC 27 A 11 33

U.S. DISTRICT COURT CLERK
EASTERN DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Motion for Pro bono Attorney Assistance**

## Motion for Pro bono Attorney Assistance

The Defendant Steven Woodward has moved from his home, his chosen occupation, and most of his worldly possession solely for the purposes of defending himself against the frivolous claims made by the Plaintiff.

The Defendant has been living far below the poverty level and suffers do to this case.

Steven Woodward humbly requests the Court aid him with his defense by providing an attorney Pro Bono.

If the Court can not aid with an attorney for the entire case the Defendant requests an attorney for Discovery purposes, specifically the deposition phase of Discovery.

If the Court can not help with this aid for the entire case, the Defendant humbly request an attorney that can aid with preparation of the case or an attorney that can answer questions for the Defendant.

If the Court can not help me with an attorney, the Defendant requests a Leave by the Court that would allow an attorney to answer questions without being automatically responsible for the case.

*/s/ Steven Woodward*