UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                          Case No. 2:10−cv−10978−PJD−MJH
                                                Hon. Patrick J Duggan

Steven Woodward,

                Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

    **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Appoint Counsel − #85
Motion for Miscellaneous Relief − #86

                                              s/ Patrick J Duggan
                                              Patrick J Duggan
                                              United States District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/ M. Orem
                                              Deputy Clerk

Dated:   January 3, 2011