UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, | Case No. 10-10978 |
| | Patrick J. Duggan |
| Plaintiff, | United States District Judge |
| vs. | Michael Hluchaniuk |
| | United States Magistrate Judge |
| STEVEN WOODWARD, | |
| Defendant. _____ / | |

## ORDER REGARDING MOTIONS (Dkt. 47, 56, and 59)

Plaintiff's motion to compel defendant's deposition (Dkt. 47) is GRANTED for the reasons stated on the record. Specifically, defendant is ORDERED to appear for deposition on **January 4, 2011 at 10 a.m.** at a Genesee County location to be determined by plaintiff's counsel. Plaintiff's request for costs is DENIED at this time.

Plaintiff's second motion for adjournment (Dkt. 59) is GRANTED for the reasons stated on the record. The discovery cut off and remaining dates in this matter are adjourned for 90 days and the clerks will issue a new scheduling order consistent with this extension.

Defendant's motion for protective order (Dkt. 56) is DENIED for the reasons stated on the record.

**IT IS SO ORDERED**.

1

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed.R.Civ.P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate.

Date: January 5, 2011
s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

### CERTIFICATE OF SERVICE

I certify that on January 5, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov