UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN WOODWARD,<br><br>        Defendant.<br>_____/ | Case No. 10-10978<br><br>Patrick J. Duggan<br>United States District Judge<br><br>Michael Hluchaniuk<br>United States Magistrate Judge |

## ORDER CONDITIONALLY GRANTING DEFENDANT'S MOTION FOR PRO BONO ATTORNEY ASSISTANCE (Dkt. 85)

This matter is before the Court on defendant's motion for pro bono attorney assistance. (Dkt. 85). The motion is conditionally **GRANTED**, and the Court will endeavor to obtain *pro bono* counsel for plaintiff within the next 90 days. Unless ordered otherwise by District Judge Patrick J. Duggan, no deadlines or other proceedings are affected.

    **IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to

1

which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate.

|  |  |
|---|---|
| Date: January 5, 2011 | s/Michael Hluchaniuk<br>Michael Hluchaniuk<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

I certify that on January 5, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov
