Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                               CASE No.: 2:10-cv-10978-PJD-MJH
                                     Judge Patrick J. Duggan
                                     Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Response to Order Conditionally Granting Defendant's Motion for Pro Bono Attorney Assistance**

**Response to Order Conditionally Granting Defendant's Motion for Pro Bono Attorney Assistance**

The Defendant believes there is a mistake in the wording of Order, Document 89.

The Defendant believes the second sentence of the first paragraph phrase:

**"pro bono counsel for plaintiff within the next 90 days."**

should be replaced with:

**"pro bono counsel for defendant within the next 90 days."**

*[signature]*

7211 Brittwood Ln
Flint MI 48507
(810) 235-7267