Case 2:10-cv-10978-PJD-MJH

FILED

20 JAN -6 P 3:17

U.S. DIST. COURT CLERK
EAST. DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Motion for Deposition Schedule Adjournment**

## Motion for Deposition Schedule Adjournment

I informed that the Court has granted me conditional pro bono counsel, document 89, on January 6, 2011.

The ordered on January 4th, 2011 deposition was canceled by the Plaintiff approximately 30 minutes prior to the scheduled start time.

The Defendant was at the office waiting for the Plaintiff on January 4th, 2011.

The Plaintiff requested a new scheduled deposition date of Monday January 10, 2011.

The Defendant would like to request adjournment of depositions until the Defendant can be adequately represented by counsel.

*[signature]*

7211 Brittwood Ln
Flint, MI 48507
(810) 235-7262