Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Response to Court Schedule Order**

FILED
2011 JAN 21 P 2: 42
U.S. DIST COURT CLERK
EAST DIST. MICH
FLINT

## Response to Court Schedule Order

Because of the new Court Schedule Order, Docket 94, the Defendant Steven Woodward will be unavailable to perform any Court related functions between February 2, 2011 until approximately March 7, 2011.

The Defendant has scheduled personal business abroad.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267