Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Motion for Adjournment**

## Motion for Adjournment

The Plaintiff has rescheduled the Deposition of the Defendant Steven Woodward to February 1, 2011. The original Deposition was scheduled for January 4, 2011 and has been rescheduled twice by the Plaintiff.

The Defendant needs to travel abroad, hence will be unable to have the opportunity to review the deposition per Rule 30(e) Review by the Witness; Changes.

The Defendant requests the Court grant and extension to Rule 30(e) so the Defendant can have an opportunity to review the deposition. The Defendant is scheduled to return from abroad approximately March 7, 2011. The Defendant requests the Court grant the Defendant until March 30, 2011 for Rule 30(e).

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267