UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                    Case No. 2:10–cv–10978–PJD–MJH
                                       Hon. Patrick J Duggan

Steven Woodward,

                Defendant(s).

_____/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

    **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Adjourn – #96

                                                s/ Patrick J Duggan
                                                Patrick J Duggan
                                                United States District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/ M. Orem
                                                Deputy Clerk

Dated:   January 25, 2011