UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                              Case No. 2:10–cv–10978–PJD–MJH
                                                Hon. Patrick J Duggan

Steven Woodward,

                Defendant(s).

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Compel – #100

                                          s/ Patrick J Duggan
                                          Patrick J Duggan
                                          United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          s/ M. Orem
                                          Deputy Clerk

Dated:   January 28, 2011