## INDEX OF EXHIBITS

| | |
|---|---|
| A | Transcript of Deposition of Steven Woodward of February 1, 2011 |
| B | Invoice from Bienenstock Court Reporters for Deposition of Steven Woodward |