# EXHIBIT

# B



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Job #: | 110201CLG |
| Job Date: | 02/01/2011 |
| Order Date: | 02/01/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

**Invoice**

| | |
|---|---|
| Invoice #: | 469493 |
| Inv. Date: | 02/14/2011 |
| Balance: | $234.80 |

**Bill To:**
Mr. Eric A. Buikema
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln
Royal Oak, MI 48067

| | |
|---|---|
| Action: | American University of Antigua, et al vs Steven L. Woodward |
| Action #: | 2:10-cv-10978 |
| Rep: | CLG |
| Cert: | 6548 |

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $35.00 |
| 2 | Steven Woodward | E-trans only incl. rough | Pages | 44 | $199.80 |

MISC 3748

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $234.80 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$234.80** |
| Payment | $0.00 |
| **Balance Due** | **$234.80** |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Eric A. Buikema
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln
Royal Oak, MI 48067

**Deliver To:**
Mr. Eric A. Buikema
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln
Royal Oak, MI 48067

**Invoice**



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

| | |
|---|---|
| Invoice #: | 469493 |
| Inv. Date: | 02/14/2011 |
| Balance: | $234.80 |
| Job #: | 110201CLG |
| Job Date: | 02/01/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |