## INDEX OF EXHIBITS

A    Subpoena to National Board of Medical Examiners

B    Subpoena to Educational Commission for Foreign Medical Graduates