# EXHIBIT A

AO88 (Rev. 12/06) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

American University of Antigua College of Medicine; Plaintiff

Subpoena In A Civil Case

v.

Steven Woodward, Defendant

TO: National Board of Medical Examiners
3750 Market St.
Philadelphia, PA 19104

Case Number: 2:10-cv-10978
United States District Court
Judge Patrick J. Duggan

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): I request the documented aggregate annual United States Medical Licensing Examination (USMLE) STEP 1 first time test taker performance data (Pass Rates) for American University of Antigua College of Medicine students, from 2004 until present. I do not want private student data.

| PLACE Steven Woodward 7211 Brittwood Ln Flint, MI 48507 Contact Information: Steve_L_Woodward@yahoo.com | DATE AND TIME 1/20/2011 5:00 PM |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) /s/ Miller  Deputy Clerk | DATE October 8, 2010 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. WEAVER, Court Administrator
Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, MI 48226 313-234-5015

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

American University of Antigua College of Medicine Plaintiff

### Subpoena In A Civil Case

V.

Steven Woodward, Defendant

TO: National Board of Medical Examiners
3750 Market St.
Philadelphia, PA 19104

Case Number: 2:10-cv-10978
United States District Court
Judge Patrick J. Duggan

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): I request the documented aggregate annual number of United States Medical Licensing Examination (USMLE) STEP1 first time test takers from the American University of Antigua College of Medicine, from 2004 until present. I do not want any private student data.

| PLACE Steven Woodward 7211 Brittwood Ln Flint, MI 48507 Contact Information: Steve_L_woodward@yahoo.com | DATE AND TIME 1/28/2011 5:00 PM |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *P S Miller* Deputy Clerk | DATE October 8, 2010 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. WEAVER, Court Administrator
Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, MI 48226 313-234-5015

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

American University of
Antigua College of Medicine
Plaintiff

v.

Steven Woodward, Defendant

**Subpoena In A Civil Case**

Case Number: 2:10-CV-10978
United States District Court
Judge Patrick J. Duggan

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA, 19104

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): I request a "yes" or "No" verification of the United States Medical Licensing Examination (USMLE) STEP1 scores for each person and associated "STEP1" score named in Exhibit 1.

| PLACE Steven Woodward 7211 Brittwood Ln Flint, MI 48507 | DATE AND TIME 1/28/2011 5:00PM |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *signature* Deputy Clerk | DATE October 8, 2010 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. WEAVER, Court Administrator
Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, MI 48226  313-234-5015

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.