# EXHIBIT B

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of Michigan
Southern Division

American University of Antigua College of Medicine
*Plaintiff*

v.

Steven Woodward
*Defendant*

United States District Court
Judge Patrick J. Duggan

Civil Action No. 2:10-cv-10978-PJD-MJH

(If the action is pending in another district, state where:)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Educational Commission for Foreign Medical Graduates
3624 Market St
Philadelphia, PA 19104-2685

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: I request the annual aggregate number of first time test takers of the United States Medical Licensing Examination, USMLE, Step1 from the Plaintiff from 2004 until present

| Place: Steven Woodward<br>7211 Brittwood Ln<br>Flint, Michigan 48507 | Date and Time:<br>02/25/2011   5:00 PM |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 1/30/2011

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*          OR          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Steven Woodward
7211 Brittwood Ln Flint, Mich 48507 - 810-235-7267, who issues or requests this subpoena, are:
Steve_L_Woodward@yahoo.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of Michigan
Southern Division
United States District Court Judge
Patrick J. Duggan

American University of Antigua College of Medicine
_Plaintiff_

v.

Steven Woodward
_Defendant_

Civil Action No. 2:10-cv-10978-PJD-MJH

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Educational Commission for Foreign Medical Graduates
3624 Market St.
Philadelphia, PA 19104-2685

☒ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: I request the annual aggregate first time test taker United States medical licensing Examination, USMLE, Step 1 performance data, Pass/Fail rates, for the Plaintiff's students from 2004 until present

| Place: Steven Woodward<br>7211 Brittwood Ln<br>Flint, Michigan 48507 | Date and Time:<br>02/25/2011  5:00PM |

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 1/30/2011

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_    OR    _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing (name of party) Steven Woodward, who issues or requests this subpoena, are:
7211 Brittwood Ln Flint, Mich 48507    810-235-7267
Steve_L_Woodward@yahoo.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan Southern Division
United States District Court Judge Patrick J. Duggan

American University of Antigua College of Medicine
_Plaintiff_

v.

Steven Woodward
_Defendant_

Civil Action No. 2:10-cv-10978-PJD-MJH

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Educational Commission for Foreign Medical Graduates
3624 Market Street
Philadelphia, PA 19104-2685

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: I request the verification of the United States Medical Licensing Examination, USMLE, Step 1 scores for the American University of Antigua College of Medicine, AUA, students listed in Exhibit 1.

| Place: Steven Woodward<br>7211 Brittwood Ln<br>Flint, Michigan 48507 | Date and Time:<br>02/25/2011  5:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 1/30/2011

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_   OR   _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Steven Woodward , who issues or requests this subpoena, are:
7211 Brittwood Ln Flint, Mich 48507
810-235-7267  StevenLWoodward@yahoo.com

RECEIVED FEB 03 2011
MISC 3748