UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.

Steven Woodward,

                Defendant(s).

Case No. 2:10−cv−10978−PJD−MJH
Hon. Patrick J Duggan

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Miscellaneous Relief – #103
Motion to Quash – #104

s/ Patrick J Duggan
Patrick J Duggan
United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/ M. Orem
Deputy Clerk

Dated:   February 15, 2011