UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, | Case No.  10-10978 |
| | Patrick J. Duggan |
| Plaintiff, | United States District Judge |
| vs. | Michael Hluchaniuk |
| | United States Magistrate Judge |
| STEVEN WOODWARD, | |
| Defendant._____/ | |

**ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION
TO RECONVENE DEPOSITION (Dkt. 103) and PLAINTIFF'S
MOTION TO QUASH SUBPOENAS (Dkt. 104)**

This is a civil action filed on March 11, 2010.  Plaintiff filed a motion to reconvene deposition and a motion to quash subpoenas on February 15, 2011. (Dkts. 103, 104).  Defendant must file a response to the original motion, including a written brief, in accordance with Local Rule 7.1.  The deadline for defendant's response is **MARCH 4, 2011**.  **Failure to file a response may result in sanctions, including granting all or part of the relief requested by the moving party.**  The deadline for the moving party's reply is **MARCH 11, 2011**.

**IT IS SO ORDERED.**

1

|  |  |
|---|---|
| Date: February 15, 2011 | s/Michael Hluchaniuk<br>Michael Hluchaniuk<br>United States Magistrate Judge |

### CERTIFICATE OF SERVICE

I certify that on February 15, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov