UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua College of Medicine

        Plaintiff(s),                      Case No. 10-cv-10978

v.                                        Judge Patrick J. Duggan

Steven Woodward

        Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
### Eric A. Buikema

Document number __107__, filed on __2/16/2011__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document was stricken and must be refiled.

☐ Wrong or incomplete PDF image was uploaded. Document was stricken and must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken. Separate documents must be refiled.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☑ Document is discovery or a disclosure under Fed. R. Civ. P. 26(a)(1), or a certificate of service thereof. Document was stricken.

☐ PDF image contains an advertisement. Document was stricken and must be refiled.

☐ Parties listed on the initiating document were omitted. Use docket event Addition of Parties to correct.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: February 16, 2011                By: S/Pat Paul
                                            Deputy Clerk