## INDEX OF EXHIBITS

A    Subpoena to Sallie Mae

B    2-4-11 letter from SallieMae to Steven Woodward