# EXHIBIT

# A

AO88 (Rev. 12/06) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan
### Subpoena In A Civil Case

American University of
Antigua College of Medicine
Plaintiff

Steven Woodward, Defendant

Case Number: 10-cv-10978-PJD-MJH
Judge Patrick J Duggan

TO: Sallie Mae
220 Lasley Ave
Wilkes-Barre, PA 18706

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): I request copies of all Loan Certifications concerning Sallie Mae and Students from American University of Antigua College of Medicine as defined in Exhibit 1. I request Copies of all documentation concerning the Lending status and actions between Sallie Mae and the American University of Antigua College of Medicine as defined in Exhibit 1.

| PLACE Steven Woodward 7211 Brittwood Ln Flint, MI 48507  Steve_L_Woodward@yahoo.com | DATE AND TIME  11/29/2010 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *PS Miller* Deputy Clerk | DATE October 8, 2010 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. WEAVER, Court Administrator
Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, MI 48226  313-234-5015

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## Exhibit 1

Please do not include any private student information other than what is included in Exhibit 2.

1) I request a copy of all Loan Certifications for every, or any, student named in Exhibit 2.

2) I request a copy of all Loan Certifications signed by Sevrine Barrie.

3) I request a copy of all Loan Certifications for every student from the American University of Antigua College of Medicine, AUA.

4) I request a copy of all contracts between Sallie Mae and the American University of Antigua College of Medicine, AUA, and partners, that would entitle AUA students to all/any Sallie Mae loan program(s).

5) I request a copy of all/any application(s), proposal(s), and/or request(s) from the American University of Antigua College of Medicine to Sallie Mae for all/any loan program participation, entitlement, and/or eligibility.

6) I request a copy of all/any Sallie Mae reply to all/any American University of Antigua College of Medicine's application(s), proposal(s), and request(s) for all/any Sallie Mae loan program(s) concerning AUA students.

7) I request a copy of all Sallie Mae's deletion, cancellation, retraction, denial, or refusal of service for all/any loan program participation concerning the American University of Antigua College of Medicine.

8) I request a copy of all documentation of grievances, claims, or legal actions known by Sallie Mae concerning American University of Antigua College of Medicine.

9) I request a copy of all/any documentation that would grant all/any American University of Antigua College of Medicine student entitlement, eligibility, and/or access to all or any Sallie Mae loan program(s), include all said dates for which loans would be available to entitled AUA student(s).

10) I request all documentation concerning the lending status of the American University of Antigua College of Medicine for all/any Sallie Mae loan programs between 2003 until November 2010.

**Contact Information:**
Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507                      steve_L_woodward@yahoo.com

| Student Name |
| --- |
| Preciado Jeffrey |
| Gonzalez, Claudia |
| Rakalla, Gurvinder |
| Dhillon, Rupeet |
| Harris III, Junior |
| Bohnert, Shannon |
| Decoteau, Carlond |
| Monroe, Mariam |
| Petrova, Veronika |
| Kannankeril, Joe |
| Stevenson, Clinton |
| Adamu, Hephzibah |
| Thomas, Debra |
| Devaney, Thomas |
| Linkowski, Micheal |
| Robinson, Gail |
| Romanik, Nikki |
| Sarathchandra, Janaka |
| Schroeder, Hilary |
| Ali, Husam |
| Abdullah, Sirhan |
| Kurien, Alvin |
| Nakhwal, Sukhminder |
| Crespo-Valez, Carmen |
| Zverinsky, Aleksandr |
| Eni, Eni |
| Ashley, Cherrise |
| Boakye, Kwaku |
| Kamash, Tamer |
| Lanphear, Eric |
| Martin, Nathan |
| Soresen, Hollie |
| August, Mihenka |
| Belpulsi, Danamarie |
| Cafiero, Ralph |
| Haddad, Mousa |
| Pate, Judy |
| Lima. Ateaya |
| Merkley, Kenneth |
| Nwagbo, Anthonia |
| Addhavarapu, Venkatesh |
| Hang, Tammy |
| Okoro, Philip |
| Okoronkwo, Earnest |
| Toussaint, Pierrette |
| Andhavarapu, Venkatesh |
| Aguilera, Francia |
| Corbin, Aaron |
| Knowles-James, Cerise |
| Kohli, Navreet |
| Pennisi, Dominic |

**EXHIBIT 2**

Pg 1

| Name |
|---|
| Tadros, Adeeb |
| Gnanashekar, Ephraim |
| Huda, Sophia |
| Selvarajah, Priya |
| Shahzad, Humara |
| Thomas, Lisa |
| Tiwana, Raju |
| Vijayan, Pravin |
| Felix, Ashvin |
| Jain, Atul |
| Muhammad, Aqeel |
| Tammara, Anita |
| Chineme, Jessica |
| Fasihy, Shahram |
| Hadawy, Angel |
| Lafond, Fritzanella |
| Olorunnisola, Moses |
| Roever, Christopher |
| Yun, Roderick |
| Beranger, Alexandria |
| Martin, Ravonna |
| Shodunke, Temitope |
| Zimmerman, Sara |
| Davis, Barbara |
| Jackson, Larry |
| Kaur, Harjeet |
| Kalaria, Neha |
| Syed, Hassan |
| Ahmadi, Yunus |
| Dabas Vivek |
| Ferrol, Isaline |
| France, Kenneth |
| Franklin, Bina |
| Kodali, Smila |
| Loza, Alejandro |
| Bagenholm, Allyson |
| Bhaskarla, Niveditha |
| Crew Erica |
| Ioffe, Julia |
| Isacoff, Adam |
| Lambert, Nahesi |
| Miskin, Chandrabhaga |
| Rao, Panisri |
| Shahani, Monica |
| Tahir, Hina |
| Uppal, Amandeep |
| Chumak, Maxim |
| El-Sherif, Dana |
| Harden, Kimberly |
| Marin, Louis |
| Panchal, Roshni |
| Patel, Rupal |

| Name |
|---|
| Patel, Samir |
| Bastien, Carl-Frederic |
| Beckwith, Micheal |
| Faustin, Guerry |
| Jones, Takaya |
| Lapikov, Vitaliy |
| Oyelowo, Doyin |
| Patel, Bhavika |
| Patel, Bhavika |
| Rojas, Luis |
| Soyoye, Tajudeen |
| St.Denis, Anthony |
| Freier, Richard |
| Kidd, Vicki |
| Oyedepo, Babadele |
| Soni Ambica |
| Thoman, Stacey |
| Ajayi, Olumide |
| August, Elizabeth |
| Kumar, Seema |
| Patel, Dipesh |
| Saleh, Tarek |
| Stair, Erin |
| Ajala, Khaalisha |
| Ansari, Osama |
| Barrett, Shean |
| Ghani, Helai |
| Akitan, Abosede |
| Oprea, Micheal |
| Esmaeili, Ehsan |
| Jiansakul, Thanavut |
| Lhungay, Cherie |
| Shoja, Pantea |
| Johnsen, Jay |
| Budhraja, Vikram |
| Ray, Asheesh |
| Betz, Milica |
| Falter, Keith II |
| Hasselfeld, Randi |
| Baker, Iyad |
| Woodard, Jameson |
| Pate, Amy |
| Polynice, Judette |
| Cheruku, Sreekanth |
| Reilly, Thomas |
| Gray, Sanjiv |
| Patel, Amit |
| Rao, Ryan |
| Torabi, Radmehr |