Case 2:10-cv-10978-PJD-MJH

**FILED**

**2011 FEB 28 A 11: 03**

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Defendant's Response to Plaintiff's Motion to Quash Subpoenas**

1

## Defendant's Response to Plaintiff's Motion to Quash Subpoenas

**List of Exhibits:**

Exhibit 1, USMLE Performance Data,
http://www.usmle.org/Scores_Transcripts/performance.html

Exhibit 2, Medical Student Suicide Rates, 11% consider suicide

The Plaintiff is acting in Bad Faith even suggesting restricting this evidence from being discovered. This is constant with their behavior concerning the entire Discovery process.

1. How can the Court not have jurisdiction, these businesses and organizations do business transactions and advertise in the State of Michigan.

2. The subject matter sought can not be defined as overly broad or burdensome, since it is reported to the individual level on the Internet on an ongoing annual report.

The statistics of this matter is reported on the request parties Web sites annually since at least 1993: http://www.usmle.org/Scores_Transcripts/performance.html.

The Defendant seeks the following:

A. Confirmation and Validation of Private Student Grades of which the Plaintiff disclosed and the Plaintiff admits to being disclosed.

The National Board of Medical Examiners, NBME, manages the United States Medical Licensing Examination, USMLE and has these scores since they manage the tests and report on the findings.

2

B. Annual aggregate USMLE Step 1 Pass/Fail rates for first time test takers from the American University of Antigua College of Medicine.

This data is also reported on by the NBME under any of the annual findings under Exhibit 1, under the heading

"Examinees from Non-US/Canadian Schools, 1st Takers".

This data is reported to the exact number of students.

C. Annual aggregate number of students, first time test takers, from the Plaintiff who took the USMLE Step 1.

This too is known by the NBME as demonstrated by Exhibit 1.

3. This information can not be considered private or privileged, since the Plaintiff posted their **alleged** annual testing results for this data as advertisement on their own Web site www.auamed.org and other Web sites such as www.valuemd.com.

4. The Plaintiff disclosed the student grades the Defendant posted. The Plaintiff admits this as fact. The Defendant is just verifying all of the grades the Plaintiff admits they disclosed.

If the Plaintiff is telling the truth then they should not have any problems verifying the information they advertised to potential students.

The Plaintiff has thus far acted in Bad Faith concerning producing any documentation or answers to either the Defendants Interrogatories or Admissions.

It is apparent that their Industry Partners follow in this example even in the attempt by the Defendant to protect their customers, United States Citizens, the Students of AUA.

The honorable Judge Patrick J. Duggan commented during our first hearing that the truth will found out.

It apparent the Plaintiff is attempting to cover-up the facts as well as other facts such as those concerning one of their students which was sexually assaulted and now there is reports that another has died, since the founding of the School in 2004.

How many have been robbed by this Wall Street Businessman from their dreams and desire to help and serve others?

Exhibit 2 is an article stating that 11% of Medical Students consider suicide.

It is beyond comprehension that the court would not demand this information for the purposes of finding out the truth concerning the matters involved in this case. The Defendant requests the Court do everything in their power to determine these facts.


Steven Woodward

7211 Brittwood Lane

Flint, Michigan 48507

810-235-7267