UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,<br><br>             Plaintiff,<br>vs.<br><br>STEVEN WOODWARD,<br><br>             Defendant.<br>_____/ | Case No.  10-10978<br><br>Patrick J. Duggan<br>United States District Judge<br><br>Michael Hluchaniuk<br>United States Magistrate Judge |

## ORDER ON MOTIONS (Dkt. 92, 96)

This matter is before the Court on various discovery motions referred to the undersigned by District Judge Patrick J. Duggan.  Defendant filed a motion to adjourn his deposition on January 6, 2011.  (Dkt. 92).  This matter has been resolved, defendant's deposition taken, and this motion is now **DENIED** as moot.

Defendant has also moved to extend the time to review his deposition transcript under Rule 30(e) until March 30, 2011.  (Dkt. 96).  Plaintiff has no objection (Dkt. 98) and this motion is, therefore, **GRANTED**.

**IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.

1

Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate.

Date: March 15, 2011                          s/Michael Hluchaniuk
                                              Michael Hluchaniuk
                                              United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on March 15, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

                                              s/Tammy Hallwood
                                              Case Manager
                                              (810) 341-7887
                                              tammy_hallwood@mied.uscourts.gov