UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, | Case No. 10-10978 |
| Plaintiff, | Patrick J. Duggan<br>United States District Judge |
| vs. | |
| STEVEN WOODWARD, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendant. | |

_____/

**ORDER GRANTING MOTION
TO RECONVENE DEPOSITION (Dkt. 103)**

Plaintiff has moved for an order requiring defendant to appear for a continued deposition at the U.S. District Court in Flint, Michigan, based on the repeated difficulties encountered at the last deposition and the need to seek the intervention of the magistrate judge on several occasions. (Dkt. 103). Defendant objects to the requested procedure for a host of reasons, the vast majority of which have nothing to do with the request sought or his deposition. (Dkt. 111). Given the difficulties encountered by the parties at the first deposition of defendant, plaintiff's motion is **GRANTED** and defendant's continued deposition will take place at the U.S. District Court, 600 Church Street, in Flint, Michigan on **March 24, 2011 at 10:00 a.m.**

**IT IS SO ORDERED**.

1

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate.

Date: March 15, 2011

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on March 15, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov

2