Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Motion to Compel Sallie Mae**

FILED
2011 MAR 17 P 4: 12
U.S. DIST. COURT CLERK
E/S. DIST. MICH
FLINT

1

**Motion to Compel Sallie Mae**

**List of Exhibits:**
Exhibit 1. Devin Hewitt, Dated October 13, 2010
Exhibit 2. Nellie Mae Loan Certificate, 11/07/06
Exhibit 3. Nellie Mae Loan Certificate, 1/06/06
Exhibit 4, Email Sevrine Barrie to ECFMG, May 6, 2008
Exhibit 5, May 8, 2008 ECFMG USMLE ineligible
Exhibit 6, May 21, 2008 Letter of Dismissal
Exhibit 7. Sallie Mae Address
Exhibit 8. Sallie Mae Michigan
Exhibit 9, Subpoena to Sallie Mae

The Plaintiff and their business partners have acted in Bad Faith concerning Discovery,

violating Federal Rules 26.

1.  American University of Antigua College of Medicine advertised loan availability and

processed student loans from Sallie Mae under false pretenses as demonstrated in

**(Exhibit 1).**

**"I have researched your account and have confirmed that you have three Excel**

**Grad Loans that are serviced by Sallie Mae.  These loans were borrowed to finance**

**your attendance at Kasturba Medical College; not American University of**

**Antigua."**

**"NOT AMERICAN UNIVERSITY OF ANTIGUA"**

Unknowing, students were involved in these loan programs processed under false

pretenses.

2

The Nellie Mae Loan Certifications, **Exhibit 2** and **Exhibit 3**, is further evidence of the fraud committed by American University of Antigua College of Medicine and Greater Caribbean Learning Resources.

The Nellie Mae Loan Certificates are written under Kasturba Medical College letterhead with nothing indicating that the Defendant attended the American University of Antigua College of Medicine.

The Nellie Mae Loan Certificates are signed and dated by Sevrine Barrie, Dean of Registrarial and Student Services.

Sevrine Barrie was an employee of American University of Antigua College of Medicine, c/o Greater Caribbean Learning Resources, New York as seen in **Exhibit 4**.

The Nellie Mae Loan Certifications are fraudulent, falsified records to a financial institution, to deceive Sallie Mae and/or to work with Sallie Mae to deceive and issue student loans under false pretense.

In any case the students, young United States Citizens, suffer from the lies and fraud by the hand of American University of Antigua College of Medicine, Greater Caribbean Learning Resources, Neal S. Simon, Peter Bell, Sevrine Berrie and his employees violating at least:

U.S. Code Title 18, PART I, Chapter 47

U.S. Code Title 18, PART I, Chapter 63

**2.** Sevrine Barrie has conspired against the Defendant before.

Sevrine Barrie conspired to, and committed fraud before against the Defendant, denying

the opportunity to take the United States Medical Examination, USMLE, Step I medical

board exam.  The Defendant earned the right to sit for the exam, the Defendant was

registered to take the exam, and the exam was paid for.

On May 6, 2008 Sevrine Barrie wrote an email, **Exhibit 4,** to Bill Kelly of the ECFMG.

**"This is to inform you that Steven Woodward is no longer enrolled at the American**

**University of Antigua"**

May 8, 2008 ECFMG notified the Defendant that they were no longer eligible to take the

USMLE, Step I exam, **Exhibit 5**.

**"ECFMG has recently received information indicating that you no longer meet all**

**eligibility requirements to take USMLE examinations.  ECFMG received notice**

**dated May 6, 2008 from the American University of Antigua indicating you were**

**"no longer enrolled" at the American University of Antigua."**

**May 21**, 2008, **Exhibit 6**, is the date of wrongful dismissal of the Defendant by the

Plaintiff.

This demonstrates the heinous nature and abuse cause against the Defendant by this Wall Street Business (Greater Caribbean Learning Resource), Foreign Business(American University of Antigua College of Medicine), Neal Simon, Peter Bell, and administration and faculty

**3.** This evidence proves the Document 1 claims made by this Plaintiff are an effort to cover-up these facts, the criminal activities of these people, this industry, and that the Defendant is just and correct about this Plaintiff.

