UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                      Plaintiff(s),

v.                                          Case No. 2:10−cv−10978−PJD−MJH
                                                  Hon. Patrick J. Duggan

Steven Woodward,

                      Defendant(s).

_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Compel – #121

                                              s/ Patrick J. Duggan
                                              Patrick J. Duggan
                                              United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/ M. Orem
                                              Deputy Clerk

Dated:   March 24, 2011