UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN WOODWARD,<br><br>    Defendant.<br>_____/ | Case No. 10-10978<br><br>Patrick J. Duggan<br>United States District Judge<br><br>Michael Hluchaniuk<br>United States Magistrate Judge |

### ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF (Dkt. 121)

Defendant filed a motion to compel plaintiff. (Dkt. 121). Plaintiff must file a response to the original motion, including a written brief, in accordance with Local Rule 7.1. The deadline for plaintiff's response is **APRIL 11, 2011**. **Failure to file a response may result in sanctions, including granting all or part of the relief requested by the moving party.** The deadline for the moving party's reply is **APRIL 25, 2011**.

    IT IS SO ORDERED.

Date: March 25, 2011

                                        s/Michael Hluchaniuk
                                        Michael Hluchaniuk
                                        United States Magistrate Judge

1

2

## CERTIFICATE OF SERVICE

      I certify that on March 25, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

                                                         s/Tammy Hallwood
                                                         Case Manager
                                                          (810) 341-7887
                                                         tammy_hallwood@mied.uscourts.gov