Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

        CASE No.: 2:10-cv-10978-PJD-MJH
        Judge Patrick J. Duggan
        Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Defendant's Motion To Adjourn Scheduling Order Dates**

FILED
2011 APR -1 A 10: 24
U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

## Defendant's Motion To Adjourn Scheduling Order Dates

**List of Exhibits:**
Exhibit 1. Docket 124
Exhibit 2. Docket 94

The Plaintiff is acting in Bad Faith regarding Discovery and for this reason the Court had to produce Docket 124, titled "Order Requiring Response To Defendant's Motion To Compel Plaintiff", Exhibit 1.

Docket 124 gives the Plaintiff until April 11, 2011 to respond and the Defense has until April 25, 2011 to reply to the Plaintiff's response.

The current "Amended Schedule", Docket 94, Exhibit 2, states that Discovery will be completed by April 11, 2011 and No Motions after April 29, 2011.

The existing dates would severely limit the Defense from acting on both the Plaintiff's response and production of Discovery materials that will have to be forced from the Plaintiff.

The Defense Requests a 90 day Adjournment to the existing Scheduling Order.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, | Case No. 10-10978 |
| Plaintiff, | Patrick J. Duggan<br>United States District Judge |
| vs. | Michael Hluchaniuk<br>United States Magistrate Judge |
| STEVEN WOODWARD, | |
| Defendant._____/ | |

### ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF (Dkt. 121)

Defendant filed a motion to compel plaintiff. (Dkt. 121). Plaintiff must file a response to the original motion, including a written brief, in accordance with Local Rule 7.1. The deadline for plaintiff's response is **APRIL 11, 2011**. **Failure to file a response may result in sanctions, including granting all or part of the relief requested by the moving party.** The deadline for the moving party's reply is **APRIL 25, 2011**.

**IT IS SO ORDERED.**

Date: March 25, 2011

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

**EXHIBIT 1**

1

## CERTIFICATE OF SERVICE

I certify that on March 25, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

                                                   s/Tammy Hallwood
                                                   Case Manager
                                                   (810) 341-7887
                                                   tammy_hallwood@mied.uscourts.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO. 10-10978
HON. PATRICK J. DUGGAN

AMERICAN UNIVERSITY OF ANTIGUA, COLLEGE OF MEDICINE,
    Plaintiff(s),

v.

STEVEN WOODWARD,
    Defendant(s),
_____/

## AMENDED SCHEDULING ORDER

This cause having come before the Court pursuant to Rule 16, Fed. R.Civ.P., the Court therefore enters the following schedule controlling the progress of this case:

**NOW THEREFORE, IT IS ORDERED that:**

**WITNESSES.** All witnesses to be called at trial shall be listed by:

**DISCOVERY.** All discovery shall be completed by:

APRIL 11, 2011

**CASE EVALUATION.** This case shall be referred for case evaluation on:

**MOTIONS.** No motions may be filed after: APRIL 29, 2011

**FINAL PRETRIAL.** Final Pretrial is scheduled for:
JULY 20, 2011 AT 2:00 P.M.

A proposed <u>Joint</u> Pretrial Statement signed by counsel for all parties, shall be filed with the Court at the time of the Final Pretrial Conference. The requirements of such a pretrial order are attached. ***All requirements must be complied with.***

**BENCH TRIAL** is scheduled for the months of: JULY/AUGUST, 2011

DATE: January 11, 2011
Copies to:
Eric Buikema
Steven Woodward

s/ PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

**EXHIBIT 2**