UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

        Plaintiff(s),

v.               Case No. 2:10−cv−10978−PJD−MJH
               Hon. Patrick J. Duggan

Steven Woodward,

        Defendant(s).
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion to Adjourn − #127
Motion for Order − #128

             s/ Patrick J. Duggan
             Patrick J. Duggan
             United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

             s/ M. Orem
             Deputy Clerk

Dated:   April 1, 2011