Case 2:10-cv-10978-PJD-MJH

**FILED**

2011 APR -6 A 10: 22

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Motion Request for filing Electronic Data**

1

## Motion Request for filing Electronic Data

The Defendant requests Court grant permission to file Electronic Data other than PDF files for Exhibits per R18 Electronic Filing Policies and Procedures. There has been several references to this request, but the Defendant can not find a specific Order from the Court granting this request for the Court Clerks.

This case is about electronic files and content of www.aua-med.com and published information on the internet.

The Court has given permission to the Defendant to file electronic documents other than in PDF format.

The Plaintiff has requested electronic files for Discovery, the Court Ordered such, the Defendant produced the electronic files, and the Plaintiff has accepted these files on two different occasions.

The Defendant requested filing of electronic exhibits in Docket 3,

**"I would like to request that I may file digital evidence in this case."**

Docket 37, page 3 of 8, makes reference to Docket 3, but the Court does not specifically Grant or Deny the specific Docket 3 request in the Docket 37, page 7 of 8, Summary.

The Defendant requests the Court Grant permission to file exhibits that can not be converted to PDF files; such as audio and video files( mp3, .wav, etc), other electronic files, and CDs and DVDs.

>                               Steven Woodward
>                               7211 Brittwood Ln
>                               Flint, MI 48507
>                               (810)235-7267