## INDEX OF EXHIBITS

A    Certificate of Service of Plaintiff's Response to Defendant's Requests for Admissions Dated November 22, 2010 dated December 22, 2011

B    Order on Motions to Compel (Dkt. 76, 86) entered on March 15, 2011