# EXHIBIT

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

      Plaintiff,

                                      United States District Court Judge
                                      Patrick J. Duggan, presiding
                                      Michael Hluchaniuk, referral
V                                        Case No.: 2:10-cv-10978

STEVEN L. WOODWARD,

      Defendant.

---

| Eric A. Buikema (P58379) | STEVEN L. WOODWARD |
| CARDELLI, LANFEAR & BUIKEMA, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | Steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

---

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing Plaintiff's Response to Defendant's Reuqests for Admissions Dated November 22, 2010 and this Certificate of Service were served upon Steven L. Woodward, Defendant, via his email address Steve_L_woodward@yahoo.com and First Class U.S. mail to Steven Woodward, c/o 7211 Brittwood Lane, Flint, MI 48507 on December 22, 2010.

                                              /s/ Eric A. Buikema
                                              Cardelli, Lanfear, & Buikema, P.C.
                                              322 W. Lincoln
                                              Royal Oak, MI 48067
                                              (248) 544-1100
                                              ebuikema@cardellilaw.com
                                              (P58379)