UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                         Case No. 2:10-cv-10978-PJD-MJH
                                          Hon. Patrick J. Duggan

Steven Woodward,

                Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael J. Hluchaniuk for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

Motion for Sanctions – #136

                                            s/ Patrick J. Duggan
                                            Patrick J. Duggan
                                            United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/ M. Orem
                                            Deputy Clerk

Dated: April 18, 2011