UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

                                    United States District Court Judge
                                    Patrick J. Duggan, presiding
                                    Michael Hluchaniuk, referral
V                                    Case No.: 2:10-cv-10978

STEVEN WOODWARD,

        Defendant.

| Eric A. Buikema (P58379) | STEVEN L. WOODWARD |
|---|---|
| CARDELLI, LANFEAR & BUIKEMA, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | Steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SECURITY FOR COSTS

**Exhibit A** – Plaintiff's Requests for Admissions dated November 8, 2010