UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

       Plaintiff,

United States District Court Judge
Patrick J. Duggan, presiding
Michael Hluchaniuk, referral

V

Case No.: 2:10-cv-10978

STEVEN WOODWARD,

       Defendant.

| Eric A. Buikema (P58379)<br>CARDELLI, LANFEAR & BUIKEMA, P.C.<br>Attorneys for Plaintiff<br>322 W. Lincoln<br>Royal Oak, MI 48067<br>(248) 544-1100<br>ebuikema@cardellilaw.com | STEVEN L. WOODWARD<br>In Pro Per<br>c/o 7211 Brittwood Lane<br>Flint, MI 48507<br>Steve_L_woodward@yahoo.com |
|---|---|

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SANCTIONS

**Exhibit 1** – Defendant's Objections to First of Plaintiff's Requests for Production Pursuant to FRCP 34

**Exhibit 2** – Plaintiff's Requests for Production Pursuant to FRCP 34 dated November 8, 2010

**Exhibit 3** – Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories

**Exhibit 4** – Plaintiff's Interrogatories to Defendant dated November 8, 2010