# EXHIBIT

# 1

**Defendant's Objections to First of Plaintiff's Requests for Production Pursuant to FRCP 34.**

T. Objection to as overly broad, ambiguous, seeking irrelevant information, not reasonably calculated to lead to the discovery of admissible evidence, harassing, causing undue burden, cost prohibitive, or is unavailable.