UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                    Plaintiff(s),

v.                                              Case No. 2:10–cv–10978–PJD–MJH
                                                Hon. Patrick J. Duggan

Steven Woodward,

                    Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Bond – #140
Motion for Sanctions – #141

                                        s/ Patrick J. Duggan_____
                                        Patrick J. Duggan
                                        United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        s/ M. Orem_____
                                        Deputy Clerk

Dated:   April 29, 2011