# EXHIBIT

# E

# AMERICAN UNIVERSITY OF ANITIGUA COLLEGE OF MEDICINE v. WOODWARD

## STEVEN L. WOODWARD

March 24, 2011

*Prepared for you by*



## NATIONWIDE COURT REPORTING & VIDEO

Bingham Farms/Southfield • Grand Rapids
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens

STEVEN L. WOODWARD
March 24, 2011

Page 60

1   A.   No, I don't.  I mean, I retake that.  I mean, I don't

2        know exact dates.  That's my answer to my question.  I

3        can't tell you the exact date, the exact year that I

4        worked for that particular company.

5   Q.   What did you do at EDS?

6   A.   I was a system administrator.

7   Q.   What did that entail?

8   A.   I worked for Sun Remote Services, which was -- we

9        monitored computers from around the world.  Ours was

10       computers in North America -- I think we did some in

11       South America -- and I did applications, so we

12       installed these -- the software and maintained the

13       servers for Sun Remote Services.

14  Q.   Where did you work before EDS?

15  A.   I worked at Storage Tech.

16  Q.   When was that?

17  A.   That was -- I worked at Storage Tech from the early

18       '90s until 2001, and it was on and off.  They have

19       layoffs.  I worked for them with different headhunting

20       groups, I'd work for them, they'd have a layoff, I'd

21       get involved with a headhunting group get back

22       involved with them, work for them again,        et

23       cetera.

24  Q.   What did you do for Storage Tech?

25  A.   I was an engineer.  My visual exhibits show you what I



STEVEN L. WOODWARD
March 24, 2011

Page 61

1       was.  My first was a manufacturing engineer for the
2       Powderhorn robot.  You have exhibits in here
3       concerning that.  It's one of the world's largest tape
4       library systems.  In here is myself demonstrating this
5       to young engineers, of which you have a certificate of
6       thanks or appreciation for showing young engineers
7       high technology.  I mean --
8    Q. So you were an engineer?
9    A. I was a manufacturing engineer.  I worked in CAD
10      support, so I took care of the 3-D modeling systems
11      for over 100 -- somewhere probably close to 150
12      engineers.  And it was -- again, it's a 3-dimensional
13      CAD system, computer-aided design system, and I did
14      the database part of that.
15   Q. Did you work anywhere prior to Storage Tech?
16   A. I worked in between Storage Tech and EDS with these
17      headhunting jobs, again being laid off.  A friend of
18      mine and I tried to start -- it's actually his
19      business.  I just helped him.
20   Q. Let me stop you here.
21   A. Well, you're asking me where I worked.  You're asking
22      me a complete history.  I'm trying to give you a
23      complete history.
24   Q. I'm asking you a question, where did you work before
25      Storage Tech?  You've given me answers that were not



STEVEN L. WOODWARD
March 24, 2011

Page 62

1    before Storage Tech.

2  A.  I'm trying to answer your question.

3  Q.  Did you work anywhere before Storage Tech, that's the
4      question.

5  A.  I worked --

6  Q.  Were did you work prior to Storage Tech?

7  A.  After college, of which I worked at Hammond Machinery
8      in Kalamazoo, Michigan as a robotics technician, I
9      left -- after I graduated with my manufacturing
10     engineering degree I went to Colorado, and the first
11     job that I had there was working for Coors.

12  Q.  How old are you, Mr. Woodward?

13  A.  47.

14  Q.  When did you graduate high school?

15  A.  '82.

16  Q.  When did you graduate college?

17  A.  That's a broad statement.

18  Q.  Bachelor's?

19  A.  Okay.  My --

20  Q.  Your first college degree?

21  A.  My first college degree was an associate's degree.  I
22     graduated with a degree in robotics from Oakland
23     Community College with honors.  I believe my GPA was
24     somewhere around 3.5, and that would have been in -- I
25     believe two and a half years after the Army, which



6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 63

1          would have put me -- '85, '86, '87, some extended

2          degree.  I think it was the beginnings of '88, I

3          believe.  I can look it up.  I have this information

4          there if you need it.

5     Q.   I don't want you to look it up.  So you went to high

6          school and then you went to the Army before you

7          pursued higher education?

8     A.   Correct.

9     Q.   What years were you in the Army?

10    A.   October of '82 to '85, three years.

11    Q.   What did you study in the -- or what was your

12         profession in the Army?

