# EXHIBIT

# F



AMERICAN
UNIVERSITY
OF ANTIGUA
COLLEGE OF
MEDICINE

KASTURBA
MEDICAL
COLLEGE

Manipal
INSPIRED BY LIFE

*C/O Greater Caribbean Learning Resources*

# FIFTH SEMESTER

# PRELIMINARY
# CLINICAL MEDICINE

# COURSE GUIDELINES*
# (September 6 - December 21, 2007)

*\* Revised 09/05/2007*

**Administrative Office:** 2 Wall Street 10th Fl
New York, NY 10005
**Tel:** 212 - 661-8899 **Fax:** 212 - 661-8864
1-888-AUA-UMED (1-888-282-8633)
**Email:** info@auamed.org  www.auamed.org

**Manipal Education & Medical Group**
Manipal 576104 India
**Tel:** 91-820 2571978/79 **Fax:** 01-820 2571982/257062
**Email:** kmc_auamed.@manipal.edu
www.manipal.edu

EXHIBIT 6
Woodward
3-24-11 CB



AMERICAN
UNIVERSITY
OF ANTIGUA
COLLEGE OF
MEDICINE

KASTURBA
MEDICAL
COLLEGE

*C/O Greater Caribbean Learning Resources*

# FIFTH SEMESTER
# INTRODUCTION TO CLINICAL
# MEDICINE

## COURSE SYLLABUS
## 15 CREDITS



**Administrative Office:** 2 Wall Street 10th Fl
New York, NY 10005
**Tel:** 212 - 661-8899 **Fax:** 212 - 661-8864
1-888-AUA-UMED (1-888-282-8633)
**Email:** info@auamed.org  www.auamed.org

**Manipal Education & Medical Group**
Manipal 576104 India
**Tel:** 91-820 2571978/79 **Fax:** 01-820 2571982/257062
**Email:** kmc_auamed.@manipal.edu
www.manipal.edu

# Mission

## AUA MISSION

The mission of American University of Antigua College of Medicine is to seek and enroll committed, qualified candidates to the medical school, and to produce skilled, ethical and caring physicians, licensed to practice in the United States.



Students – PM, BS & CS
Total – 857 (June 12, 2007)

# Vision

## AUA Vision

The vision of American University of Antigua College of Medicine is to be the pre-eminent international medical school utilizing the American medical education model for preparing outstanding physicians for practice in the United States.



Students – BS & CS
By Semester – June 2007



EXHIBIT 8
Woodward Cy
3-24-11
PENGAD 800-631-6989