# EXHIBIT

# G

```html
<HTML>
<HEAD>
<META NAME="keywords" content="American University of Antigua" />
<TITLE>The truth about American University of Antigua</TITLE>
</HEAD>
<FRAMESET BORDER="0" FRAMEBORDER="0" FRAMESPACING="0" ROWS="100, *">
  <FRAME SCROLLING="no" SRC="top.html">
<FRAMESET COLS="130, *">
    <FRAME SCROLLING="yes" SRC="left.html">
    <FRAME NAME="main" SRC="main.html">
  </FRAMESET>
</FRAMESET>

</HTML>

<!-- text below generated by server. PLEASE REMOVE --><!-- Counter/Statistics data collection code --><script language="JavaScript" src="http://l.yimg.com/d/lib/smb/js/hosting/cp/js_source/whv2_001.js"></script><script language="javascript">geovisit();</script><noscript><img src="http://visit.webhosting.yahoo.com/visit.gif?us1293561093" alt="setstats" border="0" width="1" height="1"></noscript>
```

