UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL 10-10978

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE V. WOODWARD

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(e) which provides:

Briefing Schedule.

(1) Dispositive Motions.

(A) Dispositive motions are:
- for injunctive relief,
- for judgment on the pleadings,
- for summary judgment
- to dismiss or quash an indictment or information made by a defendant,
- to suppress evidence in a criminal case,
- to certify or decertify a class,
- to dismiss for failure to state a claim upon which relief can be granted, and
- to involuntarily dismiss an action.

(B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

(C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 14 days</u> after service of the response, but not less than 3 days before oral argument.

(2) Nondispositive Motions:

(A) Nondispositive motions are motions not listed in LR7.1(d)(1)(A).

(B) <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.

(C) If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than3 days before oral argument.