

Case 2:10-cv-10978-PJD-MJH

**FILED**
**2011 MAY -3  A 10: 34**
U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Supplement Motion for Adjournment for Discovery** ~~to add Counter Claims~~

1

## Supplement Motion for Adjournment for Discovery

The Defense requests Leave under Rule 15 for purposes of Discovery Rule 26.

The Defense requests Leave to amend Rule 34 Interrogatories and Production of Documentation Rule 34.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267