

Case 2:10-cv-10978-PJD-MJH

**FILED**

**2011 MAY -3 A 10: 33**

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                  CASE No.: 2:10-cv-10978-PJD-MJH
                                    Judge Patrick J. Duggan
                                    Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Supplement Motion for Adjournment to add Counter Claims**

1

## Supplement Motion for Adjournment to add Counter Claims

The Defense requests Leave under Rule 15 to file Counter Claims.

Steven Woodward<br>
7211 Brittwood Ln<br>
Flint, MI 48507<br>
(810)235-7267

*/s/ Steven Woodward*