

Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                         CASE No.: 2:10-cv-10978-PJD-MJH
                             Judge Patrick J. Duggan
                             Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Supplement Motion for Leave to File for Sanctions**

FILED 2011 MAY 10 P 2:14 U.S. DIST. COURT CLERK EAST DIST MICH FLINT

1

**Supplement Motion for Leave to File for Sanctions**

The Defense requests Leave under Rule 15 for purposes filing for Sanctions.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

*[signature]*

2