Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2011 MAY 19 P 1:17
U.S. DIST. COURT CLERK
EAST. DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Judge Michael Hluchaniuk, referral

STEVEN WOODWARD,

Defendant,

**Defendant's Reply to Plaintiff's Docket 154, Docket 153**

**Defendant's Reply to Plaintiff's Docket 154, Docket 153**

Students Testify AGAINST AUA, both Fox News and Antigua Observer Newspaper.

1. Fox News Video

The video can be seen

http://www.youtube.com/watch?v=pYFDCry0_ug

or

http://www.clipsyndicate.com/video/play/2450833/nursing_school_nightmare

Is the Fox News Report

Rosie Velasquez

**"I was Devistated"**

**"They lied to me, I was cheated, I was sent, I went to Antigua, I left my family, and I gave them two years out of my life to come back to nothing"**

**"They promised me"**

Linda Burdue(sp)

**"It was very hard to deal with, knowing that at the end there is nothing"**

Ishmael Jeffers

**"I think it's just very important to expose the situation, so no one else can fall prey to the circumstance"**

**2.** American University of Antigua students testify against the Plaintiff, and Neal Simon admits wrongdoing, **Exhibit 1. "AUA Accused of Awarding Worthless Degrees"**

From the testimony of AUA students Ishmael Jeffers and Rosie Velasquez

**"Cheating them out of valuable time and money and giving them worthless degrees"**

**"Dreams of working as nurses being crushed"**

**"I think it's just important to expose the situation so that no one else could fall prey to this circumstance"**

**"They lied to me. I was cheated. I went to Antigua, I left my family and I gave them two years out of my life to come back to nothing"**

**"Everybody's intention was to start a career which we've been robbed of now"**

**"None of the graduates has been able to take the exam to become a nurse in New York"**

"AUA's president acknowledged that the first graduating class ran into problems last year and since then AUA has not accepted another nursing student."

Rosie Velasquez student loan totaled **US$91,331,39**

He (Neal Simon) has insisted, though, that even though students got a raw deal, it was not his university's fault.

**3. Exhibit 2**, Antigua Observer Newspaper, **Threat of Legal Action in AUA Debacle**

**"A member of the General Nursing Council is considering taking legal action against a top executive at the American Univesity of Antigua over the AUA School of Nursing debacle."**

**"According to Registrar Laurellyn Williams, the school's president Neil Simon has made untiruthful comments about Nurse Elnora Warner, whom he has accused of conflict of interest."**

**"The Council stated yesterday that the statements were crafted to deceive and could be viewed as an "assassination" on Nurse Warner's "integrity and on her personal and professional character"**

**"AUA is totally responsible for the dilemma it finds itself in"**

**"When it comes to institutions such as a nursing school which falls under the professional discipline, as school's nursing program can only be approved by the Professional/Licensure Body, which in this case, is the Nursing Council of Antigua & Barbuda – an this is what AUA has difficulty accepting"**

**"According to the Council, when they approve a nursing training programme, the graduates must be capable of performing safely"**

**List of Exhibits:**
Exhibit 1: AUA Accused of Awarding Worthless Degrees
Exhibit 2: Threat of Legal Action in AUA Debacle

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267



Search for: Search

*Categorized* | **Facebook Posts, Top Stories**

Thursday, May 12th

Set Home Page

- Home
  - News
    - Big Stories
    - Regional News
    - International News
    - Financial
    - Entertainment
    - Editorials
    - Big Score
  - Observer Publications
    - The Daily Observer
    - ENJOY Supplement
    - Subscribe
  - Observer Radio
    - Voice of The People 91.1fm
    - Hitz Fm 91.9Fm
    - Programming Schedule
    - Presenter Bios
    - News Team Profiles
  - Classifieds
  - Flight Status
  - Contact Us
    - News Room
    - Advertising
    - Observer Radio
    - Web Team

## AUA Accused Of Awarding Worthless Degrees

By Observer News - Thursday, May 12th, 2011.

Article Hits: 32
No Comments

american university of antigua

Former nursing students of the American University of Antigua (AUA) are accusing the institution of cheating them out of valuable time and money and giving them worthless degrees, after the state of New York rejected the qualifications they spent two years working for.

Now, the AUA's President Neal Simon is promising that students will get back the tens of thousands of dollars they paid in tuition fees if the state continues to refuse them the opportunity to work.

