17.     As a result of Mr. Woodward's apparent dissatisfaction with this result and with everyone and everything other than the party truly responsible for his circumstance (himself), he has now registered an internet domain name of www.aua-med.com at which he publishes reckless, false, and malicious purported "facts" about AUA in addition to other objectionable content.

18.     A specific date when Mr. Woodward commenced his endeavor is not known but it is well after AUA's first usage in trade of its own similar name and website www.auamed.org.

19.     A copy of the legitimate www.auamed.org website homepage is attached as Exhibit 1.

20.     A copy of Defendant's www.aua-med.com website homepage is attached as Exhibit 2.

21.     Defendant's website represents, alleges and publishes, as if true, false and defamatory information about AUA including, by way of example and not limitation, that:

    a.      AUA routinely commits fraud upon its students;

    b.      AUA falsifies its students grades;

    c.      AUA breaches contracts;

    d.      AUA disregards student civil rights;

    e.      AUA conspires against its students;

    f.      AUA pursues unspecified and other unethical practices;

    g.      AUA has "malicious intensions" and administration and academic advisors of a "heinous nature";

h.  AUA students are sexually assaulted;

i.  AUA professors teach students wrong information;

j.  AUA conspires to commit fraud and violations of civil rights;

k.  AUA commits criminal activities reportable to the FBI;

l.  AUA student pass rate for USMLE medical board exams is only 22.9%;

m.  AUA contrives false evidence in student disciplinary proceedings (i.e, the hearing Mr. Woodward was provided prior to dismissal and refused to even attend);

n.  AUA colluded with St. Joseph Hospital to maliciously end Mr. Woodward's career, conspired, abused its power, committed perjury and is otherwise immoral and unethical;

o.  AUA agents are liars;

p.  The locality of AUA is full of "rape, murder, fraud, and government corruption."

22.  Defendant's website further publishes, in a manner not repeated here, and without consent of the university or its affected students, other students' identities and personal information including grades and academic information.

22.  In that Plaintiff utilizes its own website to market and provide useful information to prospective students, AUA suffers irreparable injury and harm to its reputation each day that Mr. Woodward's appalling site is permitted to remain available.

23.  Moreover, irreparable injury to AUA and its affected students occurs, for which there is not an adequate remedy at law, by virtue of Mr. Woodward's unsanctioned and unauthorized publication of federally protected private academic information.

24.     Consequently, AUA respectfully requests an immediate, but temporary (until such time as opportunity for hearing can be afforded) restraining order prohibiting further publication of this offending information by any means and further prohibiting use, of any kind, of the confusingly similar domain name.

25.     Pursuant to FRCP 65(b)(1), AUA seeks temporary restraining order relief on an immediate and ex parte basis because, as demonstrated by this verified complaint, irreparable injury is occurring and will continue to occur and because Mr. Woodward cannot be located for purpose of immediate service.   Undersigned counsel has made reasonable and diligent search of the prior lawsuit file and record, including the deposition of Mr. Woodward, which reveals, solely, that he resides on a movable sailboat and utilizes his sister's Flint address as a mailing address.

26.     A proposed temporary restraining order is appended as Exhibit 3.

### COUNT I- FEDERAL TRADEMARK/TRADENAME INFRINGEMENT

27.     Plaintiff incorporates and restates its answers to paragraphs 1 through 26 above.

28.     Defendant publishes information under a domain name of www.aua-med.com.

29.     Plaintiff has published legitimate information about its educational institution under the domain name www.auamed.org and has otherwise utilized the root term "auamed" in trade since long before Defendant first utilized the above referenced domain name.

30.     Defendant's use of the confusingly similar name, and resultant accessibility by any consumer utilizing common search terms employed to glean

legitimate information about the University is likely to cause confusion as to whether the Defendant's website is somehow endorsed, sponsored, licensed or affiliated with the AUA.

31.     Defendant's actions, along with the use on the offending website of information purportedly from, sponsored or published by AUA (including items bearing the AUA logo) constitute willful infringement upon AUA's exclusive rights in its tradename and trademarks under 15 U.S.C. § 1114.

32.     Defendant's use of the similar domain name, including copies, reproductions and/or counterfeits of the AUA logo on the site itself has been, and continues to be done with the intent to cause confusion, mistake and harm as to the source or sponsorship of the information disseminated.

33.     As a direct and proximate result, AUA has suffered irreparable harm to its protected tradename and trademarks.

34.     AUA has no adequate remedy at law that will compensate it for the continued harm it will suffer if Defendant's acts are allowed to continue.

35.     AUA has gained a reputation as a well respected educational institution and there is an association of its tradename and marks with this reputation.

36.     Defendant has utilized that name and the marks with the intention of maliciously attacking that reputation and goodwill to satisfy some misguided personal vendetta against the University.

37.     Defendant publishes false information in conjunction with the tradename and marks that dilutes, blurs and tarnishes the distinctiveness and positive association of the same.

38.     Accordingly, this is an exceptional case within the meaning of the Lanham Act.

39.     In addition to the temporary relief prayed for elsewhere in this verified complaint AUA respectfully requests permanent injunction as well as all rights, remedies and damages available at law including but not limited to treble damages and attorney fees.

WHEREFORE, Plaintiff American University of Antigua, respectfully requests a judgment against Defendant, together with costs, interest, and attorney fees.

## COUNT II- INFRINGEMENT UNDER THE ACPA

40.     Plaintiff incorporates and restates its answers to paragraphs 1 through 39 above.

41.     Defendant has registered, in bad faith and with intent to profit, a domain name confusingly similar to that utilized by AUA in the course of its business.

42.     The AUA domain is distinctive and has been utilized in trade (as has its root tradename ("AUAMED") since long before Defendant's offending registration and use of www.aua-med.com.

43.     The AUA tradename and domain name are widely recognized by the general consuming public as a designation of services and source of same from AUA.

44.     Defendant's conduct is not a fair usage.

45.     Defendant has attempted to profit from the use of this site directly and by leveraging the same in the prior litigation in which he was a plaintiff.

WHEREFORE, Plaintiff American University of Antigua, respectfully requests a judgment against Defendant, together with costs, interest, and attorney fees.

8

## COUNT III- WILLFUL VIOLATION OF FERPA

46.    Plaintiff incorporates and restates its answers to paragraphs 1 through 45 above.

47.    Defendant has published private educational information about other students including names and grades on his website.

48.    This publication is without the consent of the University or its affected students and is otherwise unauthorized.

49.    The academic records are otherwise private and are protected from public disclosure under federal law.

50.    The consequence of disclosure has an immediate and obvious impact on the affected students' privacy rights for which there is no adequate remedy at law.

51.    Further, as a direct and proximate result of Defendant's actions, AUA could lose significant access to federal educational funding and student aid.

WHEREFORE, Plaintiff American University of Antigua, respectfully requests a judgment against Defendant, together with costs, interest, and attorney fees.

## COUNT IV- DEFAMATION

52.    Plaintiff incorporates and restates its answers to paragraphs 1 through 51 above.

53.    Defendant publishes a website in which he intentionally, maliciously and/or recklessly or negligently publishes falsehoods about AUA.

54.    By use of direct words, narrated video clips, weblinks and "YOUTUBE" videos of his making, Defendant promulgates as if true the following "facts" about AUA:

a.    AUA routinely commits fraud upon its students;

9

b.    AUA falsifies its students grades;

c.    AUA breaches contracts;

d.    AUA disregards student civil rights;

e.    AUA conspires against its students;

f.    AUA pursues unspecified and other unethical practices;

g.    AUA has "malicious intensions" and administration and academic advisors of a "heinous nature";

h.    AUA students are sexually assaulted;

i.    AUA professors teach students wrong information;

j.    AUA conspires to commit fraud and violations of civil rights;

k.    AUA commits criminal activities reportable to the FBI;

l.    AUA student pass rate for USMLE medical board exams is only 22.9%;

m.    AUA contrives false evidence in student disciplinary proceedings (i.e, the hearing Mr. Woodward was provided prior to dismissal and refused to even attend);

n.    AUA colluded with St. Joseph Hospital to maliciously end Mr. Woodward's career, conspired, abused its power, committed perjury and is otherwise immoral and unethical;

o.    AUA agents are liars;

p.    The locality of AUA is full of "rape, murder, fraud, and government corruption."

