

Case 2:10-cv-10978-PJD-MJH ECF No. 156-3, PageID.2293 Filed 05/19/11 Page 1 of 50

Internet Assigned Numbers Authority

# Root Zone Database

The Root Zone Database represents the delegation details of top-level domains, including gTLDs such as ".COM", and country-code TLDs such as ".UK". As the manager of the DNS root zone, IANA is responsible for coordinating these delegations in accordance with its policies and procedures.

Much of this data is also available via the WHOIS protocol at whois.iana.org.

All A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ccTLDs gTLDs IDNs

| Domain | Type | Purpose / Sponsoring Organisation |
|---|---|---|
| .AC | country-code | Ascension Island<br>Network Information Center (AC Domain Registry)<br>c/o Cable and Wireless (Ascension Island) |
| .AD | country-code | Andorra<br>Andorra Telecom |
| .AE | country-code | United Arab Emirates<br>Telecommunication Regulatory Authority (TRA) |
| .AERO | sponsored | Reserved for members of the air-transport industry<br>Societe Internationale de Telecommunications Aeronautique (SITA INC USA) |
| .AF | country-code | Afghanistan<br>Ministry of Communications and IT |
| .AG | country-code | Antigua and Barbuda<br>UHSA School of Medicine |
| .AI | country-code | Anguilla<br>Government of Anguilla |
| .AL | country-code | Albania<br>Electronic and Postal Communications Authority - AKEP |
| .AM | country-code | Armenia<br>Internet Society |
| .AN | country-code | Netherlands Antilles<br>University of The Netherlands Antilles |
| .AO | country-code | Angola<br>Faculdade de Engenharia da Universidade Agostinho Neto |
| .AQ | country-code | Antarctica<br>Mott and Associates |
| .AR | country-code | Argentina<br>MRECIC (Ministerio de Relaciones Exteriores,<br>Comercio Internacional y Culto) |
| .ARPA | infrastructure | Reserved exclusively to support operationally-critical infrastructural identifier spaces as advised by the Internet Architecture Board<br>Internet Assigned Numbers Authority |
| .AS | country-code | American Samoa<br>AS Domain Registry |
| .ASIA | sponsored | Restricted to the Pan-Asia and Asia Pacific community<br>DotAsia Organisation Ltd. |
| .AT | country-code | Austria<br>NIC.AT Internet Verwaltungs und Betriebsgesellschaft m.b.H |

EXHIBIT 38

| Domain | Type | Purpose / Sponsoring Organisation |
|---|---|---|
| .CA | country-code | Canada<br>Canadian Internet Registration Authority (CIRA)<br>Autorite Canadienne pour les Enregistrements Internet (ACEI) |
| .CAT | sponsored | Reserved for the Catalan linguistic and cultural community<br>Fundacio puntCAT |
| .CC | country-code | Cocos (Keeling) Islands<br>eNIC Cocos (Keeling) Islands Pty.<br>Ltd. d/b/a Island Internet Services |
| .CD | country-code | Congo, The Democratic Republic of the<br>NIC Congo - Interpoint SARL |
| .CF | country-code | Central African Republic<br>Societe Centrafricaine de Telecommunications (SOCATEL) |
| .CG | country-code | Congo<br>ONPT Congo and Interpoint Switzerland |
| .CH | country-code | Switzerland<br>SWITCH The Swiss Education & Research Network |
| .CI | country-code | Cote d'Ivoire<br>INP-HB Institut National Polytechnique Felix Houphouet Boigny |
| .CK | country-code | Cook Islands<br>Telecom Cook Islands Ltd. |
| .CL | country-code | Chile<br>NIC Chile (University of Chile) |
| .CM | country-code | Cameroon<br>Cameroon Telecommunications (CAMTEL) |
| .CN | country-code | China<br>Chinese Academy of Sciences<br>The Computer Network Center |
| .CO | country-code | Colombia<br>.CO Internet S.A.S. |
| .COM | generic | Generic top-level domain<br>VeriSign Global Registry Services |
| .COOP | sponsored | Reserved for cooperative associations<br>DotCooperation LLC |
| .CR | country-code | Costa Rica<br>National Academy of Sciences<br>Academia Nacional de Ciencias |
| .CU | country-code | Cuba<br>CENIAInternet<br>Industria y San Jose<br>Capitolio Nacional |
| .CV | country-code | Cape Verde<br>Agência Nacional das Comunicações (ANAC) |
| .CX | country-code | Christmas Island<br>Christmas Island Internet Administration Limited |
| .CY | country-code | Cyprus<br>University of Cyprus |
| .CZ | country-code | Czech Republic<br>CZ.NIC, z.s.p.o |
| .DE | country-code | Germany<br>DENIC eG |
| .DJ | country-code | Djibouti<br>Djibouti Telecom S.A |
| .DK | country-code | Denmark<br>Dansk Internet Forum |
| .DM | country-code | Dominica<br>DotDM Corporation |

3

| Domain | Type | Purpose / Sponsoring Organisation |
|---|---|---|
| .DO | country-code | Dominican Republic<br>Pontificia Universidad Catolica Madre y Maestra<br>Recinto Santo Tomas de Aquino |
| .DZ | country-code | Algeria<br>CERIST |
| .EC | country-code | Ecuador<br>NIC.EC (NICEC) S.A. |
| .EDU | sponsored | Reserved for post-secondary institutions accredited by an agency on the U.S. Department of Education's list of Nationally Recognized Accrediting Agencies<br>EDUCAUSE |
| .EE | country-code | Estonia<br>National Institute of Chemical Physics and Biophysics |
| .EG | country-code | Egypt<br>Egyptian Universities Network (EUN)<br>Supreme Council of Universities |
| .EH | country-code | Western Sahara<br>Not assigned |
| .ER | country-code | Eritrea<br>Eritrea Telecommunication Services Corporation (EriTel) |
| .ES | country-code | Spain<br>Red.es |
| .ET | country-code | Ethiopia<br>Ethiopian Telecommunications Corporation |
| .EU | country-code | European Union<br>EURid vzw/asbl |
| .FI | country-code | Finland<br>Finnish Communications Regulatory Authority |
| .FJ | country-code | Fiji<br>The University of the South Pacific<br>IT Services |
| .FK | country-code | Falkland Islands (Malvinas)<br>Falkland Islands Government |
| .FM | country-code | Micronesia, Federated States of<br>FSM Telecommunications Corporation |
| .FO | country-code | Faroe Islands<br>FO Council |
| .FR | country-code | France<br>AFNIC (NIC France) - Immeuble International |
| .GA | country-code | Gabon<br>Gabon Telecom |
| .GB | country-code | United Kingdom<br>Reserved Domain - IANA |
| .GD | country-code | Grenada<br>The National Telecommunications Regulatory Commission (NTRC) |
| .GE | country-code | Georgia<br>Caucasus Online |
| .GF | country-code | French Guiana<br>Net Plus |
| .GG | country-code | Guernsey<br>Island Networks Ltd. |
| .GH | country-code | Ghana<br>Network Computer Systems Limited |
| .GI | country-code | Gibraltar<br>Sapphire Networks |
| .GL | country-code | Greenland<br>TELE Greenland A/S |

4

| Domain | Type | Purpose / Sponsoring Organisation |
|---|---|---|
| .IQ | country-code | Iraq<br>Communications and Media Commission (CMC) |
| .IR | country-code | Iran, Islamic Republic of<br>Institute for Research in Fundamental Sciences |
| .IS | country-code | Iceland<br>ISNIC - Internet Iceland ltd. |
| .IT | country-code | Italy<br>IIT - CNR |
| .JE | country-code | Jersey<br>Island Networks (Jersey) Ltd. |
| .JM | country-code | Jamaica<br>University of West Indies |
| .JO | country-code | Jordan<br>National Information Technology Centre |
| .JOBS | sponsored | Reserved for human resource managers<br>Employ Media LLC |
| .JP | country-code | Japan<br>Japan Registry Services Co., Ltd. |
| .KE | country-code | Kenya<br>Kenya Network Information Center (KeNIC) |
| .KG | country-code | Kyrgyzstan<br>AsiaInfo Telecommunication Enterprise |
| .KH | country-code | Cambodia<br>Ministry of Post and Telecommunications |
| .KI | country-code | Kiribati<br>Ministry of Communications, Transport, and Tourism Development |
| .KM | country-code | Comoros<br>Comores Telecom |
| .KN | country-code | Saint Kitts and Nevis<br>Ministry of Finance, Sustainable Development Information & Technology |
| .KP | country-code | Korea, Democratic People's Republic of<br>Korea Computer Center |
| .KR | country-code | Korea, Republic of<br>Korea Internet & Security Agency (KISA) |
| .KW | country-code | Kuwait<br>Ministry of Communications |
| .KY | country-code | Cayman Islands<br>The Information and Communications Technology Authority |
| .KZ | country-code | Kazakhstan<br>Association of IT Companies of Kazakhstan |
| .LA | country-code | Lao People's Democratic Republic<br>Lao National Internet Committee (LANIC)<br>Science Technology and Environment Agency |
| .LB | country-code | Lebanon<br>American University of Beirut<br>Computing and Networking Services |
| .LC | country-code | Saint Lucia<br>University of Puerto Rico |
| .LI | country-code | Liechtenstein<br>Hochschule Liechtenstein |
| .LK | country-code | Sri Lanka<br>Council for Information Technology<br>LK Domain Registrar |
| .LR | country-code | Liberia<br>Data Technology Solutions, Inc. |

