UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                                                  Case No. 2:10–cv–10978–PJD–MJH
                                                      Hon. Patrick J. Duggan

Steven Woodward,

                Defendant(s).
_____

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #143

- MOTION HEARING:  7/7/11 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                By: s/ M. Orem
                                        Case Manager

Dated:  June 2, 2011