UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY,

        Plaintiff(s),

CIVIL ACTION NO. 10-10978

v.

HONORABLE PATRICK J. DUGGAN

STEVEN WOODWARD,

        Defendant(s).
_____/

**AMENDED**
**ORDER OF ASSIGNMENT OF COUNSEL**

The Court has identified that the above-named Defendant, presently proceeding *pro se* in this matter, would benefit from the assistance of counsel,

IT IS HEREBY ORDERED that,

Leigh Taggart, Radar, Fishman, 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304-5098, is hereby assigned to represent the above-named Defendant in this matter, unless said assignment is terminated (1) by order of the Court, (2) assignment of substitute counsel, or (3) by termination of the matter before the Court.

IT IS FURTHER ORDERED that,

1. Assigned counsel be provided without cost and upon his request copies of all pleadings filed to date in this matter and that he proceeds as counsel of record for Defendant from this date forward.

2. Assigned counsel is subject to 42 U.S.C. § 1988 with regard to the awarding of attorney fees; and

3. Assigned counsel may only request to withdraw from this matter through the filing of a motion, with notice to Defendant, setting forth full particulars as to why such motion should be granted.

Dated: July 15, 2011

s/Patrick J. Duggan
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507 and counsel of record on this date, July 15, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager
(313) 234-5147