

Case 2:10-cv-10978-PJD-MJH

**FILED**

UNITED STATES DISTRICT COURT   2011 JUL 21  P 3: 44
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                         CASE No.: 2:10-cv-10978-PJD-MJH
                                          Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

### Defense Response to Order 161 Order of Assignment of Counsel

1

**Defense Response to Order 161 Order of Assignment of Counsel**

The Defendant would like to thank the Court as well as Leigh Taggart, Rader, Fishman, and Graurer for their assistance in the Pro Bono program with the Eastern District Court.

Do to the apparent conflict of interests between the Defendant, Steven Woodward and the Counsel's acknowledged business partner relationships with the plaintiff; the Defendant requests that Counsel be released from case 2:10-cv-10978-PJD-MJH; Order 160 and Order 161.

Reassignment of Counsel that does not have business interests with Trinity Health, St Joseph Mercy Oakland Hospital and American University of Antigua or partners/employees of such organizations would be more fair and unbiased.

The Defendant still acknowledges their lack of Counsel as an unfair advantage in case preparation of legal documentation and legal practice which is based alone on the poverty, income level of the Defendant.

Steven Woodward<br>
7211 Brittwood Ln<br>
Flint, MI 48507<br>
(810)235-7267