UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,

V.

STEVEN WOODWARD,

                              CASE NO.10-10978
                              HON. PATRICK J. DUGGAN

_____

## NOTICE SETTING HEARING

You are hereby notified to appear before the Honorable Patrick J. Duggan on **THURSDAY, AUGUST 11, 2011 at 3:00 p.m.*** in Courtroom 861 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, for hearing on the following motion(s):

**(1) DEFENDANT'S REQUEST TO WITHDRAW COUNSEL FOR DEFENDANT & FOR REASSIGNMENT OF COUNSEL**

_____
**Certificate of Mailing**
I certify that this Notice was electronically filed and served on Erica Buikema, Steven Woodward and Leigh Taggart.


Date: July 26, 2011                                      s/ Marilyn Orem
                                                                   Deputy Clerk,   (313) 234-5145