UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 10-10978
HON. PATRICK J. DUGGAN

AMERICAN UNIVERSITY OF ANTIGUA, COLLEGE OF MEDICINE,

      Plaintiff(s),

vs.

STEVEN WOODWARD,

      Defendant(s).
_____/

**AMENDED**
ORDER TERMINATING ASSIGNMENT OF COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on August 12, 2011.

This matter is before the Court on request of the defendant to reassign counsel for defendant; therefore for the reasons stated on the record on August 11, 2011;

IT IS ORDERED that the Order of Assignment of Leigh Taggart as counsel for Defendant and the same is hereby TERMINATED.

.

          s/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated: August 16, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 16, 2011, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager