UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

          Plaintiff(s),

v.                                    Case No. 2:10–cv–10978–PJD–MJH
                                        Hon. Patrick J. Duggan

Steven Woodward,

          Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 861. The following motion(s) are ***rescheduled*** for hearing:

Motion for Summary Judgment – #143

- MOTION HEARING: September 20, 2011 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/M. Orem
                                            Case Manager

Dated: August 17, 2011