Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Emergency Motion for Adjournment for Objections to Order Docket 174**

1

**Emergency Motion for Adjournment for Objections to Order Docket 174**

The Defendant requests a one week extension for the response date for Objections to Order Docket 174. This Order covers four separate actions, multiple Orders, and approximately 13 Motions, including some requiring lengthy requirements.

The Defendant's family is suffering hardship at this time, requiring a substantial amount of my time. My Great Uncle, of 92 years old, and patriarch, was hospitalized this week for anemia and heart attack, while in the hospital.

The Defendant requests the responses date be extended one week, from October 28, 2011 to November 4, 2011.

Steven Woodward<br>
7211 Brittwood Ln<br>
Flint, MI 48507<br>
(810)235-7267

*/s/ Steven Woodward*

2