UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-10978

AMERICAN UNIVERSITY OF ANTIGUA, COLLEGE OF MEDICINE,

    Plaintiff,

-v-

STEVEN WOODWARD,

    Defendant(s).
_____/

### ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS

Defendant having filed a Motion for Extension of Time to File Objections to Magistrate Judge's Order of October 14, 2011 now therefore,

IT IS HEREBY ORDERED that the Defendan's Motion for Extention of Time to File Objections to Magistrate Judge's Order is granted. Defendant shall file any objections on or before November 4, 2011.

    s/Patrick J. Duggan
    United States District Judge

Dated: October 21, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 21, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager