Case 2:10-cv-10978-PJD-MJH

**FILED**

2011 NOV 14  A 9 38

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

STEVEN WOODWARD,

Defendant,


**Defendant's Reply to AUA's Supplemental Response to Woodward's Motion for Sanctions, (Dkt 177)**

1

**Defendant's Reply to AUA's Supplemental Response to Woodward's Motion for Sanctions, (Dkt 177)**

This is the Defendant's response to the Plaintiff's Supplement, Docket 177.   The Defendant files the following information in rebuttal concerning Michigan Court of Appeals (No. 292172) and Oakland County Court, (07-088103-CZ) Steven Woodward, Defendant, vs Trinity Health-Michigan, Susan Catherine Zonia and American University of Antigua College of Medicine.   According to the Plaintiff's own literature, **Exhibit 1**, and deposition testimony by Susan Zonia, **Exhibit 2, page 75, Line 6**, the American University of Antigua's 5th Semester program is no longer offered at St Joseph Mercy Oakland Hospital.

(It should be noted that the 5th Semester is no longer offered in Miami or Baltimore according to AUA's own documentation, **Exhibit 1**)


**1)** Susan Zonia was hired as Director of Medical Education and Dean for AUA's 5th Semester Program.  Susan Zonia was hired in 2006 and **FIRED** in 2010 form St Joseph Mercy Oakland Hospital.  St Joseph Mercy Oakland Hospital, SJMO, Disciplinary Action against Susan Zonia, **Exhibit 3**, states:

**"The Hospital investigated the allegations of inappropriate conduct, behavior and harassment based on it's internal standards for leadership/ associate standards of conduct and determined your actions are in violation of Hospital policies and standards pf conduct.  Based on the substantiated allegations you failed to display professional leadership and judgment."**

**A)** Susan Zonia admits in her deposition (7/15/2011) to speaking the following at work:

2

"**FUCK**", **Exhibit 4**, page 124, Line 19

"makes me want to go **yank his dick** to help him get the words out" (pertaining to a man that stutters). **Exhibit 5**, page 127, Line 20

"I switched to saying **WTF**" **Exhibit 5**, page 127, Line 7

"to give your boyfriend a **blow job** for helping you move", **Exhibit 6**, page 136, Line 20

**B) Exhibit7** are six(6) sworn affidavits statements concerning Susan Zonia the summaries include:

**i)** "Dr. Zonia says F word a lot" and "uses profanity in office"

**ii)** Susan Zonia uses the following words to describe doctors and hospital employees:

"**Bastards**", "**Bitch**", "**Ass**", "**Lazy Bastard**", "**Idiot**".

**iii) Referred to Reverend Moore as a "F___ing idiot"**

**iv)** "Throw away all the crucifixes", "People who believe in God are stupid", and "Puts down religion"

**v)** "Belittles staff", "Rude to staff", "Intimidated, bullied and harassed for past 6 months, write ups given as harassment"

**vi)** "Not caring about students so long as she gets the money in"

**C)** Susan Zonia's unprofessional behavior was well documented in an email, **Exhibit 8**, where she insulted a hospital Director.

"From: Valerie Payne-Jackson, D.O.

To: Zonia, Susan

Subject: Re: OB/GYN residents

"As for your statement to Susie Swanson,

"Susan Zonia" <zonia@trinity-health.org> 09/26/10 9:19 PM>>>

3

Can she be MORE Insulting?  Ignore her (cold shoulder will bother her)

This is unprofessional, does not reflect the Mission Statement, and most of all, tells me that I am not supported.  In fact, it insults me that you have such a poor opinion of me and disregard for me as a fellow professional.  Is this a Med Ed Department, or a click.

Valerie

Valerie Payne-Jackson, D.O., F.A.C.O.O.G., F.A.C.O.G.

Director, Obstetrics and Gynecology Residency Program

Michigan State University/St. Joseph Mercy Oakland"

**D)** Examples of Susan Zonia lying under oath in depositions, include but are not limited to:

**i)** Susan Zonia's deposition **Exhibit 9**,  page 42 Line 5

"Q.  Did you recommend that Steven Woodward be dismissed from – he wasn't a resident.  He was a fifth year medical student.

A. No, I did not"

Susan Zonia's email to Victor Hrehorovich, Dated October 23, 2007, **Exhibit 10,**

**"I would terminate him at this point"**

Concerning emails Steven Woodward sent Dr. Hrehorovich which were well within the AUA Student Handbooks policy for communicating with faculty, **Exhibit 11** and Susan Zonia's own policies.

**ii)** AUA initiated a Committee Meeting against Steven Woodward December 2007 based on fraud, violations of 20 U.S.C. 1011a, and blatant violations of the Universities own Student Handbook.  **Exhibit 12** is the "Notice of the Grievance Committee hearing"

**a)** The University directly violated Due Process and their own Student Handbook by denying Steven Woodward legal counsel during a Committee Meeting, **Exhibit 12**, paragraph 3, Line 3 **"no legal council"**

**Exhibit 11** is the Universities Student Handbook, page 12 "Grievances and Disciplinary Action" section clearly states

**"The student has the right to counsel and to present witnesses and documentary evidence."**

**b)** Susan Zonia's memo was written as an artifice of fraud and violates the University's policy as defined in the "Grievances and Disciplinary Action" page 12, **"AUA/KMC students are encourgaged to address and academic or non-academic concerns with their Professors, Faculty Advisors or Deans"**

**Exhibit 13** clearly states:

December 15, 2007 From: J. Ernesto Calderon To: Susan Zonia

**"Please read this note from Dr. Cain.  You need to write a request to start a Grievance procedure.  If you would like, you could say that "according to instructions from VH and myself…."  That way you would not have this person in your Office complaining."**

December 15, 2007 From: William Cain  To: Susan Zonia

**"To me, the documents I have received are evidence of absurd behavior. To proceed, we need is a grievance statement (or request for grievance committee hearing)."**

December 17, 2007 From: Susan Zonia To: William Cain

**"Here is the memo you requested. Please let me know if you need anything else."**

December 17, 2007 From: William Cain To: Susan Zonia

**"Your memo, Dr. Zonia's, to Dr. Calderon dated Dec. 17, 2007 is what we needed to continue the committee's work."**

The Committee Meeting notice, **Exhibit 12**, is based on Susan Zonia's memo, a memo AUA's Grievance Committee Chair, Dr. William Cain et al requested. The Grievance Committee hearing notice states **"According to Dr. Zonia's memo"**. The memo was requested by Dr. William Cain, AUA Faculty Grievance Committee Chair, not Susan Zonia.

**c) Exhibit 14** is Susan Zonia's memo which initiated a Committee Meeting against Steven Woodward. Susan Zonia's memo demonstrates the lies told by Susan Zonia and AUA in a Conspiracy to violate Steven Woodward.

Susan Zonia's memo is written proof, including but not limited to, fraud, discrimination, and violations Federal Law 20 U.S.C. 1011a by AUA, St Joseph Mercy Oakland hospital and Susan Zonia.

**I)** Susan Zonia's memo states **"not argue with faculty at St Joseph Mercy Oakland"** Susan Zonia's deposition, **Exhibit 15**, page 58, Line 12 she was asked,.

"Q. And what faculty at St. Joe did he argue with?

A. Dr. Yanez.

6

Q. Anybody else?

A. Not that I'm aware of."

Dr. Yanez states in his deposition, **Exhibit 16**, page 37, Line 2

"Q.  So it sounds to me like you would disagree with the word "argue" that he was just

expressing his concerns in what you deemed to be an inappropriate manner?

A.  Yes"

II) Susan Zonia's memo, **Exhibit 14**, states "he vented his anger in a professional

unacceptable manner.  For example:....**he requested a transfer to Miami program**

**saying that the V Semester was a waste of time and his time would be better spent in**

**a Kaplan course;"**

**Exhibit 17** is a letter from the Financial Aid office dated September 25, 2007

**"We here in the New Financial Aid Office know that you have recently started your**

**fifth semester in Miami, Baltimore, or Michigan.  Your USMLE and Kaplan review**

**time is fast approaching.  We want you to have a peace of mind while you prepare**

**for your exam.  In order for this to be accomplished, we need all 5th semester**

**students to create a budget.  In this budget please include the following:**

**1. The cost of USMLE and/or Kaplan review"**

**Exhibit 18** is the AUA approved budget for $15,000.00 for Steven Woodward to review

Kaplan.

