Criminal Indictment
Case No. 2009-02-0562A,B,C,D,E
Page Two of Four

### COUNT TWO

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **A) SHARON ROTHSTEIN-STEINBERG, B) DAVID STEINBERG, C) DAVID GUNSBERG, and D) BRYAN SCHEFMAN** on or about the 24th day of February, 2008, in the County of Summit aforesaid, did commit the crime of **CONSPIRACY TO COMMIT KIDNAPPING** in that they did, with another person, plan or aid in the planning the commission of one or more of the offenses in 2923.01(A) of the Ohio Revised Code, and/or did agree with another person that one or more of them would engage, in conduct that would facilitate any of the specified offenses in 2923.01(A), further, the defendants did engage in a substantial overt act in furtherance of the conspiracy to commit kidnapping in violation of Section 2905.01(B)(1) of the Ohio Revised Code that that they did, by any means, remove Lawrence Rothstein, a person mentally incompetent, from the place where found under the circumstances that created a substantial risk of serious physical harm to Lawrence Rothstein, in violation of Section 2923.01(A)(1)/(2) of the Ohio Revised Code, A FELONY OF THE SECOND DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

### COUNT THREE

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **A) SHARON ROTHSTEIN-STEINBERG, B) DAVID STEINBERG, C) DAVID GUNSBERG, D) BRYAN SCHEFMAN, and E) DANIEL HANKINSON** on or about the 24th day of February, 2008, in the County of Summit aforesaid, did commit the crime of **ABDUCTION** in that they did, without privilege to do so, knowingly by force or threat, remove Lawrence Rothstein from the place where such person was found, in violation of Section 2905.02(A)(1) of the Ohio Revised Code, A FELONY OF THE THIRD DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

2

Criminal Indictment
Case No. 2009-02-0562A,B,C,D,E
Page Three of Four

## COUNT FOUR

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **A) SHARON ROTHSTEIN-STEINBERG, B) DAVID STEINBERG, C) DAVID GUNSBERG, D) BRYAN SCHEFMAN, and E) DANIEL HANKINSON** on or about the 24th day of February, 2008, in the County of Summit aforesaid, did commit the crime of **AGGRAVATED RIOT** in that they did participate with four or more others in a course of disorderly conduct in violation of Section 2917.11 of the Ohio Revised Code with purpose to commit or facilitate the commission of a felony in violation of Section 2917.02(A)(1) of the Ohio Revised Code, A FELONY OF THE FIFTH DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the state of Ohio.

## COUNT FIVE

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **A) SHARON ROTHSTEIN-STEINBERG, B) DAVID STEINBERG, C) DAVID GUNSBERG, D) BRYAN SCHEFMAN, and E) DANIEL HANKINSON** on or about the 24th day of February, 2008, in the County of Summit aforesaid, did commit the crime of **RIOT** in that they did participate with four or more others with purpose to do an act with unlawful force or violence, even though such act might otherwise be lawful, in violation of Section 2917.03(B) of the Ohio Revised Code, A MISDEMEANOR OF THE FIRST DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

Criminal Indictment
Case No. 2009-02-0562A,B,C,D,E
Page Four of Four

## COUNT SIX

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **A) SHARON ROTHSTEIN-STEINBERG, B) DAVID STEINBERG** on or about the 24th day of February, 2008, in the County of Summit aforesaid, did commit the crime of **UNLAWFUL RESTRAINT** in that they did, without privilege to do so, knowingly restrain Lawrence Rothstein of his liberty, in violation of Section 2905.03 of the Ohio Revised Code, A MISDEMEANOR OF THE THIRD DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

## COUNT SEVEN

And the Grand Jurors of the State of Ohio, within and for the body of the County of Summit aforesaid, on their oaths in the name and by the authority of the State of Ohio, DO FURTHER FIND AND PRESENT, that **C) DAVID GUNSBERG** on or about the 24th day of February, 2009, in the County of Summit aforesaid, did commit the crime of **NEGLIGENT ASSAULT** in that he did negligently, by means of a deadly weapon or dangerous ordnance, to wit: motor vehicle, cause physical harm to Teta Stewart, in violation of Section 2903.14 of the Ohio Revised Code, A MISDEMEANOR OF THE THIRD DEGREE, contrary to the form of the statute in such case made and provided and against the peace and dignity of the State of Ohio.

SHERRI BEVAN WALSH, Prosecutor/pw
County of Summit, Ohio

Prosecutor, County of Summit, by

Date: ___3.2.09___

Grand Jury foreperson/Deputy Foreperson

A TRUE BILL

4

COPY

# IN THE COURT OF COMMON PLEAS
## COUNTY OF SUMMIT

DAVE L. HARRIGAN

2009 NOV 18  AM 7:38

SUMMIT COUNTY
CLERK OF COURTS

**THE STATE OF OHIO**           )           Case No.   CR 09 02 0562 (C)
                                )
                        **vs.**     )
                                )           **JOURNAL ENTRY**
                                )
**DAVID GUNSBURG**

THIS DAY, to-wit: The 10th day of November, A.D., 2009, the Defendant's sentencing hearing was held pursuant to O.R.C. 2929.19.  The prosecuting attorneys, Maryanne Kovach, Michael Todd, and Beth Aronson; defense counsel, James Burdon, and the Defendant, DAVID GUNSBURG, who was afforded all rights pursuant to Crim. R. 32., were present in Court.  The Court considered the record, statements of counsel, as well as the principles and purposes of sentencing under O.R.C. 2929.11, and the seriousness and recidivism factors under O.R.C. 2929.12.

