UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE,<br><br>        Plaintiff,<br>vs.<br><br>STEVEN WOODWARD,<br><br>        Defendant.<br>_____/ | Case No.  10-10978<br><br>Patrick J. Duggan<br>United States District Judge<br><br>Michael Hluchaniuk<br>United States Magistrate Judge |

## ORDER TERMINATING MOTIONS AS MOOT (Dkt. 136, 140, 141)

On December 5, 2011, District Judge Patrick J. Duggan granted in part and denied in part plaintiff's motion for summary judgment and set a hearing on plaintiff's request for damages.  (Dkt. 185).  Three pending motions (Dkt. 136, 140, and 141) were referred to the undersigned.  Given the resolution of the substantive legal issues in this matter, the pending motions are now moot.  They are therefore, **TERMINATED**.

      **IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a).  Any objections are required to specify the part of the Order to

1

which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate.

|  |  |
|---|---|
| Date: December 9, 2011 | s/Michael Hluchaniuk<br>Michael Hluchaniuk<br>United States Magistrate Judge |

## CERTIFICATE OF SERVICE

     I certify that on December 9, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Eric A. Buikema, and I certify that I have either hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participant(s): Steven Woodward, 7211 Brittwood Lane, Flint, MI 48507.

s/Tammy Hallwood<br>Case Manager<br>(810) 341-7887<br>tammy_hallwood@mied.uscourts.gov

2