UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

                            United States District Court Judge
                            Patrick J. Duggan, presiding
                            Michael Hluchaniuk, referral

V                                        Case No.: 2:10-cv-10978

STEVEN WOODWARD,

       Defendant.

| Eric A. Buikema (P58379)<br>CARDELLI, LANFEAR & BUIKEMA, P.C.<br>Attorneys for Plaintiff<br>322 W. Lincoln<br>Royal Oak, MI 48067<br>(248) 544-1100<br>ebuikema@cardellilaw.com | STEVEN L. WOODWARD<br>In Pro Per<br>c/o 7211 Brittwood Lane<br>Flint, MI 48507<br>Steve_L_woodward@yahoo.com |
|---|---|

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

      **Exhibit A** – Order Dated December 5, 2011
      **Exhibit B** – E-mail dated December 6, 2011 from Eric Buikema to Steven Woodward
      **Exhibit C** – Affidavit of Eric A. Buikema
      **Exhibit D** – Website printout dated December 12, 2011