# EXHIBIT

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

      Plaintiff,

v.

STEVEN L. WOODWARD,

      Defendant.
_____/

Case No. 10-10978
Honorable Patrick J. Duggan

## ORDER

On this date, the Court entered an Opinion with respect to Plaintiff's motion for summary judgment, filed pursuant to Federal Rule of Civil Procedure 56 on April 29, 2011. For the reasons set forth therein,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART** in that the Court concludes that Plaintiff is entitled to summary judgment pursuant to Federal Rule of Civil Procedure 56(a) with respect to Count IV, only;

**IT IS FURTHER ORDERED**, that Defendant is **PERMANENTLY ENJOINED** from publishing on the Internet or by any other means or medium the following statements:

- AUA routinely commits fraud upon its students.
- AUA falsifies its students' grades.
- AUA breaches contracts.
- AUA conspires to commit fraud and violations of civil rights.

- AUA commits criminal activities reportable to the FBI.
- AUA colluded with St. Joseph Hospital to maliciously end [Woodward's] career.
- AUA committed perjury;

**IT IS FURTHER ORDERED**, that summary judgment pursuant to Federal Rule of Civil Procedure 56(f) is entered in favor of Defendant with respect to Counts I-III;

**IT IS FURTHER ORDERED**, that a hearing with respect to Plaintiff's request for damages is scheduled for January 18, 2012, at 10:00 a.m. in Courtroom 861of the Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226.

DATE: December 5, 2011              <u>s/PATRICK J. DUGGAN</u>
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Eric A. Buikema, Esq.

Steven Woodward
7211 Brittwood Lane
Flint, MI   48507