# EXHIBIT

# B

## Paul M. Kittinger

| | |
|---|---|
| **From:** | Eric A Buikema |
| **Sent:** | Tuesday, December 06, 2011 9:49 AM |
| **To:** | Leonard Sclafani |
| **Cc:** | Paul M. Kittinger |
| **Subject:** | FW: American University of Antigua v Steven Woodward |

FYI

------ Forwarded Message
**From:** Eric Buikema <ebuikema@cardellilaw.com>
**Date:** Tue, 06 Dec 2011 09:41:58 -0500
**To:** Steve Woodward <steve_l_woodward@yahoo.com>
**Conversation:** American University of Antigua v Steven Woodward
**Subject:** American University of Antigua v Steven Woodward

Dear Mr. Woodward,

Yesterday, Judge Duggan issued an opinion and order granting, in part, my client's motion for summary disposition. This order PERMANTENTLY ENJOINS you from publishing on the internet or by any other means or medium statements asserting that AUA commits fraud upon its students, falsifies grades, breaches contracts, conspires to commit fraud and violations of civil rights, commits criminal activities reportable to the FBI, colluded with St. Joseph Hospital to maliciously end your career and committed perjury.

I pulled up your website this morning and find that each and every one of those statements is still there as are the linked youtube videos and other hyperlinks presenting those same statements or contentions.

This continued publication is in direct violation of the court's order and injunction. You must immediately cease and desist from your violation of this injunction or I will have no choice but to seek to hold you in contempt of court. Findings of civil contempt carry with them monetary and even potentially penal sanctions. None of us wish to see that happen to you but, again, I will go that route if that is what is needed to get you to comply, and I mean immediately, with the court's injunction.

Kindly advise me by email as soon as the site and its links are either removed entirely or, minimally, republished in a manner that does not defame my client. I need to hear from you by the close of business today in this regard.

Eric A. Buikema, Attorney at Law
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
(248) 544-1191 fax
ebuikema@cardellilaw.com


------ End of Forwarded Message

1