# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, a foreign corporation,

        Plaintiff,

                                  United States District Court Judge
                                  Patrick J. Duggan, presiding
                                  Michael Hluchaniuk, referral
V                                     Case No.: 2:10-cv-10978

STEVEN L. WOODWARD,

        Defendant.

| Eric A. Buikema (P58379)<br>CARDELLI, LANFEAR & BUIKEMA, P.C.<br>Attorneys for Plaintiff<br>322 W. Lincoln<br>Royal Oak, MI 48067<br>(248) 544-1100<br>ebuikema@cardellilaw.com | Steven Woodward<br>c/o 7211 Brittwood Lane<br>Flint, MI 48507<br>810-235-7267<br>Steve_L_woodward@yahoo.com |
|---|---|

## AFFIDAVIT OF ERIC A. BUIKEMA

Eric A. Buikema, being first duly sworn, states that he has personal knowledge and can testify competently to the following:

    1.    I am an attorney representing American University of Antigua College of Medicine in this matter.

    2.    Following the Court's order granting AUA's Motion for Partial Summary Judgment in Part, and granting it a permanent injunction, I communicated with Defendant a demand to remove the defamatory contents from his website.

3.  As of December 12, 2011, in violation of the Court's permanent injunction, Defendant failed to remove any content from his website www.aua-med.com.

4.  Defendant's continued publication of defamatory statements about AUA causes it to continue suffering irreparable injuries.

Further Affiant Sayeth Not.

_____
ERIC A. BUIKEMA

STATE OF MICHIGAN  )
COUNTY OF OAKLAND ) SS

Subscribed and sworn before me this 12 day of December, 2011

_____
Julie Green, Notary Public
Oakland County, Michigan
My Commission Expires: 12/7/11

Julie Ann Green
Notary Public of Michigan
Oakland County
Expires 12/07/2012
Acting in the County of Oakland