Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
2011 DEC 15 A 8: 28

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                CASE No.: 2:10-cv-10978-PJD-MJH
                                 Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

**Defendant's Response To Court Order 185**

## Defendant's Response To Court Order 185

The Court Order 185 Specifically States:

"It Is Further Ordered, that Defendant is Permanently Enjoined from publishing on the Internet of by any other means or medium the following statements:

**"AUA routinely commits fraud upon its students"**

**"AUA falsifies its students' grades"**

**"AUA breaches contracts."**

**"AUA conspires to commit fraud and violations of civil rights"**

**"AUA commits criminal activities reportable to the FBI"**

**"AUA colluded with St. Joseph Hospital to maliciously end [Woodward's] career."**

**"AUA committed perjury"**

Mr. Woodward is more than willing to cooperate with the Court, but Mr. Woodward has finished searching the files and audio files on both www.youtube.com and www.aua-med.com and www.auasucks.com and can not find any of the statements above that would qualify those listed in Court Order 185. I can not delete what doesn't exist. I have opened all the access to these files so they are available to Mr. Buikema for inspection. I am more than willing to cooperate with the Court in these matters.

If the Court deems I have wrongfully activity, I would encourage the Court request a backup copy of any of my files from Yahoo.com, which is my Internet Service Provider, ISP for my Webs sites and/or Youtube.com. Mr. Buikema has a complete copy of my Web site on a disk I gave him. I am waiting for the Court's decision.

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

Certificate of Service

The undersigned certifies that the foregoing **Defendant's Response To Court Order 185** and this Certificate of Service were served upon Plaintiff by U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507