Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                    CASE No.: 2:10-cv-10978-PJD-MJH
                                     Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

**Defendant's Response to Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held In Contempt of Court.**

**Defendant's Response to Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held In Contempt of Court.**

The Court Order 185 Specifically States:

"It Is Further Ordered, that Defendant is Permanently Enjoined from publishing on the Internet of by any other means or medium the following statements:

**"AUA routinely commits fraud upon its students"**

**"AUA falsifies its students' grades"**

**"AUA breaches contracts."**

**"AUA conspires to commit fraud and violations of civil rights"**

**"AUA commits criminal activities reportable to the FBI"**

**"AUA colluded with St. Joseph Hospital to maliciously end [Woodward's] career."**

**"AUA committed perjury"**

Mr. Woodward is more than willing to cooperate with the Court and has as demonstrated by Exhibit 1, pages 1-3 made an effort to do so.

Mr. Woodward has made video's which are posted on www.youtube.com private so only Mr. Woodward should be able to see them.

Mr. Woodward has renamed the www.aua-med.com and www.auasucks.com index.html pages and related home page files. Mr. Woodward's attempt, as before Mr. Woodward is allowing the violation of his First Amendment Civil Rights over that of the Plaintiff.

Mr. Woodward acknowledges that the main directory files are still visible, upon verification.

Mr. Woodward has multiple web sites, as many as 1,000's of lines of code; hundreds of pages of documentation, and hours of audio to review to find and remove these seven(7) lines of text. To do this Mr. Woodward has erred in his first attempt, because the directories are visible. Mr. Woodward will make another attempt to sort this problem out. Mr. Woodward will attempt to make a solution and encourages Mr. Buikema to assist in finding these seven statements. Mr. Woodward would like to remind the Court that out of twenty one(21) Defamation Claims against Mr. Woodward Only these seven(7) are actionable and some of which the Plaintiff himself provided evidence that they were in FACT TRUE, in a sworn, under oath complaint by AUA's General Counsel and President. Removing non-actionable statements would be more causation for a violation of Mr. Woodward's CIVIL RIGHTS guaranteed by the First Amendment.

Mr. Buikema is most likely, as before, be ignorant and incompetent in the use of his own computer. Mr. Woodward provides Exhibit 2 to demonstrate this very fact when Mr. Woodward had to actually aid Mr. Buikema, even after Mr. Buikema's rude, insulting, and accusing allegations.

                                              Steven Woodward
                                              7211 Brittwood Ln
                                              Flint, MI 48507
                                              (810)235-7267

**List of Index:**

Exhibit 1: Screen shot Web sites: www.aua-med.com, www.auasucks.com, and www.youtube.com

Exhibit 2: Email From Mr. Woodward To: Erica Buikema.

Exhibit 1

# Index of /

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | 06-Jul-2011 09:48 | - | |
| 12345-index | 06-Jul-2011 11:43 | 1k | |
| 12345-left | 06-Jul-2011 11:43 | 1k | |
| 12345-main | 06-Jul-2011 12:10 | 1k | |
| 12345-top | 06-Jul-2011 11:43 | 1k | |
| antigua/ | 28-Nov-2011 19:11 | - | |
| aua/ | 28-Nov-2011 19:11 | - | |
| contacts/ | 28-Nov-2011 19:11 | - | |
| corrupt/ | 28-Nov-2011 19:13 | - | |
| downloads/ | 28-Nov-2011 19:17 | - | |
| exammaster/ | 28-Nov-2011 19:19 | - | |
| faculty/ | 28-Nov-2011 19:20 | - | |
| images/ | 06-Jul-2011 11:46 | - | |
| logs/ | 13-Dec-2011 16:06 | - | |
| pics/ | 28-Nov-2011 19:22 | - | |
| robots.txt | 16-Jul-2011 19:35 | 1k | |

