UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

      Plaintiff,

v.

      Case No. 10-10978
      Honorable Patrick J. Duggan

STEVEN WOODWARD,

      Defendant.
_____/

## NOTICE

On December 5, 2011, this Court issued an opinion and order granting in part and denying in part Plaintiff's motion for summary judgment. Defendant filed a motion for reconsideration on December 13, 2011.

Local Rule 7.1(h)(2) provides that no response to the motion is permitted unless the Court orders otherwise. The purpose of this Notice is to inform the parties that the Court will permit Plaintiff to submit a response to the above motion, if Plaintiff desires to respond to the motion. Any response shall be filed within fourteen days from the date of this Notice.

_____

**Certificate of Mailing**

I certify that a copy of this notice was electronically filed and served on Erik A. Buikema, Esq. and Steven Woodward.

Date: December 16, 2011

      s/ Marilyn Orem,
      Deputy Clerk,   (313) 234-5145