UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                              Plaintiff(s),

v.                                                    Case No. 2:10–cv–10978–PJD–MJH
                                                      Hon. Patrick J. Duggan

Steven Woodward,

                              Defendant(s),

_____

### NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 861.  The following motion(s) are **rescheduled** for hearing:

                 Motion for Order to Show Cause – #187

    • MOTION HEARING:  January 18, 2012 at 10:00 AM

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                    By: s/M. Orem_____
                        Case Manager

Dated:   December 23, 2011