Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                                    CASE No.: 2:10-cv-10978-PJD-MJH
                                                     Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

**Emergency Motion to Strike Docket 192**

1

## Emergency Motion to Strike Docket 192

The Defendant requests to STRIKE Docket 192 from the record. The statement "**Local Rule 7.1(h)(2) provides that no response to the motion is permitted unless the Court orders otherwise.**" this statement is FALSE.

The Defendant was given permission by the Court to File Defendant's "**Motion Reconsideration of Judges Order**", filed December 13, 2011.

a) Email, **Exhibit 1**, dated December 9, 2011 is evidence of the Court's GRANTING Mr. Woodward permission to file Defendant's "Motion Reconsideration of Judges Order" Marilyn Orem verified the date with Mr. Woodward with the date "**12/19/11**" for which the Defendant's Motion to Court Order 184 and 185 was due.

b) Email, **Exhibit 2**, clarifies that there is a major confusion in the Hearing Dates and Motions to be covered in the Hearing, but clearly states "**both are set**" a hearing for both Motions. Marilyn Orem writes to Mr. Woodward concerning the confusion in the Court records:

"**both are set for 1/18/12@10:00-the notice setting hearing on motion for order to show cause for 1/19/12 was an error-it should have been set for 1/18/12 along with the other hearing.**". This was in response to Mr. Woodward's email concerning "**Motion for Reconsideration**".

c) Email, **Exhibit 3**, shows that the Court did not put Mr. Woodward's "Motion for Reconsideration" on the Docket for two day after Mr. Woodward filed it.

2

The Court did in fact GRANT Mr. Woodward permission to file

**"Motion Reconsideration of Judges Order"**.

It is only fair that this permission be honored or the Court allows Mr. Woodward to file a

Notice to Appeal Courts Order, Docket 185.

**List of Exhibits:**
**Exhibit 1. Email From Marilyn Orem December 9, 2011**
**Exhibit 2, Email From Marilyn Orem December 23, 2011**
**Exhibit 3, Email From Marilyn Orem December 15, 2011**

Steven Woodward
7211 Brittwood Ln
Flint, MI 48507
(810)235-7267

3

| | |
|---|---|
| Subject: | Re: AUA vs Woodward |
| From: | Marilyn_Orem@mied.uscourts.gov (Marilyn_Orem@mied.uscourts.gov) |
| To: | steve_l_woodward@yahoo.com; |
| Date: | Friday, December 9, 2011 3:19 PM |

12/19/11

From:   Steve Woodward <steve_l_woodward@yahoo.com>
To:   Orem Court <marilyn_orem@mied.uscourts.gov>
Date:   12/09/2011 12:33 PM
Subject:   AUA vs Woodward

Dear Ms Orem,

Please verify the date which I need reply to Court Order 184 and 185.

Thank you for your time,

Steven Woodward

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

EXHIBIT )

| | |
|---|---|
| Subject: | Re: AUA v Woodward |
| From: | Marilyn_Orem@mied.uscourts.gov (Marilyn_Orem@mied.uscourts.gov) |
| To: | steve_l_woodward@yahoo.com; |
| Date: | Friday, December 23, 2011 9:00 AM |

both are set for 1/18/12@10:00-the notice setting hearing on motion for order to show cause for 1/19/12 was an error-it should have been set for 1/18/12 along with the other hearing. I have entered a corrected notice of hearing on the motion for an order to show cause for 1/18/12@10:00 but I am not in the office until 1/5/12 so I cannot mail a copy to you. Sorry for the confusion.


From:    Steve Woodward <steve_l_woodward@yahoo.com>
To:      "Marilyn_Orem@mied.uscourts.gov"
         <Marilyn_Orem@mied.uscourts.gov>
Date:    12/22/2011 05:14 PM
Subject: Re: AUA v Woodward


My Bad, sorry,
I just want to make sure I don't miss any hearings, I think the next
hearing is on January 19th but I'm not 100% sure.

There was a hearing scheduled in January per Docket 185 (Order), I thought
it was 1/8(my bad)
Has that hearing for Order 185 now been cancelled for the January 19th
hearing? I didn't see that on the last docket 192(?) hearing for the
"Motion for Reconsideration"
It seems obvious to me that there isn't going to be a date for Order 185 if
there is a hearing for the motion for reconsideration, but I definitely do
not want to miss any hearings.

I would drive down to the Court house and check myself, but I'm not in town
for the holidays. So your help is greatly appreciated

Thanks again,

This email and any attachments are intended for the sole use of the named
recipient(s) and contain(s) confidential information that may be
proprietary, privileged or copyrighted under applicable law. If you are not
the intended recipient, do not read, copy, or forward this email message or
any attachments. Delete this email message and any attachments immediately.
From: "Marilyn_Orem@mied.uscourts.gov" <Marilyn_Orem@mied.uscourts.gov>

**EXHIBIT 2**

To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Thursday, December 22, 2011 4:56 PM
Subject: Re: AUA v Woodward

I have no record of anything on 1/8/12-it's a Sunday


From:    Steve Woodward <steve_l_woodward@yahoo.com>
To:      Orem Court <marilyn_orem@mied.uscourts.gov>
Date:    12/22/2011 04:48 PM
Subject:   Re: AUA v Woodward


Dear Ms Orem,

Has the January 8th hearing been cancelled?
I received the notice about the January 19th hearing, but it didn't say anything about the January 8th hearing.

Thank you again,

Steven Woodward.

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.
From: Steve Woodward <steve_l_woodward@yahoo.com>
To: Orem Court <marilyn_orem@mied.uscourts.gov>
Sent: Thursday, December 22, 2011 4:46 PM
Subject: AUA v Woodward

Dear Ms Orem,

I filed a Motion for Counterclaims, two days ago, could you please verify the it was submitted to the Docket?

Thank you so much for your help,

Steven Woodward

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

| | |
|---|---|
| Subject: | Re: AUA v Woodward |
| From: | Marilyn_Orem@mied.uscourts.gov (Marilyn_Orem@mied.uscourts.gov) |
| To: | steve_l_woodward@yahoo.com; |
| Date: | Thursday, December 15, 2011 3:15 PM |

They are now on the docket

From:    Steve Woodward <steve_l_woodward@yahoo.com>
To:      Orem Court <marilyn_orem@mied.uscourts.gov>
Date:    12/15/2011 12:31 PM
Subject: AUA v Woodward

Dear Ms. Orem,

On 12/13 I filed "Motion of Reconsideration of Judges Order" I checked today, but it was not on the Docket.
Yesterday I replied to the Plaintiff's Docket 187, and today I responded to Order 185.

I can not find any of the statements from Order 185 on my Web site or my other site.

If you could, please check to see if my Motions were posted on the Docket so I am not late.

Thank you for your time,

Steven Woodward

This email and any attachments are intended for the sole use of the named recipient(s) and contain(s) confidential information that may be proprietary, privileged or copyrighted under applicable law. If you are not the intended recipient, do not read, copy, or forward this email message or any attachments. Delete this email message and any attachments immediately.

EXHIBIT 3

Certificate of Service

The undersigned certifies that the foregoing "Emergency Motion to Strike Docket 192", was mailed to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507