


Case 2:10-cv-10978-PJD-MJH

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V                                       CASE No.: 2:10-cv-10978-PJD-MJH
                                        Judge Patrick J. Duggan

STEVEN WOODWARD,

Defendant,

**Defendant's Response to Plaintiff's Response to Defendant's Motion For Counterclaims (Docket 193)**

### Defendant's Response to Plaintiff's Response to Defendant's Motion For Counterclaims (Docket 193)

The Defendant's Counterclaims are within the Law and Rights of Mr. Woodward.

The Plaintiff errors in their argument of "doctrine of res judicata" the Claims made by Mr. Woodward are not the same as in the previous case Woodward v American University of Antigua, et al, (Docket No. 292172)

Mr. Woodward's Claims are based on the Plaintiff's actions and filing of Docket 1 of Case 2:10-cv-10978-PJD-MJH and the summation of the most recent behavior and actions of the Plaintiff.

The Defendant's Claims are logical and just for all parties involved (including the 150(+) students) who have suffered irreparably by AUA:

**Docket 1, page 9**

"50. **The consequence of disclosure has an immediate and obvious impact on the affected students' privacy rights for which there is no adequate remedy at law.**"


If a Bank Robber, (in this case AUA), is acquitted due to a technicality (Case No. 292172) in the judicial system, but then commits the same crime again, (as in AUA's recent actions) that Robber can not be considered innocent of the second Bank Robbery based on the fact they got-off of the first Bank Robbery.


Case 2:10-cv-10978 is not Closed; The Courts Opinion's (Docket 184) in conjunction with the Plaintiff's own Motions and Testimony supports and validates all of Mr. Woodward's Claims.

The Court's Opinion, evidence, testimony, and Discovery (or lack and willful REFUSAL to participation in Discovery by AUA) have already been made to support all of Mr. Woodward's Claims.

Steven Woodward  
7211 Brittwood Ln  
Flint, MI 48507  
(810)235-7267

Certificate of Service

The undersigned certifies that the foregoing **Defendant's Response to Plaintiff's Response to Defendant's Motion For Counterclaims (Docket 193)** and this Certificate of Service were served upon Plaintiff via U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507