MIED (Rev. 04/09/06) Notice of Appeal

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua College of Medicine, a foreign Corporation

Plaintiff(s),

v.

Steven L. Woodward

Defendant(s).

Case No. 2:10-cv-10978

Judge Patrick J. Duggan

Magistrate Judge

FILED
JAN 30 2012
U.S. DISTRICT C...
FLINT, MICH...

## NOTICE OF APPEAL

Notice is hereby given that _Steven L. Woodward_ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☒ Order

☐ Other: _Docket 185 Order on Motion for Summary Judgment_

entered in this action on _1/30/2012_.
[Date]

Date: _1/30/2012_

Signature: _[signed] Woodward_

Counsel is: _____
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No.

7211 Brittwood Ln
Street Address

Flint  MI  48507
City, State  Zip Code

(810) 235-7267
Telephone Number

Steve_L_woodward@yahoo.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.