UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

                Plaintiff(s),

v.                                      Case No. 2:10−cv−10978−PJD−MJH
                                            Hon. Patrick J. Duggan

Steven Woodward,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on January 30, 2012.

                                        DAVID J. WEAVER, CLERK OF COURT

                                    By: s/ D. Peruski
                                            Deputy Clerk

Dated:   January 30, 2012