MIED (Rev. 8/05) Order On Application to Proceed In Forma Pauperis

United States District Court
Eastern District of Michigan

Case Number 10-10978

AMERICAN UNIVERSITY ANTIGUA COLLEGE OF MEDICINE

Plaintiff,                          District Judge PATRICK J. DUGGAN

v.

STEVEN WOODWARD,

_____ Defendants.     /

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[ X ]  **GRANTED.**(FOR APPEAL)

[ ]  **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ]   **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s).

[ ]  **DENIED**, for the following reasons:

_____

_____

Date:  February 2, 2012                          s/PATRICK J. DUGGAN
                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on petitioner and/or counsel of record by U.S. mail or electronic means.

Date:  February 2, 2012                          s/Marilyn Orem
                                                  _____
                                                  Deputy Clerk