**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

F I L E D
APR 1 8 2012
U.S. DISTRICT COURT
FLINT, MICHIGAN

American University of Antigua College of Medicine, a foreign Corporation

Plaintiff(s),

Case No. 2:10-cv-16978

v.

Judge Patrick J. Duggan

Steven L. Woodward

Magistrate Judge

Defendant(s).

_____/

## NOTICE OF APPEAL

Notice is hereby given that _____Steven L. Woodward_____ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:  ☐ Judgment  ☒ Order

☐ Other: _____Docket 206 OPINION and ORDER_____

entered in this action on ___4/18/2012___.
[Date]

Date: __4/18/2012__

_____[Signature]_____

Counsel is: _____
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No. _____

7211 Brittwood Ln
Street Address

Flint   MI   48507
City, State  Zip Code

(810) 235-7267
Telephone Number

Steve_L_Woodward@yahoo.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.

United States District Court
Eastern District Of Michigan
Southern Division

American University Of Antigua College
Of Medicine, a foreign corporation,

Plaintiff,

                United States District Court
                Judge Patrick J. Duggan, presiding
                Case No.: 2:10-cv-10978

V

Steven Woodward,

Defendant.

| Eric A. Buikema (P58379) | Steven L. Woodward |
|---|---|
| Cardelli, Lanfear & Buikema, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

### Certificate of Service

The undersigned certifies that the foregoing **Notice Of Appeal,** for Docket 206 and this **Certificate of Service** were served upon Plaintiff via email, Eric plaintiff Court <ebuikema@cardellilaw.com> and U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507

*/s/ Steven Woodward*