UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua
College of Medicine,

      Plaintiff(s),

v.            Case No. 2:10−cv−10978−PJD−MJH
            Hon. Patrick J. Duggan

Steven Woodward,

      Defendant(s).

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 18, 2012.

            DAVID J. WEAVER, CLERK OF COURT

           By: s/ D. Worth
             Deputy Clerk

Dated:   April 18, 2012