Case 2:10-cv-10978-PJD-MJH   ECF No. 209, PageID.3662   Filed 04/19/12   Page 1 of 4

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua College of Medicine, a foreign Corporation

            Plaintiff(s),

v.

Steven L. Woodward

            Defendant(s).
            _____/

Case No. 2:10-cv-10978

Judge Patrick J. Duggan

Magistrate Judge

**FILED APR 19 2012 U.S. DISTRICT COURT FLINT, MICHIGAN**

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

For use by incarcerated applicants filing habeas petitions <u>or</u> appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255 <u>and</u> nonprisoners filing civil cases or appeals.

**THIS APPLICATION IS FOR (check one):**

| **Habeas Action** | **Motion Under 28 U.S.C. § 2255** | **Nonprisoner Action** |
|---|---|---|
| New Case ☐ | Appeal ☐ | New Case ☐ |
| Appeal ☐ | | Appeal ☑ |

I, Steven L. Woodward _____ declare that I am the:

petitioner/plaintiff/appellant ☑     other ☐

in the above-entitled proceeding. In support of my request to proceed *in forma pauperis* under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought.
In support of this application, I have provided answers to the following questions.

1. Are you employed?  Yes ☐  No ☑

   If your answer is yes, state the amount of your monthly pay and provide the name and address of your employer.

   Salary: _____
   Name of Employer: _____
   Employer's Address: _____

2. In the last 12 months, have you received money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Gifts or inheritances | ☑ | ☐ |
   | e. | Other sources | ☑ | ☐ |

Case 2:10-cv-10978-PJD-MJH    ECF No. 209, PageID.3663    Filed 04/19/12    Page 2 of 4

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases

If you answered yes to any of these questions, state the source of the money and the amount that you received.

Source: __Family members support when needed__

Amount: __Approx. $700.00 per month__

3. Do you have any money in a:

   a. Prison or jail account          Yes ☐  No ☐
   b. Checking account                Yes ☐  No ☐
   c. Savings account                 Yes ☒  No ☐

   If you answered yes, state the total amount.  Amount: __Approx. $500.00 (known accounts)__

4. Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?  Yes ☒  No ☐

   If you answered yes, describe the property and state its approximate value.

   Property description: __Home (1979 Boat)__      Value: __Approx $29,000__

   Property description: _____   Value: _____

5. List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

   Relationship: _____  Amount: _____
   Relationship: _____  Amount: _____
   Relationship: _____  Amount: _____
   Relationship: _____  Amount: _____

   **I declare under penalty of perjury that the foregoing is true and correct.**

Date: __April 18, 2012__

Signature of Applicant and Prisoner No. if applicable

7211 Brittwood Ln
Address (including name of Institution)

Flint, Mich. 48507
City, State, Zip Code

(810)235-7267
Telephone Number

---

### REQUEST FOR SERVICE BY U.S. MARSHAL

For use only by nonprisoners filing new civil cases.

If my application to proceed *In Forma Pauperis* is granted:

a. I request service of the summons and complaint by a U.S. Marshal.  Yes ☐  No ☐

Date: _____   _____
                                Signature of Applicant

Case 2:10-cv-10978-PJD-MJH   ECF No. 209, PageID.3664   Filed 04/19/12   Page 3 of 4

MIED (Rev. 8/08) Application to Proceed *In Forma Pauperis* - Habeas Petitions, 2255 Motions and Nonprisoner Civil Cases

## CERTIFICATE

**This section only applies to incarcerated applicants filing habeas petitions or appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255.** (To be completed by an authorized prison official.)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit at this institution:

_____

_____

_____.

Date: _____            _____
                                         Signature and Title of Authorized Official

                                         _____
                                         Name of Institution

United States District Court
Eastern District Of Michigan
Southern Division

American University Of Antigua College
Of Medicine, a foreign corporation,

Plaintiff,

                               United States District Court
                               Judge Patrick J. Duggan, presiding
                               Case No.: 2:10-cv-10978

V

Steven Woodward,

Defendant.

| Eric A. Buikema (P58379) | Steven L. Woodward |
| --- | --- |
| Cardelli, Lanfear & Buikema, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

### Certificate of Service

The undersigned certifies that the foregoing **Application to proceed In Forma Pauperis,** for Docket 206 and this **Certificate of Service** were served upon Plaintiff via email, Eric plaintiff Court <ebuikema@cardellilaw.com> and U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507

*/s/ Steven Woodward*