United States District Court
Eastern District of Michigan

Case Number 10-10978

AMERICAN UNIVERSITY OF ANTIGUA

                Plaintiff,        District Judge PATRICK J. DUGGAN

v.

STEVEN L. WOODWARD,

                Defendants. /

## ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

☐ **GRANTED**.(FOR APPEAL)

☐ **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

☐ **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s).

☒ **DENIED**, for the following reasons:
Moot-Defendant granted leave to appeal in forma pauperis on February 2, 2012.

Date: April 20, 2012                s/PATRICK J. DUGGAN
                                                         UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on petitioner and/or counsel of record by U.S. mail or electronic means.

Date: April 20, 2012                s/Marilyn Orem
                                                         Deputy Clerk