## Sevrine Barrie

| | |
|---|---|
| **From:** | William Cain [billcain@comcast.net] |
| **Sent:** | Wednesday, December 19, 2007 11:47 AM |
| **To:** | steve_l_woodward@yahoo.com |
| **Cc:** | Sevrine Barrie; jecmpark@aol.com; metellug@bellsouth.net; yanezj@trinity-health.org; nikhielrau@gmail.com; Dr. Peter Bell; Victor Hrehorovich |

**Subject:** Notice of Grievance Committe hearing

Steve Woodward, Med Student V:

An American University of Antigua Faculty Grievance and Disciplinary Committee has been examining the subject introduced to you by Dr. Zonia (memo from Dr. Zonia to Dr. Calderon, December 17, 2007, RE: V Semester).

According to Dr. Zonia's memo and evidence available to the Committee, you may again be in violation of articles contained in the American University of Antigua Student Handbook (AUA-KMC_2007 Student Handbook_v71807, pp. 12-14).  More specifically, the committee has received evidence suggesting that your demeanor has continued to be inappropriate in that you have rudely and unprofessionally vented anger toward the AUA curriculum, failed to answer hospital pages, selected an unseemly username in ExamMaster and defended the epithet when challenged.

A hearing with regard to your conduct will be held by conference call at 10:00 AM, Friday 21Dec07.  Please speak to Zonia for access to a private room and telephone connection. Rules of the hearing will be as you experienced in Antigua (*i.e.*, no recording device, no legal council, written and/or verbal responses to committee questions, availability of evidence and witnesses, right to cross examine, *etc.*)  During the hearing, you will be questioned by Committee members.  Please respond directly to the questions asked, and please keep your responses brief and succinct.  If you wish to make an opening statement, you will have five minutes for that purpose.  If you have more to say than you can express within five minutes, please type it up and distribute it to the committee prior to the hearing.

After the meeting, the Committee will report to the appropriate dean(s).  You will not receive a copy of the Committee's recommendation from the Committee.  The dean(s) will further dispose of this matter.  Under some conditions (stated in the Student Handbook, p13) you have the right to appeal the Deans' action to the President of the University in which case you may be represented by legal council.

If you have any questions, please address them directly to me.  You may reach me by email reply or call me at (410) 299-5550.

Thank you.

William A. Cain, Ph.D.
AUA Faculty Grievance Committee Chair

106



ST. JOSEPH
MERCY OAKLAND

44405 Woodward Avenue
Pontiac, Michigan 48341-5023
248-858-3000

TO:        Ernesto Calderon, M.D.
FROM:      Susan Zonia
RE:        V Semester
DATE:      December 17, 2007


We have been reviewing our experiences with offering the V Semester for the first time. As with any new program, it was not without its hitches and student adjustment issues. However, we found the attitude and demeanor of Steven Woodward to be completely inappropriate and detrimental to the program. Mr. Woodward appeared to have resented every assignment we gave him. But, instead of constructive criticism, he vented his anger in a professional unacceptable manner. For example: he completed his 100 patient log in two weeks and wanted to stop attending the program; he requested a transfer to the Miami program saying that the V Semester was a waste of time and his time would be better spent in a Kaplan course; sabotaging exams by giving the same response to all questions to simply get it over with; requesting early release on virtually a daily basis from his clinical rotation so that he could study for boards, etc. We believe that if he perceived the AUA V Semester curriculum as inappropriate, the professional response would have been to engage in a reasoned dialogue with representatives of the school, not argue with faculty at St. Joseph Mercy Oakland, or openly demonstrate his contempt for the curriculum, and those charged with delivering it.


Mr. Woodward's lack of professionalism and poor communication skills are a source of great concern. We do not feel that he will be a good ambassador for AUA, our hospital, or the profession he is about to enter. We encourage the faculty at AUA to review his entire record, to determine if he does meet the qualifications to sit for the boards, and begin clinical rotations.


A MEMBER OF ⊕ TRINITY HEALTH

OUR MISSION: We serve together in Trinity Health in the spirit of the Gospel to heal the body, mind and spirit,
to improve the health of our communities and to steward the resources entrusted to us.

107

**Sevrine Barrie**

| | |
|---|---|
| From: | William Cain [billcain@comcast.net] |
| Sent: | Monday, December 17, 2007 9:38 AM |
| To: | 'Susan Zonia'; JECMPARK@aol.com |
| Cc: | 'Deneen McCall'; 'Jeffrey Yanez'; Sevrine Barrie |
| Subject: | RE: Planning the grievance hearing |

Dear Dr. Zonia and Dr. Calderon;

Your memo, Dr. Zonia's, to Dr. Calderon dated Dec. 17, 2007 is what we needed to continue the committee's work.

Later today, I will meet with Dr. Calderon and Sevrine Barrie to plan distribution of the grievance documents and to arrange a time and places for the hearing.  Hopefully, the hearing will get done on Wednesday of this week (Dec. 19).

We will need your help, Dr. Zonia, with hearing arrangements.  When I talk to Steve Woodward, I need to tell him when and where he should appear to respond to the grievance and to answer questions from the committee.  Please expect a call from me and/or Sevrine this afternoon.

Thank you.

Regards,

Bill Cain

-----Original Message-----
From: Susan Zonia [mailto:ZONIAS@trinity-health.org]
Sent: Monday, December 17, 2007 9:08 AM
To: JECMPARK@aol.com; billcain@comcast.net
Cc: Deneen McCall; Jeffrey Yanez
Subject: RE: Planning the grievance hearing

Here is the memo you requested.  Please let me know if you need anything else.




Susan C. Zonia, Ph.D.
Director of Medical Education
St. Joseph Mercy-Oakland
44405 Woodward
Pontiac, Michigan 48341
(248)858.6796
zonias@trinity-health.org

>>> "William Cain" <billcain@comcast.net> 12/15/2007 7:02 AM >>>
Dear Dr. Zonia,


To me, the documents I have received are evidence of absurd behavior.  To proceed, we need is a grievance statement (or request for grievance committee hearing).  I will distribute your statement to Steve Woodward and to the faculty committee.  Then, during the hearing I will ask Steve Woodward to respond.


A letter or memo from you that states or summarizes the complaint(s) will suffice.

108

Please feel free to call [(410)-299-5550] or email me at any time.


Thank you.


Bill Cain


William A. Cain, Ph.D.

AUA School of Medicine

Professor and Assistant Dean

Allied Health Professions


————

From: JECMPARK@aol.com [mailto:JECMPARK@aol.com]
Sent: Saturday, December 15, 2007 3:58 AM
To: ZONIA@trinity-health.org; ZONIAS@trinity-health.org
Cc: billcain@comcast.net
Subject: Fwd: Planning the grievance hearing


Dear Susan:


Please read this note from Dr. Cain.  You need to write a request to start a
Grievance procedure.  If you would like, you could say that "according to
instructions from VH and myself......"  That way you would not have this person in your
Office complaining.


J. Ernesto


————

See AOL's top
<http://food.aol.com/top-rated-recipes?NCID=aoltop00030000000004>  rated recipes and ea
<http://body.aol.com/fitness/winter-exercise?NCID=aoltop00030000000003>
ways to stay in shape for winter.

109

**Victor Hrehorovich**

| | |
|---|---|
| From: | Victor Hrehorovich |
| ent: | Tuesday, October 23, 2007 4:17 PM |
| To: | 'Susan Zonia' |
| Cc: | 'nssimon@auamed.org'; 'JECMPARK@aol.com' |
| Subject: | RE: Exammaster Error |

Dear Susan:  I apologize for Steve, but, am inclined to give him one more week to see i you find an improvement in his performance. I promise that we will screen very carefull the next group of Vth Semester students.  It may even be possible that you may be able meet he final candidates during our meeting in Antigua next month.  Best regards, Victo

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: Susan Zonia [mailto:ZONIAS@trinity-health.org]
Sent: Tuesday, October 23, 2007 3:35 PM
To: Victor Hrehorovich
Subject: RE: Exammaster Error

Victor:  I am appalled at the exchange.  I would terminate him at this point.  As a hospital training site, are held to the standard of teaching the core competencies of communication and professionalism.  This individual has failed to see the merit in eith core value.  He will  not represent the college, our hospital, or the profession, well.

Susan

>>> "Victor Hrehorovich" <vhrehorovich@AUAMED.ORG> 10/23/2007 3:26 PM
>>>
Dear Steve:  I leave the last word to you. Best regards,


Victor R. Hrehorovich, M.D., FACP, FCCP

Vice Chancellor and Executive Dean

American University of Antigua, College of Medicine

c/o Greater Caribbean Learning Resources

888 282-8633, FAX: 212 661-8864


_____

From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 3:24 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error


Dear Dr Hrehorovich,


I'm trying to succede by trying to schedule and concentrate on my studies.

i.e.  Seeing what I was told was a requirement for patients visits; so I could focus o passing the Step review and finishing this semester's requirements.

1

110

But here we are again, a student having to bend and accomidate for AUA changing schedul;,
pplications and procedures etc; but AUA is unwilling to accomidate what I preceived as
,oing better than the average student.  At this point I feel sorry for even putting for 1
the effort and wasting my time.


Thanks again,


Steve



----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: Susan Zonia <ZONIAS@trinity-health.org>; Sevrine Barrie <Sbarrie@AUAMED.ORG>;
JECMPARK@aol.com; "nssimon@auamed.org"
<nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 3:00:54 PM
Subject: RE: Exammaster Error

Dear Steve: Let☐s defer further discussions.  Your points are well taken and will in t: e
be addressed.  For now concentrate on your education and do the best you can to make u:
glad we had you in our school.  Best regards,


Victor R. Hrehorovich, M.D., FACP, FCCP

Vice Chancellor and Executive Dean

American University of Antigua , College of Medicine

c/o Greater Caribbean Learning Resources

888 282-8633, FAX: 212 661-8864


_____

From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 2:05 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error


Dear Dr. Hrehorovich,


Just a heads-up.....

I'm not the only one that has these feelings about this program and the success of AU
here.

And I'm not talking about students......  I am talking about individuals that ARE lon
term good standing physicians.

2

///

It's unfortunate that AUA doesn't have tendency to listen to feedback and solve the real problems and real issues.

over what?, money (I quote N. Simon).  I feel AUA has traded success of the students and ultimately the school Step 1 pass rate for it.

I also know that it is published in commonly read medical literature (e.g. First Aid for the USMLE Step 1, 2007, page 11) that the pass rate for foreign students is 67% compared to a US school that has 93% pass rate.

I know what you're thinking about the quality of student etc etc that are selected from the US schools.

But everything being even wouldn't it be better to limit the superfluous and redundant requirements and focus on Basic sciences (i.e. DPS, ICM and 5th semester requirements)  and either combine them into a fluid progression?  Limit the requirements for 5th semester, i.e. the write-ups, record keeping and patient contact and focus on learning and re-enforcing basic sciences material to prepare us for the Step.

Other physicians mentioned that they don't understand the 5th semester, because retention of the Basic Science material is lost at an exponential rate, so wouldn't it make sense to reinforce the material?
This was the practice during 5th semester when I started at AUA, but was discontinued when students stopped going to instructor lectures (FOR GOOD REASON!  They didn't want to listen to some of the professors from AUA!  But again it's always the students fault even when they're footing the bill. )

Please don't shoot the messenger!

Steve

----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: George Kroon <gkroon@AUAMED.ORG>; Sevrine Barrie <Sbarrie@AUAMED.ORG>; Susan Zonia <ZONIAS@trinity-health.org>; JECMPARK@aol.com; " nssimon@auamed.org " <nssimon@AUAMED. RG>
Sent: Tuesday, October 23, 2007 1:06:22 PM
Subject: RE: Exammaster Error

Dear Steve:  It sounds like there is still some work ahead of us.  Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP

Vice Chancellor and Executive Dean

American University of Antigua , College of Medicine

c/o Greater Caribbean Learning Resources

3

112

888 282-8633, FAX: 212 661-8864

From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 12:59 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error


Dear Dr Hrehorovich,


I tried to use another login, but do to the inflexibility, ease of use, errors and
unprofessional manor of which we have to use this application I thought the login fit the
application.  I guess I should have used "exammastersucks".  I chose this password because
I knew it would get the attention of the programmers and management, seeing that other
mechanisms don't seem to work, i.e. writing a comment about the login procedure.


As for professionalism, I learn from the best at AUA.


Thanks again for your continued support and caring nature of your students.  They are
always wrong and AUA is always right.



