UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

    Plaintiff,

v.                                              Case No. 10-10978
                                              Honorable Patrick J. Duggan

STEVEN L. WOODWARD,

    Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S "RESPONSE TO DOCKET 206"

On April 11, 2012, this Court entered an opinion and order addressing several then-pending motions. (Doc. 206.) On April 24, 2012, Defendant filed a "response" to the Court's opinion and order, which the Court construes as a motion for reconsideration.

Eastern District of Michigan Local Rule 7.1 provides that a motion for reconsideration shall not be granted unless the movant demonstrates a palpable defect, the correction of which "will result in a different disposition of the case." E.D. Mich. LR 7.1(h)(3). A motion that merely presents the same issues already ruled upon by the court will not be granted. *Id*. Further, a motion for reconsideration must be filed within fourteen days after the entry of the judgment or order for which reconsideration is sought. E.D. Mich. LR 7.1(h)(1).

In a significant portion of Defendant's pending pleading, he grieves this Court's over-all handling of this action or rulings made prior to the decision issued April 11,

2012. Such complaints are not timely asserted in the pending motion and, to the extent they were previously asserted, this Court has addressed them.[1] While Defendant timely raises grievances with respect to the Court's April 11, 2012 decision, he fails to demonstrate a palpable defect and/or simply asserts arguments that he repeatedly, previously made.

As such,

**IT IS ORDERED**, that Defendant's "Response to Docket 206," construed as a motion for reconsideration, is **DENIED**.

Dated: May 2, 2012                    PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Eric A. Buikema, Esq.

Steven Woodward
7211 Brittwood Lane
Flint, MI  48507

---

[1] The Court notes that the Sixth Circuit Court of Appeals recently issued a decision, dismissing Defendant's appeal. Order, *Am. Univ. of Antigua Coll. of Med. v. Woodward*, No. 12-1128 (6th Cir. Apr. 30, 2012). In its order, the panel indicated that Woodward filed a motion for reconsideration on December 13, 2011, that this Court has yet to decide. *Id*. In fact, this Court denied the motion in its April 11, 2012 opinion and order. (Doc. 206 at 3-4.)