United States District Court
For the Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, Room 867
Detroit, Michigan 48226-2708

**Chambers of**
**Patrick J. Duggan**
 District Judge

(313) 234-5145
FAX (313) 234-5353

May 2, 2012

Eric A. Buikema, Esq.
Cardelli Lanfear & Buikema
322 W. Lincoln
Royal Oak, Michigan  48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, Michigan  48507

    Re:   *American University of Antigua College of Medicine v. Woodward*
           Case No. 10-10978

Gentlemen:

      As you know, on April 30, 2012, the Sixth Circuit Court of Appeals issued an order dismissing Mr. Woodward's appeal because I have not yet entered a final judgment. Following my December 5, 2011 opinion and order granting summary judgment in part to Plaintiff and in part to Mr. Woodward, I did not enter a final judgment because I reserved ruling on Plaintiff's request for damages.  As you also know, the issue of damages ultimately was not addressed at the January 18, 2012 hearing scheduled to address that and other issues and, shortly thereafter, Mr. Woodward filed his notice of appeal.

      At this juncture, I am requesting that Plaintiff inform the Court and Mr. Woodward of whether it continues to seek damages.  If so, the Court will re-schedule the damages hearing.  If not, the Court will enter a final judgment.  The Court notes that, however Plaintiff wishes to proceed, the filing of additional motions by either party will only further delay this Court's resolution of this action.

                          Very truly yours,

                          <u>s/Patrick J. Duggan</u>
                        United States District Judge

PJD/eac