American University of
Antigua College of Medicine
a foreign Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
2012 MAY -4 A 8:29
U.S. DIST. COURT CLERK
EAST. DIST. MICH
FLINT

Plaintiff(s),

Case No. 2:10-cv-10978

v.

Judge Patrick

Steven L. Woodward

Magistrate Judge

Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that ___Steven L. Woodward___ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☒ Order

☐ Other: ___Docket 214 / Docket 206 (NOA Docket 207)___

entered in this action on ___05/02/2012___.
[Date]

Date: 5/4/2012 /4

Signature: /s/ Woodward

Counsel is: _____
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No.

7211 Brittwood Ln
Street Address

Flint MI 48507
City, State  Zip Code

(810) 235-7267
Telephone Number

Steve_L_Woodward@yahoo.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.

United States District Court
Eastern District Of Michigan
Southern Division

American University Of Antigua College
Of Medicine, a foreign corporation,

Plaintiff,

                      United States District Court
                      Judge Patrick J. Duggan, presiding
                      Case No.: 2:10-cv-10978

V

Steven Woodward,

Defendant.

| Eric A. Buikema (P58379) | Steven L. Woodward |
|---|---|
| Cardelli, Lanfear & Buikema, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

### Certificate of Service

The undersigned certifies that the foregoing **Notice Of Appeal,** for Docket 214 /Docket 206(NOA Docket 207) and this **Certificate of Service** were served upon Plaintiff via U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507