UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American University of Antigua College of Medicine, a foreign Corporation

Plaintiff(s),

v.

Steven L. Woodward

Defendant(s).
_____/

Case No. 2:10-cv-10978

Judge Patrick J.

Magistrate Judge

FILED
2012 MAY -4 A 8:28
U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

## NOTICE OF APPEAL

Notice is hereby given that __Steven L. Woodward__ [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☒ Order

☐ Other: __Appeal of permanent injunction (Docket 185) Immediate appeal per 28 U.S.C. 1292(a)(1) per Docket 213__

entered in this action on __12/5/2011 (Docket 185) / 4/30/2012 (Docket 213)__ [Date]

Date: 5/4/2012

Signature: /s/ 

Counsel is: _____ [CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No.: _____

Street Address: 7211 Brittwood Ln

City, State Zip Code: Flint MI 48507

Telephone Number: (810) 235-7267

Primary Email Address: Steve_L_Woodward@yahoo.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.

United States District Court
Eastern District Of Michigan
Southern Division

American University Of Antigua College
Of Medicine, a foreign corporation,

    Plaintiff,

                                     United States District Court
                                     Judge Patrick J. Duggan, presiding
                                     Case No.: 2:10-cv-10978

V

Steven Woodward,

    Defendant.

| Eric A. Buikema (P58379) | Steven L. Woodward |
| Cardelli, Lanfear & Buikema, P.C. | In Pro Per |
| Attorneys for Plaintiff | c/o 7211 Brittwood Lane |
| 322 W. Lincoln | Flint, MI 48507 |
| Royal Oak, MI 48067 | steve_L_woodward@yahoo.com |
| (248) 544-1100 | |
| ebuikema@cardellilaw.com | |

### Certificate of Service

The undersigned certifies that the foregoing **Notice Of Appeal,** for Permanent Injunction(per Docket 213) and this **Certificate of Service** were served upon Plaintiff via U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507

*/s/ Steven Woodward*