# Cardelli, Lanfear & Buikema, P.C.

Royal Oak/Detroit Office
322 W. Lincoln
Royal Oak, MI 48067
248 544 1100
248 544 1191 Fax
www.cardellilaw.com

Grand Rapids Office
Grand Rapids, MI 49503
616 285 3800





RECEIVED
JUN - 4 2012
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

June 1, 2012

Honorable Patrick Duggan
United States District Court
Eastern District
Southern Division
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 867
Detroit, MI 48226

    RE:   American University of Antigua College of Medicine v.
            Steven Woodward
            Case No. 2:10-cv-10978
            Our File No. Misc 3748

Dear Judge Duggan:

Apologies for the delay in responding to the court's May 2, 2012 correspondence. My client has had the matter under consideration for longer than expected. Because, AUA's primary objective was the injunctive relief that the court has granted us, and because we don't believe that Mr. Woodward could meaningfully satisfy a monetary award, my client has directed me to waive its right to a hearing upon the issue of damages. This is not to say that my client has not sustained any damages, just that the totality of circumstances don't make further pursuit a worthwhile use of its resources at this time. AUA does not, by any means, intend this as a waiver of its right to seek damages or sanctions arising out of any future violation of this court's injunction but kindly do enter a final judgment so that Mr. Woodward's appeal can be efficiently considered. Many thanks.

Regards,

**CARDELLI LANFEAR & BUIKEMA**

Eric A. Buikema
ebuikema@cardellilaw.com

EAB/ktz
cc:   Steven Woodward