UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE,

       Plaintiff,

v.                                     Case No. 10-10978
                                       Honorable Patrick J. Duggan

STEVEN L. WOODWARD,

       Defendant.

_____/

## JUDGMENT

On March 11, 2010, Plaintiff American University of Antigua College of Medicine ("AUA") filed this lawsuit against Defendant Steven L. Woodward ("Woodward"), seeking to quiet Woodward's complaints about AUA and shut down his Internet website with the domain name www.aua-med.com where many of his complaints were being published. On December 5, 2011, this Court issued an opinion granting in part and denying in part a motion for summary judgment filed by AUA. On the same date, the Court entered an order permanently enjoining Woodward from publishing certain statements on the Internet or by any other means or medium and scheduled a hearing to address AUA's request for damages. That hearing, however, did not proceed to the extent that AUA was not heard on its requested damages. On June 1, 2012, AUA informed the Court that it is waiving its right to any damages incurred up to this time.[1]

---

[1]AUA indicates, however, that it is not waiving damages or sanctions arising out of any future violation of the Court's injunction.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** is

entered in favor of Plaintiff American University of Antigua College of Medicine and

against Defendant Steven Woodward;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Defendant

Steven Woodward continues to be **PERMANENTLY ENJOINED** from publishing on

the Internet or by any other means or medium the following statements:

- AUA routinely commits fraud upon its students.
- AUA falsifies its students' grades.
- AUA breaches contracts.
- AUA conspires to commit fraud and violations of civil rights.
- AUA commits criminal activities reportable to the FBI.
- AUA colluded with St. Joseph Hospital to maliciously end [Woodward's] career.
- AUA committed perjury.

Dated: June 5, 2012                      s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE


Copies to:
Eric A. Buikema, Esq.

Steven Woodward
7211 Brittwood Lane
Flint, MI   48507