MIED (Rev. 04/06/09) Notice of Appeal

2

American University of
Antigua College of Medicine
a foreign Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
JUN - 7 2012
U.S. DISTRICT COURT
FLINT, MICHIGAN

Plaintiff(s),

Case No. 2: 10-cv-10978

v.

Judge Patrick J. Duggan

Steven L. Woodward

Magistrate Judge

Defendant(s).

_____/

## NOTICE OF APPEAL

Notice is hereby given that _Steven L. Woodward_ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:  ☒ Judgment   ☐ Order

☐ Other: _Judgment (Docket 221)_

entered in this action on _6/5/2012_ .
[Date]

Date: _6/7/2012_

Signature _Steven Woodward_

Counsel is: _Steven L. Woodward_
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No. _____

_7211 Brittwood Ln_
Street Address

_Flint MI 48507_
City, State  Zip Code

_(810) 235-7267_
Telephone Number

_Steve_L_woodward@yahoo.com_
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $455.00 check payable to: Clerk, U.S. District Court.

**Certificate of Service**

The undersigned certifies that the foregoing **Notice of Appeal for Judgment (Docket 221)** and this Certificate of Service were served upon Plaintiff by U.S. mail to American University of Antigua, via council, Eric A. Buikema (P58379), 322 West Lincoln Ave, Royal Oak, Michigan 48067

Steven Woodward
7211 Brittwood Ln
Flint, Michigan 48507
(810)235-7267

1