# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 13, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

Re: Case Nos. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. David J. Weaver

Enclosure

Case No. 12-1128/12-1584/12-1585/12-1738

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE

      Plaintiff - Appellee

v.

STEVEN WOODWARD

      Defendant - Appellant

    The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

    It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.

               **ENTERED PURSUANT TO RULE 45(a),**
               **RULES OF THE SIXTH CIRCUIT**
               Leonard Green, Clerk

Issued: June 13, 2012

_____