The information requested will prove the Defendant is innocent from the Libel and Slander of the Plaintiff's claims.

Sallie Mae is a United States entity and does business in the State of Michigan as demonstrated in **Exhibit 7** and **Exhibit 8.**

To prove my innocents and prove the fraudulent nature of the Plaintiff, the Defendant requests the information and documentation as written in **Exhibit 9**.

The Plaintiff includes in their Docket 1 Claims, accusations of losing access to funding and student aid is caused by the Defendant, the reality is, this Plaintiff's own actions and fraud are the reasons for not having access to these programs.

The Defendant requests the Court perform the duty, as promised, to determine the truth, demanding production of all the requested documentation in **Exhibit 9**, and to bring justice against these businesses in the effort to protect the Citizens of the United States against the heinous acts committed by the Plaintiff and associated individuals.

The evidence begs the Court to consider the questions; how much fraud has been committed, how many malicious and heinous activities does the Plaintiff engage, and against how many of their students.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267



**SallieMae**
www.SallieMae.com

**P.O. Box 4200**
**Wilkes-Barre, PA  18773-4200**

October 13, 2010

Mr. Steven L. Woodward
7211 Brittwood Lane
Flint, MI 48507-4623

**RE:    Your Student Loan Account** ~~████████~~

Dear Mr. Woodward:

This letter is in response to your inquiry requesting assistance with an issue you are having with St. Joseph Mercy Oakland Hospital and The American University of Antigua.

I have researched your account and have confirmed that you have three Excel Grad Loans that are serviced by Sallie Mae.  These loans were borrowed to finance your attendance at Kasturba Medical College; not American University of Antigua.  Enclosed please find copies of your promissory notes.

I hope that the information and documentation provided are helpful to you.  You may contact me directly and toll-free at 888-545-4199, x89180, if you have any questions.

Sincerely,

Devin Hewitt
Office of the Customer Advocate
Sallie Mae

Enclosures

**EXHIBIT** |

# EXHIBIT 2

TREASURY.OF, THE ORIGINAL   11:30:06 AM 866-35   No. 8539   P. 1/1

# Nellie Mae Loan Certification

App. #:  976417          Date:  11/07/06          File #:  9221

Fax: 866-347-0692                    Tel.: 800-335-1900

### General Student Information

Student Name:  STEVEN L. WOODWARD          Loan Type:  MDEXCEL

SSN:                          Academic Loan Period:  From: 09/06  To: 12/06

Program of Study:*  Medicine          Amount Approved:  $ 18,286
* Medical Program of Study includes Dental

### Certification of Attendance

Academic Loan Period:  From: 9-6-06  To: 12-26-06   Anticipated Graduation Date: 12 20 2009

Student Grade Level:  4          Is student enrolled at least 1/2 time?  Yes ✓  No _____

### Certification of Cost
Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.          Fee:  5.000 %

Complete for all students:

Preferred # of disbursements this loan:    1 ✓  2 ____  3 ____  4 ____          Hold / Release:

Preferred 1st disbursement date:  11 / 7 / 06  and amount: $ 18,286  H ___  R ___

Preferred 2nd disbursement date: ___ / ___ / ___  and amount: $_____  H ___  R ___

Preferred 3rd disbursement date: ___ / ___ / ___  and amount: $_____  H ___  R ___

Preferred 4th disbursement date: ___ / ___ / ___  and amount: $_____  H ___  R ___

Total School Certified Amount: $ 18,286

### Certification Options
Note: Participating institutions only. Call Nellie Mae for program details.

Interest Subsidy Options:

_____ Interest subsidy flat rate.          _____ Interest subsidy %.
1 2 3 4 5 6 7 8 9 10                              25 50 75 100

### College / University Certification
Note: The school certified amount must not exceed the cost of attendance less other aid for the loan period.