13    A.   I was a Vulcan cannon system mechanic.  I believe the

14         MOS was 23 mike.

15    Q.   Were you honorably discharged?

16    A.   I was.

17    Q.   And then following --

18    A.   You have that information also.

19    Q.   -- your discharge in 1985 did you immediately

20         matriculate to Oakland Community College?

21    A.   I don't know about immediately, but it was definitely

22         within probably a month of being separated, somewhere

23         around -- I mean, when I got discharged in October or

24         whenever -- I think I had a terminal leave, so my

25         separation would have been in October, but I think I



STEVEN L. WOODWARD
March 24, 2011

Page 64

1    left early because of vacation that I had so I could
2    start college.  So I saved my vacation to go to
3    college, I believe, because I started whatever that
4    fall semester would have been, August, September,
5    whatever that is, at Oakland Community College, so I
6    left the Army and went directly into my associate's
7    degree.
8   Q.   Following your education at Oakland Community College
9        did you attend college somewhere else?
10  A.   I went to Western Michigan University.
11  Q.   What years were you there?
12  A.   That would have been after my community college, I
13       mean, almost directly and so that would be around --
14       I'm going to guess -- again, I have the documentation
15       if you want to see it.  I'm going to -- I believe it's
16       '88 to the end of '90 is when I think I went there.
17       It was a two-plus-two degree.  I think you can
18       transfer with a maximum of 60 credits, but don't hold
19       me on that.
20  Q.   What did you study at Western?
21  A.   Manufacturing engineering.
22  Q.   Did you graduate?
23  A.   I did.  That's the same time I worked at Hammond
24       Machinery, the same time I went to Western Michigan
25       University, so I worked and went to school there.



STEVEN L. WOODWARD
March 24, 2011

Page 65

1   Q.   Hammond Machinery is in Kalamazoo?

2   A.   Correct.

3   Q.   Storage Tech, where is that?

4   A.   Storage Tech is in Louisville -- it's not -- I don't

5        even know it's Storage Tech anymore because it was

6        sold from Storage Tech to Sun Microsystem, which was

7        bought out by I believe Oracle, so I don't even know

8        who these -- I don't even know who these companies are

9        anymore.

10  Q.   When you worked for Storage Tech it was in Colorado?

11  A.   It was in Colorado in Louisville.

12  Q.   What about EDS, where was that?

13  A.   EDS, its headquarters I believe is in Palo Alto, but

14       EDS is now owned by Hewlett Packard, so I'm not

15       sure --

16  Q.   Where did you work for EDS?

17  A.   Louisville, Colorado, and we were actually a

18       subcontractor, EDS, to Sun Microsystems which bought

19       Storage Tech, which is now bought by Oracle.  I

20       believe that's how it is.  I haven't followed it too

21       much.  I've been trying to study medicine.

22  Q.   What years were you at AUA?

23  A.   I was at AUA -- the last semester would have been

24       December -- December of 2007, and the -- I think I

25       started January then of 2006, I believe.  I'm not



6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 66

1       sure.  Yeah, I think it was January 2006 and then

2       ended in -- I have my transcripts, but I don't recall.

3       It would have been under my grades which would have

4       been --

5   Q.  That's fine.  We don't need your exhibits.  Do you

6       know how many terms you were at AUA?

7   A.  What's that?

8   Q.  Do you know how many terms you were at AUA?

9   A.  Yeah.  I was there -- I'd have to look at my

10      transcripts.

11  Q.  Do you know how many semesters you were enrolled in --

12  A.  Here it is, student grades.  So January -- it looks

13      like January 1st, 2006 and the last would have been

14      clinical rotations up until the end of -- it says on

15      here the date is 12/31/2007.

16  Q.  Do you have an independent recollection of the dates

17      you were enrolled at American University in Antigua?

18  A.  The exact dates and every day I went to that school, I

19      couldn't tell you the exact dates and what dates I

20      started every semester and what day I ended every

21      semester.

22  Q.  I'm not asking you the specific dates, I'm asking you

23      which term you enrolled and which term you left?

24  A.  So it would be January 2006 until it looks like the

25      end of 2007, December 2007.



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 67

1   Q.   All right.  You're reading that off of your

2        transcripts.  Do you have --

3   A.   I recall the last day that I went there was the last

4        day that I had anything to do with -- I take that

5        back.  The last day of the semester would have been

6        December 2007, would have been the last month that I

7        went to that school.

8   Q.   Mr. Woodward, if you don't answer questions this is

9        going to take a lot longer.