These developments have come two months after The Daily OBSERVER and Observer Radio were severely criticised for a series of stories that reported the AUA's School of Nursing was not accredited.

In a report aired on Fox 5 News yesterday, three students spoke about their dreams of working as nurses being crushed

because the nursing programme is not approved by the Antigua & Barbuda Nursing Council and is therefore not accredited in New York. So, although they have Associate Degrees, they're unable to get jobs.

"I think it's just important to expose the situation so that no one else could fall prey to this circumstance," Ishmael Jeffers said in the television interview, a sentiment also expressed by another graduate Rosie Velasquez and another former student who left the programme early after spotting the problems.

They said that on entry to the nursing school they were assured, both in the university literature and responses to their direct questions, that once they graduated they would be eligible to sit the National Council Licensure Examination (NCLEX). Passing that test would allow them to work in the nursing sector.

However, Velasquez said that after graduating and returning to her New York home, her application to take the exam was denied because, according to the letter she received, the school is not being recognised by the Antigua & Barbuda Nursing Council.

"They lied to me. I was cheated. I went to Antigua, I left my family and I gave them two years out of my life to come back to nothing," she lamented.

Jeffers added: "Everybody's intention was to start a career which we've been robbed of now."

According to the Fox 5 report, since the offshore medical school began its nursing programme in 2009, none of the graduates has been able to take the exam to become a nurse in New York, even though the university said students from Florida have been able to take the exam in that state.

AUA's president acknowledged that the first graduating class ran into problems last year and since then AUA has not accept another nursing student.

Follow Us

But those who had already completed the programme have been left out of pocket since their degrees are, at this point, just pieces of paper.

To go to the AUA School of Nursing, Velasquez said she had to borrow money, of which she still owes US$47,125.77. Her student loan totaled US$91,331.39.

But the AUA president said if the situation is not rectified, students will get their money back.

"We will reimburse the students the cost of education, which includes their tuition and the housing, etc the plane fare down to Antigua. Yes we will reimburse them," Simon told Fox, although not saying how long he would wait before paying refunds.

He has insisted, though, that even though students got a raw deal, it was not his university's fault.

Although faced with the reality of the graduates' situation, Simon stuck to his previous position that a charter which the AUA received in 2003 specifically stated that the university "was approved and that our graduates are eligible for licensure."

He also produced a letter, signed by Prime Minister Baldwin Spencer, which stated that the government had granted a charter to AUA and its school of nursing and that the programme was fully approved and accredited by the minister of health.

However, that has not been enough for the New York State Education Department, which is currently trying to get to the bottom of the situation, according to the television report.

Back in March, OBSERVER carried a series of stories pointing out that some of the programmes offered by AUA, including nursing, were not accredited. In response to the reports, Executive Director of the Antigua & Barbuda National Accreditation Board Glenford Joseph said his agency had registered the School of Nursing and was in the process of doing so for the School of Medicine, the Veterinary School and the pre-med college.

"The government of Antigua & Barbuda stands by the American University of Antigua, which is registered and licensed by the state of New York," he said at the time.

However, the Nursing Council said in a statement that it had not been involved in the registration process and accused the Accreditation Board of violating its own regulation to consult with various professional disciplines in the decision-making.

The Spencer administration had also issued a statement denouncing the OBSERVER reports.

Like 2 people like this. Be the first of your friends.

Tags: associate degrees | aua | AUA Accused Of Awarding Worthless Degrees | fox 5 news | national council licensure examination | neal simon | nursing council | nursing school | nursing students | observer radio | state of new york | tuition fees | university literature

SHARE

**Medical Assistant Career**
Learn skills in as few as 30 weeks! Start class now in Flint or Davison
RossMedicalAssistant.com
**Oakland University**
134 Bachelor's Degree Programs From Nursing to Journalism & More.
oakland.edu
**RN Nursing School**
Search Flexible and Accredited Nursing Schools Nearby or Online!
MyNursingSchool.org
Ads by Google

## No Comments

Comments

Name
Email

Post your comment

## Related Articles

- Standing by our 'accreditation' story
- Nurses Council not happy with accreditation
- ...olarship Without Service
- ...wock Road accident: AUA student
- ...na fides
- ...anyon

Follow Us

Lens Audio Video Observer Radio

Latest Photo Galleries »