55.    Each and every one of these "facts" is false.

56.    Defendant knew at the time of publication, or reasonably should have known, that each of his representations was false.

57.    The publication of these purported "facts" about AUA is misleading, damaging and in certain circumstances per se actionable inasmuch as they allege criminal activity or the like.

58.    AUA has suffered damages to its reputation as a direct and proximate result of Defendant's actions.

WHEREFORE, Plaintiff American University of Antigua, respectfully requests a judgment against Defendant, together with costs, interest, and attorney fees.

Respectfully submitted,


/s/ Eric A. Buikema
Cardelli, Lanfear, & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, MI  48067-2505
(248) 544-1100/(248) 544-1191(fax)
ebuikema@cardellilaw.com
(P58379)

DATED:  March 9, 2010

Being First duly sworn:

I, Neil Simon, am an officer of the American University of Antigua and its general counsel.  I have personal knowledge of the facts set forth in this complaint and, having read the same, I hereby attest that each and every allegation contained herein is true to the best of my knowledge, information and belief.

Neil Simon
Its:  President

Subscribed and sworn to before me this
___ day of _____, 2010

Notary Public
My commission expires:

LEONARD A. SCIAFANI
Notary Public, State of New York
No. 02SC6120579
Qualified in Westchester County
Commission Expires December 20, 20__

12

**From:** Paul J. Nicoletti (paul@nicoletti-associates.com)
**To:** billcain@comcast.net; steve_l_woodward@yahoo.com; yanezj@trinity-health.org; nssimon@auamed.org; vhrehorovich@auamed.org; zonias@trinity-health.org;
**Date:** Thu, December 20, 2007 5:22:22 PM
**Cc:**
**Subject:** Steven Woodward v. Trinity Health-Michigan

Enclosed please find a copy of the civil action that was filed this afternoon. I would hope that this matter could be resolved without the need for costly and protracted litigation.

NICOLETTI & ASSOCIATES, P.C.
Paul J. Nicoletti
39520 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304
(248) 203-7800
Fax (248) 203-7801

\* \* \* \* \* \* \* \* \* \*

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

\* \* \* \* \* \* \* \* \* \*

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such would be privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.503 / Virus Database: 269.17.4/1189 - Release Date: 12/18/2007 9:40 PM

**EXHIBIT** 



### AMERICAN UNIVERSITY OF ANTIGUA
### COLLEGE OF MEDICINE

Friar's Hill Road
P.O. Box W - 1451
St. John's, Antigua, West Indies
Telephone: 268 - 481 - 8888
Fax: 268 - 481 - 8880
Website: www.auamed.org

May 21ˢᵗ, 2008

Mr. Steven Woodward
7211 Brittwood Lane
Flint, Michigan 48507

Dear Mr. Woodward:

On December 19, 2007, a grievance hearing was held based on allegations made against you by American University of Antigua, College of Medicine, Professor Susan Catherine Zona and Trinity Health-Michigan. You were provided with notice of the Grievance and Disciplinary Committee hearing and given the opportunity to testify at the hearing and to provide evidence on your behalf and in your defense which you declined to do.

The Grievance Committee investigated the allegations that you behaved inappropriately, unprofessionally and in a manner not befitting that of a physician during the course of your V Semester studies at Trinity Health-Michigan and, after considering all of the evidence presented, found that your behavior during your V Semester studies was disrespectful and unprofessional. As a result, the Committee recommended that you be dismissed from the University and that, should you apply for re-admission at some future date, the re-admission procedure should include a full review of the Committee's recommendation and the evidence considered at the hearing.

After reviewing the Committee's report, I do agree with its findings. I view your actions as highly unprofessional and improper. Your behavior showed clearly that you failed to live up to the high standards of professional conduct of our profession. I also considered that the finding of the Grievance Committee was not the first such finding rendered against you by a Grievance Committee of the University; a Grievance Committee empaneled in October, 2006 had previously found that you had acted rudely, unprofessionally in an improper manner to one of your professors, among other wrongful acts, as a result of which you were placed on non-academic probation for the Fall semester 2006 and Spring semester 2007 and were required to seek counseling (anger management).

Guided by the forgoing, I have decided to accept the recommendation of the Grievance Committee and hereby notify you that:

1. you are forthwith dismissed from American University of Antigua College of Medicine.

Head office:
#2 Wall Street. 10ᵗʰ Floor, New York, NY 10005
Telephone: 1-212-661-8899      Fax: 1-212-661-8864
http://www.auamed.org

**EXHIBIT** 
**7**

*Exhibit*  1

2. Should you apply for re-admission to the University at some future date, the re-admission procedure should include a full review of the Committee's recommendation and the evidence considered by the Committee at its hearing.

You may appeal this decision in writing to the President of the University within 14 days of your receipt of this letter. Should you so appeal, you will have the right to counsel and to present witnesses and documentary evidence and your appeal will be heard by the President and at least one other non-involved member of the University's administration in accordance with the University's Rules and Regulations as set forth in its Student's Handbook, a copy of which you had acknowledged in writing that you received.

Very truly yours,

Dr. med. Peter Bell
**Vice President Academic Affairs and Executive Dean**

cc:     **Neal Simon, President**
         AUA, College of Medicine

         **William Cain, Ph.D.**
         Chair Grievance and Disciplinary Committee

         Ernesto Calderon, MD

Head Office
#2 Wall Street, 10th Floor, New York, NY 10005
Tel: 212-661-8899          Fax: 212-661-8864
Http://www.auamed.org

American University of ...ua College of Medicine
V Semester - Preliminary Clinical Training
Pontiac Michigan - St. Joseph Mercy Oakland

## Final Grades by Component - Fall 2007

| | Code | Attendance 10% | | Prac Session 5% | | Outpatient E 5% | | Verbal Pres 5% | | Portfolio 10% | | Quizzes 35% | | Written Ex 20% | | | Practical Ex 10% | | Fina | Final Grade Adjusted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Score | PT | Score | PT | Score | PT | Score | PT | Score | PT | Scor | PT | Score | Curv | PT | Score | PT | | | |
| 1 | Hampel, Nicola | 92 | 9.2 | 92 | 4.6 | 100 | 5.0 | 100 | 5.0 | 100 | 10.0 | 54 | 18.9 | 77 | 81 | 16.2 | 95 | 9.5 | 78 | C | |
| 2 | Jayadeep, Simbia | 100 | 10.0 | 100 | 5.0 | 80 | 4.0 | 100 | 5.0 | 100 | 10.0 | 57 | 20.1 | 80 | 84 | 16.8 | 96 | 9.5 | 79 | C | |
| 3 | Ozuomba, Michael | 100 | 10.0 | 100 | 5.0 | 83 | 4.2 | 100 | 5.0 | 100 | 10.0 | 56 | 19.6 | 70 | 74 | 14.8 | 80 | 8.0 | 77 | F | (2) |
| 4 | Chheda, Vishal | 75 | 7.5 | 75 | 3.8 | 86 | 4.3 | 100 | 5.0 | 100 | 10.0 | 62 | 21.7 | 86 | 90 | 18.0 | 75 | 7.5 | 76 | C | |
| 5 | Bulat, Elizabeth | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 70 | 24.4 | 84 | 88 | 17.6 | 85 | 8.5 | 83 | B | |
| 6 | Evans, Lekedra | 100 | 10.0 | 100 | 5.0 | 96 | 4.8 | 100 | 5.0 | 100 | 10.0 | 65 | 22.6 | 73 | 77 | 15.4 | 85 | 8.5 | 83 | C(-) | (1) |
| 7 | Woodward, Steve | 100 | 10.0 | 100 | 5.0 | 95 | 4.8 | 100 | 5.0 | 100 | 10.0 | 62 | 21.6 | 71 | 75 | 15.0 | 80 | 8.0 | 80 | F | (3) |
| 8 | Paras, Chahal | 100 | 10.0 | 100 | 5.0 | 92 | 4.6 | 100 | 5.0 | 100 | 10.0 | 58 | 20.4 | 79 | 83 | 16.6 | 80 | 8.0 | 81 | B | |
| 9 | Hamed, Mousa | 100 | 10.0 | 100 | 5.0 | | 0.0 | 100 | 5.0 | 100 | 10.0 | 70 | 24.4 | 87 | 92 | 18.4 | 93 | 9.3 | 82 | B | (4) |
| 10 | Kristen, Nico | 100 | 10.0 | 100 | 5.0 | | 0.0 | | 0.0 | 100 | 10.0 | 68 | 23.9 | 78 | 82 | 16.4 | 80 | 8.0 | 83 | B | (4) |