| Domain | Type | Purpose / Sponsoring Organisation |
|---|---|---|
| .MV | country-code | Maldives<br>Dhiraagu Pvt. Ltd. (DHIVEHINET) |
| .MW | country-code | Malawi<br>Malawi Sustainable Development Network Programme (Malawi SDNP) |
| .MX | country-code | Mexico<br>NIC-Mexico<br>ITESM - Campus Monterrey |
| .MY | country-code | Malaysia<br>MYNIC Berhad |
| .MZ | country-code | Mozambique<br>Centro de Informatica de Universidade Eduardo Mondlane |
| .NA | country-code | Namibia<br>Namibian Network Information Center |
| .NAME | generic-restricted | Reserved for individuals<br>VeriSign Information Services, Inc. |
| .NC | country-code | New Caledonia<br>Office des Postes et Telecommunications |
| .NE | country-code | Niger<br>SONITEL |
| .NET | generic | Generic top-level domain<br>VeriSign Global Registry Services |
| .NF | country-code | Norfolk Island<br>Norfolk Island Data Services |
| .NG | country-code | Nigeria<br>Nigeria Internet Registration Association |
| .NI | country-code | Nicaragua<br>Universidad Nacional del Ingernieria<br>Centro de Computo |
| .NL | country-code | Netherlands<br>Stichting Internet Domeinregistratie Nederland |
| .NO | country-code | Norway<br>UNINETT Norid A/S |
| .NP | country-code | Nepal<br>Mercantile Communications Pvt. Ltd. |
| .NR | country-code | Nauru<br>CENPAC NET |
| .NU | country-code | Niue<br>The IUSN Foundation |
| .NZ | country-code | New Zealand<br>InternetNZ |
| .OM | country-code | Oman<br>Oman Telecommunications Company |
| .ORG | generic | Generic top-level domain<br>Public Interest Registry (PIR) |
| .PA | country-code | Panama<br>Universidad Tecnologica de Panama<br>Panamanian Academic National Network |
| .PE | country-code | Peru<br>Red Cientifica Peruana |
| .PF | country-code | French Polynesia<br>Ministère des Postes et Télécommunications et des sports, chargé des nouvelles technologies de l'information |
| .PG | country-code | Papua New Guinea<br>PNG DNS Administration<br>Vice Chancellors Office<br>The Papua New Guinea University of Technology |



ICANN | ICANN - English - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.icann.org/tr/english.html
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows
(0 unread) Yahoo! Mail, steve_l_wood...
ICANN | ICANN - English
Home About Policy In Focus Processes Documents E-Learning Press Room Contact
^ Home
> About
Accountability
Board of Directors
Bylaws
Committees and Organizations
Careers
Factsheet
Fellowship Office
For First-Time Visitors
Frequently Asked Questions
General Information
Global Partnerships
Glossary of Internet Terminology
Internet Assigned Numbers Authority (IANA)
Mission
Organizational Chart
ICANN
The global Internet community working together to promote the stability and integrity of the Internet
What is ICANN?
The Internet Corporation for Assigned Names and Numbers (ICANN) is an internationally organized, non-profit corporation that has responsibility for Internet Protocol (IP) address space allocation, protocol identifier assignment, generic (gTLD) and country code (ccTLD) Top-Level Domain name system management, and root server system management functions. These services were originally performed under U.S. Government contract by the Internet Assigned Numbers Authority (IANA) and other entities. ICANN now performs the IANA function.
As a private-public partnership, ICANN is dedicated to preserving the operational stability of the Internet; to promoting competition; to achieving broad representation of global Internet communities; and to developing policy appropriate to its mission through bottom-up, consensus-based processes.
What is the Domain Name System?
The Domain Name System (DNS) helps users find their way around the Internet. Every computer on the Internet has a unique address called its "IP address" (Internet Protocol address). Because IP addresses (which are strings of numbers) are hard to remember, the DNS allows a familiar string of letters (the "domain name") to be used instead. So rather than typing "192.0.34.163," you can type "www.icann.org."
What is ICANN's Role?
ICANN is responsible for coordinating the management of the technical elements of the DNS to ensure universal resolvability so that all users of the Internet can find all valid addresses. It does this by overseeing the distribution of unique technical identifiers used in the Internet's operations, and delegation of Top-Level Domain names (such as .com, .info, etc.).
Other issues of concern to Internet users, such as the rules for financial transactions, Internet content control, unsolicited commercial email (spam), and data protection are outside the range of ICANN's mission of technical coordination.
How does ICANN work?
Done
start
SignatureMini (F:)
ICANN | ICANN - Engl...
PW.doc - Microsoft W...
Paint Shop Pro
9:39 AM

EXHIBIT
39



Ross University School of Medicine - Caribbean Medical School - Mozilla Firefox
File Edit View History Bookmarks Yahoo! Tools Help
http://www.rossu.edu/medical-school/
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows
WEB SEARCH
(0 unread) Yahoo! Mail, steve_l_wood...
Ross University School of Medici...
ROSS UNIVERSITY
myRoss Login Careers FAQs Home GO
School of Medicine
WELCOME | ACADEMICS | ADMISSIONS | ACCEPTED STUDENTS | CURRENT STUDENTS | FACULTY
Apply to Ross Attend a Seminar Request a Viewbook
ROSS UNIVERSITY School of Medicine
Welcome
Dean's Message
Accreditation and Approvals
Request a Viewbook
Things to Consider
Welcome to the School of Medicine
Thank you for your interest in Ross University School of Medicine. We understand that choosing a medical school is one of the most important decisions of your life. This website was designed to provide you with information about our educational program leading to an M.D. degree, descriptions of our facilities and curriculum, and answers to frequently asked questions.
Ross University School of Medicine celebrated its 30th anniversary in the 2008-2009 academic year. Since 1978, we have been providing an outstanding medical education to prospective physicians. In fact, Ross University School of Medicine has proudly graduated over 7,000 physicians during its three decades of service.
At Ross University School of Medicine, our mission is to prepare highly dedicated students to become effective, successful physicians. We do this by focusing on imparting the knowledge, skills, and values required for our students to establish a successful and satisfying career as a physician.
Students choose Ross because of our faculty, our curriculum, our
Done
start
Ross University Scho...
Paint Shop Pro

EXHIBIT

**From:** PGoff@rossmed.edu.dm (PGoff@rossmed.edu.dm)
**To:** steve_l_woodward@yahoo.com;
**Date:** Fri, November 18, 2005 11:57:34 AM
**Cc:**
**Subject:** RE: Dominica

HEY!!!
I was literally just thinking of writing you to see if you were going to be in the neighborhood!
I will be here and looking forward to meeting you - dinner and drinks are on me!!
As an update, I'm filling out insurance reports because the boat I bought (Iroquois 30 catamaran) and brought down
here in may was hit last week and stripped of "stuff" Luckily your charts were onshore, but my GPS, a Honda
generator, and stereo were lost... see you then..

call on VHF16 or cell phone 245-9693 or look for me at Coconuts.....


Pat

Dr. Patrick Goff
Associate Professor of Behavioral Medicine
  Licensed Clinical Psychologist
Ross University School of Medicine
Portsmouth, Commonwealth of Dominica
West Indies

        -----Original Message-----
        **From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
        **Sent:** Friday, November 18, 2005 11:48 AM
        **To:** Goff, Patrick
        **Subject:** Dominica

        Patt,

        How are you?  How's your boat?
        When will you be on Dominica?  I'll be around Dominica around Dec 7th and again around the
        18th.  I have to be back on Antigua at the end of December.

        Hope you're doing well,

        Steve


EXHIBIT

41

**From:** Smith, Michael Dr. (msmith@rossvet.edu.kn)
**To:** steve_l_woodward@yahoo.com;
**Date:** Thu, December 30, 2004 1:31:02 AM
**Cc:**
**Subject:** hallooo from Colorado

hope all is well there, sure boat is ok......looking forward to our return on the 7th....will get there on the late nite flight from San Juan.......

Mike

EXHIBIT 42



aua-med.edu Whois - aua- med - Who.is - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://who.is/whois/aua-med.edu/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(0 unread) Yahoo! Mail, steve_l_wood... | The truth about American University of... | Whois.net - Domain Names | aua-med.edu Whois - aua- med -...

who.is

Whois Site Info Name Suggest Premium Names Web Search DNS Whois Index IP Index FAQ

Whois ▾ Who.is Search

TOOLS

Ping
Traceroute
Name Server Search

Ads by Google
Med School
Med Spa
AUA Medical
AUA School

Ads by Google

**AUA College of Medicine**
Become a licensed physician in the US and Canada. Find out more!
www.auamed.org

**St.James Medical School**
Enrolling now for Summer Semester. No MCAT needed. Apply Today!
www.sjsm.org

**IAU - College of Medicine**
NY Approval. Low

## Aua-med.edu Whois

Whois | Archive | Information | Web Search | DNS Records | Suggestions | Expiring | Premium Domains

Ads by Google

All Saints University
4 year MD Degree. USA Curriculum. Premed. USA Clinicals. Residency.
www.allsaintsuniversity.org

Med Transcription Schools
Advance Your Career - Find Local & Online Programs. Request Free Info!
www.medicaltranscriptionschool.net

St. George's University
Become a Doctor of the World
Open House. LA 3/29/10
SGU.edu/openhouse

DOMAIN AVAILABILITY

Registered Domains: aua-med.com aua-med.org

Available Domains: ☑ aua-med.net ☑ aua-med.info ☑ aua-med.us ☑ aua-med.biz ☑ aua-med.in ☑ aua-med.mobi

Buy Now! $8.99 at name.com Purchase

AUA-MED.EDU IS AVAILABLE

aua-med.edu appears to be available

Register aua-med.edu at Name.com!

name.com Now Offers Hosting!
PLANS STARTING FROM
$5.99/month
Our UNBELIEVABLE Plan Includes:

Done

start | aua-med.edu Whois -... | Paint Shop Pro | AUA | 3:59 PM

EXHIBIT



auamed.edu Whois - aua med - Who.is - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://who.is/whois/auamed.edu/
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows
(0 unread) Yahoo! Mail, steve_l_wood... The truth about American University of... Whois.net - Domain Names auamed.edu Whois - aua med - ...
TOOLS
Ping
Traceroute
Name Server Search
Ads by Google
Cheapest Hosting
Cheap PHP Hosting
IP Address
Web Domain Search
There's a Web address that's right for every business.
GO ON, TRY ME!
Auamed.edu Whois
Whois Archive Information Web Search DNS Records Suggestions Expiring Premium Domains
Ads by Google
Intuit® Websites
Visit the Official Intuit Site & Get A Free Website Today!
www.Intuit.com
Web hosting - $4.95
Fast, Affordable, Reliable Linux Web hosting with tons of features
www.PlanetOnline.net
The Rackspace Cloud
Get Web Hosting & Servers using the Power of Cloud Computing Today.
www.rackspacecloud.com
DOMAIN AVAILABILITY
Registered Domains
auamed.com auamed.net auamed.org
Available Domains
auamed.info auamed.us auamed.biz auamed.in auamed.mobi
Buy Now! $8.99 at name.com
Purchase
AUAMED.EDU IS AVAILABLE
auamed.edu appears to be available
Register auamed.edu at Name.com!
rapid blog
by name.com
join the conversation
Hosted From $1.99
Setup a Blog Now!
Domain Search:
GO
Powered By WordPress
Done
start
auamed.edu Whois - ...
Paint Shop Pro - Imag...
AUA
3:56 PM

EXHIBIT 44

auavet.com Whois - aua vet - Who.is - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://who.is/whois/auavet.com/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

Yahoo! Mail (steve_l_woodward) | auavet.com Whois - aua vet - Wh...

AUAVET.COM WHOIS

Updated: 2 seconds ago
Registrant:
Gardner, Tom
GCLR, LLC
2 wall street
10th floor
new york, NY 10005
US

Domain Name: AUAVET.COM

Administrative Contact, Technical Contact:
Gardner, Tom tgardner@auamed.org
GCLR, LLC
2 wall street
10th floor
new york, NY 10005
US
212 661 8899

Record expires on 04-Sep-2014.
Record created on 04-Sep-2009.
Database last updated on 3-Apr-2010 16:17:53 EDT.

Domain servers in listed order:

NS87.WORLDNIC.COM 205.178.190.44
NS88.WORLDNIC.COM 206.188.198.44

Information Updated: Sat. 3 Apr 2010 20:28:41 UTC

RELATED DOMAINS FOR AUAVET.COM

Done

start | AUA | auavet.com Whois - ... | URL gandi.doc - Micr... | PW.doc - Microsoft W... | Paint Shop Pro - Image2 | 4:28 PM

EXHIBIT 45

9

auavet.org Whois - aua vet - Who.is - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://who.is/whois/auavet.org/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

Yahoo! Mail (steve_l_woodward) | auavet.org Whois - aua vet - Wh...

AUAVET.ORG WHOIS

Updated: 1 second ago

Registrant Contact Information:
Name: GCLR, LLC
Address 1: 2 wall street
Address 2: 10th floor
City: new york
State: NY
Zip: 10005
Country: US
Phone: +1.2126618899
Email: **tgardner**@auamed.org

Administrative Contact Information:
Name: GCLR, LLC
Address 1: 2 wall street
Address 2: 10th floor
City: new york
State: NY
Zip: 10005
Country: US
Phone: +1.2126618899
Email: **tgardner**@auamed.org

Technical Contact Information:
Name: GCLR, LLC
Address 1: 2 wall street
Address 2: 10th floor
City: new york
State: NY
Zip: 10005
Country: US
Phone: +1.2126618899
Email: **tgardner**@auamed.org

Done

start | AUA | auavet.org Whois - a... | URL-gandi.doc - Micr... | PW.doc - Microsoft W... | Paint Shop Pro - Image3 | 4:29 PM

EXHIBIT 46



h

AUANURSING.ORG WHOIS

Updated: 3 seconds ago

Registrant Contact Information:
Name: GCLR LLC
Organization: GCLR LLC
Address 1: 2 Wall Street
Address 2: 10th Floor
City: New York
State: NY
Zip: 10005
Country: US
Phone: +1.212661889
Email: no.valid.email@worldnic.com

Administrative Contact Information:
Name: GCLR LLC
Organization: GCLR LLC
Address 1: 2 Wall Street
Address 2: 10th Floor
City: New York
State: NY
Zip: 10005
Country: US
Phone: +1.212661889
Email: no.valid.email@worldnic.com

Technical Contact Information:
Name: GCLR LLC
Organization: GCLR LLC
Address 1: 2 Wall Street
Address 2: 10th Floor
City: New York
State: NY
Zip: 10005
Country: US

EXHIBIT 47

3

auanursing.com Whois - aua nursing - Who.is - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://who.is/whois/auanursing.com/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

Yahoo! Mail (steve_l_woodward) | auanursing.com Whois - aua nurs...

AUANURSING.COM WHOIS

Updated: 2 seconds ago
Registrant:
GCLR LLC
2 Wall Street
10th Floor
New York, NY 10005
US

Domain Name: AUANURSING.COM

Administrative Contact, Technical Contact:
GCLR LLC **adepena**@auamed.org
2 Wall Street
10th Floor
New York, NY 10005
US
212-661-8899

Record expires on 17-Mar-2013.
Record created on 17-Mar-2008.
Database last updated on 3-Apr-2010 16:17:06 EDT.

Domain servers in listed order:

NS83.WORLDNIC.COM 205.178.190.42
NS84.WORLDNIC.COM 206.188.198.42

Information Updated: Sat, 3 Apr 2010 20:27:55 UTC

RELATED DOMAINS FOR AUANURSING.COM

auanursing.net auanursing.org networksolutions.com worldnic.com auamed.org

Done

start | AUA | auanursing.com Whoi... | URL-gandi.doc - Micr... | PW.doc - Microsoft W... | Paint Shop Pro - Image1 | 4:28 PM

EXHIBIT



AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

Argument By Mr. Buikema
Monday/April 19, 2010 7

**THE COURT:** Wait, that's a different theory.

**MR. BUIKEMA:** You asked me specifically about the confusing --

**THE COURT:** We're going to go to each one of your theories because I'm trying to figure out why you're asserting these theories because it doesn't seem to me your Lanham Act has any merit at all.

**MR. BUIKEMA:** The Lanham Act claim is relative not to the use of the confusingly similar web domain name, I misunderstood, Your Honor, apologies.

The Lanham Act claim is relative to plaintiff's use, republication of our actual logo, trade name.

**THE COURT:** Where is that set forth here?

**MR. BUIKEMA:** This is set forth in the verified complaint.

**THE COURT:** No, no, I've got your motion. I'm reading your motion. Your motion tells me why you're entitled to relief. Now, you're coming up with something I didn't read in the motion at all.

**MR. BUIKEMA:** That is contained, I believe, at page six, Your Honor -- excuse me, top of page seven. Our motion reads, "Defendant's use of the similar domain name, including copies, reproduction and/or counterfeits of the AUA logo on the site itself has been and continues to be done with the intent to cause

*10-10978; American University of Antigua v. Steven Woodward*

EXHIBIT 49

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

services are the domain name itself and the information disclosed thereby.

**THE COURT:** He's not trying to sell the name itself, is he?

**MR. BUIKEMA:** I don't know.

**THE COURT:** Wait. It's your motion, if you don't know, then you can't say that he is.

**MR. BUIKEMA:** That's correct, Your Honor, there's been no discovery in this case.

And as you know, I'm held to a standard of potential success on the merits. Substantial likelihood of success on the merits, not absolute success on the merits. There's been no discovery on that issue.

I will submit to you, Your Honor, that it's my belief and understanding, I was not counsel in the State Court case. But my belief and understanding is that Mr. Woodward has attempted to extract profit from, let's say, exploited aspects of that web domain.

**THE COURT:** What's the basis of that understanding?

**MR. BUIKEMA:** From my review of the record, I am appellate counsel in that case and was so appointed after the disposition by the State Court Judge.

**THE COURT:** All right. Let's go to your next

EXHIBIT 50

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

claim which is, "Willful violation of Family Educational Rights and Privacy Act"?

MR. BUIKEMA: Correct.

THE COURT: I'm reading from your brief, "The Family Educational Rights and Privacy Act of 1974 prohibits the federal funding of educational institutions that have a policy of practice of releasing education records without authorized persons." What's that got to do with this case?

MR. BUIKEMA: In my view, Your Honor, it's a wrongful act predicate to a tortious interference claim. And perhaps that's not made as clear as it should be by our pleadings but that's how I regard this claim.

FERPA prohibits disclosures of students' information by the University itself. And has, as consequence, the termination of federal funding, which my client does receive and some of the students receive benefits under that provision.

It's my view that Mr. Woodward's conduct in disclosing student information grades, which he admits to doing and, in fact, has muddied this record by attaching yet more of that information, creates standing to my client -- gives standing to my client the challenge on behalf of its students.

FERPA!

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

But more importantly --

**THE COURT:** Why, he's not an agent of the university in any way, shape or form?

**MR. BUIKEMA:** But we are an agent of our students whose information has been --

**THE COURT:** But this prohibits the University from doing it. How could you possibly argue that the University is doing it, when they're not?

**MR. BUIKEMA:** I'm not sure I understand Your Honor's question.

**THE COURT:** It says, "It prohibits federal funding of educational institutions who have a policy or practice." You don't contend the education has a policy or practice, do you?

**MR. BUIKEMA:** I do not contend that it has a policy or practice. But Mr. Woodward's actions in disclosing the student information could cause the federal government to terminate funding --

**THE COURT:** How could that be a policy or practice of the University? How would anyone ever believe his conduct is a practice or policy of the University?

**MR. BUIKEMA:** I'd rather not find out, frankly, Your Honor.

**THE COURT:** It's just ridiculous. I don't know why you're arguing that. His conduct can't be

Federal Funding

FERPA

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

considered a policy or practice of the University. You said that from the very beginning, it's not. I don't know why you're arguing these claims that have very little, if any, merit.