**Exhibit 19** is the email Steven Woodward sent to Susan Zonia notifying her of the intent

to transfer to Miami to study Kaplan.   **"Dear Dr. Zonia**

**I am trying to transfer to the Miami 5th semester program.  There is room in the October 15th Kaplan program and I believe attending this review will be good for my career.  Thank you for all your time and help.  Steve"**

The Miami program was the same 5th Semester program for AUA.  The Students in Miami were being allowed to attend the Kaplan USMLE Step I review program.

**Steven Woodward was being disciplined and brought before a Committee Meeting for requesting the same opportunities other AUA students were getting.**

The Miami students saved as much as $15,000.00 for the review and months off the review time to prepare for the USMLE STEP I medical board exam and first in line placement for Clinical Rotations.

This is an example of the blatant lies, fraud, discrimination, and violations of 20 U.S.C. 1011a AUA, Susan Zonia, and Trinity Health Michigan did to Steven Woodward.

**III)** The Email, **Exhibit 20**, From Vasanth Jayaraman To Steven Woodward describe the atrocities and major problems concerning the 5th Semester caused by AUA against their students.  This letter contains the following statements: **"School has been a waste of time"**, **"pointless"**, **"Kaplan is comin along"**, **"We get sent home after like an hour everyday cuz there is nothing to do"**, **"we signed a petition"**, **"we don't have those quizzes anymore"**, **"unfair"**, **"the Hospital and Metellus both agreed and had no problem telling the NY office to fuck off"**, **"that's total bullshit"**, **" Most of us are just pickin one answer and stickin with it and doin them in under 5 mins each."**

Steven Woodward forwarded this email to Dr. Victor Hrehorovich, **Exhibit 21**.

AUA's attorney, David Gunsberg and Judge Kumar use this email to write the lies about Steven Woodward in the Oakland Circuit Court Orders, **Exhibit 22**, **"Plaintiff also used the "F word" in letters and emails to school officials"**.  Judge Kumar's Orders are lies and examples of violations of Civil Rights as defined Federal Law 20 U.S.C. 1011a.

**IV)** Susan Zonia writes in her memo, **Exhibit 14**, **"We found the attitude and demeanor of Steven Woodward to be completely inappropriate and detrimental to the program"** and **"Mr. Woodward's lack of professionalism and poor communication skills are a source of great concern."**

Steven Woodward's behavior in the 5th Semester is well documented in signed evaluations by the doctors in charge of the Clinical Rotations, **Exhibit 23** and **Exhibit 24**.

Dr. Breitenbach, **Exhibit 23**, gave Steven Woodward an evaluation score of **"95"** for **"Professionalism"**, **"Communication Skills"**, **"Learning Skills"**, and **"Attitude"** (**"95"** equates to **"Outstanding"**)

Dr. Brietenbach wrote "Very Computer Literate" and **"Excellent Student"** to the "General observations on the student's performance and suggestions for improvement:"


Dr. Malloy, **Exhibit 24**, gave Steven Woodward a **"90"** for **"Professionalism"**, **"Communication Skills"**, **"Learning Skills"**, and **"Attitude"** confirming Steven Woodward's **OUTSTANDING** performance as a student.


**V)** Susan Zonia wrote in her memo, **Exhibit 14**, **"Sabotaging exams"** describing Steven Woodward as a **"Saboteur"**.  In Susan Zonia's deposition, **Exhibit 25**, page 55, Line 21 "Q.  And you specifically use the word "sabotaging" How was that sabotaging?

A. Because the exams were weighted and so he would change—by not doing well it would change the distribution and so the scores he could lower the grades for everybody.

Q. So you're saying by his giving the same response he would receive a lower score than he should, therefore, --

A. Well, it would change the curve and so you could just play probabilities and hope that you came out with a high enough score."

Dr. Yanez confirms Susan Zonia is a liar in **Exhibti 26**, page 34, Line 25

"Q. Dr. Zonia testified that the sabotaging exams manifested itself in throwing off the class curve. So it doesn't sound like that was the case with what you just indicated?

A. The Exam Master had a requirement for the number of questions answered. It was a learning tool the university put in place. It didn't affect heir final score at all other han they had to do the questions.

Q. So how was that sabotaging?

A. It did not sabotage the class curve. I'm not sure what she is referring to, but it did not sabotage the class curve."

**Steven Woodward is now considered a "Saboteur" and "unprofessional" in Public Court Records, Exhibit 27 page 2, because of this act of pure perjury by Susan Zonia, AUA, and St Joseph Mercy Oakland Hospital, including false declarations by Erik Buikema and David Gunsberg.**

**VI)** Susan Zonia claimed in her deposition **Exhibit 28** page 42, Line 10

"Q. And did you have anything nice that you thought about Steven Woodward? I mean did he do anything right?

A. He didn't hurt children or small animals, to the best of my knowledge, so I have no complaints with regards to that. My personal opinion is that his attitude in the medical education office and in the classroom was not something that I felt particularly comfortable with.

Q. Well, but my question was, do you have anything nice to say about your observation of his time in the fifth semester? I mean did he do anything right? IS there anything positive that you have to say?

A. No, I don't"

Page 43, Line 2,

**Q. Well, did you perform any investigation to determine if there were any positive things that you should have included in your memo?**

Mr Gunsberg: Objection to the form of the question

Q. You can go ahead and answer.

**A. No, I didn't**

Line 20,

A. I was looking for something good abtou Mr. Woodward which is why we waited over a month before I talked—or a month before I talked to him. I was hoping he would settle down and find a way that he could cope with this 12-week course so that he could move on with his life. That was my sincerest wish. I don't like it when they had problems. I don't like it. If makes my life more difficult. And I wanted him to find a way to cope with it. He never showed me or my direct reports that he had found a way to just get

through this so the only feedback, my only interactions, were negative. I did not go the extra 300 yards to find a positive, that is correct."

Steven Woodward's Student Evaluations which verify that he was an "**Outstanding**" and "**Excellent Student**" performance **Exhibit 23** and **Exhibit 24** were kept in Susan Zonia's Department files for the fifth semester students. Dr. Malloy's office was just several doors down from Susan Zonia's office.

This isn't even the complete list of the heinous acts committed by Susan Zonia in conjunction with AUA, and St Joseph Mercy Oakland, Trinity Health against Steven Woodward. Susan Zonia is a perjurer, a fraud, a conspirator, and violated Student Rights Steven Woodward.

**E)** Susan Zonia and her attorney, Deborah L. Gordon(P41711) make false declarations in Oakland County Circuit Court, Case No. 2011-116369CD, document titled "Brief in opposition to Defendant's Motion for Summary Disposition", page 11, section E, **Exhibit 29**

"**there is no evidence that anyone at the hospital has been disciplined, let alone fired, for an occasional curse or isolated raunchy remark. Nor is anyone fired for expressing their opinions about others**."

Susan Zonia is directly responsible for these very claims (lies and discrimination) against Steven Woodward, demonstrating the lies and discrimination by Susan Zonia and her

attorneys in Court Orders by both Oakland County Circuit Court Order, **Exhibit 22** and State of Michigan Court of Appeals Order, **Exhibit 27**.

**F)** The American University of Antigua has made false declarations in Federal and Circuit Court documents concerning, including but not limited to, "**poor student, with only a 1.5 grade point average**", breach of contract, professionalism of Steven Woodward, and the blatant lies of Susan Zonia's memo (Page 3 of Dkt 177)

The American University of Antigua falsified Steven Woodward's Grades.

**-Exhibit 30** are the Final Grades for the 5th Semester at SJMO,

Steven Woodward earns an 80% or "B" but AUA assigns him an "F".

AUA adds Note(3) "Failed Final Exam.  Did take remedial and failed"

**-Exhibit 31** is an email from Dr. Yanez; Steven Woodward was allowed to take the "**Vocabulary**" section because of "**Testing Irregularities**" i.e. the online test did not work and was faulty not Steven Woodward.

Dr. Yanez quotes the passing Final Exam score "You will need a total score of **560**" and "**10% curve = 560**"

**-Exhibit 32** are the Final Exam Grades.

Steven Woodward's score for the "**Vocabulary**" section was **88** out of 100 points.

**Steven Woodward PASSED the Vocabulary section with an 88%.**

Note(3) is a blatant lies by AUA and falsified documentation.

Steven Woodward earned a total score of **568**; Steven Woodward **PASSED** the Final Exam.

**2)** David Gunsberg the attorney for AUA, St Joseph Mercy Oakland Hospital, Trinity Health and Susan Zonia is a confessed criminal.

He was found guilty, **Exhibit 33**, by Grand Jury of Felony charges including:

**Kidnapping** (of an elderly patient no less), **Conspiracy to Commit Kidnapping, Abduction,** and **Aggravated Riot.** He was found guilty by Grand Jury of **Riot** and **Negligent Assault** (by means of a deadly weapon or dangerous ordnance, to wit: motor vehicle, cause physical harm to Teta Stewart). David Gunsberg pled guilty, **Exhibit 34,** to Unlawful Restraint, Riot, and Negligent Assault for which he was imprisoned as Ordered in 2009.