The Court finds that the Defendant, heretofore on October 13, 2009, pled GUILTY to the charge of UNLAWFUL RESTRAINT, as contained in the amended Count 3 of the Indictment; GUILTY to the charge of RIOT, as contained in Count 5 of the Indictment; and GUILTY to the charge of NEGLIGENT ASSAULT, as contained in Count 7 of the Indictment; which offenses occurred on or about February 24, 2008, which pleas, voluntarily made, and with a full understanding of the consequences, were accepted by the Court, and the Court found the Defendant guilty of the above offenses.

The charges of CONSPIRACY TO COMMIT KIDNAPPING, as contained in Count 2 of the Indictment; AGGRAVATED RIOT, as contained in Count 4 of the Indictment; CONSPIRACY TO COMMIT KIDNAPPING, as contained in Count 9 of the Supplement One to Indictment; KIDNAPPING, as contained in Count 10 of the Supplement Two to Indictment; and CONSPIRACY TO COMMIT KIDNAPPING, as contained in Count 11 of the Supplement Two to Indictment, were previously DISMISSED.

Thereupon, the Court inquired of the said Defendant if he had anything to say why judgment should not be pronounced against him; and having nothing but what he had already said and showing no good and sufficient cause why judgment should not be pronounced:

IT IS THEREFORE ORDERED AND ADJUDGED BY THIS COURT that the Defendant, DAVID GUNSBURG, serve Thirty (30) days in the Glenwood Jail for punishment of the crime of UNLAWFUL RESTRAINT, Ohio Revised Code Section 2905.03(A), a misdemeanor of the 3rd degree; serve Thirty (30) days in the Glenwood Jail and pay a fine in the amount of $500.00, for punishment of the crime of RIOT, Ohio Revised Code Section 2917.03(B), a misdemeanor of the 1st degree; and serve Thirty (30) days in the Glenwood Jail for punishment of the crime of

**EXHIBIT**   **3-4**



The United States Army Air Defense Artillery School

To All Who Shall See These Presents, Greeting: Be It Known That

PRIVATE STEVEN L. WOODWARD

is an

Honor Graduate

of the

AIR DEFENSE ARTILLERY SHORT RANGE GUNNERY CREW MEMBER COURSE NO. 2-83

In testimony whereof, and by authority vested in us

we do confer this

Diploma

Given at Fort Bliss, Texas,

this ___18TH___ day of ___FEBRUARY___ 19 83

MAJOR GENERAL, USA, COMMANDANT

BRIGADIER GENERAL, USA, ASSISTANT COMMANDANT

EXHIBIT 25



# Oakland Community College

has conferred on

## Steven Lee Woodward

the Associate Degree in

## Applied Science    Cum Laude

and all the rights and privileges thereunto appertaining.

In Witness Whereof, this diploma, duly signed, has been issued and the seal of the College affixed.

Issued by the Oakland Community College Board of Trustees upon recommendation of the Faculty this month of June, 1988.

Special Recognition for Extended Degree Program

_____
Chairman, Board of Trustees

_____
Chancellor

**EXHIBIT 2**

**EXHIBIT 3**

**ISSUED TO STUDENT**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND
THE BACK CONTAINS THE TRANSCRIPT KEY.

OAKLAND COMMUNITY COLLEGE

STUDENT NUMBER

BIRTHDATE

WOODWARD, STEVEN LEE

ROBOTICS/AUTOMATED SYSTEMS. TECH

CURRENT OCC CURRICULUM

ADVANCED STANDING

TRANSFER CREDITS

| COURSE NUMBER | COURSE TITLE | CREDITS | GRADE PTS | CREDITS EARN | CREDITS ATT | GRADE PONTS | GPA |
|---|---|---|---|---|---|---|---|
| | **FALL 85** | | | | | | |
| ROB150 | INTRO ROBOTIC TECH | 4 | A | 16 | | | |
| MATI15 | INTERMED ALGEBRA | 4 | A | 16 | | | |
| ETT101 | ELECTRICAL FUND I | 4 | A | 16 | | | |
| HIS151 | WORLD CIVILIZ. I | 4 | B | 12 | | | |
| | SEMESTER TOTAL | (11) | | 40 | | | |
| | | | | | 40 | | 3.63 |
| | **WINT 86** | | | | | | |
| MATI10 | ELEMENTARY ALGEBRA | 4 | A | 16 | | | |
| ETT102 | ELEC SKILLS/TECH I | 2 | B+ | 6 | | | |
| ROB162 | IND ROBOTIC APPLIC | 3 | B+ | | | | |
| POL151 | AMERICAN GOVERNMNT | 4 | C+ | | | | |
| | SEMESTER TOTAL | (13) | | | 24 | | |
| | | | | | 24 | 86.5 | 3.60 |
| | **SPRG 86** | | | | | | |
| MATI15 | INTERMED ALGEBRA | 4 | B+ | | | | |
| | SEMESTER TOTAL | (4) | | | 11 | | |
| | | | | | 11 | 40 | 3.63 |
| | **FALL 86** | | | | | | |
| MATI54 | COLLEGE ALGEBRA | 4 | C | | | | |
| ETT103 | ELECTRICAL FUND II | 3 | B | | | | |
| ECT208 | INTRO MICROPROCESS | 3 | A | | | | |
| TEC103 | BSC BLUPRT READING | 3 | A | | | | |
| ATF140 | INTRO HYDRAULICS | 3 | A | | | | |
| | SEMESTER TOTAL | (17) | | 58.5 | | | |
| | | | | 45 | 45 | 159 | 3.53 |
| | **WINT 87** | | | | | | |
| ENG131 | BASIC WRITING/PARA | 4 | C | | | | |
| MATI55 | TRIGONOMETRY | 3 | B | | | | |
| HIS152 | WORLD CIVILIZ. II | 4 | B | | | | |
| ROB240 | AUTO SYSTEMS APPL | 4 | B | | | | |
| | | | | | | | |