Index of /

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | 13-Dec-2011 03:55 | - | |
| 12345 | 19-Dec-2009 06:28 | 1k | |
| 12345-left | 05-Aug-2009 17:05 | 1k | |
| 12345-main | 28-Jan-2011 06:06 | 2k | |
| 12345-top | 05-Aug-2009 19:29 | 1k | |
| advice/ | 12-Jul-2010 10:34 | - | |
| antigua/ | 12-Jul-2010 10:36 | - | |
| aua/ | 12-Jul-2010 10:37 | - | |
| contacts/ | 12-Jul-2010 10:38 | - | |
| corrupt/ | 12-Jul-2010 10:41 | - | |
| downloads/ | 12-Jul-2010 10:43 | - | |
| exammaster/ | 12-Jul-2010 10:45 | - | |
| exhibits/ | 12-Jul-2010 10:46 | - | |
| experience/ | 12-Jul-2010 10:48 | - | |
| faculty/ | 12-Jul-2010 10:49 | - | |
| images/ | 12-Jul-2010 10:52 | - | |

Exhibit 1 Ps 2

YouTube - Broadcast Yourself. - Mozilla Firefox

File Edit View History Bookmarks Yahoo! Tools Help

www.youtube.com/my_videos?feature=mhee

Most Visited · Getting Started · Latest Headlines · Customize Links · Free Hotmail · RealPlayer · Windows Marketplace · Windows Media · Windows

Try the new look »

Add to ▼   Actions ▼   View: All ▼   Sort by: Newest added ▼

Edit info   Edit video   Analytics ▼

**Susan Zonia, AUA, and St Joseph Mercy Oakland Hospital**
Susan Zonia has been terminated from St Joseph Mercy Oakland H...
July 7, 2011 09:27 AM · Private
2:56

Views: 120
Comments: 0
Responses: 0
👍 0  👎 0

Edit info   Edit video   Analytics ▼

**David Gunsberg P24235 Attorney (and Kidnapper) for AUA and St Joseph Mercy Oakland**
David B. Gunsberg P24235 Attorney for AUA and St Joseph Mercy ...
July 5, 2011 07:05 AM · Private
8:51

Views: 121
Comments: 0
Responses: 0
👍 0  👎 0

Edit info   Edit video   Analytics ▼

**AUA Student Loans**
American University of Antigua, AUA and Sallie Mae Nellie Mae ...
June 27, 2011 07:56 PM · Private
3:00

Views: 237
Comments: 0
Responses: 0
👍 0  👎 0

Edit info   Edit video   Analytics ▼

**AUA Lied, Diploma Worthless, Student Robbed, Dreams Destroyed, Devastated, AUA Program Nightmare**
AUA Lied, Student Robbed, Dreams Destroyed, Devastated, AUA Li...
May 12, 2011 08:14 AM · Private
5:46

Views: 1,774
Comments: 0
Responses: 0
👍 0  👎 0

Edit info   Edit video   Analytics ▼

3

**Subject:** Re: AUA vs Woodward 1 - 10-cv-10978-PJD-MJH
**From:** Steve Woodward (steve_l_woodward@yahoo.com)
**To:** ebuikema@cardellilaw.com; marilyn_orem@mied.uscourts.gov; cfortney@cardellilaw.com;
**Date:** Tuesday, April 20, 2010 12:46 PM

Please select "Reload Current Page"
You must have the index.html page in cache.

Per the agreement the Web page states "Under Maintenance" but also "This is not the official American University of Antigua, AUA, site.".

There are no buttons or links.

Let me know if there are any other problems.

Thanks,

Steven Woodward


This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

---

**From:** Eric A Buikema <ebuikema@cardellilaw.com>
**To:** Steve Woodward <steve_l_woodward@yahoo.com>; marilyn_orem@mied.uscourts.gov; cfortney@cardellilaw.com
**Sent:** Tue, April 20, 2010 9:24:14 AM
**Subject:** Re: AUA vs Woodward 1 - 10-cv-10978-PJD-MJH

Mr. Woodward,

The website is still available. I accessed the homepage this morning. Certain links appear inoperable, but the homepage does not read simply "under construction" as was agreed. Please correct this issue immediately.

Eric A. Buikema, Attorney at Law
Cardelli, Lanfear & Buikema, P.C.
322 West Lincoln Avenue
Royal Oak, Michigan 48067
(248) 544-1100
(248) 544-1191 fax
ebuikema@cardellilaw.com

*Exhibit 2*

Certificate of Service

The undersigned certifies that the foregoing Defendant's Response to Plaintiff's Motion for an Order to show cause why Defendant should not be held in contempt of court" and this Certificate of Service were served upon Plaintiff to American University of Antigua, via council, Mr. Erica Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507