Steve




----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: George Kroon <gkroon@AUAMED.ORG>
Cc: Steve Woodward <steve_l_woodward@yahoo.com>; Susan Zonia <ZONIAS@trinity-health.or ;
JECMPARK@aol.com; " nssimon@auamed.org "
<nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 10:57:57 AM
Subject: RE: Exammaster Error

Dear George:  Thank you for helping Steve login to Exammaster. By copy to this email I
would like to also address Steve's choice of login.
While I believe in levity and freedom of choice, I wonder if Steve recognizes the personal
image he projects by his login selection.  Is this the demeanor and deportment of a
professional, much less a physician who will need to secure the respect and confidence of
his patients and peers to practice the healing arts?  Moreover, should we be contributing
to the advancement of individuals into the medical profession who favor these modes of
self-expression?  I would like Steve to answer these questions.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine c/o Greater Caribbean Learning
Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----

4

113

From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion.  You need to login with the correct username.
Your exams are sent to you via your login of "auasucks".  That is the only one that will
allow you to retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

George,

Please recheck my account, I just checked the URL you gave me and I still can't login,
same error.

BTW the URL I used before is the same one you listed me below.
Unless there's a specific URL for PONTIAC I  used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve

----- Original Message ----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error

Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our regular website

Let me know if you have further problems.
george kroon

-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

5

114

Steve

115



KASTURBA
MEDICAL
COLLEGE



*Created by U.S. Physicians to Educate U.S. Physicians*

## FACSIMILE TRANSMITTAL SHEET

| To: Dr. Calderon | From: Irna Dotlicka |
|---|---|
| Company: | Date: 10.10.07 |
| Fax number: (410) 789-4688 | Total no. of pages including cover: 34 |
| Phone number: | Via: |
| Re: | Your reference number: |

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Notes/Comments:

Administrative Office: Two Wall Street 10th Fl
New York, NY 10005
Tel: 212 - 661-8899 Fax: 212 - 661-8864
1-888-AUA-UMED (1-888-282-8633)
Email: info@auamed.org  www.auamed.org

Manipal Education & Medical Group
Manipal 576104 India
Tel: 91-820 2571978/79 Fax: 01-820 2571982/257062
Email: kmc_auamed.@manipal.edu
www.manipal.edu

116

Victor Hrehorovich

From:          Victor Hrehorovich
Sent:          Tuesday, October 23, 2007 4:17 PM
T:             'Susan Zonia'
               'nssimon@auamed.org'; 'JECMPARK@aol.com'
ject:          RE: Exammaster Error

Dear Susan:  I apologize for Steve, but, am inclined to give him one more week to see if
you find an improvement in his performance. I promise that we will screen very carefully
the next group of Vth Semester students. It may even be possible that you may be able t
meet he final candidates during our meeting in Antigua next month. Best regards, Victor

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine c/o Greater Caribbean Learning
Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: Susan Zonia [mailto:ZONIAS@trinity-health.org]
Sent: Tuesday, October 23, 2007 3:35 PM
To: Victor Hrehorovich
Subject: RE: Exammaster Error

Victor: I am appalled at the exchange. I would terminate him at this point. As a
hospital training site, are held to the standard of teaching the core competencies of
communication and professionalism. This individual has failed to see the merit in eithe
core value. He will not represent the college, our hospital, or the profession, well.

Susan

>>> "Victor Hrehorovich" <vhrehorovich@AUAMED.ORG> 10/23/2007 3:26 PM
>>>
Dear Steve:  I leave the last word to you. Best regards,


Victor R. Hrehorovich, M.D., FACP, FCCP

Vice Chancellor and Executive Dean

American University of Antigua, College of Medicine

c/o Greater Caribbean Learning Resources

888 282-8633, FAX: 212 661-8864


   om: Steve Woodward [mailto:steve_1_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 3:24 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error


Dear Dr Hrehorovich,


I'm trying to succede by trying to schedule and concentrate on my studies.

i.e.  Seeing what I was told was a requirement for patients visits; so I could focus on
passing the Step review and finishing this semester's requirements.

                                        1

Sevrine Barrie

| | |
|---|---|
| From: | Victor Hrehorovich |
| Sent: | Tuesday, October 23, 2007 10:59 AM |
| To: | Sevrine Barrie |
| Subject: | FW: Exammaster Error |

Please place this correspondence in Steve Woodward's file.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine c/o Greater Caribbean Learning
Resources
888 282-8633, FAX: 212 661-8864

-----Original Message-----
From: Victor Hrehorovich
Sent: Tuesday, October 23, 2007 10:58 AM
To: George Kroon
Cc: 'Steve Woodward'; 'Susan Zonia'; 'JECMPARK@aol.com'; 'nssimon@auamed.org'
Subject: RE: Exammaster Error

Dear George:  Thank you for helping Steve login to Exammaster. By copy to this email I
would like to also address Steve's choice of login.  While I believe in levity and free m
of choice, I wonder if Steve recognizes the personal image he projects by his login
selection.  Is this the demeanor and deportment of a professional, much less a physicia
who will need to secure the respect and confidence of his patients and peers to practic
the healing arts?  Moreover, should we be contributing to the advancement of individual
into the medical profession who favor these modes of self-expression?  I would like Ste
to answer these questions.

 ictor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine c/o Greater Caribbean Learning
Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion.  You need to login with the correct username.  Your exams are
sent to you via your login of "auasucks".  That is the only one that will allow you to
retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

George,

 lease recheck my account, I just checked the URL you gave me and I still can't login,
same error.

BTW the URL I used before is the same one you listed me below.

1

118

Unless there's a specific URL for PONTIAC I used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve


----- Original Message ----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error


Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our regular website.

Let me know if you have further problems.
george kroon


-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

Steve

2

## Sevrine Barrie

| | |
|---|---|
| **From:** | Victor Hrehorovich |
| **Sent:** | Tuesday, October 23, 2007 3:26 PM |
| **To:** | Steve Woodward |
| **Cc:** | Susan Zonia; Sevrine Barrie; JECMPARK@aol.com; nssimon@auamed.org |
| **Subject:** | RE: Exammaster Error |

Dear Steve: I leave the last word to you. Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 3:24 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr Hrehorovich,

I'm trying to succede by trying to schedule and concentrate on my studies.
i.e. Seeing what I was told was a requirement for patients visits; so I could focus on passing the Step review and finishing this semester's requirements.

But here we are again, a student having to bend and accomidate for AUA changing schedules, applications and procedures etc; but AUA is unwilling to accomidate what I preceived as doing better than the average student. At this point I feel sorry for even putting forth the effort and wasting my time.

Thanks again,

Steve

----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: Susan Zonia <ZONIAS@trinity-health.org>; Sevrine Barrie <Sbarrie@AUAMED.ORG>;
JECMPARK@aol.com; "nssimon@auamed.org" <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 3:00:54 PM
Subject: RE: Exammaster Error

Dear Steve: Let's defer further discussions. Your points are well taken and will in time be addressed. For now concentrate on your education and do the best you can to make us glad we had you in our school. Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources

10/26/2007

(12)

888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 2:05 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr. Hrehorovich,

Just a heads-up.....
I'm not the only one that has these feelings about this program and the success of AUA here.
And I'm not talking about students...... I am talking about individuals that ARE long term good standing physicians.

It's unfortunate that AUA doesn't have tendency to listen to feedback and solve the real problems and real issues.
Over what?, money (I quote N. Simon). I feel AUA has traded success of the students and ultimately the school Step 1 pass rate for it.

I also know that it is published in commonly read medical literature (e.g. First Aid for the USMLE Step 1, 2007, page 11) that the pass rate for foreign students is 67% compared to a US school that has 93% pass rate.
I know what you're thinking about the quality of student etc etc that are selected from the US schools. But everything being even wouldn't it be better to limit the superfluous and redundant requirements and focus on Basic sciences (i.e. DPS, ICM and 5th semester requirements) and either combine them into a fluid progression? Limit the requirements for 5th semester, i.e. the write-ups, record keeping and patient contact and focus on learning and re-enforcing basic sciences material to prepare us for the Step.

Other physicians mentioned that they don't understand the 5th semester, because retention of the Basic Science material is lost at an exponential rate, so wouldn't it make sense to reinforce the material? This was the practice during 5th semester when I started at AUA, but was discontinued when students stopped going to instructor lectures (FOR GOOD REASON! They didn't want to listen to some of the professors from AUA! But again it's always the students fault even when they're footing the bill. )

Please don't shoot the messenger!

Steve

----- Original Message -----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: George Kroon <gkroon@AUAMED.ORG>; Sevrine Barrie <Sbarrie@AUAMED.ORG>; Susan Zonia <ZONIAS@trinity-health.org>; JECMPARK@aol.com; " nssimon@auamed.org " <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 1:06:22 PM
Subject: RE: Exammaster Error

Dear Steve: It sounds like there is still some work ahead of us. Best regards,

10/26/2007

12

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

_____

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 12:59 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error


Dear Dr Hrehorovich,


I tried to use another login, but do to the inflexibility, ease of use, errors and unprofessional manor of
which we have to use this application I thought the login fit the application.  I guess I should have used
"exammastersucks".  I chose this password because I knew it would get the attention of the
programmers and management, seeing that other mechanisms don't seem to work, i.e. writing a
comment about the login procedure.


As for professionalism, I learn from the best at AUA.


Thanks again for your continued support and caring nature of your students.  They are always wrong and
AUA is always right.



Steve




----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: George Kroon <gkroon@AUAMED.ORG>
Cc: Steve Woodward <steve_l_woodward@yahoo.com>; Susan Zonia <ZONIAS@trinity-health.org>;
JECMPARK@aol.com; " nssimon@auamed.org " <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 10:57:57 AM
Subject: RE: Exammaster Error


10/26/2007

**/22**

Dear George:  Thank you for helping Steve login to Exammaster. By copy
to this email I would like to also address Steve's choice of login.
While I believe in levity and freedom of choice, I wonder if Steve
recognizes the personal image he projects by his login selection.  Is
this the demeanor and deportment of a professional, much less a
physician who will need to secure the respect and confidence of his
patients and peers to practice the healing arts?  Moreover, should we be
contributing to the advancement of individuals into the medical
profession who favor these modes of self-expression?  I would like Steve
to answer these questions.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion.  You need to login with the correct username.
Your exams are sent to you via your login of "auasucks".  That is the
only one that will allow you to retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

George,

Please recheck my account, I just checked the URL you gave me and I
still can't login, same error.

BTW the URL I used before is the same one you listed me below.
Unless there's a specific URL for PONTIAC I used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve

10/26/2007

125

----- Original Message ----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error


Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our
regular website.

Let me know if you have further problems.
george kroon


-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

Steve


10/26/2007

124

**Sevrine Barrie**

| | |
|---|---|
| **From:** | Victor Hrehorovich |
| **Sent:** | Tuesday, October 23, 2007 3:01 PM |
| **To:** | Steve Woodward |
| **Cc:** | Susan Zonia; Sevrine Barrie; JECMPARK@aol.com; nssimon@auamed.org |
| **Subject:** | RE: Exammaster Error |

Dear Steve: Let's defer further discussions.  Your points are well taken and will in time be addressed.  For now concentrate on your education and do the best you can to make us glad we had you in our school.  Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 2:05 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr. Hrehorovich,

Just a heads-up.....
I'm not the only one that has these feelings about this program and the success of AUA here.
And I'm not talking about students...... I am talking about individuals that ARE long term good standing physicians.

It's unfortunate that AUA doesn't have tendency to listen to feedback and solve the real problems and real issues.
Over what?, money (I quote N. Simon). I feel AUA has traded success of the students and ultimately the school Step 1 pass rate for it.

I also know that it is published in commonly read medical literature (e.g. First Aid for the USMLE Step 1, 2007, page 11) that the pass rate for foreign students is 67% compared to a US school that has 93% pass rate.
I know what you're thinking about the quality of student etc etc that are selected from the US schools. But everything being even wouldn't it be better to limit the superfluous and redundant requirements and focus on Basic sciences (i.e. DPS, ICM and 5th semester requirements) and either combine them into a fluid progression?  Limit the requirements for 5th semester, i.e. the write-ups, record keeping and patient contact and focus on learning and re-enforcing basic sciences material to prepare us for the Step.

Other physicians mentioned that they don't understand the 5th semester, because retention of the Basic Science material is lost at an exponential rate, so wouldn't it make sense to reinforce the material?  This was the practice during 5th semester when I started at AUA, but was discontinued when students stopped going to instructor lectures (FOR GOOD REASON! They didn't want to listen to some of the professors from AUA!  But again it's always the students fault even when they're footing the bill. )

Please don't shoot the messenger!