Financial Aid Office:

KASTURBA MEDICAL COLLEGE          _____ 11/7/06
PO BOX 8  MANIPAL 576 119          Signature and Date
KARNATAKA
INDIA, FC 576104                  SEVRINE BARRIE
                                  Name (please print)

                                  Dean of Registrarial and
                                  Title (please print)  Student Services

DOE Code:  008450  00

TRUE COPY OF THE ORIGINAL

# Nellie Mae Loan Certification

App. #: 736939          Date: 01/06/06          File #: 9221

Fax: 800-931-2200          Tel.: 800-335-1900

| General Student Information |
| --- |

Student Name:  STEVEN L WOODWARD

Academic Loan Period:  From: 01/06  To: 08/06  Loan Type: MDEXCEL

Program of Study:  *medicine*          Amount Approved:  $ 34,397
*Medical Program of Study includes Dental*

| Certification of Attendance |
| --- |

Academic Loan Period:  From: 1-5-06 To: 8-25-06 Anticipated Graduation Date: 5/30/2009

Student Grade Level: A          Is student enrolled at least 1/2 time?  Yes X  No _____

| Certification of Cost |
| --- |
| Note: Applicant may borrow a guarantee fee in addition to the amount disbursed.          Fee:  0 % |

Complete for all students:

Preferred # of disbursements this loan:     1 ____  2 X  3 ____  4 ____     Hold / Release:

Preferred 1st disbursement date: 1 / 10 / 06  and amount: $ 17,198.50   H____ R____

Preferred 2nd disbursement date: 4 / 21 / 06  and amount: $ 17,198.50   H____ R____

Preferred 3rd disbursement date:  __ / __ / __  and amount: $ _____   H____ R____

Preferred 4th disbursement date:  __ / __ / __  and amount: $ _____   H____ R____

Total School Certified Amount: $ 34,397.00

| Certification Options |
| --- |
| Note:  Participating institutions only. Call Nellie Mae for program details. |

*Interest Subsidy Options:*

Interest subsidy flat rate.     Interest subsidy %.
1 2 3 4 5 6 7 8 9 10           25 50 75 100

| College / University Certification |
| --- |
| Note:  The school certified amount must not exceed the cost of attendance less other aid for the loan period. |

Financial Aid Office:

KASTURBA MEDICAL COLLEGE
PO BOX 8   MANIPAL 576 119
KARNATAKA
INDIA, FC 576104

Signature and Date  7/10/06

Name (please print)

Assist. Dean Of Student Services
Title (please print)

DOE Code:  008450  00

# EXHIBIT 3

**From:** Sevrine Barrie [mailto:Sbarrie@AUAMED.ORG]
**Sent:** Tuesday, May 06, 2008 1:24 PM
**To:** Kelly, Bill
**Subject:** RE: ECFMG USMLE /Steven Woodward

Hi Bill:

Thanks for taking the time to return my call.

This is to inform you that Steven Woodward is no longer enrolled at the American University of Antigua. Thank you.


Sincerely,

Sevrine Rodrigues Barrie
Dean of Student Services and Registrar

**EXHIBIT 4**

\

**From:** Kelly, Bill (bkelly@ECFMG.org)
**To:** steve_l_woodward@yahoo.com;
**Date:** Thu, February 19, 2009 8:45:14 AM
**Cc:**
**Subject:** RE: ECFMG Letter to Mr. Steven Woodward

February 19, 2009

Mr. Woodward:

As requested, I am enclosing a copy of the correspondence from the American University of Antigua that was the basis for ECFMG's notification to you on May 8, 2008.

If you have any questions or need additional information, please let me know.

Sincerely,

William Kelly
Associate Vice President for Operations
ECFMG
3624 Market St., 4th Floor
Philadelphia, PA 19104
USA
Telephone: (215) 823-2277
Fax: (215) 386-9767
Email: bkelly@ecfmg.org

---

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Thursday, February 12, 2009 11:33 AM
**To:** Kelly, Bill
**Subject:** Fw: ECFMG Letter to Mr. Steven Woodward

Mr. Kelly,

Please send me all correspondence that AUA had with ECFMG regarding the attached email.