10  A.   I'm trying to answer your question, sir.

11  Q.   If you answer questions we could make it --

12  A.   I'm trying to answer your questions, sir.

13  Q.   This is not going to work if you're talking over me.

14       We've got to -- I ask questions, you answer questions.

15       You answer the questions that are asked.  I do not

16       want a long narrative.  I want the answer to the

17       question.  The question needs an answer.

18  A.   And I'm trying to give you a question (sic), sir, and

19       I believe it's my right to use documentation, sir, to

20       answer questions if I don't recall.

21  Q.   If you don't recall, that's a fine answer.  You can

22       give that as an answer.  If you don't have an

23       independent recollection or if you don't remember, you

24       can say that you don't recall.

25  A.   And I've been trying to tell you that, I don't recall.


6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 103

1   Q.   I'm going to show you what I've marked as Exhibit 6.

2   A.   Okay.

3   Q.   Does this look familiar to you?

4   A.   It does.

5   Q.   Does it say course guidelines that you received in

6        your education at American University of Antigua?

7   A.   Yep.

8   Q.   I'm going to represent to you that this is the cover

9        page of a 57-page document.  Is it your recollection

10       that this document had multiple pages beyond just this

11       cover page?

12  A.   Sure.

13  Q.   I want you to look at the upper left-hand corner --

14  A.   Sure.

15  Q.   -- of this document.

16            Is that the American University of Antigua

17       College of Medicine logo?

18  A.   It's at least one of a couple that I know of.

19  Q.   Okay.  Do you maintain this document on your website?

20  A.   Like I said, I don't know that it's there.  If it's

21       there, then I don't maintain anything, it's just there

22       on the website and it's there.

23  Q.   It's uploaded on --

24  A.   If this document -- if Exhibit 5 is accurate and

25       you're saying that it's there, then again, I haven't



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 104

1          looked at this page.

2    Q.    I'm not asking you to verify Exhibit 5, I'm asking you
3          to verify Exhibit 6?

4    A.    And I'm saying that if this document is on Exhibit 5,
5          as you say, then it's not maintained, it's not --
6          it's -- whatever I received is what I posted.

7    Q.    So --

8    A.    If that's the case, if I did in case post that, then
9          this document is posted on my website if you're saying
10         that it's posted on my website.  If you're saying that
11         it's posted on my website, if it's on my website and
12         it is uploaded and it is this document right here,
13         there's no maintenance involved, it's whatever I
14         received is what I posted.

15   Q.    So you've posted it?

16   A.    If you're saying that this information is accurate and
17         you hit this hyperlink and it does bring up this
18         document, then I would have posted it.

19   Q.    So you don't dispute having posted materials that were
20         originally published by AUA?

21   A.    No, no, I don't dispute that.  If this is exactly --
22         if this exactly -- this particular document anyway and
23         the syllabus, if that's on my website and it's
24         uploaded on my website, then it's whatever
25         documentation that I received from AUA.


6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 105

1   Q.   So you've received certain documentation from AUA in

2        the course --

3   A.   I purchased documentation for AUA and the

4        documentation that I purchased would have been fifth

5        semester guidelines and the fifth semester syllabus

6        and every other document that I -- and documents that

7        I posted on my website would have come from AUA.  Is

8        there maintenance on it?  I don't edit it, I don't

9        modify it, I don't critique it.  All I do is criticize

10       probably what's in it, and this -- if this is exactly

11       the first cover page of a document that I uploaded

12       from AUA, then that would be a document that I

13       uploaded from AUA.

14  Q.   But you have uploaded documents from AUA?

15  A.   If you're saying that I uploaded this document and it

16       came from AUA, then I would have --

17  Q.   I'm asking -- I'm sorry, I'm asking a more general

18       question.  You have on your website uploaded documents

19       that came from AUA?

20  A.   I'm saying that I uploaded this document.  If you say

21       that I uploaded this document from this page that

22       you're giving me and actually it brings up a document,

23       then I would have received it from AUA.

24  Q.   Okay.  So the downloads page on your website links to

25       certain documents, yes?



6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 106

1   A.   Sure.

2   Q.   Okay.  And if those documents bear the AUA name logo

3        trademark, that is documents that you received from

4        AUA?

5   A.   The documents that I uploaded from AUA, just repeat

6        the answer that I've given you.  If I uploaded a

7        document from AUA, then I received it from AUA.  If it

8        contains their logo, then I downloaded it from their

9        web page or copied it from their web page or put this

10       document of which they gave me on my website.