Case 2:10-cv-10978-PJD-MJH ECF No. 155, PageID.2139 Filed 05/19/11 Page 8 of 11

- Popular
- Latest
- Comments
- Issues

- Dr Cort: Sex in prison is not the norm
- US-based Antiguan charged with identity theft
- Widespread Flooding
- Landmark prostate surgery performed at Belmont Clinic

**AUA Medical School**
Take a Virtual Campus Tour to learn why AUA may be the ideal option
www.auamed.org/tour/#/campus

**Study Medicine -MD degree**
In a 4.5 years program including pre-med, bilingual, accredited
www.unibecostarica.com

**Medical Univ. of Americas**
Low total cost for M.D. degree. Pre-Med Program available.
www.mua.edu

Ads by Google

## Latest Tweets

- @antiguaomg none of the links work this morning
- Observer: Stanford criminal trial set for September [Read t
- Observer: AUA Accused Of Awarding Worthless Degrees [Read t

Follow Us

## Archives

Select Month

ADVERTISE HERE ADVERTISE HERE
ADVERTISE HERE ADVERTISE HERE

© 2011 Observer Publications Limited | Privacy Policy KTB
30 queries | 1.099 seconds.



Search for: Search

*Categorized* | **Facebook Posts, Top Stories**

Saturday, May 14th

Set Home Page

- Home
  - News
    - Big Stories
    - Regional News
    - International News
    - Financial
    - Entertainment
    - Editorials
    - Big Score
  - Observer Publications
    - The Daily Observer
    - ENJOY Supplement
    - Subscribe
  - Observer Radio
    - Voice of The People 91.1fm
    - Hitz Fm 91.9Fm
    - Programming Schedule
    - Presenter Bios
    - News Team Profiles
  - Classifieds
  - Flight Status
  - Contact Us
    - News Room
    - Advertising
    - Observer Radio
    - Web Team

# Threat of Legal Action In AUA Debacle

By Observer News - Saturday, May 14th, 2011.

Article Hits: 17
No Comments

A member of the General Nursing Council is considering taking legal action against a top executive at the American University of Antigua over the AUA School of Nursing debacle.

According to Registrar Laurellyn Williams, the school's president Neil Simon has made untruthful comments about Nurse Elnora Warner, whom he has accused of conflict of interest.

The Council stated yesterday that the statements were crafted to deceive and could be viewed as an "assassination" on Nurse Warner's "integrity and on her personal and professional character."

Nurse Warner is currently in the US state of Florida and will make a decision on

googleimages.com

whether to pursue legal action when she returns here.

The comments by the university president were made after an American media outfit aired a report, in which three former nursing students claimed that their qualifications were rejected by the state of New York because AUA's programme is not approved by the Nursing Council.

In putting forward her position on the issue, the Registrar said, "AUA is totally responsible for the dilemma it finds itself in," because of what she termed as its stance of "superiority."

"AUA is claiming that it received permission to operate its Nursing School through a Charter from the Government as well as from the Minister of Health, which is supposed to assure its accreditation standings, but this is far from reality," Williams said in the statement.

"Yes, institutions can get approval to open/operate schools from Ministers etc, however, when it comes to institutions such as a nursing school which falls under the professional discipline, a school's nursing programme can only be approved by the Professional/Licensure Body, which in this case, is the Nursing Council of Antigua & Barbuda – and this is what AUA has difficulty accepting."

She explained that approval of a nursing programme involves looking at the conditions under which a nurse will be trained; looking at the curriculum of training to include the credit hours as well as the contents to see if it is adequate for one who will eventually be given a licence by the Council (if they desire).

According to the Council, when they approve a nursing training programme, the graduates must be capable of performing safely.

She pointed to the interpretation in one of the sections of the Nurses Registration Act, which specifies that the Council is responsible for approving nursing training programmes.

Follow Us

The Registrar further said, "One of the fiduciary responsibilities of the Council is to protect the public by ensuring safe nursin[g] care delivery, and this begins at the training institution and in this case – schools of nursing. It is for this reason why all Nursi[ng] Councils/Boards must approve of nursing training programmes."

Like Be the first of your friends to like this.

Tags: accreditation | american university of antigua | aua | conflict of interest | debacle | minister of health | nurse | nursing council | nursing school | nursing students | professional character | professional discipline | state of new york | university president

SHARE

## No Comments

Comments