(1)   Failed Final Exam.  Remedial score 78.  Final Grade: C(-)
      Failed Final Exam.  Has not taken remedial
(3)   Failed Final Exam.  Did take remedial and failed
      Did not have OP rotation.  Toal score / 95
(4)   Did not take OP rotation.  Total Score / 95

EXHIBIT 8

Scholar360

Home | Profile | Blog | Contacts | Messages
RSS Reader | Calendar
My Classes | All Classes
My Communities | All Communities
My Grades | My Files | Digital Dropbox
Search | Help | Logout

## My Grades

| Item | Date | Available Points | Grade |
|---|---|---|---|
| AUA Online  Final Grade: 71 | | | |
| Test - Final Exam - Block 4 (Dermatology, Imaging, Gyn, Psychiatry) | 2007-12-06 | 200 | 142 |
| Test - Final Exam - Block 2B (Opthalmology) | 2007-12-06 | 50 | 43 |
| Test - Final Exam - Block 2A (History and Physical Exam) | 2007-12-06 | 50 | 37 |
| Test - Final Exam - Block 2C (Vocabulary) | 2007-12-06 | 100 | 88 |
| Test - Final Exam - Block 3B (Hemopoietic/Lymphopoietic System) | 2007-12-05 | 50 | 21 |
| Test - Final Exam - Block 3A (Cardiovascular) | 2007-12-05 | 100 | 47 |
| Test - Final Exam - Block 3C (GI System) | 2007-12-05 | 50 | 37 |
| Test - Final Exam - Block 1B (ENT) | 2007-12-03 | 100 | 71 |
| Test - Final Exam - Block 1A (Respiratory) | 2007-12-03 | 100 | 82 |

**Total Points Possible: 800**
**Total Points Earned: 568**
**Current Average: 71**

Terms of Service | Help | Support



http://www.scholar360...

**EXHIBIT 9**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

RECEIVED
JAN 1 9 2009
BY:----------

STEVEN WOODWARD,

Plaintiff,

v.

TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an Individual,
AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
a Foreign corporation,

Defendants.

"OAKLAND" "COUNTY"   07-088103-CZ

JUDGE SHALINA KUMAR
WOODWARD,STEV  v  TRINITY HEAL1

/

| NICOLETTI & ASSOCIATES, P.C. | LAW OFFICE OF DAVID B. GUNSBERG, P.C. |
|---|---|
| Paul J. Nicoletti (P44419) | David B. Gunsberg (P24235) |
| *Attorney for Plaintiff* | *Attorney for Defendants Trinity Health-* |
| 39520 Woodward Avenue, Suite 200 | *Michigan and Susan Catherine Zonia; Co-* |
| Bloomfield Hills, MI 48304 | *Counsel for Defendant American University of* |
| 248.203.7800 | *Antigua College of Medicine* |
| | 322 North Old Woodward Avenue |
| | Birmingham, MI 48009 |
| | 248.646.9090 |

LAW OFFICES OF BRYAN L. SCHEFMAN
Bryan L. Schefman (P35435)
*Attorney for Defendant American University*
        *of Antigua College of Medicine*
322 North Old Woodward Ave.
Birmingham, MI 48009
248-723-1650

/

## DEFENDANTS TRINITY HEALTH-MICHIGAN and SUSAN ZONIA'S CASE EVALUTION STATEMENT

### DATE & TIME:

8:40 a.m., January 22, 2009

### EVALUATORS:

Robert L. Stefani, Douglas C. Bernstein, Thomas J. Gagne



EXHIBIT
10

In any event, in early December 2007, before Dr. Zonia's December 17 letter, Woodward took and failed the fifth semester Final Exam. AUA required an 80% score to pass the final exam. Based on AUA's curve for the exam, which was set by AUA in Antigua, Woodward scored a 75% on the final exam. Woodward received an "F" for the fifth semester.[2]

Woodward appealed his dismissal (but not the "F" for fifth semester) to Neil Simon at AUA. An appeal hearing was scheduled for July 10, 2008, but (again) Woodward refused to appear. The appeal was (apparently) denied. Zonia was not involved in the scheduling of the appeal procedures.

Woodward has not invoked in any appeals of his failing grade, requested to retake the fifth semester, sought readmission to AUA, or tried to enter any other medical school. Since December 2007, Woodward has been living on a sailing yacht in St. Maarten, scuba diving.

AUA issues a Student Handbook (**Exhibit 9**) which has disciplinary procedures. Woodward claims the Student Handbook is a "contract" between Woodward and AUA which was "interfered with" by Dr. Zonia. Woodward acknowledged that the AUA Disciplinary Committee could consider his unprofessional behavior and discipline him, including dismissal (Woodward Dep., pp. 149-150). In his amended complaint, which was untimely filed and not served, Woodward claims that the "breach" by AUA was that he was not given a "timely" appeal hearing on July 10, 2008, i.e. within 14 days of filing his appeal. Woodward, however, testified that he made a conscious decision not to

---

[2] Woodward claims he actually passed the final exam, but he never appealed his failing grade, although allowed to appeal under the Student Handbook.

2

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

STEVEN WOODWARD,

        Plaintiff,

v.

TRINITY HEALTH-MICHIGAN,
a Michigan Nonprofit corporation,
SUSAN CATHERINE ZONIA, an Individual,
AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,
a Foreign corporation,

        Defendants.

07-088103-CZ

JUDGE SHALINA KUMAR
WOODWARD.STEV  v  TRINITY HEAL

---

| NICOLETTI & ASSOCIATES, P.C. | LAW OFFICE OF DAVID B. GUNSBERG, P.C. |
|---|---|
| Paul J. Nicoletti (P44419) | David B. Gunsberg (P24235) |
| *Attorney for Plaintiff* | *Attorney for Defendants Trinity Health-Michigan* |
| 39520 Woodward Avenue, Suite 200 | *and Susan Catherine Zonia* |
| Bloomfield Hills, MI 48304 | 322 North Old Woodward Avenue |
| 248.203.7800 | Birmingham, MI 48009 |
| | 248.646.9090 |

LAW OFFICES OF BRYAN L. SCHEFMAN
Bryan L. Schefman (P35435)
*Attorney for Defendant American University of Antigua*
    *College of Medicine*
322 North Old Woodward Ave.
Birmingham, MI 48009
248-723-1650

---

**Brief in Support of Answer to Plaintiff's Motion for Entry of Default and Judgment**

**STATEMENT OF FACTS**

***The Case:***

    This is a Motion to Compel Discovery in a meritless case in which Plaintiff "washed out" of the fifth semester of his second year at the American University of Antigua Medical School (AUA). This case is not about



**EXHIBIT**

# CLINICAL CLERKSHIP AFFILIATION AGREEMENT
### Between
## AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE
### And
### St. JOSEPH MERCY-OAKLAND

*THIS AGREEMENT, made the        of May, 2007 by and between the, American University of Antigua College of Medicine (hereinafter referred to as "College") and St. Joseph Mercy Oakland (hereinafter called "Hospital").*

*WHEREAS, the College of Medicine, is engaged in the education of physicians at American University of Antigua College of Medicine, Antigua*