And the problem is you can -- obviously, an attorney can argue alternate theories, but you've got to have some basis for the alternate theory or what happens is, the Court says, "Wow, he's just throwing everything in there so if they're weak, all his claims must be equally weak."

And it's just a bad practice, in my judgment, to assert any claim unless you have solid evidence that there's at least some good merit to it and I don't think there's any merit to this claim at all.

**MR. BUIKEMA:** Again, Your Honor, I think my pleadings are confusing in that regard and I'm not intending to argue to this Court that there is an independent clause of action that exist in my client because of FERPA.

What I'm arguing is that Mr. Woodward's publication of private student information which would be violative of FERPA is a tortious interference with a third-party expectancy --

**THE COURT:** It's not tortious interference.

**MR. BUIKEMA:** -- because the federal funding

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

consequence of release of that information is potentially damaging to my client and its students.

**THE COURT:** And it's a policy and practice of the University that's to be dealt with, not some person that's acting as you allege he is.

Any event, let's go to the next one.

**MR. BUIKEMA:** Go ahead.

**THE COURT:** You've got a defamation claim?

**MR. BUIKEMA:** I do, Your Honor.

And if you take any time to peruse Mr. Woodward's website this is a lot more than a gripe site. A lot more than expression of opinions as is given in the evidence before you, specifically the verified complaint and my written pleadings in this regard.

He accuses the University of conspiratorial conduct, the defrauding of students, of falsifying students' grades, the connection with criminal activities and the like.

**THE COURT:** Let's take them one at a time, okay.

**MR. BUIKEMA:** Fair enough.

**THE COURT:** Are they listed on page two? Are these the defamation statements or whatever you're calling them?

**MR. BUIKEMA:** That's a summary.

**THE COURT:** You say, "A summary"?

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

His name is Neil Simon, not to be confused with the playwright.

**THE COURT:** Let's go, for example, to small "h": "AUA students are sexually assaulted." Is that a false statement?

Plurality —

**MR. BUIKEMA:** In and of itself, an AUA student was apparently assaulted. The connotation of AUA students being sexually assaulted, in the tense, is a false statement.

**THE COURT:** In the what?

**MR. BUIKEMA:** In the tense utilized or represented by the website is a false statement.

**THE COURT:** I'm missing what you're talking about, "Tense".

**MR. BUIKEMA:** The statement in the website connotes a general practice or happening as if "All students" or generally students are sexually assaulted at AUA.

**THE COURT:** That's the spin you put on it. But the statement itself is true, "AUA students are sexually assaulted", have they?

**MR. BUIKEMA:** An AUA student was sexually assaulted.

**THE COURT:** Only one?

**MR. BUIKEMA:** To my knowledge, yes.



Search for: Search

*Categorized* | **Facebook Posts, Top Stories**

Thursday, May 12th

Set Home Page

- Home
  - News
    - Big Stories
    - Regional News
    - International News
    - Financial
    - Entertainment
    - Editorials
    - Big Score
  - Observer Publications
    - The Daily Observer
    - ENJOY Supplement
    - Subscribe
  - Observer Radio
    - Voice of The People 91.1fm
    - Hitz Fm 91.9Fm
    - Programming Schedule
    - Presenter Bios
    - News Team Profiles
  - Classifieds
  - Flight Status
  - Contact Us
    - News Room
    - Advertising
    - Observer Radio
    - Web Team

## AUA Accused Of Awarding Worthless Degrees

By Observer News - Thursday, May 12th, 2011.

Article Hits: 32
No Comments

american university of antigua

Former nursing students of the American University of Antigua (AUA) are accusing the institution of cheating them out of valuable time and money and giving them worthless degrees, after the state of New York rejected the qualifications they spent two years working for.

Now, the AUA's President Neal Simon is promising that students will get back the tens of thousands of dollars they paid in tuition fees if the state continues to refuse them the opportunity to work.

These developments have come two months after The Daily OBSERVER and Observer Radio were severely criticised for a series of stories that reported the AUA's School of Nursing was not accredited.

In a report aired on Fox 5 News yesterday, three students spoke about their dreams of working as nurses being crushed

because the nursing programme is not approved by the Antigua & Barbuda Nursing Council and is therefore not accredited in New York. So, although they have Associate Degrees, they're unable to get jobs.

"I think it's just important to expose the situation so that no one else could fall prey to this circumstance," Ishmael Jeffers said in the television interview, a sentiment also expressed by another graduate Rosie Velasquez and another former student who left the programme early after spotting the problems.

They said that on entry to the nursing school they were assured, both in the university literature and responses to their direct questions, that once they graduated they would be eligible to sit the National Council Licensure Examination (NCLEX). Passing that test would allow them to work in the nursing sector.

However, Velasquez said that after graduating and returning to her New York home, her application to take the exam was denied because, according to the letter she received, the school is not being recognised by the Antigua & Barbuda Nursing Council.

"They lied to me. I was cheated. I went to Antigua, I left my family and I gave them two years out of my life to come back to nothing," she lamented.

Jeffers added: "Everybody's intention was to start a career which we've been robbed of now."

According to the Fox 5 report, since the offshore medical school began its nursing programme in 2009, none of the graduates has been able to take the exam to become a nurse in New York, even though the university said students from Florida have been able to take the exam in that state.

AUA's president acknowledged that the first graduating class ran into problems last year and since then AUA has not accept another nursing student.

Follow Us

But those who had already completed the programme have been left out of pocket since their degrees are, at this point, just pieces of paper.

To go to the AUA School of Nursing, Velasquez said she had to borrow money, of which she still owes US$47,125.77. Her student loan totaled US$91,331.39.

But the AUA president said if the situation is not rectified, students will get their money back.

"We will reimburse the students the cost of education, which includes their tuition and the housing, etc the plane fare down to Antigua. Yes we will reimburse them," Simon told Fox, although not saying how long he would wait before paying refunds.

He has insisted, though, that even though students got a raw deal, it was not his university's fault.

Although faced with the reality of the graduates' situation, Simon stuck to his previous position that a charter which the AUA received in 2003 specifically stated that the university "was approved and that our graduates are eligible for licensure."

He also produced a letter, signed by Prime Minister Baldwin Spencer, which stated that the government had granted a charter to AUA and its school of nursing and that the programme was fully approved and accredited by the minister of health.

However, that has not been enough for the New York State Education Department, which is currently trying to get to the bottom of the situation, according to the television report.

Back in March, OBSERVER carried a series of stories pointing out that some of the programmes offered by AUA, including nursing, were not accredited. In response to the reports, Executive Director of the Antigua & Barbuda National Accreditation Board Glenford Joseph said his agency had registered the School of Nursing and was in the process of doing so for the School of Medicine, the Veterinary School and the pre-med college.

"The government of Antigua & Barbuda stands by the American University of Antigua, which is registered and licensed by the state of New York," he said at the time.

However, the Nursing Council said in a statement that it had not been involved in the registration process and accused the Accreditation Board of violating its own regulation to consult with various professional disciplines in the decision-making.

The Spencer administration had also issued a statement denouncing the OBSERVER reports.

Like 2 people like this. Be the first of your friends.

Tags: associate degrees | aua | AUA Accused Of Awarding Worthless Degrees | fox 5 news | national council licensure examination | neal simon | nursing council | nursing school | nursing students | observer radio | state of new york | tuition fees | university literature

SHARE

**Medical Assistant Career**
Learn skills in as few as 30 weeks! Start class now in Flint or Davison
RossMedicalAssistant.com

**Oakland University**
134 Bachelor's Degree Programs From Nursing to Journalism & More.
oakland.edu

**RN Nursing School**
Search Flexible and Accredited Nursing Schools Nearby or Online!
MyNursingSchool.org

Ads by Google

## No Comments

Comments

Name

Email

Post your comment

## Related Articles

- Standing by our 'accreditation' story
- Nurses Council not happy with accreditation
- ...olarship Without Service
- ...wock Road accident: AUA student
- ...na fides
- ...l anyon...
- ...s

Follow Us

Lens | Audio | Video | Observer Radio

Latest Photo Galleries »

Dr. Rola
BALANCING YOUR LIFE
FRIDAY AFTERNOONS: 3:00 PM

91.1
Observer
RADIO





- Popular
- Latest
- Comments
- Issues

- Dr Cort: Sex in prison is not the norm
- US-based Antiguan charged with identity theft
- Widespread Flooding
- Landmark prostate surgery performed at Belmont Clinic

**AUA Medical School**
Take a Virtual Campus Tour to learn why AUA may be the ideal option
www.auamed.org/tour/#/campus

**Study Medicine -MD degree**
In a 4.5 years program including pre-med, bilingual, accredited
www.unibecostarica.com

**Medical Univ. of Americas**
Low total cost for M.D. degree. Pre-Med Program available.
www.mua.edu

Ads by Google



Observer Media Group on Facebook
Like
1,700 people like Observer Media Group.
Marcia
Lavelle
Ajit
Jerry
Colin
Matthew
Ryan
Stanshaw
Sophia
Jahlia

## Latest Tweets

- @antiguaomg none of the links work this morning
- Observer: Stanford criminal trial set for September [Read t
- Observer: AUA Accused Of Awarding Worthless Degrees [Read t

Follow Us

## Archives

Select Month

ADVERTISE HERE ADVERTISE HERE
ADVERTISE HERE ADVERTISE HERE

© 2011 Observer Publications Limited | Privacy Policy KTB
30 queries | 1.099 seconds.