These are examples of the qualities and character of the attorneys of AUA, Susan Zonia, and St Joseph Mercy Oakland Hospital.


**3)** The Truth of Steven Woodward is:

**A)** Steven Woodward is an Honor Graduate and Honorably Discharged veteran of the United States Army, **Exhibit 35**

**B)** Steven Woodward is an Honor Graduate, Cum Laude, in his first degree in Robotics GPA 3.50, while working full time, **Exhibit 36.**

**C)** Steven Woodward is earned a Bachelors of Science Degree in Engineering while working full time as a Robotics Technician., **Exhibit 37**

**D)** Steven Woodward is an Honor Graduate, earning a Master of Science Degree in Computer Information Technology GPA 3.879, while working full time, **Exhibit 38**

**E)** Steven Woodward has received numerous letters of recognition from Education Institutions and Employers Including, **Exhibit 39**

Letters of Appreciation, Outstanding Contribution, and Team Excellence

**F)** Steven Woodward is described as "**Exemplary**" by his last employer, **Exhibit 40**

**G)** Steven Woodward was given Letter of Commendation by the Oakland County,

**Exhibit 41**.

**H)** Steven Woodward has been a Volunteer Firefighter, Ski Patrol, and volunteer for

Disabled programs, **Exhibit 42**.

**I)** Steven Woodward volunteers his vacation to working at maintaining an Orphanage,

**Exhibit 43**.

**J)** Steven Woodward's SCUBA diving on St Martin included restoring the Fresh Water

supply for the Island Nation of Anguilla after Hurricane Omar, **Exhibit 44**.


**4)** Ane McNeil

**Exhibit 45**, page 42, Line 18

"Q. And what were the inappropriate remarks?

A. Remarks such as—you know, basically threatening their jobs.  So, "if you don't" kind

of, "do it my way, Woodward is right there."

Q. Was the person that was fired a physician?

A. No.

Q. And how long was that investigation; if you know?

A. Well, the investigation—I wouldn't – the investigation that led to the termination was

a very short period of – **there wasn't an investigation that actually led to the**

**termination**."

Susan Zonia, AUA, and St Joseph Mercy Oakland Hospital has, including but not limited to, lied to the Courts, commits fraud, has violated their own policies, conspires to, and has, violated Steven Woodward's Rights . Oakland County Circuit Court and Michigan Appeals Court Orders are based on the lies of David Gunsberg and Erik Buikema.

(2011 Depositions, Affidavits, St Joseph Mercy Oakland Hospital Policies, and etc can be found in public records of the Oakland County Court Case No. 11-116369-CD Susan Zonia (Plaintiff) vs Trinity Health-Michigan d/b/a St Joseph Mercy Oakland Hospital before Judge James M. Alexander.)

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

16

**List of Exhibits:**

1. AUA 5th Semester Training Sites
2. Deposition Susan Zonia, pg 74-77(case 11-116369-CD)
3. SJMO Disciplinary Action against Susan Zonia (case 11-116369-CD)
4. Deposition Susan Zonia, pg 122-125(case 11-116369-CD)
5. Deposition Susan Zonia, pg 126-129(case 11-116369-CD)
6. Deposition Susan Zonia, pg 134-137(case 11-116369-CD)
7. Summary of GME Staff Complaints about Susan Zonia (case 11-116369-CD)
8. Email Dr. Payne-Jackson (case 11-116369-CD)
9. Deposition of Susan Zonia, pg 42-45(case 11-116369-CD)
10. Email Susan Zonia, Exhibit from Deposition of Susan Zonia, February 3, 2009
11. AUA Student Handbook, pg 12 Grievance and Disciplinary Action
12. Notice of Grievance Committee Meeting hearing, 12/19/2007
13. Email William Cain, Exhibit from Deposition of Susan Zonia, February 3, 2009
14. Memo from Susan Zonia, Exhibit from Deposition of Susan Zonia, February 3, 2009
15. Deposition of Susan Zonia, pg 58-61, February 3, 2009
16. Deposition of Jeffrey Yanez, pg 34-37, February 3, 2009
17. AUA Financial Aid Office, KAPLAN Budget
18. Financial Aid Award Letter, KAPLAN Budget
19. Email to Susan Zonia, Miami Transfer
20. Email Vasanth Jayaraman, 5th Semester
21. Email Victor Hrehorovich, 5th Semester
22. Judge Kumar Court Order
23. Student Evaluation, Outpatient Rotation
24. Student Evaluation, In-Patient
25. Deposition Susan Zonia, pg 54-57 February 3, 2009
26. Deposition Jeffrey Yanez, pg 34-37, February 3, 2009
27. State of Michigan Court of Appeals No. 292172
28. Deposition Susan Zonia, pg 42-45, February 3, 2009
29. Brief in Opposition to, Oakland County Circuit Court case no. 2011-116369CD
30. 5th Semester Final Grades
31. Email Jeffrey Yanez, Final Exam
32. Final Exam Grades, Steven Woodward
33. Court of Common Pleas County of Summit, Ohio
34. Court of Common Pleas County of Summit, Ohio Sentencing Hearing
35. US Army Diploma
36. AAS Degree Diploma
37. BS Degree Diploma
38. MS Degree Diploma
39. Letters of Appreciation
40. M/Y Passion Testimonial of Service
41. Letter of Commendation, Oakland County
42. Firefighter Ski Patrol
43. First Presbyterian Church, Mx Orphanage
44. Anguilla Fresh Water, Hurricane Omar
45. Deposition Ane J. McNeil, pg 41-44 (case 11-116369-CD)

Case 2:10-cv-10978-PJD-MJH   ECF No. 180, PageID.2837   Filed 11/14/11   Page 18 of 50

- ○ Contact Us
- ○ KMCIC
  - ■ Info Seminars
  - ■ Apply
  - ■ Requirements
  - ■ Fees and Finances
- ○ AICASA
  - ■ Info Seminars
  - ■ Admissions
  - ■ Apply
  - ■ Fees and Finances
- • |
- • Student Life
  - ○ Living in Antigua
  - ○ Campus and Environment
  - ○ Housing
- • |

Home Preliminary Clinical Training / 5th Semester

# Preliminary Clinical Training / 5th Semester

Family Practice I / Internal Medicine I

Students begin their clinical education by attending the Family Practice I / Internal Medicine I program (formerly known as The Fifth semester) which is taught at U.S. clinical sites. This program serves as a bridge between the basic science curriculum and the clinical science curriculum. The course concentrates on improving the student's physical examination and diagnostic skills. The course incorporates a review of the basic sciences and their relationship to the practice of medicine, in a clinical setting. The course provides instruction in clinical procedures and various clinical skills that the student will be required to master as the student's medical education continues. The Foundations of Clinical Medicine course provides the student with the necessary skills to appropriately communicate with patients, elicit information from patients, and to incorporate that information with the information obtained in the physical examination of the patient. By the end of the course the student is expected to be able to provide an integrated analysis of the patient's symptoms and to be familiar with various treatment options.

Presently, students attend one of AUA's four locations in the U.S. – The Physician Education Group in Atlanta, GA, Kingsbrook Jewish Medical Center in Brooklyn, NY, Wyckoff Heights Medical Center in Brooklyn, NY, or Richmond University Medical Center in Staten Island, NY.  Additional new sites are proposed for Puerto Rico beginning in the second quarter of 2010.