DEGREE. CERTIFICATE. OR CERTIFICATE OF ACHIEVEMENT REQUIREMENTS COMPLETED
AAS-DEGREE — ROBOTICS TECHNOLOGY-ELECTRO

| COURSE NUMBER | COURSE TITLE | CREDITS | GRADE PTS | CREDITS EARN | CREDITS ATT | GRADE PONTS | GPA |
|---|---|---|---|---|---|---|---|
| ETT104 | ELEC SKILLS/TECH 2 | 2 | C | 4 | | | |
| | SEMESTER TOTAL | (17) | | 50.5 | 62 | 209.5 | 3.37 |
| | **SUMM 87** | | | | | | |
| ENG151 | COMPOSITION I | 3 | B+ | 10.5 | | | |
| | SEMESTER TOTAL | (3) | | 10.5 | 65 | 220 | 3.38 |
| | **FALL 87** | | | | | | |
| ROB152 | ROBOTS MANIPULATOR | 4 | A | 16 | | | |
| ATF147 | FUND OF PNEUMATICS | 3 | B | 9 | | | |
| ROB160 | AUTO-CONTR MAINT | 4 | B | 12 | | | |
| ROB204 | PROG CONTROLLER APP | 4 | A | 16 | | | |
| | SEMESTER TOTAL | (15) | | 60 | 80 | 280 | 3.50 |
| | **WINT 88** | | | | | | |
| ETT106 | ROTA ELEC MACHINE | 3 | B | 9 | | | |
| ETT111 | INDUST ELECT SYST | 4 | B+ | 14 | | | |
| ROB180 | SERVO SYSTEMS | 4 | A | 16 | | | |
| PHY161 | COLLEGE PHYSICS I | 4 | B | 12 | | | |
| ROB166 | SENSOR TECHNOLOGY | 4 | A | 16 | | | |
| | SEMESTER TOTAL | (18) | | 70 | 98 | 340 | 3.46 |
| | **SPRG 88** | | | | | | |
| DPR103 | PRINC INFO PROCESS | 3 | A | 12 | | | |
| MATI53 | STATISTICS | 4 | A | 16 | | | |
| | SEMESTER TOTAL | (7) | | 28 | 105 | 368 | 3.50 |

04/88

04/29/92

WOODWARD, STEVEN LEE

**ACADEMIC TRANSCRIPT**

GEORGE A. BEE ADMINISTRATION CENTER · BLOOMFIELD HILLS, MICHIGAN 48304-2266

APR 30 1992

DIRECTOR OF ENROLLMENT SERVICES AND REGISTRAR

ADS-14 30 (2/87)

IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, AS AMENDED, THIS INFORMATION IS RELEASED ON THE CONDITION THAT YOU WILL NOT PERMIT ANY OTHER PARTY TO HAVE ACCESS TO THIS INFORMATION WITHOUT THE WRITTEN CONSENT OF THE INDIVIDUAL WHOSE RECORD IT IS.

THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD OF THE ABOVE NAMED STUDENT, WHEN SIGNED AND SEALED AND RECEIVED DIRECTLY FROM THE REGISTRAR'S OFFICE IT IS AN OFFICIAL TRANSCRIPT. THE SIGNATURE AND DATE ARE IN BLUE INK.

# Western Michigan University



Upon the recommendation of the faculty and by the authority of the Board of Trustees, Western Michigan University has conferred upon

## Steven Lee Woodward

the degree of

## Bachelor of Science

with all the rights and honors pertaining thereto.

Given at Kalamazoo, in the State of Michigan, this 22nd day of December, 1990.

Arthur Haenicke
President

Lawrence J. Brown
Secretary, Board of Trustees

EXHIBIT 37



# Regis University

The Board of Trustees of Regis University by virtue of the Authority vested in it

by law and on the recommendation of the faculty of

## The School for Professional Studies

does hereby confer on

## Steven Lee Woodward

the degree of

## Master of Science

### Computer Information Technology: Database Technologies



Conferred at Regis University, Denver, Colorado, in the month of
August, in the year of our Lord, Two thousand and five.