10/26/2007

12

Steve

----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: George Kroon <gkroon@AUAMED.ORG>; Sevrine Barrie <Sbarrie@AUAMED.ORG>; Susan Zonia <ZONIAS@trinity-health.org>; JECMPARK@aol.com; "nssimon@auamed.org" <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 1:06:22 PM
Subject: RE: Exammaster Error

Dear Steve:  It sounds like there is still some work ahead of us.  Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 12:59 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr Hrehorovich,

I tried to use another login, but do to the inflexibility, ease of use, errors and unprofessional manor of which we have to use this application I thought the login fit the application.  I guess I should have used "exammastersucks".  I chose this password because I knew it would get the attention of the programmers and management, seeing that other mechanisms don't seem to work, i.e. writing a comment about the login procedure.

As for professionalism, I learn from the best at AUA.

Thanks again for your continued support and caring nature of your students.  They are always wrong and AUA is always right.

Steve

10/26/2007

----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: George Kroon <gkroon@AUAMED.ORG>
Cc: Steve Woodward <steve_l_woodward@yahoo.com>; Susan Zonia <ZONIAS@trinity-health.org>;
JECMPARK@aol.com; "nssimon@auamed.org" <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 10:57:57 AM
Subject: RE: Exammaster Error

Dear George:  Thank you for helping Steve login to Exammaster. By copy
to this email I would like to also address Steve's choice of login.
While I believe in levity and freedom of choice, I wonder if Steve
recognizes the personal image he projects by his login selection.  Is
this the demeanor and deportment of a professional, much less a
physician who will need to secure the respect and confidence of his
patients and peers to practice the healing arts?  Moreover, should we be
contributing to the advancement of individuals into the medical
profession who favor these modes of self-expression?  I would like Steve
to answer these questions.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion.  You need to login with the correct username.
Your exams are sent to you via your login of "auasucks".  That is the
only one that will allow you to retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

10/26/2007

127

George,

Please recheck my account, I just checked the URL you gave me and I still can't login, same error.

BTW the URL I used before is the same one you listed me below. Unless there's a specific URL for PONTIAC I used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve


----- Original Message ----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error


Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our regular website.

Let me know if you have further problems.
george kroon


-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

Steve


10/26/2007

128

10/26/2007

(2

## Sevrine Barrie

| | |
|---|---|
| **From:** | Victor Hrehorovich |
| **Sent:** | Tuesday, October 23, 2007 1:06 PM |
| **To:** | Steve Woodward |
| **Cc:** | George Kroon; Sevrine Barrie; Susan Zonia; JECMPARK@aol.com; nssimon@auamed.org |
| **Subject:** | RE: Exammaster Error |

Dear Steve:  It sounds like there is still some work ahead of us.  Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 12:59 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr Hrehorovich,


I tried to use another login, but do to the inflexibility, ease of use, errors and unprofessional manor of which we have to use this application I thought the login fit the application.  I guess I should have used "exammastersucks".  I chose this password because I knew it would get the attention of the programmers and management, seeing that other mechanisms don't seem to work, i.e. writing a comment about the login procedure.


As for professionalism, I learn from the best at AUA.


Thanks again for your continued support and caring nature of your students.  They are always wrong and AUA is always right.


Steve

10/26/2007

----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: George Kroon <gkroon@AUAMED.ORG>
Cc: Steve Woodward <steve_1_woodward@yahoo.com>; Susan Zonia <ZONIAS@trinity-health.org>;
JECMPARK@aol.com; "nssimon@auamed.org" <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 10:57:57 AM
Subject: RE: Exammaster Error

Dear George:  Thank you for helping Steve login to Exammaster. By copy
to this email I would like to also address Steve's choice of login.
While I believe in levity and freedom of choice, I wonder if Steve
recognizes the personal image he projects by his login selection.  Is
this the demeanor and deportment of a professional, much less a
physician who will need to secure the respect and confidence of his
patients and peers to practice the healing arts?  Moreover, should we be
contributing to the advancement of individuals into the medical
profession who favor these modes of self-expression?  I would like Steve
to answer these questions.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: George Kroon
Sent: Tuesday, October 23, 2007 10:39 AM
To: Steve Woodward; Victor Hrehorovich; Dr Zonia
Subject: RE: Exammaster Error

Dear Steve,

Sorry for the confusion.  You need to login with the correct username.
Your exams are sent to you via your login of "auasucks".  That is the
only one that will allow you to retrieve the exams.

Let me know ASAP if you have any further trouble.

George Kroon

---Original Message-----
From: Steve Woodward [mailto:steve_1_woodward@yahoo.com]
Sent: Mon 10/22/2007 5:31 PM
To: George Kroon; Victor Hrehorovich; Dr Zonia
Subject: Re: Exammaster Error

George,

Please recheck my account, I just checked the URL you gave me and I

10/26/2007

13

still can't login, same error.

BTW the URL I used before is the same one you listed me below.
Unless there's a specific URL for PONTIAC I used the right URL.......

Please check my account again and let me know when I can login.

Thanks

Steve


----- Original Message -----
From: George Kroon <gkroon@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Sent: Monday, October 22, 2007 10:19:11 AM
Subject: RE: Exammaster Error


Hi Steve,
I think you tried to enter via the wrong gateway

it should be, according to the instructions when you first logged in:

For your future access to EM OnLine go to:
http://www.exammaster2.com/wdsentry/aua-balt.htm
Bookmark the above page only, rather than attempting to access via our
regular website.

Let me know if you have further problems.
george kroon


-----Original Message-----
From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Sun 10/21/2007 6:21 PM
To: George Kroon; Victor Hrehorovich
Subject: Exammaster Error

My account is turned off.
I can't do my work if your application locks me out....

Let me know when it works again.

Steve


10/26/2007

13

## Victor Hrehorovich

**From:** Steve Woodward [steve_l_woodward@yahoo.com]
**Sent:** Sunday, October 28, 2007 3:46 PM
**To:** Victor Hrehorovich
**Subject:** 5th Semester

Dear Dr. Hrehorovich,

You've called me unprofessional.  You've hindered my education when I'm just trying to do what I was told was a requirement.   I've even tried to give you constructive critisism on this program!

This is what other students, and doctors feel about this program:

School has been a waste of time i feel like. Goin to hospital has been fun some weeks and pointless other weeks. Kaplan is comin along. It has been pretty crazy learning biochem in about a week and now we are doin anatomy and will be starting physio on thursday. Well i dont know what you mean if the hospital has been helpful but when we get sent home after like an hour everyday cuz there is nothin to do in that department then i guess it is beneficial. Yeah we did sign a petition to stop the whole standardizing of programs and now dr. metellus has told calderon that he aint gonna follow their orders and will do his own thing so yeah we dont have those quizzes anymore. But it was more than just the quizzes cuz the school wanted to implement a whole new program like two weeks ago. I mean how on earth does someone try to do that. So in that sense it was unfair and fortunately the Hospital and Metellus both agreed and had no problems tellin the NY office to fuck off. Ok about the last thing you said i dont know who you are talkin to but thats total bullshit. I wanna crack up after i read that. All i know is if they got rid of miami then AUA would be fuckin themselves over with the next semester comin along. I mean their class is twice the size of ours and the michigan and maryland programs cant hold all those students. I guess the only problem we have been causing down here is with the exam master questions. Most of us are just pickin one answer and stickin with it and doin them in under 5 mins each.

Maybe it's not the students?

Steve

135

**Victor Hrehorovich**

| | |
|---|---|
| **From:** | Steve Woodward [steve_l_woodward@yahoo.com] |
| **Sent:** | Friday, October 26, 2007 12:40 PM |
| **To:** | Victor Hrehorovich |
| **Subject:** | Quiz |

Dear Dr. Hrehorovich,

We couldn't use our computers again today to take our quiz.
Everyone brought them, but the quiz only showed up on one students laptop.
We checked the URL on the other laptops too.

Another suggestion:
It might help if someone proof-reads these quizzes.
Errors on both of them makes the school look bad.

Oh as for professionalism:
Should I bang my fist on the nursing station then swear before throwing the patient chart?
Or, Throw the patient chart then swear then bang my fists?
I just want to get it right so I look professional.
Of course I could use much better examples from the profs on the island...... Such as cheating, public
intoxication, manipulation  and fraternization.


Steve


10/29/2007

1 '4

**Sevrine Barrie**

| | |
|---|---|
| ⁻rom: | Victor Hrehorovich |
| ᵉnt: | Wednesday, October 31, 2007 11:52 AM |
| To: | Sevrine Barrie |
| Subject: | FW: Student Woodward |


For the record.

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine c/o Greater Caribbean Learning
Resources
888 282-8633, FAX: 212 661-8864
-----Original Message-----
From: Susan Zonia [mailto:ZONIAS@trinity-health.org]
Sent: Wednesday, October 31, 2007 11:31 AM
To: Victor Hrehorovich
Subject: Student Woodward

Victor:

I spoke with Dr. Yanez, and he said that Steve showed up last Friday for lecture.   He ᵃ s
uninterested, but physically present.  Following our conversation yesterday, I paged hiᵐ
to see if he was in-house at 2pm.  He did not return the page.  I paged him at 9am and
10:30am today; he did not return the page.

Susan

135

## Sevrine Barrie

| | |
|---|---|
| **From:** | George Kroon |
| **Sent:** | Wednesday, October 31, 2007 11:02 AM |
| **To:** | Sevrine Barrie |
| **Subject:** | FW: Exam Master Misuse |
| **Importance:** High |

Sevrine
Here is the letter that was sent.
george

---

**From:** George Kroon
**Sent:** Thursday, October 25, 2007 2:05 PM
**To:** 50086 (mysriram@aol.com); 50115 (zahmed0571@hotmail.com); 50117 (ahalya2@hotmail.com); 50118 (jrcandy@hotmail.com); 51059 (vmjayara@gmail.com); 52005 (rolmar_df@yahoo.com); 52008 (chahalparas@yahoo.com); 52016 (bughart2000@yahoo.com); 52021 (chowdhuryp1985@yahoo.com); 52032 (cyrgriffin@hotmail.com); 52035 (simkapur@hotmail.com); 52036 (ecashjr@hotmail.com); 52040 (juliesgmayo@aol.com); 52056 (bheeshamd@aol.com); 52076 (cybtiggr14@yahoo.com); 52084 (merlynnj@gmail.com); 52092 (keithtgeorge@hotmail.com); 52103 (keithtgeorge@hotmail.com); 52109 (zoh16@msn.com); 52110 (sameerah219@aol.com); 52124 (jknjny@aol.com); 52131 (kujo_15@hotmail.com); 53002 (scokorie@aol.com); 53006 (davincis_girl@hotmail.com); 53012 (eurowillo@hotmail.com); 53015 (ammara_a@hotmail.com); 53019 (lakedra_evans@hotmail.com); 53026 (oliverloeffler@hotmail.com); 53029 (awijitvarma@gmail.com); 53037 (jkim246@aol.com); 53041 (ozuomba@hotmail.com); 53048 (tammalarice@netscape.net); 53053 (elizabethbulat@comcast.net); 53054 (steve_l_woodward@yahoo.com); 53057 (mfberthold@comcast.net); 53072 (siddross22@yahoo.com); 53086 (rasmansolo@yahoo.com); 53091 (ninashojayi@gmail.com); 54003 (jenellejanet@yahoo.com); 54017 (miknom79@yahoo.com); 54018 (shileola_11@yahoo.com); 54020 (jen1doctor@hotmail.com); 54023 (bhelmer68@hotmail.com); 54027 (aechev@gmail.com); 54032 (m.hamed01@gmail.com); 54034 (jakeiknight@yahoo.com); 54035 (behman@mail.usf.edu); 54037 (parthyshah@gmail.com); 54042 (meeta.shah@gmail.com); 54048 (shannonzipf@gmail.com); 54049 (lilrichie04@hotmail.com); 54057 (alvin_922@yahoo.com); 54059 (sameerwahmed@gmail.com); 54063 (wallyj52@yahoo.com); 54069 (equadolce@yahoo.com); 54094 (vashbey@yahoo.com); 54099 (gdhaliwa@gmail.com); 54100 (raza8@hotmail.com); 55092 (karinapatel911@hotmail.com); 55127 (desidreemer@hotmail.com); 55154 (nila_p_2001@yahoo.com); 55158 (huniebear23@yahoo.com); 55223 (mbuzz20@hotmail.com); 55264 (okey@exite.com); 55266 (dsinha1@gmail.com); 55282 (vipps911@gmail.com); 55285 (sourav322@hotmail.com); 55322 (nehaliji@yahoo.com); 56300 (hankhoang@gmail.com); 56376 (kushi3004@mac.com); 56427 (ifyboy_us@yahoo.com); 56428 (vishal.doctor@gmail.com); 56429 (jaya18_221@yahoo.com); 56439 (greeningwsu@yahoo.com); 56470 (jagrew@gmail.com); 56471 (myroup2002@yahoo.com); 57135 (silkjavelin@hotmail.com); 57161 (nicokristen@yahoo.com); 57165 (deji_2000@yahoo.com); 58151 (anirbann@hotmail.com); 58196 (tom_ngwen@comcast.net); 58203 (n_hampel@hotmail.com); 58268 (mobus.1@hotmail.com); 58316 (falkazir@yahoo.com); 58344 (funjolt@yahoo.com); 58359 (skbanergt@yahoo.com); 58367 (nisha.abraham@gmail.com); 58372 (markmckool@hotmail.com); 58501 (SoniaSivakumar@hotmail.com); 58502 (priya.umapathi@yahoo.com); 58503 (mo52276@hotmail.com); 58504 (jknguyen831@yahoo.com); 58506; '58507 (marciahd@hotmail.com)'; '59509'
**Cc:** Victor Hrehorovich; Jorge E. Calderon; 'metellug@bellsouth.net'; 'prafullpatel@verizon.net'; Deneen Nicks; Susan Zonia; 'Jeffrey Yanez'
**Subject:** Exam Master Misuse
**Importance:** High