Thank you for your time,

Steven Woodward

----- Forwarded Message ----
**From:** " Kesting , Virginia " <VKesting@ECFMG.org>
**To:** steve_l_woodward@yahoo.com
**Sent:** Thursday, May 8, 2008 10:43:14 AM
**Subject:** ECFMG Letter to Mr. Steven Woodward

<<ECFMG Letter to Mr. Steven Woodward.pdf>>
The message is ready to be sent with the following file or link attachments:

ECFMG Letter to Mr. Steven Woodward.pdf

2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

3

**ECFMG**™  EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900     215-386-9767 Fax
www.ecfmg.org

Personal and Confidential
Via Email

May 8, 2008

Mr. Steven Woodward
7211 Brittwood Ln.
Flint, MI  48507

Re. USMLE™/ECFMG® Identification No. 0-750-143-0

Dear Mr. Woodward:

ECFMG has recently received information indicating that you no longer meet all eligibility requirements to take USMLE examinations.  ECFMG received notice dated May 6, 2008 from the American University of Antigua indicating you were "no longer enrolled" at the American University of Antigua.

USMLE and ECFMG policy requires a medical school student to be enrolled in medical school both at the time the individual applies for the examination and at the time the individual takes the examination.  Although you may have been enrolled in medical school at the time you applied for an examination, based on the information provided by the American University of Antigua, you are no longer enrolled.  Since you are no longer enrolled at the American University of Antigua, you are ineligible to take examinations.

If there is an error in the records of the medical school, you must resolve it with the medical school immediately.  As is stated in the ECFMG *Information Booklet*,

"If your eligibility for an exam changes after you apply but before you take the exam, you are required to inform ECFMG immediately of this change in your status."

Also note the following statements in the USMLE *Bulletin of Information*,

"If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly.  Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a determination of irregular behavior.  If you take a Step or Step Component for which you are not eligible, scores for that examination may not be reported or, if previously reported, may be revoked."



**EXHIBIT 5**

1

Mr. Steven Woodward
May 8, 2008
Page 2

You were registered for the USMLE Step 1 (April 2008-June 2008 eligibility period).  ECFMG has cancelled your registration for this examination.

If you have any questions or need additional information, please let me know. My telephone number is (215) 823-2277 and my email address is bkelly@ecfmg.org.

Sincerely,

William C. Kelly
Associate Vice President for Operations

/wck

**From:** Kesting, Virginia (VKesting@ECFMG.org)
**To:** steve_l_woodward@yahoo.com;
**Date:** Thu, May 8, 2008 10:43:14 AM
**Cc:**
**Subject:** ECFMG Letter to Mr. Steven Woodward

<<ECFMG Letter to Mr. Steven Woodward.pdf>>
The message is ready to be sent with the following file or link attachments:

ECFMG Letter to Mr. Steven Woodward.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.



**AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE**

Friar's Hill Road
P.O. Box W - 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

May 21st, 2008

Mr. Steven Woodward
7211 Brittwood Lane
Flint, Michigan 48507

Dear Mr. Woodward:

On December 19, 2007, a grievance hearing was held based on allegations made against you by American University of Antigua, College of Medicine, Professor Susan Catherine Zona and Trinity Health-Michigan. You were provided with notice of the Grievance and Disciplinary Committee hearing and given the opportunity to testify at the hearing and to provide evidence on your behalf and in your defense which you declined to do.

The Grievance Committee investigated the allegations that you behaved inappropriately, unprofessionally and in a manner not befitting that of a physician during the course of your V Semester studies at Trinity Health-Michigan and, after considering all of the evidence presented, found that your behavior during your V Semester studies was disrespectful and unprofessional. As a result, the Committee recommended that you be dismissed from the University and that, should you apply for re-admission at some future date, the re-admission procedure should include a full review of the Committee's recommendation and the evidence considered at the hearing.

After reviewing the Committee's report, I do agree with its findings. I view your actions as highly unprofessional and improper. Your behavior showed clearly that you failed to live up to the high standards of professional conduct of our profession. I also considered that the finding of the Grievance Committee was not the first such finding rendered against you by a Grievance Committee of the University; a Grievance Committee empanelled in October, 2006 had previously found that you had acted rudely, unprofessionally in an improper manner to one of your professors, among other wrongful acts, as a result of which you were placed on non-academic probation for the Fall semester 2006 and Spring semester 2007 and were required to seek counseling (anger management).