11   .               MARKED FOR IDENTIFICATION:

12                   DEPOSITION EXHIBIT 7

13                   11:56 a.m.

14  BY MR. KITTINGER:

15   Q.   I'm going to show you what I've marked as Exhibit 7.

16   A.   There's how you spell Hrehorovich right there.

17   Q.   Does Exhibit 7 look familiar to you from a --

18   A.   It looks familiar.

19   Q.   -- brief perusal?

20   A.   Correct.

21   Q.   What is Exhibit 7?

22   A.   Well, according to this cover sheet it says it's a

23        course syllabus, fifth semester, introduction to

24        clinical medicine course syllabus.

25   Q.   Is this the syllabus that you received?



6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 107

1          MR. WOODWARD:  Objection, authentication.  I
2      don't know.  I mean, I have a copy here.  I guess we
3      could sit down and go line by line, but I'm not going
4      to verify it here.  If you want to verify it here we
5      can verify it, but I'm not going to say it is.  This
6      represents what I received, looks familiar.
7  BY MR. KITTINGER:
8  Q.  Do you maintain a course syllabus document on your
9      website?
10 A.  I don't maintain anything on my website.  If this is a
11     document that I published or that was given to me that
12     I purchased from AUA, then this is a document that --
13     if you're saying that Exhibit 5 is accurate and that
14     that document is actually part of my downloads page,
15     then that would possibly be something that I uploaded
16     on my website.
17 Q.  And this has the AUA logo on it?
18 A.  According to this it has one of AUA's logos on it.
19 Q.  Have you published any PowerPoints that you received
20     from AUA on your website?
21 A.  Again, I don't recall.  I know that I put in a couple
22     of pages that were from a -- it's either a
23     microbiology or a -- I take that back.  There is --
24     yeah.  Dr. Victor Hrehorovich's documentation, that's
25     a PowerPoint.



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

STEVEN L. WOODWARD
March 24, 2011

Page 108

1                    MARKED FOR IDENTIFICATION:

2                    DEPOSITION EXHIBIT 8

3                    11:58 a.m.

4      BY MR. KITTINGER:

5      Q.   I'm going to show you what I've marked as Exhibit .

6      A.   Okay.

7      Q.   Can you flip through this briefly --

8      A.   Yep.

9      Q.   -- and tell me if it looks familiar to you?

10     A.   Yep, looks familiar.

11     Q.   Do you --

12               MR. WOODWARD:   Objection, authentication.   I

13          mean, I'm not going to verify every single page in

14          this thing.   I know that there's multiple pages like I

15          know that on your page 4, step one versus GPA, which

16          shows approximately 50 percent pass rate there

17          according to this graph, it's on page 4 and I believe

18          that the PowerPoint presentation from Dr. Victor

19          Hrehorovich, that would have been slide, I believe,

20          13, so yeah, it could be.

21     Q.   So this looks familiar to you?

22     A.   Looks familiar.

23     Q.   Do you have posted on your website a PowerPoint that

24          is similar to Exhibit 7?

25     A.   I would have posted on my website the PowerPoint



STEVEN L. WOODWARD
March 24, 2011

Page 109

1        presentation that Dr. Victor Hrehorovich distributed
2        to our class.
3   Q.   So you have republished documents that you received
4        from Victor Hrehorovich that are in PowerPoint form?
5   A.   I have published documentation that Victor Hrehorovich
6        distributed to the class.
7   Q.   So you took what he sent you.  Did you make any
8        changes or anything?
9   A.   No.
10  Q.   And you just posted that on your website?
11  A.   Yeah.
12  Q.   And that's linked on the downloads page of your
13       website?
14  A.   Probably, yeah.
15  Q.   And that was originally authored by Victor
16       Hrehorovich?
17  A.   I don't know who originally authorized it.  He's the
18       person that gave the presentation and distributed it.
19  Q.   But it was AUA materials?
20  A.   According to Victor Hrehorovich.  I don't know, it
21       could have been his materials.
22  Q.   Can you look at the -- what I assume would be slide 4?
23  A.   Okay.
24  Q.   At the top of that slide on the first page, is that an
25       American University of Antigua logo that you're


6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 110

1        familiar with?  Slide 4, I'm sorry.