*WHEREAS, the Hospital, organized under the laws of the State of Michigan with its principal place of business at 44405 Woodward Avenue, Pontiac, Michigan, is providing health care services in appropriate facilities for the implementation of a program of clinical clerkships to improve the educational and clinical opportunities of qualified students*

*NOW, THEREFORE, in consideration of the mutual covenants herein contained, and intending to be legally bound hereby, it is agreed as follows;*

*The goals of the Program are to (1) improve the opportunities for professional training of students of the College; (2) increase the students' exposure to the clinical disciplines in the Hospital; (3) educate the students in such a manner as to maximize the efficiency and success of the students.*

*This Agreement shall take effect for a period of one year from the signing of this Agreement and is subject to annual renewal upon mutual consent. The College has the responsibility for preparing the affiliation clerkship curriculum for implementation by the Hospital, appoint the individuals who will be responsible for supervising and monitoring each clinical discipline and who will implement the clerkship program. The discipline coordinators at the Hospital will receive academic appointments according to the College's criteria and prevailing academic standards, and will be subject to regular review by the College's Committee on Academic Ranking System, and shall receive the same rights, tenure and fringe benefits as clinical faculty staff members of the College. The College assumes responsibility for the continuity of the program both financially and academically.*

*The Hospital clerkship program will include rotations in Internal Medicine, Surgery, Family Medicine, Pediatrics, and Obstetrics and Gynecology and electives*

*The structure of the clerkship program is subject to annual review and modification by the College, provided that such modifications are consistent with the goals and objectives of the program and are in compliance with New York State regulations.*

DEPOSITION EXHIBIT

Zonia 2309

**EXHIBIT 12**

The performance of each student shall be subject to the College's system of evaluation. Such evaluations shall be submitted to the College within thirty (30) from the completion of the rotation and are requirements for graduation.

Periodic visits will be made to the Hospital by the representative of the College and appropriate clinical department chairmen and vice-versa. The College's coordinator for clerkships at the hospital or his designate will make periodic reports to the College to assure that the objectives of the program are being fulfilled. The cost of periodic visits will be assumed by the College.

The College will maintain student records, updating them as letters of evaluation from the Hospital are received;

Either party may terminate this Agreement, with or without cause, upon sixty (60) days prior written notice to the other Party.

### INSURANCE AND LIABILITY

The College shall at all times maintain or provide professional liability insurance coverage issued on an occurrence basis with limits of not less than $1,000,000 per occurrence and $3,000,000 annual aggregate, and general liability insurance coverage with limits not less than $1,000,000 for personal injury and $100,000 for property damage, in each instance covering the College and any corporation, officer, employee or agent of the College acting within the scope of employment by the College. All insurance maintained hereunder shall be issued from an insurance carrier licensed to do business in the State of New York. The College shall ensure that the Hospital shall receive notice from the College of cancellation or reduction of coverage with respect to any insurance policy maintained hereunder.

The College hereby indemnifies and holds harmless the Hospital and its officers, trustees, directors, employees and agents, from and against any and all liabilities, costs, claims, judgments, settlements and expenses, including reasonable attorney's fees, arising out of or in connection with the negligent act or omission of the College or any of its employees, agents or students.

The college, at its own expense, must also maintain a Student Accident and Health Insurance policy.

### CHOICE OF LAW

This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to choice of law provisions thereof. Any action commenced by a Party hereto relating to this Agreement shall be brought in the United States District Court for the Southern District of New York or in the Supreme Court of the State of New York, County of New York.

## GENERAL

The Hospital and the College shall each continue their independent corporate existence and, except as set forth herein, their respective corporate powers shall not be enlarged, impaired, or otherwise affected by this Agreement, they shall continue to be operated under the direction and control of their respective governing boards. Nothing in this Agreement shall impair or modify any existing agreements between any of the parties; or modification of old agreements between any of the parties.

## COVENANTS

The College hereby agrees:

That each student who participates in this program will have the same rights to examinations and credits as those students who participate in the traditional curriculum of the College.

That identification and selection of students qualified to participate in the program will be done by a Faculty Committee selected by the Dean; the Hospital shall have the right to either accept or reject the student.

That all selected students will have all the necessary physical examinations and immunizations at American University of Antigua prior to the time of rotation. The College shall ensure that, prior to their affiliation assignment, all students shall have such physical examinations and tests (including, but not limited to, a skin test for tuberculosis and, where positive, a chest x-ray) titers to ensure that students are not in the infectious stage of any communicable disease. The College shall advise its students that they are required to provide proof to the Hospital of drug testing that verifies that they are not habituated or addicted to depressants, stimulants, narcotics, alcohol or other drugs or substances which may alter their behavior. Students shall also be immunized against smallpox, diphtheria and tetanus prior to their rotation.

The College will ensure that students participating in the Clinical Clerkship program will have appropriate housing.

The medical students shall follow all the rules and regulations and policies of the Hospital. Each student at the Hospital shall carry an identification card issued by the Hospital and shall be responsible for the following:

a. Conforming to and abiding by the administrative policies, rules, regulations, standards and practices of the Hospital.

b. *Conspicuously displaying his/her name badge, when engaging in activities at the Hospital.*

*In the event that a student is involved in any situation which requires filing an "incident report" by the Hospital pursuant to the Public Health Law, the College shall be advised of the nature of the situation giving rise to the report and the parties shall discuss the potential impact, if any, on this Agreement, including but not limited to appropriate corrective action to be taken.*

*The hospital agrees to provide support services including counseling for students.*

*College agrees to fund the clinical clerkship program provided to its student in accordance with the provision of exhibit (1) one.*

***IN WITNESS WHEREOF*** *the parties hereto have executed this Agreement on the day and year first above written.*

Signatures,

Neal S. Simon

AMERICAN UNIVERSITY OF ANTIGUA

St JOSEPH MERCY-OAKLAND

*EXHIBIT 1*

College agrees to pay Hospital at the rate of $350 per week per student for all core clinical clerkships provided by Hospital to College's Clinical Students


DEPOSITION EXHIBIT
11
Yanez  2-23-09
PENGAD 800-631-6989

## University of Antigua School of Medicine
### Fifth Semester - Fall 2007
### SCHEDULE OF CLINICAL ROTATIONS
SITE:

| # | Students name | e-mail | SEP 10 | 17 | 24 | OCT 4 | 8 | 15 | 22 | 29 | NOV 5 | 12 | 19 | 26 | DEC 3 | 10 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nicola Hampel | n_hampel@hotmail.com | K | K | K | K | K | EM | K | C | C | C | C | C | PC | S | E |
| 2 | Jayadeep Sibia | jaya18_22@yahoo.com | K | K | K | K | K | K | EM | C | C | C | C | C | PC | S | E |
| 3 | Michael Ozuomba | ozuomba@hotmail.com | N | N | N | N | N | N | A1 | A1 | A1 | A1 | A1 | EM | PC | S | E |
| 4 | Vishal Chheda | vishal.dr.devi@gmail.com | N | N | N | N | N | N | A1 | A1 | A1 | A1 | EM | A1 | PC | S | E |
| 5 | Elizabeth Bulat | elizabethbulat@comcast.net | C | C | C | C | C | H | H | H | H | H | H | EM | PC | S | E |
| 6 | Lekedra Evans | lakedra_evans@hotmail.com | C | C | C | C | C | H | H | EM | H | H | H | H | PC | S | E |
| 7 | Steven Woodward | steve.l.woodward@yahoo.com | EM | M | M | M | M | M | M | A2 | A2 | A2 | A2 | A2 | PC | S | E |
| 8 | Paras Chahal | chaharparas@yahoo.com | M | EM | M | M | M | M | M | A2 | A2 | A2 | A2 | A2 | PC | S | E |
| 9 | Mousa Hamed | m.hamed1f@hotmail.com | D | D | D | D | D | D | EM | A3 | A3 | A3 | A3 | A3 | PC | S | E |
| 10 | Nico Kristen | nicokristen@yahoo.com | D | D | D | EM | D | D | D | A3 | A3 | A3 | A3 | A3 | PC | S | E |