Antigua Observer Newspaper | Threat of Legal Action In AUA Debacle ... http://www.antiguaobserver.com/?p=58619

ANTIGUA OBSERVER.COM
NEWS ON TARGET

Search for: Search

*Categorized* | Facebook Posts, Top Stories

Saturday, May 14th

Set Home Page

- Home
  - News
    - Big Stories
    - Regional News
    - International News
    - Financial
    - Entertainment
    - Editorials
    - Big Score
  - Observer Publications
    - The Daily Observer
    - ENJOY Supplement
    - Subscribe
  - Observer Radio
    - Voice of The People 91.1fm
    - Hitz Fm 91.9Fm
    - Programming Schedule
    - Presenter Bios
    - News Team Profiles
  - Classifieds
  - Flight Status
  - Contact Us
    - News Room
    - Advertising
    - Observer Radio
    - Web Team

Follow Us

# Threat of Legal Action In AUA Debacle

By Observer News - Saturday, May 14th, 2011.

Article Hits: 17
No Comments

A member of the General Nursing Council is considering taking legal action against a top executive at the American University of Antigua over the AUA School of Nursing debacle.

According to Registrar Laurellyn Williams, the school's president Neil Simon has made untruthful comments about Nurse Elnora Warner, whom he has accused of conflict of interest.

The Council stated yesterday that the statements were crafted to deceive and could be viewed as an "assassination" on Nurse Warner's "integrity and on her personal and professional character."

Nurse Warner is currently in the US state of Florida and will make a decision on

EXHIBIT 52

1 of 5 5/14/2011 9:32 AM

Case 2:10-cv-10978-PJD-MJH ECF No. 156-3, PageID.2321 Filed 05/19/11 Page 29 of 50

googleimages.com

whether to pursue legal action when she returns here.

The comments by the university president were made after an American media outfit aired a report, in which three former nursing students claimed that their qualifications were rejected by the state of New York because AUA's programme is not approved by the Nursing Council.

In putting forward her position on the issue, the Registrar said, "AUA is totally responsible for the dilemma it finds itself in," because of what she termed as its stance of "superiority."

"AUA is claiming that it received permission to operate its Nursing School through a Charter from the Government as well as from the Minister of Health, which is supposed to assure its accreditation standings, but this is far from reality," Williams said in the statement.

"Yes, institutions can get approval to open/operate schools from Ministers etc, however, when it comes to institutions such as a nursing school which falls under the professional discipline, a school's nursing programme can only be approved by the Professional/Licensure Body, which in this case, is the Nursing Council of Antigua & Barbuda – and this is what AUA has difficulty accepting."

She explained that approval of a nursing programme involves looking at the conditions under which a nurse will be trained; looking at the curriculum of training to include the credit hours as well as the contents to see if it is adequate for one who will eventually be given a licence by the Council (if they desire).

According to the Council, when they approve a nursing training programme, the graduates must be capable of performing safely.

She pointed to the interpretation in one of the sections of the Nurses Registration Act, which specifies that the Council is responsible for approving nursing training programmes.

The Registrar further said, "One of the fiduciary responsibilities of the Council is to protect the public by ensuring safe nursin care delivery, and this begins at the training institution and in this case – schools of nursing. It is for this reason why all Nursi Councils/Boards must approve of nursing training programmes."

Follow Us

Like Be the first of your friends to like this.

Tags: accreditation | american university of antigua | aua | conflict of interest | debacle | minister of health | nurse | nursing council | nursing school | nursing students | professional character | professional discipline | state of new york | university president

SHARE

## No Comments

Comments

**CARIBARENA Antigua**
The best caribbean news portal

# Med Student Found Dead

SUNDAY, 25 APRIL 2010 18:48 KAM WRIGHT ANTIGUA NEWS - POLICE

Recommend Be the first of your friends to recommend this.

caribarena.co
POLICE REPORT
DROWNING
Med Student Found Dead

The body of a 27-year-old medical student was found floating at Jabberwock Beach on Sunday. According to the police, Halber Raza-Rizvi, a student of the American University of Antigua (AUA), went missing on Saturday. He was last seen at about 11 am.

The US citizen had been scheduled to return home, but did not show up for his Continental airlines flight.

An official report from the Office of Strategic Communication said a fisherman found the body at about 9 am Sunday.

The beach is located a stone's throw from the university on Jabberwock Drive.

The police said they do not suspect foul play, but are still investigating.

Meanwhile, officers arrested and charged another medical student with possession of cannabis at the airport.

Caribarena.com learned that 22-year-old Nazia Aslam Chaudhry had just completed her studies at AUA and was about to leave the country at about 6 am on Friday.

We were reliably informed that authorities found three packets containing the controlled substance - a little over 5 g - in her possession.

It's your choice:
Information Technology
Business
Criminal Justice
Drafting and Design
Electronics Technology
Request Free Information Today!

**Police Popular of Late**

- Jail Time For Jarvis in MBS Trial
- Carlisle Man Stabbed To Death
- All Saints Woman Charged With Massive Theft
- Family's Search Ends In Sorrow
- Police Officer Shoots Bandit At Supermarket
- MBS Trio Found Guilty
- Piggots Man Shot And Killed During Robbery

Post A Free Ad

## 50 Comments In This Article

Hits: 6413

Comments

**RIP**
Haider's cousin » 2010-05-12 06:32
0
Haider's cousin

Rest In Peace Haider and May God Bless your Soul AMEN

**RIP**
0

FreeClassified

EXHIBIT 53





drowning-dead-med-student_0.jpg (JPEG Image, 3

File Edit View History Bookmarks Tools Help

http://antiguaol

Most Visited Getting Started Latest Headlines Custo

(3 unread) Yahoo! Mail, steve_l_wood... Police invest

EXHIBIT 54



Search for: Search

*Categorized* | **Facebook Posts, Top Stories**

Monday, May 16th

Set Home Page

- Home
  - News
    - Big Stories
    - Regional News
    - International News
    - Financial
    - Entertainment
    - Editorials
    - Big Score
  - Observer Publications
    - The Daily Observer
    - ENJOY Supplement
    - Subscribe
  - Observer Radio
    - Voice of The People 91.1fm
    - Hitz Fm 91.9Fm
    - Programming Schedule
    - Presenter Bios
    - News Team Profiles
  - Classifieds
  - Flight Status
  - Contact Us
    - News Room
    - Advertising
    - Observer Radio
    - Web Team

## Country defined as 'culturally unethical' place

By OBSERVER News - Monday, May 16th, 2011.

Article Hits: 31
No Comments

Integrity and ethics in Antigua & Barbuda – and not just in public life – came in for close scrutiny recently, with a radio panel comprising three public officials declaring that there is a cultural conundrum.

Speaker of the House D Gisele Isaac-Arrindell, Member of Parliament for City West Gaston Browne, and Ambassador Plenipotentiary Leon Chaku Symister were guests in OBSERVER Radio's *Snake Pit* last Thursday.

While Browne was speaking in his capacity as the chairman and deputy leader of the Antigua Labour Party (ALP), the other two said they were speaking in their own personas.

The conversation began with Browne noting that his party would push for the strengthening of the administrative and legal framework for the trilogy of integrity legislation, comprising Integrity in Public Life Act, a Prevention of Corruption Act, and a Freedom of Information Act.

Case 2:10-cv-10978-PJD-MJH   ECF No. 156-3, PageID.2325   Filed 05/19/11   Page 33 of 50

"(The ALP will) file a parliamentary resolution to establish a bipartisan parliamentary committee to examine the trilogy of legislation ... and to make recommendations to facilitate their effective operationalisation and functionality," Browne said.

But as he made his case, admitting that "corruption exists – in fact it existed in past administrations and it exists today in the UPP (United Progressive Party) administration," Isaac-Arrindell was adamant that the problem is more pervasive.

"Antigua is a small country made even smaller by the fact that our indigenous population is 50-little bit per cent, and I have seen corruption up close and I have reported corruption," a passionate Isaac-Arrindell said.

"And you know what we say – the persons to whom the corruption is reported? 'Well, it's a small society and you don't want to embarrass the family ...' and that is what is keeping us from being a real society that has principles and ethics," she added.

The Speaker of House argued that "what is the norm for a society is what becomes ethical," and said the country is inured to corruption because of the acceptance of local adages like where the horse ties it feeds.

She also called the citizenry hypocrites who "want a kind of behaviour from politicians that society does not practice."

Though initially resisting the notion of the island being a culturally unethical place, Browne and Symister eventually agreed, with examples of their own.

(More in today's Daily OBSERVER)

Follow Us

Like    Be the first of your friends to like this.

SHARE

**Corporate Counsel**
The #1 News Source for the In-house Legal Community.
www.law.com

**Hyatt® Hotel Travel Deal**
Earn 10K Points After 5 Nights & 5K Points for Every 2 Extra Nights.
Hyatt.com

**Compliance Week**
Annual conference with regulators, corp. officers of leading companies
www.Conference.ComplianceWeek.com

Ads by Google

## No Comments

Comments

Name
Email

Post your comment

### Random Articles

- Observer AM
- Cultural Division celebrates Wadadli Day
- ...ow
- ...naintain pressure on St Kitts/Nevis in ...-17 qualifiers
- ...art Race
- ...st UN gay rights pact
- No Fanfare For Ferry's Inaugural Trip
- Bento believes public/private collusion is answer to swimming facility woes

Lens   Audio   Video   Observer Radio

EXHIBIT 56

Daily Observer Online - Murder, Sexual Offences Top Police Stats - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://antiguaobserver.com/?p=19900

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(0 unread) Yahoo! Mail, steve_j_wood... | YouTube - Overview | Daily Observer Online – Murder, ...

antiguaObserver.com
news on target

search

Home | Today's Paper ▾ | News ▾ | Specials ▾ | Observer Radio 91.1 ▾ | Hitz FM 91.9 | Classifieds ▾ | In Wadadli | Article Archives

# Murder, Sexual Offences Top Police Stats

By Carol Williams · Thursday, December 31st, 2009

email print share
SHARE

Sexual offences and murders have, for yet another year, emerged as major problems for the Royal Police Force of Antigua & Barbuda, according to crime statistics released yesterday.