- • Email
- • Share
- • Print

- • About AUA
- • Schools



EXHIBIT

Susan Zonia
7/15/2011

20 (Pages 74 to 77)

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

### Page 74

1  A. I was literally not aware of any openings. I did send
2    my CV to a hospital in Jackson that is getting ready to
3    start some programs, but I have not heard back from
4    them. I sent that off in March, April.
5  Q. What hospital is that?
6  A. I'm sorry?
7  Q. Jackson, Michigan?
8  A. Yes, Jackson, Michigan. I was aware that there was a
9    DME position somewhere in rural West Virginia, had
10   sufficient consulting work that -- that stimulated me
11   and was paying the bills that, that was not a high
12   priority position to apply for.
13 Q. So in terms of your -- back up a minute.
14      So you're director of GME at St. Joe and
15   you're responsible for overseeing the IRB, correct?
16 A. Yes, correct.
17 Q. Does that cover all your jobs?
18 A. I guess I'd stick with recruiting, I helped write
19   curriculum. I did some teaching, counseled residents,
20   counseled program directors.
21 Q. And each of the residency programs had a medical
22   director?
23 A. Had a program director, yes, that was a physician
24   specializing in that area.
25 Q. And for the transitional year residents, who was in

### Page 75

1    charge of that?
2  A. Jeffrey Yanez, Y A N E Z.
3  Q. Is this, the transitional year, was that the same as AUA
4    fifth year?
5  A. No.
6  Q. There was an AUA fifth year program as well for a while?
7  A. Correct.
8  Q. Was that discontinued or was that still going on when
9    you left St. Joe?
10 A. It was still going on when I left St. Joe. I don't
11   believe it's going on now.
12 Q. And how many of those AUA fifth year students were
13   there?
14 A. I think around the time that I left the number was 18.
15 Q. And then in each of the areas there was a program
16   director there was Yanez and he's not with the hospital
17   anymore?
18 A. No, he is not.
19 Q. Did he quit or was he terminated?
20 A. He quit.
21 Q. The Program Director in Internal Medicine was always
22   Diaczok?
23 A. While I was there, yes.
24 Q. Did you hire him?
25 A. No. He was hired around the same time I was.

### Page 76

1  Q. He reported to you?
2  A. For medical education.
3  Q. He was an employed physician?
4  A. Correct.
5  Q. Employed by St. Joe?
6  A. Correct.
7  Q. And you, on the chart -- organization chart would be
8    listed as his immediate supervisor?
9  A. For medical education, correct.
10 Q. So medical education had to do with the Residency
11   Program for Internal Medicine, correct?
12 A. Correct.
13 Q. And did you and he get along okay?
14 A. We?
15 Q. You and Diaczok.
16 A. Dr. Diaczok and I had a rough start. And I thought we
17   worked very well together over the last few years.
18 Q. If there was a disagreement on how a residency program
19   in internal medicine would be administered, not the
20   training that is what they learn, but all the other
21   stuff that went with it --
22 A. Um-hmm (affirmatively), correct.
23 Q. -- did you have the last word? In other words, if you
24   and Diaczok had a disagreement, you could say this is
25   the way we're going to do it?

### Page 77

1  A. I suppose I could take that approach but instead I would
2    show him the regulation and explain why I thought this
3    is how we would comply with it and try to get the
4    program director to see that whatever the issue was
5    could get us into trouble.
6  Q. But in the end if he said, look, I don't care what that
7    is, I'm going to do it a different way, you would be the
8    person who would say, look, this is how we're going to
9    do it and we're going to comply with the regulation,
10   correct? That would be your job?
11 A. It would be my job and I would check with Don Bignotti
12   usually to be sure that he had my back.
13 Q. Okay. And did you and Diaczok ever have a disagreement
14   about any administrative aspect of the Internal Medicine
15   Residency Program?
16 A. There were differences of opinion with all the program
17   directors.
18 Q. My question was with Diaczok.
19 A. Yes.
20 Q. Can you identify anything that you and Diaczok had a
21   disagreement about?
22 A. We had a disagreement when I looked at the call schedule
23   for the number of times women would be on for holidays
24   and weekends versus men. So we had a disagreement over
25   Dr. Diaczok thinking that he could grant an FMLA leave



*Exhibit 6*

*copy signed 10/28/10*

## ST. JOSEPH MERCY OAKLAND
A MEMBER OF TRINITY HEALTH

44405 Woodward Avenue
Pontiac, Michigan 48341-5023

## DISCIPLINARY ACTION

Name of Employee **Susan Zonia**                    Date **10/1/2010**

Position Title **Chief Academic Officer**        Department **Med Educ**

Type of Action:   ☐ Written Warning        ☐ Written Reprimand        ☐ Final Warning

Disciplinary Suspension – (Circle one)     1    2    3    4    5    _____ Day(s)

From: _____  To: _____

Returned to duty on: _____

☑ Discharge        Effective Date: **10/1/2010**

Infraction Date(s): _____

Subject:  Tardiness _____  Poor Work _____  Reliability _____  Conduct __**X**__

Safety _____   Absence _____   Insubordination _____   Attitude _____

Carelessness _____   Appearance _____   Unauthorized Absence From Work Station _____

Other (Specify) _____

Specify Supporting Details **The Hospital investigated the allegations**
(Use additional sheets if necessary)
**of inappropriate conduct, behavior, and harassment based on it's**
**internal standards for leadership/associate standards of conduct**
**and determined your actions are in violation of Hospital policies and**
**Standards of Conduct. Based on the substantiated allegations you**
**failed to display any normal leadership and judgement. Effective, October 1, 2010**
**we are exercising our right as an at-will employer to discharge you from SJMO.**

Employee Comments: _____

_____

Follow-up Action To Be Taken: **Provided final benefits sheet, TEAM Brochure, Employee**
**Discipline Policy, SJMO Organizational Integrity Program, and signed**
**acknowledgement of Standards of Conduct - Organizational Integrity Program**
**form.**

Union Representative: _____  Date: _____   Representation  ☐ Declined

SIGNATURES:   Employee* **S. C. Z.**            Date **10-1-10**
Supervisor/
Manager _____   Date _____

Department Director _____   Date _____

Vice President _____   Date **10/1/10**

DISTRIBUTION: Original to Employee Relations          *Employee's signature signifies acknowledgement of
Copy to Employee                                       receipt and not necessarily agreement of content.

00224 (8/01)

## EXHIBIT 3

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31



Susan Zonia
7/15/2011

32 (Pages 122 to 125)

Page 122

1   number one, two, three four. Just I read through it and
2   said I agreed or disagreed.
3        MS. LAUGHBAUM: As a suggestion, maybe you
4   could ask her what she recalls what's false?
5        MR. GUNSBERG: I just wanted to know when.
6   BY MR. GUNSBERG:
7   Q.  When did you go through it?
8   A.  I really couldn't give you a date. Counsel notified me.
9   I was out of town when it came in on a consulting trip.
10  It's all a blur now. Sometime between -- I don't know,
11  maybe April. Best guess, March of this year. I really
12  couldn't tell you.
13  Q.  Did you review the notes that you made on the -- about
14  the interviews to prepare for the deposition today?
15  A.  No, I didn't.
16  Q.  Did you do anything to refresh your memory about what in
17  the investigation notes were true or untrue to prepare
18  for today?
19  A.  No, I didn't.
20       MR. GUNSBERG: Can we go off the record for a
21  second?
22       (A short recess was taken)
23       MR. GUNSBERG: Back on the record.
24  BY MR. GUNSBERG:
25  Q.  Do you know who William Allen is?

Page 123

1   A.  I believe Bill Allen, he was administrator before my
2   time.
3   Q.  Do you know if he was fired?
4   A.  I wasn't here, so I would have no knowledge of that.
5   Q.  How about someone called Vandenbrook (phonetic)?
6   A.  Deb Vandenbrook, I believe we overlapped by a few
7   months. She stepped in for finance, I believe. I think
8   it was finance.
9   Q.  Do you know if she was fired?
10  A.  I would have no knowledge of.
11  Q.  Did you fire anyone who worked for you?
12  A.  Did I personally fire anyone?
13  Q.  Yes.
14  A.  No, I did not.
15  Q.  Did you have the understanding that HR had the final say
16  or have to sign-off on any termination decisions?
17  A.  That was my understanding.
18  Q.  Okay. Do you have any information about whether or not
19  Martha Murphy was involved in the decision to terminate
20  you?
21  A.  I can only assume, since I believe that HR signs off,
22  that Martha had some say in it.
23  Q.  Okay. Did you believe that you and Susie Swanson were
24  friends?
25  A.  I thought we had a collegial relationship, yes.

Page 124

1   Q.  Does that mean that you thought you and she were
2   friends?
3   A.  Not in the sense that she wanted to be friends.
4   Q.  What does that mean?
5   A.  For example, she wanted to double date, her and her
6   husband to go out with me and the person that I was
7   dating. She sent me, almost every night, photographs of
8   her and her kids playing, birthday cakes, when she went
9   to a wedding, wedding photos of places that she was at.
10  So I didn't consider myself that kind of friend.
11  Q.  Did you have any conversation with Susie Swanson or any
12  of the staff people in the department involving your
13  personal life? For instance, your dating relationships,
14  your sexual life, your boyfriend or guys you dated,
15  anything like that?
16  A.  On Fridays frequently what are you doing this weekend,
17  those kind of conversations. Yes, we had those kind of
18  conversations.
19  Q.  Did you use the F-word in the office?
20  A.  I did once or twice when I first started working there.
21  Yes, I did.
22  Q.  Did you use the F-word when Susie Swanson came on in
23  February 2010?
24  A.  I can't remember every single word I had said but I had
25  disciplined myself to, I believe, not say that word.