President & Vice President for Academic Affairs

Dean

University President

Chair, Board of Trustees

EXHIBIT 76

# REGIS UNIVERSITY

**Official Academic Record**
**Office of the University Registrar**

1333 Regis Boulevard
Denver, Colorado 80221-1099
(303) 458-4114

ISSUED TO STUDENT

**OFFICIAL WHEN PRINTED ON BLUE BACKGROUND - TRANSCRIPT KEY ON REVERSE**

ven L Woodward
PO B

REGIS ID NUMBER:

SOC. SEC. NUMBER:

| COURSE ID/LEVEL | COURSE TITLE | CREDIT | GRADE | POINTS |
|---|---|---|---|---|

GRADE DATE 11/13/2002
PAGE: 2 of 3

--------------------INSTITUTIONAL CREDIT--------------------

### Spring Semester 2000/Graduate

MSC 667  Network Management          3.00   A      11.00

| | | | | |
|---|---|---|---|---|
| SEM | Cred Att  3.00 | Cred Cpt  3.00 | Grade Pts  11.00 | GPA 3.667 |
| CUM | Cred Att 30.00 | Cred Cpt 30.00 | Grade Pts 116.00 | CUM 3.867 |

### Summer Semester 2000/Graduate

MSC 651  Database Backup and Recovery    3.00   A      12.00

| | | | | |
|---|---|---|---|---|
| SEM | Cred Att  3.00 | Cred Cpt  3.00 | Grade Pts  12.00 | GPA 4.000 |
| CUM | Cred Att 33.00 | Cred Cpt 33.00 | Grade Pts 128.00 | CUM 3.879 |

### Summer Semester 2002/Graduate

MSC 696  Professional Project           3.00   P       0.00

| | | | | |
|---|---|---|---|---|
| SEM | Cred Att  3.00 | Cred Cpt  3.00 | Grade Pts  0.00 | GPA |
| CUM | Cred Att 36.00 | Cred Cpt 36.00 | Grade Pts 128.00 | CUM 3.879 |

--------------------SUMMARY--------------------

**INSTITUTIONAL CREDIT (500 & 600 Level)/GRADUATE:**
    Master Course Work
         Cred Att 36.00     Cred Cpt 36.00     Grade Pts 128.00     GPA 3.879

--------------------TOTALS--------------------
SUMMARY CUMULATIVE TOTALS

**TOTAL GRADUATE INSTITUTIONAL CREDITS:**
         Cred Att 36.00     Cred Cpt 36.00     Grade Pts 128.00     GPA 3.879
**TOTAL INSTITUTIONAL CREDITS:**
         Cred Att 36.00     Cred Cpt 36.00     Grade Pts 128.00     GPA 3.879
**TOTAL CREDITS:**
         Cred Att 36.00     Cred Cpt 36.00

--------------------END OF PAGE--------------------

In accordance with the Family Education Rights and Privacy Act of 1974, as amended, this information is released on the condition that you will not permit any unauthorized use or any other party to have access to this information without the written consent of the individual to whom the information applies.

*Patsy R. Young*
Patsy R. Young   University Registrar

The face of this document has a blue background.  If the transcript has been chemically altered or photocopied, the word VOID will appear.  Alteration or forgery of this document is a criminal offense.

EXHIBIT

2



# REGIS
## UNIVERSITY

**Official Academic Record**
**Office of the University Registrar**

3333 Regis Boulevard
Denver, Colorado 80221-1099
(303) 458-4114

ISSUED TO STUDENT

---

**OFFICIAL WHEN PRINTED ON BLUE BACKGROUND - TRANSCRIPT KEY ON REVERSE**



ven L Woodward

**REGIS ID NUMBER:**

**SOC. SEC. NUMBER:**

---

| COURSE ID/LEVEL | COURSE TITLE | CREDIT | GRADE | POINTS | GRADE DATE: 11/13/2002 PAGE: 3 of 3 |
|---|---|---|---|---|---|

------------------------------GRADUATION RECORD------------------------------

Summer Semester 2002
Master of Science, Sch for Professional Studies
Major: Computer Info Technology
Specialization: Database Technologies
Graduation Honors: Graduate Honors
Awarded: 08-30-2002

------------------------END OF ACADEMIC TRANSCRIPT------------------------

In accordance with the Family Education Rights and Privacy Act of 1974, as amended, this information is released on the condition that you will not permit any unauthorized use or any other party to have access to this information without the written consent of the individual to whom the information applies.

*Patsy R. Young*
Patsy R. Young   University Registrar

The face of this document has a blue background.  If the transcript has been chemically altered or photocopied, the word VOID will appear.  Alteration or forgery of this document is a criminal offense.

3



**REGIS**
U N I V E R S I T Y
School for Professional Studies
GRADUATE PROGRAMS

Regis University, DTC campus
7600 E Orchard Rd. suite 100N
Englewood, CO 80221

January 6, 2003

To who it may concern:

Steve Woodward has asked me to offer a letter of reference for him.  I am most happy to provide a recommendation.

Steve Woodard contributed to the success of the IT graduate program at Regis University.  His classroom work, scholarship and ability to perform independent research were very exemplar and set him apart from other graduate students in the program.  He graduated with highest honors from MSCIT; thus, his scholarship and attention to his studies was quite remarkable.

I worked with him for about a year on his graduate thesis during his tenure in the Networking Lab Practicum and found his systematic analysis of difficult technical problems and troubleshooting approach to be innovative and of note.  I heartedly recommend him for further advanced studies.