To All Fifth Semester Students

11/1/2007

We have provided Exam Master as a learning tool for students in the Fifth Semester.  It is intended to provide a review of the clinically relevant basic science material and give students practice in taking exams similar to the USMLE, step 1.

Several students have been misusing Exam Master by not answering the exams in a good faith, professional effort.   It is very easy to identify students who are not taking their responsibilities seriously.  For example, some of you have marked the same answer key for all questions.  The tests so taken will not count for the required number of questions (1600) that you should answer to obtain a 5th Semester passing grade.  In addition, this is considered non-professional behavior and may be reflected in subsequent recommendations.

Dr. Victor Hrehorovich - Vice Chancellor and Executive Dean
Dr. Ernesto Calderon – Dean Clinical Sciences
Dr. George Kroon – Medical Education Consultant

11/1/2007

13 '

## Sevrine Barrie

**From:** Victor Hrehorovich
**Sent:** Tuesday, October 23, 2007 3:32 PM
**To:** Sevrine Barrie
**Subject:** FW: Exammaster Error

fyi

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua, College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 3:28 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr Hrehorovich,

It's not about last words.

Thanks again,

Steve


----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: Susan Zonia <ZONIAS@trinity-health.org>; Sevrine Barrie <Sbarrie@AUAMED.ORG>;
JECMPARK@aol.com; "nssimon@auamed.org" <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 3:26:08 PM
Subject: RE: Exammaster Error

Dear Steve:  I leave the last word to you. Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

**From:** Steve Woodward [mailto:steve_l_woodward@yahoo.com]
**Sent:** Tuesday, October 23, 2007 3:24 PM
**To:** Victor Hrehorovich
**Subject:** Re: Exammaster Error

Dear Dr Hrehorovich,

10/26/2007

I, B

I'm trying to succede by trying to schedule and concentrate on my studies.
i.e. Seeing what I was told was a requirement for patients visits; so I could focus on passing the Step review and finishing this semester's requirements.

But here we are again, a student having to bend and accomidate for AUA changing schedules, applications and procedures etc; but AUA is unwilling to accomidate what I preceived as doing better than the average student. At this point I feel sorry for even putting forth the effort and wasting my time.

Thanks again,

Steve


----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: Susan Zonia <ZONIAS@trinity-health.org>; Sevrine Barrie <Sbarrie@AUAMED.ORG>; JECMPARK@aol.com; " nssimon@auamed.org " <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 3:00:54 PM
Subject: RE: Exammaster Error

Dear Steve: Let's defer further discussions. Your points are well taken and will in time be addressed. For now concentrate on your education and do the best you can to make us glad we had you in our school. Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 2:05 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error

Dear Dr. Hrehorovich,

Just a heads-up.....
I'm not the only one that has these feelings about this program and the success of AUA here.
And I'm not talking about students...... I am talking about individuals that ARE long term good standing physicians.

It's unfortunate that AUA doesn't have tendency to listen to feedback and solve the real problems and real issues.
Over what?, money (I quote N. Simon). I feel AUA has traded success of the students and ultimately the school Step 1 pass rate for it.

I also know that it is published in commonly read medical literature (e.g. First Aid for the USMLE Step 1, 2007, page 11) that the pass rate for foreign students is 67% compared to a US school that has 93% pass rate.
I know what you're thinking about the quality of student etc etc that are selected from the US schools.

10/26/2007

(3)

But everything being even wouldn't it be better to limit the superfluous and redundant requirements and focus on Basic sciences (i.e. DPS, ICM and 5th semester requirements)  and either combine them into a fluid progression?  Limit the requirements for 5th semester, i.e. the write-ups, record keeping and patient contact and focus on learning and re-enforcing basic sciences material to prepare us for the Step.

Other physicians mentioned that they don't understand the 5th semester, because retention of the Basic Science material is lost at an exponential rate, so wouldn't it make sense to reinforce the material?  This was the practice during 5th semester when I started at AUA, but was discontinued when students stopped going to instructor lectures (FOR GOOD REASON!  They didn't want to listen to some of the professors from AUA!  But again it's always the students fault even when they're footing the bill. )

Please don't shoot the messenger!

Steve


----- Original Message ----
From: Victor Hrehorovich <vhrehorovich@AUAMED.ORG>
To: Steve Woodward <steve_l_woodward@yahoo.com>
Cc: George Kroon <gkroon@AUAMED.ORG>; Sevrine Barrie <Sbarrie@AUAMED.ORG>; Susan Zonia <ZONIAS@trinity-health.org>; JECMPARK@aol.com; " nssimon@auamed.org " <nssimon@AUAMED.ORG>
Sent: Tuesday, October 23, 2007 1:06:22 PM
Subject: RE: Exammaster Error

Dear Steve:  It sounds like there is still some work ahead of us.  Best regards,

Victor R. Hrehorovich, M.D., FACP, FCCP
Vice Chancellor and Executive Dean
American University of Antigua , College of Medicine
c/o Greater Caribbean Learning Resources
888 282-8633, FAX: 212 661-8864

From: Steve Woodward [mailto:steve_l_woodward@yahoo.com]
Sent: Tuesday, October 23, 2007 12:59 PM
To: Victor Hrehorovich
Subject: Re: Exammaster Error


Dear Dr Hrehorovich,


I tried to use another login, but do to the inflexibility, ease of use, errors and unprofessional manor of which we have to use this application I thought the login fit the application.  I guess I should have used "exammastersucks".  I chose this password because I knew it would get the attention of the programmers and management, seeing that other mechanisms don't seem to work, i.e. writing a comment about the login procedure.


10/26/2007

140

```
 1                      STATE OF MICHIGAN

 2          IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

 3     STEVEN WOODWARD,

 4            Plaintiff,

 5     v                                 File No. 07-088103-CZ

 6                                       HON. SHALINA KUMAR
       TRINITY HEALTH-MICHIGAN,
 7     a Michigan Nonprofit corporation,
       SUSAN CATHERINE ZONIA, an individual,
 8     AMERICAN UNIVERSITY OF ANTIGUA
       A Foreign corporation,

 9
              Defendants.
10

11     _____/

12              DEPOSITION OF JEFFREY YANEZ, M.D.

13        Taken by the Plaintiff on the 3rd day of February, 2009, at

14        322 North Old Woodward Avenue, Birmingham, Michigan, at

15        11:30 a.m.

16
       APPEARANCES:
17
       For the Plaintiff:         MR. PAUL J. NICOLETTI (P44419)
18                                Nicoletti & Associates, PC
                                  39520 Woodward Avenue, Suite 200
19                                Bloomfield Hills, Michigan 48304
                                  (248) 203-7800
20
       For the Defendant:        MR. DAVID B. GUNSBERG (P24235)
21                                Law Office of David B. Gunsberg
                                  322 North Old Woodward Avenue
22                                Birmingham, Michigan 48009
                                  (248) 646-9090
23
       RECORDED BY:              Sheila H. Raymond, CER 6932
24                                Certified Electronic Recorder
                                  Network Reporting Corporation
25                                1-800-632-2720
```



**Network**Reporting

**1-800-632-2720**



**Page 2**

TABLE OF CONTENTS
PAGE

Examination by Mr. Nicoletti. . . . . . . . . . . . .4, 41
Examination by Mr. Gunsberg . . . . . . . . . . . . . 40

EXHIBIT INDEX
PAGE

Deposition Exhibit 11 marked. . . . . . . . . . . . . 16
    (Fifth Semester Fall 2007 Schedule of Rotations)
Deposition Exhibit 12 marked. . . . . . . . . . . . . 24
    (Yanez Email 12-10-2007)

**Page 3**

1  Birmingham, Michigan
2  Tuesday, February 3, 2009 - 11:33 a.m.
3  MR. NICOLETTI: Dr. Yanez, --
4  DR. YANEZ: Yes.
5  MR. NICOLETTI: -- my name is Paul Nicoletti.
6  DR. YANEZ: Good morning.
7  MR. NICOLETTI: I'm here today to ask you some
8  questions. If you don't understand my question, let me know
9  and I'll try to rephrase it for you. Try to give verbal
10  responses to the court reporter so she can take it down.
11  DR. YANEZ: Yes.
12  MR. NICOLETTI: Okay. Have you ever had your
13  deposition taken before?
14  DR. YANEZ: No.
15  MR. NICOLETTI: Have you ever been involved in a
16  lawsuit before?
17  DR. YANEZ: I have been named in two medical-legal
18  cases. One was dismissed with prejudice due to lack of
19  timely affidavit. The other one was dismissed with no
20  liability assigned and a nuisance fee was paid by the
21  corporation Trinity.
22  MR. NICOLETTI: All right. So those were two
23  med-mal cases?
24  DR. YANEZ: Correct.
25  REPORTER: Raise your right hand. Do you solemnly

**Page 4**

1  swear or affirm that the testimony you're about to give will
2  be the whole truth?
3  DR. YANEZ: Yes, I do.
4  REPORTER: Thank you.
5  JEFFREY YANEZ, M.D.
6  having been called by the Plaintiff and sworn:
7  EXAMINATION
8  BY MR. NICOLETTI:
9  Q  You know Steven Woodward; right?
10  A  Yes, I do.
11  Q  And when did you first meet Steve Woodward?
12  A  Steve was a student that was assigned to us the fall of
13  2007, so he came September of 2007 through December 2007.
14  Q  Now, what's your interaction with Dr. Zonia and Deneen
15  McCall?
16  A  Dr. Zonia is my supervisor in medical education so I report
17  to her for medical education related activities. Deneen w
18  the support staff for the medical students.
19  Q  So Zonia is your boss and McCall is support staff?
20  A  Correct.
21  Q  So is it fair for me to assume that you first met Steve in
22  September of 2007?
23  A  Correct, when the semester started for AUA, yes.
24  Q  And how did you first meet him?
25  A  There was ten students from American University of Anti

**Page 5**

1  assigned to begin their fifth semester at St. Joseph Me
2  Oakland. It was the first time we offered such a progr
3  They were chosen by university criteria and they basic
4  showed up on the assigned date and the first day wou  ave
5  been during orientation.
6  Q  Now, when you met Mr. Woodward at orientation -- and I'm
7  assuming you met him at orientation; is that right?
8  A  Uh-huh (affirmative); correct.
9  Q  Did you know anything about him, any past history?
10  A  Uh-huh (affirmative).
11  Q  Did you have any reason to know anything about him?
12  A  We received nothing from the university beforehand.  ey
13  may have mailed us the GPA's, but I actually didn't loo  t
14  them before the orientation.
15  Q  What was your impression of Mr. Woodward when you met  in
16  September of 2007 at the orientation?
17  A  Orientation was a very quiet session. It was essentia
18  ten students listening to me talk. There was very littl
19  interaction. It was kind of like, "Hi, how are you? Nic
20  to meet you. This is what we're going to do." It's har
21  remember a specific day and time two years -- a year   a
22  half ago, but I don't remember anything on day one
23  overwhelmingly.
24  Q  What day do you remember overwhelmingly?
25  A  Regarding?