Guided by the forgoing, I have decided to accept the recommendation of the Grievance Committee and hereby notify you that:

1.   you are forthwith dismissed from American University of Antigua College of Medicine.

Head office:
#2 Wall Street, 10th Floor, New York, NY 10005
Telephone: 1-212-661-8899        Fax: 1-212-661-8864
http://www.auamed.org

**EXHIBIT** 

2. Should you apply for re-admission to the University at some future date, the re-admission procedure should include a full review of the Committee's recommendation and the evidence considered by the Committee at its hearing.

You may appeal this decision in writing to the President of the University within 14 days of your receipt of this letter.  Should you so appeal, you will have the right to counsel and to present witnesses and documentary evidence and your appeal will be heard by the President and at least one other non-involved member of the University's administration in accordance with the University's Rules and Regulations as set forth in its Student's Handbook, a copy of which you had acknowledged in writing that you received.

Very truly yours,

Dr. med. Peter Bell
Vice President Academic Affairs and Executive Dean

cc:     Neal Simon, President
        AUA, College of Medicine

        William Cain, Ph.D.
        Chair Grievance and Disciplinary Committee

        Ernesto Calderon, MD

2

# SallieMae

# Contact us

We're here to help you find the service you need.

Customers with a Manage Your Loans user ID and password can access our customer support link.

Get immediate answers by viewing our frequently asked questions.

## General information and account inquiries

**LOG IN TODAY!**

Manage your loans

Make a payment

Enter the Great Sallie Mae Giveaway! You could win $25,000!

**TOOLS AND RESOURCES**

Email customer support

**Toll free:** (888) 2-SALLIE (888-272-5543)
**TDD:** (888) TDD-SLMA (888-833-7562)

**ARE YOU LOOKING FOR A FORM?**
Visit our Frequently requested forms page.

If you can't dial toll-free numbers from your location, please call (317) 570-7397.

Business hours are Monday–Thursday, 8:00 a.m.–9:00 p.m. EDT; Friday, 8:00 a.m.–8:00 p.m. EDT.

Fax: (800) 848-1949. Please include a cover sheet with your name and account number.

Mail loan payments to:

**Sallie Mae, Inc.**
**P.O. Box 9532**
**Wilkes-Barre, PA 18773-9532**

Cosigners: Please send your payments to:

**Sallie Mae, Inc.**
**P.O. Box 9555**
**Wilkes-Barre, PA 18773-9555**

To ensure accurate processing, include a note with your payment requesting the payment be applied to only those loans you have cosigned. Please also indicate the primary borrower's account number on the memo line of your check to further ensure accurate processing.

## Specific contact information

Select an option

| PRIVATE STUDENT LOANS | SAVINGS AND CDS | 529 SAVING PLANS | COLLEGE PLANNING | ABOUT US |
|---|---|---|---|---|
| Smart Option Student Loan℠ | High-Yield Savings Account | Arkansas 529 Plan | Before College | Careers |
| Career Training Loan℠ | Certificates of Deposit | Colorado 529 Plan | Getting a Loan | News & Information |
| Medical Residency & Relocation Loan℠ | | Hawaii 529 Plan | After Graduation | Investors |
| Dental Residency & Relocation Loan℠ | | Idaho 529 Plan | | Corporate Overview |
| Global Health Residency & Relocation Loan℠ | | Indiana 529 Plan | **HELP** | Philanthropy |
| Bar Study Loan℠ | | Iowa 529 Plan | FAQs | The Sallie Mae Fund |
| K-12 Family Education Loan℠ | | Missouri 529 Plan | Contact Us | Site Map |
| | | Nevada 529 Plan | | |
| | | New York 529 Plan | | |
| | | North Dakota 529 Plans | | |

# EXHIBIT 7

Case 2:10-cv-10978-PJD-MJH   ECF No. 118, PageID.1497   Filed 03/17/11   Page 19 of 26

| Tutorial Financing Loan | Pennsylvania 529 Plan |
| | Wyoming 529 Plan |
| | Upromise College Fund 529 Plan |

© 1995-2010 Sallie Mae, Inc. All rights reserved. Our trademarks | Terms of use | Protecting your privacy | Avoid online fraud
SLM Corporation and its subsidiaries are not sponsored by or agencies of the United States of America.