2   A.   Slide 4, okay.  It could be American University of

3        Antigua, sure, why not.  I don't know.  If this says

4        it and this is valid, then whatever he put inside that

5        documentation, if they call that a logo and they have

6        a registered logo in the United States for that

7        document, then okay.

8   Q.   Did you have any permission from AUA to post on your

9        website any of the syllabi that you might have on your

10       web page?

11  A.   Did I have permission?  I did not not have permission.

12  Q.   Did you have permission?

13  A.   Did I have permission from -- no one from AUA said not

14       to post this on my website.

15  Q.   Did you have permission, yes or no?

16  A.   No.

17  Q.   Did you have permission from AUA to publish any of the

18       course guidelines on your website?

19  A.   No.

20  Q.   Did you have permission from AUA to publish any of the

21       PowerPoints on your web page?

22  A.   No.

23  Q.   Did you have any permission from AUA to publish any of

24       its logos on your web page?

25  A.   No.



STEVEN L. WOODWARD
March 24, 2011

Page 113

1        at.  I haven't moved that.

2   Q.   Can you tell me how many hits your website gets a

3        year?

4   A.   Annually, no.  I haven't checked the statistics on my

5        website lately.  I haven't entered into it because I

6        told the judge that I wouldn't make modifications to

7        the content of my website, so I haven't had any real

8        reason to go out there except to do basic maintenance

9        on it since April.  Probably up to now -- again, I

10       haven't checked it in months -- probably I'm going to

11       guess 6,000.  I don't know.

12  Q.   That's --

13  A.   5,000.  I'm going to guess.  5, 6,000, I'm going to

14       guess.

15  Q.   That's data that you have access to?

16  A.   You should have the same thing.  I mean, according to

17       the -- yeah, again, I don't know.  It could be 4,000,

18       could be 5,000, I don't know.  I don't know how many

19       hits it has.  Last night somebody could have -- Japan

20       could have jumped on and said, okay, now we have

21       10,000 hits.  I don't know.  Neal Simon could sit

22       there and hit it right now and just change my answer

23       right now.  I don't know.  I don't know how many hits

24       it has.

25  Q.   Okay.



6a03a6ab-6f3a-4996-b0fe-17a3663e451d

STEVEN L. WOODWARD
March 24, 2011

Page 157

1   A.  That's probably part of it, part of another -- I
2       believe the tag that comes up is the truth about
3       American University of Antigua or something to that
4       effect.  American University of Antigua is inside the
5       code of my HTML.
6   Q.  Have you edited your own HTML tags?
7   A.  Sure.  I don't recall whatever -- it could be the
8       header is the truth about American -- I don't recall
9       the exact tag that's inside there, and I haven't
10      changed these in almost two years now.
11                  MARKED FOR IDENTIFICATION:
12                  DEPOSITION EXHIBIT 11
13                  1:20 p.m.
14  BY MR. KITTINGER:
15  Q.  I'm going to show you what I've marked as Exhibit 11.
16  A.  Okay.  Yeah, right here, title -- it's the title, the
17      truth about American University of Antigua is the
18      title, and then the key word content, it would be a
19      meta tag, would be key words content American
20      University of Antigua.
21  Q.  So American University of Antigua is a --
22  A.  That's a key word.  It's a word that would be
23      searchable.
24  Q.  So your knowledge of how search engines work, they
25      stumble across these tags and index them?



BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com

STEVEN L. WOODWARD
March 24, 2011

Page 158

1    A.    Sure.

2    Q.    So when someone searches --

3    A.    This does not come up though when you type in

4          something like you are asserting.  You're asserting

5          that American University of Antigua comes up when

6          somebody searches that.  Well, it doesn't.  What comes

7          up as viewed on the thing is the truth about American

8          University of Antigua.  That's what I was trying to

9          get at.

10   Q.    But your key word is American University of Antigua?

11   A.    Yeah.

12   Q.    Is that a key word you selected?

13   A.    Sure.

14   Q.    Why would you select that key word?

15   A.    Why would I select that key word?  Because if you type

16         in American University of Antigua my website would

17         come up on the list in the search engine.

18   Q.    Okay.  So you selected that key word to indicate that

19         your content was related to American University of

20         Antigua?

21   A.    No, no.  My content was not part of American

22         University of Antigua.  My content is my content, but

23         does the content inside this website have something to

24         do with American University of Antigua, sure.  I mean,

25         I'm not asserting that my website is owned by American


BIENENSTOCK
NATIONWIDE COURT REPORTING & VIDEO
www.bienenstock.com