**Month / Week starting on →**

## KEY

EM - Emergency Medicine (1 week)
K - Dr. Khan (Inpatient Team - 6 weeks)
M - Dr. Malloy (Inpatient Team - 6 weeks)
N - Dr. Nicola (Inpatient Team - 6 weeks)
H - Dr. Hodarnau (Inpatient Team - 6 weeks)
D - Dr. Diaczok (Inpatient Team - 6 weeks)

C - Clinic - Dr. Yanez/Dr. Lamb (5 weeks)

A1 - Dr. Govolia (Ambulatory Office - 5 weeks)
A2 - Dr. Breitenbach (Ambulatory Office - 5 weeks)
A3 - Dr. I. Mansoor / F. Mansour (Ambulatory Office - 5 weeks)

PC - Completion of Student Portfolio
S - Study Time
E - Exam (shelf)

**EXHIBIT 13**



AMERICAN
UNIVERSITY
OF ANTIGUA
COLLEGE OF
MEDICINE

KASTURBA
MEDICAL
COLLEGE

*C/O Greater Caribbean Learning Resources*

**SEMESTER V: PRELIMINARY CLINICAL TRAINING**
SITE __Pontiac, Michigan__ - FALL 2007
**STUDENT EVALUATION - OUTPATIENT ROTATIO**

DEPOSITION
EXHIBIT
8
McCall

| Student's Name: Steven Woodward | Preceptor's Name: Dr. Breitenbach | Dates: From: 10/29/07 - To: 11/30/07 |
|---|---|---|

### 1) PLEASE, RATE THE STUDENT FROM A TO F:

**1.0**
**Attendance: Attended scheduled sessions at your Office**

| **F** | **C** | **B** | **A** | **RATE** |
|---|---|---|---|---|
| (Missed 3 or more sessions in 6 weeks) | (Missed 2 sessions in 6 weeks) | (Missed 1 session in 6 weeks) | (Attended all scheduled sessions) | A |

### 2) PLEASE, GIVE THE STUDENT A PERCENTAGE SCORE AS FOLLOWS:

| | |
|---|---|
| < 60% | Substandard |
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

**2.1**
**Medical Knowledge:** Demonstrated appropriate **knowledge of basic sciences** and was able to apply it to the clinical situations he/she encountered.

SCORE: 79

**2.2**
**Attitude:** Displayed initiative and positive disposition to learn, **cooperative and constructive** attitude toward the members of team or Group that he/she was assigned to (As opposite to being negative and conflictive)

SCORE: 95

**2.3**
**Learning Skills:** Gradually started to **master proper skills** concerning elaboration of clinical history and examination of the different body systems, analyses of the results, and formulation of working diagnosis.

SCORE: 95

**2.4**
**Communication Skills:** Demonstrates listening skills, interchange medically related information with other members of the team, shows progress in **concisely and effectively** presenting clinical cases both in written and verbal form.

SCORE: 95

**2.5**
**Professionalism:** a) Demonstrated commitment to professional development and solid ethical principles and sensitivity to patients/family and peer diversity; b) showed compassion, respect and honesty; c) Accepted responsibility for his/her acts.

SCORE: 95



**EXHIBIT 14**

**3. - General observations on the student's performance and suggestions for improvement:**

*VERY Computer Literate.*
*Excellent Student.*

**4. - Please, fill the following portion for the students rotating at your Office from March 1 through March 29, 2007.**

**The student has mastered the following skills:**

| | |
|---|---|
| < 60% | Substandard |
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

| Skills | Score | Pointed Suggestions for improvement |
|---|---|---|
| A) Elaboration of solid comprehensive clinical history | 90 | |
| B) Elaboration of focused Clinical History | 80 | |
| a) General examination of the eyes | 50 | |
| b) Examination of HENT and Neck | 50 | |
| c) Examination of Chest and Lungs | 50 | |
| d) Examination of Heart and CV System | 50 | |
| e) Examination of Abdomen | 50 | |
| f) Examination of Breast | 80 | Not Done this office |
| g) Examination of Female GU System | | |
| h) Examination of Male GU System | 80 | |
| i) Examination of Nervous System | 80 | |
| j) Gross examination of Mental Condition | 80 | |
| k) Examination of Musculoskeletal System | 80 | |
| l) Examination of Skin | 80 | |
| C) Overall skill to perform comprehensive physical examination | 80 | |
| D) Overall Skill to perform focused Physical examination | 90 | |

**4. - Evaluation discussed with student:**

_____    11/29/07          _____    11/29/07
Preceptor's Signature        Date              Student's Signature        Date

Form DOCS- EVALUATION 05 - 09/01/07 JEC

2



AMERICAN
UNIVERSITY
OF ANTIGUA
COLLEGE OF
MEDICINE



KASTURBA
MEDI...
COL...

DEPOSITION
EXHIBIT
9
McCall

*C/O Greater Caribbean Learning Resources*

SEMESTER V: PRELIMINARY CLINICAL TRAINING

## St. Joseph Mercy Oakland Hospital, Pontiac Michigan – Fall 2007

### IN-PATIENT STUDENT EVALUATION - TEAM _____

| Student's Name: **Steven Woodward** | Preceptor's Name: **D. Malloy, M.D.** |
|---|---|

## 1) PLEASE, RATE THE STUDENT FROM A TO F:

**1.0**

**Attendance: Attended academic sessions:** including: a) morning rounds, b) morning case presentations, c) questions/discussion, d) ward rounds, e) morning lectures, f) grand rounds

| **F** | **C** | **B** | **A** |
|---|---|---|---|
| (Missed 3 or more sessions in 2 weeks) | (Missed 2 sessions in 2 weeks) | (Missed 1 session in 2 weeks) | (Attended all scheduled sessions) |

**RATE**
A

## 2) PLEASE, GIVE THE STUDENT A PERCENTAGE SCORE AS FOLLOWS:

| | |
|---|---|
| < 60% | Substandard |
| 60 - <70% | Borderline adequate |
| 70 - <80% | Competent |
| 80 - <90% | Superior |
| 90 - 100% | Outstanding |

**2.1**

**Medical Knowledge:** Demonstrated appropriate **knowledge of basic sciences** and was able to apply it to the clinical situations he/she encountered..

**SCORE**
80

**2.2**

**Attitude:** Displayed initiative and positive disposition to learn, **cooperative and constructive** attitude toward the members of team or Group that he/she was assigned to (As opposite to being negative and conflictive)

**SCORE**
90

**2.3**

**Learning Skills:** Gradually started to **master proper skills** concerning elaboration of clinical history and examination of the different body systems, analyses of the results, and formulation of working diagnosis.

**SCORE**
90

**2.4**

**Communication Skills:** Demonstrates listening skills, interchange medically related information with other members of the team, shows progress in **concisely and effectively** presenting clinical cases both in written and verbal form.

**SCORE**
90

**2.5**

**Professionalism:** a) Demonstrated commitment to professional development and solid ethical principles and sensitivity to patients/family and peer diversity; b) showed compassion, respect and honesty; c) Accepted responsibility for his/her acts.

**SCORE**
90

FORM DOCS. EVALUATION.OLS

**EXHIBIT** 15

**2.6**

**Suggestions for Improvement**

Evaluation reviewed with the student:

_____  12/5/01       _____  12/5/07
Preceptor      Date           Student          Date

FORM DOCS - EVALUATION 015

2

## ST. JOSEPH
## MERCY OAKLAND

44405 Woodward Avenue
Pontiac, Michigan 48341-5023
248-858-3000

TO:        Ernesto Calderon, M.D.
FROM:      Susan Zonia, Ph.D.
RE:        V Semester
DATE:      December 17, 2007

We have been reviewing our experiences with offering the V Semester for the first time. As with any new program, it was not without its hitches and student adjustment issues. However, we found the attitude and demeanor of Steven Woodward to be completely inappropriate and detrimental to the program. Mr. Woodward appeared to have resented every assignment we gave him. But, instead of constructive criticism, he vented his anger in a professional unacceptable manner. For example: he completed his 100 patient log in two weeks and wanted to stop attending the program; he requested a transfer to the Miami program saying that the V Semester was a waste of time and his time would be better spent in a Kaplan course; sabotaging exams by giving the same response to all questions to simply get it over with; requesting early release on virtually a daily basis from his clinical rotation so that he could study for boards, etc. We believe that if he perceived the AUA V Semester curriculum as inappropriate, the professional response would have been to engage in a reasoned dialogue with representatives of the school, not argue with faculty at St. Joseph Mercy Oakland, or openly demonstrate his contempt for the curriculum, and those charged with delivering it.