The figures indicate that sexual offences have increased 127 per cent from the 44 recorded last year, while there were 16 murders, two more than occurred in 2008.

Incidents of rape have more than quadrupled from the figures recorded in 2007, the year the Sexual Offences Unit was formed. Thirty-three cases were recorded this year with 10 arrests compared to the 23 reported in 2008 of which there were five arrests.

Statutory rape or rape of minors more than doubled from the 12 reported last year to 33.

Twenty-two arrests were made this year compared to last year's 12.

Attempted rape cases spiked to 11 from the previous two.

There were slight increases in serious indecency and indecent assault, aiding and abetting in connection with sexual offences, buggery and incest.

## More Top Stories

- Applications open for National Student Loan Fund
- Group marks Glaucoma Awareness Month with free eye screening
- Water shortages challenge school sanitary facilities
- A tribute to one of Antigua's unsung heroes
- Gov't takes next step towards HMB

Done

start | Daily Observer Online... | PW.doc - Microsoft W... | Paint Shop Pro | 8:58 AM

Daily Observer Online - Police Officer Guilty - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.antiguaobserver.com/?p=36650

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

(0 unread) Yahoo! Mail, steve_l_wood... | Daily Observer Online – Police Off...

antiguaObserver.com
news on target

search

Home | Today's Paper | News | Specials | Observer Radio 91.1 | Hitz FM 91.9 | Classifieds | In Wadadli | Article Archives

# Police Officer Guilty

By Martina Johnson - Thursday, July 8th, 2010

email print share
SHARE

For the second time in less than a year another member of the Royal Police Force of Antigua & Barbuda faces jail time for a crime against a civilian.

Assistant Superintendent of Police (ASP) Everton Francis was, yesterday declared guilty of wounding a Jamaican man and remanded to Her Majesty's Prison.

The 12-member jury, comprising four men and eight women, after five hours of deliberation, handed down the verdict of wounding.

Francis escaped the greater charge of wounding with intent to do grievous bodily harm, but was found guilty of the second count, wounding, which carries a maximum of five years in prison, a fine and or compensation.

The senior officer, who has been a member of the Royal Police Force of Antigua & Barbuda for 34 years, was on trial this week for wounding Damien Watson.

The officer will remain in prison until July 23 while a Social Inquiry Report is prepared by the Probation Department to present to the court as part of the rules of sentencing.

Unlike nine months ago when his colleague Kevil Nelson was convicted and sentenced on a murder charge,

## More Headline News

- Justice Blenman Threatens Lawsuits Against 'Caricom Man' And 'De Bear'
- Man Found Dead In Swetes Home
- Police investigate death of Senior citizen
- Petition Case ends decision reserved

http://www.antiguaobserver.com/

start | Daily Observer Online... | Paint Shop Pro | 10:02 PM

EXHIBIT 57



Antigua and Barbuda - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://www.state.gov/g/drl/rls/hrrpt/2007/100624.htm
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows
Antigua and Barbuda
Quick Links
Select a Quick Link
Country Profiles
Select a Country
Stay Connected with State.gov
SUBSCRIBE TO UPDATES
Find: sun Next Previous Highlight all Match case
Done
start Antigua and Barbuda ... Paint Shop Pro - Image5
3:35 PM

# Antigua and Barbuda

Bureau of Democracy, Human Rights, and Labor
2007
March 11, 2008

Antigua and Barbuda is a multiparty, parliamentary democracy with a population of approximately 83,000. In the 2004 parliamentary elections, which observers described as generally free and fair, the United Progressive Party (UPP) defeated the ruling Antigua Labour Party (ALP), and Baldwin Spencer became prime minister. The civilian authorities generally maintained effective control of the security forces.

While the government generally respected the human rights of its citizens, there were problems in a few areas, including excessive use of force by police, poor prison conditions, violation of press freedoms, societal discrimination and violence against women, and sexual abuse of children.

RESPECT FOR HUMAN RIGHTS

Section 1 Respect for the Integrity of the Person, Including Freedom From:

a. Arbitrary or Unlawful Deprivation of Life

There were no reports that the government or its agents committed arbitrary or unlawful killings.

b. Disappearance

There were no reports of politically motivated disappearances.

c. Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment

The constitution specifically prohibits such practices, and the authorities generally respected these prohibitions in practice. Nonetheless, there were occasional reports of police brutality, corruption, excessive force, discrimination

2

EXHIBIT 53



CDNN :: Tourist Murders, Robberies Threaten Antigua's Tourism Industry - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.cdnn.info/news/travel/t090221.html

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

YouTube - Overview | Talk:American University of Antigua Col... | CDNN :: Tourist Murders, Robberi...

*by CARMEN SANCHEZ @ CDNN - CYBER DIVER News Network*

**ST. JOHN'S, Antigua (21 Feb 2009)** — Known among yachties as "death island", Antigua is struggling to prop up its collapsing tourism industry as local gang members kill and rob tourists in broad daylight.

Local tourism officials criticized police for failing to provide adequate security after gangs went on a one-day robbery spree day before yesterday that victimized tourists from four cruise ships including the Caribbean Princess, Azamar, Costa Atlantica and Thompson Destiny.

Two weeks ago, two tourists were assaulted and robbed at Redcliffe Quay, a popular shopping area for holiday visitors.

In January, two tourists were robbed at Fort James Beach.

**Death Island**

Also in January, Australian yacht skipper, Drew Gollan, 38, was gunned down and killed near a police station at English Harbour while trying to protect his wife, who was also shot, and their baby daughter.

Following Gollan's murder, yacht owners left the island in droves.

In July last year, British newlyweds Ben and Catherine Mullany were brutally tortured and murdered in their room at the Cocos Bay Resort in Antigua.

Private yacht skipper Drew Gollan (above) was murdered in Antigua last month. Newlyweds Ben and Catherine Mullany (below) were murdered in Antigua last July.

**CDNN RELATED NEWS**

- ANTIGUA - Happy Antigua tourist killer appears in court

Special packages include:
5-night 'Dive & Stay' $305*
4-night 'OW Course & Stay' $376*
3-night 'AOW Course & Stay' $265*
ActionDivers.com

CDNN TOP NEWS STORIES

Done

EXHIBIT 59

Star Clippers drops Antigua in wake of murder of cruise ship passenger - Business Exchange - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://bx.businessweek.com/conde-nast/view?url=http%3A%2F%2Fc.moreover.com%2Fclick%2Fhere.pl?
Most Visited Getting Started Latest Headlines Customize Links Free Hotmail RealPlayer Windows Marketplace Windows Media Windows
Star Clippers drops Antigua in wa...
Star Clippers drops Antigua in wake of murder of c...
Published to Conde Nast | No reactions yet
JOIN NOW
Discover, organize and share content on Business Exchange.
Already a user? Sign in to share your reaction.
USATODAY.com USA TODAY Travel
Join USA TODAY
Log in Become a member
USA TODAY Cruise Log
Search
Home Cruise Log Blog Topics Forum Cruise Lines Cruise Styles Cruise Ports Deals Shop for Cruises Contest

# Star Clippers drops Antigua in wake of murder of cruise ship passenger

Comments 24 | Recommend 7

EXHIBIT 60

Buzz up! Like this story? Share it with Yahoo! Buzz

Star Clippers announced today that is dropping calls in Antigua in the wake of last week's murder of one of its passengers on the island.

The sailing ship line says it will substitute the Caribbean island of Nevis on upcoming itineraries of the 227-passenger Royal Clipper. The ship normally calls in Antigua every two weeks.

"Star Clippers has called at Antigua for many years without incident, and with its long sailing and yacht history, the island has always been a popular destination with our guests," Star Clippers CEO Mikael Krafft said in a statement. "We are taking this decision after much deliberation, and we will continue to monitor the security situation in Antigua and evaluate our options for next winter season regarding returning to the island."

**RELATED:** Manhunt underway after murder of cruiser in Antigua
**RELATED:** Carnival drops Antigua from Southern Caribbean cruises

PRINCESS CRUISES
escape completely
Find out what it means to escape completely.
Click to start

Advertisement

USATODAY: CRUISEDEX

The Cruisedex tracks cruise-related topics in the news, showing the relative buzz around those terms week-over-week.

USA TODAY Cruise Log Cruisedex

Waiting for i.usatoday.net...

: antigua : Cruise Law News - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.cruiselawnews.com/tags/antigua/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

Yahoo! Mail: The best web-based email! | Daily Observer Online | file:///C:/AUA/Web...antigua/index.html | : antigua : Cruise Law News | aua-med.com Whois - aua-med - Who...

JIM WALKER

of

WALKER & O'NEILL
MARITIME LAWYERS

ABOUT JIM WALKER

Jim Walker is a nationally recognized attorney involved in admiralty and maritime personal injury law. He has been involved in MORE...

Ask Jim a Question about Cruise Law

Your Name

Email Address

Message/Question

# Cruise Passengers Attacked & Robbed in Antigua While Cruise and Tourism Officials Meet

Posted on February 3, 2010 by Jim Walker

The Antigua Sun reports that two cruise passengers were attacked and robbed while ashore in Antigua yesterday after getting off a cruise ship.

The passengers were not identified but were described as a "British couple" who arrived in St. Johns yesterday. They are sailing aboard the Fred Olsen cruise ship, *Boudicca*.

The newspaper reports that the "daring daylight incident" occurred around 10:45 a.m. while the tourists were walking along Bay Street in the "Villa area" which is to the north of the St. Johns Harbour where the passengers disembarked. Three young men attacked the couple with "a piece of stick" and robbed them of a digital camera before fleeing. The couple was treated at the Mount St. John Medical Centre and then returned to the *Boudicca*.