Page 125

1   Q.  The F-word meaning fuck. That's the F-word?
2   A.  Correct.
3   Q.  So if Susie Swanson reported that you used the F-word a
4   lot, you would disagree with that?
5   A.  I absolutely disagree with that.
6   Q.  So Susie Swanson is lying about that?
7   A.  Susie Swanson confided to me many, many --
8   Q.  Listen to my question. Is Susie Swanson lying about
9   that?
10  A.  She is inaccurate in reporting that. If you want to
11  call it a lie, it's inaccurate.
12  Q.  Did Susie Swanson ever ask you to stop using the F-word?
13  A.  No, because I wasn't using it in the first place.
14  Q.  Would you agree that it would be inappropriate for you,
15  as the director of the department, to use the F-word a
16  lot in the office?
17  A.  To use the F-word a lot in the office would be
18  inappropriate.
19  Q.  And do you recall telling Susie Swanson that using the
20  F-word was part of your freedom of speech?
21  A.  Not the F-word, no.
22  Q.  So if Susie Swanson reported that she asked you to stop
23  using the F-word and that you referred to the F-word as
24  your freedom of speech, she's lying?
25  A.  I believe that what she is reporting is not accurate.

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31



Susan Zonia
7/15/2011

33 (Pages 126 to 129)

Page 126

1  Q.  Well – so if you were asked about that in an
2      investigation, your answer would be that she's not
3      telling the truth and you are? I mean how would you
4      respond to that?
5  A.  I would ask for a situation in which she recalled my
6      saying.
7  Q.  Well, if she reported that it was constant, that you
8      regularly used the F-word and she says you used it all
9      the time in all kind of situations, would you
10     effectively be in a position to say somebody had to
11     either believe you or believe her?
12          MS. LAUGHBAUM: Objection, form. I don't
13     understand the question.
14  BY MR. GUNSBERG:
15  Q.  In terms of responding to an investigation, assuming
16     somebody said to you in this investigation Susie Swanson
17     says you used the F-word a lot and she asked you to
18     stop –
19  A.  Susie Swanson used the F-word.
20  Q.  So it's your testimony that it was Susie Swanson using
21     the F-word, not you using the F-word?
22  A.  On occasion Susie used the F-word. She never asked
23     me – as I recall, she never had a conversation with me
24     about it because I didn't use the F-word.
25  Q.  So if people in the department during this

Page 127

1      investigation, the staff members, reported that you used
2      the F-word a lot –
3  A.  What is a lot? I mean I used the F-word several
4      times – a number of times when I first started working
5      there. It was pointed out to me that several of the
6      staff members had very strong religious and other
7      beliefs that they took great umbrage at that term. I
8      switch to saying WTF.
9  Q.  What does that mean, WTF?
10  A.  For example, what the fuck. It could be interpreted
11     that way. I, however, when I was challenged on it when
12     I'm nervous, I eat. WTF can also be where's the food.
13     So you can read into it what you want.
14  Q.  So was it common for you to respond to things or to use
15     the phrase WTF?
16  A.  Not common.
17  Q.  And if you used the phrase WTF, people were supposed to
18     know that that meant where's the food?
19  A.  I even said where's the food. WTF, where is the food.
20  Q.  I see. Did you – did you ever make a statement about a
21     person who stutters, that the guy stutters a lot and
22     makes me want to go yank his dick to help him get the
23     words out?
24  A.  I repeated the conversation from another DME. Yes, I
25     repeated that conversation.

Page 128

1  Q.  Who was the guy who was stuttering?
2  A.  It was a faculty member at Michigan State.
3  Q.  And why were you and who did you repeat that to, say
4      that to, the guy stutters a lot and it makes me want to
5      go yank his dick so he can get the words out?
6  A.  Not that I want to do that. It was an individual that
7      was likely to – I believe it was Deneen McCall. It was
8      somebody that we were thinking about bringing in to do
9      some teaching for the osteopathic residents. Dr. Joann
10     Mitchell is the DME at Pontiac and that was her
11     statement. And Deneen had reported how difficult he was
12     to speak with and I shared that story from Dr. Mitchell.
13  Q.  Did you tell Susie Swanson or any member of the staff
14     that you were dating someone named Pete?
15  A.  I have had his picture in my office and they asked who
16     it was.
17  Q.  So the answer is?
18  A.  Yes.
19  Q.  And did you tell Susie Swanson or other members of the
20     staff that you were cheating on Pete?
21  A.  No.
22  Q.  So if Susie Swanson reported this, she's a liar?
23  A.  Yes.
24  Q.  That would be your position that that's a lie?
25  A.  Yes.

Page 129

1  Q.  And how would someone who is doing an investigation know
2      who is telling the truth in this you said, they said
3      situation?
4  A.  I was never asked to comment on any of it. So only one
5      side of a story was ever heard.
6  Q.  My question is a little different. Assuming that this
7      comment was reported, that you said that you were dating
8      someone named Pete and you were cheating on him, how
9      would the – and you denied it, by the way, how would
10     somebody know who to believe?
11  A.  You know, I guess they could call in Pete and ask if I'm
12     where I say I'm going to be. I have no idea.
13  Q.  How would Pete know whether you're cheating on him? I
14     assume if you were cheating on him, wouldn't you hide
15     that from Pete?
16          MS. LAUGHBAUM: I'm going to object to this
17     whole line of the questioning, what investigators might
18     or might not have learned when it's obvious that
19     Ms. Zonia was never asked. So this is just kind of
20     silly.
21          MR. GUNSBERG: Thank you. I appreciate your
22     comment.
23  BY MR. GUNSBERG:
24  Q.  The question I have is how would an investigator know
25     whether to believe you or to believe what the people in



EXHIBIT 5 

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31



**Susan Zonia**
**7/15/2011**

35 (Pages 134 to 137)

**Page 134**

1  A. Journey is a philosophical approach that the hospital is
2     asking all — and training that asked all support staff
3     to go through because it was going to set the tone for
4     operations at the hospital.
5  Q. Where did the directive to go through Journey come from?
6  A. It came from the top levels. Could have been at
7     Trinity, it could have been within the corporation, but
8     certainly within St. Joe's.
9  Q. Did you make a statement to any of the staff that you
10    hate Journey and that it was the hokiest thing ever? Or
11    words to that effect?
12 A. No. I liked Journey compared to the other programs we
13    went through.
14 Q. Did you make a statement that Journey was nothing but a
15    bunch of Kumbaya or words to that effect?
16 A. Journey was not Kumbaya.
17 Q. Do you know what something called JI refers to?
18 A. JI? JI? Journey Intensive.
19 Q. Is that the same thing as Journey?
20 A. I think it's the same thing as Journey Intensive.
21 Q. Did you refer to Journey Intensive as Kumbaya?
22 A. As I said before, I actually enjoyed the Journey
23    experience. The hospital had previously put on some
24    other experiences which I did not enjoy.
25 Q. Do you agree that it would be inappropriate for you to

**Page 135**

1     make statements that Journey is hokey or that it's a
2     bunch of Kumbaya and that you hated those type of
3     things?
4  A. If I had done it, it would have been inappropriate.
5  Q. So once again, if during an investigation staff members
6     said you made these statements, someone would have to
7     weigh your denial, you're saying no, I didn't versus
8     those folks saying yes, she did? You agree with that?
9  A. Yes, I do agree with that.
10 Q. Do you have any reason why you believe that your denial
11    should be believed versus the assertions made by your
12    staff that you said or did the kind of things I've been
13    talking about for the last half hour?
14 A. Yes.
15 Q. Why should they believe you versus the staff?
16 A. I believe that the annual evaluations that Dr. Bignotti
17    did in which he states I'm a very good communicator,
18    that I'm a team builder and that I've done a good job of
19    pulling the department together, I would believe that
20    his statements would count for something.
21 Q. Any other reason why you should be believed versus the
22    staff being believed?
23 A. I can only point to my excellent evaluations and record.
24 Q. Did you ever have the staff take the crosses down in the
25    Medical Ed Department?

**Page 136**

1  A. I did not.
2  Q. Would you agree that would be inappropriate?
3  A. To order the staff to take down the crosses? Yes,
4     absolutely inappropriate.
5  Q. Did you make comments to the fact that people who are
6     religious or believe in God are stupid or naive or
7     simple, words to that effect?
8  A. No.
9  Q. Did you ever make any comments about religion of any
10    kind in the office?
11 A. I said that I didn't — I believe when asked what
12    denomination or what my religious conviction was, I said
13    I had none.
14 Q. So again, if there was a report that you made the staff
15    take the crosses down and you made statements to the
16    effect that people who believe in religion are foolish
17    or simple or naive, that would be your word against the
18    staff, correct?
19 A. That would be correct.
20 Q. Do you recall telling Susie Swanson that — or
21    reiterating a conversation that a friend told you that
22    you would have to give your boyfriend a blow job for
23    helping you move?