Sincerely,

Dan Likarish
SPS/MSCIT program
Assist. Professor, Regis University
Networking Emphasis



College of Engineering and Applied Sciences
Department of Engineering Technology



Kalamazoo, Michigan 49008-5064
616 387-6515

# WESTERN MICHIGAN UNIVERSITY

October 18, 1990

Steven Woodward
648 S. Drake #L9
Kalamazoo MI. 49009

Dear Steve:

I wish to thank you for the outstanding job you did for us with the KCP activity on Saturday October 13, 1990.

I sincerely appreciate the extra effort you put forward while accommodating this large group during their visit to our college.  I especially value your insight in fielding career opportunity questions for this important group of students.

Sincerely,

Fred Z. Sitkins, Chairman
Engineering Technology

c: Dean Lamberson


EXHIBIT 32

In appreciation for
the contribution of

STEVE WOODWARD

to the success of

Tech Expo

in the

College of Engineering and Applied Sciences

Western Michigan University

David Clark
Tech Expo Chairperson

Hailey Behr
Dean

# Certificate for Outstanding Contributions

*Steve Woodward*
Employee Name

*[signature]*
Manager

**StorageTek**

STORAGETEK                                    INTEROFFICE CORRESPONDENCE

TO:  Whom it may concern          FROM:  Ron Leiker

SUBJECT:                          DATE:  February 8, 1993


     Steve Woodward has proven to be an invaluable asset to the
D.C.C. staff.  Steve communicates well and when we call him he has
been able to respond consistently in a very timely manner.  Steve
is well versed in Palette, and has been extremely supportive in
helping train a number of D.C.C. employees in the use of Palette.

Steve also has been instrumental in the on-line EC control pilot
being developed here in building 10.  I believe Steve would be a
positive asset to any manufacturing group within STK.

Date: Saturday, 29 January 1994 4:15pm ET
To: $BOBSTAFF
Cc: CLAYCOMB
From: GARCIA.RD
Subject: Steve Woodward

Good job....Steve!
---
------------( Forwarded letter follows )-----------------------
---
Date: Friday, 28 January 1994 4:36pm ET
To: GARCIA.RD
From: CATALFAMO
Subject: Steve Woodward

Hello Bob,

This is just a short note to express my sincere appreciation for the help and
cooperation that my group and I have received when working with Steve
Woodward.

Over the past 14 months, Steve has worked very closely with the EMI
implemetation and support team in getting Powderhorn on-line to EMI.  From day
1, it was obvious that Steve was an excellent team player, always contributing
his fair share to the task at hand.  During some rough times, he was very
pro-active in helping break down personality barriers and communication walls
so that those involved could focus more on real issues and get problems
resolved more quickly. During team meetings, Steve was very sensitive the the
needs of others and he often jumped in to get things rolling again when
everything appeared to be at a standstill.
We as group want to want to acknowledge Steve's contribution to our effort and
we look forward to working with Steve in the future.


Frank, Richard, Mike, Thomas, Dave



5

Storage Technology Corporation
2270 South 88th Street
Louisville, Colorado 80028-0001
(303) 673-5151

**StorageTek**

Steve,

April 12, 1994

On behalf of the timberline and Redwood programs I would like to recognize you for your contributions in developing and delivering the Electronic Manufacturing Instruction process.

Implementing new technology is never without it's difficulties and Electronic Manufacturing Instructions is no exception.  Your past experience with EMI's has helped to pull together many facets of this technology into a viable operational procedure.

With very little time into the department you have been able to assess TimberLines EMI needs, gather input from your peers, develop a plan of action, and implement to that plan.  Your efforts have contributed greatly to meeting program requirements for TimberLine.  Furthermore, your efforts will serve to give the Redwood program a head start due to the EMI improvements that you have implemented along the way.

I would like to emphasize the way that you have gathered input from your peers and customers.  Although at times this may seem to slow the implementation of EMI's down in the short run, the long term affects provides consistent growth for everyone involved.  Additionally, you get buy in from the people whom will use the process!

You have shown initiative working with groups outside our organization which has contributed to your success in meeting the program deadlines.  Additionally, you have contributed to rallying the TFTH organization into considering our system for long term use.  The advent of this process allows us to benchmark an overseas solution in supporting the Toulouce operation, as well, allows an efficient method for updating the Head FRU process in the TFTH organization short term.

I am pleased to recognize you for your efforts and offer my congratulations on implementation of Electronic Manufacturing Instructions for the TimberLine program.  Thank you for all of your effort and keep up the good work!

Sincerely,

Blake J. Mynatt
Senior Engineering Manager
Large Systems Tape

c.c. Employee File

Storage Technology Corporation
2270 South 88th Street
Louisville, Colorado 80028-4309
(303) 673-3128
FAX (303) 673-4151

**StorageTek**

Office of
Corporate Counsel

May 3, 1995

Writer's Direct:
(303) 673-5989

Steve Woodward
2915 Baseline Road
Boulder, CO 80303

Dear Steve:

Thank you for helping the StorageTek legal department initiate development of our on-line patent program. Going forward, we will be working with Steve Connett's group and we hope to have a pilot system in place in the near future. Your help was critical in getting us this far. In particular, your initiative, creativity and enthusiasm were most appreciated.