## Page 6

1  Q    Steve Woodward.
2  A    Well, it's a very open-ended question.  I had weekly,
3       almost -- not necessarily daily contact with the students in
4       group sessions.  I was in charge of administering the
5       medical aspects of their fifth semester course so I set up
6       the schedule, the lectures, the faculty, the rotations.  So
7       I had heavily contact with them.  It was virtually almost
8       always in a group session.  We were meeting on average of
9       twice a week with the students for academic lectures and
10      topics.  So over the 15 week time frame I had, you know, at
11      least twice a week contact with the group including Steve.
12 Q    All right.  You had ten students come for this first
13      session; right?
14 A    Uh-huh (affirmative).
15 Q    All right.  Now, at what point in time did you form an
16      opinion as to Steve Woodward whether he was a good student,
17      a bad student or indifferent?
18 A    Steve stood out amongst his classmates.
19 Q    When did he start standing out?
20 A    Very early, within the first week or two.
21 Q    And when you say "he stood out," how so?
22 A    He was very loud.  His voice would be the one you would hear
23      in the group.  Frequently his voice was the only one you
24      heard in the group.  He was very outspoken.
25 Q    Is that characterized as being a bad thing, in your opinion,

## Page 7

1       or is that a good thing?
2  A    It can be both ways.  It all depends upon the context and
3       the situation and what was happening at the time.  It could
4       have been inappropriate or appropriate depending on the
5       situation.
6  Q    And is it your opinion that Steve was too loud or outspoken?
7  A    I would say, yes.
8  Q    And when did you first form that opinion?
9  A    It's kind of an opinion that was developed over the course
10      of the entire semester.  As I mentioned, Steve was the most
11      likely person to express issues of things that turned up,
12      complaints, situations.  Not only was he the most likely to
13      speak up amongst the group, he was by far -- had the loudest
14      volume.  You could hear him from a distance.
15 Q    Was Steve chronologically older than the other students?
16 A    I don't know the exact facts, but I would say, yes.  He did
17      appear to be a little more mature than the average student
18      in age.
19 Q    Was he more educated than the other students?
20 A    I don't know his background and educational training.  He
21      frequently would state that he has lots of experiences more
22      so than everyone else, but I don't know what those
23      experiences were.
24 Q    And you never talked to him about what those experiences
25      were?

## Page 8

1  A    No, I did not.
2  Q    Now, you indicate -- so you said that you see students
3       almost on a daily basis; is that right?
4  A    Yes.
5  Q    And at some point in time did you form a negative impressio
6       of Steven Woodward?
7  A    It depends on what you mean by "negative."  My inte   tions
8       with Dr. Zonia, as she is my supervisor, I would fill he
9       on what was going on from a day-to-day type of basis
10      Frequently I would mention to her some of Steve's ac    ties
11      or his issues that he brought up over the course of the
12      semester.
13 Q    And when you say "activities or issues," what are you
14      referring to?
15 A    I would say almost on a regular basis when I was me     ng
16      with the students Steve would have concerns brough    in
17      the classroom.  Most of them dealt with the administr    on
18      of the program from the Antigua perspective, change    the
19      schedule, changes to the dates.  Steve would literally    st
20      out within the context of our classroom and raise mul
21      issues about it with multiple, let's say, derogatory
22      comments towards the university, towards his classm     s,
23      towards some of his past experiences on the island fo
24      first four semesters.
25 Q    So in other words, he complained?

## Page 9

1  A    Correct.
2       MR. GUNSBERG:  Well, I'm going to the
3       characterization.  I think the witness' testimony speaks for
4       itself
5  Q    You said that he did complain?
6  A    Correct.
7  Q    Were any of his complaints valid?
8  A    Steve complained about everything.  Okay.
9  Q    So it's hard to tell?
10 A    Some of his issues dealt with scheduling changes.
11      Scheduling changes happen as part of every day life.    ve
12      did not have the ability to cope with changes and he l
13      everyone in the room know about it.  I was able to us    y
14      solve his issue immediately and my solving would be,     eve,
15      you need to take these issues up with the university.    ey
16      changed the date.  They changed something.  I am sin     y
17      administering the program and I am relaying the
18      information."  So his little episodes where he would b     me
19      very, very loud verbally almost like he was grandstan     g
20      would bring the class to a halt.  I was able to reel him
21      You know, we're talking about over a few minutes and    e
22      would continue with the class, but these occurred on
23      regular basis, almost during our daily sessions and it c    ld
24      be more than once or twice per session.  He stood out    ong
25      the other individuals because he was the only one doi

Case 2:10-cv-10978-PJD-MJH   ECF No. 212-1, PageID.3933   Filed 04/24/12   Page 39 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF JEFFREY YANI... M.D.

## Page 10

1  these behaviors.
2  Q   You characterized them as being episodes?
3  A   Uh-huh (affirmative).
4  Q   Why did you use that word?
5  A   They were very brief and they were episodic. Okay.
6  Something would come up. He could make several comments. I
7  could reel him in and then we would get back to our topic at
8  hand.
9  Q   So the comments that he made; in other words, the
10 complaining that you heard was it frivolous complaining or
11 were any of the complaints --
12 A   Uh-huh (affirmative).
13 Q   Listen to my question.
14 A   Uh-huh (affirmative).
15 Q   -- were any of the complaints valid complaints?
16 A   Every complaint is valid to the individual from their
17 perspective. For example, there would be a scheduling
18 change and he would become very upset about a scheduling
19 change. None of the other students were upset about it.
20 Yes, it was a change. It effects the whole scheme of
21 things, but he would literally go on a little tirade and
22 then he would elaborate. He would state, "This is typical
23 for AUA. AUA is incompetent. They do this all the time.
24 They did the same stuff on the island." And then he would
25 start to elaborate. I would have to reel him in and say,

## Page 11

1  "Steve; Steve, hold on. Wait; wait. There is a scheduling
2  change. I am telling you about it. Other issues you need
3  to followup with AUA. I don't make the schedule. I relay
4  the information."
5  Each time there was any type of a little change he would go
6  off on these little episodes I mentioned and I was able to
7  control them within a few minutes.
8  Q   So from what you just said it's my impression that his
9  complaints were valid complaints, but you didn't like the
10 way he voiced them?
11       MR. GUNSBERG:  I'm going to object to the
12 characterization and the form of the question as being your
13 impression and mischaracterizing the testimony.
14 Q   Did you understand the question?
15 A   Can I answer?
16 Q   Yeah. Oh, yeah, absolutely.
17 A   Nobody likes change. Nine of the ten students could
18 accommodate the change. Steve could not tolerate the
19 changes.
20 Q   Okay. But that wasn't my question. Listen to my question
21 very carefully. It's my understanding that the complaints
22 at least that you're alluding to now were valid complaints;
23 in other words, there were changes you just didn't like the
24 way he dealt with those changes?
25 A   Correct, and he would also elaborate. So in other words,

## Page 12

1  there is a change of a time of an exam or a date of an e... m
2  he would start with that and then he went on to other
3  topics.
4  Q   All right. So you're not saying there wasn't a change,
5  you're just saying that you didn't like the way he expressed
6  his dissatisfaction with the change?
7  A   Correct.
8  Q   All right. So continuing on from that aspect did you ever
9  talk to Steven Woodward -- did you ever talk to him about
10 his episodic situations?
11 A   They were handled immediately at the time of the occ... ence.
12 We're talking in a two-hour session he may have one t... ree
13 or four outbursts. It may have been before the session...  ld
14 started. It could have been when we took a break. It  ...ld
15 have been at the end. They were always managed imn...iately
16 at the time of the occurrence. I took care of his concer...
17 immediately.
18 Q   All right. Were there ever any situations where you didn't
19 take care of his concern immediately?
20 A   Not that I can recall, no.
21 Q   So he would have this episode, as you characterize it, and
22 then you would address it and it would be over?
23 A   It would come back in his subsequent issues. Nothing ...ver
24 ended. It was always an ongoing issue. He would reit ...te
25 the same thing so a week later something else would h ...pen

## Page 13

1  and he would say, "Well, just like they did two weeks ...
2  and just like they did three months ago and just like t ...
3  did my first and second semester." "Okay. Steve, thes ...re
4  AUA administrative issues that you need to take up w ...them
5  and then he would be able to sit and participate norm ...."
6  Q   So you're not saying that he kept raising the same issue.
7  There were always different issues that would be dealt with
8  by you?
9        MR. GUNSBERG:  Objection to characterization. I
10 think he said he -- that's not what the witness testified.
11 A   Yeah. He --
12       MR. GUNSBERG:  I object to your re-characterizing
13 what he says.
14       MR. NICOLETTI:  I'm not re-characterizing.
15       MR. GUNSBERG:  Yes, you are.
16       MR. NICOLETTI:  He can answer it if he can answer
17 it.
18       MR. GUNSBERG:  Well, it's an improper
19 re-characterization. You can answer the question if you
20 can.
21 A   He would bring up the new issue, but he always wou ...dd on
22 all the old issues. It was like nothing ever went away ...d
23 then he dug up stuff from the past two years that we ...t no
24 involvement with back on Antigua. It was just his wa ...f
25 doing it. Each new issue still somehow dug into the o...

## Page 14

1    issues.

2  Q    But what were the new issues that he would regularly raise?

3  A    Most of his issues came around scheduling changes, testing,

4    day-to-day policy and procedure.  This was our first time

5    administering the fifth semester and it was relatively to

6    AUA and there were growing pains.  Okay.  Nothing was

7    perfect from the middle and it was just an ongoing work in

8    process.  And I tried to get everyone to understand it.

9    Nine of the individuals understood that we were kind of

10    going as we go.  Steve couldn't cope with it.  He just could

11    not handle any issues or situations that didn't agree to

12    him.

13  Q    So what happened with him?

14  A    These went on for -- the way the 15 weeks work, there is 12

15    weeks of our sessions then there was three weeks at the end

16    for the preparation of their portfolio and preparation for

17    testing.  These continued throughout the 12 week sessions.

18    They did their testing and in December, I forget the exact

19    date, Steve left.

20  Q    What testing was Steven given?

21  A    AUA has its own testing throughout the curriculum.  It was

22    on a regular basis.  Now, they kept changing dates and they

23    had issues with the electronic system.  They were trying to

24    do these through electronic emails and there were glitches

25    in the email, the size of the files, but most people said,

## Page 15

1    "Okay.  So the file didn't work."  Steve would, once again,

2    have a little bit of an issue and, "Oh, AUA can't get it

3    right so they can't ever get the process to work."  It was a

4    computer glitch.

5  Q    Are you talking about Exam Master?

6  A    Exam Master was a separate exam system.  These were testing

7    over the subject material of the semester.  So we had a week

8    of dermatology, there would be a dermatology, a week of

9    cardiology, a cardiology tests.  He resented the tests

10    dramatically.  You could tell at one of the session -- any

11    of his little outbreaks he would comment on the

12    inappropriateness of the tests.  "AUA questions are

13    horrible."  It was the same thing over and over and over

14    again.

15  Q    What documents did you bring with you today?

16  A    All I have is my scheduling documents that we had for all

17    the students.  It just kind of tells you what we did on a

18    given day so that on -- you know, November 16th was

19    musculoskeletal exam.

20  Q    Can I see those?

21  A    Sure.

22        (Witness hands document to counsel)

23  Q    Do you keep any grading information for the students?

24  A    The one that you're looking at there was sent to us sometime

25    in January from AUA.  All the students had left the area.

## Page 16

1    The final grades were assigned by AUA.  We did not [    ]ive

2    their final exam grades.  We assigned their portfoli[   ]heir

3    attendance.  The quizzes went over time through A[   ].  So

4    partially we did assign some of them.

5        MR. NICOLETTI:  Can we mark this as Exhibit 11[   ]

6  Q    I'm looking at your --

7        MR. NICOLETTI:  Do you mind if we mark this?

8  Q    Is this a copy?

9  A    I don't need it.

10        THE WITNESS:  If you don't mind.

11        MR. GUNSBERG:  Well, we'll get a copy and we'll

12    give you one back.

13        THE WITNESS:  Okay.

14        (Deposition Exhibit 11 marked)

15  Q    Exhibit 11 has the final grades here.  It says, "For Steve

16    Woodward" -- well, I'm not sure if I know how to read it.

17    Why don't you tell me what it says?

18  A    This came from the university.

19  Q    When did that come?

20  A    I don't have the exact date.  It was after the seme[   ]r had

21    terminated.  I'm very sure it was actually in January [   ]

22    2008.  The students all left towards the end of Dece[   ]er.