3/16/2011 2:57 PM

**SallieMae**

# Michigan college planning resources

This page lists college-planning resources unique to Michigan:
higher education institutions, savings plans, state financial aid and
special programs.

## Michigan higher education agencies

Michigan Department of Education

Michigan Higher Education Assistance Authority

Michigan Education Association

Michigan Community College Association

## Michigan higher education institutions

Michigan's public education institutions

Michigan's private education institutions

Michigan Community College NETWork: list of community colleges

Use College Answer's School Search Tool to compare colleges.

**MICHIGAN FAFSA DEADLINE**
March 1

**MICHIGAN RESIDENCY REQUIREMENT**
To qualify for in-state tuition, the domicile of a minor or dependent student is presumed to be the same as that of the student's natural parents. If only one parent is domiciled in Michigan, the student will be presumed to be a Michigan domiciliary regardless of whether that parent is the student's custodial parent.

Contact the school you plan to attend for their requirements.

**HIGH SCHOOL GRADUATION REQUIREMENTS**
The Michigan Merit Curriculum (PDF) requires students to complete 16 specific state credits for graduation.

**FEATURED RESOURCES**
ScholarShop® teaches students in grades 4-12 that there is real power in their choices — power to create their future through education. Find a local ScholarShop site.

Sallie Mae's free scholarship search offers an award database containing more than 3 million scholarships worth in excess of $16 billion.

## Savings plans

Michigan Education Savings Program (MESP) (529)

Michigan Education Trust (MET) (prepaid state tuition plan)

## State financial aid programs

Michigan offers a variety of financial aid programs such as grants, scholarships, and other awards for
students who want to further their education beyond high school.

State of Michigan scholarships and grants

Michigan Promise Scholarship

Tuition Incentive Program (pdf)

To qualify for federal and other sources of financial aid,
you must file the FAFSA by **March 1.**

## Benefits for veterans

Michigan Department of Military and Veterans Affairs

Michigan Veterans Education and Training

Children of Veterans Tuition Grant (pdf)

Michigan National Guard Education Benefits

Troops to Teachers assists eligible military and reserve personnel transition to a new career as public
school teachers in schools serving students from low-income families.

## Special programs

Michigan Education Association Scholarship

Michigan Competitive Scholarship (pdf)

Livonia Career Intern Program

Michigan Engineering Incentive

| PRIVATE STUDENT LOANS | SAVINGS AND CDS | 529 SAVING PLANS | COLLEGE PLANNING | ABOUT US |
|---|---|---|---|---|
| **Smart Option Student Loan®** | High-Yield Savings Account | Arkansas State Plan | Before College | Careers |
| Fixed Repayment Option | Certificates of Deposit | Colorado State Plan | Getting a Loan | News & Information |
| Interest Repayment Option | | Hawaii State Plan | After Graduation | Investors |
| **Career Training Smart** | | Idaho State Plan | Scholarships | Corporate Overview |
| **Option℠ Student Loan** | | Indiana State Plan | | Philanthropy |

EXHIBIT 8

Fixed Repayment Option

Interest Repayment Option

Medical Residency &
Relocation Loan℠

Dental Residency &
Relocation Loan℠

Global Health Residency &
Relocation Loan℠

Bar Study Loan℠

K-12 Family Education
Loan℠

Tutorial Financing Loan

Iowa State Plan

Missouri State Plan

Nevada State Plan

New York State Plan

North Dakota State Plans

Pennsylvania State Plan

West Virginia State Plan

Upromise College Fund
529 Plan

**HELP**

FAQs

Contact Us

The Sallie Mae Fund

Site Map

© 1995-2011 Sallie Mae, Inc. All rights reserved. Our trademarks | Terms of use | Protecting your privacy | Avoid online fraud
SLM Corporation and its subsidiaries are not sponsored by or agencies of the United States of America

3/16/2011 2:56 PM

ЅАО88 (Rev. 12/06) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

*American University of Antigua College of Medicine Plaintiff*

### Subpoena In A Civil Case

*Steven Woodward, Defendant*   V.