Mr. Woodward's lack of professionalism and poor communication skills are a source of great concern. We do not feel that he will be a good ambassador for AUA, our hospital, or the profession he is about to enter. We encourage the faculty at AUA to review his entire record, to determine if he does meet the qualifications to sit for the boards, and begin clinical rotations.



A MEMBER OF ✛ TRINITY HEALTH

OUR MISSION: We serve together in Trinity Health in the spirit of the Gospel to heal the body, mind and spirit, to improve the health of our communities and to steward the resources entrusted to us.

**EXHIBIT 16**

Case 2:10-cv-10978-PJD-MJH   ECF No. 156-2, PageID.2271   Filed 05/19/11   Page 29 of 50

WOODWARD v. TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF SUSAN ZONIA, PH.D.

```
 1        I'm not aware of them.
 2   Q    Well, did you perform any investigation to determine if
 3        there were any positive things that you should have included
 4        in your memo?
 5                  MR. GUNSBERG:  Object to the form of the question.
 6   Q    You can go ahead and answer.
 7   A    No, I didn't.
 8   Q    And why didn't you?
 9   A    I talked to Deneen.  I talked to Jeff.  They never had
10        anything positive to say that they brought to light about
11        him.  All I heard about Mr. Woodward were negative things.
12   Q    But did you ever ask -- strike that.  Is it fair for me to
13        assume that you never asked Deneen or Dr. Yanez if there was
14        anything positive about Mr. Woodward?
15   A    I did not use those words, no.
16   Q    All right.  You didn't use those words, but you didn't use
17        that general frame of mind either?
18                  MR. GUNSBERG:  Is that a question?
19   Q    Is that correct?  In other words, you --
20   A    I was looking for something good about Mr. Woodward which is
21        why we waited over a month before I talked -- or a month
22        before I talked to him.  I was hoping he would settle down
23        and find a way that he could cope with this 12-week course
24        so that he could move on with his life.  That was my
25        sincerest wish.  I don't like it when they had problems.  I
```

                                Page 43

EXHIBIT 17

WOODWARD v. TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF SUSAN ZONIA, PH.D.

```
 1           don't like it.  It makes my life more difficult.  And I
 2           wanted him to find a way to cope with it.  He never showed
 3           me or my direct reports that he had found a way to just get
 4           through this so the only feedback, my only interactions,
 5           were negative.  I did not go the extra 300 yards to find a
 6           positive, that is correct.
 7    Q      Now, in terms of the grievance committee meeting that is
 8           referenced in Exhibit Number 1, did you participate in the
 9           grievance committee meetings?
10    A      No, I did not.
11    Q      But you understood that your memo would be used in that
12           meeting, didn't you?
13                  MR. GUNSBERG:  Objection to form.
14    A      After the fact, yes, I did, when I went back and read the
15           communications from Dr. Cain and Dr. Calderon.
16    Q      In fact the December 15th email it says that they want
17           agreivance statement or a request for grievance committee
18           hearing so you knew that there was going to be a hearing
19           because it's referenced in the email on December 17th -- or
20           December 15th; is that correct?
21                  MR. GUNSBERG:  I'll object as it misstates the
22           document.
23    A      There is mention of a grievance proceedings, but I didn't
24           know that it would actually come to fruition.  I couldn't
25           possibly know what other documents they had and I did not
```
                              Page 44

Search.USA.gov search results for web-sdmg:uspto.gov: "American university of Antigua" - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://search.usa.gov/search?affiliate=web-sdmg.uspto.gov&v%3Aproject=firstgov&query="American+university+of+Antigua"

Most Visited   Getting Started   Latest Headlines   Customize Links   Free Hotmail   RealPlayer   Windows Marketplace   Windows Media   Windows

auamed.org Whois - aua med - Whois   Search.USA.gov search results fo...

(0 unread) Yahoo! Mail, steve_j_wood...

Home | Help | Site Index | Contact Us

# United States Patent and Trademark Office
## An Agency of the Department of Commerce

SEARCH: [          ] GO

HOW DO I: - Select an Option -   GO

About USPTO   Patents   Trademarks   IP Law & Policy   Products & Services   Careers   Inventors   News   eBusiness / Alerts   FAQs   For Kids

"American university of Antigua"   [Search]

Sorry, no results found for "'American university of Antigua'". Try entering fewer or broader query terms.

» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPFakes.gov

» Strategy Targeting Organized Piracy (STOP)
» Copyright & Publication Guidelines
» Department of Commerce
» USPTO Webmaster

USA.gov



EXHIBIT 23
18

start   Fed-rules   Search.USA.gov se...   URL_gandi.doc - Mic...   PW.doc - Microsoft ...   Paint Shop Pro - Tim...   Adobe Reader - [CF...   4:38 PM

United States Patent and Trademark Office
An Agency of the Department of Commerce

Home | Help | Site Index | Contact us

SEARCH: auamed.org                GO.

HOW DO I: Search for a trademark?    GO.

About USPTO    Patents    Trademarks    IP Law & Policy    Products & Services    Careers    Inventors    News    eBusiness / Alerts    FAQs    For Kids

auamed

Search

Sorry, no results found for 'auamed'. Try entering fewer or broader query terms.

» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory
  Reform (FAIR) Act
» Notification and Federal
  Employee Antidiscrimination and
  Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act
  (FOIA)
» Department of Commerce
  NoFEAR Act Report
» Regulations.gov
» STOPFakes.gov

» Strategy Targeting Organized
  Piracy (STOP!)
» Copyright & Publication
  Guidelines
» Department of Commerce
» USPTO Webmaster

EXHIBIT 19

United States Patent and Trademark Office
An Agency of the Department of Commerce

Home | Help | Site Index | Contact Us

About USPTO | Patents | Trademarks | IP Law & Policy | Products & Services | Careers | Inventors | eBusiness / Alerts | News | FAQs | For Kids

SEARCH:

HOW DO I: - Select an Option -

Web results by bing

Search

Results 1-1 of about 1 for 'AUA'

www.uspto.gov
User's Manual (UM) for Patentin 3.5 - Approved by: Program Manager: Date: Prepared for: United States Patent and Trademark Office: Prepared by:
http://www.uspto.gov/...patentin_um.doc - Cached

USA.gov

» Accessibility
» Privacy Policy
» Terms of Use
» Security
» Emergencies/Security Alerts

» Federal Activities Inventory Reform (FAIR) Act
» Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
» Budget & Performance

» Freedom of Information Act (FOIA)
» Department of Commerce NoFEAR Act Report
» Regulations.gov
» STOPFakes.gov

» Strategy Targeting Organized Piracy (STOP!)
» Copyright & Publication Guidelines
» Department of Commerce
» USPTO Webmaster

EXHIBIT 20



Whois.net - Domain Names - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://www.whois.net/whois/aua

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketpla

(0 unread) Yahoo! Mail, steve_l_wood... | (0 unread) Yahoo! Mail, steve_l_wood... | Whois.net - Domain Nam

# WHOIS information for **aua.com** :

[Querying whois.verisign-grs.com]
[whois.verisign-grs.com]

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: AUA.COM
    Registrar: NETWORK SOLUTIONS, LLC.
    Whois Server: whois.networksolutions.com
    Referral URL: http://www.networksolutions.com
    Name Server: DNS1.AUA.COM
    Name Server: DNS2.AUA.COM
    Status: clientTransferProhibited
    Updated Date: 14-jan-2010
    Creation Date: 15-jan-1996
    Expiration Date: 14-jan-2020


    <<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry

Done

start | Evidence | AUA3.jpg - Windows ... | Paint Shop Pro | Whois.net - Domain N...