Antigua's tourism officials already have their hands full following the highly publicized murder of Nina Elizabeth Nilssen who was killed in Antigua after disembarking from Star Clippers' *Royal Clipper* cruise ship. This latest crime against a cruise tourist occurred while the executive members of the Florida Caribbean Cruise Association (FCCA) were meeting with the Cabinet of Antigua and Barbuda and the local Cruise Tourism Association regarding cruise ships porting in Antigua. In an article entitled "FCCA Team Gives Advise to

Find: | Next | Previous | Highlight all | Match case

Transferring data from www.cruiselawnews.com...

start | : antigua : Cruise La... | antigua | Paint Shop Pro - Image9 | 3:04 PM

EXHIBIT 61

EXHIBIT #62

CDNN - Welcome to Antigua, Welcome to Scuba Paradise--Welcome to Rape, Bribes, Money-Launderin - Windows Internet E

http://www.cdnn.info/news/article/a021104.html

File Edit View Favorites Tools Help

Favorites Page Safety Tools

SCUBA DIVING NEWS :: SCUBALINX :: SCUBA FORUM :: SCUBA POLL :: CYBER DIVER

CDNN WORLD NEWS WORTH KNOWING

TRAVEL SAFETY SCIEN

newsletter :: alert :: interview :: special report :: act now :: opinion

# Welcome to Antigua: Welcome to Rape, Bribes, Money-Laundering, Corruption

*Powered by CDNN - Cyber Diver News Network*

*by KIMERLY A. C. WILSON*

Welcome to rape, lies, money-laundering & corruption: WELCOME TO ANTIGUA!

http://www.divevip.com/

Sunday 17 January 2010 | Antigua and Barbuda feed

Log in | Register now

**Microfinance Empowers**

Join us in enabling the poorest of the poor to improve their own lives

www.GrameenFoundation.org

Public Service Ads by Google

Telegraph.co.uk

SEARCH ENHANCED BY Google

Home News Sport Finance Lifestyle Comment Travel Culture Technology Fashion Jobs Dating Games Offers

UK | World | UK Politics | Celebrities | Obituaries | Weird | Earth | Science | Health News | Education | Topics | News Blogs | News Video

USA Barack Obama Europe Asia China Middle East Africa and Indian Ocean Australia and the Pacific

HOME > NEWS > WORLD NEWS > CENTRAL AMERICA AND THE CARIBBEAN > ANTIGUA AND BARBUDA

# Caribbean shooting: Antigua has murder rate three times higher than New York

INTERNATIONAL JOBS

Antigua has long been regarded as a tropical haven of peace and tranquility but the shooting of a British couple on their honeymoon has highlighted the growing problem of violent crime on the paradise island.

EXHIBIT 63

1



Caribbean shooting: Antigua has murder rate three times higher than New York - Telegraph - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.telegraph.co.uk/news/worldnews/centralamericaandthecaribbean/antiguaandbarbuda/2465934/Caribbean-shooting-Ant

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

ICANN | Uniform Domain Name Dispute ... | The truth about American University of... | Caribbean shooting: Antigua has ...

Last year there were a record 19 murders in Antigua and Catherine Mullany was the ninth victim so far this year.

With just 80,000 people living there Antigua's murder rate per head of population is more than three times that of New York.

Related Articles

- British doctor shot dead on her honeymoon in Antigua
- Caribbean shooting: how safe is Antigua?
- British woman doctor shot dead on her honeymoon
- Amanyara, Turks & Caicos: overview
- Tobago attacks deal blow to Caribbean tourism
- British tourists sexually assaulted by armed robber in Caribbean

Last month there were three gun-related murders and on Sunday another two people were shot but not fatally injured.

Around 33,000 British holiday-makers visit the island each year and tourism comprises 75 per cent of the economy.

The last year has been a big push for luxury and eco-friendly tourism but growing awareness of the crime problem will be a significant blow to the island's main industry.

The Foreign Office recently updated its advice for travellers, saying: "There has been a recent increase in robberies of tourists in Antigua. Do not carry large amounts of cash or jewellery.

"Valuables and travel documents should be left, where possible, in safety deposit boxes and hotel safes."

The internet travel site tripsdvisor.com also warns that the greatest danger to tourists is pickpockets.

According to local newspaper the Antigua Sun crime is "hurtling recklessly out of control" and is a "terrible menace that has been terrorising our nation for much too long now".

Ads by Google

Map Caribean

USVI Map

Antigua Carnival

Island

Map Haiti

EDITOR'S CHOICE ▸

**Has anyone seen Gloria De Piero?**

Gloria De Piero, Labour's glamorous candidate for Ashfield, is nowhere to be seen in her constituency, finds Bryony Gordon.

**Wines with wow factor**

**Why we should all fear volcanoes**

**Could you live in this château?**

**Would Cameron hug a dog in a hoodie?**

NEWS MOST VIEWED

TODAY | PAST WEEK | PAST MONTH

1. **Election debate: Nick Clegg emerges victorious**
2. **General Election 2010: Liberal Democrats surge after Nick Clegg's TV debate performance**
3. **TV election debate: Nick Clegg's star rises in great showdown**
4. **Election TV debate: a television first, but ITV blew its big opportunity**
5. **Nick Clegg's TV debate performance 'changed election dynamic', says Ashdown**

Transferring data from l.player.ooyala.com...

start | Hearing 1 | Part30-Antigua-... | dr-shooting1.jpg... | Document1 - Mic... | Rebuttal.doc - M... | Caribbean shooti... | Paint Shop Pro | 12:13 PM

EXHIBIT 2

Antigua Sun Ltd. | Post-mortem reveals tourist died from stab wound - Post-mortem reveals tourist died from stab wound News Articles - Local Written by Tahna Weston Tuesda...

File Edit View History Bookmarks Tools Help

http://www.antiguasunonline.com/news/local/254239-post-mortem-reveals-tourist-died-from-stab-wound.html

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

ICANN | Uniform Domain Name Dispute ... | The truth about American University of... | Antigua Sun Ltd. | Post-mortem ... | Daily Observer Online

# Post-mortem reveals tourist died from stab wound

News Articles - Local

Written by Tahna Weston

TUESDAY, 26 JANUARY 2010 03:00

A post-mortem examination was carried out last Friday on the body of murdered US tourist Nina Elizabeth Nilssen whose body was discovered exactly one week ago at Winward Bay, close to Pigeon Point.

The autopsy was conducted by Dr. Petra Miller-Nanton who issued a death certificate stating the cause of death was due to Haemorrhaging as a result of a stab wound.

Meanwhile, family members are now finalising arrangements to return Nilssen's body to her home in the Bay Area of San Francisco.

There has been no progress in the search for the killer. The police, who issued a description of the man they are looking for, are pleading for information from members of the public that could lead to an arrest.

The San Francisco Chronicle reported that friends of the dead woman gathered Sunday in a state of shock to remember her.

The 29-year-old San Francisco State University graduate student had arrived in Antigua aboard the Royal Clipper. The family was celebrating the marriage of Nilssen's 32 year-old sister.

On route to St. Kitts, the vessel docked in Antigua, and the family disembarked for a barbecue at Winward Bay. That was the last time they saw Nina alive. Her body was discovered just before nightfall last Tuesday.

Nilssen was described as a fearless traveller, whose adventures included trekking in

Latest Comments

QUICK LINKS

Read edge.quantserve.com

start | part30-l-rape-m... | murder-sex | Hearing-1.doc - ... | Rebuttal.doc - M... | 2010-crimes.doc... | Antigua Sun Ltd.... | Paint Shop Pro - ... | 1:05 PM

EXHIBIT 64

BBC NEWS | UK | Wales | Doctor dies in honeymoon shooting - Windows Internet Explorer

http://news.bbc.co.uk/2/hi/uk_news/wales/7528710.stm

File Edit View Favorites Tools Help

Favorites Page Safety Tools

Also in the news

Video and Audio

Have Your Say

In Pictures

Country Profiles

Special Reports

Related BBC sites

Sport

Weather

On This Day

Editors' Blog

BBC World Service

The killing of a doctor on her honeymoon in Antigua leaves family, friends and colleagues devastated.

**A newly married British doctor has been killed and her husband critically injured after they were shot in their Caribbean honeymoon hotel cottage.**

Catherine Mullany, 31, died on Antigua and her husband, Ben, also 31, is fighting for his life after what police are treating as a robbery attempt.

Their families said they were "deeply shocked and devastated".

The couple, from Pontardawe, south Wales, were attacked on Sunday, the last day of their two-week honeymoon.

Visitors in a neighbouring cottage at Cocos Hotel heard shots at around 0500 Antigua time, and raised the alarm.

Officers are treating the incident as a robbery which went wrong. It is believed that someone entered their cottage while the couple were asleep.

Police officers are reported to have combed dense shrubbery around

- Honeymoon groom dies in hospital
- Police 'confident' in killer hunt
- Big reward after honeymoon murder
- Husband shot on honeymoon worsens
- 'Devastated' by doctor's killing

Reaction from the island

- Island reacts to shooting death
- Crime fear after honeymoon murder

Country profile

- Country profile: Antigua and Barbuda

LINKS

- The Mullany Fund
- Government of Antigua and Barbuda

RELATED INTERNET LINKS

- Antigua Sun

The BBC is not responsible for the content of external internet sites

TOP WALES STORIES

EXHIBIT [struck-out] 65



BBC NEWS | UK | Wales | Doctor dies in honeymoon shooting - Windows Internet Explorer

http://news.bbc.co.uk/2/hi/uk_news/wales/7526710.stm

File Edit View Favorites Tools Help

BBC Low graphics | Help Search Explore the BBC

NEWS Watch ONE-MINUTE WORLD NEWS

News Front Page

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
England
Northern Ireland
Scotland
Wales
UK Politics
Education

Page last updated at 00:19 GMT, Tuesday, 29 July 2008 01:19 UK

E-mail this to a friend Printable version

# Doctor dies in honeymoon shooting

**South West Wales**
Find out more about what is going on across the region

HONEYMOON SHOOTINGS

**Memorial fund**
A memorial fund to train future medics is set up

Murdered honeymoon pair's funeral





Daily Observer Online - Cuban doctor is third murder victim for the year - Mozilla Firefox

http://antiguaobserver.com/?p=24740

# Cuban doctor is third murder victim for the year

By Martina Johnson - Wednesday, February 17th, 2010

A small group of Cubans stood shell shocked on a sidewalk on All Saints Road Tuesday night as police officers conducted investigations into the homicide of their compatriot, a 39-year-old doctor whose name the police asked the media to withhold since the next of kin had not been notified.