24 A. I do recall saying that. It was — you're taking it out
25    of context but I remember some of those words.

**Page 137**

1  Q. Did you refer to Dr. Kazzi (phonetic) as a lazy bastard?
2  A. No.
3  Q. Would that be inappropriate for you to do that?
4  A. Yes.
5  Q. Did you refer to a student who had accepted an intern
6     position and then declined as a bastard?
7  A. I have no knowledge of what you're -- which students,
8     what you're talking about.
9  Q. Did you ever refer to anyone as a bastard?
10 A. In my life? Yes.
11 Q. Bad question. How about in the office? Did you ever
12    use that term, referring to people as a bastard?
13 A. You know, I can't remember a day or time or situation.
14 Q. Are you saying you -- yes, you might have but you don't
15    recall it or no, you never did or which?
16 A. I don't recall.
17 Q. Did you ever make any kind of disrespectful remarks
18    about Dr. Richter?
19 A. I made remarks that — well, it sounds like everything I
20    said was perceived as disrespectful. I made remarks
21    about the difficulty in working with Dr. Richter.
22 Q. Did you ever give people the finger behind their back,
23    make an obscene gesture as people walked away from you?
24 A. Yes (indicating).
25 Q. You made a motion with your hands.

 hansonreporting.com 313-567-8100

**EXHIBIT** 

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Exhibit _____

## SUMMARY OF GME STAFF COMPLAINTS ABOUT SUSAN ZONIA

### Susan Swanson (Monzur).

- Dr. Zonia says F word a lot asked her to stop; Zonia says she has "freedom of speech";
- Tell staff she is "untouchable" because she is friend of higher management;
- Belittles staff;
- Tells Susan Swanson to give people "cold shoulder". eg Dr. Payne Jackson, Dr. Cotant;
- Has inappropriate conversations about Zonia's sex life. eg. comments about a doctor who stutters and makes me want to "pull his dick" to make him stop;
- Talks about her sex life with her boyfriend;
- Tells Swanson she shouldn't limit her sex life to her husband; talks about "cheating" on her boyfriend, had to give her boyfriend more blow jobs for helping her move;
- Refers to Swanson as her secretary and treats her as such;
- Calls management and doctors names like Dr. PJ is a "bitch", doctor at awards dinner an "ass";
- Makes negative comments about CEO of hospital;
- Makes negative comments about hospital training programs;
- Says she like to create atmosphere of fear;
- Said to throw away all the crucifixes;
- Says people who believe in God are stupid;
- Leaves early to meet with her boyfriend;
- She makes too much money for hospital so they won't fire her;
- Says Deb Reid, a staff employee, "needs to get laid".

### Patricia Davis

- Told to throw away crucifix;
- Refers to Drs and other as "bastards";
- Intimidated, bullied and harassed for past 6 months, write ups given as harassment;
- Leaves early;
- Told her that her job is in jeopardy.

### Muriel Jafrate

- Tells her training programs are stupid;
- Uses F word;
- Refers to meetings as "waste of time";
- Always closes her door;
- Always does her nails;
- Smells like alcohol in the morning;
- Demeans us by always referring to herself as "the one with the PhD";
- Openly talks about her sex life
- Leaves work for dates;
- Referred to Reverend Moore as a "f _ _ _ing indiot"
- Disclosed Dr. PJ's surgery;
- Rude to staff.

**EXHIBIT 7**

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31



Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

**Gail Molitor**

- Tells staff that she's not happy with any of us;
- Refers to Kanzi as "lazy bastard";
- Strongly encourage us not to meet with Dr. Bignotti;
- Told "get with the program or bail";
- Belittles staff;
- Talks about people openly and makes remarks about others;
- Refers to hospital training programs and missions as "bunch of rumbaya"
- She has sarcastic and demeaning behavior.

**Deb Reid**

- Uses profanity in office, F word, called physician "bastard";
- Can't go to her, puts her hand up and dismisses me;
- Puts down religion;
- Sex discussions.

**Deneen McCall**

- SL is "dismissive"
- Refers to Dr. Payne Jackson as a "bitch";
- Refers to Dr. Dioczok as an "idiot";
- Door always closed, spends time doing her nails;
- Leaves early for dates;
- Talks about doctors she doesn't like;
- Talks about her sex life, dates, guys she goes out with;
- Talks about not caring about students so long as she get the money in;
- Constantly uses the F word;
- Dismissive of the staff;
- Refers to training programs as "stupid";
- Probes us for confidential information;
- Tell us she has friends in management and HR; and we are afraid to go to HR because Susan Zonia has friends in HR who protect her;
- I am very stressed; looking for another job.

2

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

## __AFFIDAVITS__

1.  Gail P. Molitor

2.  Susan L. Swanson

3.  Patricia A. Davis

4.  Mariel Iafrate

5.  Debra K. Reid

6.  Deneen McCall

3



# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

SUSAN ZONIA,

        Plaintiff,

v.

                             CASE NO. 11-116369-CD
                             HON. JAMES M. ALEXANDER

TRINITY HEALTH-MICHIGAN
d/b/a ST. JOSEPH MERCY
HOSPITAL, PONTIAC,
A domestic Corporation,

        Defendant.

                                                 /

| DEBORAH L. GORDON, PLC | LAW OFFICE OF DAVID B. GUNSBERG, P.C. |
|---|---|
| Deborah L. Gordon (P27058) | David B. Gunsberg ({24235) |
| Carol Laughbaum (P41711) | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | 322 North Old Woodward Avenue |
| 33 Bloomfield Hills Parkway, Ste. 275 | Birmingham, MI 48009 |
| Bloomfield Hills, MI 48034 | Telephone: 248.646.9090 |
| Telephone: 248.258.2500 | |

                                                 /

## AFFIDAVIT

       I have reviewed the attached notes taken which accurately reflect what I told Ane McNeil during the investigation of Susan Zonia. I adopt the attached notes as my true and accurate testimony regarding Susan Zonia.

                               *Gail P. Molitor*

                Sign: _____

                            *Gail P. Molitor*

Date: **8-16-2011**        Print Name: _____

Subscribed and sworn to before me this

**16th** day of **August**, 2011

*Adora L. Mason*

Notary Public, State of Michigan

County of **Oakland**

My commission expires: **02-10-2014**

Acting in the County of: **Oakland**

                                                4

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Gail Molitor                                    9/30/10  2pm

Susie mid morning called Gail; wanted
to check to see if she scheduled mtg w/
A.

later called Gail told her that bet you
done. — pulled evaluation gave to Don.

§2 — Not happy with any of us.

Mtg. Thursday (Pat §D) one staff member
crazy 'what did I get myself into'
— Feb take this to Dr. B.
        Discussed w/ all of them she told
        Dr. 2.

— Susan 2.
        Kazri — lazy bastard (b/c she had to do
                paperwk.
        · Student that applied & went w/ another
                — bastard
        — Shared w/ everyone what type of surgery
        PJ had — donna's going away pty.

Strongly encouraged not to go to DO mtg
        you went for us not the

5

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

2

— told Jwell, Don talked to Jewell (issue taken care of.

last 2 month staff mtg. SS called S2 in for clarification. no longer print evals. Made comment that is going to be difficult not to go to paper

S.2.   - 'Get with the program — bail'

9/29   — In group told staff she printed off text messages

    —Read this one 'Why do we pay RT big money when Gail ca do it with it a high school degree.

15 min before Susie shared w/ Gail M.

PJ no input on evals, evals were done between Donna & Zonia. Donna would smooth them out.
    3.45 language was inappropriate — where did it come from — Zonia (Donna would tell her).

6

3

-Don't want to ask questions b/c of how
she was made to feel.

-PJ sent letter to ~~Donna~~ + ~~Dr.~~
    -from now on when you feel
over whelmed just say `your whelmed'

Avoid med-ed when Susan is there
    -~~question~~ she asked did you get
        that dress

Uncomfortable, talks about ppl, remarks

Susie Swanson

Monday - reaching out to her
    bet you + me conversation

Doesn't trust her — new innovations (Gail snapped
        at Pat b/c she interrupted) you know
yesterday. I know. Don't call her, she was
in tears. Talked to one another — SJS
Pitting each other

May - orientation mtg.
    HR not prepared, resisting me
went to Zwia's office later upset
disrespected her. Why? You slammed books

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

7

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

dows). One of the five also came to me
–Mariel (not me)

lack of integrity — proxy to Calendar.