Please continue to check in on us to gauge our progress, and again, thank you!

Best Regards,

Chris J. Byrne
Senior Counsel
Intellectual Property

Enclosure

lsb:\CJB\WOODWARD.LTR



International
Yachtmaster ™
Training Inc.

# CERTIFICATE OF WATCHKEEPING SERVICE – CONTINUED

for _WOODWARD  STEVEN_ , date of birth. _15_ _11_ _1963_
   Full Legal Name, Last / First               Day   Month   Year

## Part 3: Testimonial of Service:

*Please comment:*

Individuals Overall Conduct:
(Exemplary, Good, Unsatisfactory…)

_Exemplary – does his job when asked to complete "satisfaction". Has a very high standard of engineering_

Experience and Ability:
(Application of skills and the capabilities relative to his/her performance)

_Steve has a wide range of skills and abilities, very capable of performing varying engineering tasks._

Behavior and Sobriety:

_very social and amicable. A well liked and regarded crew member. Sobriety – exemplary._

Is the individuals first language English?
(Please circle)
*If No…*
                       (Yes) / No
Can the individual converse and write in English at a level that permits safe vessel operation and communication at sea?
                       Yes / No

I hereby certify that the above named has duly completed the sea service as stated above in the capacity of _engineer_ ; under my command. During this period the above-named officer was in full charge of the deck* / engineer watch for not less then _8_ hours out of every 24 hours while the vessel was engaged in unlimited* / near coastal* voyages as described above.
(*please cross out as appropriate)

Signature of Master/Chief Engineer/Authorised Officer      Dated at _Antibes Fr._ on _18/06/10_
                                            Place            Date

Seal or Stamp of issuing yacht or authority:

MY PASSION
O.N. 71726
GEORGE TOWN · C.I.

F  AA - Interim Regulations INQUIRIES Sea time MCA Seatime form 3ed
Page 2 of 2



**EXHIBIT 40**

Steven Woodward – Engineer Evaluation
Yacht Name: Passion          Length: 53meters(171 ft)
Time of employment: Nov. 23rd - Dec. 2nd 2009
(Please select 1-10)

**Attitude:** 10                          **Ability to work with others:** 10

**Professionalism:** 10                   **Crew social interaction:** 10

**Attention to detail:** 10               **Ability to take orders:** 10

**Ability to learn:** 10                  **Ability to follow directions:** 10

**Work place cleanliness:** 10            **Ship knowledge:** 7

**Punctuality:** 10                       **Overall Performance:** 9.9

**Tasks performed:**
Engine room cleaning, inventory(and data entry), assist with oil changes, clean water strainers, clean/assemble fuel centrifuge, repair speed transducer, rewire/install lights, service/clean ice makers.

Comments:   IT HAS BEEN VERY ENJOYABLE MEETING AND WORKING WITH STEVE AND HOPE TO DO SO AGAIN IN THE FUTURE.

Name:  Stephen Long

Rank:  CHIEF ENGINEER Y2

Signature:

**EXHIBIT 15**

2



**OAKLAND**

C O U N T Y   M I C H I G A N
DEPARTMENT OF CENTRAL SERVICES

Daniel T. Murphy, Oakland County Executive
PUBLIC SAFETY
Medward J. Tessier, Chief

August 24, 1988

TO: Steve Woodward, Lifeguard
    Groveland Oaks County Park

RE: Letter of Commendation

This letter of commendation is being presented to you for your outstanding performance as a lifeguard during and after a rescue which took place on Sunday, July 17, 1988.

You were observed, along with fellow lifeguards Kris Campbell and Julie Stotz, carrying the victim from the water, displaying superior team work and communication skills. Your initial patient survey allowed us to provide vital information to responding EMS units. The fact that you could supply this information even though the victim was lethargic, totally deaf, speechless and mentally impaired further demonstrated your flexability and control in a crisis. After EMS arrived, your automatic assistance with crowd control was exemplary.

Your efforts were also observed by Lt. Easton of the Groveland Twp. Fire Department who agrees with our department that you should be commended for a job well done and are a compliment to the lifeguard profession.

Sincerely,

*Medward J Tessier*

Medward J. Tessier, Chief
Oakland County Public Safety

*LT. Gary L. Hall*

Lt. Gary L. Hall, Public Safety

*K. L. Holton*

Ofc. Kevin Holton, Public Safety

**EXHIBIT 41**



# Certificate of Training

awarded to

## Steve Woodward

*for successful completion of*

## S-231 Session B: Engine Boss

*Colorado Wildfire Academy*
*in Alamosa, Colorado*

_____
Instructor

June 8, 2003
_____
Date

**EXHIBIT 42**

LITHO. IN U.S.A.