23        MR. GUNSBERG:  It's the sixth page.  Should we

24    give it a number --

25        MR. NICOLETTI:  Yeah.

## Page 17

1        MR. GUNSBERG:  -- or you can identify it, if you

2    like?

3  Q    Page 6.

4        MR. GUNSBERG:  It says at the top "American

5    University of Antigua College of Medicine V" -- I assume

6    it's five -- "Semester-Preliminary Clinical Training Pontiac

7    Michigan, St. Joseph Mercy Oakland."  And then it looks like

8    a grid, "Final grades by component, fall 2007"; is that

9    accurate?

10        THE WITNESS:  Uh-huh (affirmative).

11        MR. GUNSBERG:  "Yes"?

12        THE WITNESS:  Yes.

13        MR. GUNSBERG:  That's the document?

14        THE WITNESS:  Uh-huh (affirmative).

15  Q    All right.  So why don't you tell me what it says for Steve

16    Woodward?

17  A    For Steve Woodward he had an attendance that wa[   ]00

18    percent.  He attended all the sessions that we had

19    scheduled.

20  Q    Now, this is for the 16 week time --

21  A    It's the first 12 of the 15 weeks.

22  Q    Right.

23  A    There were three weeks at the end where they wer[   ]nd of

24    doing independent work.  The second category was t[   ]

25    practical sessions of which he received 100 percent s[   ]re.

Case 2:10-cv-10978-PJD-MJH   ECF No. 212-1, PageID.3935   Filed 04/24/12   Page 41 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                                    DEPOSITION OF JEFFREY YANE[    ] M.D.

## Page 18

1  Q      What are the practical sessions?
2  A      The practical session -- let me make sure I got myself --
3         practical exam, written exam, quizzes, portfolio, verbal,
4         outpatient -- the practical sessions -- I'm going back
5         because we don't have those anymore to remember exactly what
6         it involved. The practical sessions were areas in the
7         classroom where we did stuff amongst ourselves. So apply
8         the blood pressure cuff to the person next to you, let's see
9         how you do it. Show me how you would listen to the right
10        middle lobe on auscultation of a patient. Those are what
11        those are.
12 Q      Okay. So he had 100 percent on that?
13 A      Uh-huh (affirmative); uh-huh.
14 Q      What's the next category?
15 A      Outpatient evaluation. He spent some time in the private
16        office of one of our docs and he got a 95 percent. Verbal
17        presentations were done with myself. It was case
18        presentations before the group. Okay. And he got 100
19        percent. Portfolio, this was the last three weeks of the
20        semester, each student had to put together a collection of
21        items that they had done over the semester and he got 100
22        percent. Then it was the quizzes. The quizzes were the
23        weekly or every week AUA quizzes that we simply administered
24        in Pontiac. So we precepted them. Deneen was there making
25        sure that the quizzes were taken in a acceptable manner and

## Page 19

1         he got -- it says a score of 62 and then they have a point
2         system here that there is a weighting of it. So AUA had a
3         weighting of it, so it's worth so much of your grade, but
4         the 62 percent and then there is a weighting that says 21.6
5         points. The next category was the written exam which is the
6         AUA final written exam. They have a 71 percent. Then it
7         says "Curve 75 percent," and then there is a point. It
8         says, "15 points." And then the last category, it says,
9         "Practical exam," which would have been done with one of the
10        private physicians. They asked him to do something and they
11        observed him doing it and he got an 80 percent or 8 points
12        on that.
13 Q      Now, the 62 percent that was for the quizzes?
14 A      Correct.
15 Q      And did you have anything to do with administering those
16        quizzes?
17 A      Personally I did not. The only part that we did is we
18        proctored them. The quizzes came from AUA. We sat in the
19        room to make sure there was no cheating and they had the
20        allotted time, almost like a national board type exam, but
21        the content came from AUA.
22 Q      I'm going to show you what we have previously marked as
23        Exhibit 3 to Dr. Zonia's deposition?
24 A      Correct. Two of the three, yes.
25 Q      And that is it says two 100 percents, doesn't it?

## Pa[ge] 20

1  A      Yes.
2  Q      Why are there two of them? Were there two evaluations?
3  A      There were three sessions. The dates up top here a[re] the
4         dates they were given. These are given case present[ati]ons
5         where the student stood in front of the group and pr[ese]nted
6         a case and had questions asked of them. It looks lik[e   ] did
7         two of them and then Dr. Mohammed Kohn did one.
8  Q      Okay. And you gave him 100 percents on both of those?
9  A      Uh-huh (affirmative).
10 Q      Let me show you Exhibit Number 4 to Dr. Zonia's exam --
11        deposition.
12              (Witness reviews exhibit)
13 A      Yeah. This is another example of information. So w[e h]ad
14        routine conference calls with AUA being a new deliver[y] of
15        the fifth semester and there were changes that occu[rre]d.
16        For example, the curve in parentheses. I was told th[at]
17        there would be a 10 percent curve. I transferred tha[t]
18        information to the students.
19 Q      And who told you there would be a 10 percent curve?
20 A      My recall would be Dr. Calderon who, at that time, w[as the]
21        clinical dean. He is no longer the clinical dean.
22 Q      Okay. All right. Now, when he told you there would be a [10]
23        percent curve is that unusual as opposed to were you
24        expecting a 5 percent curve or a 15 percent curve?
25 A      I didn't know what to expect. That was all new to m[e.   ] I

## Pa[ge] 21

1         have never dealt with the process before. It was my [fi]rst
2         semester in it.
3  Q      Why would there have been any curve at all?
4  A      That was an AUA decision. You would have to ask [Dr.]
5         Calderon the clinical dean. I was simply administeri[ng] the
6         curriculum and the information so that was sent out [to] the
7         students. That's what the university decided.
8  Q      Let me show you Exhibit Number 5. Have you ever seen t[his]
9         before?
10 A      This is from -- I haven't seen this actual piece of pa[per].
11        It's the grades from the final block exam.
12 Q      But I heard you mention a 71 percent. Is that the same
13        number that's on Exhibit 5?
14 A      I didn't follow the question. I'm sorry.
15 Q      From your exhibit here, Exhibit 11, I think --
16 A      Oh, this 71 here (indicating)?
17 Q      Yeah. You mentioned 71 percent. Is that the test that yo[u]
18        have -- you've got Exhibit 11 and you have Exhibit 5, is
19        that the test that we're talking about or are we talking
20        about a different test?
21 A      I do not know because I have never seen this befor[e a]nd I
22        didn't fill out the 71 here.
23              MR. GUNSBERG: Well, just so we're clear, you ha[ve]
24        never seen Exhibit 5?
25              THE WITNESS: Correct.

**Network** *Reporting*

**1-800-632-2720**

Case 2:10-cv-10978-PJD-MJH ECF No. 212-1, PageID.3936 Filed 04/24/12 Page 42 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF JEFFREY YANEZ, M.D.

## Page 22

1    MR. GUNSBERG: That's what you're referring to?

2    THE WITNESS: Yes.

3    MR. GUNSBERG: And you didn't fill out --

4    THE WITNESS: I didn't fill out the form.

5    MR. GUNSBERG: -- the grades that are attached to

6    Exhibit 11?

7    THE WITNESS: Right.

8 A  So I don't know. Once again, the 71 on here came to me

9    after the fact after the students were gone. And we did not

10   distribute grades. The students followed up with the

11   university for their final grades.

12 Q All right. So the 71 percent on Exhibit Number 11 is for

13   what test?

14 A This one (indicating), this should be the final written

15   examination.

16 Q Okay. So the Exhibit 5 that you have in your hand does it

17   indicate that that's the final written examination or not?

18 A It says --

19   MR. GUNSBERG: Are you asking him to read the

20   document --

21 A It says --

22   MR. GUNSBERG: -- given that he has never seen it

23   before?

24   MR. NICOLETTI: Yeah. Sure.

25 A It says "final exam" on the paper.

## Page 23

1 Q  If Exhibit 5 says he has a 71 percent is that before or

2    after the curve of 10 percent being applied or do you know?

3 A  I do not know.

4 Q  Okay. Are you familiar with how applying a curve -- are you

5    familiar with how that works?

6 A  General principals. I'm not a statistician.

7 Q  All right. If you apply a 10 percent curve to Exhibit

8    Number 5 what number would you come up with?

9 A  It would imply, from my knowledge, a 71 plus 10 would be 81.

10 Q And what was the passing grade on the exam? How many points

11   did you have to have?

12   MR. GUNSBERG: If you know.

13 Q If you know.

14 A The number was changing from AUA. As most people will tell

15   you this is part of the frustration from Steve and I was

16   simply relaying the information. As the prior documents

17   show it I was told on a telephone conference call that there

18   would be a 10 percent curve. I told the students there

19   would be a 10 percent curve. What AUA did in the final

20   issue I had no control over.

21 Q And did you ever tell Steve that he needed at least 560

22   points to pass the final exam?

23 A I sat down and I actually calculated his numbers and I

24   emailed him. I don't recall the exact number, but I went

25   out of my way to actually calculate the exact number he

## Page 24

1    needed.

2 Q  And do you recall if it was 560 points?

3 A  I don't remember the actual number.

4 Q  Was there a portion of the final exam that was retaken or

5    re-administered?

6 A  I actually forgot about it, but Steve did get a retake t[o]

7    part of his final exam. This was through AUA. There w[as]

8    some problem with his electronic version of the exam [and]

9    they did allow him a retake.

10 Q And upon the retake what was the result?

11 A I was never given that information. That went to AU[A. The]

12   students left and then I got this later. I don't know hi[s]

13   actual final results.

14   MR. GUNSBERG: This meaning the attachment --

15   THE WITNESS: Yeah.

16   MR. GUNSBERG: -- Exhibit 11?

17   THE WITNESS: Uh-huh (affirmative).

18   MR. GUNSBERG: "Yes"? Is that a "yes"?

19   THE WITNESS: Correct. Yes, it is.

20   MR. GUNSBERG: Okay.

21 A The final grades were after the fact.

22   MR. NICOLETTI: I need to show you an exhibit

23   here.

24   (Deposition Exhibit 12 marked)

25 Q I'm going to hand you what I have marked as Deposition

## Page 25

1    Exhibit Number 12. Tell me if those are emails that you had

2    any personal knowledge of?

3 A  It's addressed to me from Steve. I mean I don't rem[em]ber

4    exactly a year and a half later, but --

5 Q  Does that set of emails I just handed you does it talk about

6    the 560 points out of 800 questions? And I direct your

7    attention to probably the last page.

8 A  So Steve addressed to myself. "I don't understand." [H]e

9    goes through the numbers. I'm assuming I responde[d] [t]o it.

10   Okay. An email from myself to Steve -- or actually it

11   starts with him to me. Okay. Where is this one here[?]

12   (Witness reviews exhibit)

13 A This is from me. So I have an email that says, "Afte[r]

14   reviewing the final exam results AUA has decided to [app]ly a

15   10 percent curve." So I was told that. AUA decided. [It]

16   wasn't me. And I was relaying the information to th[e]

17   students. As you can see it went to all ten students, [no]t

18   specifically to Steve. They required an 80 percent sc[ore on]

19   the written final to pass the semester. "Your score p[lus 10]

20   percent equals final curve score. The maximum scor[e with]

21   the curve is 95 percent." That was told to me from t[he]

22   university and I relayed the information. And then S[teve]

23   responded. "I found another exam problem. They d[idn']t

24   grade the vocabulary problem." So this led to him g[ett]ing a

25   remake. And then there was a bunch of computatio[n] [t]rying

Case 2:10-cv-10978-PJD-MJH  ECF No. 212-1, PageID.3937  Filed 04/24/12  Page 43 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF JEFFREY YANEZ, M.D.

## Page 26

1     to figure out the actual number needed and that's probably

2     where the numbers came from, so I sat down and for him I did

3     a calculation.

4  Q   And do you see the calculation on that exhibit?

5  A   It looks like "You need 560 out of 800 with the curve" and

6     that was referring to passing the final exam. The final

7     exam was a portion of the final grade.

8  Q   So if Steve got a 568 that's a passing score -- isn't it? --

9     based on your emails that you're looking at?

10  A   Based upon my email and the information that was sent to me

11     from AUA.