Case Number:[1] 10-cv-10978-PJD-MJH
Judge Patrick J Duggan

TO: *Sallie Mae*
*220 Lasley Ave*
*Wilkes-Barre, PA 18706*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *I request copies of all Loan Certifications concerning Sallie Mae and Students from American University of Antigua College of Medicine as defined in Exhibit 1. I request copies of all documentation concerning the Lending status and actions between Sallie Mae and the American University of Antigua College of Medicine as defined in Exhibit 1.*

| PLACE *Steven Woodward 7211 Brittwood Ln Flint, MI 48507* *Steve_L_Woodward@yahoo.com* | DATE AND TIME *11/29/2010* |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) PS Miller    Deputy Clerk | DATE October 8, 2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID J. WEAVER, Court Administrator
Theodore Levin U.S. Courthouse, 231 W. Lafayette Street, Detroit, MI 48226  313-234-5015

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**EXHIBIT 9**

## Exhibit 1

Please do not include any private student information other than what is included in Exhibit 2.

1) I request a copy of all Loan Certifications for every, or any, student named in Exhibit 2.

2) I request a copy of all Loan Certifications signed by Sevrine Barrie.

3) I request a copy of all Loan Certifications for every student from the American University of Antigua College of Medicine, AUA.

4) I request a copy of all contracts between Sallie Mae and the American University of Antigua College of Medicine, AUA, and partners, that would entitle AUA students to all/any Sallie Mae loan program(s).

5) I request a copy of all/any application(s), proposal(s), and/or request(s) from the American University of Antigua College of Medicine to Sallie Mae for all/any loan program participation, entitlement, and/or eligibility.

6) I request a copy of all/any Sallie Mae reply to all/any American University of Antigua College of Medicine's application(s), proposal(s), and request(s) for all/any Sallie Mae loan program(s) concerning AUA students.

7) I request a copy of all Sallie Mae's deletion, cancellation, retraction, denial, or refusal of service for all/any loan program participation concerning the American University of Antigua College of Medicine.

8) I request a copy of all documentation of grievances, claims, or legal actions known by Sallie Mae concerning American University of Antigua College of Medicine.

9) I request a copy of all/any documentation that would grant all/any American University of Antigua College of Medicine student entitlement, eligibility, and/or access to all or any Sallie Mae loan program(s), include all said dates for which loans would be available to entitled AUA student(s).

10) I request all documentation concerning the lending status of the American University of Antigua College of Medicine for all/any Sallie Mae loan programs between 2003 until November 2010.

**Contact Information:**
Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507

steve_L_woodward@yahoo.com

Case 2:10-cv-10978-PJD-MJH   ECF No. 118, PageID.1502   Filed 03/17/11   Page 24 of 26
02/15/2011 14:48 FAX 703 864 8888          SALLIE MAE CORP LAW                    ☒004