EXHIBIT 21



EXHIBIT

22



austrian.com Whois - austrian - Who.is - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://who.is/whois/austrian.com/

Most Visited   Getting Started   Latest Headlines   Customize Links   Free Hotmail   RealPlayer   Windows

! (0 unread) Yahoo! Mail, steve_l...   ! (0 unread) Yahoo! Mail, steve_l...   Sorry. Page not found.

## REGISTRY WHOIS FOR AUSTRIAN.COM

Domain Name: **austrian.com**

Updated: 1 minute ago
Refresh

Registrar: KEY-SYSTEMS GMBH
Whois Server: whois.rrpproxy.net
Referral URL: http://www.key-systems.net
Status: clientDeleteProhibited, clientTransferProhibited

Expiration Date: 2010-08-14
Creation Date: 1996-08-15
Last Update Date: 2009-08-15

Name Servers:
    dns1.aua.com
    dns2.aua.com
    See austrian.com DNS Records

Information Updated: Thu, 1 Apr 2010 15:40:48 UTC

## AUSTRIAN.COM SITE INFORMATION

IP: 194.107.151.220
IP Location: Vienna, Austri
Website Status: active
Server Type: Microsoft-IIS/7
Alexa Trend/Rank: ⬆ 1 Mo
Page Views per Visit: ⬆ 1

Done   PREMIUM DOMAINS

**workamajig**™

The #1 Project
and Financial
Management
Software

⬇
Click here to
request a demo

start   Evidence   AUA3.jpg - Windows ...   Paint Shop Pro   austrian.com Whois -...

**EXHIBIT 23**



# THE AMERICAN UNIVERSITY OF ATHENS

: : History : :                                                                                          Search

Main Page

News

History

Programs of Study

Schools

Courses

Research Papers

Alumni Association

Graduate School

The University

Information

Registration

Contact

The American University of Athens incorporated in the state of Delaware, under its corporate laws and regulations in 1994, is a private international university conferring Bachelors and graduate degrees under authority of a charter granted by the Delaware Board of Education.

The American University of Athens incorporating The College of Southeastern Europe (USA) Inc. has been established as an independent, non-sectarian, co-educational, post-secondary institution following the traditional patterns of an American university education.

Since its first day of operation, AUA has endeavored to combine a wide range of undergraduate and graduate programs with a series of public lectures with distinguished speakers, debates and seminars in order to broaden the interests of its student body and contribute to the cultural life of the English-speaking community of Athens.

Our University began its first operation in Athens, Greece as Southeastern College in affiliation with the College of Engineering of Boston University. It was founded with the mission of creating an English-language college based on high standards of conduct and scholarship that would foster modern education, discipline and good character in future leaders of Greece and the region by preparing individuals to assume more meaningful and productive roles in the development of their societies.

As a small post-secondary institution at that time, its objective was to make the latest developments of Engineering and Applied Science available to the students of Greece and Europe.

Other objectives included the design of an unusually strong, high demand program to assist Greek/European industry in its modernization and economic development, and the encouragement of cultural interaction on the part of students who will become leaders in their own countries.

In 1983 a three-two plan was initiated in Engineering and Applied Science with Washington University in St Louis, Missouri, thus expanding the program and offering more opportunities to students.

Recognizing that a broadly based liberal arts education is fundamental to the programs of the institution, a Liberal Arts and Business Administration program was launched in 1985 providing a range of undergraduate studies in both fields.

In 1987 a dual degree program was established with the School of Engineering and Applied Science (SEAS) of George Washington University in Washington, DC.

Subsequently, the institution established a number of affiliations/transfer articulation agreements with Teikyo Post University (1992), Geneva College, Ohio (1991), Sarah Lawrence College, New York (1991), Hofstra University, New York (1991), Goldey-Beacom College, Delaware (1991), City University of New York (1998), and others.

A large number of students transferred to more than 50 distinguished US universities, i.e. Temple University, Northeastern University, Western New England College, New York Institute of Technology, University of Miami, and University of New Haven.

Hundreds of the first Bachelor degree graduates were admitted to Masters programs in the United States and the United Kingdom. (Please refer to lists on accompanying pages.)

In 2001, in close cooperation with the Institute of Legal Executives, a new program of Law was established following the pattern of Greek Act 152/2000 (EU Act 95) concerning lawyers in the European Union and the legal framework of Greek Act 165/2000 (EEC Acts 88/99 and 89/99).

**EXHIBIT** 



Home page      Schools      Research      Registration      Alumni Association      Courses      Contact us



  

Welcome to the new web site of The American University of Athens.

## NEWS

### Welcome to the new website of the American University of Athens

Please feel free to browse through these pages to find general information on the University, its history and campuses.

Asynchronous Program for Graduate Degrees available now.

Initial Accreditation by the U.S. Distance Learning Association

Biomedical Research Center

Here you will also learn about the schools and programs of study at AUA, both on undergraduate and graduate levels. In addition, you will find listed the concentrations of each department with detailed information and course requirements. Information can also be found on our buildings, library, laboratories and accommodation facilities.

If you are interested in learning more, please contact us by e-mail, phone or, if you are in Athens, please visit our main building. See our contact information.

An innovative Teaching and Research University licensed to grant Bachelor, Master and Doctorate degrees in the U.S.A.

The graduates of the American University of Athens have the right to be considered for registration under the circumstances and procedures, which have to be followed for membership to the respective per concentration institution or society in the United Kingdom or any other country of the European Union (according to article 3, 11 and 12 of Act 2005/36/EEC and Greek Act 38/2010).



Home page  |  Schools  |  Research  |  Registration  |  Alumni Association  |  Courses  |  Contact us

Copyright © 2010                                                          · Design & Development by GetID ·



EXHIBIT 25





**EXHIBIT**



26



# Aua.org

Sponsored listings

## Prostate Pills Reviewed
Lab tests prove which ones really work. Get BPH relief now!
www.prostatepillreport.com/BPH

## Prostate Cancer Treatment
Proton Therapy Treats Cancer With Fewer Side Effects. Learn More
www.ProCure.com/ProstateCancer

## Enlarged Prostate
Enlarged Prostate Help Online Symtoms, Treatments and More.
enlargedprostatehelponline.info

## Chronic Prostatitis
Minimally Invasive Surgery for Chronic Prostatitis
ProstatitisSurgery.com

## Prostate Cancer Treatment
Non-Invasive. No Surgery. No Radiation. Outpatient Procedure.
HIFU.ca/Prostate-Cancer-Treatment

### Related Searches
Enlarged Prostate
Prostate BPH
Prostate Symptoms
Prostate Gland
Prostate Gland

Done

**EXHIBIT 27**





**File   Edit   View   History   Bookmarks   Tools   Help**

http://search.yahoo.com/search;_ylt=Ai5AdfKb1q6k5gOrNqH971qbvZx4?p=aua

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Mark

(0 unread) Yahoo! Mail, ... | (0 unread) Yahoo! Mail, ... | aua.org - Yahoo! Se... | Aua.org - enlarge

Hi, steve_l_woodward   Sign Out   Help

# YAHOO!

aua.org

Web   Images   Video   Local   Shopping   News   More

Search Pad

Search Scan - On

10,800,000 results for
aua.org:

Show All

AirTran

**American Urological Association Annual Meeting**
Aua.org. This Page Is Under Construction - Coming Soon! Why am I s
... Learn how to create a website and improve your web presence. U
get online ...
www.aua.org - Cached

**Australian Uranium Association**
Here you can find information about uranium exploration, mining and s
Lenzen's review of the scientific literature on the development of all .
aua.org.au - Cached

**Asociación Uruguaya de Archivólogos • VIII Congreso de .**
aua@aua.org.uy. aua@montevideo.com.uy. WWW.AUA.ORG.UY. Vi
Archivología del Mercosur. cam2009@aua.org.uy. cam2009@monte
aua.org.uy - Cached