A neighbour, who reported hearing sounds of a struggle and screams for help, rushed to the upstairs apartment just west of Townhouse Mega Store where she found the district doctor dead. This happened at around 9:30 pm, although Dr Cecil Philip, who would officially pronounce the man dead, arrived at around midnight.

Officers on the scene said the deceased was face up in his living room, which was splattered with blood, on the floor and on the sofa. Reports indicate that there were signs of struggle and there appeared to be a wound to the back of the man's head. At the time of posting it was unclear if there were any other injuries.

A Cuban nurse, a friend of the deceased, told the OBSERVER that she left the man's apartment at around 9:05 pm and got a call from another friend about an apparent incident. She said she returned at about 9:50 pm to find that her friend had been killed.

As the clock approached midnight, the Cubans remained rooted to their spot on the sidewalk as police officers probed the scene and media workers sought to overcome the language barrier to conduct interviews. Save for the three groups, there was no one else around, no shouts of anguish or tears, just obviously shocked friends communicating in their native tongue.

One woman, who lives in the building where the killing took place, fearing for her and her family's safety, packed a suitcase and sought refuge with friends in a nearby apartment building.

Senior Sergeant William Holder made an immediate request for the public's help in solving the third homicide for the year. He urged anyone with information to call the Criminal Investigations Department (CID) at 462-3913 or 462-3914 or the nearest police station. (*With reports from Martina Johnson who was on the scene*)

Article Hits: 1246

## More Headline News

- Body found in McKinnon's
- 'Shotgun not mine' Testifies Young Destroyer's Cousin
- Hotel workers worried as Hawksbill heirs reclaim the estate
- Police release murder suspect
- Hurst pickets as 'Labour Day' trial resumes
- Suspect Held In Cuban Doctor's Murder
- Suspect in custody for doctor's slaying
- Cavelle John turns state's witness

Enter for a chance to WIN!

EXHIBIT 67



Daily Observer Online – Teenage mother to serve two years for infanticide - Windows Internet Explorer provided by Yahoo!

File Edit View Favorites Tools Help

Favorites | Web Hosting by DreamHost ... SquirrelMail - Login Google.cl Sign In Get More Add-ons Yahoo! Mail

Daily Observer Online – Teenage mother to serve two...

Page Safety Tools

# Teenage mother to serve two years for infanticide

SHARE

By Martina Johnson - Saturday, June 12th, 2010

The young mother who waived a murder trial by pleading guilty to manslaughter in the stabbing death of her 22-month-old son would have been spending the next four years in prison had she not admitted guilt nor spent time on remand at Her Majesty's Prison.

The 19-year-old, who was 16 at the time of the October 7, 2007 incident, was sentenced to four years in jail, with a one-third reduction for her plea and a further reduction for time spent on remand.

Consequently, the teen, whose name cannot be released because she was a minor at the time the crime was committed, will spend just about 24 months behind bars.

Despite a psychiatric evaluation which showed that the mother was diagnosed as being unstable since she was 13, and in need of continued therapy, and a lengthy, passionate and emotive plea from the accused and her lawyer Steadroy "Cutie" Benjamin, High Court Judge Errol Thomas said he needed to "strike and balance and deter other persons from committing such a horrendous act."

In a 30-second address to the court, the teen cried and begged for mercy and apologised for killing the younger of her two sons, Daquan Harris.

With the prosecution relying solely on circumstantial evidence to support its case, the judge posited, "One has to wonder what happened that brought a mother's wrath upon her child" to an extent it would bring about the demise of "poor, young Daquan who had no resistance, no defence. He was like a lamb..."

The judge described the case as "a very special one" but added that the court must consider the aggravating factors.

Among the aggravating factors were that a knife was used, the child sustained two stab wounds, the age of the child and the fact that the mother gave two conflicting statements to police which further differed from the explanation she gave to investigators on the morning of the tragedy.

Harris died as a result of acute cardiac failure and massive haemorrhaging relative to the two stab wounds to the chest.

The psychiatrist, who recently began administering treatment to the convicted woman, told the court that the teen had been evaluated by another counsellor when she was 13 years old, during her first pregnancy.

The doctor said the findings of that evaluation were that the convict was not ready for motherhood as she was unstable. She was in a very controlling relationship; had been abused by relatives (relationship between convict and those relatives withheld); and she showed symptoms of Oppositional Defiant Disorder (ODD)

## More Top Stories

- More summer camps available this year
- Massiah: FSRC lacks required skills to function effectively
- Raising Awareness
- National Dance Theatre seeks $68K for airfare to Europe
- Skerrit says US $45M far less than required for regional security
- Two receive Queen's Birthday honours
- Reward offered for missing billboard
- CDC makes progress in preparing Carnival City for 2010 festival

AN ONLINE DEGREE
FROM A TOP UK UNIVERSITY
IS ONLY
A CLICK AWAY
rdi

Internet 100%

start | Ping Test Easy 4.26 | Essentially there are ... | Inbox - Microsoft Outl... | Daily Observer Online... 1:07 PM

EXHIBIT 68



Police investigate possible death of another baby | Antigua Observer Newspaper - Mozilla Firefox

http://www.antiguaobserver.com/?p=42504

# Police investigate possible death of another baby

By Observer News - Tuesday, September 14th 2010 Tags: anonymous caller, autopsy, coroner, dead baby, decomposed body, discoveries, eight months, foetus, grim discovery, inquest, lawmen, monday morning, old women, pit latrine, police custody, police investigators, police sources, press time, time of birth

Article Hits: 105
No Comments

Recommend · Be the first of your friends to recommend this.

Reports that there might be another dead baby on Monday sent Police investigators back to the property where a grim discovery of the body of an infant in an outside pit latrine was made on Sunday.

Reports indicate an anonymous caller tipped off lawmen Monday morning that another baby might be concealed in the area.

Further details on that report were unavailable at press time. However, police sources say they had not made any further discoveries with regard to the latest tip.

Up to press time, the 23-year-old woman who allegedly delivered the foetus, believed to have been eight months along in term at the time of birth, was still in police custody assisting with the investigation.

According to residents in the area, the young woman was noticeably pregnant in recent time.

However, on Sunday, police received a call that the body of a baby had been placed in a black plastic bag and dumped in a latrine at the back of the yard.

When investigators retrieved the bag at around 2 pm, in it, was the partially decomposed body of the infant.

Reports indicate that the police have also turned to the woman's partner for answers as they continue their investigations.

Meantime, a coroner's inquest was done yesterday morning and the date for an autopsy is to be scheduled.

Latest Photo Galleries »

91.1 Observer RADIO THE VOICE OF THE PEOPLE

Popular | Latest | Comments | Issues

- Police find dead baby in Latrine
- Opposition leader falls ill at Mess Dinner
- Hotelier wants government to stop neglecting Tourism
- Minister denies sidelining cruise association

Follow Us

Transferring data from www.google.com...

EXHIBIT 69 

Google Earth

File Edit View Tools Add Help

Search

Fly To | Find Businesses | Directions

Fly to e.g., 37 25.818' N, 122 05.36' W

Clare Hall, Antigua

Clare Hall, Antigua (1 - 2)

Ads

Antigua Luxury Apartment
www.nonsuchbay-luxury.com
Stunning Sea Views, Just off the Beach at Nonsuch Bay Resort

Clare Hall Christian Union Church
Wireless Road, Piggotts, Antigua and Barbuda

Cable & Wireless Head Office
Wireless Road, Clare Hall
Wireless Road, Piggotts, Antigua

Ads

New Luxury Family Resorts
www.mamayoyo.com
Mamayoyo Family Resorts
All Inclusive Caribbean opens 2013

Places

Layers | Earth Gallery >>

AUA Campus

Image © 2011 DigitalGlobe
© 2011 Europa Technologies
© 2011 Google

©2010 Google

Imagery Date: 9/26/2005 | 2003 | 17°09'25.16" N, 61°47'48.06" W elev 19 ft | Eye alt 6130 ft

start | Google Earth | Paint Shop Pro - Image5 | Links | 8:43 AM

EXHIBIT 20

Google Earth

File Edit View Tools Add Help

Search

Fly To | Find Businesses | Directions

Fly to e.g., 37 25.818' N, 122 05.36' W

Clare Hall, Antigua

Ruler

Line | Path

Measure the distance between two points on the ground

Length: 2.92 Miles

Heading: 45.87 degrees

Mouse Navigation | Save | Clear

Clare Hall,

Ads

Antigua Lux
www.nonsuc
Stunning Sea
Beach at Nor

Clare Ha
Wireless Road, Piggotts, Antigua and Barbuda

Cable & Wireless Head Office
Wireless Road, Clare Hall
Wireless Road, Piggotts, Antigua

Ads

New Luxury Family Resorts
www.mamayoyo.com
Mamayoyo Family Resorts
All Inclusive Caribbean opens 2013

Places

Layers | Earth Gallery »

Cedar Grove

Cable & Wireless Head Office

Clare Hall Christian Union Church

Osbourn

St Johnis

Potters Village

Image © 2011 DigitalGlobe
© 2011 Europa Technologies
© 2011 Google
Image U.S. Geological Survey

©2010 Google

Imagery Date: 9/26/2005 | 2003 | 17°07'47.81" N 61°50'18.89" W elev 60 ft | Antigua, | Eye alt 46481 ft

start | Google Earth | Paint Shop Pro | Links » | 8:41 AM

EXHIBIT 71