Pat gave proxy to her email to
Susie.
Pat disclosed this to group

At staff mtg said w/ everyone present
I know you don't like JT (Johnny Intrusive)

@ Graduation wanted to know why
she was sitting w/ PJ

9/30 — do you know how much
Dr. 2 notes.

Thinks it's both (Susie & Susan)
Sppl (4 looking; Gail Wa to to retire)

– a lot of changes too fast, not good mgr.
Skills

– heard about others big picked.
          She treated   → Residents
– Not exciting anymore.  Sarcastic, demeang
                              behavior.
                              Spm
                              8/10/11

8

  

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

SUSAN ZONIA,

        Plaintiff,

v.

TRINITY HEALTH-MICHIGAN
d/b/a ST. JOSEPH MERCY
HOSPITAL, PONTIAC,
A domestic Corporation,

        Defendant.

**CASE NO. 11-116369-CD**
**HON. JAMES M. ALEXANDER**

| | |
|---|---|
| **DEBORAH L. GORDON. PLC** | **LAW OFFICE OF DAVID B. GUNSBERG, P.C.** |
| **Deborah L. Gordon (P27058)** | **David B. Gunsberg ((24235)** |
| **Carol Laughbaum (P41711)** | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | 322 North Old Woodward Avenue |
| 33 Bloomfield Hills Parkway, Ste. 275 | Birmingham, MI 48009 |
| Bloomfield Hills, MI 48034 | Telephone: 248.646.9090 |
| Telephone: 248.258.2500 | |

### AFFIDAVIT

      I have reviewed the attached notes taken which accurately reflect what I told Ane McNeil during the investigation of Susan Zonia.  I adopt the attached notes as my true and accurate testimony regarding Susan Zonia.

Sign: *Susan R. Swanson*

Print Name: *Susan I Swanson*

Date: **8/17/2011**

Subscribed and sworn to before me this

*17th* day of *August*, 2011

*[signature]*

Notary Public, State of Michigan

County of *Macomb*

My commission expires: *12-16-2013*

Acting in the County of: *Oakland*

9

Susie Swanson ~ One.            9/30/10
                                 11:20 pm

Day 1  Lit with everybody

Dr. Zenian She is also ... me I thru any
other dept or that's why Jack gives
her whatever she wants o will never
fire her.

Smelling like Alcohol in the morning
        - Any Sept (looking at calendar for pxf day
        - says she had to work at the
          golf outing o had to present at
          golf. - in late next day
        - always lying about where ... is
          going
Jack is nothing but an uneducated Rep.
Weiner  - almost at every MPA mtg says this


    - Jack running for rep. party
    - Martha ... ... o trying to
      shut them down.

    - Imlay, Pres of Oakland Society  told him
She ... ... ... out w/ Kathy + Barb (St. George)
K + B       that's what she told Susie
                          (buzzed)
         Showed up - carefree Tipsy. Cardin
Bob boy  to drink. I need to see you Susie.

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

2

Dr RI is on an indefinite leave. Good I can't stand that bitch. You email the ob team & team to contact Zuria.

magic fails she is Always looking like the bad guy.

Tries to back-up staff but hard to do.

Fired this girl Alicia (old IIRB person got in dbo was going to fire her so she doesn't like P. Stein quit).

- If Susie doesn't do something she's afraid she would get fired. (Susie felt intimidated by Zuria)

- Aggressive & mean
     PhD always throwing that in there faces
     - takes credit for things that Susie

- Dr. Cotant makes too much $$ & not to be friendly to him.

Both standing at Maria's desk when she smelled like alcohol.
     - goes into office & closes door
     - told Maria & Susie that she drinks a bottle of wine a night - She's very cultural & well

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

3

in america is it looked down at.

- hosp needs her b/c she is on the
AOA committee

   - Susie ~~trains~~ walts into office (S2)

   - on hotmail, lands ends, talbots
   magicans every day.

   - red computer all personal
      - left meeting and wt to go
      print boarding pass.

   - meeting rolling eyes, meaningless...
      - hated it

   - nails 3X a week

At Inday's party

      - buzzed said that man is
      republican... I hate him
         (louder than normal)

You need to stop going after every little
thing.

12

4

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

- Susan had input on the evals SW computer

Susan wanted to fire Gail a 2:1
    (hasn't received it)

She calls Susie her secretary
    - have Susie schedule she is
    my secretary.
        - tells residents talk to my
    - secretary
Gone out w/ Pete (DA) "tell ppl I'm at a
meeting at corporate."
    leaves @ noon.
    - doesn't work 40 hrs a wk,
        on avg 25-30 hrs. doing it from
    phone replying to email.
    in Phys longer talking to K. Coburn

When she bought new phone had Susie
set it up all day calling residents + teaching
her how to use it.

Doesn't want to work w/ her. If phone
comes back find a nother job for SiS
feels this is big problem.

13

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

5

Susie _____ Ane McNeil                                    9/30/10

Sept 8 a 9th

- function was a _ that night
- told her how much she drinks
  3 bottles of wine.
  - door closed
  - gifts 2ts
  - leave w/ _ headache
  - hangover.

32 + osw | Asked Personal questions about her husband?

- She has been w/ multiple partners
  because of my husband — will see
  _ _ that will last. Stupid dream.
- She has to hide her faith from Maria
  because she thinks those that believe
  in God are stupid. doesn't want S2 to think
  she is stupid.
- Made SS feel like she was vulnerable
- I think my role is more important the
  pat's they wouldn't touch me.
- Ex husband was carrying up a heavy piece
  of furniture to her bedroom you'll have
  to give _ more than one blowjob
  tonight   (shared this w/ SS)
- belittles Susie — secretary, I don't fax
  _ Susie will have to fax it.

6

– then would say good things to her.
– got SS to do dirty work. Susan
to send _____ out _____ for her.

'Deb needs to get Laid'

Hasn't heard from her today no
contact.

— Discussed with SS the
importance of keeping info
quite not to seek out staff

Afraid of Susan, real mean to her
and others. Can't work for her
anymore.

< shaky, crying >

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

15

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

 

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

SUSAN ZONIA,

        Plaintiff,

                                    CASE NO. 11-116369-CD

v.                                    HON. JAMES M. ALEXANDER

TRINITY HEALTH-MICHIGAN
d/b/a ST. JOSEPH MERCY
HOSPITAL, PONTIAC,
A domestic Corporation,

        Defendant.

                                                          /

| | |
|---|---|
| **DEBORAH L. GORDON, PLC**<br>**Deborah L. Gordon (P27058)**<br>**Carol Laughbaum (P41711)**<br>*Attorneys for Plaintiff*<br>33 Bloomfield Hills Parkway, Ste. 275<br>Bloomfield Hills, MI 48034<br>Telephone: 248.258.2500 | **LAW OFFICE OF DAVID B. GUNSBERG, P.C.**<br>**David B. Gunsberg ({24235)**<br>*Attorney for Defendant*<br>322 North Old Woodward Avenue<br>Birmingham, MI 48009<br>Telephone: 248.646.9090 |

                                                          /

## AFFIDAVIT

    I have reviewed the attached notes taken which accurately reflect what I told Ane McNeil during the investigation of Susan Zonia. I adopt the attached notes as my true and accurate testimony regarding Susan Zonia.

Sign: *Patricia A. Davis*

Print Name: *PATRICIA A. DAVIS*

Date: 8/15/11

Subscribed and sworn to before me this
15th day of August, 2011

*Adora L. Mason*

Notary Public, State of Michigan

County of OaKland

My commission expires: 02-10-2014

Acting in the County of: OaKland

16

Received 3pm 9/30/10 from P Davis oMl

## General Comments
- Wanted to throw away crucifix.
- Slams office door closed when overhead prayer comes on.
- Witnessed talking to Dr. Stein disrespectfully (sent memo to Dr. Bignotti a few years ago).
- Puts hand up to be dismissed when she wants to end conversation.
- Can hear swearing from other end of hall. ("Bastard" when hanging up phone.)
- Told Susie that Donna and I were friends and that I was given special treatment. Donna and I were friends before Donna became manager.
- Dr. Zonia is a vindictive person and this has been witnessed by all of us and experienced by me. Dr. Zonia cannot be taken at her word.