© GOES 747
All Rights Reserved

This Certificate is awarded to

Steve Woodward

for successful completion

of S- 131 Advanced Firefighter / Squad Boss



INSTRUCTOR

Certificate of Training

4 / 5 / 03

DATE

EXHIBIT

2

2002 CYCLE A OEC REFRESHER

CO 8047

# Completion Acknowledgement

Have this signed by the instructor of record at the refresher, and return it to your NSP patrol representative or patrol director to verify that you have attended and successfully completed all requirements for the 2002 refresher. *Please print.*

**Patroller:** Steven Woodward

**NSP Member I.D. #:** R600 20 3009

**Ski Patrol Registered With:** None

**Refresher Location and Date:** Arapahoe Basin

**OEC Instructor of Record Name:** HAP BURNHAM

**OEC Instructor of Record Signature:** *[signature]*

------------------------------------ ✂ CUT HERE ------------------------------------



**OUTDOOR EMERGENCY CARE TECHNICIAN**

R600 203009
Steven Woodward

Expiration Date: December 31, 2005

*Bill Sachs*
National Chairman

EXHIBIT 20

3

# Neptune Mountaineering

633 South Broadway Boulder, CO – 80305
303-499-8866 – www.neptunemountaineering.com
**Up-dated May 29**

**Thursday, June 12: NO SHOW!** Instead go see Eric Weihenmayer's show at the
Boulder Theater. Call (303) 998-9414 for more information.

**Thursday, June 19: Steve Woodward & Tim Cowen-** *"I'll Never Need to be Rescued"*
This is the story of Tim Cowen, a veteran of the Himalaya, climber of Everest and
Cho Oyu, Denali and Huscaran's North and South peaks. The story of Tim's fall in
Boulder County, on a climb he has done multiple times, a fall that required a two
mile hike by local rescue teams, a 200 ft rappel, a river crossing, a 300ft up-haul
to R.R. tracks, and a transportation by Union Pacific to Flight-for-Life. This is a
presentation of the unique job and commitment of 45 rescuers and five rescue
agencies, people that contribute their skills and hearts to the many climbers and
adventurers of the Colorado Rocky Mountains and Front Range. This is a free
presentation, but also a benefit drive for the rescue agencies involved, so
contributions are very appreciated! Help fund our local rescue efforts!!!

**Thursday, June 26: Ang Dorje Sherpa-** *"Conquering the Khumbu (A Benefit for the
Family Learning Center in Boulder)."* Ang Dorje will chronicle his
mountaineering experiences in words and images, including his 2003 summit of
Everest during its 50th anniversary. Ang Dorje was born in Pangboche, a small
village in the Solo Khumbu region of Nepal. He has been working with treks for
most of his life, including extensive work as Climbing Sirdar with Adventure
Consultants of New Zealand. In addition to mountaineering in the Khumbu, he
has worked as a Guide on Galdhoepiggen in Norway and as Assistant Guide on
Aconcagua. This show is a benefit for the Family Learning Center, a community
center in Boulder that provides educational and support services for Boulder
County's low-income families. We encourage you to come to this unique event
and support the FLC's efforts!

**Thursday, July 3: Alpine Climbs in the Tetons and Wind River Range Wyoming-**
*"Wyoming's Wild Ranges"* Enjoy an evening of route presentations and
descriptions by Neptune Mountaineering staff on these wild ranges of Wyoming.
From the Exum Ridge and the Black Ice Couloir, to Pingora and Wolf's Head, and
many more. This will be a good time to get beta on some of the route's of
Wyoming's two big ranges. **Free!**

All shows start at 8:00pm unless otherwise noted.
We hope you appreciate the unique shows that we are able to present.
It is our policy that all proceeds from these shows go either to the presenter
or to the beneficiary of the slide show. Neptune's pays for all staffing, advertising, etc.
Thanks for your continued support!



4

First Presbyterian Church
1820 15th St.
Boulder, Co 80302-5412


To whom it may concern:

I'm delighted to write this reference letter for Steve Woodward. Steve has been attending First Presbyterian Church for nearly ten years. He has been an usher now for over six years, helping new people feel welcome and answering questions they have concerning our church.

Steve regularly contributes to the church and special projects, and traveled on several short term missions to an orphanage located in Monte, Mexico. There he performed numerous building and maintenance projects as well as helped the children learn how to fix their bicycles. Steve also created and proctored a small group class designed to help people read through the New Testament in a short time frame.

I believe Steve has the personality and ambition to be a fine physician; I'm sure when he's finished he'll be involved in many medical mission projects.

Sincerely,


Dr. Peter Barnes, Senior Pastor



EXHIBIT 43



# DIVE LOG

Date 10/27   DIVE NUMBER 149
Location Sxm G Bay
Conditions Calm   Visibility 20 ft
Planned: Depth 38   Bottom Time 50
Actual:   Depth _____   Bottom Time _____
Comments: 18 inch Airlift
Prep For Anguilla

Buddy Signature: RM COW



Table Dive: ☐ ☐   Computer Dive: ☐ ☐

Date 10/28   DIVE NUMBER 150-151
Location Anguilla   2:00-6:00 pm
Conditions Calm   Visibility 10ft-0
Planned: Depth 17 Ft Bottom Time 4 hrs
Actual:   Depth 13 Ft   Bottom Time _____
Comments: Assembled Air lift on
Viking Reverse Osmosis Plant
Filter cleaning from OMAR
Eroline   vault
800 Ft   dry down 2 Ft tapered
Buddy Signature: to bottom   RMCOW

# DIVE LOG

Date 10/29   DIVE NUMBER 154-157
Location Anguilla   8:00-2:00
Conditions Calm   Visibility 10ft-0
Planned: Depth 17 ft   Bottom Time 6 hrs
Actual:   Depth _____   Bottom Time _____
Comments: Air lift Vault Cover
Clean inside move debris away
from vault area   thumb
to valve
Cleain   hose