12  Q   Now, did AUA ever come back to you and say, "Hey, Dr. Yanez,

13     we never told you 10 percent. We're only going to give 4

14     percent or 5 percent" or some other number?

15  A   The exam was offered on the last day of the semester. They

16     took the exam and anybody who did not live in Michigan left.

17     I believe Steve was one of the people who do not live here.

18     He was gone. And then I didn't actually get the final exam

19     grades back immediately so there was no real notification.

20     AUA took care of their own internal issues.

21  Q   So am I safe to assume that they never told you that they

22     weren't going to apply the 10 percent curve?

23  A   Correct.

24  Q   And when did you find out for the first time that they

25     weren't going to apply the 10 percent curve?

## Page 27

1  A   It would have probably been when these came over to me.

2  Q   And --

3     MR. GUNSBERG: "These" meaning the grades?

4     THE WITNESS: Meaning the grade, the grid grades.

5     After the fact.

6  Q   Okay. May I see this?

7  A   Yes.

8     (Witness hands exhibit to counsel)

9  Q   So looking at Exhibit Number 11 it appears that two students

10     failed; is that correct?

11  A   That is correct.

12  Q   And do you know whether the 10 percent curve was applied to

13     other students, but not to Steve?

14  A   I have no knowledge of that.

15  Q   Can you tell from this exhibit whether or not it was?

16  A   Well, the exhibit lists a separate area, I believe. This

17     whole curve. So there is a score and then a curve and then

18     a point. So some form of a curve adjustment was done by the

19     university.

20  Q   And you're referring to --

21     MR. GUNSBERG: It looks like four is what it looks

22     like. You're asking him what he knows -- is that what

23     you're asking him?

24     MR. NICOLETTI: I'm asking where the curve is,

25     which column is the curve?

## Page 28

1  A   The grid in front of me shows that each student's score was

2     increased by four.

3  Q   Can I just see where that -- I don't see where that is.

4  A   It says "Curve" right there (indicating) c-u-r-v-e.

5  Q   Okay. All right. Curve. Okay.

6  A   Uh-huh (affirmative).

7  Q   So each student the score was increased by four points?

8  A   Correct.

9  Q   And that's different than the 10 percent that you were told?

10  A   Correct.

11  Q   So based upon the fact that two students failed the final

12     exam did you ever talk to Steve Woodward after that?

13  A   He had left the area.

14  Q   So it's fair for me to assume that you didn't talk to Steve

15     Woodward?

16  A   Correct; correct. All students were informed to contact AUA

17     for their final grades. We were not the distributor of

18     grades.

19  Q   All right. Did you have any knowledge concerning a memo

20     that Dr. Zonia had written concerning Steve Woodward?

21  A   I did not know about it at the time it was written.

22  Q   Was it discussed with you prior to being written?

23  A   The actual memo?

24  Q   Yeah. And I'll show you the actual memo. We have marked it

25     as Exhibit Number 6.

## Page 29

1  A   The memo was not discussed with me at the time it was sent

2     or before it was sent, but the topics contained within the

3     memo were discussed throughout the entire semester.

4  Q   Have you ever had a chance to read that memo?

5  A   Yes, I have.

6  Q   And so is it your opinion, sitting here today, that

7     everything in that memo is true and accurate?

8  A   It is an accurate reflection, yes.

9  Q   Is there anything in that memo that's inaccurate?

10  A   It's an accurate reflection of what happened over the

11     weeks with my exposure with Steve.

12  Q   Now, did you participate in any disciplinary or grievance

13     hearings concerning Steve Woodward?

14  A   There was one scheduled for the winter of 2008. I was asked

15     to call in to a conference call in Antigua regarding, you

16     know, his situation with Steve. I called in. It never

17     happened. Basically there was no conference -- grievance

18     meeting that I was involved in. So I was going to call in

19     for one. I attempted to and it was cancelled.

20  Q   And why were you told that it was cancelled?

21  A   I was told it was cancelled because Steve did not show up

22     for it.

23  Q   And who told you that?

24  A   I do not recall. It must have been someone from Antigua

25     with the arrangements. There were many individuals involved

WOODWARD VS TRINITY HEALTH-MICH., ET AL                         DEPOSITION OF JEFFREY YAN_  , M.D.

---

Page 30

1    from the island.
2  Q   Were you ever asked by AUA to write a summary of what you
3      thought about Steve Woodward?
4  A   No, I was not.
5  Q   Can I see that exhibit?
6  A   Uh-huh (affirmative).
7          (Witness hands exhibit to counsel)
8  Q   Dr. Zonia said that she thought that Steve Woodward's
9      attitude and demeanor were inappropriate and detrimental to
10     the program.
11 A   It goes back to my experiences with him over the 12 weeks of
12     our sessions.  He would literally grandstand in the
13     classroom and he would direct the classroom.  He disrupted
14     his colleagues.  His little episodes, as I mentioned, were
15     recurrent over and over again so every piece of information
16     distributed became a little time for him to complain.  And
17     his complaining wasn't at me or St. Joe's.  It was at
18     Antigua, the university, the curriculum.  You know, he would
19     go off and start talking about the faculty on the islands
20     that he had apparently had knowledge of their intimate
21     relationships and affairs and, you know, I immediately would
22     cut him off, get him back on course, continue with our
23     process, but it would reoccur.  So something would turn up
24     and he would go again.  And it was a ongoing process and I
25     was able to, you know, draw him in at the time and get him

---

Page 31

1      to calm down.
2  Q   Did you ever document the fact that you thought that he was
3      disrupting the class?
4  A   It is not documented on paper.  It came out as I would
5      discuss issues with Dr. Zonia, as my supervisor, of how
6      things are going.  She would say, "How are things going with
7      the students?"  I would tell her what was going on.  These
8      issues came up during conference calls with Antigua.  I'm
9      not sure what they have documented regarding their
10     conference calls, but I don't have anything where I sat down
11     and wrote anything on paper.
12 Q   Do you know if Steve Woodward completed his 100 patient log
13     in two weeks?
14 A   He brought it to me personally.  I can't remember if it
15     was in the first week, the second week, the third week.  It
16     was somewhere in the first two or three weeks.  The
17     university had the requirement of at least a hundred
18     patients. Steve basically -- I don't know actually how he
19     got the names, but he had all the paperwork filled out.  He
20     brought it to me and said, "Here is my hundred patient log.
21     Can I stay home and not come to the hospital anymore?"  This
22     was in the hallway either before or after a session.  So it
23     was just with him and I.  And my response was, "No, you need
24     to complete all your course work and come in every day and
25     fulfill your semester."  And that was the end of it; that

---

P.  e 32

1      was the end of it.
2  Q   And did he ever -- did he see more than a hundred patient:
3      or did he only see a hundred patients.
4  A   When he brought it to me it had a hundred and som_     _id
5      number.  I can't remember the exact number.  It wou_     _be in
6      his portfolio which was returned to the students at th_    _end
7      of the semester.
8  Q   And this specifically says "in two weeks."  You indicated it
9      might have been two or three weeks?
10 A   It was in that first two weeks or so.  Yeah, I don't
11     remember the exact date.  It was very, very, very ear_     _My
12     issue with it wasn't that he saw too many students. _      _y.
13     The issue was that he thought --
14         MR. GUNSBERG:  Students?
15         THE WITNESS:  Too many patients.
16 A   The issue was that he thought that this relieved him_      _m
17     all the responsibilities with the course work.  "No, yo_
18     still got others come in every day.  Come to lectures.
19     your clinical rotations."
20 Q   And he did that, didn't he?
21 A   He did.  His attendance was 100 percent.  But he req_    _ted
22     to stop coming in.
23 Q   But it doesn't hurt to ask, does it?
24 A   I found it inappropriate to ask that question.  I mean_    _
25     has a 15-week curriculum assigned to him.  To come t_     _he

---

P.  e 33

1      attending physician with that statement is extremely
2      inappropriate in my opinion.
3  Q   Have you ever had that happen before?
4  A   I have never had anybody gall enough to ask me that _    _hat's
5      an insult to your professor and teacher.  "I'm not goin_     _o
6      come in to your lectures anymore.  I'm not going to c_    _in
7      anymore because I have done this."
8  Q   Well, was the hundred patient log was that all that was
9      required for that segment or were the lectures required?
10 A   The university has a portfolio requirement.  In their
11     portfolio -- a portfolio being a collection of learned ite_
12     that document and demonstrate learning.  The minim_      _over
13     the 15 weeks was a hundred patients.  Okay.  Most of
14     colleagues had a difficult time getting their hundred
15     patients in.  He somehow got a hundred of them really
16     quickly and thought that would relieve him from all of     _e
17     responsibilities.  And I basically said, "No, that's not h_
18     it works, Steve.  You got to continue."  And I would th_
19     he should keep continuing his log.  If he gets 3- or 400
20     outstanding.
21 Q   You're not criticizing the hundred patients or however many
22     patients he documented.  You're just saying that he should
23     have kept coming to class and he shouldn't have asked to no_
24     come?
25 A   Correct.

---

Case 2:10-cv-10978-PJD-MJH  ECF No. 212-1, PageID.3939  Filed 04/24/12  Page 45 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF JEFFREY YANEZ, M.D.

## Page 34

1 Q    What about the transfer to Miami, what do you know about
2      that?
3 A    He asked me one time again either before class -- you know,
4      sometimes stepped aside and said, "I would like to transfer
5      to Miami because I want to take a Kaplan course." I said,
6      "Steve, it's not my decision. Take it up with AUA. It's
7      their decision." Subsequent understood -- I don't know
8      where I heard it, but AUA declined his transfer.
9 Q    Did you have anything to do with whether or not he actually
10     achieved his transfer or not?
11 A   No.
12 Q   Did you care one way or another?
13 A   It didn't make a big difference to myself.
14 Q   All right. What about sabotaging exams, did he sabotage
15     exams?
16 A   That was information related to us from AUA. They had their
17     Exam Master that you're familiar with online questions that
18     the university scheduled and it was relayed to us from the
19     university that he was basically answering "B" to all
20     questions just to get them done. The score on the exam
21     didn't matter. They had to complete so many questions in
22     the semester to get credit and rather than actually do the
23     questions he just marked "B" down for all them and, you
24     know, did the three-hour exam in ten minutes.
25 Q   Dr. Zonia testified that the sabotaging exams manifested

## Page 35

1      itself in throwing off the class curve. So it doesn't sound
2      like that was the case with what you just indicated?
3 A    The Exam Master had a requirement for the number of
4      questions answered. It was a learning tool the university
5      put in place. It didn't affect their final score at all
6      other than they had to do the questions.
7 Q    So how was that sabotaging?
8 A    It did not sabotage the class curve. I'm not sure what she
9      is referring to, but it did not sabotage the class curve.
10 Q   Did it sabotage the exam?
11 A   Which exam?
12 Q   Whichever exam she mentions in her --
13 A   It didn't have any affect on the quizzes that AUA offered.
14     They call them quizzes on this exhibit. So here exam,
15     quizzes, tests, all the same thing. Exam Master was a
16     completely separate entity.
17 Q   You're referring to Exhibit 11?
18 A   Yeah. In Dr. Zonia's defense I'm not sure if she understood
19     the difference between Exam Master and the quizzes. I'm not
20     sure she understood the difference between those two.
21 Q   Are you aware as to whether or not Kaplan teaches as an exam
22     strategy answering the same response to each question if you
23     don't know the answer?
24 A   I am unfamiliar with that.
25 Q   Do you know whether or not Steve Woodward ever voiced his

## Page 36

1      complaints or concerns to AUA?
2 A    Only indirectly. During our conference calls that we ha
3      all of these slight areas we would always say what's go
4      on and I would mention the issues that his name came    and
5      comments from other individuals were, "Oh, we knew S    re
6      from the islands." You know, "He complains about
7      everything." I heard that from other individuals on
8      conference calls, but once again I just kind of went wit
9      the flow.
10 Q   And who was it that says he complains about everything?
11 A   The conference calls consisted of myself, the Baltimore  he
12     Miami, the New York office and somebody in Antigua.      re
13     were ten people on the phone. I'm not sure.
14 Q   And do you recall who said that he complains about
15     everything?
16 A   I don't remember. There are so many people. This wa
17     year and a half ago.
18 Q   And who did he argue with at St. Joe?
19 A   Arguing is a term. When I talk about my episodes wit    im
20     he was in a classroom setting. It was a group. And he
21     would voice his frustration or anger, he was voicing it
22     towards AUA, towards the curriculum, towards the
23     administration. So it was, like, an open issues and I wa
24     able to reel him in. It just recurred over and over agai
25     So his arguments were over the changes that his unive   ty

## Page 37

1      were implementing. It wasn't with St. Joe's per se.
2 Q    So it sounds to me like you would disagree with the word
3      "arguing" that he was just expressing his concerns in what
4      you deemed to be an inappropriate manner?
5 A    Yes.
6 Q    Did he ever -- did you consider him to lack professionalism
7 A    For example, when he came to his attending physici
8      requesting to not come in anymore that was about a:
9      unprofessional as it gets in the field. That's horrific.
10     Okay. His out-raids and tirades were bad but the oth
11     example is very, very inappropriate. You know, askii    to
12     transfer to Miami is, you know, not a big deal, but
13     expecting to be relieved from your normal responsibi    es
14     because you fulfilled a paper with a list of names is v
15     unprofessional and I don't think anybody that I kno     uld
16     disagree with that.
17 Q   Except for maybe me.
18 A   I don't think any physician would disagree with it.
19         MR. GUNSBERG: You might disagree, but you dor
20     have any qualifications to disagree because you're not a
21     doctor.
22         MR. NICOLETTI: I'm a doctor, so are you.
23         MR. GUNSBERG: Yeah, but not this kind.
24         MR. NICOLETTI: Not this kind.
25 A   I don't think a physician would disagree with that.