Case 2:10-cv-10978-PJD-MJH   Document 109-2   Filed 02/16/11   Page 4 of 6

| Student Name |
| --- |
| Preciado Jeffrey |
| Gonzalez, Claudia |
| Rakalia, Gurvinder |
| Dhillon, Rupeel |
| Harris III, Junior |
| Bohnert, Shannon |
| Decoteau, Carlond |
| Monroe, Mariam |
| Petrova, Veronika |
| Kannankeril, Joe |
| Stevenson, Clinton |
| Adamu, Hephzibah |
| Thomas, Debra |
| Devaney, Thomas |
| Linkowski, Micheal |
| Robinson, Gail |
| Romanik, Nikki |
| Sarathchandra, Janaka |
| Schroeder, Hilary |
| Ali, Husam |
| Abdullah, Sirhan |
| Kurien, Alvin |
| Nakhwal, Sukhminder |
| Crespo-Valez, Carmen |
| Zverinsky, Aleksandr |
| Eni, Eni |
| Ashley, Cherrise |
| Boakye, Kwaku |
| Kamash, Tamer |
| Lanphear, Eric |
| Martin, Nathan |
| Soresen, Hollie |
| August, Mihenka |
| Belpulsi, Danamarie |
| Cafiero, Ralph |
| Haddad, Mousa |
| Pate, Judy |
| Lima. Ateaya |
| Merkley, Kenneth |
| Nwagbo, Anthonia |
| Addhavarapu, Venkatesh |
| Hang, Tammy |
| Okoro, Philip |
| Okoronkwo, Earnest |
| Toussaint, Pierrette |
| Andhavarapu, Venkatesh |
| Aguilera, Francia |
| Corbin, Aaron |
| Knowles-James, Cerise |
| Kohli, Navreet |
| Pennisi, Dominic |

**EXHIBIT 2**

Pg h

| |
|---|
| Tadros, Adeeb |
| Gnanashekar, Ephraim |
| Huda, Sophia |
| Selvarajah, Priya |
| Shahzad, Humara |
| Thomas, Lisa |
| Tiwana, Raju |
| Vijayan, Pravin |
| Feilx, Ashvin |
| Jain, Atul |
| Muhammad, Aqeel |
| Tammara, Anita |
| Chineme, Jessica |
| Fasihy, Shahram |
| Hadawy, Angel |
| Lafond, Fritzanella |
| Olorunnisola, Moses |
| Roever, Christopher |
| Yun, Roderick |
| Beranger, Alexandria |
| Martin, Ravonna |
| Shodunke, Temilope |
| Zimmerman, Sara |
| Davis, Barbara |
| Jackson, Larry |
| Kaur, Harjeet |
| Kalaria, Neha |
| Syed, Hassan |
| Ahmadi, Yunus |
| Dabas Vivek |
| Ferrol, Isaline |
| France, Kenneth |
| Franklin, Bina |
| Kodali, Smila |
| Loza, Alejandro |
| Bagenholm, Allyson |
| Bhaskarla, Niveditha |
| Crew Erica |
| Ioffe, Julia |
| Isacoff, Adam |
| Lambert, Nahesi |
| Miskin, Chandrabhaga |
| Rao, Panisri |
| Shahani, Monica |
| Tahir, Hina |
| Uppal, Amandeep |
| Chumak, Maxim |
| El-Sherif, Dana |
| Harden, Kimberly |
| Marin, Louis |
| Panchal, Roshni |
| Patel, Rupal |

Pg 2

| |
|---|
| Patel, Samir |
| Bastien, Carl-Frederic |
| Beckwith, Micheal |
| Faustin, Guerry |
| Jones, Takaya |
| Lapikov, Vitaliy |
| Oyelowo, Doyin |
| Patel, Bhavika |
| Patel, Bhavika |
| Rojas, Luis |
| Soyoye, Tajudeen |
| St.Denis, Anthony |
| Freier, Richard |
| Kidd, Vicki |
| Oyedepo, Babadela |
| Soni Ambica |
| Thoman, Stacey |
| Ajayi, Olumide |
| August, Elizabeth |
| Kumar, Seema |
| Patel, Dipesh |
| Saleh, Tarek |
| Stair, Erin |
| Ajala, Khaalisha |
| Ansari, Osama |
| Barrett, Shean |
| Ghani, Helal |
| Akilan, Abosede |
| Oprea, Micheal |
| Esmaeili, Ehsan |
| Jiansakul, Thanavut |
| Lhungay, Cherie |
| Shoja, Pantea |
| Johnsen, Jay |
| Budhraja, Vikram |
| Ray, Asheesh |
| Betz, Milica |
| Falter, Keith II |
| Hasselfeld, Randi |
| Baker, Iyad |
| Woodard, Jameson |
| Pate, Amy |
| Polynice, Judette |
| Cheruku, Sreekanth |
| Reilly, Thomas |
| Gray, Sanjiv |
| Patel,Amit |
| Rao, Ryan |
| Torabi, Radmehr |

Pg3