**Hemos detectado que su navegador no acepta Javascript.**
Translate
Desplácese con la barra de la derecha hacia abajo, hasta llegar a Aut
Marque la casilla Navigator que esta dentro del apartado Enable Javas
www.noticias-aua.org - Cached

**Austrian Airlines**
Other attractive fares are also available from Washington DC (IAD). Fa
taxes ... How do you want to fly? Return flight. One way only. More fl
www.aua.com - 61k - Cached

**AirTran Airways** (NYSE: AAI)
Providing air travel thoughout the Southeast, Florida, and the East Coas
www.airtran.com - 62k - Cached

**Delta Vacations - Delta Air Lines official vacation package .**
Online vacation packages and tour booking from Delta Airlines, with fe
destinations around the world and deals for Delta frequent flyers.
www.deltavacations.com - 80k - Cached

Done

**start** | Evidence | AUA3.jpg - Windows ... | Paint Shop Pro | aua.org - Yahoo! Sea...



EXHIBIT 28



Domain ID:D2501510-LROR
Domain Name:AUA.ORG
Created On:20-Nov-1999 05:00:00 UTC
Last Updated On:02-Jan-2008 03:32:07 UTC
Expiration Date:20-Nov-2016 05:00:00 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:23622787-NSI
Registrant Name:beijingjudiescience technology Gongsi
Registrant Organization:beijingjudiescience technology Gongsi
Registrant Street1:building 3, beishatan 6# yuan,
Registrant Street2:deshengmenwai, beijing 100085
Registrant Street3:
Registrant City:beijing
Registrant State/Province:cn
Registrant Postal Code:100085
Registrant Country:CN
Registrant Phone:+1.9999999999
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:herb@PUBLIC.BTA.NET.CN
Admin ID:20526776-NSI
Admin Name:Anbang Zhang
Admin Organization:China Medicine, Inc.
Admin Street1:1939 Waukegan Road
Admin Street2:Suite 205
Admin Street3:
Admin City:Glenview
Admin State/Province:IL
Admin Postal Code:60025
Admin Country:US
Admin Phone:+1.312388234
Admin Phone Ext.:
Admin FAX:+1.847832066
Admin FAX Exp.:

Done

EXHIBIT 29



EXHIBIT 31

30



WHOIS information for **aua.net** :

[Querying whois.verisign-grs.com]
[whois.verisign-grs.com]

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: AUA.NET
   Registrar: NETWORK SOLUTIONS, LLC.
   Whois Server: whois.networksolutions.com
   Referral URL: http://www.networksolutions.com
   Name Server: NS.CANACA.NET
   Name Server: NS2.CANACA.NET
   Status: clientTransferProhibited
   Updated Date: 22-aug-2007
   Creation Date: 05-jun-1996
   Expiration Date: 04-jun-2015

   <<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or

Done

start    Evidence    AUA3.jpg - Windows ...    Paint Shop Pro    Whois.net - Domain N...

EXHIBIT 31

**EXHIBIT 270**

# Auamed.com

Language: English

### Related Searches

Sponsored listings

* Internal medicine

* Biological dentistry

* Medical marijuana

* Diet pills

* Dr oz

* Medicine

* Surgery

* Dermatology

* Physiotherapy

**St. James Medical School**
Enrolling now for Summer Semester. No MCAT needed. Apply Today!
www.sjsm.org

**IAU - College of Medicine**
NY Approval. Low Tuition. No MCATs. Pre-Med Program. U.S Clinicals.
iau.edu.lc

**FL Approved Med School**
High USMLE pass rates Clinical Training in FL
www.stmatthews.edu

**Caribbean Medical Schools**
Visit the largest and best known site for top Offshore Med Schools
www.ValueMD.com

**St. George's University**
Become a Doctor of the World Open House, LA 3/29/10
SGU.edu/openhouse

**Cenegenics Physicians**
Physician Career Opportunities Certification in Age Management

**EXHIBIT 32**





**EXHIBIT 33**

Welcome To Med.org - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://med.org/

Most Visited   Getting Started   Latest Headlines   Customize Links   Free Hotmail   RealPlayer   Windows Marketplace   Windows Media   Windows

(0 unread) Yahoo! Mail, steve_w...   Welcome To Med.org

# Med.org

MEDICAL ASSISTANCE | MEDICAL INSURANCE | MEDICAL SUPPLIES | MEDICAL JOBS | MEDICAL MALPRACTICE | MEDICAL COLLEGES | PRESCRIPTION MEDICATIONS

*Medical Information*



- MEDICAL ASSISTANCE
- MEDICAL INSURANCE
- MEDICAL SUPPLIES
- MEDICAL JOBS
- MEDICAL MALPRACTICE
- MEDICAL COLLEGES
- PRESCRIPTION MEDICATIONS

Looking for medical information?
Look through our comprehensive, search-friendly index.

[ Search ]

MEDICAL ASSISTANCE | MEDICAL INSURANCE | MEDICAL SUPPLIES | MEDICAL JOBS | MEDICAL MALPRACTICE | MEDICAL COLLEGES | PRESCRIPTION MEDICATIONS

Done

start

EXHIBIT 34



EXHIBIT 25

Buy Now! **$8.99** at name.com [Purchase]

**AUAMED.ORG WHOIS**

Updated: 1 second ago
Registrant Contact Information:
  Name: GCLR, LLC
  Organization: GCLR, LLC
  Address 1: ATTN insert domain name here
  Address 2: care of Network Solutions
  City: Drums
  State: PA
  Zip: 18222
  Country: US
  Phone: +1.5707088780
  Email: k247x5u72h2@networksolutionsprivateregistration.com

Administrative Contact Information:
  Name: Matthew Petersen
  Organization: GCLR, LLC
  Address 1: ATTN insert domain name here
  Address 2: care of Network Solutions
  City: Drums
  State: PA
  Zip: 18222
  Country: US
  Phone: +1.5707088780
  Email: td35y97d6vt@networksolutionsprivateregistration.com

Technical Contact Information:
  Name: Allen DePena
  Organization: GCLR LLC
  Address 1: ATTN insert domain name here
  Address 2: care of Network Solutions
  City: Drums
  State: PA
  Zip: 18222
  Country: US
  Phone: +1.5707088780
  Email: gk8n43849t9@networksolutionsprivateregistration.com

Information Updated: Mon, 26 Jul 2010 17:27:03 UTC

RELATED DOMAINS FOR AUAMED.ORG

auamed.com   auamed.net   worldnic.com   networksolutionsprivateregistration.com

[                              ] [ Whois ] [ Search ]

Give Us Feedback - bluerider.com, tld info, WikiName, Domain Registration
©2005-2010 Who.is

**EXHIBIT**

36

Domain Name: AUAMED.NET

Administrative Contact:
  Petersen, Matthew td35y97d6vt@networksolutionsprivateregistration.com
  GCLR, LLC
  ATTN AUAMED.NET
  care of Network Solutions
  PO Box 459
  Drums, PA 18222
  US
  570-708-8780

Technical Contact:
  DePena, Allen gk8n43849t9@networksolutionsprivateregistration.com
  GCLR LLC
  ATTN AUAMED.NET
  care of Network Solutions
  PO Box 459
  Drums, PA 18222
  US
  570-708-8780

Record expires on 31-Oct-2011.
Record created on 29-Apr-2008.
Database last updated on 26-Jul-2010 13:10:33 EDT.

Domain servers in listed order:

NS5.WORLDNIC.COM       205.178.190.3
NS6.WORLDNIC.COM       206.188.198.3

This listing is a Network Solutions Private Registration. Mail
correspondence to this address must be sent via USPS Express Mail(TM) or
USPS Certified Mail(R); all other mail will not be processed. Be sure to
include the registrant's domain name in the address.

Information Updated: Mon, 26 Jul 2010 17:28:06 UTC

RELATED DOMAINS FOR AUAMED.NET

auamed.com  auamed.org  networksolutions.com  worldnic.com  networksolutionsprivateregistration.com

Whois    Search

Give Us Feedback - bluerider.com, tld info, WikiName, Domain Registration
©2005-2010 Who.is

**EXHIBIT**

**37**