When Susie joined us, she asked for proxy to my calendar. When I did the proxy, I did not realize that I sent her my e-mails along with the calendar. At the time, Susie said I did it correctly. Susie opened and read my e-mails addressed to Donna. She passed this information on to Dr. Zonia. I did make some comments, (Susie was bland) and (her office looked like a shrine). I said Dr. Zonia was leaving early "again". I was brought in with Gary Rice and Susie to discuss. After discussion, I was told by Susie that I should have been fired for using the computer inappropriately and that I tried to sabotage her, which I did not. I apologized to Susie, wrote an apology letter to Susie and Dr. Zonia. It was agreed at the table that Susie and I would make a fresh start. It was suggested that I go to Team, which I did, and I had 4 coaching sessions with Susie.

For the last 6 months a fresh start did not happen. I have a 1st warning for my behavior about the e-mails. I received a 2nd warning for performance improvement. I was verbally given a warning for wearing an inappropriate blouse, and received a 3rd warning for insubordination, rudeness and negativity. I have been told by Susie that I am rude to my co-workers, faculty, residents, and outside vendors. I met with Ane McNeil 2x during this time period. It was at my insistence that you sign the disciplinary actions because I wanted you to know what was going on. I believe they were hiding it from you.

I have been told not to talk to anyone because I am on "thin ice". When I have been reprimanded by Susie or Dr. Zonia and have disagreed with them, they have said to me, "Are you calling me a liar"? I have been told numerous times in the last six months, by Susie and Dr. Zonia that Martha Murphy said "to just let her go". Dr. Zonia also told me that Dr. Bignotti said to "just let her go".

I have been intimidated, bullied, and harassed for the past 6 months. I have worked under a microscope daily afraid to being viewed as deficient. My health took a decline during this period of time. I was at the point where I was either going to take a medical leave, find another position, or hire an attorney.

I believe these write-ups by Susie were driven by Dr. Zonia, however, Susie played a big part in them as well.

My recent evaluation reflected the events of the last 6 months. I received a total of 2.4 for overall with a -0- in the section of Mission and Values. I have been employed for 33 years and never received a disciplinary action or bad evaluation. It's amazing to me that in 6 months time I have had three disciplinary write ups and one verbal disciplinary.

More detailed notes of the last six months are housed in the HR department.

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Pat Dark, Are & Don                                    9/30/10 3pm

When she first arrived, wanted to throw ASUMD

cross away

-closes door when prayer came in

bastard (improved in that area)

-told SS that P. was friends w/ Donna

Szenia cn't be trusted.

Proxy - to calendar did 1000 it right,

yes.
   - Office looks like a shrine
   - Blamed Sussie
   - told by Susie she should have
     been fired & it was sabotaged.

   - Szenia - leaving early

-Not to talk to any of the other

girls or friend in any other dept

-are you calling me a liar

52    -Several time MARTHA & Don  let her

        go. (Would tell Pat Martha & Don said

           to let you go).

9/30/10     We saved your job (Susan & Susan Z.)

Martha & Don      & Dr B said to let you go.

leaving early          (Bignotti)

Martha &

Don

P.D.

18

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

- health issues
- believe write ups were driven by Susan Z

- eval 3.4      D for minimum values

8/13 met w/ Anne
that Monday met w/ her positive
improvement improvement

70% Znia issue
30% Susie issue
            Could work w/ Susie if
      She needed to.

Mgm't style — micro manager
      insults intelligence.
                        coming from
Went to Susie w/ frustration
      w/ Diacrak keeping him focused a SS
      went to Znia.

Thiks Susie is afraid of her job
— back peddling
              feeling as though she is
              regretly her action.

Susie  We really don't want to fire your pat.
Pat seems like she's really cool and believe
you haven't gone out for drinks before.

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

3

Will give ppl the benefit of the
doubt.

* If anyone asks how it went - call
us.

Dr. Cotat, very concerned about Pat.

P.P.

20

 

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

SUSAN ZONIA,

      Plaintiff,

                                  CASE NO. 11-116369-CD
                                  HON. JAMES M. ALEXANDER

v.

TRINITY HEALTH-MICHIGAN
d/b/a ST. JOSEPH MERCY
HOSPITAL, PONTIAC,
A domestic Corporation,

      Defendant.

---

| DEBORAH L. GORDON. PLC | LAW OFFICE OF DAVID B. GUNSBERG, P.C. |
|---|---|
| Deborah L. Gordon (P27058) | David B. Gunsberg ({24235) |
| Carol Laughbaum (P41711) | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | 322 North Old Woodward Avenue |
| 33 Bloomfield Hills Parkway, Ste. 275 | Birmingham, MI 48009 |
| Bloomfield Hills, MI 48034 | Telephone: 248.646.9090 |
| Telephone: 248.258.2500 | |

---

### AFFIDAVIT

     I have reviewed the attached notes taken which accurately reflect what I told Ane McNeil during the investigation of Susan Zonia. I adopt the attached notes as my true and accurate testimony regarding Susan Zonia.

Sign: *Mariel Iafrate*

Print Name: MARIEL IAFRATE

Date: August 15, 2011

Subscribed and sworn to before me this

15th day of August, 2011

*Adara L. Misson*

Notary Public, State of Michigan

County of OaKland

My commission expires: 02-10-2014

Acting in the County of: OaKland

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

21

Received for Filing Oakland County Clerk 2011 SEP 16 AM10:31

Mariel - Anne McNeil                           9/30/10  1045,
Irritate

Doesn't like talking negative about ppl. Very upset
about Susan Yi yi's behavior.

Opposite by TH Values

- Il your got a benefit, it's
like common sense. Open about her
feelings.

3 day
Training

- Negative attitude
- crying god she's calling again
(yelling)
- using Ex word loud
- I didn't want to deal w/ speaking like
he's annoying me.

- learn only last wk - what a waste of
time feeling like I'm
in elem. school

- only in back huffing & puffing
- derogatory Pressured me bz Mariel's don't
- you react (what do you mean
- you react like smoke
- Mariel are you able to —
- felt embarrassed by Susans
actions

22

2

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

Intimidated by her knock on door
'yells yes' like your bothering her
- Filing nails
- polishing nails
- ready magazine, no work on desk.

will you call ___ about the toilets
I have a PHd & I am moving
with this - makes you feel like
a nobody b/c she has PhD

Holiday lunch - all leaving to go
- 'ah lets get this over with'
- feeling like they are not - worth it

- She had drink a beer in the
morning (looks like she hung over)
- hair a mess
- tells ppl she parties all night
- twice smelly like alcohol
- comes in late 9:30-10:c
- not feeling good.
- couple in the ags.

10B - refuses projects on purpose think
they are ___ Residents 1st time
looking for help. SR ppl don't know the
types. But she is reading magazine. ___

23

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

3

No involvement w/ IKB
 — mailed center packet
    doesn't feel like she looks
    at it
 — she refuses to meet w/ leader
 — asks [illegible] to tell w/ [illegible]
 — says its a joke

last xmas '09
    Battle body (co-founded) (52)
    Gail hadn't [illegible] it
    ↓ [illegible] it [illegible] Gail knew
    [illegible] the [illegible] received

([illegible])
Don't emailed w/ [illegible] question from
   the director & there happened
      forward [illegible] [illegible]

Open adms t:
   — I want to shot George [illegible] (email joke
   — sex; going on tap & [illegible]) it was [illegible]
      lunch dates (17 guys in 17 days)
      using work lug lunch dates

last [illegible]

fmc

24

4

Calling Rev. Moore an Fucking Idiot

- Andious

told everyone about PJ's surgery
at Donna's party. Ob ... e looks good
breast reduction. (No one knew)

Patty School, Program directors, all
heard her

- at the party ... ... ...  Ide..., Debie
annoying a doesn't do what I want
her to do.

- Rude

After Sharon got here she put me
an OO for a minute.

- ... ... (waived) outs ... ... l... sexual joke
comments.

2 - Never were mean or unkind to Marcel
comment - she has become mean & strange
in general    - I have a PhD (makes you
fee ... your own field)

25

5

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

frustrated w/ work both up + after
She doesn't do anything to support

to function better w/o her she
is very negative.

feels supported by Susie Swanson
— written policies

Dr Z didn't know anything that Dori
did.

— When no manager worked - she didn't
door closed, no support when they
needed her

Susie came in and met w/ team
felt she had to address the concerns
w/ Zonia

— didn't feel that Susie was
interested w/ backing me in front
& sharing with Zonia

— Thinks Susie is doing a good job.
hears Zonia snap at Susie. On a daily
basis call my 'assistant'.

(cont.)

26

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

6

Has Susie answer her calls &
Schedules appoints. like a secretary

Relationship positive w/ Susie. Team wor
well - *together*.

- Haven't shared specifics with Swanson

while on - *resident* please confront
look) - always wants time
for them he brings her al..

bfr residents come in & we
doesn't have time to meet with them.

27