Buddy Signature: RMCOW



Table Dive: ☐ ☐   Computer Dive: ☐ ☐

Date 10/30   DIVE NUMBER 158
Location Simpson Bay Lagoon
Conditions Calm   Visibility 2 Ft
Planned: Depth 8 Ft   Bottom Time 4 hr
Actual:   Depth _____   Bottom Time _____
Comments: Vksy Sank overnight
Recover Air compresso 2 Tug/Crane
Raised Viking Deisel fuel
all over gear

Buddy Signature: RMCOW

**EXHIBIT** 44



EXHIBIT

2

3



ANE J. McNEIL                                         August 10, 2011

41

1   Q.  Okay. So, before the break we were discussing how you
2   were going to give me certain information regarding the
3   other management level or above people that you've been
4   involved in investigating in the last few years, and I
5   think preliminarily, at least, we've agreed to talk
6   about the departments and the job titles; is that right?
7      MR. GUNSBERG:  No.  Just the departments, and they
8   were management individuals.
9      MS. LAUGHBAUM:  Okay.  All right.
10  BY MS. LAUGHBAUM:
11  Q.  What were the --
12     MR. GUNSBERG:  The question had to do with
13  terminations she was involved with.
14     MS. LAUGHBAUM:  That's correct.
15     MR. GUNSBERG:  Okay.
16     MS. LAUGHBAUM:  Okay.  So, we're on the same page.
17  BY MS. LAUGHBAUM:
18  Q.  So, there were two individuals besides Susan Zonia?
19  A.  Correct.
20  Q.  And what were the departments of each of those
21  individuals?
22  A.  One department was Radiology the second department was
23  Urgent Care.
24  Q.  Okay. So, these are employees that ended up being fired
25  following an investigation; correct?

42

1   A.  Yes.
2   Q.  And what was your role with respect to the investigation
3   of the Radiology person?
4   A.  The -- I wasn't the first HR person involved.  The
5   associate that filed the complaint was also a member of
6   management and had been speaking to one of my
7   subordinates at the time.
8      At the point where I got involved, he wasn't
9   available to speak with her.  So, the nature of it was
10  inappropriate -- allegations of inappropriate remarks,
11  comments; feelings of intimidation.
12  Q.  What was the gender of the Radiology -- what was the
13  gender of the person fired?
14  A.  Female.
15  Q.  What was the gender of the management associate who
16  filed the complaint?
17  A.  Female.
18  Q.  And what were the inappropriate remarks?
19  A.  Remarks such as -- you know, basically threatening their
20  jobs.  So, "If you don't," kind of, "do it my way,
21  Woodward is right there."
22  Q.  Was the person that was fired a physician?
23  A.  No.
24  Q.  And how long was that investigation; if you know?
25  A.  Well, the investigation -- I wouldn't -- the

43

1   investigation that led to the termination was a very
2   short period of -- there wasn't an investigation that
3   actually led to the termination.  There were allegations
4   being made by the associate, the supervisor, against the
5   other member of management, and then another person who
6   ultimately was terminated was also making allegations
7   against that person.
8      So, there were various sessions and meetings held
9   by both myself, the VP of that work area.
10     So, I wouldn't necessarily call it an investigation
11  that led to the termination.
12  Q.  All right.  Well, how long was the whole process?
13  A.  About ten months.
14  Q.  And that was from the allegations surfacing to this
15  female manager in Radiology being terminated; correct?
16  A.  There was -- not necessarily.
17  Q.  Okay.
18  A.  The allegations that both parties were making were not
19  fully substantiated, and the decision to terminate was
20  based on the inappropriate or lack of leadership that
21  the other manager was providing to the department.
22     MR. GUNSBERG:  The higher level manager?  Is that
23  who you're talking about?
24  A.  The higher level manager, yes.
25  BY MS. LAUGHBAUM:

44

1   Q.  What was the ten months?  What was the process that took
2   ten months?
3   A.  Employee A coming to HR saying, you know, "Here's my
4   complaint."
5      The other -- the other higher level manager
6   saying -- you know, approaching HR, not necessarily
7   being called by HR, coming to HR and saying, "Well, I
8   have this issue."
9      So, it was just an ongoing kind of back and forth
10  situation between the two that both parties were talked
11  to together and also individually regarding their
12  actions.
13  Q.  Did you conduct interviews in that matter, personally?
14  A.  I spoke to both of them, yes.
15  Q.  Do you know who else would have conducted interviews?
16  A.  I wouldn't necessarily call them interviews.  The VP of
17  that work area also spoke to them individually.
18  Q.  Okay.  Let's move to the Urgent Care situation.
19     Strike that.
20     The Radiology termination was what year?
21  A.  2011.
22  Q.  And how about the Urgent Care termination?
23  A.  2010.
24  Q.  What month in 2010; if you know?
25  A.  You know, I don't recall.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.866.5560
Facsimile: 248.205.7040

Suite 925
2301 West Big Beaver Road
Troy, MI 48084
www.esquiresolutions.com

Received for Filing Oakland County Clerk 2011 SEP 16 AM 10:31

**EXHIBIT**  45