**Page 38**

1  Q    Okay. Fair enough.
2         MR. GUNSBERG: And, by the way, you're not in the
3    position to make the judgement. He is.
4         MR. NICOLETTI: I can't argue with that.
5  Q    All right. Now, in terms of a decision considering Steve
6    Woodward an ambassador to AUA, do you have any input or
7    qualifications to determine whether somebody is a good
8    ambassador for their medical school?
9  A    A lot of Steve's episodes involved his university and he
10    would openly and verbally criticize the university with
11    nothing good to say. And it was a repetitive thing. And he
12    would go back to the first four semesters. He criticized
13    the faculty. He criticized the university. He criticized
14    the dean and the president. He actually criticized his own
15    classmates. He would make a statement that AUA would accept
16    anybody who would pays the tuition, that their students are
17    horrible. You know, and it was an ongoing repetitive thing.
18    He would insult his own university that he was hoping to
19    graduate from. That's not in his best interest whatsoever
20    to be so verbally against the people who were trying to
21    train him. It wasn't towards St. Joe's. It was all towards
22    AUA. So I would let, you know, an independent party think
23    if you're that negative about your alma mater I'm not sure
24    if you want to help represent your alma mater.
25  Q    We have spent the last three and a half hours saying

**Page 39**

1    negative things about Steve Woodward. Is there anything
2    positive that you observed about Steve Woodward?
3  A    Once I was able to calm him down Steve was okay. His issue
4    became repetitive recurrent. He didn't seem to be able to
5    control his emotions, but once you get him under control he
6    would be okay for a period of time.
7  Q    So was he a good student or was he a bad student?
8  A    I cannot comment because my contact with him was in a
9    classroom setting where I was lecturing. They were
10    listening and asking questions. I had no clinical patient
11    contact with him. I know his grades, but that's all I know
12    about him.
13  Q    So did he absorb the material? Did he do what he was
14    supposed to do as a student?
15  A    As I have already mentioned in the talk, he did it but
16    reluctantly with lots of questions and concerns. He asked
17    not to do it. For example, as I mentioned, he wanted to go
18    to Miami. He wanted to stop coming in. So he was able to
19    do it, but it was like I was dealing with a child -- okay --
20    and it was recurrent and repetitive.
21  Q    And did you ever suggest to Steve that he needs some kind of
22    counseling or psychological consultation to help deal with
23    that situation?
24  A    All of the social worker, psychology support services were
25    offered through Antigua. My job was to do the medical

**Page 40**

1    aspects. I was able to reel him in at the episode time
2    did not feel it was needed or part of my job responsibi
3    to play social worker or intervene in those issues.
4  Q    And it's fair for me to assume you never notified AUA that
5    any of that might be necessary in terms of psychological
6    help or anything like that?
7  A    I did not.
8         MR. NICOLETTI: I don't think I have further
9    questions for you. Thank you. Questions?
10         MR. GUNSBERG: Just a couple of followup
11    questions.
12                    EXAMINATION
13  BY MR. GUNSBERG:
14  Q    You indicated that, in your opinion, the contents of the
15    memo Dr. Zonia wrote is accurate; correct?
16  A    Correct. Yes, I did.
17  Q    And you agreed with her conclusions and opinions?
18  A    Yes, I do.
19  Q    Did Mr. Woodward ask you to discontinue attendance of the
20    hospital and to be able to go home to study?
21  A    It was on a regular basis. These were ongoing week
22    issues. Steve had one goal. One goal was to study f   is
23    step one. Unfortunately, that contradicts the univers
24    And our goal was to do an introductory to clinical me   ine
25    and get them ready for their clinicals.

**Page 41**

1  Q    So my question is, did Mr. Woodward regularly ask you not to
2    have to be in the hospital, but to go home and study?
3  A    Yes.
4  Q    Okay. Did you think that was inappropriate?
5  A    Yes. Im mean --
6  Q    Did you think that was inappropriate?
7  A    Yes, I did.
8         MR. GUNSBERG: All right. Thank you. That's all
9    I have.
10                    EXAMINATION
11  BY MR. NICOLETTI:
12  Q    All right. Now, you told me, Dr. Yanez, that he asked you
13    one time after he saw the patients that since he completed
14    all of his patients that he be relieved of the
15    responsibility to do his clinicals; right?
16  A    Yes.
17  Q    All right. Now, are you saying there was a regular request
18    that was made?
19  A    As part of the routine sessions where Steve would go o    ne
20    of the recurrent themes was how useless that the seme     r
21    was, how what a waste of time it was and how he woul      e but
22    off studying at home or going to Miami and taking a Kap
23    course. On a routine basis -- you know, we would have
24    sessions in the morning from, you know, 8:00 to 10:00,
25    to 11:00 and then he would be the first one to say, "Ca

Case 2:10-cv-10978-PJD-MJH   ECF No. 212-1, PageID.3941   Filed 04/24/13   Page 47 of 50

WOODWARD VS TRINITY HEALTH-MICH., ET AL                    DEPOSITION OF JEFFREY YANEZ, M.D.



Page 42

1    all go home now?" And my comments were, "You need to
2    complete your assigned daily rotations." But he was
3    looking -- you know, he came in for my sessions because he
4    was told he had to and then he wanted to go home, and it was
5    a recurrent theme. It was almost on a regular basis he
6    wanted to go home and study; he wanted to go home and study.
7    My information to him was you need to fulfill your assigned
8    duties. And they were all assigned to a team in the
9    hospital. But on a regular basis he wanted to go study.
10  Q    What do you have to do before you take the step one board?
11  A    The university has its own requirements. The US step one,
12        I'm not sure of the national criterias. I think you have to
13        complete two years of medical school and be allowed from the
14        university. Okay. The university had set an internal
15        policy on the -- there is something called the basic science
16        shelf which is administered by the National Board of Medical
17        Examiner. It's like a university national test that they
18        make the students take and they had set a minimum passing
19        score before they would allow the students to take step one,
20        but I have no knowledge of Steve's prior taking of that
21        medical school basic science shelf. So they had
22        requirements to take it from the university.
23  Q    Do you know if Steve having received a failing score as
24        indicated on Exhibit 11? Do you know if he would have been
25        eligible to sit for the step one?

Page 43

1    A    I don't know what the step one rules are.
2            MR. NICOLETTI: I have nothing further.
3            MR. GUNSBERG: That's all. Thank you.
4            (Deposition concluded at 12:22 p.m.)
5                        -0-0-0-
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Network**Reporting

1-800-632-2720

1

2

3

4

5          I certify that this transcript, consisting of 43 pages, is

6     complete, true and correct record of the testimony of Jeffrey

7     Yanez, M.D. held in this case on February 3, 2009.

8          I also certify that prior to taking this deposition, Jeffre

9     Yanez, M.D. was duly sworn to tell the truth.

10

11

12

13

14

15

16

17

18     February 10, 2009

19                                    Sheila H. Raymond, CER 6932
20                                    Network Reporting Corporation
                                      2604 Sunnyside Drive
21                                    Cadillac, Michigan  49601-8749

22

23

24

25                              Page 44

**Network**Reporting

1-800-632-2720

DEPOSITION EXHIBIT 11
Yanez

# University of Antigua School of Medicine
## Fifth Semester - Fall 2007
### SCHEDULE OF CLINICAL ROTATIONS
### SITE:

|   | Students name | e-mail | SEPTEMBER 10 | 17 | 24 | OCTOBER 4 | 8 | 15 | 22 | 29 | NOVEMBER 5 | 12 | 19 | 26 | DECEMBER 3 | 10 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nicola Hampel | n_hampel@hotmail.com | K | K | K | K | K | EM | K | C | C | C | C | C | PC | S | E |
| 2 | Jayadeep Sibia | jaya18_221@yahoo.com | K | K | K | K | K | K | EM | C | C | C | C | C | PC | S | E |
| 3 | Michael Ozuomba | ozuomba@hotmail.com | N | N | N | N | N | A1 | A1 | A1 | A1 | A1 | EM | N | PC | S | E |
| 4 | Vishal Chheda | vishal.doctor@gmail.com | N | N | N | N | N | A1 | A1 | A1 | A1 | A1 | N | EM | PC | S | E |
| 5 | Elizabeth Bulat | elizabethbulat@comcast.net | C | C | C | C | C | H | H | EM | H | H | H | H | PC | S | E |
| 6 | Lekedra Evans | lakedra_evans@hotmail.com | C | C | C | C | C | H | H | H | EM | H | H | H | PC | S | E |
| 7 | Steven Woodward | steve_l_woodward@yahoo.com | EM | M | M | M | M | M | M | M | A2 | A2 | A2 | A2 | PC | S | E |
| 8 | Paras Chahal | chahalparas@yahoo.com | M | EM | M | M | M | M | M | A2 | A2 | A2 | A2 | A2 | PC | S | E |
| 9 | Mousa Hamed | m.hamed01@gmail.com | D | D | EM | D | D | D | D | A3 | A3 | A3 | A3 | A3 | PC | S | E |
| 10 | Nico Kristen | nicokristen@yahoo.com | D | D | D | EM | D | D | D | A3 | A3 | A3 | A3 | A3 | PC | S | E |

## KEY

EM - Emergency Medicine    (1 week)
K - Dr. Khan    (Inpatient Team - 6 weeks)
M - Dr. Malloy    (Inpatient Team - 6 weeks)
N - Dr. Nicola    (Inpatient Team - 6 weeks)
H - Dr. Hodarnau    (Inpatient Team - 6 weeks)
D - Dr. Diaczok    (Inpatient Team - 6 weeks)

C - Clinic - Dr. Yanez/Dr. Lamb    ( 5 weeks)

A1 - Dr. Govolia    (Ambulatory Office - 5 weeks)
A2 - Dr. Breitenbach    (Ambulatory Office - 5 weeks)
A3 - Dr. I. Mansoor / F. Mansour    (Ambulatory Office - 5 weeks)

PC - Completion of Student Portfolio
S - Study Time
E - Exam (shelf)

45

AUA Teaching Fees 12-2007

| Name | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Khan | | | 21-Sep | 2 | | | | | | | 19-Oct | 2 | 26-Oct | 1 | | | | | 16-Nov | 2 | | | | | 7 hours $875.00 |
| Nicola | | | 21-Sep | 2 | | | | | 12-Oct | 1 | 19-Oct | 1 | 26-Oct | 1 | 2-Nov | 2 | | | | | | | | | 7 hours $875.00 |
| Diaczok | | | | | 28-Sep | 1 | | | | | | | | | | | | | | | | | | | 1 hour $125.00 |
| Malloy | | | | | | | | | | | | | | | | | | | | | 19-Nov | 2 | | | 2 hours $250.00 |
| Yanez | 14-Sep | 4 | | | 28-Sep | 1 | 5-Oct | 3 | 12-Oct | 1 | | | | | 2-Nov | 1 | 9-Nov | 2 | 16-Nov | 1 | 19-Nov | 1 | 30-Nov | 1 | 15 hours $1,875 |
| Govolia | Precept in office rotation A1 | | | | | | | | | | | | | | | | | | | | | | | | Set fee |
| Breitenbach | Precept in office rotation A2 | | | | | | | | | | | | | | | | | | | | | | | | Set fee |

46